Case Number 18-55697

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2018 APR 10 PM 1:59

M. REGINA THOMAS
CLERK
Rebecca Smith
DEPUTY CLERK

# LIST OF CREDITORS

| | |
|---|---|
| The debtor must provide and maintain a complete List of Creditors reflecting names and addresses only of all creditors. This list is used to mail notices to creditors. Lack of proper notice may result in no discharge of a debt owed. | **Guidelines:**<br>• Creditor name and mailing address only<br>• Enter one creditor per box<br>• Creditor's name must be on the first line<br>• City, state and zip code must be on the last line<br>• No more than five lines of information per creditor<br>• Do NOT include: account numbers, phone numbers or amounts owed |

| | |
|---|---|
| Amerigroup Corporation (Delaware)<br>4425 Corporation Lane<br>Virginia Beach, VA 23462 | Amerigroup Corporation (Delaware)<br>c/o C T Corporation System<br>289 S Culver St<br>Lawrenceville, GA 30046-4805 |
| Amerigroup Corporation (Delaware)<br>c/o Kathleen S Keifer<br>120 Monument Cir<br>Indianapolis, IN 46204 | Valeri Burnough<br>7842 Clearview Cir<br>Riverdale, GA 30296 |
| Valeri Burnough<br>402 Preston Landing Cir<br>Lithia Springs, GA 30122 | Honorable Justin S. Anand<br>1868 Richard B Russell Federal Bldg<br>75 Ted Turner Drive SW<br>Atlanta, GA 30303-3309 |
| Honorable Leigh Martin May<br>2167 Richard B Russell Federal Bldg<br>75 Ted Turner Drive SW<br>Atlanta, GA 30303-3309 | Judy Fitzgerald, GA Commissioner of BHDD<br>Two Peachtree St NW 24th Floor<br>Atlanta, GA 30303 |
| Kimberly Ryan, Chair of BHDD<br>Two Peachtree St NW 24th Floor<br>Atlanta, GA 30303 | Ellice P. Martin, Secretary of GA BHDD<br>Two Peachtree St NW 24th Floor<br>Atlanta, GA 30303 |
| P Brian Campbell<br>Assistant Attorney General<br>456 Athens St<br>Jefferson, GA 30549 | Christopher M Carr<br>Attorney General<br>456 Athens St<br>Jefferson, GA 30549 |
| Annette M Cowart<br>Deputy Attorney General<br>456 Athens St<br>Jefferson, GA 30549 | Shalen Nelson<br>Senior Assistant Attorney General<br>456 Athens St<br>Jefferson, GA 30549 |

# LIST OF CREDITORS

| | |
|---|---|
| The debtor must provide and maintain a complete List of Creditors reflecting names and addresses only of all creditors. This list is used to mail notices to creditors. Lack of proper notice may result in no discharge of a debt owed. | **Guidelines:**<br>• Creditor name and mailing address ONLY<br>• Enter one creditor per box<br>• Creditor's name must be on the first line<br>• City, state and zip code must be on the last line<br>• No more than five lines of information per creditor<br>• Do NOT include: account numbers, phone numbers or amounts owed |

| | |
|---|---|
| Michelle Townes<br>456 Athens St<br>Jefferson, GA 30549 | National Board of Certified Counselors<br>c/o Andreea Tiganus<br>3 Terrace Way<br>Greensboro, NC 27403-3660 |
| Richard Green II, Administrative Judge<br>191 Peachtree St NE Ste 3275<br>Atlanta, Ga 30303 | Tamera Bell<br>5220 North Somerset LN<br>Alpharetta, GA 30080 |
| Tamera Bell<br>c/o Mzekewe Legal LLC<br>PO Box 849<br>Atlanta, GA 30301 | Dorian Murry, Attorney at Law<br>5300 Memorial Dr Ste 138<br>Stone Mountain GA 30083 |
| Alpha Recovery Corporation<br>5660 Greenwood Plaza Blvd Ste 101<br>Greenwood Village, CO | Convergent Outsourcing Inc<br>PO Box 9004<br>Renton, WA 98057 |
| Credence Resource Management, LLC<br>17000 Dallas Parkway Suite 204<br>Dallas, TX 75248-1940 | Credence Resource Management, LLC<br>6045 Atlantic Blvd<br>Norcross, GA 30071 |
| Credit Central Services, LLC<br>9550 Regency Square Blvd Suite 500A<br>Jacksonville, FL 32225 | Eastside Medical<br>PO Box 740766<br>Cincinnati OH 45274-07661 |
| Freshview Solutions<br>10865 Grandview Dr Ste 200<br>Overland Park, KS 66210 | Georgia Power<br>c/o Kevin Pearson<br>241 Ralph McGill Blvd NE, Bin #10180,<br>Atlanta, GA, 30308-3374 |

# LIST OF CREDITORS

| | |
|---|---|
| The debtor must provide and maintain a complete List of Creditors reflecting names and addresses only of all creditors. This list is used to mail notices to creditors. Lack of proper notice may result in no discharge of a debt owed. | **Guidelines:**<br>• Creditor name and mailing address ONLY<br>• Enter one creditor per box<br>• Creditor's name must be on the first line<br>• City, state and zip code must be on the last line<br>• No more than five lines of information per creditor<br>• Do NOT include: account numbers, phone numbers or amounts owed |

| | |
|---|---|
| Gwinnett County Fire and emergency services<br>480 Bedford RD Bldg 600 2nd Floor<br>Chappaqua, NY 10514 | Mark S Zemelman<br>Kaiser Permanente<br>ONE Kaiser Plaza<br>Oakland, CA, 94612, USA |
| PNC Bank National Association Inc<br>300 Fifth Avenue<br>Pittsburgh, PA 15222-2401 | PNC Bank National Association Inc<br>C/O Corporation Service Company<br>40 Technology Pkwy South, Ste 300<br>Norcross, GA 30092 |
| PNC Bank National Association Inc<br>C/O Christi Davis, Board Secretary<br>300 Fifth Ave<br>Pittsburgh, PA 15222-2401 | Sound Telecom<br>PO Box 789050<br>Philadelphia, PA 19178 |
| Safeco Insurance<br>P.O. Box 10002<br>Manchester, NH<br>03108-0002 | Liberty Mutual Insurance Company<br>175 Berkeley Street<br>Boston, MA 02116 |
| Ames Funding<br>2 N. Lake Ave Ste 260<br>Pasadena CA 91101 | Argent Mortgage Company<br>2677 N. Main St Ste 140<br>Santa Ana, CA 92705 |
| Association for Habersham<br>c/o Dorough & Dorough<br>160 Clairmont Ave<br>Decatur, GA 30030 | Carrington Mortgage<br>1600 South Douglass Rd Suite 100& 200A<br>Anaheim, CA 92806 |
| GreatAmerica Financial Svcs.<br>PO Box 660831<br>Dallas. TX 75266-0831 | Payne Richards & Associates<br>80 I Pegasus Dr, Suite 101<br>Bakersfield, CA 93308 |

# LIST OF CREDITORS

| | |
|---|---|
| The debtor must provide and maintain a complete List of Creditors reflecting names and addresses only of all creditors. This list is used to mail notices to creditors. Lack of proper notice may result in no discharge of a debt owed. | **Guidelines:**<br>• Creditor name and mailing address ONLY<br>• Enter one creditor per box<br>• Creditor's name must be on the first line<br>• City, state and zip code must be on the last line<br>• No more than five lines of information per creditor<br>• Do NOT include: account numbers, phone numbers or amounts owed |

| | |
|---|---|
| DeKalb County Tax Commissioner<br>Collection Division<br>PO Box 100004<br>Decatur, GA 30031 | Delong, Caldwell, Bridgers, Fitzpatrick &<br>Benjamin LLC<br>101 Marietta NW Ste 3100<br>Atlanta, GA 30303 |
| Department of the Treasury<br>PO Box 145566<br>ACS Support Stop 813G<br>Cincinnati OH 45250 | Georgia Superior Court Clerk Cooperative<br>1875 Century Blvd Ste 100<br>Atlanta GA 30345 |
| Georgia Department of Comm Health<br>Benefits Recovery Section<br>2 Peachtree St NW<br>Atlanta GA 30303 | Advantage Collection/Sound Telecom<br>PO Box 353<br>Cambridge MN 55008 |
| Allstate Corp/Payne Richards and Associates<br>3801 Pegasus Dr Ste 101<br>Bakersfield, CA 93308 | American Express Delta Sky Miles<br>PO Box 297871<br>Fort Lauderdale, FL 33329 |
| Resurgent Capital Services/Cach, LLC<br>55 Beattie Pl Ste 110<br>Greenville, SC 29601 | Cach, LLC<br>PO Box 5980<br>Denver, CO 80217-5980 |
| Capital One/American Express/The Bureaus<br>1717 Central St<br>Evanston, IL 60201 | Capital One/Marriott Visa/The Bureaus<br>1717 Central St<br>Evanston, IL 60201 |
| Parnell and Parnell<br>641 South Lawrence St<br>Montgomery, AL 36104 | Cb/VicScrt<br>PO Box 182789<br>Columbus, OH 43218 |

# LIST OF CREDITORS

| The debtor must provide and maintain a complete List of Creditors reflecting names and addresses only of all creditors. This list is used to mail notices to creditors. Lack of proper notice may result in no discharge of a debt owed. | **Guidelines:**<br>• Creditor name and mailing address ONLY<br>• Enter one creditor per box<br>• Creditor's name must be on the first line<br>• City, state and zip code must be on the last line<br>• No more than five lines of information per creditor<br>• Do NOT include: account numbers, phone numbers or amounts owed |
|---|---|
| Chase<br>PO Box 15298<br>Wilmington, DE 19850 | Coast to Coast Financial Solutions/Shred It<br>101 Hodencamp Rd Ste 120<br>Thousand Oaks, CA 91360 |
| CMIT Solutions of Atlanta- North Perimeter<br>1200 Abernathy Rd Ste 1700<br>Atlanta, GA 30328 | Comenity Bank/Payne Richards Associates<br>PO Box 10389<br>Bakersfield, CA 93389 |
| Forrestall CPA<br>5328 Lanier Islands Parkway Ste 201<br>Buford, GA 30518 | Commercial Trade Inc<br>PO Box 10389<br>Bakersfield, CA 93389 |
| Richard Payne Associates<br>3801 Pegasus Dr Ste 101<br>Bakersfield, CA 93308 | Stoneleigh Recovery Associates<br>PO Box 1118<br>Charlotte, NC 28201 |
| Stoneleigh Recovery<br>PO Box 1479<br>Lombard, IL 60148 | American Recovery Service Incorporated<br>555 St Charles Dr Ste 100<br>Thousand Oaks, CA 91360 |
| Huron Group/Bank of America/Cooling Winter<br>1355 Roswell Road, Suite 240<br>Marietta, GA 30062 | Huron Law Group<br>34851 Harry S Truman Blvd<br>St Charles, MO 63301 |
| Hedrick Kring PLLC/Delta<br>1700 Pacific Ave Ste 4650<br>Dallas, TX 75201 | Maury Cobb Attorney at Law LLC/T-Mobile<br>301 Beacon Parkway West Ste 100<br>Birmingham, AL 35209 |

# LIST OF CREDITORS

| | |
|---|---|
| The debtor must provide and maintain a complete List of Creditors reflecting names and addresses only of all creditors. This list is used to mail notices to creditors. Lack of proper notice may result in no discharge of a debt owed. | **Guidelines:**<br>• Creditor name and mailing address ONLY<br>• Enter one creditor per box<br>• Creditor's name must be on the first line<br>• City, state and zip code must be on the last line<br>• No more than five lines of information per creditor<br>• Do NOT include: account numbers, phone numbers or amounts owed |

| | |
|---|---|
| Media Pages<br>28364 South Western Ave #28<br>Rancho Palos Verdes, CA 90275 | Neiman Marcus<br>PO Box 5235<br>Carol Stream, IL 60197 |
| OnceLogix LLC<br>111 North Chestnut St Ste 302<br>Winston Salem  NC 27101 | Publishers Clearing House<br>PO Box 6344<br>Harlan, IA   51593 |
| Ring Central<br>20 Davis Dr<br>Belmont, CA  94002 | Saks World Elite/Capital One/FrontlineAssetStrategy<br>2700 Snelling Ave N Ste 250<br>Roseville, MN  55113 |
| Synchrony Bank  (Sam's Club)<br>Midland Funding 1355 Roswell Rd Ste 240<br>Marietta, GA 30062 | American Express Delta Sky Miles<br>PO Box 1270<br>Newark, NJ 07101 |
| Chase Card Services<br>P.O. Box 15298<br>Wilmington, DE 19850 | Chase Mortgage<br>Po Box 24696<br>Columbus, OH 43224 |
| First Franklin<br>Div of National Bank of IN<br>4061 Powder Mill Rd #600<br>Calverton , MD 20705 | H and R Block Mortgage<br>c/o Option One<br>PO Box 949<br>Orange, CA  92856 |
| HomeBanc Mortgage<br>101 E. Kennedy Blvd Ste 4100<br>Tampa, FL 33602 | Natchez Trace HOA<br>839 Natchez Valley Trace<br>Grayson, GA 30017 |

# LIST OF CREDITORS

| | |
|---|---|
| The debtor must provide and maintain a complete List of Creditors reflecting names and addresses only of all creditors. This list is used to mail notices to creditors. Lack of proper notice may result in no discharge of a debt owed. | **Guidelines:**<br>• Creditor name and mailing address ONLY<br>• Enter one creditor per box<br>• Creditor's name must be on the first line<br>• City, state and zip code must be on the last line<br>• No more than five lines of information per creditor<br>• Do NOT include: account numbers, phone numbers or amounts owed |

| | |
|---|---|
| Ocwen Loan Servicing /Nationstar<br>P.O. Box 660264<br>Dallas, TX 75266-0264 | Ocwen Loan Svc/Option One<br>PO Box 24605<br>West Palm Beach, FL 34416 |
| ReadyCap Lending<br>420 Mountain Ave<br>New Providence, NJ 07974 | Regency Mortgage<br>5395 Roswell Rd NE<br>Atlanta, GA 30342 |
| Regions Mortgage<br>605 So Perry St<br>Montegomery, AL 36104 | Riverdale Funding<br>c/o Woodbridge Lending<br>Woodbridge Group of Companies, LLC<br><br>Studio City, CA 91604 |
| Select Portfolio Services<br>PO Box 65450<br>Salt Lake City, UT 84165 | The Downs Homeowners Association<br>c/o Community Management Inc<br>2120 Hwy 81<br>Loganville, GA 30052 |
| TitleMax of Georgia<br>2029 Scenic Hwy<br>Snellville, GA 30078 | Wells Fargo<br>2135 East Main St Ste 180<br>Snellville, GA 30078 |
| Veripro Solutions<br>PO Box 3572<br>Coppell, TX 75019 | Great America Financial Service<br>625 First St. SE, Suite 800<br>Cedar Rapids, IA 52401 |
| Woodbridge Group of Companies, LLC<br>c/o Riverdale Funding<br>207 Mockingbird LN Ste 402<br>Johnson, City, TN 37604 | Woodbridge Group of Companies, LLC<br>c/o GCG<br>P.O. Box 10545<br>Dublin, Ohio 43017-0208 |

# LIST OF CREDITORS

| | |
|---|---|
| The debtor must provide and maintain a complete List of Creditors reflecting names and addresses only of all creditors. This list is used to mail notices to creditors. Lack of proper notice may result in no discharge of a debt owed. | **Guidelines:**<br>• Creditor name and mailing address ONLY<br>• Enter one creditor per box<br>• Creditor's name must be on the first line<br>• City, state and zip code must be on the last line<br>• No more than five lines of information per creditor<br>• Do NOT include: account numbers, phone numbers or amounts owed |

| | |
|---|---|
| A+ Security Systems Inc.<br>P.O. BOX 2010<br>Monroe Ga 30655 | American Express<br>Delta Sky Miles<br>P.O Box 1270<br>Newark NJ 07101-12070 |
| OnDeck<br>1400 Broadway<br>New York, NY 10018 | CACH, LLC/Harold E Scherr<br>300 Primera Blvd., #356<br>Lake Mary, Florida 32746 |
| William C. Grossman Law, PLLC<br>5965 Transit Road Suite 500<br>East Amherst, NY 14051 | Macy's American Express<br>PO Box 9001108<br>Louisville, Ky 40290-1108 |
| ReadyCap Lending, LLC<br>c/o Eileen Bottino<br>420 Mountain Ave<br>New Providence, NJ 07974 | Comcast Cable,<br>One Comcast Center<br>Attn: Law Department<br>1701 JFK Boulevard<br>Philadelphia, PA 19103 |
| | |
| | |
| | |