UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| CASSANDRA JOHNSON ) | |
| LANDRY, ) | CASE NO. 18-55697-LRC |
| ) | |
| Debtor. ) | JUDGE LISA RITCHEY CRAIG |
| ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF ALL NOTICES**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), Gregory M. Taube of Nelson Mullins Riley & Scarborough LLP, hereby enters his appearance as counsel for ReadyCap Lending, LLC, in the above-styled case and further requests service of papers pursuant to Bankruptcy Rules 2002 and 3017(a). The undersigned counsel hereby puts all parties in interest on notice that he requests that the Clerk of the Court place the undersigned counsel on the Master Service List in this case and that all counsel of record provide the undersigned counsel with copies of all notices, pleadings and other filings made in the above-captioned matter including, without limitation, notices of any applications, complaint, demand, hearing, motion, order, pleadings, or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. The

Clerk and all counsel of record are requested to direct all written or telephone correspondence to the undersigned counsel at the following address and telephone number:

>Gregory M. Taube
>Nelson Mullins Riley & Scarborough LLP
>201 17th Street, NW, Suite 1700
>Atlanta, Georgia  30363
>(404) 322-6000 (Phone)
>(404) 322-6050 (Fax)
>greg.taube@nelsonmullins.com

This 11th day of April, 2018.

>/s/ Gregory M. Taube
>Gregory M. Taube
>Georgia Bar No. 699166
>
>Attorney for ReadyCap Lending, LLC

NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW, Suite 1700
Atlanta, Georgia 30363
(404) 322-6000 (Phone)
(404) 322-6050 (Fax)
greg.taube@nelsonmullins.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the within and foregoing *NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES* by depositing a copy of same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereto to ensure delivery to the following:

Cassandra Johnson Landry
869 Natchez Valley Trace
Grayson, GA 30017

Melissa J. Davey
Melissa J. Davey, Standing Ch 13 Trustee
260 Peachtree Street, NW, Suite 200, Atlanta, GA 30303

This 11th day of April, 2018.

/s/ Gregory M. Taube
Gregory M. Taube
Georgia Bar No. 699166

Attorney for ReadyCap Lending, LLC

NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW, Suite 1700
Atlanta, Georgia 30363
(404) 322-6000 (Phone)
(404) 322-6050 (Fax)
greg.taube@nelsonmullins.com

3