Attachment and Bonding Center of Atlanta LLC
3547 Habersham @ Northlake
Bldg F
Tucker, GA 30084

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2018 APR 17 PM 12: 22

M. REGINA THOMAS
CLERK
BY _____
DEPUTY CLERK

Cassandra Johnson Landry
869 Natchez Valley Trace
Grayson, GA 30016

| **Employee Pay Stub** | | Check number: 14973 | | | Pay Period: 02/01/2018 - 02/15/2018 | Pay Date: 03/01/2018 | |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | | |
| Cassandra Johnson Landry, 869 Natchez Valley Trace, Grayson, GA 30016 | | | | | ***-**-5102 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | YTD Used | Available |
|---|---|---|---|---|---|---|---|
| Salary | | | 2,750.00 | 13,750.00 | Sick | | 0:00 |
| **Taxes** | | | **Current** | **YTD Amount** | Vacation | | 0:00 |
| Federal Withholding | | | -110.00 | -550.00 | | | |
| Social Security Employee | | | -170.50 | -852.50 | | | |
| Medicare Employee | | | -39.88 | -199.40 | | | |
| GA - Withholding | | | -50.62 | -253.10 | | | |
| | | | -371.00 | -1,855.00 | | | |
| **Net Pay** | | | **2,379.00** | **11,895.00** | | | |

Attachment and Bonding Center of Atlanta LLC, 3547 Habersham @ Northlake, Bldg F, Tucker, GA 30084

Attachment and Bonding Center of Atlanta LLC
3547 Habersham @ Northlake
Bldg F
Tucker, GA 30084

Cassandra Johnson Landry
869 Natchez Valley Trace
Grayson, GA 30016

| **Employee Pay Stub** | Check number: 15007 | Pay Period: 02/16/2018 - 02/28/2018 | Pay Date: 03/15/2018 |
|---|---|---|---|

| **Employee** | | **SSN** | |
|---|---|---|---|
| Cassandra Johnson Landry, 869 Natchez Valley Trace, Grayson, GA 30016 | | ***-**-5102 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | YTD Used | Available |
|---|---|---|---|---|---|---|---|
| Salary | | | 2,750.00 | 16,500.00 | Sick | | 0:00 |
| | | | | | Vacation | | 0:00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -110.00 | -660.00 |
| Social Security Employee | -170.50 | -1,023.00 |
| Medicare Employee | -39.88 | -239.28 |
| GA - Withholding | -50.62 | -303.72 |
| | -371.00 | -2,226.00 |
| **Net Pay** | **2,379.00** | **14,274.00** |

Attachment and Bonding Center of Atlanta LLC
3547 Habersham @ Northlake
Bldg F
Tucker, GA 30084

Cassandra Johnson Landry
869 Natchez Valley Trace
Grayson, GA 30016

| Employee Pay Stub | Check number: 15028 | | | Pay Period: 03/01/2018 - 03/15/2018 | Pay Date: 04/01/2018 |
|---|---|---|---|---|---|

| Employee | | | | SSN | |
|---|---|---|---|---|---|
| Cassandra Johnson Landry, 869 Natchez Valley Trace, Grayson, GA 30016 | | | | ***-**-5102 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 2,750.00 | 19,250.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -110.00 | -770.00 |
| Social Security Employee | -170.50 | -1,193.50 |
| Medicare Employee | -39.88 | -279.16 |
| GA - Withholding | -50.62 | -354.34 |
| | -371.00 | -2,597.00 |
| **Net Pay** | **2,379.00** | **16,653.00** |

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Sick | | 0:00 |
| Vacation | | 0:00 |

Attachment and Bonding Center of Atlanta LLC
3547 Habersham @ Northlake
Bldg F
Tucker, GA 30084

Cassandra Johnson Landry
869 Natchez Valley Trace
Grayson, GA 30016

| Employee Pay Stub | Check number: 15049 | | | | Pay Period: 03/16/2018 - 03/31/2018 | Pay Date: 04/15/2018 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | SSN | Status (Fed/State) | Allowances/Extra |
| Cassandra Johnson Landry, 869 Natchez Valley Trace, Grayson, GA 30016 | | | | | ***-**-5102 | Married/Single | Fed-1/0/GA-1/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 2,750.00 | 22,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -110.00 | -880.00 |
| Social Security Employee | -170.50 | -1,364.00 |
| Medicare Employee | -39.88 | -319.04 |
| GA - Withholding | -50.62 | -404.96 |
| | -371.00 | -2,968.00 |
| **Net Pay** | 2,379.00 | 19,032.00 |

Attachment and Bonding Center of Atlanta LLC, 3547 Habersham @ Northlake, Bldg F, Tucker, GA 30084