IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| CASSANDRA JOHNSON LANDRY, | ) | NO.: 18-55697-LRC |
| aka Cassandra Landry | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

OBJECTION TO CONFIRMATION

COMES NOW JPMorgan Chase Bank, National Association (hereinafter known as "Creditor"), a secured creditor holding a Security Deed against the real property commonly known as 869 Natchez Valley Trace, Grayson, GA 30017 (the "Property"), and for the reasons stated below, objects to confirmation of Debtor's Chapter 13 plan (Doc. No. 19) (the "Plan").

1.

Debtor's Plan fails to provide for payment of the pre-petition arrearage owed to Creditor under the terms of the Note and Security Deed signed by the Debtor. The amount of the pre-petition arrearage owed to Creditor is estimated to be $65,789.64. .

2.

Debtor claims that fraud was committed regarding all mortgages she is obligated for. Debtor lists the Chase loan as "unliquidated" on Schedule D. Creditor requests the Plan and Schedules be amended to properly treat Creditor's property.

WHEREFORE, Creditor prays that the Court will:

1. Deny confirmation,

2. Award reasonable attorney's fees, and

3. Grant such other and further relief as is just and equitable.

*/s/John D. Schlotter*
John D. Schlotter
GA BAR NO. 629456
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
678-281-6453
John.Schlotter@mccalla.com

In Re:  Cassandra Johnson Landry  Bankruptcy Case No.: 18-55697-lrc
aka Cassandra Landry

Chapter: 13

Judge: Lisa Ritchey Craig

CERTIFICATE OF SERVICE

I, John D. Schlotter, of MCCALLA RAYMER LEIBERT PIERCE, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076-2102, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within OBJECTION TO CONFIRMATION filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Cassandra Johnson Landry
869 Natchez Valley Trace
Grayson, GA 30017

Melissa J. Davey, Trustee          *(served via email)*
Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   4/30/2018       By:   */s/John D. Schlotter*
                    (date)              John D. Schlotter
                                        Georgia BAR NO. 629456
                                        Attorney for Creditor