Notice of Undeliverable Mail to Debtor

April 15, 2018

From: United States Bankruptcy Court, Northern District of Georgia

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Cassandra Johnson Landry, Case Number 18-55697, lrc

**TO THE DEBTOR:**

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2018 MAY 18 PM 3: 02

M. REGINA THOMAS
CLERK

DEPUTY CLERK

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form with the court at the following address:

**U.S. Bankruptcy Court
Atlanta Division
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303**

---

Undeliverable Address:
A+ Security Systems Inc.
P.O. Box 2010
Monroe, GA 30655

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS: *No updated address Provided*

---

Undeliverable Address:
Ben P Ost

1

160 Clairemont Ave
Ste 630

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
Dorough + Dorough
160 Clairemont Ave, Ste 630, Decatur, GA 30030

Undeliverable Address:
CACH LLC
Harold Scheer and Joseph Ranieri

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
Resurgent Capital Services LP  CACH LLC
P.O. Box 10411, Greenville SC 29603

Undeliverable Address:
Commonwealth Land
Title Insurance Company

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
601 Riverside Ave
Jacksonville Fl 32204

Undeliverable Address:
Green & Associates PC

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
no updated address provided

Undeliverable Address:
Travelers Insurance

Reason Undeliverable: INCOMPLETE ADDRESS

2

THE UPDATED ADDRESS IS:
175 Berkley Street
Boston, MA 02116

Undeliverable Address:
Valeri Burnough
402 Preston Landing Cir
Lithia Springs, GA 30122

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: GENERAL DELIVERY, POWDER SPRINGS GA 30127-9999 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:
No New Update at this Time

_____          5/15/18
Signature of Debtor or Debtor's Attorney        Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

3

018733                          20408018751031