Notice of Undeliverable Mail to Debtor

April 7, 2018

From: United States Bankruptcy Court, Northern District of Georgia

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
   In re: Cassandra Johnson Landry, Case Number 18-55697, lrc

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2018 MAY 18 PM 3: 03

M. REGINA THOMAS
CLERK
BY_____
DEPUTY CLERK

**TO THE DEBTOR:**

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form with the court at the following address:

**U.S. Bankruptcy Court**
**Atlanta Division**
**1340 United States Courthouse**
**75 Ted Turner Drive SW**
**Atlanta, GA 30303**

---

Undeliverable Address:
Advantage Collection

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
Advantage Collection Professionals LLC
P.O. Box 353
Cambridge, Minnesota 55008

Undeliverable Address:
Ben P Ost
160 Clairemont Ave
Ste 630

1

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
*Dorough + Dorough*
*160 Clairemont Ave, Suite 650*
*Decatur, GA 30030*

Undeliverable Address:
CACH LLC
Harold Scheer and Joseph Ranieri

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
*Resurgent Capital Services LP / Cach LLC*
*P.O. Box 10497, Greenville SC 29603*

Undeliverable Address:
Comcast

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
*No updated address*

---

Undeliverable Address:
Commonwealth Land
Title Insurance Company

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
*601 Riverside Ave*
*Jacksonville, Florida 32204*

Undeliverable Address:
Credence Resource Management
17000 Dallas Parkway Suite 204

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

2

*Credence Resource Management*
*17000 Dallas Parkway 204*
*Dallas TX 75248*

Undeliverable Address:
Freshview Solutions
10863 Grandview Dr
Ste 200
Overland Park, KS

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
*Resurgent Capital Services) LLP | Freshview Solar*
*P.O. Box 10497, Greenville SC 29603*

Undeliverable Address:
Green & Associates PC

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
*No Updated Address*

Undeliverable Address:
Liberty Mutual

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
*175 Berkeley Street*
*Boston MA 02116*

Undeliverable Address:
Safeco Insurance

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
*175 Berkeley Street*
*Boston, MA 02116*

3

Undeliverable Address:
Travelers Insurance

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
175 Barcoley Street
Boston, MA 02116

Undeliverable Address:
Valeri Burnough
402 Preston Landing Cir
Lithia Springs, GA 30122

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: GENERAL DELIVERY, POWDER SPRINGS GA 30127-9999 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:
No updated address Provided

_____          5/15/18
Signature of Debtor or Debtor's Attorney    Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.