# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE: ) Case No.: 18-55697

Cassandra Landy )
) Chapter: 13
)
Debtor(s)

Cassandra Landy is officially Reattaching copies of my Chapter 13 Bankruptcy plan Section 3.2. Please note the complete plan was submitted timely. However, after attending my plan confirmation hearing on 7/10/2018 which is assigned to Melissa Davey Trustee and Honorable Lisa Richey Craig, it was noted the Debtor Chapter 13 Plan Section 3.2 was not large enough in font to Reciplow and was too dark, both causing the ability to read very difficult. Fed Ex Office assisted me, but unfortunately the attached size was the only option for Readers Clarity. Mandy Campbell is the assigned attorney for the Trustees office.

Dated: 7/17/2018      Signature: [signed]

Printed Name: Cassandra Landy

Address: 869 Natchez Valley Trace
Grayson, Georgia 30017

Phone: 678 860 3621

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2018 JUL 17 PM 2:15
M. REGINA THOMAS
CLERK
[signed] DEPUTY CLERK

**Debtor: Cassandra Johnson Landry**     Chapter 13 Plan Section 3.2     **Case Number: 18-55697**

| | Creditor | | | | | | | | | Account Numbers |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | Argent Mortgage | 204,250 | 2969 Sweetbriar 4/30/2004 | 179,500 | Unknown | unknown | unk % | 0.00 | 0.00 | 5102 |
| ☐ | Carrington Mortgage | 163,075 | 2969 Sweetbriar 01/04/2017 | 163,075 | Unknown | unknown | unk % | 0.00 | 0.00 | 9743 |
| ☐ | Chase Mortgage | 488,234.00 | 04/04/2006 | 444,000.00 | Unknown | Unknown | 8.7500 % | 0.00 | 0.00 | 4445 |
| ☐ | Homebanc | 113,632.00 | 04/28/2006 869 Natchez | 444,000.00 | Unkown | Unknown | 12.5000 % | 0.00 | 0.00 | 9221 |
| ☐ | Ocwen Loan Servicing | 71,400.00 | 07/21/2005 1440 Highland | 313,500.00 | Unknown | Unknown | 8.5000 % | 0.00 | 0.00 | 8588 |
| ☐ | Select Portfolio Svcs | 114,633 | Date Unkn 869 Natchez | 444,000.00 | Unknown | Unknown | 13.62 % | 0.00 | 0.00 | 5102 |
| ☐ | Bank of America | 71,400.00 | 07/26/2005 1440 Highland | 313,500.00 | Unknown | Unknown | Unkwn % | 0.00 | 0.00 | 2281 |
| ☐ | Wilshire Credit Corp | 71,400.00 | 07/01/2005 1440 Highland | 313,500.00 | Unknown | Unknown | Unkwn % | 0.00 | 0.00 | 5102 |
| ☐ | Chase Mortgage | 456,546.00 | 04/07/2006 1440 Highland | 313,500.00 | Unknown | Unknown | Unkwn % | 0.00 | 0.00 | 5102 |
| ☐ | Chase Mortgage | 115,40.00 | 04/27/2006 1440 Highland | 313,500.00 | Unknown | Unknown | Unkwn % | 0.00 | 0.00 | 5102 |
| ☐ | Homeward Residential | 71,400.00 | 07/2005 1440 Highland | 313,500.00 | Unknown | Unknown | Unkwn % | 0.00 | 0.00 | 5102 |
| ☐ | Homeward Residential | 69,800.00 | 04/2005 1440 Highland | 313,500.00 | Unknown | Unknown | ukwn % | 0.00 | 0.00 | 5102 |

1 of 4

**Debtor: Cassandra Johnson Landry**   Chapter 13 Plan Section 3.2   **Case Number: 18-55697**

| | Creditor | | | | | | | | | Account Numbers |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | Veripro | 64,540.89 | 07/26/2005 1440 Highland | 33,500.00 | Unknown | Unknown | Unkwn | 0.00 | 0.00 | 5102 |
| ☐ | Blank on Purpose | | | | | | | | | |
| ☐ | First Franklin | 113,800.00 | 869 Natchez | 444,000.00 | Unknown | Unknown | 10.000 | 0.00 | 0.00 | 4493 |
| ☐ | First Franklin | 440,257.90 | 869 Natchez | 444,000.00 | Unknown | Unknown | 9.809 | 0.00 | 0.00 | 4492 |
| ☐ | Homebanc | 461,600.00 | 04/2006 869 Natchez | 444,000.00 | Unknown | Unknown | 7.5000 | 0.00 | 0.00 | 9114 |
| ☐ | Aames | 112,517.96 | 04/04/2006 869 Natchez | 444,000.00 | Unknown | Unknown | 8.6500 | 0.00 | 0.00 | 2889 |
| ☐ | Aames | 451,164.51 | 04-04-2006 869 Natchez | 444,000.00 | Unknown | Unknown | | 0.00 | 0.00 | 1220 |
| ☐ | Homebanc | 461,215.35 | 04/'122 869 Natchez | 444,000.00 | Unknown | Uknown | 7.347 | 0.00 | 0.00 | 8684 |
| ☐ | Regions Bank | 129,100.00 | 2969 Sweetbriar | 179,500.00 | Unknown | Unknown | 7.1250 | 0.00 | 0.00 | 9185 |
| ☐ | Regency Mortgage | 128,869.32 | 2969 Sweetbriar | 128,869.32 | Unknown | Unknown | 8.7300 | 0.00 | 0.00 | 8886 |
| ☐ | Wells Fargo | Unknown 157,113.00 | 2969 Sweetbriar | 179,500.00 | Unknown | Unknown | Unkwn | 0.00 | 0.00 | Unknown |
| ☐ | H & R Block | 71,349.42 | 06/29/2005 1440 Highland | 313,500.00 | Unknown | Unknown | 8.500 | 0.00 | 0.00 | 1429 |

Debtor: Cassandra Johnson Landry    Chapter 13 Plan Section 3.2    Case Number: 18-55697

| | Creditor | Balance | Property | Value | | | Rate | | | Account Number |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | H&R Block | 285,000.00 | 1440 Highland | 313,500 | Unknown | Unknown | 5.950% | 0.00 | 0.00 | 1428 |
| ☐ | H&R Block | 281,770.15 | 1440 Highland | 313,500 | Unknown | Unknown | 7.072% | 0.00 | 0.00 | 1428 |
| ☐ | H&R Block | 348,518.40 | 1440 Highland | 313,500.00 | Unknown | Unknown | 5.900% | 0.00 | 0.00 | 1008 |
| ☐ | H&R Block | 71,349.42 | 06/29/2005 1440 Highland | 313,500.00 | Unknown | Unknown | 8.50% | 0.00 | 0.00 | 1429 |
| ☐ | H&R Block | 275,642.90 | 06/29/2005 1440 Highland | 313,500.00 | Unknown | Unknown | 6.127% | 0.00 | 0.00 | 1428 |
| ☐ | ReadyCap Lending | 455,834.73 | 3547 BldgF | 370,000.00 | Unknown | Unknown | 5.75% | 0.00 | 0.00 | 5002 |
| ☐ | First Franklin | 440,257.99 | 04/21/2006 869 Natchez | 444,000.00 | Unknown | Unknown | 6.750% | 0.00 | 0.00 | 4492 |
| ☐ | Citifinancial Mortgage | 204,250 | 2969 Sweetbriar | 179,500.00 | Unknown | Unknown | 8.95% | 0.00 | 0.00 | 5102 |
| ☐ | Woodbridge Group | 227,000.00 | 3554 Bldg H | 370,000 | Unknown | Unknown | 11.000% | 0.00 | 0.00 | 5102 |
| ☐ | Riverdale Funding | 227,000.00 | 3554 Bldg H | 370,000 | Unknown | Unknown | 11.000% | 0.00 | 0.00 | 5102 |
| ☐ | Citimortgage | 204,250.00 | 05/2004 2969 Sweetbriar | 179,500 | Unknown | Unknown | 8.450% | 0.00 | 0.00 | 5102 |
| ☐ | Nationstar | 63,472.00 | 1440 Highland | 313,500 | Unknown | Unknown | 8.50% | 0.00 | 0.00 | 8588 |

3 of 4

**Debtor: Cassandra Johnson Landry**    Chapter 13 Plan Section 3.2    **Case Number: 18-55697**

| | | | | | | | | | | Account Number |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | AMC Mortgage | 204,205 | 2969 Sweethbriar | 179,500 | Unknown | Unknown | Unkwn | 0.00 | 0.00 | 5823 |
| ☐ | Chase Manhattan | 461,600 | 869 Natchez | 444,000 | Unknown | Unknown | 9.402% | 0.00 | 0.00 | 5102 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | AmSouth Mortgage | 204,205 | 2969 Sweetbriar | 179,500 | Unknown | Unknown | UnKwn | 0.00 | 0.00 | 5102 |
| ☐ | Chase Mortgage | 488,234 | 04/04/2006 869 Natchez | 444,000 | Unknown | Unknown | Unkwn | 0.00 | 0.00 | 4445 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | First Franklin | 461,383.89 | 04/21/2006– 869 Natchez | 444,000 | Unknown | Unknown | Unkwn | 0.00 | 0.00 | 4493 |
| ☐ | First Franklin | 137,084.68 | 04/21/2006 869 Natchez | 444,000 | Unknown | Unknown | Unkwn | 0.00 | 0. | 4492 |