FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2018 AUG 28 PM 1:20

M. REGINA THOMAS
CLERK
BY
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CASSANDRY JOHNSON LANDRY

Debtor

CHAPTER 13

v.

CASE NO. 18—55697-LRC

U.S. Bank Ass, as Trustee for Citigroup
Mortgage pass through, Heather Brock(sic)
Mc Calla Raymer Leibert Pierce LLC

OBJECTION TO THE MOVANT'S MOTION TO QUASH SUBPOENA

COMES NOW the Plaintiff, CASSANDRA JOHNSON LANDRY, filing this OBJECTION TO THE MOVANT'S MOTION TO QUASH SUBPOENA for the following reasons:

BRIEF INTRODUCTION

1. On April 3, 2018, Debtor filed a Chapter 13 Bankruptcy petition pursuant to Title 11 U.S.C. Section 101.

2 On July 24, 2018 the Movant filed a Motion For Relief From Automatic Stay pursuant to 362(d) (1) in U.S. Bankruptcy Court, Northern District of Georgia.

3 On August 27, 2018, Debtor filed an Objection to the Relief of Stay

4. On August 13, 2918, Debtor served an Subpoena to U.S. Bank through Certified Mail return receipt requested.

).

## FACTS

Movant asserts that this subpoena is vague and burdensome in establishing whether U.S. Bank is a real secured creditor. To the contrary these documents demanded are necessary and relevant in accordance to O.C.G.A. 53-12-131(b) "but such presumption shall be rebuttable by a preponderance of the evidence." ROBERTSON v. ROBERTSON .A15A0892.Court of Appeals of Georgia. In addition, this is supported by the Federal Rules of Evidence 1002 and 1003.

These documents demanded in the subpoena are not vague , and burdensome, : FS 2046  The Federal Reserve collects balance sheet data from discount window borrowers on the FR 2046 to monitor discount window borrowing. Borrowers report six data items: total securities, federal funds sold and resale agreements, total loans (gross), total assets, total deposits, and federal funds purchased and repurchase agreements. U.S. Bank is required under 12 USC sec. 248 and 347. The Form S-

3 registers securities under the Securities Act of 1933 for companies that are

based in the United States only. **Statements of Financial Accounting Standards** No. 133,*Accounting for Derivative Instruments and Hedging Activities*, commonly known as **FAS 133**, is an accounting standard issued in June 1998 by the Financial Accounting Standards Board (FASB) that requires companies to measure all assets and liabilities on their balance sheet at "fair value". This standard was created in

response to significant hedging losses involving derivatives years ago and the attempt to control and manage corporate hedging as risk management not earnings management.

All derivatives within the scope of FAS133 must be recorded at fair value as an asset or liability. FAS 140 shows, *Accounting for Transfers and Servicing of Financial Assets and Extinguishments of Liabilities*. All banks and mortgage companies follow these standards which is mandated by Title 12 USC.  U.S. Bank does not have Fifth Amendment protection. See Braswell v United States, 487 U.S. 99(1988). The question whether U.S. Bank is acting in the capacity of a debt collector as governed under 15 U.S.C. §1692?

If U.S. Bank is the secured creditor these forms will be its proof. Unless U.S. Bank is laundering money or is attempting to defraud the debtor.

Besides the necessity for full disclosure , transparency and proof of claim in

this action, the attached document from United States of America Securities and Exchange Commission Attestation reveals that U.S. Bank was not assigned any rights to act against the subject property with a non-existent entity.

By Motioning the court for relief under 362(e), (f) and (g)(1), U.S. Bank in this action has the burden of proof. Wherefore Debtor moves this court in according to FRCP 64 seize person who is admitting any other documents other than which was subpoena

June 21, 2016.

Respectfully submitted this 28 day of August 2018.

By [signature]
CASSANDRA JOHNSON-LANDRY
**869 Natchez Valley Trace**
**Grayson, GA 30017**

## CERTIFICATE OF SERVICE

**I CASSANDRA JOHNSON LANDRY** mailed to the following Parties by way of the United States Postal Service via First Class Mail.

This is to certify that I have this day served

William A. Bozarth
GA Bar No. 940530
Attorney for Mellissa J Davey, Chapter 13 Trustee
260 Peachtree Street, N.W, Suite 200
Atlanta, GA 30303

Maria Tsagaris
Attorney for Movant
McCalla Raymer, Leibert, Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076

Respectfully submitted this ____28____ day August, 2018.

By: _____
CASSANDRA JOHNSON LANDRY
869 Natchez Valley Trace
Grayson, GA 30017