UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **CASSANDRA JOHNSON LANDRY,** | ) | CASE NO. **18-55697-LRC** |
| | ) | |
| DEBTOR. | ) | |

## TRUSTEE'S SUPPLEMENTAL REPORT

COMES NOW Melissa J. Davey, Standing Chapter 13 Trustee in the above-styled case, and respectfully notifies the Court of the following:

1.

On August 14, 2018, at the hearing on the *Motion for Relief from Automatic Stay* filed by Deutsche Bank National Trust Company (Doc. No. 38), Debtor was instructed to pay $10,173.16 to Trustee within ten (10) days to hold in escrow pending further order of the Court.

2.

Trustee has reviewed the case, and reports that Debtor has not complied with this direction. Debtor has maintained regular payments of $1,024.00 per month to Trustee pursuant to the proposed Chapter 13 Plan, and has paid a total of $5,120.00. Debtor has not paid a lump sum of $10,173.16.

Dated: This the 29th day of August, 2018.

/s/
_____
Mandy K. Campbell, Staff Attorney
GA Bar 142676
Chapter 13 Trustee
260 Peachtree St., NW, Suite 200
Atlanta, Georgia 30303
678-510-1444

18-55697-LRC

# CERTIFICATE OF SERVICE

This is to certify that I have this day served

DEBTOR:

Cassandra Johnson Landry
869 Natchez Valley Trace
Grayson, GA 30017

ATTORNEY FOR MOVANT,
DEUTSCHE BANK NATIONAL TRUST COMPANY

Brian K. Jordan
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, NE, Ste 500
Atlanta, GA 30305

the above in the foregoing matter with a copy of this report by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

Dated: August 29, 2018

/s/
Mandy K. Campbell, Staff Attorney
GA Bar 142676
Chapter 13 Trustee
260 Peachtree St., NW
Suite 200
Atlanta, Georgia 30303