UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **CASSANDRA JOHNSON LANDRY,** | ) | CASE NO. **18-55697-LRC** |
| | ) | |
| DEBTOR. | ) | |

### TRUSTEE'S SUPPLEMENTAL REPORT

COMES NOW Melissa J. Davey, Standing Chapter 13 Trustee in the above-styled case, and respectfully notifies the Court of the following:

1.

On August 28, 2018, at the hearing on the *Motion for Relief from Automatic Stay and Co-Debtor Stay* filed by Wilmington Savings Fund Society (Doc. No. 46), Debtor was instructed to pay $1,955.59 to Trustee by September 7, 2018, for Trustee to hold in escrow pending further order of the Court. The Order was entered August 30, 2018 (Doc. No. 62).

2.

Also on August 28, 2018, at the hearing on the *Motion for Relief from Automatic Stay and Co-Debtor Stay* filed by U.S. Bank National Association (Doc. No. 44), Debtor was instructed to pay $3,883.33 to Trustee by September 7, 2018, for Trustee to hold in escrow pending further order of the Court. The Order was entered August 30, 2018 (Doc. No. 63).

3.

Trustee has reviewed the case, and reports that Debtor has not complied with this direction. Debtor has made no payments since the date of the hearing, August 28, 2018.

Dated: This the 10th day of September, 2018.

/s/ _____
Mandy K. Campbell, Staff Attorney
GA Bar 142676
Chapter 13 Trustee
260 Peachtree St., NW, Suite 200
Atlanta, Georgia 30303
678-510-1444

18-55697-LRC

# CERTIFICATE OF SERVICE

This is to certify that I have this day served

DEBTOR:

Cassandra Johnson Landry
869 Natchez Valley Trace
Grayson, GA 30017

| ATTORNEY FOR MOVANT, WILMINGTON SAVINGS FUND SOCIETY, FSB | ATTORNEY FOR MOVANT, U.S. BANK NATIONAL ASSOCIATION |
|---|---|
| Radha Gordon<br>Aldridge Pite, LLP<br>Fifteen Piedmont Center<br>3575 Piedmont Road, NE, Ste 500<br>Atlanta, GA 30305 | Heather D. Bock<br>McCalla Raymer Leibert Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, Georgia 30076 |

the above in the foregoing matter with a copy of this report by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

Dated: September 10, 2018

Mandy K. Campbell, Staff Attorney
GA Bar 142676
Chapter 13 Trustee
260 Peachtree St., NW
Suite 200
Atlanta, Georgia 30303