## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

In re:

CASSANDRA JOHNSON LANDRY

Debtor(s)

Case No. 18-55697-LRC

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Melissa J. Davey, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 04/03/2018.

2)  The plan was confirmed on  NA .

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5)  The case was converted on 09/13/2018.

6)  Number of months from filing to last payment: 4.

7)  Number of months case was pending: 6.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted: $2,600.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $5,120.00 |
| Less amount refunded to debtor | $4,756.50 |

**NET RECEIPTS:** $363.50

---

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $363.50 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION** $363.50

Attorney fees paid and disclosed by debtor: $0.00

---

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMC MORTGAGE SERVICES, INC. | Secured | 204,205.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS DELTA SKY I | Unsecured | 13,000.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS NATIONAL E | Unsecured | 13,312.03 | 13,312.03 | 13,312.03 | 0.00 | 0.00 |
| AMES FUNDING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMES FUNDING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ARGENT MORTGAGE COMPANY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATION FOR HABERSHAM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Secured | 71,400.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA, N.A. | Unsecured | NA | 22,656.01 | 22,656.01 | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP Pt | Unsecured | 13,312.00 | 13,719.40 | 13,719.40 | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP Pt | Unsecured | 11,439.00 | 11,439.52 | 11,439.52 | 0.00 | 0.00 |
| CACH LLC | Unsecured | 31,182.00 | 33,646.86 | 33,646.86 | 0.00 | 0.00 |
| Carrington Mortgage | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE MANHATTAN | Secured | 461,600.00 | NA | NA | 0.00 | 0.00 |
| Chase Mortgage | Secured | 458,546.00 | NA | NA | 0.00 | 0.00 |
| Chase Mortgage | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL MORTGAGE | Secured | 204,250.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE | Secured | 204,250.00 | NA | NA | 0.00 | 0.00 |
| DEKALB COUNTY TAX COMMISSI | Priority | 7,508.05 | NA | NA | 0.00 | 0.00 |
| DELONG, CALDWELL, BRIDGES, | Priority | 30,000.00 | NA | NA | 0.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TRU | Secured | 71,400.00 | 57,348.03 | 57,348.03 | 0.00 | 0.00 |
| DOROUGH & DOUGH | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| EMORY EASTSIDE MEDICAL CENT | Unsecured | NA | 150.00 | 150.00 | 0.00 | 0.00 |
| FIRST FRANKLIN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST FRANKLIN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST FRANKLIN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIRST FRANKLIN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST FRANKLIN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST FRANKLIN | Secured | 463,383.89 | NA | NA | 0.00 | 0.00 |
| GA DEPT OF COMMUNITY HEALTH | Unsecured | 21,862.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICA FINANCIAL SERV | Unsecured | 77,000.00 | NA | NA | 0.00 | 0.00 |
| H AND R BLOCK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| H AND R BLOCK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| H AND R BLOCK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| H AND R BLOCK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| H AND R BLOCK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HOMEBANC MORTGAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HOMEBANC MORTGAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HOMEWARD RESIDENTIAL INC | Secured | 71,400.00 | NA | NA | 0.00 | 0.00 |
| HOMEWARD RESIDENTIAL INC | Secured | 69,800.00 | NA | NA | 0.00 | 0.00 |
| HURON LAW GROUP | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 13,187.00 | 5,000.00 | 5,000.00 | 0.00 | 0.00 |
| JP Morgan Chase Bank, N.A. | Secured | 488,234.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 488,234.00 | 73,258.93 | 73,258.93 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 9,000.00 | 9,000.99 | 9,000.99 | 0.00 | 0.00 |
| NATCHEZ TRACE HOA, INC. | Secured | 428.94 | 2,049.87 | 2,049.87 | 0.00 | 0.00 |
| NATIONSTAR | Secured | 63,472.00 | NA | NA | 0.00 | 0.00 |
| NEIMAN MARCUS | Unsecured | 13,000.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SVC/OPTION ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN/NATIONSTAR | Secured | 237,742.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 182.60 | 182.60 | 0.00 | 0.00 |
| READYCAP LENDING | Secured | 455,834.73 | NA | NA | 0.00 | 0.00 |
| READYCAP LENDING | Secured | 435,000.00 | NA | NA | 0.00 | 0.00 |
| REGENCY MORTGAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| REGIONS MORTGAGE | Secured | 129,100.00 | NA | NA | 0.00 | 0.00 |
| RIVERDALE FUNDING | Secured | 88,000.00 | NA | NA | 0.00 | 0.00 |
| RIVERDALE FUNDING | Secured | 227,000.00 | NA | NA | 0.00 | 0.00 |
| RIVERDALE FUNDING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ADVANTAGE COLLECTION | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SOUND TELECOM | Unsecured | 1,046.42 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CHASE | Unsecured | 1,045.42 | NA | NA | 0.00 | 0.00 |
| THE DOWNS HOMEOWNERS ASSC | Secured | 464.63 | 2,911.35 | 2,911.35 | 0.00 | 0.00 |
| TITLEMAX OF GEORGIA | Secured | 4,672.17 | NA | NA | 0.00 | 0.00 |
| VALERI BURNOUGH | Unsecured | 30,000.00 | 30,060.95 | 30,060.95 | 0.00 | 0.00 |
| VERIPRO SOLUTIONS | Secured | 65,000.00 | NA | NA | 0.00 | 0.00 |
| VERIPRO SOLUTIONS, INC | Secured | 0.00 | 9,882.00 | 9,882.00 | 0.00 | 0.00 |
| WELLS FARGO | Secured | 157,113.00 | NA | NA | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOC | Secured | 163,075.00 | 47,157.26 | 47,157.26 | 0.00 | 0.00 |
| WILMINGTON TRUST COMPANY | Secured | 114,633.00 | 26,580.81 | 26,580.81 | 0.00 | 0.00 |
| WILSHIRE CREDIT CORP. | Secured | 71,400.00 | NA | NA | 0.00 | 0.00 |
| WOODBRIDGE MORTGAGE INVER | Unsecured | 227,000.00 | 223,693.54 | 0.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $167,069.77 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $52,118.48 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$219,188.25** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,000.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$5,000.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS** | **$134,168.36** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $363.50 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$363.50** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/18/2018                    By: /s/ Melissa J. Davey
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                    )        CHAPTER 13
CASSANDRA JOHNSON LANDRY                   )
                                          )        CASE NO. 18-55697-LRC
                                          )
DEBTOR                                    )

## CERTIFICATE OF SERVICE

This is to Certify that I have this day served

    CASSANDRA JOHNSON LANDRY
    869 NATCHEZ VALLEY TRACE
    GRAYSON,  GA 30017


    PRO SE


with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

DATED:  09/18/2018                              _____/S/_____
                                                Melissa J. Davey, Chapter 13 Trustee
                                                State Bar No. 206310
                                                Standing Chapter 13 Trustee
                                                260 PEACHTREE STREET N.W.
                                                SUITE 200
                                                Atlanta, GA  30303
                                                (678)510-1444
                                                trustee@13trusteeatlanta.com






**UST Form 101-13-FR-S (9/1/2009)**