**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) | CASE NO. 18-55697-LRC |
|  | ) |  |
| **CASSANDRA JOHNSON LANDRY** | ) |  |
| *aka* **CASSANDRA LANDRY,** | ) | CHAPTER 7 |
|  | ) |  |
| **Debtor.** | ) |  |
|  | ) |  |

**NOTICE OF REJECTION OF APPOINTMENT AS TRUSTEE**

The undersigned hereby rejects appointment as Trustee in the above case because of a conflict in the case.

This 24th day of September, 2018.

/s/ Neil C. Gordon
Neil C. Gordon
State Bar No. 302387
Chapter 7 Trustee

ARNALL GOLDEN GREGORY LLP
171 17th Street, N.W., Suite 2100
Atlanta, GA  30363-1031
Tel: (404) 873-8596 / Fax: (404) 873-8597
E-mail:  neil.gordon@agg.com

12661807v1

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the foregoing Notice of Rejection of Appointment upon the United States Trustee and upon Debtor's counsel and/or Debtor by electronic notification or by placing same in the United States mail, postage prepaid, addressed as follows:

Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive SW
Atlanta, GA 30303

Cassandra Johnson Landry
869 Natchez Valley Trace
Grayson, GA  30017

This 24th day of September, 2018.

/s/ Neil C. Gordon

12661807v1