**IT IS ORDERED as set forth below:**

**Date: October 24, 2018**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBERS |
|---|---|---|
| CASSANDRA JOHNSON LANDRY, | : | 18-55697-LRC |
|  | : | IN PROCEEDINGS UNDER |
|  | : | CHAPTER 7 OF THE |
| Debtor. | : | BANKRUPTCY CODE |

## ORDER

Before the Court is the Motion for the Notice of Removal of the Chapter 7 Bankruptcy Trustee (the "Motion") (Doc. 91). In the Motion, Debtor seeks the removal of the Chapter 7 Trustee, Robert Trauner (the "Trustee"), pursuant to 11 U.S.C. § 324. It appearing that the Trustee has rejected his appointment in this case, the Motion is moot, and is hereby **DISMISSED**.

**END OF DOCUMENT**

## Distribution List

**Cassandra Johnson Landry**
869 Natchez Valley Trace
Grayson, GA 30017

**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

**Robert Trauner**
P. O. Box 421025
Atlanta, GA 30342