UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| **CASSANDRA JOHNSON LANDRY,** | * | CASE NO. **18-55697-LRC** |
| | * | |
| DEBTOR. | * | |

**NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
AND RESCHEDULED MEETING OF CREDITORS**

Robert Trauner having rejected the appointment as interim trustee, the United States Trustee gives notice that, pursuant to 11 U.S.C. § 701, **S. Gregory Hays** is appointed as interim trustee in this case and is designated to preside over the meeting of creditors. The trustee shall serve under the blanket bond heretofore approved. Unless creditors at the first meeting of creditors held pursuant to 11 U.S.C. § 341(a) elect another trustee, the interim trustee appointed herein shall serve as trustee without further appointment or qualification under the same bond.

The name and address of the interim trustee and the date, time, and location of the rescheduled meeting of creditors are as follows:

| **S. Gregory Hays**<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30302 -2153<br>Phone: (404) 926-0051 | **November 27, 2018, at 11:00 a.m.**<br>Third Floor, Room 366<br>Richard Russell Federal Building & U.S. Courthouse<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA  30303 |
|---|---|

Notice given by:    DANIEL M. MCDERMOTT
UNITED STATES TRUSTEE, REGION 21

*s/ Jeneane Treace*
R. Jeneane Treace
Georgia Bar No. 716620
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303
(404) 331-4437
*jeneane.treace@usdoj.gov*