IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: <br><br> CASSANDRA JOHNSON LANDRY AKA CASSANDRA LANDRY, <br><br> Debtor. | CASE NO. 18-55697-lrc <br><br> CHAPTER: 7 <br><br> JUDGE: LISA RITCHEY CRAIG |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A, <br><br> Movant, <br> v. <br><br> CASSANDRA JOHNSON LANDRY AKA CASSANDRA LANDRY, Debtor <br> S. GREGORY HAYS, Trustee, <br><br> Respondent(s). | CONTESTED MATTER |

**NOTICE OF RE-HEARING (#46)**

**PLEASE TAKE NOTICE** that the Movant named above has filed a Motion for Relief from the Automatic Stay and related papers with the Court seeking an Order Granting Relief from the Automatic Stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive SW, Atlanta, GA 30303, at 10:00 A.M., on December 6, 2018.

**NOTICE TO DEBTOR:** Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of

the Clerk's Office is: Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive SW, Room 1340, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

   If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. If a final decision cannot be rendered by the Court within sixty (60) days of the date of the request, Movant waives the requirement that a final decision be issued within that period. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

          /s/ *Brian K. Jordan*
          Brian K. Jordan, Bar No.: 113008
          Attorney for Movant
          Aldridge Pite, LLP
          Fifteen Piedmont Center
          3575 Piedmont Road, N.E., Suite 500
          Atlanta, GA 30305
          Phone: (404) 994-7400
          Fax: (888) 873-6147
          Email: bjordan@aldridgepite.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>CASSANDRA JOHNSON LANDRY AKA CASSANDRA LANDRY,<br><br>　　　　　Debtor. | Case No. 18-55697-LRC<br><br>Chapter 7 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the November 9, 2018, I served a copy of **Notice of Re-Hearing** which was filed in this bankruptcy matter on the November 9, 2018, in the manner indicated:

**The following parties have been served via e-mail**:
S. Gregory Hays**\***
ghays@haysconsulting.net

**The following parties have been served via U.S. First Class Mail**:
Cassandra Johnson Landry
869 Natchez Valley Trace
Grayson, GA 30017


**\*Served with copy of Motion for Relief**

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: November 9, 2018　　　　　　/s/ *Brian K. Jordan*
　　　　　　　　　　　　　　　　　Brian K. Jordan, Bar No.: 113008
　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　Aldridge Pite, LLP
　　　　　　　　　　　　　　　　　Fifteen Piedmont Center
　　　　　　　　　　　　　　　　　3575 Piedmont Road, N.E., Suite 500
　　　　　　　　　　　　　　　　　Atlanta, GA 30305
　　　　　　　　　　　　　　　　　Phone: (404) 994-7400
　　　　　　　　　　　　　　　　　Fax: (888) 873-6147
　　　　　　　　　　　　　　　　　Email: bjordan@aldridgepite.com