Notice of Returned Mail to Debtor/Debtor's Attorney

November 1, 2018

From: United States Bankruptcy Court, Northern District of Georgia

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Cassandra Johnson Landry,, Case Number 18-55697, lrc

TO THE DEBTOR/DEBTOR'S ATTORNEY:

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2018 NOV 16 PM 4:00

M. REGINA THOMAS
CLERK
BY
DEPUTY CLERK

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS ONLY IF YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.**

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>U.S. Bankruptcy Court
Atlanta Division
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303</u>

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Homeside Properties Inc
2555 Westside Parkway
Ste 800,
Alpharetta, GA 30004-4191

THE UPDATED ADDRESS IS:

Homeside Properties Inc
2555 Westside Parkway Suite 600
Alpharetta, GA 30004

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Steve Kushner
US Premium Finance Service
Fellows LaBriola LLP
225 Peachtree St NE
Atlanta, GA 30303-1701

THE UPDATED ADDRESS IS:

US Premium Finance
980 Technology Parkway Suite 20
Marcross GA 30092

THE UPDATED ADDRESS IS:

1

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Tamera Bell
5220 North Somerset LN
Alpharetta, GA 30004-7419

*[Handwritten:]* Tamera Bell / 5220 North Somerset Ln / Alpharetta, GA 30004-7419

---

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

TitleMax of Georgia
2029 Scenic Hwy
Snellville, GA 30078

THE UPDATED ADDRESS IS:

*[Handwritten:]* TitleMax Corporate / 15 Bull Street / Savannah GA 31401-2685

---

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

William C Grossman Law PC
5965 Transit Rd Ste 500
East Armherst NY 14051-1874

THE UPDATED ADDRESS IS:

*[Handwritten:]* Grossman and Karaszewski LLC / 5965 Transit Road Ste 500 / East Amherst NY 14051-1874 / ATTN: William Grossman

---

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

William C Grossman Law, PLLC
5965 Transit Rd Ste 500
East Amherst NY 14051-1874

THE UPDATED ADDRESS IS:

*[Handwritten:]* Grossman + Karaszewski PLLC / 5965 Transit Road Suite 500 / East Amherst NY 14051-1874 / ATTN: William Grossman

*[Signature]*                                        11/13/18
Signature of Debtor or Debtor's Attorney             Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.