Notice of Returned Mail to Debtor/Debtor's Attorney

November 1, 2018

From: United States Bankruptcy Court, Northern District of Georgia

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Cassandra Johnson Landry,, Case Number 18-55697, lrc

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2018 NOV 16 PM 4:00

M. REGINA THOMAS
CLERK
BY
DEPUTY CLERK

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Atlanta Division**
**1340 United States Courthouse**
**75 Ted Turner Drive SW**
**Atlanta, GA 30303**

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

DeKalb County Tax Commissioner
Collection Division
PO Box 10004
Decatur, GA 30031-700

THE UPDATED ADDRESS IS:

DeKalb County Tax Commissioner
4380 Memorial Drive Ste 10
Decatur GA 30032
ATTN: Collections

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

DeKalb County Tax Commissioner
Collections Division
Briana Henry-Frisby
PO Box 10004
Decatur, GA 30031

THE UPDATED ADDRESS IS:

DeKalb County Tax Commissioner
4380 Memorial Drive Ste 10
Decatur GA 30032
ATTN: Collections

THE UPDATED ADDRESS IS:

1

020192                                                    4060802021201 4

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

DeKalb County Tax Commissioner
Collections Division
PO Box 10004
Decatur, GA 30031

Dekalb County TN Commiss
4380 Memorial Dr Ste 100
Decatur GA 30032
ATTN Collections

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

DeKalb County Tax Commissioner
Collections Division
Shilliegh Lewis
PO Box 10004
Decatur, GA 30031

THE UPDATED ADDRESS IS:

Dekalb County Tax Commissioner
4380 Memorial Drive, Ste 100
Decatur, GA 30032
ATTN: Collections

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

DeKalb County Tax Commissioner
Collections Division/Izzy Truitt
PO Box 10004
Decatur, GA 30031

THE UPDATED ADDRESS IS:

Dekalb County Tax Commissioner
4380 Memorial Drive Ste 100
Decatur, GA 30032
ATTN: Collections

11/13/18

Signature of Debtor or Debtor's Attorney          Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.