# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2018 DEC -7 AM 11: 18

M. REGINA THOMAS
CLERK
BY: [signature]
DEPUTY CLERK

|   |   |   |
|---|---|---|
| In re: | ) | CHAPTER 7 |
|  | ) |  |
| CASSANDRA JOHNSON LANDRY | ) |  |
| Debtor | ) | Case NO.18-55697-LRC |

## MOTION TO REMOVE
## CHAPTER 7 BANKRUPTCY TRUSTEE

COMES NOW, CASSANDRA JOHNSON LANDRY, Debtor files this MOTION TO REMOVE CHAPTER 7 BANKRUPTCY TRUSTEE pursuant to Title 11 Section 324 of the Bankruptcy Code for the following reasons:

1. Title 11 Section 324 states that

    (a) The court, after and a hearing, may remove a trustee, other than the United States Trustee or a examiner, for cause

    (b) Whenever the court removes a trustee or examiner under subsection (a) if a case under this title, such trustee or examiner shall be removed in all other cases under this title in which such trustee or examiner is then serving unless the court orders otherwise

1. The removal of the Standing Chapter 7 Trustee, S Gregory Hayes is proper due to his business relationships with Wilmington Trust, a party in this bankruptcy proceeding which conflicts with the execution of duties as a trustee and the ability to report criminal activity in this case. See 28 USC §

586. Misprision of felony (18 USC § 4) and Misprision of treason (18 USC § 2382)

WHEREFORE, The Debtor respectfully moves this court to remove the Chapter 7 Bankruptcy Trustee.

Respectfully Submitted

By: _____
CASSANDRA JOHNSON LANDRY
869 Natchez Valley Trace
Grayson, Georgia 30017
6788603621

## CERTIFICATE OF SERVICE

We have mailed MOTION TO REMOVE CHAPTER 7 BANKRUPTCY TRUSTEE to the following Parties by way of the United States Postal Service via First Class Mail:

S. Gregory Hays
3969 Peachtree Road
Suite 555
Atlanta, Georgia 30305

Respectfully submitted this __7th____ day December 2018.

By: _____
CASSANDRA JOHNSON LANDRY
869 Natchez Valley Trace
Grayson, Georgia 30017
678 860 3621