**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **CASSANDRA JOHNSON LANDRY,** | ) CHAPTER 7 |
| | ) |
| Debtor. | ) CASE NO.: **18-55697-lrc** |
| | ) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

David S. Klein of the law firm Rountree & Leitman, LLC, pursuant to Fed. R. Bank. P. 9010, enters his appearance as counsel for King Group Mgmt, LLC and Sukhmani Investments, LLC in this bankruptcy matter and requests that notices be provided at the following address:

David S. Klein
Rountree & Leitman, LLC
2800 North Druid Hills Road
Building B, Suite 100
Atlanta, Georgia 30329
(404) 856-0540
dklein@randllaw.com

This 13th day of December, 2018.

**ROUNTREE & LEITMAN, LLC**

/s/ David S. Klein
David Klein, Georgia Bar No. 183389
dklein@randllaw.com
2800 North Druid Hills Rd.,
Bldg. B Suite 100
Atlanta, GA 30329
404-856-0540
Attorneys for King Group Mgmt, LLC and
Sukhmani Investments, LLC

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CASSANDRA JOHNSON LANDRY,** | ) | **CHAPTER 7** |
| | ) | |
| Debtor. | ) | **CASE NO.: 18-55697-lrc** |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing **Notice of Appearance and Request for Notice** to the following parties in interest and those parties requesting notice via the Court's ECF System and/or by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery to:

**Cassandra Johnson Landry**
869 Natchez Valley Trace
Grayson, GA 30017

**S. Gregory Hays**
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

**United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

This 13th day of December, 2018.

/s/ David S. Klein
David Klein, Georgia Bar No. 183389
dklein@randllaw.com