# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE: ) Case No.: 18-55697-lRC
Cassandra Johnson Londry )
) Chapter: 7
)
Debtor(s)

Motion For Req (Emer) Hearing to Reschedule Part II of Creditors meeting

This motion serves as a request for the Rescheduling of Audit Meeting scheduled for 12/18/18. Please refer to Item #11 dated 12/7/18. A motion was filed for Trustee's Removal due to Conflictual Issues. At this time it is not proper or ethical to move forward given the circumstance. In addition, this Trustee requested Documents which have no bearing on the particular case related to the matter at hand. Trustee's hearing for Removal is scheduled for 1/10/19 @ 10:30 AM.

Dated: 12/17/18

Signature: Cassandra Johnson Londry

Printed Name: Cassandra Johnson Londry

Address: 869 Natchez Valley Trace
Grayson GA 30017

Phone: 678 860 3621

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: Cassandra Johnson-Landy )  Case No: 18-55697-lrc
                                )
                                )  Chapter 7
                                )
                                )
        Debtor(s)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 17th day of December, 2018, I served a copy of Motion For Rescheduling of the 341 meeting (Creditors) which was filed in this bankruptcy matter on the 17th day of December, 2018.

Mode of service (check one):     ☒ MAILED        ☐ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

S Gregory Hays
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 12/17/18

Signature: Cassandra Johnson-Landy

Printed Name: Cassandra Johnson Landy

Address: 869 Natchez Valley Trace
Grayson, GA 30017

Phone: 6788603621

(Generic Certificate of Service – Revised 4/13)