# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE: ) Case No.: 18-55697-lrc

Cassandra Johnson Landry )

) Chapter: 7

Debtor(s)

#17-2

**Objection to Filed Claim / False Claim Filed**

Objection to Filed Claim (amd) National Association Wilmington Trust ~~National~~ Select Portfolio Servicing Inc submitted claim No 17 originally on 6/12/18. Last amended Date was 7/18/18. Entered by Josephine Selmon Creditor 01680303. Claim amount 139,245.29. It appears the Chapter 7 Trustee did not complete his required Duties. See attached letter Dated 8/8/18.

Dated: 12/28/18

Signature: Cassandra Johnson Landy

Printed Name: Cassandra Johnson Landy

Address: 869 Natchez Valley Trace
Conyers GA 30017

Phone: (678) 860-3621

CJLandry1967@gmail.com

2018 DEC 28 PH 4: 33
REGINA THOMAS CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA



August 8, 2018


CASSANDRA LANDRY
IVY T LANDRY
869 NATCHEZ VLLY TRACE
GRAYSON, GA 30017-0000

**We are releasing the mortgage lien on the property**

Account Number:   0018334896
Property Address:  869 NATCHEZ VALLEY TRAC
GRAYSON, GA 30017

Dear Customer(s):

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation.

SPS is writing to let you know that, at the instruction of the lien holder, we are releasing the lien on the mortgage referenced above. If applicable, SPS will cancel/dismiss any foreclosure action that was previously initiated on the property.

**You don't need to sign or return anything for this to happen.**

As part of the release of lien SPS, will:

- Forward the release of lien to your county records office for processing. Depending on your county's procedures, this may take several months.
- No longer pay property taxes or insurance on your behalf if this was part of your mortgage. Your escrow account as well as any optional insurance product will close.
- Refund any remaining escrow balances on the account you are entitled to.
- No longer be responsible for securing the property and/or providing maintenance required by the city if the property is vacant.



# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF GEORGIA

### ATLANTA DIVISION

IN RE: Cassandra Simon Landy )   Case No: 18-55697 -lRC
)
_____ )   Chapter 7
)
)
Debtor(s)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 28 day of December, 2018, I served a copy of Objection to Filed Claim / False Claim filed / Wilmington Bank Select Portfolio which was filed in this bankruptcy matter on the 10 day of December, 2018.

Mode of service (check one):   ☒ MAILED        ○ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):
Josephine E. Salmon Aldridge Pite,   4375 Jutland Drive, Ste 200
P.O. Box 17933
San Diego CA 92177-0133

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 12/29/18

Signature: Cassandra Landy

Printed Name: Cassandra Jones Landy

Address: 2697 Aletha Valley Trace
Dacula CA 30017
678-860-3621

Phone:

(Generic Certificate of Service – Revised 4/13)