UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

_Cassandra [illegible signature]_

_____

Debtor(s)

Case No.: _18-55697-lrc_

Chapter: _7_

_Motion for Reconsideration #92 [illegible]_

_I am Submitting Requested Documents and_
_[illegible] in motion of Reconsideration. [illegible]_
_insurance. Additional documents are in my_
_possession as well. The claim submitted by_
_[illegible] is false._

Dated: _28 December 18_   Signature: _Cassandra [illegible]_

Printed Name: _[illegible] Mayn GA [illegible]_

Address: _[illegible] (678)[illegible]_
_CL[illegible]1960@gmail.com_

Phone: _____

# ALDRIDGE | PITE
LLP

Alabama · Alaska · Arizona · California · Florida · Georgia · Hawaii · Idaho · Illinois · Nevada · New Jersey ·
New Mexico · New York · North Carolina · Oregon · Pennsylvania · Tennessee · Texas · Utah · Washington

## PROOF OF CLAIM DISCLOSURES

### IN RE: JOHNSON LANDRY, CASSANDRA
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

CASE NO. 18-55697-lrc

CREDITOR: DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI
ASSET SECURITIZATION CORPORATION TRUST 2006-OPT2, MORTGAGE-PASS-
THROUGH CERTIFICATES, SERIES
2006-OPT2

1. The amount of the post-petition payments is subject to change per the terms of the Note and
   Deed of Trust/Mortgage.
2. This Proof of Claim shall not constitute a waiver of the within party's right to receive service
   pursuant to Fed. R. Civ. P. 4, made applicable to this proceeding by Fed. R. Bankr. P. 7004
   notwithstanding Aldridge Pite, LLP's participation in this proceeding. Moreover, the within
   party does not authorize Aldridge Pite, LLP, either expressly or impliedly through Aldridge Pite,
   LLP's participation in this proceeding, to act as its agent for purpose of service under Fed. R.
   Bankr. P. 7004.

Case number: 18-55697-lrc

Debtor: Cassandra Johnson Landry Aka Cassandra Landry

**Basis for asserting that "Deutsche Bank National Trust Company, as Trustee for HSI Asset
Securitization Corporation Trust 2006-OPT2, Mortgage-Pass-Through Certificates, Series 2006-OPT2"
has the right to foreclose**

Ocwen Loan Servicing, LLC services the underlying mortgage loan and note for the property referenced
in this Proof of Claim for:

**Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust
2006-OPT2, Mortgage-Pass-Through Certificates, Series 2006-OPT2**

(hereinafter, "noteholder") and is entitled to proceed accordingly. Should the Automatic Stay be lifted
and/or set aside by Order of this Court or if this case is dismissed or if the Debtor obtains a discharge
and a foreclosure action is commenced or recommenced, said foreclosure action will be conducted in
the name of the noteholder. The noteholder has the right to foreclose because (check the applicable
below):

____ Noteholder is the owner of the note.

_X_ Noteholder is the original mortgagee or beneficiary or assignee of the security instrument for the
referenced loan. Noteholder directly or through an agent has possession of the promissory note and the
promissory note is either made payable to Noteholder or has been duly endorsed.

____ Noteholder is the original mortgagee or beneficiary or assignee of the security instrument for the
referenced loan. Noteholder directly or through an agent, has possession of the promissory note and
will enforce the promissory note as transferee in possession.

____ Noteholder is the original mortgagee or beneficiary or assignee of the security instrument for the
referenced loan. Noteholder is unable to find the promissory note and will seek to prove the promissory
note through the filing of a lost note affidavit.

____ Noteholder is the successor trustee and transferee in possession of the security instrument for the
referenced loan.

# Mortgage Proof of Claim Attachment

(12/15)

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate instructions.

## Part 1: Mortgage and Case Information

| | | Part 2: Total Debt Calculation | Part 3: Arrearage as of Date of the Petition | Part 4: Monthly Mortgage Payment |
|---|---|---|---|---|
| Case number: | 18-55697-lrc | Principal balance: 237,742.26 | Principal & interest due: 41,591.44 | Principal & interest: 1,890.52 |
| | | Deferred Principal: 0.00 | | |
| Debtor 1: | Cassandra Johnson Landry aka Cassandra Landry | Interest due: 30,384.03 | Prepetition fees due: 4,208.67 | Monthly escrow: 652.77 |
| Debtor 2: | | Fees, costs due: 4,208.67 | Escrow deficiency for funds advanced: 11,355.87 | Private mortgage insurance: 0.00 |
| Last 4 digits to identify: | 8733 | Escrow deficiency for funds advanced: 11,355.87 | Projected escrow shortage: 2,881.03 | Optional insurance: |
| Creditor: | Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2006-OPT2, Mortgage Pass-Through Certificates, Series 2006-OPT2 | Less total funds on hand: -2,888.98 | Less funds on hand: -2,888.98 | |
| Servicer: | Ocwen Loan Servicing, LLC | Total debt: 281,001.85 | Total prepetition arrearage: 57,348.03 | Total monthly payment: 2,543.29 |
| Fixed accrual/daily simple interest/other: | Fixed Accrual | | | Annual Interest rate: 8.95000% |

## Part 5: Loan Payment History from First Date of Default

| | Account Activity | | | | | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount Received or Incurred | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow or charges | K. Amount to fees | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
| See attached | | | | | | | | | | | | | | | | |

1

# Mortgage Proof of Claim Attachment

(12/15)

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate instructions.

## Part 1: Mortgage and Case Information

| Part 1: Mortgage and Case Information | | Part 2: Total Debt Calculation | | Part 3: Arrearage as of Date of the Petition | | Part 4: Monthly Mortgage Payment | |
|---|---|---|---|---|---|---|---|
| Case number | 18-55697-lrc | Principal balance: | 237,742.26 | Principal & interest due: | 41,591.44 | Principal & interest: | 1,890.52 |
| | | Deferred Principal: | 0.00 | | | | |
| Debtor 1: | Cassandra Johnson Landry aka Cassandra Landry | Interest due: | 30,384.03 | Prepetition fees due: | 4,208.87 | Monthly escrow: | 652.77 |
| Debtor 2: | | Fees, costs due: | 4,208.87 | Escrow deficiency for funds advanced: | 11,355.87 | Private mortgage insurance: | 0.00 |
| Last 4 digits to identify: | 6733 | Escrow deficiency for funds advanced: | 11,355.87 | Projected escrow shortage: | 2,881.03 | Optional insurance: | |
| Creditor: | Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2006-OPT2, Mortgage-Pass-Through Certificates, Series 2006-OPT2 | Less total funds on hand: | -2,688.98 | Less funds on hand: | -2,688.98 | Total monthly payment: | 2,543.29 |
| Servicer: | Ocwen Loan Servicing, LLC | Total debt: | 281,001.85 | Total prepetition arrearage: | 57,348.03 | Annual interest rate: | 9.95000% |
| Fixed accrual/daily simple interest/other: | Fixed Accrual | | | | | | |

## Part 5: Loan Payment History from First Date of Default

| | Account Activity | | | How Funds Were Applied/Amount Incurred | | | | Balance After Amount Received or Incurred | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **A.** Date | **B.** Contractual payment amount | **C.** Funds received | **D.** Amount incurred | **E.** Description | **F.** Contractual due date & esc past due balance | **G.** Prin, int & due to principal | **H.** Amount to interest | **I.** Amount to escrow | **J.** Amount to fees or charges | **K.** Unapplied funds | **L.** Principal balance | **M.** Accrued interest balance | **N.** Escrow balance | **O.** Fees / Charges balance | **P.** Unapplied funds balance |
| See attached | | | | | | | | | | | | | | | |

12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☒ No

☐ Yes. *Check all that apply:*

|  | | Amount entitled to priority |
|---|---|---|
| ☐ | Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| ☐ | Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| ☐ | Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| ☐ | Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| ☐ | Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| ☐ | Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $ _____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorized courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   05/24/2018
                MM / DD / YYYY

/S/ _____
Signature

Print the name of the person who is completing and signing this claim:

| Name | Brian Jordan | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Title | Attorney for Creditor | | |
| Company | Aldridge Pite, LLP | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | Fifteen Piedmont Center 3575 Piedmont Road, NE; Suite 500 | | |
| | Number    Street | | |
| | Atlanta, GA 30305 | | |
| | City | State | ZIP Code |
| Contact phone | (858) 750-7600 | Email | BJordan@aldridgepite.com |

Local Form 239 (Non-Prisoner Cases) (07/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT

for the
District of _Georgia_    DLC 18-55697 LRC
1 8 55697 LRC

Northern

Dawdeabak | OC Loan _____
_Plaintiff/Petitioner_

v.

Camanda Palma Handy
_Defendant/Respondent_

)
)
)    Civil Action No.
)
)

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

| Affidavit in Support of the Application | Instructions |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: _Camanda Palma Handy_ | Date: _12/28/18_ |

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 40k | $ 6 | $ 3L |
| Self-employment | $ 25k | $ 0 | $ 2100 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 12k/1000 | $ 0 | $ 1000 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |

Local Form 229 (Non-Prisoner Cases) (07/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ |
| Other *(specify)*: | $ | $ | $ | $ |
| **Total monthly income:** | $ 25K | $ 52K | $ 100 ⁰⁰ | $ 4000 ⁰⁰ |

2.    List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | Tucker Ca 30094 | | |
| ABC f at lantA | 3541 Hebastar Rd Nullalebtly F | 2000 - Present | $ DFAC SWILL NOT PAY ⁰⁰ |
| OCT f atlanta | Same | 2000 - Prest | $ 8100 ⁰⁰ |

3.    List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Public | Highway 316, Parabaca | 2000 to Curent | $ 400 ⁰⁰ |
| | | | $ |
| | | | $ |

4.    How much cash do you and your spouse have? $ 500 ⁰⁰

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Publero (Joint | Saving | $ 0 | $ Same |
| Public (Joint) | Checking | $ 500 ⁰⁰ | $ Same |
| | | $ | $ |

Local Form 239 (Non-Prisoner Cases) (07/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.  List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)*   mortgage Fraud   (unable to Estmate) | $ |
| Other real estate *(Value)*   mortgage Fraud (unable to Estmate) | $ |
| Motor vehicle #1 *(Value)*   Ford F150 | $ 5000⁰⁰ |
| Make and year:   1996 | |
| Model:   Ford | |
| Registration #: | |
| Motor vehicle #2 *(Value)*   Mercedes | $ 6000⁰⁰ |
| Make and year:   Dodo | |
| Model:   Mercedes C Class | |
| Registration #: | |
| Other assets *(Value)*   Insurance Policy (Corandra) | $ Unknown at this time |
| Other assets *(Value)*   Insurance Policy (Inf) | $ Unknown at this time |

6.  State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| CPACS | $ One Million + Interest | $ 0 |
| Attorney General of CA | $ 3 thousand + Interest | $ 0 |
| West group Medical | $ 7 thousand + Interest | $ 0 |

7.  State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| Grandmother ( Name Sewell ) | Grandmother (Elder) | 95 |
| Marie Johnson | Mother (Sick) | 69 |
| Charles Johnson | Father (Sick) | 69 |

Local Form 239 (Non-Prisoner Cases) (07/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.    Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your
spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the
monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* Are real estate taxes included?  ☑ Yes  ☐ No  Is property insurance included?  ☑ Yes  ☐ No | $ 1200 00 | $ bae |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 210 00 | $ bae |
| Home maintenance *(repairs and upkeep)* | $ 0 | $ 0 |
| Food | $ 150 00 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 150 00 | $ 0 |
| Transportation *(not including motor vehicle payments)* | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| Homeowner's or renter's: | $ 600 00 | $ — |
| Life: | $ 100 | $ 100 |
| Health: | $ — | $ — |
| Motor vehicle: | $ 300 | $ — |
| Other: | $ — | $ — |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ 0 | $ 0 |
| Installment payments | | |
| Motor vehicle: | $ 0 | $ 0 |
| Credit card *(name):* | $ 0 | $ 0 |
| Department store *(name):* | $ 0 | $ 0 |
| Other: | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |

Local Form 239 (Non-Prisoner Cases) (07/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | |
|---|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* *Car Chsenance* | $ 300 | $ | O |
| Other *(specify):* *Medical Expenses Pending Currently* | $ O | $ | O |
| *Lawsuit 2 trips due to Doctor/yr* | | | |
| *Against the State Georgia* Total monthly expenses: | $262 | | 100 |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the
    next 12 months?

    ☒ Yes  ☐ No    If yes, describe on an attached sheet. *Lawsuits pending*

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case,
    including the completion of this form? ☐ Yes ☒ No

    If yes, how much? $_____
    If yes, state the attorney's name, address, and telephone number:

11. Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money
    for services in connection with this case, including the completion of this form?    ☒ Yes ☐ No

    If yes, how much? $ *? (PLN if any TaxPreparer is needed   100 pr hr*
    If yes, state the person's name, address, and telephone number:

    *Joniel acct sentry @ Servies*
    *Godby Road*
    *River dale , GA*

12. Provide any other information that will help explain why you cannot pay the costs of these proceedings
    *financially we are experience financial difulty due to the STATE of
    Forsith will NOT pay my funds I am a Contractor
    TO STAtes which owes millions in addtn. to the attorney
    General Meller*

13. Identify the city and state of your legal residence.
    *Grayson , Georgia*

    Your daytime phone number: *678 860 3621*

    Your age: *51*    Your years of schooling: *10*

    Last four digits of your social-security number: *5102*

Official Form 417A (12/15)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

*18-556997 lRC*

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): *Cassandra Johnson-Landy*

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.

   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.

   ☑ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

### Part 2: Identify the subject of this appeal

*1440 Highland Lake Drive Lawrenceville 1 GA 30045*

1. Describe the judgment, order, or decree appealed from: *Motion Stay fol eft Paper*
   *Validation of Debt not True/False Claim filed.*

2. State the date on which the judgment, order, or decree was entered: _____
   *United State Bankruptcy Court of Northern District of Gay*

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: *Trust N Mortgage*   Attorney: *Aldridge Pite LLP* *Due Brian Jandal*
   *Deutsche Bank (Ocwen mortgage)* *fifteen Piedmont Road NE suite 500*
   *Atlanta, GA 30305*

2. Party: _____   Attorney: _____
   _____
   _____

*1) Breach of Contract
2) No note held by Defended
3) Threat Not Produced. Court Leary.
4) False Claim bonuses
5) Violation of laws guarding the agency @ against population who is sick and ill.
3) No validate procedure.*

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❏ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Date: 12/28/14

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2018 | Ocwen Open | 2018 | 2005 | 285600 | 237742 | 2494 | | |
| 2018 | Nationstar Open/2ND | 2017 | 2005 | 71400 | 60369 | 549 | | |
| 2018 | HOMEWARD CLSD | 2013 | 2005 | 285600 | 0 | 2578 | | |
| 2018 | BOA/CLSD | 2013 | 2005 | 71400 | 0 | 549 | | |
| 2018 | WILSHIRE/OPEN/2ND | 2010 | 2005 | 71400 | 0 | 549 | | |
| 2009 | AHMS | 2009 | 2005 | 285600 | 272880 | 2334 | 42 | 98028 |
| 2009 | AHMS/CLSD | 2005 | 2005 | 279200 | 0 | 2583 | 14 | 36162 |
| 2009 | AHMS/CLSD | 2005 | 2005 | 69800 | 0 | 691 | 14 | 9674 |
| 2009 | WILSHIRE/OPEN/2ND | 2009 | 2005 | 71400 | 69053 | 549 | 37 | 20313 |
| 2011 | WILSHIRE/OPEN/2ND | 2010 | 2005 | 71400 | | 549 | 48 | 26352 |
| 2011 | AHMS | 2011 | 2005 | 285600 | 265963 | 2347 | 62 | 145514 |
| 2011 | AHMS/CLSD | 2005 | 2004 | 279200 | 0 | 2583 | 14 | 36162 |
| 2011 | BAC | 2010 | 2005 | 71400 | 67094 | 549 | 9 | 4941 |
| 2011 | AHM | 2011 | 2005 | 285600 | 265963 | 2347 | 48 | 112656 |
| 2011 | AHM | 2005 | 2004 | 69800 | 0 | 691 | 21 | 14511 |
| 2011 | AMQ | 2004 | 2004 | 204250 | 0 | 1774 | 3 | 5319 |
| 2011 | BAC | 2010 | 2005 | 71400 | 67094 | 549 | 9 | 4941 |
| 2011 | WILSHIRE/OPEN/2ND | 2010 | 2005 | 71400 | 67923 | 549 | 48 | 26352 |
| 11-Mar | AMHS | 2011 | 2005 | 285600 | 265963 | 2347 | 48 | 112656 |
| 11-Mar | AMHS | 2005 | 2004 | 69800 | 0 | 691 | 21 | 8211 |
| 11-Mar | BAC | 2011 | 2005 | 71400 | 66944 | 549 | 10 | 5490 |
| 11-Mar | Wilshire/OPEN/2ND | 2010 | 2005 | 71400 | 67923 | 549 | 48 | 26352 |
| 11-Jul | WILSHIRE/OPEN/2ND | 2010 | 2005 | 71400 | | 549 | 48 | 26352 |
| 11-Jul | BAC | 2011 | 2005 | 71400 | 66637 | 549 | 14 | 7686 |
| 11-Jul | AHMS/CLSD | 2011 | 2005 | 279200 | 0 | 2583 | 14 | 36162 |
| 11-Jul | AHMS/CLSD | 2011 | 2005 | 285600 | 263810 | 2333 | 67 | 156311 |
| 11-Jul | HOMEWARD/TRANS | 2013 | 2005 | 285600 | 0 | 2578 | 89 | 229442 |
| 11-Jul | OCWEN | 2013 | 2005 | 285600 | 254393 | 2338 | 3 | 7014 |
| 11-Jul | WILSHIRE/OPEN/2ND | 2010 | 2005 | 71400 | | 549 | 48 | 26352 |
| 11-Nov | AHMS | 2005 | 2004 | 279200 | 0 | | 16 | 0 |
| 11-Nov | AHMS/TRANS | 2004 | 2004 | 204250 | | | 4 | |
| 11-Nov | AHMS | 2011 | 2005 | 285600 | 261972 | 2333 | 30 | 69990 |
| 11-Nov | AHMS | 2005 | 2004 | 69800 | 0 | 0 | 15 | 0 |
| 11-Nov | AHMS | 2005 | 2005 | 71400 | 0 | 0 | 1 | 0 |
| 11-Nov | BOA | 2011 | 2005 | 71400 | 66244 | 549 | 20 | 10980 |
| 11-Nov | WILSHIRE/2ND | 2010 | 2005 | 71400 | 67923 | 549 | 49 | 26901 |



**AFTER RECORDATION RETURN TO:**
OPTION ONE MORTGAGE CORPORATION
P.O. BOX 57096
IRVINE, CA 92619-7096

ATTN:  RECORDS MANAGEMENT

Loan Number:  291001428
Servicing Number: 001791857-4

[Space Above This Line For Recording Data]

# SECURITY DEED

THIS SECURITY DEED ("Security Instrument") is given on       July 21, 2005       . The grantor is
CASSANDRA LANDRY  AND IVY LANDRY, WIFE AND HUSBAND AS JOINT TENANTS WITH RIGHTS OF
SURVIVORSHIP

("Borrower"). This Security Instrument is given to
H&R Block Mortgage Corporation, a Massachusetts Corporation

which is organized and existing under the laws of            MASSACHUSETTS            , and whose
address is
3 Burlington Woods, 2nd Floor, Burlington, MA  01803
("Lender"). Borrower owes Lender the principal sum of
TWO HUNDRED EIGHTY FIVE THOUSAND SIX HUNDRED
. . . .AND NO/100ths        Dollars (U.S. $285,600.00   ).
This debt is evidenced by Borrower's note dated the same date as this Security Instrument ("Note"), which provides for monthly
payments, with the full debt, if not paid earlier, due and payable on        August 01, 2035       .
This Security Instrument secures to Lender: (a) the repayment of the debt evidenced by the Note, with interest, and all renewals,
extensions and modifications of the Note; (b) the payment of all other sums, with interest, advanced under paragraph 7 to protect
the security of this Security Instrument; and (c) the performance of Borrower's covenants and agreements under this Security
Instrument and the Note. For this purpose, Borrower does hereby grant and convey to Lender and Lender's successors and assigns,
with power of sale, the following described property located in            Gwinnett            County, Georgia:
5106204

SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART THEREOF.

which has the address of     1440  HIGHLAND LAKE DR, LAWRENCEVILLE

Georgia        30045-8272               ("Property Address");           [Street, City],
[Zip Code]

GEORGIA-Single Family
Page 1 of 6                                                              GAD10011 (07-29-98)

Loan Number: 291001428    Servicing Number: 001791857-1    Date: 1/07/2400

## FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (REAL ESTATE)

Provisions proceeded by a box (☐) are applicable only if the box is marked.

☐ PRELIMINARY    ☒ FINAL

**LENDER (Creditor):** H&R Block Mortgage Corporation
10151 Deerwood Park Blvd.
Jacksonville, FL 32256

**Borrower(s) Name(s):** CASSANDRA LANDRY
IVY LANDRY

Loan Type: CONVENTIONAL
Loan Program: 401

**Address:** 1440 HIGHLAND LAKE DR
LAWRENCEVILLE, GA 30045-8272
**Property Address:** 1440 HIGHLAND LAKE DR
LAWRENCEVILLE, GA 30045-8272

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 7.072 % | $398,820.54 | $281,770.16 | $680,590.70 |

**YOUR PAYMENT SCHEDULE WILL BE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|
| 359 payments of $1,890.52 monthly, beginning Sep 01, 2005 | | |
| 1 payment of $1,894.02 on Aug 01, 2035 | | |

**VARIABLE RATE:**
☐ This transaction is subject to a Variable-Rate Feature. Disclosures about Variable-Rate Feature have been provided to you earlier.

**SECURITY:**
You are giving a security interest in the Property located at: 1440 HIGHLAND LAKE DR
LAWRENCEVILLE, GA 30045-8272

**LATE CHARGE:**
If you are more than FIFTEEN days late in making any payment, you will pay a late charge of
☐ the lesser of ☐ the greater of ☒ an amount equal to ☐ $_____ ☐ 5.000 %
of the overdue payment of principal and interest.

**INSURANCE:**
You may obtain property insurance from anyone you want that is acceptable to Lender.

**FILING/RECORDING FEE:**
☒ $ 58.00

**PREPAYMENT:**
If you pay off early, you
☐ may ☒ will not have to pay a fee.
☐ may ☒ will not be entitled to a refund of part of the finance charge.

**ASSUMPTION:**
Someone buying your home,
☐ cannot assume the remainder of the mortgage on the original terms.
☒ may, subject to conditions, be allowed to assume the remainder of the mortgage on the original terms.

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and penalties, and creditor's policy regarding assumption of the obligation.
"e" means estimate

☐ Please refer to the "Good Faith Estimate" for an Itemization of Amount Financed.    ☒ Please refer to the Itemization of Amount Financed Statement.

I/We have received and read a copy of this disclosure and the documents referred to in this disclosure.

Borrower CASSANDRA LANDRY    Date 7/21/05

Borrower IVY LANDRY    Date 7/21/05

Borrower _____ Date    Borrower _____ Date

Borrower _____ Date    Borrower _____ Date

Page 1 of 1      USD0301.wp (12-16-04)

BK37729PG0034

FILED & RECORDED
CLERK SUPERIOR COURT
_____ TT COUNTY. GA

04 APR -8 AM 8:00

TOM LAWLER. CLERK

*Jackson and Hardwick*
*293 Main Street, Suite A*
*Loganville, GA 30052*
ᏌᏞᏞᏞᎾᎪᏁᎥᎾᏃᏮᏮ

AFTER RECORDATION RETURN TO:
OPTION ONE MORTGAGE CORPORATION
P.O. BOX 57096
IRVINE, CA 92619-7096

ATTN: RECORDS MANAGEMENT

GEORGIA INTANGIBLE TAX PAID
*838.50*
$
TOM LAWLER
SUPERIOR COURT GWINNETT
COUNTY, GEORGIA

Loan Number: 731004395
Servicing Number: 001310878-2

[Space Above This Line For Recording Data]

## SECURITY DEED

THIS SECURITY DEED ("Security Instrument") is given on       April 05, 2004       . The grantor is
CASSANDRA LANDRY AND IVY LANDRY, HUSBAND AND WIFE AS JOINT TENANTS

("Borrower"). This Security Instrument is given to
      H&R Block Mortgage Corporation, a Massachusetts Corporation

which is organized and existing under the laws of       MASSACHUSETTS       , and whose
address is
      3 Burlington Woods, 2nd Floor, Burlington, MA  01803
("Lender"). Borrower owes Lender the principal sum of
      TWO HUNDRED SEVENTY NINE THOUSAND TWO HUNDRED
      . . .AND NO/100ths      Dollars (U.S. $279,200.00      ).
This debt is evidenced by Borrower's note dated the same date as this Security Instrument ("Note"), which provides for monthly
payments, with the full debt, if not paid earlier, due and payable on       April 01, 2034       .
This Security Instrument secures to Lender: (a) the repayment of the debt evidenced by the Note, with interest, and all renewals,
extensions and modifications of the Note; (b) the payment of all other sums, with interest, advanced under paragraph 7 to protect
the security of this Security Instrument; and (c) the performance of Borrower's covenants and agreements under this Security
Instrument and the Note. For this purpose, Borrower does hereby grant and convey to Lender and Lender's successors and assigns,
with power of sale, the following described property located in       Gwinnett       County, Georgia:
   5106204

SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART THEREOF.

which has the address of    1440  HIGHLAND LAKE DR, LAWRENCEVILLE
                                                                                                [Street, City],
Georgia       30045-                               ("Property Address");
            [Zip Code]

GEORGIA-Single Family
Page 1 of 6

062356                    GAD10011 (07-29-98)

30

From:   H&R Block Mortgage Corporation
        10151 Deerwood Park Blvd.
        Jacksonville, FL  32256

Re:  2910 **Borrowers** Copy
     1440  HIGHLAND LAKE DR
     LAWRENCEVILLE, GA  30045-8272

To:     CASSANDRA  LANDRY and IVY  LANDRY
        1440 HIGHLAND LAKE DR,
        LAWRENCEVILLE, GA  30045-8272

Thank you for your recent Mortgage Loan Application with   H&R Block Mortgage Corporation
**TO AVOID A DELAY IN THE PROCESSING OF YOUR LOAN, PLEASE RETURN THE SIGNED ITEMS INDICATED IN
THE BOX BELOW AS SOON AS POSSIBLE.** The remaining documents enclosed are for your records and review.  If you have
any questions or concerns, please contact your loan officer Edward Sibley                            . Our main office phone
number is (904)  596-0849                        Customer Service Hotline 1-866-293-9115

---

**PLEASE REVIEW, SIGN AND RETURN THE FOLLOWING DOCUMENTS IN THIS BOX. RETAIN ONE COPY FOR
YOUR RECORDS AND RETURN THE OTHER COPY USING THE ENCLOSED SELF-ADDRESSED ENVELOPE.**

[ X ] GEORGIA ACKNOWLEDGMENT DISCLOSURE.  This disclosure acknowledges your receipt
      of the Application Disclosure and Good Faith Estimate of Settlement Costs.


[   ]


[ X ] BORROWER AUTHORIZATION

---

The following documents marked with an "X" are enclosed for your information and review.

[ X ] **Federal Truth-in-Lending Disclosure Statement.** This document contains information regarding the terms of the loan,
      including the estimated annual percentage rate (APR) and the total cost of the loan to you when carried to maturity. The
      APR reflects the cost of your mortgage as a yearly rate. This rate may be higher than the interest rate stated in your
      mortgage because the APR includes any points, fees, and other costs of credit. The finance charge includes all charges that
      are incident to or a condition of credit, such as points paid. The amount financed is determined by adding any amounts
      that is financed to the loan amount and then subtracting the prepaid finance charges.

[ X ] **Good Faith Estimate of Settlement Charges or Itemization of Amount Financed.** This document shows the estimated
      closing costs and estimated charges connected with the loan you are requesting.  The interest rate that appears in the upper-
      right-hand corner is the rate used in the prequalification process.

[ X ] **Notice to Borrower Regarding Copy of Appraisal Report.** This document discloses your right to receive a copy of your
      appraisal report if one has been obtained in connection with your loan application.

[ X ] **Settlement Costs, a HUD Guide.** This booklet provides you with settlement and closing information.

[   ] **Adjustable Rate Mortgage Loan Program Disclosure.** This document details the pertinent facts of your Adjustable Rate
      Mortgage and gives a detailed explanation for the features of the loan program.

[   ] **Consumer Handbook on Adjustable Rate Mortgages.** This booklet will provide useful basic information about ARM's.

[ X ] **Servicing Disclosure Statement.** This document explains what the chances are that the servicing of a loan may be
      transferred to a different loan servicer.  The document also explains certain procedures that must be followed and your
      rights under federal law.

[ X ] **Credit Score Notice.** This document is provided by the mortgage lender advising you of the credit score information used
      to evaluate your residential mortgage loan application.

[ X ] **Credit Agencies Notice to Home Loan Applicant.** This document is a copy of the Notice to Home Loan Applicant provided
      by the Credit Agencies to be used with your credit score information to evaluate your residential mortgage loan application.
[ X ] GEORGIA APPLICATION DISCLOSURE.  This document discloses the amount of the
      application fee and a good faith estimate of any third party fees.  The
      condition of when each of these fees may be refunded and the specific services
      each fee is for.
[ X ] Georgia Foreclosure Disclosure

[ X ] GA Choice of Attorney Notice - Retail

USH0051.wp (06-02-05)

nber: 291001428    Servicing Number:  000000000-0    Date:  06/29/05

FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
(REAL ESTATE)

...ons proceeded by a box (□), are applicable only if the box is marked.

□ PRELIMINARY    □ FINAL

LENDER (Creditor): H&R Block Mortgage Corporation
10151 Deerwood Park Blvd.
Jacksonville, FL 32256

Borrower(s) Name(s):   CASSANDRA  LANDRY
IVY  LANDRY

Loan Type: CONVENTIONAL
Loan Program: 401

Address: 1440 HIGHLAND LAKE DR
LAWRENCEVILLE, GA  30045-8272
Property Address:  1440   HIGHLAND LAKE DR
LAWRENCEVILLE, GA  30045-8272

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 6.127        %`e` | $327,630.94`` `e` | $275,642.90    `e` | $603,273.84 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|
| 359 payments of $1,675.77 monthly, beginning Aug 01, 2005 | | |
| 1 payment of $1,672.41 on Jul 01, 2035 | | |

**VARIABLE RATE:**
□ This transaction is subject to a Variable-Rate Feature. Disclosures about Variable-Rate Feature have been provided to you earlier.

**SECURITY:**
You are giving a security interest in the Property located at: 1440  HIGHLAND LAKE DR
LAWRENCEVILLE, GA  30045-8272

**LATE CHARGE:**
If you are more than    FIFTEEN    days late in making any payment, you will pay a late charge of
□ the lesser of □ the greater of  ☒ an amount equal to □ $_____ □ 5.000 %
of the overdue payment of principal and interest.

**INSURANCE:**
You may obtain property insurance from anyone you want that is acceptable to Lender.

**FILING/RECORDING FEE:**
☒ $ 55.00 `e`

**PREPAYMENT:**
If you pay off early, you
□ may    ☒ will not    have to pay a fee.
□ may    ☒ will not    be entitled to a refund of part of the finance charge.

**ASSUMPTION:**
Someone buying your home,
□ cannot assume the remainder of the mortgage on the original terms.
☒ may, subject to conditions, be allowed to assume the remainder of the mortgage on the original terms.

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and penalties, and creditor's policy regarding assumption of the obligation.
"e" means estimate

☒ Please refer to the "Good Faith Estimate" for an Itemization of Amount Financed.        □ Please refer to the Itemization of Amount Financed Statement.

I/We have received and read a copy of this disclosure and the documents referred to in this disclosure.

| | | |
|---|---|---|
| Borrower  CASSANDRA  LANDRY    Date | Borrower    Date |
| Borrower  IVY  LANDRY    Date | Borrower    Date |
| Borrower    Date | Borrower    Date |

Page 1 of 1                                        USD0301.wp (12-16-04)

# ITEMIZATION OF AMOUNT FINANCED

APPLICANT(S) LANDRY

| | |
|---|---|
| PROPERTY ADDRESS | 1440 HIGHLAND LAKE LR.<br>LAWRENCEVILLE, GA  30045-9272 |

☐ FHA    ☐ VA    ☒ CONVENTIONAL

| LOAN NUMBER  291001428 | LOAN AMOUNT  $285,600.00 | INTEREST RATE  5.800% |
|---|---|---|

Listed below is the ITEMIZATION OF AMOUNT FINANCED.
These figures are only estimates and the actual charges due at settlement may be different.

## ESTIMATED SETTLEMENT CHARGES

### DESCRIPTION OF CHARGES

**ITEMIZATION OF PREPAID FINANCE CHARGE:**

| | |
|---|---|
| Loan Origination Fee | |
| Loan Discount Fee | $7,854.00 |
| Tax Service | $65.00 |
| Processing | |
| Funding Fee | |
| Broker Fee | |
| Underwriting Fee | $695.00 |
| Application Fee | |
| Prepaid Interest For  2   days  @$46.01  per diem | $92.02 |
| Settlement/Closing/Attorney Fee To | |
| Courier/Messenger Fee | |
| Demand/Beneficiary Fee | |
| Miscellaneous Fee | |
| Miscellaneous Fee | |
| | |
| Closing Agent Other/Payoff Debt/Loan Tie-in Fee | $1,239.08 |
| | |
| Flood Determination | $12.00 |
| | |
| **TOTAL PREPAID FINANCE CHARGE** | $9,957.10 |
| **AMOUNT FINANCED** | $275,642.90 |

**AMOUNTS PAID TO OTHERS ON YOUR BEHALF**

| | |
|---|---|
| Appraisal Fee | $350.00 |
| Credit Report Fee | |
| Hazard Insurance | |
| Flood Insurance | $0.00 |
| Hazard Insurance Reserves | |
| City Property Tax Reserves | |
| County Property Tax Reserves | |
| Flood Insurance Reserves | |
| Aggregate Adjustment | |
| Document Preparation Fee To | |
| Notary Fees | |
| Title Insurance(Inc.Survy,Exam.,Commitment or Endorsements,if applicable) | $200.00 |
| Recording Fees | $55.00 |
| Flood Certification | |
| Miscellaneous Fee | |
| Miscellaneous Fee | |
| Georgia Residential Mortgage Act | $6.50 |
| Reconveyance/Tax Report/Intangible Tax | $85.68 |
| **TOTAL AMOUNTS PAID TO OTHERS ON YOUR BEHALF** | $697.18 |

This disclosure does not cover all items you will be required to pay in cash at settlement.  You may wish to inquire as to the nature of these items and their amounts.

I (We) hereby acknowledge receiving and reading a completed copy of this disclosure.

| | | | |
|---|---|---|---|
| Applicant  CASSANDRA   LANDRY | Date | Applicant | Date |
| Applicant  IVY   LANDRY | Date | Applicant | Date |
| Applicant | Date | Applicant | Date |

Page 1 of 1

USMS0991 (05-09-00)

# CREDIT SCORE NOTICE

Borrower Name(s):
CASSANDRA  LANDRY and IVY  LANDRY

Lender:
H&R Block Mortgage Corporation
20 Blanchard Road, Burlington, MA 01803

Date:
June 29, 2005

### NOTICE TO THE HOME LOAN APPLICANT

In connection with your application for a home loan, the lender must disclose to you the score that a credit bureau distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer-generated summary calculated at the time of the request and based on information a credit bureau or lender has on file. The score are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. *Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.*

Because the score is based on information in your credit history, it is very important that you review the credit-related information that being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the credit bureau at the address and telephone number provided with this notice, or contact the lender, *if the lender developed or generated the credit score. The credit bureau plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.* If you have questions concerning the terms of the loan, contact the lender.

One or more of the following bureaus will provide the credit score:

| Experian - Fair, Isaac (FICO) | Equifax Credit Information Services - Beacon | Trans Union - Empirica |
|---|---|---|
| P.O. Box 9600 | P.O. Box 740241 | P.O. Box 1000 |
| Allen, TX 75013 | Atlanta, GA 30374 | Chester, PA 19022 |
| 1-800-311-4769 | 1-800-685-1111 | 1-800-888-4213 |

**See attached for your credit score information. The range of possible scores is 250 to 950.**

Your acknowledgement below signifies that this written notice was provided to you.

Borrower   CASSANDRA  LANDRY          Date          Borrower                                    Date

Borrower   IVY  LANDRY               Date          Borrower                                    Date

Borrower                             Date          Borrower                                    Date

From:  H&R Block Mortgage Corporation
       10151 Deerwood Park Blvd.
       Jacksonville, FL 32256

**Borrowers Copy**

Re:  291001429
     1440 HIGHLAND LAKE DR
     LAWRENCEVILLE, GA 30045-8272

To:  CASSANDRA LANDRY and IVY LANDRY
    1440 HIGHLAND LAKE DR,
    LAWRENCEVILLE, GA 30045-8272

Thank you for your recent Mortgage Loan Application with H&R Block Mortgage Corporation
**TO AVOID A DELAY IN THE PROCESSING OF YOUR LOAN, PLEASE RETURN THE SIGNED ITEMS INDICATED IN THE BOX BELOW AS SOON AS POSSIBLE.** The remaining documents enclosed are for your records and review. If you have any questions or concerns, please contact your loan officer Edward Sibley     . Our main office phone number is (904) 596-0849    .    Customer Service Hotline 1-866-293-9115

---

**PLEASE REVIEW, SIGN AND RETURN THE FOLLOWING DOCUMENTS IN THIS BOX. RETAIN ONE COPY FOR YOUR RECORDS AND RETURN THE OTHER COPY USING THE ENCLOSED SELF-ADDRESSED ENVELOPE.**

[ X ] GEORGIA ACKNOWLEDGMENT DISCLOSURE. This disclosure acknowledges your receipt of the Application Disclosure and Good Faith Estimate of Settlement Costs.

[ ]

[ X ] BORROWER AUTHORIZATION

---

The following documents marked with an "X" are enclosed for your information and review.

[ X ] **Federal Truth-in-Lending Disclosure Statement.** This document contains information regarding the terms of the loan, including the estimated annual percentage rate (APR) and the total cost of the loan to you when carried to maturity. The APR reflects the cost of your mortgage as a yearly rate. This rate may be higher than the interest rate stated in your mortgage because the APR includes any points, fees, and other costs of credit. The finance charge includes all charges that are incident to or a condition of credit, such as points paid. The amount financed is determined by adding any amounts that is financed to the loan amount and then subtracting the prepaid finance charges.

[ X ] **Good Faith Estimate of Settlement Charges or Itemization of Amount Financed.** This document shows the estimated closing costs and estimated charges connected with the loan you are requesting. The interest rate that appears in the upper-right-hand corner is the rate used in the prequalification process.

[ X ] **Notice to Borrower Regarding Copy of Appraisal Report.** This document discloses your right to receive a copy of your appraisal report if one has been obtained in connection with your loan application.

[ X ] **Settlement Costs, a HUD Guide.** This booklet provides you with settlement and closing information.

[ ] **Adjustable Rate Mortgage Loan Program Disclosure.** This document details the pertinent facts of your Adjustable Rate Mortgage and gives a detailed explanation for the features of the loan program.

[ ] **Consumer Handbook on Adjustable Rate Mortgages.** This booklet will provide useful basic information about ARM's.

  X [ ] **Servicing Disclosure Statement.** This document explains what the chances are that the servicing of a loan may be transferred to a different loan servicer. The document also explains certain procedures that must be followed and your rights under federal law.

[ X ] **Credit Score Notice.** This document is provided by the mortgage lender advising you of the credit score information used to evaluate your residential mortgage loan application.

[ X ] **Credit Agencies Notice to Home Loan Applicant.** This document is a copy of the Notice to Home Loan Applicant provided by the Credit Agencies to be used with your credit score information to evaluate your residential mortgage loan application.

[ X ] GEORGIA APPLICATION DISCLOSURE. This document discloses the amount of the application fee and a good faith estimate of any third party fees. The condition of when each of these fees may be refunded and the specific services each fee is for.

[ X ] Georgia Foreclosure Disclosure

[ X ] GA Choice of Attorney Notice - Retail

Loan Number: 291001429     Servicing Number: 000000000-0     Date: 06/29/05

# FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (REAL ESTATE)

Provisions proceeded by a box (☐), are applicable only if the box is marked.

[X] **PRELIMINARY**     [ ] **FINAL**

LENDER (Creditor): H&R Block Mortgage Corporation
10151 Deerwood Park Blvd.
Jacksonville, FL 32256

Borrower(s) Name(s): CASSANDRA LANDRY
IVY LANDRY

Loan Type: CONVENTIONAL
Loan Program: 501

Address: 1440 HIGHLAND LAKE DR
LAWRENCEVILLE, GA 30045-8272
Property Address: 1440 HIGHLAND LAKE DR
LAWRENCEVILLE, GA 30045-8272

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 8.500 %`e` | $126,298.23 `e` | $71,349.42 `e` | $197,647.65 |

**YOUR PAYMENT SCHEDULE WILL BE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|
| 359 payments of $549.00 monthly, beginning Sep 01, 2005 | | |
| 1 payment of $556.65 on Aug 01, 2035 | | |

**VARIABLE RATE:**

[ ] This transaction is subject to a Variable-Rate Feature. Disclosures about Variable-Rate Feature have been provided to you earlier.

**SECURITY:**
You are giving a security interest in the Property located at: 1440 HIGHLAND LAKE DR
LAWRENCEVILLE, GA 30045-8272

**LATE CHARGE:**
If you are more than FIFTEEN days late in making any payment, you will pay a late charge of [ ] the lesser of [ ] the greater of [X] an amount equal to [ ] $_____ [ ] 5.000 %
of the overdue payment of principal and interest.

**INSURANCE:**
You may obtain property insurance from anyone you want that is acceptable to Lender.

**FILING/RECORDING FEE:**
[X] $ 40.00 `e`

**PREPAYMENT:**
If you pay off early, you
[ ] may [X] will not     have to pay a fee.
[ ] may [X] will not     be entitled to a refund of part of the finance charge.

**ASSUMPTION:**
Someone buying your home,
[ ] cannot assume the remainder of the mortgage on the original terms.
[X] may, subject to conditions, be allowed to assume the remainder of the mortgage on the original terms.

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and penalties, and creditor's policy regarding assumption of the obligation.
"e" means estimate

[X] Please refer to the "Good Faith Estimate" for an Itemization of Amount Financed.     [ ] Please refer to the Itemization of Amount Financed Statement.

I/We have received and read a copy of this disclosure and the documents referred to in this disclosure.

| | | |
|---|---|---|
| Borrower CASSANDRA LANDRY     Date | Borrower     Date | |
| Borrower IVY LANDRY     Date | Borrower     Date | |
| Borrower     Date | Borrower     Date | |

Page 1 of 1

USD0301.wp (12-16-04)

# ITEMIZATION OF AMOUNT FINANCED

| | | |
|---|---|---|
| APPLICANT(S) LANDRY | | |
| PROPERTY ADDRESS | 1440 HIGHLAND LAKE DR, LAWRENCEVILLE, GA 30045-8272 | ☐ FHA ☐ VA ☒ CONVENTIONAL |
| LOAN NUMBER 291001429 | LOAN AMOUNT $71,400.00 | INTEREST RATE 8.500% |

Listed below is the ITEMIZATION OF AMOUNT FINANCED.
These figures are only estimates and the actual charges due at settlement may be different.

## ESTIMATED SETTLEMENT CHARGES

### DESCRIPTION OF CHARGES

**ITEMIZATION OF PREPAID FINANCE CHARGE:**

| | |
|---|---|
| Loan Origination Fee | |
| Loan Discount Fee | |
| Tax Service | |
| Processing | |
| Funding Fee | |
| Broker Fee | |
| Underwriting Fee | |
| Application Fee | |
| Prepaid Interest For 3 days @$16.86 per diem | $50.58 |
| Settlement/Closing/Attorney Fee To | |
| Courier/Messenger Fee | |
| Demand/Beneficiary Fee | |
| Miscellaneous Fee | |
| Miscellaneous Fee | |
| **TOTAL PREPAID FINANCE CHARGE** | $50.58 |
| **AMOUNT FINANCED** | $71,349.42 |

**AMOUNTS PAID TO OTHERS ON YOUR BEHALF**

| | |
|---|---|
| Appraisal Fee | |
| Credit Report Fee | |
| Hazard Insurance | |
| Flood Insurance | $0.00 |
| Hazard Insurance Reserves | |
| City Property Tax Reserves | |
| County Property Tax Reserves | |
| Flood Insurance Reserves | |
| Aggregate Adjustment | |
| Document Preparation Fee To | |
| Notary Fees | |
| Title Insurance | |
| Recording Fees | $40.00 |
| Flood Certification | |
| Miscellaneous Fee | |
| Miscellaneous Fee | |
| **TOTAL AMOUNTS PAID TO OTHERS ON YOUR BEHALF** | $40.00 |

This disclosure does not cover all items you will be required to pay in cash at settlement. You may wish to inquire as to the nature of these items and their amounts.

I (We) hereby acknowledge receiving and reading a completed copy of this disclosure.

| | | | |
|---|---|---|---|
| Applicant CASSANDRA LANDRY | Date | Applicant | Date |
| Applicant IVY LANDRY | Date | Applicant | Date |
| Applicant | Date | Applicant | Date |

Page 1 of 1

USMS0991 (05-09-00)

H&R Block Mortgage Corporation
10151 Deerwood Park Blvd.
Building 200, Suite 200
Jacksonville, FL 32256

Borrowers Copy

CASSANDRA  LANDRY
1440 HIGHLAND LAKE DR
LAWRENCEVILLE, GA  30045-8272

Window Mailer Cover Sheet/6-01                                    PD2021/mailr601

**TRUTH-IN-LENDING DISCLOSURE STATEMENT**
(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER OR LENDER'S AGENT:
'&R Block Mortgage Corporation
J151 Deerwood Park Blvd. Building 200, Suite 200
Jacksonville, FL 32256
BORROWERS:CASSANDRA  LANDRY, IVY  LANDRY

[X] Preliminary   [ ] Final
DATE:  May 25, 2005
LOAN NO:291001008
Type of Loan: Conventional
CONFORMING 30YR

5.900%

ADDRESS:1440 HIGHLAND LAKE DR
CITY/STATE/ZIP: LAWRENCEVILLE, GA  30045-8272
PROPERTY: 1440 HIGHLAND LAKE DR, LAWRENCEVILLE, GA 30045-8272

| ANNUAL PERCENTAGE RATE  The cost of your credit as a yearly rate. | FINANCE CHARGE  The dollar amount the credit will cost you. | Amount Financed  The amount of credit provided to you or on your behalf. | Total of Payments  The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 6.470 % e | $427,099.82 e | $348,518.10 e | $775,617.92 e |

**YOUR PAYMENT SCHEDULE, INCLUDING NUMBER OF PAYMENTS,**
**AMOUNT OF PAYMENTS AND DUE DATES OF PAYMENTS WILL BE:**

120 payments of $2,287.31 monthly, beginning Aug 01, 2005
1 payment of $2,146.51 on Aug 01, 2015
238 payments of $2,087.84 monthly, beginning Sep 01, 2015
1 payment of $2,088.29 on Jul 01, 2035

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature.   [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
1440 HIGHLAND LAKE DR, LAWRENCEVILLE, GA 30045-8272

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms
[ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $ 55.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of $352,000.00   with a mortgagee clause to the lender
is a required condition of this loan. Borrower may purchase this insurance from any insurance company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of   for a   year term.

**LATE CHARGES:** If your payment is more than Fifteen   days late, you will be charged a late charge of 5.000%   % of the
overdue payment of the principal and interest.

**PREPAYMENT:** If you pay off your loan early, you [ ] may [X] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled
date, and prepayment refunds and penalties.
e means estimate
I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| | | |
|---|---|---|
| CASSANDRA LANDRY | Date | Date |
| IVY LANDRY | Date | Date |
| | Date | Date |

# ITEMIZATION OF AMOUNT FINANCED

Loan Number:   291001008                                   Date: May 25, 2005
Loan Amount:   $352,000.00
Name of Borrower: CASSANDRA  LANDRY, IVY  LANDRY

Address of Borrower: 1440 HIGHLAND LAKE DR , LAWRENCEVILLE, GA 300458272

Name of Lender: H&R Block Mortgage Corporation
Address of Lender: 10151 Deerwood Park Blvd. Building 200, Suite 200, Jacksonville, FL 32256
Property Address: 1440 HIGHLAND LAKE DR, LAWRENCEVILLE, GA 30045-8272

AMOUNT PAID TO OTHERS ON YOUR BEHALF:
                                                          (POC)
       GA. RES. MORTGAGE LOAN FEE                                 $6.50
       INTANGIBLE TAX                                           $105.60
       APPRAISAL FEE                                            $300.00
       RECORDING FEE                                             $55.00
       SURVEY FEE/PLOT PLAN                                     $200.00
       Hazard insurance escrow                               $1,334.71
       County tax escrow                                     $1,703.00

    TOTAL AMOUNT PAID TO OTHERS ON YOUR BEHALF:               $3,704.81

ITEMIZATION OF PREPAID FINANCE CHARGES:
                                                          (POC)
       CLOSING AGENT OTHER                                   $1,393.60
       LOAN DISCOUNT FEE                                       $880.00
       FLOOD CERTIFICATION FEE                                  $25.00
       TAX SERVICE FEE                                          $65.00
       UNDERWRITING FEE                                        $695.00
       FUNDING/WIRE FEE                                         $25.00
       PREPAID INTEREST FOR 7 DAYS @$56.90 PER DIEM            $398.30

    TOTAL PREPAID FINANCE CHARGES:                           $3,481.90

AMOUNT FINANCED                                            $348,518.10

This disclosure does not cover all items you will be required to pay in cash at settlement. You may wish to inquire as to the nature of these items and their amounts.

I (We) hereby acknowledge receiving and reading a completed copy of this disclosure.

| | | | |
|---|---|---|---|
| CASSANDRA  LANDRY | Date | IVY  LANDRY | Date |
| | Date | | Date |
| | Date | | Date |

ITEMIZE2 (07/03)

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF GEORGIA

### ATLANTA DIVISION

IN RE: _(handwritten)_ )

)  Case No: _18-55697AC_

)  Chapter

)

)

Debtor(s)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the _27_ day of _December_, 20_18_ I served a copy of _Motion to Reconsideration + 72_

which was filed in this bankruptcy matter on the _3_ day of _April_, 20_18_

Mode of service (check one):    ☒ MAILED        ◯ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

_Bria Jenda_ _____    _(handwritten address)_

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _27 Dec 18_

Signature: _(signature)_

Printed Name: _Cassandra Lynch_

Address: _8649 Ivory Valley Dr_
_Oregon CA_
_30017_

Phone: _(788603420)_

(Generic Certificate of Service – Revised 4/13)