**IT IS ORDERED as set forth below:**

**Date: January 11, 2019**



_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| CASSANDRA JOHNSON LANDRY, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | CASE NO. 18-55697-LRC |
| | : | |

**ORDER DENYING MOTION TO REMOVE CHAPTER 7 BANKRUPTCY TRUSTEE**

The matter before the Court is the Motion to Remove Chapter 7 Bankruptcy Trustee (the "**Motion**") [Docket No. 111] filed December 7, 2018 by Cassandra Johnson Landry (the "**Debtor**"). By her Motion, Debtor seeks to remove S. Gregory Hays (the "**Trustee**") from his position as Chapter 7 Trustee in this case. Debtor alleges as cause for removal under 11 U.S.C.

§ 324 "business relationships [of Trustee] with Wilmington Trust, a party in this bankruptcy proceeding." The Trustee filed his "Trustee's Response in Opposition to Debtor's Motion to Remove Trustee, and For Sanctions Against Debtor" (the "**Hays Response**") [Docket No. 122] on December 21, 2018. The United States Trustee filed his "United States Trustee's Response to Debtor's Motion to Remove Chapter 7 Bankruptcy Trustee" (the "**UST Response**") [Docket No. 123] on December 21, 2018.

Pursuant to Notice, the Motion came on for hearing on January 10, 2019. Appearing at the hearing were the Debtor *pro se*, the Trustee and the Trustee's counsel. After careful consideration of the arguments presented by the Debtor and the Trustee, the Hays Response, and the UST Response, and for the reasons stated on the record including no showing of cause for removal, it is hereby

**ORDERED** that the Motion is **DENIED.** It is further

**ORDERED** that the Debtor shall cooperate with the Chapter 7 Trustee by producing the documents requested by the Trustee at his office no later than 5:00 pm on or before January 17, 2019, and by attending the rescheduled Section 341 Meeting of Creditors on January 22, 2019.

**END OF DOCUMENT**

Prepared and Presented this 10th day of January, 2019.

/s/ *Herbert C. Broadfoot II*
Herbert C. Broadfoot II
Attorney for Trustee
Georgia Bar No. 083750

# DISTRIBUTION LIST

## United States Trustee

Lindsay P. Kolba

Office of the United States Trustee

362 Richard Russell Building

75 Ted Turner Drive, SW

Atlanta, GA 30303

## Trustee

S. Gregory Hays

Hays Financial Consulting, LLC

2964 Peachtree Road, Suite 555

Atlanta, GA 30305

## Debtor

Cassandra Johnson Landry

869 Natchez Valley Trace

Grayson, GA 30017

## Attorney for Trustee

Herbert C. Broadfoot II

2964 Peachtree Road, NW

Suite 555

Atlanta, GA 30305