Filed in U.S. Bankruptcy Court
Atlanta, Georgia
M. Regina Thomas, Clerk

JAN 15 2019

By: _____
Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:

Cassandra Johnson-Landy

Debtor(s)

Case No.: 18-55697-LRC

Chapter: 7

**Submission of Fraud Statement** #129 #135 Dixon

I am currently submitting to the U.S. Bankruptcy Court of Northern Georgia District the Notice of Fraud: Notice of Intent to Commit Fraud. This Notice is addressed to the Chapter 7 Trustee's attorney as listed within the Document. The submission of this statement of Legal Documentations serves as a guideline and alternative measure due to appeared fraud being committed.

Dated: 1/15/2019

Signature: Cassandra Johnson-Landy

Printed Name: Cassandra Johnson-Landy

Address: 869 Natchez Valley Trace
Grayson, Georgia 30017

Phone: 678-860-3621

Received in U.S. Bankruptcy Court
Atlanta, Georgia
12:45 PM
JAN 15 2019
M. Regina Thomas, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:                                              CHAPTER 7

**CASSANDRA JOHNSON-LANDRY**                        CASE:18-55697-LRC

DEBTOR,

## NOTICE TO THE COURT

### Notice of Fraud, Notice of Intent to Commit Fraud.

**TO: Herbert C. Broadfoot II, 2964, Peachtree Road, N. W. Suite 555 , Atlanta Georgia 30305
Bar No: 083750**

**FROM: Cassandra Johnson- Landry, 869 Natchez Valley Trace, Grayson Georgia 30017, within the United States,**

**RE: Notice of Violation of Written Law as related to Court CASE NO :18-55697-LRC**

Herbert C. Broadfoot II has claimed that the subject Land / Properties are located in the jurisdiction of a United State Court, and with such claim the State of Georgia statutes apply as listed in the said Case.

This is a Notice of the violation of the acting Attorney(s) as to practicing law outside of their licensed jurisdiction, for a licensed attorney only has permission to practice law within the United States.

As there is no evidence, that the subject Land was or is owned by the United States of America at the time of the alleged accumulation of a tax owed and due. Or the subject land as addressed hereafter is in the same said jurisdiction of the US court, USC.

All US written law have force derived from permission, as associated with proprietary right. All US written law is exclusively legislated for specific land, that being land owned by the United States of America and lacks such written permission to be enforced on land not owned by the United States of America. Said fact can not be altered or affected by any court, plaintiff, or any statutory or non-statutory defendant.

No sustainable evidence exist that supports that Cassandra Johnson Landry is a type subject to any US written law when occupying land not owned by the United States of America.

All written laws have territorial limitations and the United States is no different from any other government in that respects (a jurisdictional component). You, as a/the USA Attorney MUST understand that statement because not only is this your job, you have taken an oath to uphold the written

laws of the United States at all times. Your profession requires that you obey the written laws AND its limitations regardless of the implications that the truth may have on you.

You are licensed to practice law ONLY in the United States and this is something that you may have overlooked in the past, but you can no longer ignore because I am bringing it to your attention right here and right now.

What is relevant and remains the fact that you are now informed that you are, have been, practicing law outside of the territorial jurisdiction of the United States, as proof of your signature found on this case, and as such have been providing legal advice to your client / employer, to act outside of the United States, is a clear violation of the standards contained in the Rules of Professional Conduct of the Association from whom you derive your license to practice law.

"The exclusive jurisdiction of the Supreme Court of Georgia over the discipline of persons admitted to the practice of law shall be administered in the following manner subject to the supervision and review of the court." Now surely this statement has been presented to you upon taking your license.

Representing the United States of America, the Confederacy, interests is always important but your duty to obey all the written laws of the United States is paramount and demands truthfulness from you regardless of the requests of your client.

The Organic Laws of the United States of America are still positive law and the territorial limitations have been clearly explained and demonstrated in written law so you have no excuse for ignorance of that law. Ignorance of the law is no excuse for professional legal counsel in any case but you have now been informed by us/me in writing as to your violations of written law and my demand for your acknowledgement of the truth about the laws that bind you as an officer of the court and a licensed attorney. Your permission is limited by written law, period. For you to prove, in a common law venue, otherwise is futile.

Inform your client of the truth and instruct them accordingly as the written laws of the United States and Rules of Professional Conduct dictate you do. This is to be done immediately, for your involvement in the foreclosure of homes that rightfully remain in my possession.

You have advised the United States of America and a United States Court to apply written law to land not subject to that written law, in conjunction also where your license to practice law does not reach. Stop the damage now, correct this error immediately.

Free Inhabitants, like me, domiciled outside of the land owned by and under the "exclusive Legislated.. Authority" (jurisdiction) of the United States of America have all the rights and immunities as citizens but are/as free inhabitants, not citizens (subjects) of the United States and its written law. I have never resided, or done acts, in the United States therefore you can not prove I am subject to the U.S. written law, or within the scope of your licensed authority to practice law.

Article IV free inhabitant are a fact of life, and you must accept the Articles of Confederation of

1

November 15, 1777 as positive law pursuant to the adoption of these articles and demonstrated in the Organic Laws of the United States of America. Such written law exists to prevent the very actions that your personal acts have accomplished, yet all done outside of the clearly written law. Wow to those, says the Bible, whom do such acts intentionally, and double Wow to those who encourage others to do likewise.

This NOTICE / Declaration in written form is simply further evidence of my status and a notice to all who may be reading this letter as to the facts of law already established in the Organic Laws which can easily be found in Volume 1 of the United States Code, Titles 1-5. May I suggest you purchase a copy for your law library if you do not already own one. Verify this for your own professional edification and that of your associates. A reply from the Nebraska Attorney General is not necessary, but is advised, to evidence these facts of law presented (cc) to you. Consider this consorted notice given to you, in your capacity as an Attorney regarding your inability to practice law in that capacity / location as a Bar licensed attorney as the subject territory in this case.

The governments of the States are proprietary governments possessing authority over the Federal lands located within the outer boundaries of the states and are called, for purposes of distinction, "The State(s) of ..." All proprietary jurisdiction is limited by statute found in Chap 5 of Title 28 of the United States Code to the land owned by and ceded to the United States of America and the subject of this case, is not land owned by or ceded to the United States of America. Surly you have been trained to look to see if the swimming pool is full of water before you dive-in, or throw someone else in. All acts done without Legislative permission leaves one standing alone with no immunity.

I can only conclude that your acts against the said Land, and Me, were/are based on assumed "**exclusive Legislative**" "Authority" (jurisdiction) as to land "owned", "Places purchased" or "ceded" to the United States of America, generally called USA Land, pursuant to Article I, Section 8, (par.17) USA Const. 1787. Now if the bridge is out a motorist best stop and turn around. Your attack upon the Land and me lacks such Legislative permission. And do you believe you could withstand direct examination as to your claimed jurisdiction. The written law is a picture, worth a thousand word, how can it be disputed before a common court, for I will surely take it before such court for the US court has no jurisdiction territorially.

We are providing further evidence in the sections of United States Code referenced below to reinforce the facts of law provided in the Organic Laws of the United States of America. In Chap 5 of 28 U.S.C., you will find the following under Historical Notes and revisions as cited in positive law as of January 1, 1945.

**HISTORICAL AND REVISION NOTES**

Sections 81-131 of this chapter show the territorial composition of districts and divisions by counties as of January 1, 1945. All references to dates were omitted as unnecessary.

Sections 81 through 131 are the names of 48 States, two territories, the District of Columbia and Puerto Rico. The astute attorney (reader) should notice that "Sections 81- 131" produce 51 Sections — one

2

short. Alaska, the territory on January 1, 1945, is Section 81A. There are 52 Districts on January 1, 1945 and there were 13 Districts on September 24, 1789 the date of the first Judiciary Act, when only 11 States had ratified the Constitution of September 17, 1787. On the date of the Judiciary Act of 1789 there was no mention of territorial composition because there was NO territory owned by the United States of America in any of the 11 States, which had ratified the Constitution. By January 1, 1945, the United States of America had purchased / acquired some territory in each of the thirteen original States and retained substantial territory in each of the remaining 35 States. The United States of America owned some territory in Alaska, Hawaii and Puerto Rico and was ceded all jurisdictions there on January 1, 1945. "Sections 81 – 131 of this chapter show the territorial composition of districts and divisions by counties as of January 1, 1945," so each "Section" from 81 to 131 will show the territorial **composition** of every class of "District." It follows that each of the 48 States will contain territory equal to Section 88 District of Columbia, which consists of territory <u>owned</u> by and under the exclusive legislative jurisdiction of the United States of America otherwise known as U.S. government owned property or in its simplest form of the English language, federal territory. Nebraska being numbered as a US District 107.

Do you have fact evidence that the subject Land is land is of the same type / composition / owner as the District of Columbia?

The Constitution referred to in the Declaration of Independence must be an unwritten one, for no one has seen it, but so must the law on the subject Lands be unwritten. The Constitution of the United States is the supreme law of the land and the Constitution of the State of California, for example, presuming the same for the State of Georgia, says so in Article 3 Section 1: "The State of California is an inseparable part of the United States of America, and the United States Constitution is the supreme law of the land." So the "State" **of** Georgia is only land owned by the United States of America, a composition of land comparable to the District of Columbia, USA / Confederacy owned land, in Georgia. For common sense use of the word "**of**" indicates something (a state) different than Nebraska.

The term "United States" is not the result of sloppy writing by English law experts who just happened to be writing a constitution. The context that determines the different meanings of the term "United States" is the entire Organic Law of the United States of America. The so-called Framers of the Constitution of 1787 intended the confusion we have with government today and that confusion can only be resolved by confronting those who are claiming power under that instrument.

I have now explained in detail what you, as a licensed attorney and professional legal adviser should already know about the written laws that bind you as an officer of the court and government employee in the contracted capacity as a written law Attorney. The rest is up to you, and I thank you for allowing me to clarify this legal obligation for you to tell the truth and not hide behind attorney-client privilege as this so called "privilege" is exempt in this case due to the criminal and fraudulent nature these facts of law expose to the private sector, and public at large, and to you as well, as to the regulating body of your legal profession known as the Georgia State Bar Association.

What constitutes the US Constitution? Answer US Land, US Law, US People, strike threes-you are out.

3

Respectfully Submitted,

Printed Name: CASSANDRA JOHNSON-LANDRY
Signature: *[signature]*
Address: 869 Natchez Valley Trace
City: Grayson Georgia 30017
Phone Number: 678.860.3621
Email Address: **CJLandry1967@gmail.com**
**DATE: January 15, 2019**

4

## CERTIFICATE OF SERVICE

We have submitted to the United States District Bankruptcy Court of North Georgia a copy The Notice of Fraud, Notice of Intent to Commit Fraud on the **15th day of January, 2019.** The listed to the following Party was also notified by way of the United States Postal Service via First Class Mail. Also, I do verify I am over the age of 18 years of age.

Herbert C. Broadfoot II, Esq.
2964, Peachtree Road, N. W.
Suite 555
Atlanta, Georgia 30305
Georgia Bar No: 083750

Respectfully submitted this **15th day of January 2019**.

By: *Cassandra Johnson Landry*
CASSANDRA JOHNSON LANDRY
869 Natchez Valley Trace
Grayson, Georgia 30017
678.860.3621
 **CJLandry1967@gmail.com**

5

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: Cassandra Johnson Landy )    Case No: 18-55697 LRC
_____ )    Chapter 7
                                )
                                )
                                )
Debtor(s)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 15 day of January, 2019, I served a copy of Submission of Fraud Statement which was filed in this bankruptcy matter on the 3rd day of April, 2018.

Mode of service (check one):    ☒ MAILED    ☐ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

Herbert C. Broadfoot II Esq.
2964 Peachtree Road N.W.          Suite 555
Atlanta, GA 30305

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 1/15/19          Signature: Cassandra Johnson Landy
                        Printed Name: Cassandra Johnson Landy
                        Address: 869 Natchez Valley Trace
                                 Grayson, GA 30017
                                 678 860 3601
                        Phone:

(Generic Certificate of Service – Revised 4/13)