# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE: ) Case No.: 18-55697-LRC

Cassandra Johnson-Londry )

) Chapter: 7

Debtor(s)

**Objection to Order Denying Motion to Submission of Documents #138 (Addendum)**

Debtor has now received information/Documentation clarifying who is the Originator/Lender of mortgage Loans (Fraud). Debtor is requesting Dismissal of Documentation request and will proceed with required legal actions regarding all parties involved. I do request NO Level of Retaliation to be taken by the Trustee, creditors or court. Documentation will be submitted to all required authorities for further actions.

Dated: 1/17/19

Signature: Cassandra Johnson-Londry

Printed Name: Cassandra Johnson-Londry

Address: 869 Natchez Valley Trace
Grayson GA 30017

Phone: 678 860 3621

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2019 JAN 17 PH 3:52
M. REGINA THOMAS
CLERK

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF GEORGIA

## ATLANTA DIVISION

IN RE: Cassandra Johnson Landry    Case No: 18-55697 LRC

Chapter 7

Debtor(s)

### CERTIFICATE OF SERVICE

(Addendum)

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 17 day of January, 2019, I served a copy of Objection to order Dismissal (and) Denying motion to Dismissal of which was filed in this bankruptcy matter on the 3rd day of April, 2019  Documents

Mode of service (check one):   ☒ MAILED      ☐ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):
S. Gregory Hays   2964 Peachtree Road NW Suite 555
Atlanta, GA 30305

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: 1/17/19

Signature: Cassandra Johnson Landry

Printed Name: Cassandra Johnson Landry

Address: 869 Hatley Valley Trace
Grayson, GA 30017

Phone: 678 860 3621

(Generic Certificate of Service – Revised 4/13)