FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2019 FEB 14  PM 1:44

M. REGINA THOMAS
CLERK
BY: _____
DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CASSANDRA JOHNSON-LANDRY ) | CHAPTER 7 |
| Debtor ) | Case NO. 18-55697 lrc |
| ) | |
| ) | |
| ) | |

## NOTICE OF CONVERTION FROM
## CHAPTER 7 TO CHAPTER 13 BANKRUPTCY

COMES NOW, CASSANDRA JOHNSON LANDRY, Debtor files this NOTICE OF COVERTION FROM CHAPTER 7 TO CHAPTER 13 BANKRUPTCY to Title 11 Section 706 (a) of the Bankruptcy Code for the following reasons:

1. Title 11 Section 706(a) states that "The debtor may convert a case under this chapter to a case under chapter 11, 12, or 13 of this title at any time, if the case has not been converted under section 1112, 1208, or 1307 of this title. Any waiver of the right to convert a case under this subsection is unenforceable.)"

2. The Debtor is seeking a Chapter 13 with the intention of maintaining and sustaining her personal property in the bankruptcy,

**WHEREFORE,** The Debtor respectfully files this **NOTICE OF COVERTION FROM CHAPTER 7 TO CHAPTER 13 BANKRUPTCY** in the United States Bankruptcy Court, Northern District of Georgia.

Respectfully Submitted,

By: *[signature]*
CASSANDRA JOHNSON-LANDRY
869 Natchez Valley Trace
Grayson, Georgia 30017
678.860.3621

## CERTIFICATE OF SERVICE

We have mailed NOTICE OF COVERTION FROM CHAPTER 7 TO CHAPTER 13 BANKRUPTCY to the following Parties by way of the United States Postal Service via First Class Mail:

**S. Gregory Hays/Chapter 7 Trustee**
**Hays Financial Consulting**
**2964 Peachtree Road, N. W.**
**Suite 555**
**Atlanta Georgia 30305**

**Herbert C. Broadfoot II. Esq. / Attorney for S. Gregory Hays Chapter7 Trustee**
**2964 Peachtree Road, N. W**
**Suite 555**
**Atlanta Georgia 30305**
**Bar No: 083750**

Respectfully submitted this **14th day of FEBRUARY 2018.**

By: *[signature]*
CASSANDRA JOHNSON-LANDRY
869 Natchez Valley Trace
Grayson, Georgia 30017
678.860.3621