PLEASE TYPE OR PRINT

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2019 FEB 28  AM 11: 49

M. REGINA THOMAS
CLERK

BY _____ DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

## Request for Change of Address

Case Name: *Cassandra Johnson-Landy*

Case No.: *18-55697lrc* Chapter: *7*

**Change of Address for:**
Debtor ☐  Creditor ☑  Attorney for Debtor ☐  Attorney for Creditor ☐

**Change for:**
Notices ONLY ☐  Payments ONLY ☐  Notices and Payments ☑

EFFECTIVE DATE OF CHANGE: *2/28/2019*

Name: *Cassandra E.J. Enon*

Prior Address: *Cassandra Johnson-Landy*
*869 Nate Ny Valley Trce*
*Grayson, Georgia 30017*

************************************************************

New Address: *P.O. Box 1275*
*Grayson, GA 30017*

Change of Address Was Furnished By: Debtor ☑  Creditor ☐  Attorney ☐

Date: *2/28/19*

Signature of Filer: *Cassandra Johnson-Landy*

Telephone Number: *678 860 3621*

### IF FILED BY ATTORNEY

Attorney Name: _____

Bar ID: _____
Address: _____
_____
_____

Revised August 2012