# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE: Cassandra Johnson-Landey

Case No.: 18-55697-LRC

19-5217

Chapter: 7

Debtor(s)

**Objection to Objection to Discharge #171**

On May 20, 2019 a motion was submitted by Nubiyn M. Mzekewe, Esq. on behalf of Yamana Bell.

(1) Cassandra Johnson-Landey is entitled to bankruptcy protection. There is not evidence violadating fraud, deceit or Bad faith Business dealings. A Claim was previously submitted with supporting documents and evidence to support "applied calculated premeditated and malicious intent towards plaintiff".

(2) It is very obvious counsel is collaborating and possibly battling or receiving a form of unethical gesture given the final name of his current objection to discharge. It appears also counsel possibly

Dated: 5/22/19   Signature: Cassandra Johnson-Landey

Printed Name: Cassandra Johnson-Landey

Address: P.O. Box 1275, Grayson, GA 30017

Phone: 678-860-3621

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE: Cassandra Johnson-Landy

Case No.: 18-56697 LRC

Chapter: 7

Debtor(s)

**Objection to Objection to Discharge    #171**

engaged in inappropriate relationships with particular Individuals associated with ~~Plaintiff~~ Debtor case. This is a effort to sabotage ~~Plaintiff~~ Debtor.

(3) The court currently has jurisdiction, however, given the assigned trustee for Plaintiff was given complete control of ~~Plaintiff's~~ Debtor's estate by the assigned Judge, it appears counsel is utilizing the court jurisdiction to assist with ensuring ~~Plaintiff~~ Debtor looses all assets.

4) Tamara Bell was a contractor for Plaintiff's Agency. Ms. Bell was ruled by the IRS as an Independent Contractor. She was paid for all work ~~few~~ completed. Ms. Bell abandoned her contract and obligations without adequate notice. Although she did not submit all timely documents she was compensated fully.

Dated: 5/22/19    Signature: Cassandra Johnson-Landy

Printed Name: Cassandra Johnson-Landy

Address: P.O. Box 1205, Grayson, GA 30017

Phone: 678 860-3621

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

IN RE: Cassandra Johnson Landy

Case No.: 18-56697LRC

Chapter: 7

Debtor(s)

Objection to Objection to Discharge       #171

(5) Previous Depositions were taken Regarding Tamgra Belle's Case, which supports the invalid and unethical Statements/Atty made by her representing Counsel.

(6) Plaintiffs[Debtor/Even] has supporting documents and payments to prove Statements and facts by Ms. Belles Counsel to be fraudulent. Plaintiff[Debtor/Even] will submit all exhibits to dispute current objection. Ms. Belle was in fact a liability to my agency.

Dated: 5/22/19

Signature: Cassandra Johnson Landy

Printed Name: Cassandra Johnson Landy

Address: P.O. Box 1275
Grayson, GA
30017

Phone: 678-860-8621

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: Cassandra Johnson-Landy )   Case No: 18-56697-LRC
)
)   Chapter: 7
)
)

Debtor(s)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 22 day of May, 2019, I served a copy of the Objection to Objection to Discharge #171 which was filed in this bankruptcy matter on the 3 day of April, 2018.

Mode of service (check one):    ✓ MAILED    ___ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

Mzekewe Legal LLC
P.O. Box 849
Atlanta, Georgia 30301

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: 5/22/2019

Signature: Cassandra Johnson-Landy
Printed Name: Cassandra Johnson-Landy
Address: P.O. Box 1275
Phone: 678-860-3601