**IT IS ORDERED as set forth below:**

**Date: May 31, 2019**



_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| IN THE MATTER OF: | : | CASE NUMBER |
|---|---|---|
| | : | |
| CASSANDRA JOHNSON LANDRY, | : | 18-55697-LRC |
| aka CASSANDRA LANDRY, | : | |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

**ORDER DENYING DEBTOR'S MOTION TO CONVERT**

Before the Court is Debtor's Motion to Convert from Chapter 7 to Chapter 13 (the "Motion"). (Doc. 154). The Court held a hearing on the Motion on March 28, 2019.

Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on April 3, 2018. (Doc. 1). On September 13, 2018, Debtor voluntarily converted her case from Chapter 13 to Chapter 7. Debtor now seeks reconversion of her case to Chapter 13. Debtor does not explain why she would like to reconvert other than stating her "intention

of maintaining and sustaining [Debtor's] personal property in the bankruptcy." (Doc. 154). Melissa Davey, the former Chapter 13 trustee (the "Former Chapter 13 Trustee"), opposes the Motion on the basis that it was filed in bad faith.

"The debtor may convert a case under this chapter to a case under chapter 11, 12, or 13 of this title at any time, if the case has not been converted under section 1112, 1208, or 1307 of this title." 11 U.S.C. § 706(a). In *Marrama v. Citizens Bank of Mass.*, 549 U.S. 365, 371-72 (2007), the Supreme Court held that a Chapter 7 debtor does not have an absolute right to convert to Chapter 13. Rather, the right to convert is tempered by § 706(d), which provides that "'[n]otwithstanding any other provision of this section, a case may not be converted to a case under another chapter of this title unless the debtor may be a debtor under such chapter.'" *Id.* at 372. Accordingly, a court may deny a debtor's first request to convert from Chapter 7 to 13 where cause would exist to dismiss the case under § 1307(c). *Id.* at 373.

The Court has even greater discretion to deny a motion to reconvert. *In re Povah*, 455 B.R. 328, 340 (Bankr. D. Mass. 2011).[1] Unlike a debtor requesting conversion, which *Marrama* held could only be denied in "extraordinary cases[,]" *Marrama*, 549 U.S. at 375 n.11, a debtor who seeks to reconvert to Chapter 13 bears the burden of establishing good

---

[1] In fact, as the Former Chapter 13 Trustee has noted, there is a split of authority as to whether § 706(a) even permits reconversion. *Compare In re McLawhorn*, 2014 WL 4948120, at *1 (Bankr. E.D. N.C. Oct. 2, 2014) (holding a debtor may not reconvert), *In re Muth*, 378 B.R. 302, 302-03 (Bankr. D. Colo. 2007) (same), *In re Hardin*, 301 B.R. 298, 300 (Bankr. C.D. Ill. 2003) (same), *and In re Baker*, 289 B.R. 764, 767 (Bankr. M.D. Ala. 2003) (same), *with In re Reid*, 2019 WL 1004707, at *3 (Bankr. D. Md. Feb. 26, 2019) (holding that reconversion is permitted), *In re Dahl*, 2016 WL 104975, at *3 (Bankr. D. Minn. Jan. 8, 2016) (same), *In re Harris*, 497 B.R. 652, 665 (Bankr. D. Mass. 2013) (same), *In re Povah*, 455 B.R. 328, 340 (Bankr. D. Mass. 2011) (same), *and In re Johnson*, 376 B.R. 763 (Bankr. D.N.M. 2007) (same).

faith and the feasibility of reorganization. *In re Reid*, 2019 WL 1004707, at *3 (Bankr. D. Md. Feb. 26, 2019); *see also Povah*, 455 B.R. at 341. This interpretation balances the competing bankruptcy policies of giving the debtor every chance to voluntarily repay her debt and protecting creditors from the delay attendant to a fruitless effort to reconvert. Here, Debtor has failed to demonstrate the good faith and feasibility that would warrant the Court's exercising its discretion to reconvert this case to Chapter 13.

First, Debtor's motivation for seeking reconversion demonstrates a lack of good faith. Chapter 13 is a tool for debtors to voluntarily repay their debts over time. It is not simply an alternative forum within which debtors may challenge all of their debts with no intention of paying any creditors. *In re Mitrano*, 472 B.R. 706, 711 (E.D. Va. 2012) (affirming dismissal of Chapter 13 case where the debtor had attempted to use it "as an alternative forum to litigate claims"). The Former Chapter 13 Trustee reported that during Debtor's 341 Meeting of Creditors, before she voluntarily converted to Chapter 7, Debtor testified that she intended to dispute every secured creditor listed in her Chapter 13 plan. (For the Record ("FTR"), at Aug. 14, 2018, 2:34 PM). Debtor continues to dispute those claims and has not identified a single creditor that would be repaid if this case was reconverted to Chapter 13. (FTR, at Mar. 28, 2019, 11:40 AM). Given that Debtor intends to use Chapter 13 as a vehicle to dispute the claims of her secured creditors rather than repay her debt over time, the Court finds that the Motion was not filed in good faith.

The Court's conclusion is further supported by Debtor's conduct in this case. Bankruptcy courts have found that denying conversion due to a lack of good faith is appropriate when there is a clear record of delay or disruptive behavior. *See Cobb v. Husley*

3

*(In re Cobb)*, 216 B.R. 676, 679-80 (Bankr. M.D. Fla. 1998) (finding that debtor's frivolous filings demonstrated a lack of good faith). Such conduct may involve filing duplicative and frivolous pleadings. *In re Truong*, 2009 WL 2929261, at *5 (Bankr. S.D. N.Y. Sept. 3, 2009). In this case, Debtor has filed multiple pleadings wherein she claims that neither she nor her property are subject to the laws of the United States.[2] (*See* Submission of Fraud, Doc. 137; Motion to Investigate Fraud, Doc. 147). Similar arguments, made by so-called "sovereign citizens," have been summarily rejected as frivolous. *See, e.g., United States v. Sterling*, 738 F.3d 228, 233 n.1 (11th Cir. 2013); *United States v. Benabe*, 654 F.3d 753, 761-67 (7th Cir. 2011). These filings demonstrate that Debtor has no intent to use Chapter 13 for the legitimate purpose of reorganizing.

Turning to the feasibility of any reorganization, the history of this case raises doubts about whether Debtor could propose a confirmable Chapter 13 plan. Before Debtor voluntarily converted to Chapter 7, the Former Chapter 13 Trustee listed numerous objections to Debtor's proposed Chapter 13 plan. (Docs. 31, 60). Debtor has not filed an amended plan or explained how she intends to resolve the Former Chapter 13 Trustee's objections.

Furthermore, Debtor has failed to demonstrate that Chapter 13 would serve the best interest of her creditors. To have a confirmable Chapter 13 plan, the debtor must

---

[2] In addition to these arguments, Debtor has also filed a number of "common law liens." (Docs. 167, 168, 169). These liens, which are common practice in the "Sovereign Citizen Movement," are groundless and not supported by bankruptcy or non-bankruptcy law. *See, e.g.*, *U.S. v. Hart*, 701 F.2d 749, 750 (8th Cir. 1983) (affirming invalidation of "Common-law Liens"); *U.S. v. Barker*, 19 F. Supp. 2d 1380, 1383-84 (S.D. Ga. 1998) (collecting cases finding similar common-law liens are invalid); *see also Liens by 'Sovereign Citizens' a Headache for State Officials*, NPR (Apr. 26, 2013), https://www.npr.org/templates/story/story.php?storyId=215838773 (last visited Apr. 26, 2019).

demonstrate that unsecured creditors would receive "not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under chapter 7[.]" 11 U.S.C. § 1325(a)(4). In this case, the Chapter 7 Trustee reported that he has discovered a previously undisclosed life insurance policy worth as much as $115,000. (FTR, at March 28, 2019, 11:43 AM; *see also* Doc. 156). To satisfy the confirmation requirements, Debtor would be required to propose a plan to pay her creditors the amount they would receive if the Trustee liquidated the life insurance policies, and Debtor has not demonstrated a willingness or an ability to do so. Further, reconversion would needlessly delay distributing funds to creditors, who will receive payment faster and with less risk in a Chapter 7 case.

Finally, Debtor's remaining in Chapter 7 will also ensure the best outcome for all interested parties. The Chapter 7 Trustee can investigate Debtor's financial affairs, administer the estate's assets, object to fraudulent claims, and pursue any meritorious causes of action on behalf of the estate. *See* 11 U.S.C. § 704(1), (5). Allowing Debtor to reconvert to Chapter 13 would not serve a legitimate bankruptcy purpose and would only further delay this case, causing prejudicial harm to Debtor's creditors. Accordingly, for the above stated reasons,

**IT IS HEREBY ORDERED** that Debtor's Motion to Reconvert to Chapter 13 (Doc. 154) is **DENIED**.

**END OF DOCUMENT**

**Distribution List**

Attached list of creditors

5

```
Label Matrix for local noticing              A+ Security Systems Inc                    Aculink Mortgage Solutions
113E-1                                       c/o Cassandra Johnson Landry               8001 Woodland Center Blvd
Case 18-55697-lrc                            869 Natchez Valley Trace                   Ste 200
Northern District of Georgia                 Grayson, GA 30017-4963                     Tampa, FL 33614-2434
Atlanta
Fri May 31 13:45:52 EDT 2019

Advantage Collection Professionals LLC       Aldrige Pite LLP                           All
P.O. Box 353                                 15 Piedmont Center                         104 Marietta St NW
Cambridge, Minnesota 55008-0353              3575 Piedmont Rd NE                        Ste 100
                                             Ste 500                                    Atlanta, GA 30303-2743
                                             Atlanta, GA 30305-1623

Alliance For Change Through Treatment LLC    Allstate Corp                              Alpha Recovery Corporation
C/o Cassandra Johnson-Landry                 Payne Richards and Associates              5660 Greenwood Plaza Blvd
P.O. Box 1275                                3801 Pegasus Dr, Ste 101                   Ste 101
Grayson GA 30017-0024                        Bakersfield, CA 93308-6874                 Greenwood Village, CO 80111-2417


Altisource Portfolio Solutions               Altisource Profolio Solutions              Altisource Profolio Solutions
1000 Abernathy Rd Ste 200                    C/O Corporation Service Company            John A Vella
Atlanta, GA 30328-5604                       40 Technology Parkway South                6060 Center Dr, Ste 500
                                             Ste 300                                    Los Angeles, CA 90045-8857
                                             Norcross, GA 30092-2924

Altisource Profolio Solutions                Altisource Profolio Solutions              Altisource Profolio Solutions
Sophie A Hubscher                            Timothy G.N. Harcourt                      Weissman Nowack Curry & Wilco PC
1000 Abernathy Rd Ste 200                    1000 Abernathy Rd Ste 200                  1000 Abernathy Rd Ste 200
Atlanta, GA 30328-5604                       Atlanta, GA 30328-5604                     Atlanta, GA 30328-5604


American Express                             American Express Delta Sky Miles           American Express National Bank
Delta Sky Miles                              PO Box 297871                              Becket and Lee LLP
PO Box 1270                                  Fort Lauderdale, FL 33329-7871             PO Box 3001
Newark, NJ 07101-1270                                                                   Malvern, PA 19355-0701


American Express National Bank               American Recovery Service Inc.             Amerigroup Corporation (Delaware)
c/o Becket and Lee LLP                       555 St. Charles Dr, Ste 100                4425 Corporation Lane
PO Box 3001                                  Thousand Oaks, CA 91360-3983               Virginia Beach, VA 23462-3103
Malvern  PA 19355-0701


Amerigroup Corporation (Delaware)            Amerigroup Corporation (Delaware)          Ames Funding
C/O C T Corporation System                   Kathleen S. Keifer                         2 N. Lake Ave.
289 S Culver St                              120 Monument Cir                           Ste 260
Lawrenceville, GA 30046-4805                 Indianapolis, IN 46204-4906                Pasadena, CA 91101-4177


Ames Funding                                 Annette M Cowart 191199                    Ardent Mortgage Company
2 North Lake Ave                             Deputy Attorney General                    2677 N. Main Street, Suite 140
Pasadena CA 91101-1858                       456 Athens ST                              Santa Ana CA 92705-6659
                                             Jefferson, GA 30549-1408


Argent Mortgage Company                      Association for Habersham                  Association for Habersham
2677 N. Main St                              160 Clairmont Ave                          c/o Dorough & Dorough
Suite 140                                    Decatur GA 30030-2500                      160 Clairmont Ave
Santa Ana, CA 92705-6659                                                                Decatur, GA 30030-2500
```

| | | |
|---|---|---|
| Association for Habersham at<br>Nortlake Condominium<br>c/o Donough and Donough<br>160 Clairmont Ave<br>Decatur, GA 30030-2500 | Attachment and Bonding Ctr. Of Atlanta<br>3547 Habersham at Northlake Bldg. F<br>Tucker GA 30084-4001 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Heather D. Bock<br>McCalla Raymer Leibert Pierce LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Herbert C. Broadfoot II<br>Herbert C. Broadfoot II, PC<br>Buckhead Centre - Suite 555<br>2964 Peachtree Road, NW<br>Atlanta, GA 30305-2153 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Burgess Title & Escrow LLC<br>230 Patrick Henry Pkwy #350<br>McDonough, GA 30253 | C T Corporation<br>Lawrence, GA 30046-4805 | CACH LLC<br>Harold E. Scherr<br>300 Primera Blvd., #356<br>Lake Mary, FL 32746-2142 |
| CACH LLC<br>PO Box 5980<br>Denver, CO 80217-5980 | CACH LLC/Resurgent Capital Services<br>PO Box 5235<br>Greenville, SC 29606 | CACH, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| CMIT Solutions of Atlanta<br>North Perimeter<br>1200 Abernathy Rd<br>Ste 1700<br>Atlanta, GA 30328-5671 | Capital One/American Express<br>The Bureaus<br>1717 Central St<br>Evanston, IL 60201-1507 | Capital One/Marriott Visa<br>The Bureaus<br>1717 Central St<br>Evanston, IL 60201-1507 |
| Carl W Wright PC<br>1239 Lakeview Cove<br>Loganville, GA 30052 | Carl W. Wright PC<br>367 Athens Hwy Ste 900<br>Loganville, GA 30052-4997 | Carrington Mortgage<br>1600 South Douglass Rd<br>Suite 100 & 200A<br>Anaheim, CA 92806 |
| Carrington Mortgage<br>1600 South Douglass Rd<br>Suite 110 & 200A<br>Anaheim, CA 92806 | Cassandra Johnson Landry<br>For Alliance For Change<br>869 Natchez Valley Trace<br>Grayson GA 30017-4963 | Cassandra Johnson Landry<br>For Alliance For Change<br>P.O. Box 1275<br>Grayson GA 30017-0024 |
| Catherine C. Kruger PC<br>PO Box 767847<br>Roswell, GA 30076-7847 | Cb/VicScrt<br>PO Box 182789<br>Columbus, OH 43218-2789 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Chase Card Services<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Chase Mortgage<br>PO Box 24696<br>Columbus, OH 43224-0696 | Chicago Title Company<br>601 Riverside Ave<br>Jacksonville, FL 32204-2946 |
| Chicago Title Company<br>Madeline G.M. Lovejoy<br>3210 El Camino Real<br>Ste 200<br>Irvine, CA 92602-1368 | Christopher M Carr<br>Attorney General<br>456 Athens St<br>Jefferson, GA 30549-1408 | Christopher M Carr 112505<br>Attorney General<br>456 Athens ST<br>Jefferson, GA 30549-1408 |

```
Coast to Coast Financial Solutions        Cogency Global Inc                    Cogency Global Inc
Shred It                                  Axis Research                         Francis S. Halliman
101 Hodencamp Rd Ste 120                  900 Old Roswell Lakes Pkwy            900 Old Roswell Lakes Pkwy
Thousand Oaks, CA 91360-5831              Ste 310                               Ste 310
                                          Roswell, GA 30076-8667                Roswell, GA 30076-8667


Cogency Global Inc                        Comcast                               Comenity Bank
Joan Wagner                               Cassandra Johnson Landry              Payne Richards & Associates
10 East 40th Street                       869 Natchez Valley Trace              PO Box 10389
10th Floor                                Grayson, GA 30017-4963                Bakersfield, CA 93389-0389
New York, NY 10016-0201


Commercial Trade Inc                      Commonwealth Land                     Convergent Outsourcing Inc
PO Box 10389                              Title Insurance Company               PO Box 9004
Bakersfield, CA 93389-0389                601 Riverside Ave                     Renton, WA 98057-9004
                                          Jacksonville, FL 32204-2901



Credence Resource Management              Credence Resource Management, LLC     Credit Central Services LLC
17000 Dallas Parkway Suite 204            6045 Atlantic Blvd                    9550 Regency Square Blvd
Dallas, TX 75248-1940                     Norcross, GA 30071-1322               Suite 500A
                                                                                Jacksonville, FL 32225-8169



Cynthia Pope                              Melissa J. Davey                      De Lage Landen Financial Services Inc.
Small Business Administration             Office of Melissa J. Davey            1111 Old Eagle School Rd
409 3rd St SW MC 2150                     Standing Chapter 13 Trustee           Wayne, PA 19087-1453
Washington, DC 20416-0005                 Suite 200
                                          260 Peachtree Street, NW
                                          Atlanta, GA 30303-1236

De Lage Landen Financial Services Inc.    De Lage Landen Financial Services Inc.  De Lage Landen Financial Services Inc.
1775 Tysons Blvd                          C T Corporation                       Hays Potter Martin LLP
Tyson, VA 22102-4284                      289 S Culver St                       3945 Holcomb Bridge Rd Ste 300
                                          Lawrenceville, GA 30046-4805          Peachtree Corners, GA 30092-5200


De Lage Landen Financial Services Inc.    DeKalb County Tax Commissioner        Delong, Caldwell, Bridges,
William Leroy Deckelman Jr.               Attn: Collections                     Fitzpatrick & Benjamin LLC
1775 Tysons Blvd                          4380 Memorial Drive Ste 100           101 Marietta NW Ste 3100
Tyson, VA 22102-4284                      Decatur GA 30032-1239                 Atlanta, GA 30303-2731


Department of the Treasury                Deutsche Bank National Trust Company,  Dorian Murry
Internal Revenue Service                  Ocwen Loan Servicing, LLC             Attorney at Law
P.O. Box 7346                             Attn: Bankruptcy Department           5300 Memorial Dr
Philadelphia, PA  19101-7346              PO Box 24605                          Ste 138
                                          West Palm Beach, FL 33416-4605        Stone Mountain, GA 30083-3155


Dorion Murry                              Dorough & Dorough                     Dorough & Dorough
Attorney at Law                           160 Clairemont Ave                    160 Clairemont Ave
5300 Memorial Dr                          Ste 630                               Suite 650
Ste 138                                   Decatur, GA 30030-2534                Decatur, GA 30030-2534
Stone Mountain, GA 30083-3155


Dorough & Dough                           Dorough & Dough Attys at Law          Eastside Medical
Attys at Law                              180 Clairemont Ave                    PO Box 740766
160 Clairemont Ave                        Decatur GA 30030                      Cincinnati, OH 45274-0766
Decatur, GA 30030-2500
```

| | | |
|---|---|---|
| Eileen G. Bottino<br>ReadyCap Lending LLC<br>420 Mountain Ave<br>New Providence, NJ 07974-2736 | Ellice P. Martin<br>Secretary of GA BHDD<br>Two Peachtree St NW 24th Floor<br>Atlanta, GA 30303-3142 | Ellice P. Martin, Secretary<br>GA Dept of Behavioral Health &<br>Two Peachtree St NW 24th Floor<br>Atlanta, GA 30303-3142 |
| Emory Eastside Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | First Franklin<br>4061 Powder Mill Rd #600<br>Calverton MD 20705-4039 | First Franklin<br>Div of National Bank of IN<br>4061 Powder Mill Rd #600<br>Calverton, MD 20705-4039 |
| Forrestall CPA<br>5328 Lanier Islands Pkwy<br>Ste 201<br>Buford, GA 30518-9056 | GE Mortgage Insurance<br>150 Grossman Dr Suite 301<br>Braintree, MA 02184-4951 | Georgia Department of<br>Community Health<br>Benefit's Recovery Section<br>2 Peachtree Street, N.W.<br>Atlanta, GA 30303-3141 |
| Georgia Department of Behaviorial<br>Health & Developmental Disabilities<br>Commissioner's Office<br>Judy Fitzgerald<br>Two Peachtree Street, N.W. 24th Fl<br>Atlanta, GA 30303-3142 | Georgia Department of Behaviorial<br>Health & Developmental Disabilities<br>Commissioner's Office, Frank Berry<br>Two Peachtree Street, N.W. 24th Fl<br>Atlanta, GA 30303-3142 | Georgia Department of Community Health<br>2 Peachtree Street, NW 40th Floor<br>Atlanta, GA 30303-3141 |
| Georgia Power<br>c/o Kevin Pearson<br>241 Ralph McGill Blvd NE<br>Bln #10180<br>Atlanta, GA 30308-3374 | Georgia Superior Court<br>Clerk Cooperative<br>1875 Century Blvd Ste 100<br>Atlanta, GA 30345-3314 | Neil C. Gordon<br>Arnall, Golden & Gregory, LLP<br>Suite 2100<br>171 17th Street, NW<br>Atlanta, GA 30363-1031 |
| Great America Financial Service<br>625 First St. SE, Suite 800<br>Cedar Rapids, IA 52401-2031 | Great America Financial Service<br>625 First Street SE, Suite 600<br>Cedar Rapids IA 52401-2030 | GreatAmerica Financial Svcs.<br>PO Box 660831<br>Dallas, TX 75266-0831 |
| Green & Associates PC<br>c/o Cassandra Johnson Landry<br>869 Natchez Valley Trace<br>Grayson, GA 30017-4963 | Whitney W. Groff<br>Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-9057 | Grossman & Karaszewski LLC<br>Attn William Grossman<br>5965 Transit Road Ste 500<br>East Amherst NY  14051-1874 |
| Grossman & Karaszewski PLLC<br>Attn William Grossman<br>5965 Transit Road Ste 500<br>East Amherst NY  14051-1874 | Gwinnett County Fire and<br>Emergency Services<br>480 Bedford Rd<br>Bldg 600 2nd Floor<br>Chappaqua, NY 10514-1715 | H & R BLOCK MORTGAGE<br>P.O. BOX 949<br>Orange Ca 92856-6949 |
| H and R Block Mortgage<br>C/O Option One<br>PO Box 949<br>Orange, CA 92856-6949 | S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road<br>Atlanta, GA 30305-4909 | Hedrick Kring PLLC<br>Delta<br>1700 Pacific Ave Ste 4650<br>Dallas, TX 75201-4684 |
| HomeBanc Mortgage<br>101 E. Kennedy Blvd<br>Ste 4100<br>Tampa, FL 33602-5164 | Homeside Properties Inc<br>2555 Westside Parkway<br>Ste 600<br>Alpharetta, GA 30004-4191 | Honorable Justin S. Anand<br>1864 Richard B Russell Federal Bldg<br>and US Courthouse<br>75 Ted Turner Drive SW<br>Atlanta, GA 30303-3315 |

| | | |
|---|---|---|
| Honorable Justin S. Anand<br>1868 Richard B Russell<br>Federal Bldg<br>75 Ted Turner Drive SW<br>Atlanta, GA 30303-3315 | Honorable Justin S. Anand<br>1868 Richard B Russell<br>Federal Bldg and US Courthouse<br>75 Ted Turner Drive SW<br>Atlanta, GA 30303-3315 | Honorable Leigh Martin May<br>2167 Richard B Russell<br>Federal Bldg and US Courthouse<br>75 Ted Turner Drive SW<br>Atlanta, GA 30303-3315 |
| Honorable Leigh Martin May<br>2167 Richard B Russell Federal Bldg<br>75 Ted Turner Drive SW<br>Atlanta, GA 30303-3315 | Huron Group/Bank of America<br>Cooling Water<br>1355 Roswell Rd, Ste 240<br>Marietta, GA 30062-3690 | Huron Law Group<br>34851 Harry S Truman Blvd<br>St. Charles, MO 63301 |
| A. Michelle Hart Ippoliti<br>McCalla Raymer Leibert Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | JPMorgan Chase Bank, National Association<br>Chase Records Center<br>Attn: Correspondence Mail<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | Jackson & Hardwick<br>2325 Lakeview Pkwy #275<br>Alpharetta, GA 30009-7944 |
| Jackson & Hardwick<br>253 Main St<br>Loganville, GA 30052-2676 | Jeanette B Burns<br>1225 Johnson Ferry Rd<br>Marietta, GA 30068-2727 | Jeanette B Burns<br>Weissman Nowack Curry & Wilco PC<br>5909 Peachtree Dunwoody Road<br>Building D, Suite 100<br>Atlanta, GA 30328-8102 |
| Jeffrey E Atkinson<br>c/o William Calvin Bomar<br>100 Galleria Pkwy SE<br>Ste 480<br>Atlanta, GA 30339-3165 | John G Aldridge<br>Atlanta, GA 30327 | John G Aldridge Jr PC<br>Fifteen Piedmont Center<br>3575 Piedmont Rd NE Ste 500<br>Atlanta, GA 30305-1636 |
| Jonathan M. Weiss<br>Klee, Tuchin, Bogdanoff & Stern LLP<br>1999 Avenue of the Stars<br>39th Floor<br>Los Angeles, CA 90067-6049 | Brian K. Jordan<br>Aldridge Pite, LLP<br>Suite 500 - Fifteen Piedmont Center<br>3575 Piedmont Road, NE<br>Atlanta, GA 30305-1636 | Judy Fitzgerald<br>GA Commissioner of BHDD<br>Two Peachtree St NW 24th Floor<br>Atlanta, GA 30303-3142 |
| Judy Fitzgerald, Commissioner<br>GA Dept of Behavioral Health &<br>Two Peachtree St NW 24th Floor<br>Atlanta, GA 30303-3142 | Karen W Hester<br>1551 Annapolis Way<br>Grayson, GA 30017-1097 | Kimberly Ryan<br>Chair of BHDD<br>Two Peachtree St NW 24th Floor<br>Atlanta, GA 30303-3142 |
| Kimberly Ryan, Chair<br>GA Dept of Behavioral Health &<br>Two Peachtree St NW 24th Floor<br>Atlanta, GA 30303-3142 | David S. Klein<br>Rountree Leitman & Klein, LLC<br>Century Plaza I<br>2987 Clairmont Road<br>Suite 175<br>Atlanta, GA 30329-4448 | Lindsay P. S. Kolba<br>Office of the U.S. Trustee<br>Suite 362<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA 30303-3330 |
| Land America Lawyers Title<br>Consumer Affairs Dept<br>PO Box 27467<br>Richmond, VA 23261-7567 | Cassandra Johnson Landry<br>P.O. Box 1275<br>Grayson, GA 30017-0024 | Lazega & Johanson LLC<br>Bradley W Griffin 746187<br>3520 Piedmont Rd NE<br>Ste 4015<br>Atlanta, GA 30305-1512 |
| Liberty Mutual Insurance Company<br>175 Berkeley Street<br>Boston, MA 02116-3350 | Macquarie Equipment Finance<br>PO Box 2017<br>Bloomfield Hills, MI 48303-2017 | Macy's American Express<br>PO Box 9001108<br>Louisville, KY 40290-1108 |

| | | |
|---|---|---|
| Mark S Zemelman<br>Kaiser Permanente<br>One Kaiser Plaza<br>Oakland, CA 94612-3610 | Maury Cobb<br>Attorney at Law LLC<br>T-Mobile<br>301 Beacon Parkway West, Ste 100<br>Birmingham, AL 35209-3103 | McCalla Raymer Leibert Pierce<br>1544 Old Alabama Rd<br>Roswell, GA 30076-2102 |
| Andrew Houston McCullen<br>Aldridge Pite LLP<br>Suite 500<br>3575 Piedmont Road NE<br>Atlanta, GA 30305-1636 | Media Pages<br>28364 South Western Ave<br>#28<br>Rancho Palos Verdes, CA 90275-1434 | Michelle Townes<br>456 Athens St<br>Jefferson, GA 30549-1408 |
| Michelle Townes 714924<br>Assistant Attorney General<br>456 Athens ST<br>Jefferson, GA 30549-1408 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Natchez Trace HOA<br>838 Natchez Valley Trace<br>Grayson, GA 30017-4966 |
| Natchez Trace HOA<br>839 Natchez Valley Trace<br>Grayson, GA 30017-4963 | Natchez Trace Homeowners Association, Inc.<br>G. Lanier Coulter<br>2800 Century Parkway, Ste. 275<br>Atlanta, GA 30345-3144 | National Board of Certified Counselors<br>Andreea Tiganus<br>3 Terrace Way<br>Greensboro, NC 27403-3660 |
| Neiman Marcus<br>PO Box 5235<br>Carol Stream, IL 60197-5235 | Nelson Mullins Riley and Scarborough LLP<br>Attorney Greg Taube<br>201 17th 81 NW Ste 1700<br>Atlanta, GA 30363-1099 | North Fulton Title Co<br>Stephen L Jenkins<br>4463 Towne Lake Pkwy<br>Ste 100<br>Woodstock, GA 30189-8230 |
| L. Stephen O'Hearn Jr.<br>Meyer & Sayers, LLP<br>P O Box 16089<br>Savannah, GA 31416-2789 | Ocwen Loan Servicing<br>Nationstar<br>PO Box 660264<br>Dallas, TX 75266-0264 | Ocwen Loan Svc/Option One<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 |
| Ocwen Loan/Nationstar<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | On Deck<br>901 North Stuart St<br>Ste 700<br>Arlington, VA 22203-4129 |
| OnDeck<br>1400 Broadway<br>New York, NY 10018-5300 | OnceLogix LLC<br>111 North Chestnut St<br>Ste 302<br>Winston Salem, NC 27101-4056 | P Brian Campbell<br>Assistant Attorney General<br>456 Athens ST<br>Jefferson, GA 30549-1408 |
| P Brian Campbell 106755<br>Assistant Attorney General<br>456 Athens ST<br>Jefferson, GA 30549-1408 | PNC Bank National Association Inc<br>300 Fifth Avenue<br>Pittsburgh, PA 15222-2401 | PNC Bank National Association Inc.<br>C/O Christi Davis, Board Secretary<br>300 Fifth Avenue<br>Pittsburgh, PA 15222-2401 |
| PNC Bank National Association Inc.<br>c/o Corporation Service Company<br>40 Technology Pkwy South<br>Ste 300<br>Norcross, GA 30092-2924 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Parnell & Parnell<br>641 South Lawrence St<br>Montgomery, AL 36104-5848 |

```
Parnell and Parnell                 Payne Richards & Associates          Phelan Hallinan Diamond
PO Box 2139                         801 Pegasus Dr. Suite 101            & Jones, PLLC (FL)
Montgomery, AL 36102                Bakersfield, CA 93308                1617 JFK Boulevard Ste 1400
                                                                         Philadelphia, PA 19103-1814


Publishers Clearing House           Quantum3 Group LLC as agent for      ReadyCap Lending
PO Box 6344                         Comenity Bank                        420 Mountain Ave
Harlan, IA 51593-1844               PO Box 788                           New Providence, NJ 07974-2736
                                    Kirkland, WA  98083-0788


ReadyCap Lending, LLC               Regency Mortgage                     Regions Mortgage
c/o Eileen Bottino                  5395 Roswell Rd NE                   605 So Perry St
420 Mountain Ave                    Atlanta, GA 30342-1976               Montgomery, AL 36104-5821
New Providence, NJ 07974-2736


Regions Mortgage                    Residential Title Inc                Resurgent Capital Services
605 South Perry Street              Kenneth E. Sullivan                  Cach, LLC
Montgomery AL 36104-5821            245 West Crogan St                   55 Beattie Pl Ste 110
                                    Lawrenceville, GA 30046-4863         Greenville, SC 29601-5115


Resurgent Capital Services LLP      Resurgent Capital Services LLP/CACH LLC   Richard Green, II
Freshview Solutions                 P.O. Box 10497                       Administrative Judge
PO Box 10497                        Greenville, SC 29603-0497            191 Peachtree St NE
Greenville, SC 29603-0497                                                Ste 3275
                                                                         Atlanta, GA 30303-1784


Richard Green, II, Administrative Judge   Richard Payne Associates       Ring Central
191 Peachtree St NE                 3801 Pegasus Dr. Suite 101            20 Davis Dr
Atlanta, GA 30303-1740              Bakersfield, CA 93308-6874            Belmont, CA 94002-3002


Riverdale Funding                   Riverdale Funding                    Riverdale Funding
C/O Woiodbridge Funding             c/o Woodbridge Lending               c/o Woodbridge Lending
12050 Ventura Blvd                  12050 Ventura Blvd                   Woodbridge Group of Companies, LLC
Studio City CA 91604-2638           Studio City, CA 91604-2638           Studio City, CA 91604


Safeco Insurance                    Safeco Insurance                     Saks World Elite/Capital One
175 Berkeley Street                 P.O. Box 10002                       Frontline Asset Strategy
Boston, MA 02116-5066               Manchester, NH 03108-1002            2700 Snelling Ave N Ste 250
                                                                         Roseville, MN 55113-1783


Sarah Hawkins                       John D. Schlotter                    Select Portfolio Services
Little Rock Commercial              McCalla Raymer Pierce, LLC           PO Box 65450
2120 Riverfront Drive               1544 Old Alabama Road                Salt Lake City, UT 84165-0450
Suite 100                           Roswell, GA 30076-2102
Little Rock, Arkansas 72202-1794


Shalen Nelson                       Shalen Nelson 636575                 Sound Telecom
Senior Assistant Attorney General   Senior Assistant Attorney General    PO Box 789050
456 Athens St                       456 Athens ST                        Philadelphia, PA 19172-0001
Jefferson, GA 30549-1408            Jefferson, GA 30549-1408
```

| | | |
|---|---|---|
| Sound Telecom<br>PO Box 789050<br>Philadelphia, PA 19178-9050 | Southwest Chase<br>PO Box 1423<br>Charlotte, NC 28201-1423 | Stoneleigh Recovery Associates<br>PO Box 1118<br>Charlotte, NC 28201-1118 |
| Stoneleigh Recovery Associates<br>PO Box 1479<br>Lombard, IL 60148-8479 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank (Sam's Club)<br>Midland Funding<br>1355 Roswell Rd Ste 240<br>Marietta, GA 30062-3690 |
| Tamera Bell<br>5220 North Somerset LN<br>Alpharetta, GA 30004-7419 | Tamera Bell<br>c/o Mzekewe Legal LLC<br>PO 849<br>Atlanta, GA 30301-0849 | Gregory M. Taube<br>Nelson Mullins Riley & Scarborough, LLP<br>Suite 1700<br>201 17th Street, NW<br>Atlanta, GA 30363-1099 |
| The Bureaus/Capital One<br>P.O. Box 1479<br>Lombard, IL 60148-8479 | The Downs Homeowners Assoc<br>c/o Community Mgmt Inc<br>2120 Hwy 81<br>Loganville, GA 30052-4331 | The Downs Homeowners Association<br>c/o Georgia Community Mgmt Inc.<br>Loganville, GA 30052 |
| The Downs Homeowners Association, Inc.<br>c/o Lazega & Johanson, LLC<br>P.O. Box 250800<br>Atlanta, Georgia 30325-1600 | Timothy R Hester<br>1551 Annapolis Way<br>Grayson, GA 30017-1097 | (p)TMX FINANCE LLC FORMERLY TITLEMAX<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH GA 31401-2686 |
| Robert Trauner<br>P. O. Box 421025<br>Atlanta, GA 30342-8025 | Travelers Insurance<br>175 Berkeley Street<br>Boston, MA 02116-5066 | Maria A. Tsagaris<br>McCalla Raymer Liebert Pierce<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| U.S. Bank National Association<br>3476 STATEVIEW BLVD<br>MAC D3347-014<br>FORT MILL, SC 29715-7203 | (p)US PREMIUM FINANCE<br>280 TECHNOLOGY PARKWAY<br>SUITE 200<br>NORCROSS GA 30092-2990 | Valeri Burnough<br>7842 Clearview Cir<br>Riverdale, GA 30296 |
| Valeri Burnough<br>Delong Caldwell Bridgers<br>Fitzpatrick & Benjamin<br>101 Marietta St, NW, Suite 3100<br>Atlanta, GA 30303-2731 | Valeri Burnough<br>c/o Cassandra Johnson Landry<br>869 Natchez Valley Trace<br>Grayson, GA 30017-4963 | Veripro Solutions<br>PO Box 3572<br>Coppell, TX 75019-5538 |
| Weissman Nowack Curry & Wilco PC<br>Altisource Portfolio Solutions<br>One Alliance Center<br>3500 Lenox Rd 4th Floor<br>Atlanta, GA 30326-4228 | Weissman Nowack Curry & Wilco PC<br>One Alliance Center<br>3500 Lenox Rd 4th Floor<br>Atlanta, GA 30326-4228 | Weissman PC<br>One Alliance Center<br>4th Floor<br>3500 Lenox Rd<br>Atlanta, GA 30326-4228 |
| Wells Fargo<br>2135 East Main St<br>Ste 180<br>Snellville, GA 30078-6434 | Wilmington Savings Fund Society, FSB,<br>c/o CARRINGTON MORTGAGE SERVICES, LLC<br>BANKRUPTCY DEPARTMENT<br>1600 SOUTH DOUGLASS ROAD<br>ANAHEIM, CA 92806-5951 | Wilmington Trust, National Association<br>Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City UT 84165-0250 |

| | | |
|---|---|---|
| Wilmington Trust, National Association<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | Woodbridge Group of Companies, LLC<br>c/o GCG<br>P.O. Box 10545<br>Dublin, OH 43017-0208 | Woodbridge Group of Companies, LLC<br>c/o Riverdale Funding<br>207 Mockingbird Ln Ste 402<br>Johnson City, TN 37604-3137 |

Woodbridge Mortgage Investment Fund 3A, LLC
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars
39th Floor
Los Angeles, CA 90067-6049


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| TitleMax Corporate Office<br>15 Bull Street<br>Savannah GA  31401-2685 | (d)TitleMax of Georgia, Inc. d/b/a TitleMax<br>15 Bull Street, Suite 200<br>Savannah, GA 31401 | US Premium Finance<br>280 Technology Parkway Suite 200<br>Norcross GA  30092 |


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)American Express Delta Sky Miles<br>PO Box 1270<br>Newark, NJ 07101-1270 | (d)American Express Delta Sky Miles<br>PO Box 1270<br>Newark, NJ 07101-1270 | (u)DEUTSCHE BANK NATIONAL TRUST COMPANY |
| (du)Deutsche Bank National Trust Company | (u)Georgia Department of Community Health | (u)JPMorgan Chase Bank, National Association |
| (u)King Group Mgmt, LLC | (u)Ocwen Loan Servicing, LLC | (u)ReadyCap Lending, LLC |
| (u)Select Portfolio Servicing Inc. | (u)Sukhmani Investments, LLC | (u)Wilmington Savings Fund Society, FSB, as t |


End of Label Matrix
Mailable recipients    243
Bypassed recipients     12
Total                  255