UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **CASSANDRA JOHNSON LANDRY** | ) | Adversary Proceeding |
| **Plaintiff** | ) | Case No. 18-55697 LRC |
| | ) | |
| | ) | |

Claim #14

## OBJECTION TO CLAIM AMOUNT SUBMITTED BY CACH LLC/ FALSE CLAIM

**DEBTOR OBJECTS TO CLAIMED AMOUNT FILED BY THE ABOUT CREDITOR. DEBTOR HAS PAID A TOTAL OF 17903.20. EXHIBIT ATTACHED.**

DATED: JUNE 5, 2019
Respectfully Submitted
BY:
CASSANDRA JOHNSON- LANDRY, Pro Se
P.O. BOX 1275
Grayson, Georgia 30017
678.860.3621

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

## CERTIFICATE OF SERVICE

I hereby certify, I **CASSANDRA JOHNSON-LANDR**Y have served on the 5TH Day of JUNE, 2019 a copy of this OBJECTION TO FALSE PROOF OF CLAIM FOR CACH LLC same in the exclusive care and custody of the United States Postal Service Via FIRST CLASS addressed to the parties listed herein below. I am also over the age of 18 years.

CACH LLC.
P.O BOX 5980
DENVER, CO 80217-5982

S. GREGORY HAYS, CHAPTER 7 TRUSTEE
HAYS FINANCIAL CONSULTATION
2964 Peachtree Road, Suite 555
Atlanta, Georgia 30305-2153

HERBERT BROADFOOT, Esq
Attorney for S. Gregory Hays, Chapter 7 Trustee
2964 Peachtree Road, Suite 555
Atlanta, Georgia 30305-2153

_____
CASSANDRA JOHNSON- LANDRY, Pro Se
P.O. BOX 1275
Grayson, Georgia 30017
678.860.3621

# EXHIBIT A

ON DECK

| BILL | PAYMENTS | | |
|---|---|---|---|
| | 07.16.15 | 895.19 | WEBB BOA |
| ON DECK FUNDING | 7.23.15 | 895.19 | WEBB BOA |
| PAY VERIFICATION | 07.30.15 | 895.19 | WEBB BOA |
| 6.4.19 | 08.06.15 | 895.19 | WEBB BOA |
| | 8.20.15 | 895.19 | WEBB BOA |
| | 8.13.15 | 895.19 | WEBB BOA |
| | 8.27.15 | 895.19 | WEBB BOA |
| | 9.2.15 | 895.19 | WEBB BOA |
| | 9.10.15 | 895.19 | WEBB BOA |
| | 9.29.15 | 895.19 | WEBB BOA |
| | 10.01.15 | 895.19 | WEBB BOA |
| | 10.15.15 | 895.19 | WEBB BOA |
| | 10.22.15 | 895.19 | WEBB BOA |
| | 10.29.15 | 895.19 | WEBB BOA |
| | 11.05.15 | 895.19 | WEBB BOA |
| | 11.12.15 | 895.19 | WEBB BOA |
| | 11.15.15 | 895.19 | WEBB BOA |
| | 11.18.15 | 895.19 | WEBB BOA |
| | 11.24.15 | 895.19 | WEBB BOA |
| | 11.27.15 | 895.19 | WEBB BOA |
| **TOTAL 17903.20** | 11/13/15 | 895.19 | webb |



November 1, 2015 to November 30, 2015

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 11/02/15 | | |
| 11/04/15 | | |
| 11/05/15 | ON DECK CAPITAL | -895.19 |
| 11/10/15 | | |
| 11/12/15 | ON DECK CAPITAL DE | -895.19 |
| 11/12/15 | | |
| 11/13/15 | ON DECK CAPITAL | -895.19 |
| 11/13/15 | | |
| 11/13/15 | | |
| 11/17/15 | | |
| 11/18/15 | ON DECK CAPITAL DE | -895.19 |
| | | |
| 11/24/15 | ON DECK CAPITAL DES: ID: CD | -895.19 |
| 11/27/15 | ON DECK CAPITAL ID CD | -895.19 |

**Total withdrawals and other debits**

## Checks

| Date | Check # | Amount |
|---|---|---|
| | 9 | |

**Total checks**
**Total # of checks**  1



# Bank of America

# Online Banking

https://secure.bankofamerica.com/myaccounts/details/deposit/next-page.go?skip=true&adx=2dc5053cca37668f62270fdc8e7659fc903c6b4d8ff540217080ef130e0...

## ^CT Primary Checking: Account Activity Transaction Details

| | |
|---:|:---|
| **Post date:** | 07/16/2015 |
| **Amount:** | -895.19 |
| **Type:** | Other payment |
| **Description:** | ON DECK CAPITAL DES:~~*******~~37112 INDN:~~ALLIANCE FOR CHANGE TU~~CO ID:~~**********~~CCD |

# Bank of America

# Online Banking

## \CT Primary Checking: Account Activity Transaction Details

| | |
|---|---|
| **Post date:** | 07/23/2015 |
| **Amount:** | 895.19 |
| **Type:** | Other payment |
| **Description:** | ON DECK CAPITAL ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| | INDN: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |



# Online Banking

## ACT Primary Checking: Account Activity Transaction Details

**Post date:** 07/30/2015

**Amount:** -895.19

**Type:** Other payment

**Description:** ON DECK CAPITAL DES:~~~~~~~~~ ID:~~212828
INDN:A~~~~~~~ FOR CHANGE T~~~~
ID:~~~~~~~~~~~CCD

*[handwritten: L91, 3/11/15]*

10/30/2015

Case 18-55697-lrc   Doc 186   Filed 06/11/19   Entered 06/11/19 17:14:51   Desc Main
Bank of America | Online Banking | Accounts | Account Details | Account Activity
Document      Page 9 of 18

**Bank of America**  |  **Online Banking**

## ACT Primary Checking: Account Activity Transaction Details

**Post date:** 08/06/2015

**Amount:** -895.19

**Type:** Other payment

**Description:** ON DECK CAPITAL D████████564 ID:8303564
INDN:████████████████████
ID:T███████████CCD



# Online Banking

## ACT Primary Checking: Account Activity Transaction Details

**Post date:** 08/13/2015

**Amount:** -895.19

**Type:** Other payment

**Description:** ON DECK CAPITAL DES: ID:
INDN:
ID: CD



Online Banking

## ACT Primary Checking: Account Activity Transaction Details

**Post date:** 08/27/2015

**Amount:** -895.19

**Type:** Other payment

**Description:** ON DECK CAPITAL DES: INDN: ALLIANCE FOR CHANGE TH CO ID:

**Bank of America**                                                                 Online Banking

## ACT Primary Checking: Account Activity Transaction Details

**Post date:** 09/03/2015

**Amount:** -895.19

**Type:** Other payment

**Description:** ON DECK CAPITAL
INDN:AL



# Online Banking

## ACT Primary Checking: Account Activity Transaction Details

**Post date:**  09/10/2015

**Amount:**  -895.19

**Type:**  Other payment

**Description:**  ON DECK CAPITAL DES



# Online Banking

## ACT Primary Checking: Account Activity Transaction Details

**Post date:** 09/29/2015

**Amount:** -895.19

**Type:** Other payment

**Description:** ON DECK CAPITAL
INDN:



# Online Banking

## ACT Primary Checking: Account Activity Transaction Details

**Post date:** 10/01/2015

**Amount:** -895.19

**Type:** Other payment

**Description:** ON DECK CAPITAL DES:▓▓▓▓▓ ID:▓▓▓▓▓
INDN:▓▓▓▓▓▓▓▓▓▓▓▓▓▓
ID:▓▓▓▓▓▓▓▓▓▓ CCD



**Online Banking**

---

## `CT Primary Checking: Account Activity Transaction Details

**Post date:** 10/15/2015

**Amount:** -895.19

**Type:** Other payment

**Description:** ON DECK CAPITAL DES:
INDN:
ID:                    CCD

10/30/2015

Bank of America | Online Banking | Accounts | Account Details | Account Activity

# Bank of America

# Online Banking

## ^CT Primary Checking: Account Activity Transaction Details

|   |   |
|---|---|
| **Post date:** | 10/22/2015 |
| **Amount:** | -895.19 |
| **Type:** | Other payment |
| **Description:** | ON DECK CAPITAL DES:D:<br>INDN:<br>ID:CCD |

# Bank of America 

# Online Banking

## CT Primary Checking: Account Activity Transaction Details

| | |
|---|---|
| **Post date:** | 10/29/2015 |
| **Amount:** | -895.19 |
| **Type:** | Other payment |
| **Description:** | ON DECK CAPITAL DES: ID: INDN: ID: CD |