**IT IS ORDERED as set forth below:**

**Date: July 12, 2019**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBERS |
|---|---|---|
| | : | |
| CASSANDRA JOHNSON LANDRY, | : | 18-55697-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| Debtor. | : | BANKRUPTCY CODE |

## **ORDER**

Before the Court is the Motion to Investigate Fraud Via Submission of Fraud, Notice of Intent to Commit Fraud (the "Motion") (Doc. 147), filed by Cassandra Landry ("Debtor").

The Motion states that it is filed as an "interventive and preventative approach to the attorneys listed on the certificate of service—David McAlister and Bradley Griffin. Otherwise, the Motion contains no allegations of fact or statements of law that would place either individual, or the Court for that matter, on notice of the relief sought by

Debtor. For this reason, the Motion must be, and hereby is, DISMISSED for failure to state a claim upon which relief can be granted.

**END OF DOCUMENT**

**Distribution List**

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Herbert C. Broadfoot, II
Herbert C. Broadfoot II, PC
Buckhead Centre - Suite 555
2964 Peachtree Road, NW
Atlanta, GA 30305

Cassandra Johnson Landry
P.O. Box 1275
Grayson, GA 30017

Bradley Griffin
Lazega & Johanson, LLC
P.O. Box 250800
Atlanta, GA 30325

David McAlister
Arnall, Golden & Gregory, LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363

Lindsay P. S. Kolba
Office of the U.S. Trustee
Suite 362
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

3