**IT IS ORDERED as set forth below:**

**Date: July 12, 2019**



_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBERS |
|---|---|---|
| CASSANDRA JOHNSON LANDRY, | : | 18-55697-LRC |
| Debtor. | : | |
| CASSANDRA JOHNSON LANDRY, | : | |
| Movant, | : | |
| v. | : | |
| WILMINGTON SAVINGS, | : | IN PROCEEDINGS UNDER |
|  | : | CHAPTER 7 OF THE |
| Respondent. | : | BANKRUPTCY CODE |

## **ORDER**

Before the Court is the Objection (the "Objection") to Proof of Claim of Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A ("Wilmington")—Claim Number 7 (the "Claim"), filed by Cassandra Landry ("Debtor")

(Doc. 151).

While the above-captioned bankruptcy case was pending in Chapter 13, Wilmington filed the Claim, which evidences a claim of $199,596.30, secured by real property known as 2969 Sweetbriar Walk, Snellville, Georgia (the "Property"). Debtor objects to the Claim on the basis that the Claim is "fraudulent as the warranty deed was an is free and clear," Wilmington "is under the Deutsche Bank umbrella," and "Deutsche Bank was not approved to provide funding in 1997 nor could they purchase accounts (whether fraudulent or nonfraudulent) retro." Debtor refrained from attaching any documents in support of the Objection for fear of "deletion and modification."

The Claim evidences a secured claim that complies with Federal Rule of Bankruptcy Procedure 3001 and, therefore, is "prima facie evidence of the validity and amount of" the Claim. FED. R. BANKR. P. 3001(f). The Objection is insufficient to rebut the prima facie evidence of the validity and amount of the Claim and fails to sufficiently place Wilmington on notice as to the basis upon which Debtor objects to the Claim.

For these reasons, the Objection must be, and hereby is, **DENIED**.

**END OF DOCUMENT**

**Distribution List**

Josephine E. Salmon
Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Cassandra Johnson Landry
P.O. Box 1275
Grayson, GA 30017

Herbert C. Broadfoot, II
Herbert C. Broadfoot II, PC
Buckhead Centre - Suite 555
2964 Peachtree Road, NW
Atlanta, GA 30305

Carrington Mortgage Services, LLC
Bankruptcy Department
1600 South Douglas Road
Anaheim, CA 92806