**IT IS ORDERED as set forth below:**

**Date: July 12, 2019**



_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| IN THE MATTER OF: | : | CASE NUMBERS |
|---|---|---|
| CASSANDRA JOHNSON LANDRY, | : | 18-55697-LRC |
|  | : |  |
|  | : | IN PROCEEDINGS UNDER |
|  | : | CHAPTER 7 OF THE |
| Debtor. | : | BANKRUPTCY CODE |

## **ORDER**

Before the Court is the Request (the "Request") for Administrative Hearing Regarding 3547 Habersham at Northlake Bldg F, Tucker Georgia (the "Property") (Doc. 177), filed by Cassandra Landry ("Debtor").

On December 13, 2018, King Group Mgmt, LLC and Sukhmani Investments, LLC filed a motion for relief from the automatic stay, seeking permission to proceed with a dispossessory proceeding in the Magistrate Court of DeKalb County with regard to the Property. (Doc. 115, as amended by Doc. 117). Following a hearing held on January 10,

2019, and concluded on January 22, 2019, the Court granted the motion for relief. *See* Doc. 144 ("Movants may exercise their rights under state law to take possession of the [P]roperty, including but not limited to allowing Movants to file a new dispossessory action concerning the Property.").

On May 31, 2019, Debtor filed the Request, in which she seeks an "administrative hearing" regarding the Property. The Request does not elaborate as to what information or requests for relief the Court would consider at such a hearing, and no matters are pending before the Court regarding the Property. It appears from the Request and the various documents attached thereto that Debtor is asserting that a dispossessory proceeding that was or is pending in the Magistrate Court of DeKalb County was or is unlawful. This Court has no subject matter jurisdiction to make such a determination and, therefore, any hearing on such assertions would be futile. Accordingly, Debtor's request for an administrative hearing is **DENIED**.

**END OF DOCUMENT**

**Distribution List**

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555

2

2964 Peachtree Road
Atlanta, GA 30305

Herbert C. Broadfoot, II
Herbert C. Broadfoot II, PC
Buckhead Centre - Suite 555
2964 Peachtree Road, NW
Atlanta, GA 30305

Cassandra Johnson Landry
P.O. Box 1275
Grayson, GA 30017

Gregory M. Taube
Nelson Mullins Riley & Scarborough, LLP
Suite 1700
201 17th Street, NW
Atlanta, GA 30363

David S. Klein
Rountree Leitman & Klein, LLC
Century Plaza I
2987 Clairmont Road
Suite 175
Atlanta, GA 30329

Lindsay P. S. Kolba
Office of the U.S. Trustee
Suite 362
75 Ted Turner Drive, S.W.
Atlanta, GA 30303