**IT IS ORDERED as set forth below:**

**Date: July 12, 2019**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| **IN THE MATTER OF:** | : | **CASE NUMBER** |
|---|---|---|
| | : | |
| CASSANDRA JOHNSON LANDRY, | : | 18-55697-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

### ORDER AND NOTICE OF HEARING

The Court will hold a hearing on the Objection to Employment of Herbert Broadfoot, P.C. as counsel for the Chapter 7 Trustee, filed by Cassandra Johnson Landry (Doc. 133) on **August 29, 2019**, at 10:15 a.m. in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

### END OF DOCUMENT

**Distribution List**

**All parties on the attached mailing matrix**

```
Label Matrix for local noticing            A+ Security Systems Inc                   Aculink Mortgage Solutions
113E-1                                     c/o Cassandra Johnson Landry              8001 Woodland Center Blvd
Case 18-55697-lrc                          869 Natchez Valley Trace                  Ste 200
Northern District of Georgia               Grayson, GA 30017-4963                    Tampa, FL 33614-2434
Atlanta
Thu Jul 11 16:50:08 EDT 2019

Advantage Collection Professionals LLC     Aldrige Pite LLP                          All
P.O. Box 353                               15 Piedmont Center                        104 Marietta St NW
Cambridge, Minnesota 55008-0353            3575 Piedmont Rd NE                       Ste 100
                                           Ste 500                                   Atlanta, GA 30303-2743
                                           Atlanta, GA 30305-1623

Alliance For Change Through Treatment LLC  Allstate Corp                             Alpha Recovery Corporation
C/o Cassandra Johnson-Landry               Payne Richards and Associates             5660 Greenwood Plaza Blvd
P.O. Box 1275                              3801 Pegasus Dr, Ste 101                  Ste 101
Grayson GA 30017-0024                      Bakersfield, CA 93308-6874                Greenwood Village, CO 80111-2417


Altisource Portfolio Solutions             Altisource Profolio Solutions             Altisource Profolio Solutions
1000 Abernathy Rd Ste 200                  C/O Corporation Service Company           John A Vella
Atlanta, GA 30328-5604                     40 Technology Parkway South               6060 Center Dr, Ste 500
                                           Ste 300                                   Los Angeles, CA 90045-8857
                                           Norcross, GA 30092-2924


Altisource Profolio Solutions              Altisource Profolio Solutions             Altisource Profolio Solutions
Sophie A Hubscher                          Timothy G.N. Harcourt                     Weissman Nowack Curry & Wilco PC
1000 Abernathy Rd Ste 200                  1000 Abernathy Rd Ste 200                 1000 Abernathy Rd Ste 200
Atlanta, GA 30328-5604                     Atlanta, GA 30328-5604                    Atlanta, GA 30328-5604


American Express                           American Express Delta Sky Miles          American Express National Bank
Delta Sky Miles                            PO Box 297871                             Becket and Lee LLP
PO Box 1270                                Fort Lauderdale, FL 33329-7871            PO Box 3001
Newark, NJ 07101-1270                                                                Malvern, PA 19355-0701


American Express National Bank             American Recovery Service Inc.            Amerigroup Corporation (Delaware)
c/o Becket and Lee LLP                     555 St. Charles Dr, Ste 100               4425 Corporation Lane
PO Box 3001                                Thousand Oaks, CA 91360-3983              Virginia Beach, VA 23462-3103
Malvern  PA 19355-0701


Amerigroup Corporation (Delaware)          Amerigroup Corporation (Delaware)         Ames Funding
C/O C T Corporation System                 Kathleen S. Keifer                        2 N. Lake Ave.
289 S Culver St                            120 Monument Cir                          Ste 260
Lawrenceville, GA 30046-4805               Indianapolis, IN 46204-4906               Pasadena, CA 91101-4177


Ames Funding                               Annette M Cowart 191199                   Ardent Mortgage Company
2 North Lake Ave                           Deputy Attorney General                   2677 N. Main Street, Suite 140
Pasadena CA 91101-1858                     456 Athens ST                             Santa Ana CA 92705-6659
                                           Jefferson, GA 30549-1408


Argent Mortgage Company                    Association for Habersham                 Association for Habersham
2677 N. Main St                            160 Clairmont Ave                         c/o Dorough & Dorough
Suite 140                                  Decatur GA 30030-2500                     160 Clairmont Ave
Santa Ana, CA 92705-6659                                                             Decatur, GA 30030-2500
```

| | | |
|---|---|---|
| Association for Habersham at<br>Nortlake Condominium<br>c/o Donough and Donough<br>160 Clairmont Ave<br>Decatur, GA 30030-2500 | Attachment and Bonding Ctr. Of Atlanta<br>3547 Habersham at Northlake Bldg. F<br>Tucker GA 30084-4001 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Heather D. Bock<br>McCalla Raymer Leibert Pierce LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Herbert C. Broadfoot II<br>Herbert C. Broadfoot II, PC<br>Buckhead Centre - Suite 555<br>2964 Peachtree Road, NW<br>Atlanta, GA 30305-2153 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Burgess Title & Escrow LLC<br>230 Patrick Henry Pkwy #350<br>McDonough, GA 30253 | C T Corporation<br>Lawrence, GA 30046-4805 | CACH LLC<br>Harold E. Scherr<br>300 Primera Blvd., #356<br>Lake Mary, FL 32746-2142 |
| CACH LLC<br>PO Box 5980<br>Denver, CO 80217-5980 | CACH LLC/Resurgent Capital Services<br>PO Box 5235<br>Greenville, SC 29606 | CACH, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| CMIT Solutions of Atlanta<br>North Perimeter<br>1200 Abernathy Rd<br>Ste 1700<br>Atlanta, GA 30328-5671 | Capital One/American Express<br>The Bureaus<br>1717 Central St<br>Evanston, IL 60201-1507 | Capital One/Marriott Visa<br>The Bureaus<br>1717 Central St<br>Evanston, IL 60201-1507 |
| Carl W Wright PC<br>1239 Lakeview Cove<br>Loganville, GA 30052 | Carl W. Wright PC<br>367 Athens Hwy Ste 900<br>Loganville, GA 30052-4997 | Carrington Mortgage<br>1600 South Douglass Rd<br>Suite 100 & 200A<br>Anaheim, CA 92806 |
| Carrington Mortgage<br>1600 South Douglass Rd<br>Suite 110 & 200A<br>Anaheim, CA 92806 | Cassandra Johnson Landry<br>For Alliance For Change<br>869 Natchez Valley Trace<br>Grayson GA 30017-4963 | Cassandra Johnson Landry<br>For Alliance For Change<br>P.O. Box 1275<br>Grayson GA 30017-0024 |
| Catherine C. Kruger PC<br>PO Box 767847<br>Roswell, GA 30076-7847 | Cb/VicScrt<br>PO Box 182789<br>Columbus, OH 43218-2789 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Chase Card Services<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Chase Mortgage<br>PO Box 24696<br>Columbus, OH 43224-0696 | Chicago Title Company<br>601 Riverside Ave<br>Jacksonville, FL 32204-2946 |
| Chicago Title Company<br>Madeline G.M. Lovejoy<br>3210 El Camino Real<br>Ste 200<br>Irvine, CA 92602-1368 | Christopher M Carr<br>Attorney General<br>456 Athens St<br>Jefferson, GA 30549-1408 | Christopher M Carr 112505<br>Attorney General<br>456 Athens ST<br>Jefferson, GA 30549-1408 |

Coast to Coast Financial Solutions
Shred It
101 Hodencamp Rd Ste 120
Thousand Oaks, CA 91360-5831

Cogency Global Inc
Axis Research
900 Old Roswell Lakes Pkwy
Ste 310
Roswell, GA 30076-8667

Cogency Global Inc
Francis S. Halliman
900 Old Roswell Lakes Pkwy
Ste 310
Roswell, GA 30076-8667

Cogency Global Inc
Joan Wagner
10 East 40th Street
10th Floor
New York, NY 10016-0201

Comcast
Cassandra Johnson Landry
869 Natchez Valley Trace
Grayson, GA 30017-4963

Comenity Bank
Payne Richards & Associates
PO Box 10389
Bakersfield, CA 93389-0389

Commercial Trade Inc
PO Box 10389
Bakersfield, CA 93389-0389

Commonwealth Land
Title Insurance Company
601 Riverside Ave
Jacksonville, FL 32204-2901

Convergent Outsourcing Inc
PO Box 9004
Renton, WA 98057-9004

Credence Resource Management
17000 Dallas Parkway Suite 204
Dallas, TX 75248-1940

Credence Resource Management, LLC
6045 Atlantic Blvd
Norcross, GA 30071-1321

Credit Central Services LLC
9550 Regency Square Blvd
Suite 500A
Jacksonville, FL 32225-8169

Cynthia Pope
Small Business Administration
409 3rd St SW MC 2150
Washington, DC 20416-0005

Melissa J. Davey
Office of Melissa J. Davey
Standing Chapter 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303-1236

De Lage Landen Financial Services Inc.
1111 Old Eagle School Rd
Wayne, PA 19087-1453

De Lage Landen Financial Services Inc.
1775 Tysons Blvd
Tyson, VA 22102-4284

De Lage Landen Financial Services Inc.
C T Corporation
289 S Culver St
Lawrenceville, GA 30046-4805

De Lage Landen Financial Services Inc.
Hays Potter Martin LLP
3945 Holcomb Bridge Rd Ste 300
Peachtree Corners, GA 30092-5200

De Lage Landen Financial Services Inc.
William Leroy Deckelman Jr.
1775 Tysons Blvd
Tyson, VA 22102-4284

DeKalb County Tax Commissioner
Attn: Collections
4380 Memorial Drive Ste 100
Decatur GA 30032-1239

Delong, Caldwell, Bridges,
Fitzpatrick & Benjamin LLC
101 Marietta NW Ste 3100
Atlanta, GA 30303-2731

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Deutsche Bank National Trust Company,
Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
PO Box 24605
West Palm Beach, FL 33416-4605

Dorian Murry
Attorney at Law
5300 Memorial Dr
Ste 138
Stone Mountain, GA 30083-3155

Dorion Murry
Attorney at Law
5300 Memorial Dr
Ste 138
Stone Mountain, GA 30083-3155

Dorough & Dorough
160 Clairemont Ave
Ste 630
Decatur, GA 30030-2534

Dorough & Dorough
160 Clairemont Ave
Suite 650
Decatur, GA 30030-2534

Dorough & Dough
Attys at Law
160 Clairemont Ave
Decatur, GA 30030-2500

Dorough & Dough Attys at Law
180 Clairemont Ave
Decatur GA 30030

Eastside Medical
PO Box 740766
Cincinnati, OH 45274-0766

| | | |
|---|---|---|
| Eileen G. Bottino<br>ReadyCap Lending LLC<br>420 Mountain Ave<br>New Providence, NJ 07974-2736 | Ellice P. Martin<br>Secretary of GA BHDD<br>Two Peachtree St NW 24th Floor<br>Atlanta, GA 30303-3142 | Ellice P. Martin, Secretary<br>GA Dept of Behavioral Health &<br>Two Peachtree St NW 24th Floor<br>Atlanta, GA 30303-3142 |
| Emory Eastside Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | First Franklin<br>4061 Powder Mill Rd #600<br>Calverton MD 20705-4039 | First Franklin<br>Div of National Bank of IN<br>4061 Powder Mill Rd #600<br>Calverton, MD 20705-4039 |
| Forrestall CPA<br>5328 Lanier Islands Pkwy<br>Ste 201<br>Buford, GA 30518-9056 | GE Mortgage Insurance<br>150 Grossman Dr Suite 301<br>Braintree, MA 02184-4951 | Georgia Department of<br>Community Health<br>Benefit's Recovery Section<br>2 Peachtree Street, N.W.<br>Atlanta, GA 30303-3141 |
| Georgia Department of Behaviorial<br>Health & Developmental Disabilities<br>Commissioner's Office<br>Judy Fitzgerald<br>Two Peachtree Street, N.W. 24th Fl<br>Atlanta, GA 30303-3142 | Georgia Department of Behaviorial<br>Health & Developmental Disabilities<br>Commissioner's Office, Frank Berry<br>Two Peachtree Street, N.W. 24th Fl<br>Atlanta, GA 30303-3142 | Georgia Department of Community Health<br>2 Peachtree Street, NW 40th Floor<br>Atlanta, GA 30303-3141 |
| Georgia Power<br>c/o Kevin Pearson<br>241 Ralph McGill Blvd NE<br>Bln #10180<br>Atlanta, GA 30308-3374 | Georgia Superior Court<br>Clerk Cooperative<br>1875 Century Blvd Ste 100<br>Atlanta, GA 30345-3314 | Neil C. Gordon<br>Arnall, Golden & Gregory, LLP<br>Suite 2100<br>171 17th Street, NW<br>Atlanta, GA 30363-1031 |
| Great America Financial Service<br>625 First St. SE, Suite 800<br>Cedar Rapids, IA 52401-2031 | Great America Financial Service<br>625 First Street SE, Suite 600<br>Cedar Rapids IA 52401-2030 | GreatAmerica Financial Svcs.<br>PO Box 660831<br>Dallas, TX 75266-0831 |
| Green & Associates PC<br>c/o Cassandra Johnson Landry<br>869 Natchez Valley Trace<br>Grayson, GA 30017-4963 | Whitney W. Groff<br>Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-9057 | Grossman & Karaszewski LLC<br>Attn William Grossman<br>5965 Transit Road Ste 500<br>East Amherst NY  14051-1874 |
| Grossman & Karaszewski PLLC<br>Attn William Grossman<br>5965 Transit Road Ste 500<br>East Amherst NY  14051-1874 | Gwinnett County Fire and<br>Emergency Services<br>480 Bedford Rd<br>Bldg 600 2nd Floor<br>Chappaqua, NY 10514-1715 | H & R BLOCK MORTGAGE<br>P.O. BOX 949<br>Orange Ca 92856-6949 |
| H and R Block Mortgage<br>C/O Option One<br>PO Box 949<br>Orange, CA 92856-6949 | S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road<br>Atlanta, GA 30305-4909 | Hedrick Kring PLLC<br>Delta<br>1700 Pacific Ave Ste 4650<br>Dallas, TX 75201-4684 |
| HomeBanc Mortgage<br>101 E. Kennedy Blvd<br>Ste 4100<br>Tampa, FL 33602-5164 | Homeside Properties Inc<br>2555 Westside Parkway<br>Ste 600<br>Alpharetta, GA 30004-4191 | Honorable Justin S. Anand<br>1864 Richard B Russell Federal Bldg<br>and US Courthouse<br>75 Ted Turner Drive SW<br>Atlanta, GA 30303-3315 |

```
Honorable Justin S. Anand            Honorable Justin S. Anand            Honorable Leigh Martin May
1868 Richard B Russell               1868 Richard B Russell               2167 Richard B Russell
Federal Bldg                         Federal Bldg and US Courthouse       Federal Bldg and US Courthouse
75 Ted Turner Drive SW               75 Ted Turner Drive SW               75 Ted Turner Drive SW
Atlanta, GA 30303-3315               Atlanta, GA 30303-3315               Atlanta, GA 30303-3315


Honorable Leigh Martin May           Huron Group/Bank of America          Huron Law Group
2167 Richard B Russell Federal Bldg  Cooling Water                        34851 Harry S Truman Blvd
75 Ted Turner Drive SW               1355 Roswell Rd, Ste 240             St. Charles, MO 63301
Atlanta, GA 30303-3315               Marietta, GA 30062-3690


A. Michelle Hart Ippoliti            JPMorgan Chase Bank, National Association   Jackson & Hardwick
McCalla Raymer Leibert Pierce, LLC   Chase Records Center                 2325 Lakeview Pkwy #275
1544 Old Alabama Road                Attn: Correspondence Mail            Alpharetta, GA 30009-7944
Roswell, GA 30076-2102               Mail Code LA4-5555
                                     700 Kansas Lane
                                     Monroe, LA 71203-4774


Jackson & Hardwick                   Jeanette B Burns                     Jeanette B Burns
253 Main St                          1225 Johnson Ferry Rd                Weissman Nowack Curry & Wilco PC
Loganville, GA 30052-2676            Marietta, GA 30068-2727              5909 Peachtree Dunwoody Road
                                                                          Building D, Suite 100
                                                                          Atlanta, GA 30328-8102


Jeffrey E Atkinson                   John G Aldridge                      John G Aldridge Jr PC
c/o William Calvin Bomar             Atlanta, GA 30327                    Fifteen Piedmont Center
100 Galleria Pkwy SE                                                      3575 Piedmont Rd NE Ste 500
Ste 480                                                                   Atlanta, GA 30305-1636
Atlanta, GA 30339-3165


Jonathan M. Weiss                    Brian K. Jordan                      Judy Fitzgerald
Klee, Tuchin, Bogdanoff & Stern LLP  Aldridge Pite, LLP                   GA Commissioner of BHDD
1999 Avenue of the Stars             Suite 500 - Fifteen Piedmont Center  Two Peachtree St NW 24th Floor
39th Floor                           3575 Piedmont Road, NE               Atlanta, GA 30303-3142
Los Angeles, CA 90067-6049           Atlanta, GA 30305-1636


Judy Fitzgerald, Commissioner        Karen W Hester                       Kimberly Ryan
GA Dept of Behavioral Health &       1551 Annapolis Way                   Chair of BHDD
Two Peachtree St NW 24th Floor       Grayson, GA 30017-1097               Two Peachtree St NW 24th Floor
Atlanta, GA 30303-3142                                                    Atlanta, GA 30303-3142


Kimberly Ryan, Chair                 David S. Klein                       Lindsay P. S. Kolba
GA Dept of Behavioral Health &       Rountree Leitman & Klein, LLC        Office of the U.S. Trustee
Two Peachtree St NW 24th Floor       Century Plaza I                      Suite 362
Atlanta, GA 30303-3142               2987 Clairmont Road                  75 Ted Turner Drive, S.W.
                                     Suite 175                            Atlanta, GA 30303-3330
                                     Atlanta, GA 30329-4406


Land America Lawyers Title           Cassandra Johnson Landry             Lazega & Johanson LLC
Consumer Affairs Dept                P.O. Box 1275                        Bradley W Griffin 746187
PO Box 27467                         Grayson, GA 30017-0024               3520 Piedmont Rd NE
Richmond, VA 23261-7567                                                   Ste 4015
                                                                          Atlanta, GA 30305-1512


Liberty Mutual Insurance Company     Macquarie Equipment Finance          Macy's American Express
175 Berkeley Street                  PO Box 2017                          PO Box 9001108
Boston, MA 02116-3350                Bloomfield Hills, MI 48303-2017      Louisville, KY 40290-1108
```

| | | |
|---|---|---|
| Mark S Zemelman<br>Kaiser Permanente<br>One Kaiser Plaza<br>Oakland, CA 94612-3610 | Maury Cobb<br>Attorney at Law LLC<br>T-Mobile<br>301 Beacon Parkway West, Ste 100<br>Birmingham, AL 35209-3103 | McCalla Raymer Leibert Pierce<br>1544 Old Alabama Rd<br>Roswell, GA 30076-2102 |
| Andrew Houston McCullen<br>Aldridge Pite LLP<br>Suite 500<br>3575 Piedmont Road NE<br>Atlanta, GA 30305-1636 | Media Pages<br>28364 South Western Ave<br>#28<br>Rancho Palos Verdes, CA 90275-1434 | Michelle Townes<br>456 Athens St<br>Jefferson, GA 30549-1408 |
| Michelle Townes 714924<br>Assistant Attorney General<br>456 Athens ST<br>Jefferson, GA 30549-1408 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Natchez Trace HOA<br>838 Natchez Valley Trace<br>Grayson, GA 30017-4966 |
| Natchez Trace HOA<br>839 Natchez Valley Trace<br>Grayson, GA 30017-4963 | Natchez Trace Homeowners Association, Inc.<br>G. Lanier Coulter<br>2800 Century Parkway, Ste. 275<br>Atlanta, GA 30345-3144 | National Board of Certified Counselors<br>Andreea Tiganus<br>3 Terrace Way<br>Greensboro, NC 27403-3660 |
| Neiman Marcus<br>PO Box 5235<br>Carol Stream, IL 60197-5235 | Nelson Mullins Riley and Scarborough LLP<br>Attorney Greg Taube<br>201 17th 81 NW Ste 1700<br>Atlanta, GA 30363-1099 | North Fulton Title Co<br>Stephen L Jenkins<br>4463 Towne Lake Pkwy<br>Ste 100<br>Woodstock, GA 30189-8230 |
| L. Stephen O'Hearn Jr.<br>Meyer & Sayers, LLP<br>P O Box 16089<br>Savannah, GA 31416-2789 | Ocwen Loan Servicing<br>Nationstar<br>PO Box 660264<br>Dallas, TX 75266-0264 | Ocwen Loan Svc/Option One<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 |
| Ocwen Loan/Nationstar<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | On Deck<br>901 North Stuart St<br>Ste 700<br>Arlington, VA 22203-4129 |
| OnDeck<br>1400 Broadway<br>New York, NY 10018-5300 | OnceLogix LLC<br>111 North Chestnut St<br>Ste 302<br>Winston Salem, NC 27101-4056 | P Brian Campbell<br>Assistant Attorney General<br>456 Athens ST<br>Jefferson, GA 30549-1408 |
| P Brian Campbell 106755<br>Assistant Attorney General<br>456 Athens ST<br>Jefferson, GA 30549-1408 | PNC Bank National Association Inc<br>300 Fifth Avenue<br>Pittsburgh, PA 15222-2401 | PNC Bank National Association Inc.<br>C/O Christi Davis, Board Secretary<br>300 Fifth Avenue<br>Pittsburgh, PA 15222-2401 |
| PNC Bank National Association Inc.<br>c/o Corporation Service Company<br>40 Technology Pkwy South<br>Ste 300<br>Norcross, GA 30092-2924 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Parnell & Parnell<br>641 South Lawrence St<br>Montgomery, AL 36104-5848 |

| | | |
|---|---|---|
| Parnell and Parnell<br>PO Box 2139<br>Montgomery, AL 36102 | Payne Richards & Associates<br>801 Pegasus Dr. Suite 101<br>Bakersfield, CA 93308 | Phelan Hallinan Diamond<br>& Jones, PLLC (FL)<br>1617 JFK Boulevard Ste 1400<br>Philadelphia, PA 19103-1814 |
| Publishers Clearing House<br>PO Box 6344<br>Harlan, IA 51593-1844 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | ReadyCap Lending<br>420 Mountain Ave<br>New Providence, NJ 07974-2736 |
| ReadyCap Lending, LLC<br>c/o Eileen Bottino<br>420 Mountain Ave<br>New Providence, NJ 07974-2736 | Regency Mortgage<br>5395 Roswell Rd NE<br>Atlanta, GA 30342-1976 | Regions Mortgage<br>605 So Perry St<br>Montgomery, AL 36104-5821 |
| Regions Mortgage<br>605 South Perry Street<br>Montgomery AL 36104-5821 | Residential Title Inc<br>Kenneth E. Sullivan<br>245 West Crogan St<br>Lawrenceville, GA 30046-4863 | Resurgent Capital Services<br>Cach, LLC<br>55 Beattie Pl Ste 110<br>Greenville, SC 29601-5115 |
| Resurgent Capital Services LLP<br>Freshview Solutions<br>PO Box 10497<br>Greenville, SC 29603-0497 | Resurgent Capital Services LLP/CACH LLC<br>P.O. Box 10497<br>Greenville, SC 29603-0497 | Richard Green, II<br>Administrative Judge<br>191 Peachtree St NE<br>Ste 3275<br>Atlanta, GA 30303-1784 |
| Richard Green, II, Administrative Judge<br>191 Peachtree St NE<br>Atlanta, GA 30303-1740 | Richard Payne Associates<br>3801 Pegasus Dr. Suite 101<br>Bakersfield, CA 93308-6874 | Ring Central<br>20 Davis Dr<br>Belmont, CA 94002-3002 |
| Riverdale Funding<br>C/O Woiodbridge Funding<br>12050 Ventura Blvd<br>Studio City CA 91604-2638 | Riverdale Funding<br>c/o Woodbridge Lending<br>12050 Ventura Blvd<br>Studio City, CA 91604-2638 | Riverdale Funding<br>c/o Woodbridge Lending<br>Woodbridge Group of Companies, LLC<br>Studio City, CA 91604 |
| Safeco Insurance<br>175 Berkeley Street<br>Boston, MA 02116-5066 | Safeco Insurance<br>P.O. Box 10002<br>Manchester, NH 03108-1002 | Saks World Elite/Capital One<br>Frontline Asset Strategy<br>2700 Snelling Ave N Ste 250<br>Roseville, MN 55113-1783 |
| Sarah Hawkins<br>Little Rock Commercial<br>2120 Riverfront Drive<br>Suite 100<br>Little Rock, Arkansas 72202-1794 | John D. Schlotter<br>McCalla Raymer Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Select Portfolio Services<br>PO Box 65450<br>Salt Lake City, UT 84165-0450 |
| Shalen Nelson<br>Senior Assistant Attorney General<br>456 Athens St<br>Jefferson, GA 30549-1408 | Shalen Nelson 636575<br>Senior Assistant Attorney General<br>456 Athens ST<br>Jefferson, GA 30549-1408 | Sound Telecom<br>PO Box 789050<br>Philadelphia, PA 19172-0001 |

| | | |
|---|---|---|
| Sound Telecom<br>PO Box 789050<br>Philadelphia, PA 19178-9050 | Southwest Chase<br>PO Box 1423<br>Charlotte, NC 28201-1423 | Stoneleigh Recovery Associates<br>PO Box 1118<br>Charlotte, NC 28201-1118 |
| Stoneleigh Recovery Associates<br>PO Box 1479<br>Lombard, IL 60148-8479 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank (Sam's Club)<br>Midland Funding<br>1355 Roswell Rd Ste 240<br>Marietta, GA 30062-3690 |
| Tamera Bell<br>5220 North Somerset LN<br>Alpharetta, GA 30004-7419 | Tamera Bell<br>c/o Mzekewe Legal LLC<br>PO 849<br>Atlanta, GA 30301-0849 | Gregory M. Taube<br>Nelson Mullins Riley & Scarborough, LLP<br>Suite 1700<br>201 17th Street, NW<br>Atlanta, GA 30363-1099 |
| The Bureaus/Capital One<br>P.O. Box 1479<br>Lombard, IL 60148-8479 | The Downs Homeowners Assoc<br>c/o Community Mgmt Inc<br>2120 Hwy 81<br>Loganville, GA 30052-4331 | The Downs Homeowners Association<br>c/o Georgia Community Mgmt Inc.<br>Loganville, GA 30052 |
| The Downs Homeowners Association, Inc.<br>c/o Lazega & Johanson, LLC<br>P.O. Box 250800<br>Atlanta, Georgia 30325-1600 | Timothy R Hester<br>1551 Annapolis Way<br>Grayson, GA 30017-1097 | (p)TMX FINANCE LLC FORMERLY TITLEMAX<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH GA 31401-2686 |
| Robert Trauner<br>P. O. Box 421025<br>Atlanta, GA 30342-8025 | Travelers Insurance<br>175 Berkeley Street<br>Boston, MA 02116-5066 | Maria A. Tsagaris<br>McCalla Raymer Liebert Pierce<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| U.S. Bank National Association<br>3476 STATEVIEW BLVD<br>MAC D3347-014<br>FORT MILL, SC 29715-7203 | (p)US PREMIUM FINANCE<br>280 TECHNOLOGY PARKWAY<br>SUITE 200<br>NORCROSS GA 30092-2990 | Valeri Burnough<br>7842 Clearview Cir<br>Riverdale, GA 30296 |
| Valeri Burnough<br>Delong Caldwell Bridgers<br>Fitzpatrick & Benjamin<br>101 Marietta St, NW, Suite 3100<br>Atlanta, GA 30303-2731 | Valeri Burnough<br>c/o Cassandra Johnson Landry<br>869 Natchez Valley Trace<br>Grayson, GA 30017-4963 | Veripro Solutions<br>PO Box 3572<br>Coppell, TX 75019-5538 |
| Weissman Nowack Curry & Wilco PC<br>Altisource Portfolio Solutions<br>One Alliance Center<br>3500 Lenox Rd 4th Floor<br>Atlanta, GA 30326-4228 | Weissman Nowack Curry & Wilco PC<br>One Alliance Center<br>3500 Lenox Rd 4th Floor<br>Atlanta, GA 30326-4228 | Weissman PC<br>One Alliance Center<br>4th Floor<br>3500 Lenox Rd<br>Atlanta, GA 30326-4228 |
| Wells Fargo<br>2135 East Main St<br>Ste 180<br>Snellville, GA 30078-6434 | Wilmington Savings Fund Society, FSB,<br>c/o CARRINGTON MORTGAGE SERVICES, LLC<br>BANKRUPTCY DEPARTMENT<br>1600 SOUTH DOUGLASS ROAD<br>ANAHEIM, CA 92806-5951 | Wilmington Trust, National Association<br>Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City UT 84165-0250 |

```
Wilmington Trust, National Association        Woodbridge Group of Companies, LLC       Woodbridge Group of Companies, LLC
c/o Select Portfolio Servicing, Inc.          c/o GCG                                  c/o Riverdale Funding
P.O. Box 65250                                P.O. Box 10545                           207 Mockingbird Ln Ste 402
Salt Lake City, UT 84165-0250                 Dublin, OH 43017-0208                    Johnson City, TN 37604-3137



Woodbridge Mortgage Investment Fund 3A, LLC
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars
39th Floor
Los Angeles, CA 90067-6049




              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


TitleMax Corporate Office                     (d)TitleMax of Georgia, Inc. d/b/a TitleMax    US Premium Finance
15 Bull Street                                15 Bull Street, Suite 200                     280 Technology Parkway Suite 200
Savannah GA  31401-2685                       Savannah, GA 31401                             Norcross GA  30092




              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)American Express Delta Sky Miles           (d)American Express Delta Sky Miles      (u)DEUTSCHE BANK NATIONAL TRUST COMPANY
PO Box 1270                                   PO Box 1270
Newark, NJ 07101-1270                         Newark, NJ 07101-1270




(du)Deutsche Bank National Trust Company      (u)Georgia Department of Community Health    (u)JPMorgan Chase Bank, National Association




(u)King Group Mgmt, LLC                       (u)Ocwen Loan Servicing, LLC             (u)ReadyCap Lending, LLC




(u)Select Portfolio Servicing Inc.            (u)Sukhmani Investments, LLC             (u)Wilmington Savings Fund Society, FSB, as t



End of Label Matrix
Mailable recipients    243
Bypassed recipients     12
Total                  255
```