IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                    *
                                          *
CASSANDRA JOHNSON LANDRY.                  *        Chapter 7
                                          *        Case No. 18-55697-lrc
            Debtor,                        *        Judge Lisa Ritchey Craig
_____            *
                                          *
GEORGIA DEPARTMENT OF                       *
COMMUNITY HEALTH,                          *
                                          *        **Adv. No. 18-05340**
            Plaintiff,                     *
v.                                        *
                                          *
CASSANDRA JOHNSON LANDRY,                   *
                                          *
            Defendant.                     *

## <u>WITHDRAWAL OF MOTION TO<br>VOLUNTARILY DISMISS WITHOUT PREJUDICE</u>

COMES NOW, Plaintiff, the Georgia Department of Community Health, by and through

counsel, Christopher M. Carr, Attorney General for the State of Georgia, and hereby withdraws

its motion to voluntarily dismiss complaint as the motion was intended to be filed in the

adversary proceeding instead of in the underlying case.

This 19<u>th</u> day of July, 2019.

                              Respectfully submitted,

                              CHRISTOPHER M. CARR        112505
                              Attorney General

                              W. WRIGHT BANKS, JR.        036156
                              Deputy Attorney General

                              JULIE ADAMS JACOBS        003595
                              Senior Assistant Attorney General

                              ***/s/ Whitney Groff***_____ .
                              WHITNEY GROFF        738079
                              Assistant Attorney General

#1108188

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a copy of **Withdrawal of Motion to**

**Voluntarily Dismiss** upon:

Cassandra Johnson Landry
P.O. Box 1275
Grayson, GA 30017

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

U.S. Trustee
Office of U.S. Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

by electronic means and by depositing the same into the United States mail with appropriate first-

class postage affixed thereon.

This the 19th day of July, 2019.

/s/ Whitney Groff                              .
WHITNEY GROFF            738079
Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

WHITNEY GROFF
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 651-6107
Fax: (404) 657-3239
wgroff@law.ga.gov

#1108188