# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE: Cassandra Johnson-Landy

Case No.: 18-55697LRC

Chapter: 7

Debtor(s)

Submission of Physician Statement/Request for Postponement of Hearing Requests

Debtor currently submits Physician Statement. Debtor continues to remain under medical care and requests no hearing be scheduled until released from physicians. Debtor continues to receive outpatient medical procedures as required.

Dated: 7/25/19

Signature: Cassandra Johnson-Landy

Printed Name: CASSANDRA JOHNSON-Landy

Address: P.O. Box 1275
Grayson, Georgia 30017

Phone: 678-860-3621

# EASTSIDE SURGICAL ASSOCIATES
## 1600 MEDICAL WAY, SUITE 220
### OFFICE: 770-972-7999 FAX: 770-972-9528

Date: <u>7/19/2019</u>

This is to certify that <u>Cassandra Landry</u>

Diagnosis:_____

(  ) May resume usual and customary work activities on
_____

(  ) May return part-time on _____ for _____ week; after which, he/she may resume full-time work.

(  ) May return to full-time work on _____ with the following limitations: _____
_____

(  ) The above patient will undergo _____

(  ) He/She will be out of work for approximately _____

(X)  To Whom it may concern. Cassandra Landry is currently under physicians care . She has not been released as of yet..

_____Signature:

*[signature]*

*[signature] MD*

# Kaiser Permanente

**GWINNETT INTERNAL MEDICINE**
3650 Steve Reynolds Blvd.
Duluth GA 30096

Encounter Date: 7/8/2019

Patient: Cassandra Johnson Landry
Health Record Number: 0651281

**VERIFICATION OF TREATMENT**

Cassandra Johnson Landry was seen at our medical offices on 7/8/19

Cassandra Johnson Landry reports she has been ill since 6/17/19.  Hospitalized until 6/28/19

May not return to work until medically cleared by the surgeon.

_7/8/19_
Date/Time

_[signature]_
Provider Signature

**Please note:** A copy of this information will be maintained in our medical record.  If validation of this verification is requested, a copy of this form will be forwarded to the requesting party.

I authorize release of this medical information.

_____       _____
Name                                                              Date

_____       _____
Witness                                                           Date

Your Health Care Team,
Kim A Livsey, MD

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: Cassandra Johnson-Landy )   Case No: 18-55697 LRC
)   Chapter 7
)
)
)

Debtor(s)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 25 day of July, 2019, I served a copy of the Submission of Physical Statement Request for Postponement Hearing Requests which was filed in this bankruptcy matter on the 25 day of July, 2019.

Mode of service (check one):    ____MAILED    ____HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

S. Gregory Hays
Hays Financial Consulting LLC
Suite 555
2964 Peachtree Rd NW Suite 555
Atlanta GA 30305

Herbert Broadfoot II
2964 Peachtree Rd NW
Suite 555
Atlanta, GA 30305

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 7/25/19

Signature: Cassandra Johnson-Landy
Printed Name: Cassandra Johnson-Landy
Address: P.O. Box 1275 Grayson GA 30017
Phone: 678 810 3621