# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1

| Case No.: | 18-55697-LRC | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | LANDRY, CASSANDRA JOHNSON | Date Filed (f) or Converted (c): | 09/14/2018 (c) |
| | | § 341(a) Meeting Date: | 11/27/2018 |
| For Period Ending: | 06/30/2019 | Claims Bar Date: | 05/20/2019 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2969 Sweetbriar Walk, Snellville, GA 30039, Gwinnett County<br>One-half interest. Entire property value: $179,500. Abandoned per Notice, Docket # 155. | 89,750.00 | 0.00 | OA | 0.00 | FA |
| 2 | 1440 Highland Lake Dr, Lawrenceville, GA 30045, Gwinnett County<br>One-half interest. Entire property value: $313,500. Abandoned per Notice, Docket # 155. | 156,750.00 | 0.00 | OA | 0.00 | FA |
| 3 | 669 Natchez Valley Trace, Grayson, GA 30017, Gwinnett County<br>One-half interest. Entire property value: $444,600. Abandoned per Notice, Docket # 155. | 222,300.00 | 0.00 | OA | 0.00 | FA |
| 4 | 2001 Merce 500CL<br>Abandoned per Notice, Docket # 155. | 20,000.00 | 627.83 | OA | 0.00 | FA |
| 5 | Major Appliances, furniture, linens, china, and kithenware | 8,500.00 | 7,500.00 | | 0.00 | 8,500.00 |
| 6 | radios, computer, printers, cellphone, media player | 3,500.00 | 3,200.00 | | 0.00 | 3,500.00 |
| 7 | Artwork | 5,000.00 | 4,850.00 | | 0.00 | 5,000.00 |
| 8 | Pistol and ammunition<br>Abandoned per Notice, Docket # 155. | 450.00 | 450.00 | OA | 0.00 | FA |
| 9 | Everyday clothes, furs, leather coats, designer wear, shoes, and accessories | 10,000.00 | 9,500.00 | | 0.00 | 10,000.00 |
| 10 | Everyday jewelry, costume jewelry, engagement ring, wedding ring, | 15,000.00 | 14,900.00 | | 0.00 | 15,000.00 |
| 11 | Dog Shih-Tzu<br>Abandoned per Notice, Docket # 155. | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 12 | Cash | 150.00 | 0.00 | | 0.00 | FA |
| 13 | Checking account: Publix Credit Union | 200.00 | 0.00 | | 0.00 | FA |
| 14 | Savings account: Publix Credit Union | 200.00 | 0.00 | | 0.00 | FA |
| 15 | Alliance For Change Through Treatment, 95% ownership<br>Abandoned per Notice, Docket # 155. | 500,000.00 | 0.00 | OA | 0.00 | FA |

Form 1

# Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case No.: | 18-55697-LRC | Trustee Name: | (300320) S. Gregory Hays |
| Case Name: | LANDRY, CASSANDRA JOHNSON | Date Filed (f) or Converted (c): | 09/14/2018 (c) |
| | | § 341(a) Meeting Date: | 11/27/2018 |
| For Period Ending: | 06/30/2019 | Claims Bar Date: | 05/20/2019 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16 | Attachment and Bonding Ctr of Atlanta, 95% ownership | 100,000.00 | 0.00 | OA | 0.00 | FA |
| | Abandoned per Notice, Docket # 155. | | | | | |
| 17 | Therapeutic Essentials, 0% ownership | 25,000.00 | 0.00 | OA | 0.00 | FA |
| | Abandoned per Notice, Docket # 155. | | | | | |
| 18 | Licensed Professional Counselor | 150.00 | 0.00 | OA | 0.00 | FA |
| | Abandoned per Notice, Docket # 155. | | | | | |
| 19 | 2016 State of Georgia already filed: State | 769.00 | 769.00 | | 0.00 | FA |
| 20* | Insurance Policy: Farmers New World: Beneficiary: Ivy T Landry (See Footnote) | 75,000.00 | 75,000.00 | | 0.00 | FA |
| 21* | Insurance Policy: Northwestern Mutual: Beneficiary Ivy T Landry (See Footnote) | 100,000.00 | 100,000.00 | | 0.00 | 34,758.15 |
| 22* | Northwestern Mutual - Variable Annuity (See Footnote) | 100,000.00 | 100,000.00 | | 0.00 | 85,913.65 |
| 22 | Assets    Totals    (Excluding unknown values) | $1,433,719.00 | $317,796.83 | | $0.00 | $162,671.80 |

RE PROP# 20    Trustee filed an objection to Debtor's claimed exemption of $75k. Per letter from Farmers New World, policy is no longer in force and has no net cash value.

RE PROP# 21    Trustee filed an objection to Debtor's claimed exemption of $100k. Trustee is investigating ownership. Current value represents CSV.

RE PROP# 22    Trustee filed an objection to Debtor's claimed exemption of $100k. Trustee is investigating ownership. Current value is $85,913.65.

**Major Activities Affecting Case Closing:**

The case was originally filed as a Chapter 13 case on 4/3/18. It was converted to Chapter 7 on 9/14/18. The two previous Chapter 7 Trustees rejected their appointment. Trustee was appointed on 10/24/18.

The Trustee is investigating ownership interest in an annuity and insurance policy.

**Initial Projected Date Of Final Report (TFR):**    06/30/2021            **Current Projected Date Of Final Report (TFR):**    06/30/2021

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| | |
|---|---|
| **Case No.:** 18-55697-LRC | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** LANDRY, CASSANDRA JOHNSON | **Date Filed (f) or Converted (c):** 09/14/2018 (c) |
| | **§ 341(a) Meeting Date:** 11/27/2018 |
| **For Period Ending:** 06/30/2019 | **Claims Bar Date:** 05/20/2019 |

07/29/2019                             /s/S. Gregory Hays

    Date                                                                     S. Gregory Hays