**IT IS ORDERED as set forth below:**

**Date: September 27, 2019**



_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **CASE NUMBER** |
| | : | |
| CASSANDRA JOHNSON LANDRY, | : | 18-55697-LRC |
| | : | |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

## **O R D E R**

On January 7, 2019, S. Gregory Hays ("Trustee") filed an application to employ Herbert C. Broadfoot II, P.C. ("Broadfoot") as attorney for the Trustee (the "Application") (Doc. 129). The Court granted the Application, subject to objections, on January 9, 2019. On January 17, 2019, Cassandra Johnson Landry ("Debtor") filed a timely objection to the Application (the "Objection"). Before the Court could hold a hearing on the Objection, however, Debtor filed a motion to reconvert her case to Chapter 13 (Doc. 154). Once the

Court had resolved the motion to reconvert (Doc. 178) and Debtor's Motion to Reconsider the order denying her motion to reconvert (Doc. 198), the Court scheduled the Objection for a hearing on August 29, 2019. The Court subsequently rescheduled the hearing to September 26, 2019, at Debtor's request. *See* Doc. 225.

At the hearing held on September 26, 2019, at which Debtor appeared, the Court considered Debtor's assertions that Broadfoot has certain conflicts that prevent him from serving as counsel to the Trustee, as well as her general disagreement with the manner in which the Trustee has handled her case. For the reasons stated on the record, the Objection is OVERRULED, as the Court finds that Broadfoot holds no interest adverse to Debtor's bankruptcy estate, is disinterested within the meaning of 11 U.S.C. § 327(a), and is more than competent to represent the Trustee; and therefore,

IT IS ORDERED that the Application is **GRANTED**.

The Clerk shall serve a copy of this Order and Notice on the Chapter 7 Trustee, counsel for the Chapter 7 Trustee, and Debtor.

**END OF DOCUMENT**