**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA ATLANTA**

---

**CASSANDRA JOHNSON- LANDRY**
**PETITIONER/DEBTOR**

**BRC NUMBER**

**18-55697LRC**

---

### MOTION FOR REQUEST FOR TRUSTEE REPORT

Petitioner request the following item from the Assigned Trustee CHAPTER 7 S. Gregory Hays

1. Efforts taken regarding reported Mortgage Fraud for Real Properties PRIOR TO ABANDONMENT.
2. Efforts taken regarding Commercial Mortgage and Wire Fraud regarding Commercial Properties PRIOR to Life of Stay. Which led to Foreclosure, Sale or other.
3. Money obtained from Personal Injury Case on11.29.16 involving Willie Gary Firm.
4. Money obtained from Family and Children Services owed to Petitioner.
5. Investigation of Modified Transcripts for DHR Administrative Services which caused Petitioner to loose case which led to the non-filing of 30 million dollar lawsuit by Dorian Murry Esq who represented agency.
6. All money paid to Creditors and Names of Creditors
7. Investigation of Disputed and False Claims

Petitioner is requesting a **COMPLETE** report identifying money received, amount and entity receiving any and all monies.

24th Day of November 2019

**Respectfully Submitted**

**By:** *[signature]*

**Cassandra Johnson Landry, Pro Se**
**P.O. Box 1275**
**Grayson, Georgia 30017**
**678.8603621**

## Certificate of Service

**MOTION FOR REQUEST FOR TRUSTEE REPORT** mailed to the following Parties by way of the United States Postal Service via First Class Mail to listed parties. Plaintiff is over the age of 18 years.

**Herbert Broadfoot, Esq.**
**Attorney for Chapter 7 Trustee, S. Gregory Hays**
2964 Peachtree Road
Suite 555
Atlanta, Georgia 30305

**S. Gregory Hays, Chapter 7 Trustee**
2964 Peachtree Road
Suite 555
Atlanta, Georgia 30305

24th Day of November, 2019

*/s/ Cassandra Johnson-Landry*
CASSANDRA JOHNSON-LANDRY
P.O. Box 1275
Grayson, Georgia 30017
678.860.3621