IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: : CHAPTER 7
:
CASSANDRA JOHNSON LANDRY : CASE NO. 18-55697-LRC
:
Debtor. :

## NOTICE OF ABANDONMENT OF CERTAIN
## PROPERTY OF THE ESTATE

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 554(a) and Federal Rule of Bankruptcy Procedure 6007, S. Gregory Hays, Chapter 7 Trustee ("Trustee") for the above-captioned estate, proposes to abandon the following described property as burdensome, fully exempt with no equity, and/or of inconsequential value and benefit to Debtor's estate:

**Any and all claims, scheduled or unscheduled, referred to by Debtor in the attached "Motion For Request For Trustee Report" including without limitation personal injury claims**

**Any claim for damages arising from prepetition conduct by Defendants named in Adversary Proceeding No. 19-05218**

**PLEASE TAKE FURTHER NOTICE** that any objections to this proposed abandonment must be filed with the Clerk of the United States Bankruptcy Court, 1340 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303 and served upon the Trustee at the address shown below within fourteen (14) days from the date of service of this Notice. If no objection is filed, the proposed abandonment shall be effective as provided in Federal Rule of Bankruptcy Procedure 6007 without further notice, hearing or order of the Court. If an objection is timely filed, a hearing thereon will be scheduled with notice provided to the objecting party or parties, the Trustee, the U.S. Trustee, and counsel to the Debtor.

This 5th day of December, 2019.

/s/ S. Gregory Hays
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW
Suite 555
Atlanta, GA 30305
(404) 926-0060

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA ATLANTA

**CASSANDRA JOHNSON- LANDRY**
**PETITIONER/DEBTOR**

**BRC NUMBER**

**18-55697LRC**

## MOTION FOR REQUEST FOR TRUSTEE REPORT

Petitioner request the following item from the Assigned Trustee CHAPTER 7 S. Gregory Hays

1. Efforts taken regarding reported Mortgage Fraud for Real Properties PRIOR TO ABANDONMENT.
2. Efforts taken regarding Commercial Mortgage and Wire Fraud regarding Commercial Properties PRIOR to Life of Stay. Which led to Foreclosure, Sale or other.
3. Money obtained from Personal Injury Case on11.29.16 involving Willie Gary Firm.
4. Money obtained from Family and Children Services owed to Petitioner.
5. Investigation of Modified Transcripts for DHR Administrative Services which caused Petitioner to loose case which led to the non-filing of 30 million dollar lawsuit by Dorian Murry Esq who represented agency.
6. All money paid to Creditors and Names of Creditors
7. Investigation of Disputed and False Claims

Petitioner is requesting a **COMPLETE** report identifying money received, amount and entity receiving any and all monies.

24th Day of November 2019

Respectfully Submitted

By (signature)

Cassandra Johnson Landry, Pro Se
P.O. Box 1275
Grayson, Georgia 30017
678.8603621