# UNITED STATES BANKRUPTCY COURT DISTRICT
# NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| CASSANDRA JOHNSON- LANDRY<br>PLAINTIFF | ) ) ) | BRC- 18-55697-LRC |
| Vs. | ) ) ) | CIVIL ACTION FILE<br>No: 1:18-CV-5095-SCJ |
| DEUTSCHE BANK NATIONAL TRUST | ) ) ) | |

## MOTION FOR DELAY REGARDING LEGAL PROCEEDINGS

Plaintiff currently submits required medical documentation by her Board Certified Medical Professional/Treatment Provider regarding current health status. Plaintiff is requesting postponement of legal proceeding as outlined in submitted documentation (EXHIBIT A).

Respectfully Submitted    12/16/2019

By: _[signature]_
Cassandra Johnson Landry, Pro Se
P.O. Box 1275
Grayson, Georgia 30017
678.860.3621

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

IN RE: _Cassandra Johnson_ ) Case No.: **18-55697-LRC**
)
)
) Chapter: **7**
Debtor(s)

**(Addendum)**

Motion of Delay Regarding Legal Proceedings. Debtor has requested a rescheduled court date. Original scheduled for 1.9.50 which is the same date of Debtor's medical procedure. Debtor will be placed under utilizing particular medications. Debtor is concerned as she feels this could possibly be a level of Retaliation due to Debtor's Intrigue and Completed case. Debtor is of sound mind and very hypervigilant. Procedure to take place at Kaiser Permanente.

Dated: 12/20/19

Signature: _Cassandra Johnson Landy_

Printed Name: Cassandra Johnson Landy

Address: P.O. Box 1275
865 Lakely Valley Trace
Grayson GA 30017

Phone: 678 860 3621

# EXHIBIT A

**IT IS ORDERED as set forth below:**

**Date: November 26, 2019**

Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

---

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBER |
|---|---|---|
| CASSANDRA JOHNSON LANDRY, | : | 18-55697-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

### ORDER

Before the Court is a *Motion for Delay Regarding Legal Proceedings* (Doc. 230) and a *Submission of Medical Documentation Verifying Re-Hospitalization and Motion for Rescheduled Court Date: Objections* (Doc. 232) (collectively referred to as the "Motions") filed by Cassandra Johnson-Landry ("Debtor"). Through the Motions, it appears that Debtor requests a continuance of a hearing on the Chapter 7 Trustee's Objection to Debtor's Exemption (Doc. 153), which is currently scheduled for December 5, 2019, due to

medical reasons. For good cause shown,

IT IS ORDERED that the Request is **GRANTED**;

IT IS FURTHER ORDERED that the hearing on the Trustee's Objection to Exemptions (Doc. 153), is rescheduled to **January 9, 2020,** at 10:15 a.m. in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303;

IT IS FURTHER ORDERED that, if Debtor seeks a further continuance of that hearing, Debtor shall notify the Court and the Chapter 7 Trustee on or before January 3, 2020, and shall provide updated documentation including, but not limited to, an affidavit from a healthcare provider regarding her need for a further continuance.

The Clerk shall serve a copy of this Order and Notice on the Chapter 7 Trustee, counsel for the Chapter 7 Trustee, and Debtor.

**END OF DOCUMENT**

43108022123013

**KAISER PERMANENTE®**

Office visit with Flavio D Manela

Thu, Jan 9, 2020 10:30 AM



Flavio D Manela
GASTROENTEROLOGY
Gwinnett Gastroenterology Procedure Suite
3650 Steve Reynolds Blvd
Duluth, GA 30096
404-365-0966

Appointment details

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: _Cassandra Johnston_ )   Case No: _18-55697 LRC_
_____ )   Chapter _7_
Debtor(s)              )

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the _20_ day of _December_, 20_19_, I served a copy of _Motion of Delay Regarding Legal Proceedings_ which was filed in this bankruptcy matter on the _26th_ day of _November_, 20_19_.

Mode of service (check one):   ⊗ MAILED     ◯ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):
_Herbert C. Broadfoot III Esq   Buckhead Ctr. 2964 Peachtree Road, Atl GA 30305_
_S. Gregory Hays                Buckhead Ctr. 2964 Peachtree Road Atlanta, GA 30305_

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _12/20/19_     Signature: _Cassandra Johnston_

Printed Name: _Cassandra Johnston_

Address: _P.O. Box 1275_
_865 Natchez Village Trace Grayson GA 30017_
_(678) 860-3621_

Phone:

(Generic Certificate of Service – Revised 4/13)