**IT IS ORDERED as set forth below:**

**Date: January 7, 2020**



_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| **IN THE MATTER OF:** | : | **CASE NUMBER** |
|---|---|---|
|  | : |  |
| CASSANDRA JOHNSON LANDRY, | : | 18-55697-LRC |
|  | : |  |
|  | : |  |
|  | : | IN PROCEEDINGS UNDER |
|  | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

### ORDER RESCHEDULING HEARING AND NOTICE OF HEARING

On November 26, 2019, the Court granted Debtor's request to reschedule a hearing on the Trustee's Objection to Exemptions (Doc. 153) (the "Objection") to January 9, 2020, and directed that, if Debtor sought a further continuance of that hearing, Debtor must notify the Court and the Chapter 7 Trustee on or before January 3, 2020, and provide updated documentation including, but not limited to, an affidavit from a healthcare provider regarding her need for a further continuance.  Doc. 234 (the "Order").

On December 20, 2019, Debtor requested a further continuance of the hearing on the Objection due to a medical procedure scheduled to be performed on January 9, 2020. Debtor has also filed an objection to the Trustee's notice of proposed abandonment of certain property of the bankruptcy estate (Doc. 237) (the "Notice of Abandonment").

Although Debtor failed to comply with the requirements of the Order in that she failed to file an affidavit of a healthcare provider, the Court will grant Debtor one additional continuance of the hearing on the Objection. Debtor is advised that no further continuances of the hearing on the Objection will be granted without the filing of an affidavit from a healthcare provider establishing that Debtor is medically unable to attend court. The Court will not excuse Debtor from a scheduled hearing simply because she has chosen to schedule another appointment for the same date and time. Further,

IT IS ORDERED and NOTICE IS GIVEN that the hearing on the Objection is rescheduled to **February 13, 2020**, at 10:15 a.m. in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303;

IT IS FURTHER ORDERED and NOTICE IS GIVEN that the Court will hold a hearing on the Notice of Abandonment and Debtor's objection thereto (Doc. 240) on **February 13, 2020**, at 10:15 a.m. in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

**END OF DOCUMENT**

**Distribution List**

**All parties on the Court's Mailing Matrix**