# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

---

**CASSANDRA JOHNSON- LANDRY**            Case No. 18-55697-LRC

**DEBTOR**

---

### SUBMISSION: CORRECTION TO TRUSTEE REPORT DATED 7.29.19

---

**DEBTOR , CASSANDRA JOHNSON-LANDRY** is requesting Line item correction. Trustee, S. GREGORY HAYS CHAPTER 7 listed 669 Natchez Valley Trace, Grayson, Georgia 30017. The correct address is 869 Natchez Valley Trace, Grayson Georgia 30017. This Real Property was Abandoned by Trustee contributing to property having no equity. Mortgage Fraud is very evident, but no investigation.

29TH Day of January 2020

*[signature]*

Cassandra Johnson-Landry
P.O. Box 1275
Grayson, Georgia 30017
678.860.3621

*[File stamp: 2020 JAN 31 PH 12:45, M. REGINA THOMAS, CLERK, U.S. BANKRUPTCY COURT, NORTHERN DISTRICT OF GEORGIA]*

1

**EXHIBIT A**

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1

Case No.: 18-55697-LRC
Case Name: LANDRY, CASSANDRA JOHNSON

Trustee Name: (300320) S. Gregory Hays
Date Filed (f) or Converted (c): 09/14/2018 (c)
§ 341(a) Meeting Date: 11/27/2018

For Period Ending: 06/30/2019

Claims Bar Date: 05/20/2019

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2969 Sweetbriar Walk, Snellville, GA 30039, Gwinnett County  One-half interest. Entire property value: $179,500. Abandoned per Notice, Docket # 155. | 89,750.00 | 0.00 | OA | 0.00 | FA |
| 2 | 1440 Highland Lake Dr, Lawrenceville, GA 30045, Gwinnett County  One-half interest. Entire property value: $313,500. Abandoned per Notice, Docket # 155. | 156,750.00 | 0.00 | OA | 0.00 | FA |
| 3 | 669 Natchez Valley Trace, Grayson, GA 30017, Gwinnett County  One-half interest. Entire property value: $444,600. Abandoned per Notice, Docket # 155. | 222,300.00 | 0.00 | OA | 0.00 | FA |
| 4 | 2001 Merce 500CL  Abandoned per Notice, Docket # 155. | 20,000.00 | 627.83 | OA | 0.00 | FA |
| 5 | Major Appliances, furniture, linens, china, and kithenware | 8,500.00 | 7,500.00 | | 0.00 | 8,500.00 |
| 6 | radios, computer, printers, cellphone, media player | 3,500.00 | 3,200.00 | | 0.00 | 3,500.00 |
| 7 | Artwork | 5,000.00 | 4,850.00 | | 0.00 | 5,000.00 |
| 8 | Pistol and ammunition  Abandoned per Notice, Docket # 155. | 450.00 | 450.00 | OA | 0.00 | FA |
| 9 | Everyday clothes, furs, leather coats, designer wear, shoes, and accessories | 10,000.00 | 9,500.00 | | 0.00 | 10,000.00 |
| 10 | Everyday jewelry, costume jewelry, engagement ring, wedding ring, | 15,000.00 | 14,900.00 | | 0.00 | 15,000.00 |
| 11 | Dog Shih-Tzu  Abandoned per Notice, Docket # 155. | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 12 | Cash | 150.00 | 0.00 | | 0.00 | FA |
| 13 | Checking account: Publix Credit Union | 200.00 | 0.00 | | 0.00 | FA |
| 14 | Savings account: Publix Credit Union | 200.00 | 0.00 | | 0.00 | FA |
| 15 | Alliance For Change Through Treatment, 95% ownership  Abandoned per Notice, Docket # 155. | 500,000.00 | 0.00 | OA | 0.00 | FA |

Case 18-55697-lrc   Doc 219   Filed 07/29/19   Entered 07/29/19 17:22:48   Desc
Page 2 of 3

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Page: 2

| Case No.: | 18-55697-LRC | Trustee Name: | (300320) S. Gregory Hays |
| Case Name: | LANDRY, CASSANDRA JOHNSON | Date Filed (f) or Converted (c): | 09/14/2018 (c) |
| | | § 341(a) Meeting Date: | 11/27/2018 |
| For Period Ending: | 06/30/2019 | Claims Bar Date: | 05/20/2019 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | Attachment and Bonding Ctr of Atlanta, 95% ownership<br>Abandoned per Notice, Docket # 155. | 100,000.00 | 0.00 | OA | 0.00 | FA |
| 17 | Therapeutic Essentials, 0% ownership<br>Abandoned per Notice, Docket # 155. | 25,000.00 | 0.00 | OA | 0.00 | FA |
| 18 | Licensed Professional Counselor<br>Abandoned per Notice, Docket # 155. | 150.00 | 0.00 | OA | 0.00 | FA |
| 19 | 2016 State of Georgia already filed: State | 769.00 | 769.00 | | 0.00 | FA |
| 20* | Insurance Policy: Farmers New World: Beneficiary: Ivy T Landry (See Footnote) | 75,000.00 | 75,000.00 | | 0.00 | FA |
| 21* | Insurance Policy: Northwestern Mutual: Beneficiary Ivy T Landry (See Footnote) | 100,000.00 | 100,000.00 | | 0.00 | 34,758.15 |
| 22* | Northwestern Mutual - Variable Annuity (See Footnote) | 100,000.00 | 100,000.00 | | 0.00 | 85,913.65 |
| 22 | Assets      Totals      (Excluding unknown values) | $1,433,719.00 | $317,796.83 | | $0.00 | $162,671.80 |

RE PROP# 20    Trustee filed an objection to Debtor's claimed exemption of $75k. Per letter from Farmers New World, policy is no longer in force and has no net cash value.

RE PROP# 21    Trustee filed an objection to Debtor's claimed exemption of $100k. Trustee is investigating ownership. Current value represents CSV.

RE PROP# 22    Trustee filed an objection to Debtor's claimed exemption of $100k. Trustee is investigating ownership. Current value is $85,913.65.

**Major Activities Affecting Case Closing:**

The case was originally filed as a Chapter 13 case on 4/3/18. It was converted to Chapter 7 on 9/14/18. The two previous Chapter 7 Trustees rejected their appointment. Trustee was appointed on 10/24/18.

The Trustee is investigating ownership interest in an annuity and insurance policy.

| Initial Projected Date Of Final Report (TFR): | 06/30/2021 | Current Projected Date Of Final Report (TFR): | 06/30/2021 |

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Page: 3

Case No.:    18-55697-LRC
Case Name:    LANDRY, CASSANDRA JOHNSON

For Period Ending:    06/30/2019

Trustee Name:    (300320) S. Gregory Hays
Date Filed (f) or Converted (c):    09/14/2018 (c)
§ 341(a) Meeting Date:    11/27/2018
Claims Bar Date:    05/20/2019

07/29/2019
Date

/s/S. Gregory Hays
S. Gregory Hays

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF GEORGIA

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day 29th day of January 2020. **SUBMISSION: CORRECTION TO TRUSTEE REPORT DATED 7.29.19**d foregoing by depositing a copy to listed parties via United States Mail. I am over the age of 18 years of age.

**S. GREGORY HAYS, CHAPTER 7 TRUSTEE**
**HAYS FINANCIAL CONSULTATION**
2964 Peachtree Road, Suite 555
Atlanta, Georgia 30305-2153

**HERBERT BROADFOOT, Esq**
Attorney for S. Gregory Hays, Chapter 7 Trustee
2964 Peachtree Road, Suite 555
Atlanta, Georgia 30305-2153

29th Day of January 2020

_____
**CASSANDRA JOHNSON- LANDRY, Pro Se**
P.O. BOX 1275
Grayson, Georgia 30017
678.860.3621

2