**IT IS ORDERED as set forth below:**

**Date: March 13, 2020**

_____

**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| CASSANDRA JOHNSON LANDRY, | : | CASE NUMBER 18-55697-LRC |
| | : | |
| DEBTOR. | : | CHAPTER 7 |

## ORDER SUSTAINING TRUSTEE'S OBJECTION TO EXEMPTIONS

The matter before the Court is the _Trustee's Objection to Exemptions_ (Doc. 153) (the "Objection") filed February 12, 2019 in this Chapter 7 case. The Objection came on for hearing on March 5, 2020. The Debtor appeared _pro se,_ and Herbert Broadfoot appeared as attorney for Chapter 7 Trustee Gregory Hays (the "Trustee"). The Court heard argument from the Debtor and the Trustee's attorney. The Trustee contends in his Objection that the Debtor's claims to exempt $100,000 of a Northwestern Mutual variable annuity and $100,000 of a Northwestern Mutual life insurance policy exceed the amounts allowed by pertinent sections of O.C.G.A. §44-13-100. The Trustee does not have possession of any funds at this date, and does not know the

current value of the variable annuity or the life insurance policy. The Trustee does not object to allowance of the Debtor's maximum exemptions pursuant to Georgia law at such time as the Trustee comes into possession of these assets. In accordance with the foregoing, for good cause shown, it is

ORDERED that the Trustee's Objection is SUSTAINED without prejudice to the Debtor's right to amend her exemption claims at such time as the Trustee takes possession of any estate property including without limitation funds obtained from Northwestern Mutual.

IT IS FURTHER ORDERED that the Trustee shall promptly notify the Debtor and the Court of the receipt of any property of the estate.

**END OF DOCUMENT**

Order Prepared and Presented this 11th day of March, 2020 by:

*/s/ Herbert C. Broadfoot II*
Herbert C. Broadfoot II
Georgia Bar No. 083750
Attorney for Trustee
2964 Peachtree Road, N.W.
Suite 555
Atlanta, GA 30305
(404) 926-0058
bert@hcbroadfootlaw.com

## DISTRIBUTION LIST

S. Gregory Hays, Trustee
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

Herbert C. Broadfoot II
2964 Peachtree Road, NW
Suite 555
Atlanta, GA 30305

Cassandra Johnson Landry
P.O. Box 1275
Grayson, GA 30017