**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2020 APR 27  PM 3: 44

M. REGINA THOMAS
CLERK
BY _____ DEPUTY CLERK

**CASSANDRA JOHNSON-LANDRY**
**DEBTOR**

18-55697 LRC

**V**
**CIVIL ACTION NO:**
**1:19-CV-3401-ELR-WEJ**

**JOJO JOHN**
**PSEUDO PARTY**

## OBJECTION TO SQUASHING MOTION

CASSANDRA JOHNSON-LANDRY, DEBTOR, currently objects to current Motion to Squash Subpoena. In the attempt to obtain approval for requested Motion, representing Attorney has documented false accusation in addition to the submission of FRAUDULENT MOTION TO TWO Magistrate Courts, contributing to the recently dismissed RICO complaint filed on US District Court of Northern Georgia. Case was dismissed violating consumers Civil Rights and Due Process. Plaintiff/Debtor was not allowed to submit an appeal or reconsideration. Also, case was dismissed WITH PREJUDICE. Dismissal was signed by Judge Eleanor Ross on 3.9.20. Plaintiff/Debtor submitted Motion for Confirmation of Signature. Motion was "ALLEGELY" signed by Judge Eleanor Ross, however this both response and signature is still questionable.

1. The is no confirmation US National Bank signed for Motion to lift Stay on 6.4.19 of 869 Natchez Valley Trace. Although document was submitted it is not confirmed. (EXHIBIT A)
2. Per the Trustee's Report, the property address was 669 Natchez Valley Trace (EXHIBIT B)
3. Real Property at 869 is list as a foreclosure under JoJo John not a purchased which contributes to the extensive amount of UNINVESTIGARTED MORTGAGE FRAUD reported by Plaintiff/Debtor. There appears to be a long and illegal history based on submitted exhibits with JoJo John and representing Attorney (EXHIBIT C).
4. Documents sent to Plaintiff/Debtor are NOT LEGIBLE due to Font Size which is not standard accord to Federal Guidelines, This was intentional on behalf of representing Attorney (EXHIBIT D)
5. As it pertains to the concern of illegible signature it is counterproductive to submit such Motion.
6. Plaintiff/debtor submitted timely response as required to appropriate court (EXHIBIT E)
7. Multiple filings can be submitted under the same civil action number such as Real Property is owned by Same Plaintiff Debtor.

8. Attorney attempted to obtain a complete approval by Gwinnett County Judge, however it was very apparent the Attorney submission was questionable (EXHIBIT E).

9. Additional information which demonstrates several conflicts regarding the Magistrate Judge and Attorney via third party is unethical and very obvious (EXHIBIT(S) F).

10. A subpoena was submitted to JoJo John requesting the examination of all related documents.

11. Plaintiff/Debtor is not the identified party in the photos attached as an exhibit not applicable. (EXHIBIT G).

12. Plaintiff/Debtor received NUMBEROUS drive by and was informed JP Morgan hired driver to harass Plaintiff/Debtor. Once calls were made to JP Morgan Chase it was later discovered an unknown party hired the unknown party for harassing purposes.

13. Representing, Attorney MALICIOUSLY obtained a LEGAL AND OFFICIAL STAMPED DATED COPY of Motion to Lift Stay and Request for Default Writ of Possession address to the MAGISTRYAE COURT OF ATHENS-CLARKE COUNTY (THIS WAS NOT IS ERROR NOT WITHIN JURDISTICTION). This is a SERIOUS LEGAL VIOLATION and is a KEY Factor in the Dismissal of PLAINTIFF/DEBTOR RICO Filing. (EXHIBIT H).

14. Order was signed by Judge Argo within the Gwinnett County Court System. Due to Conflictual Relationships with the HOA it appears the representing Attorney attempted to manipulate all Judges involved (EXHIBIT(S) I).

15. Debtor currently holds the ORIGICAL WARRANTY DEED for 869 Natchez Valley Trace, Grayson Georgia. Attached within the Attorney's exhibits a FRADULUENT SECURITY DEED WAS CREATED. As stated the are multiple FRADULUENT LOANS ON THE HOME WITH A CLOUDED TITLE.

4.25.20

CASSANDRA JOHNSON-LANDRY
869 NATCHEZ VALLEY TRACE
GRAYSON, GEORGIA 30017

678.860.3621

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA

### <u>CERTIFICATE OF SERVICE</u>

**I, CASSANDRA JOHNSON-LANDRY, Debtor currently submits: OBJECTION TO MOTION TO SQUASH SUBPEONA. All parties listed electronically within the US BRC EMF System will receive a copy of submitted objection. Plaintiff/Debtor is over the age of 18 years.**

4.25.20

**CASSANDRA JOHNSON-LANDRY**
**869 NATCHEZ VALLEY TRACE**
**GRAYSON, GEORGIA 30017**
**678.860.3621**

UNITED STATES DISTRICT COURT OF NORTHERN GEORGIA FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 2 8 2020

JOJO JOHN
PLAINTIFF

JAMES N. HATTEN, Clerk
CASE NUMBER 20-M-07447 By: _Sub_ Deputy Clerk

V..

IVY LANDRY
CASSANDRA JOHNSON-LANDRY
ALL OTHER OCCUPANTS
DEFENDANTS

Civil Action File
1:19-CV-3401

## ANSWER TO DISPOSSESSORY AFFIDAVIT

DEFENDANTS, IVY LANDRY, CASSANDRA JOHNSON-LANDRY AND ALL OTHER
OCCUPANTS, received said Dispossessory Affidavit on the 21st Day of February 2020. Served
Affidavit referenced the removal of ALL DEFENDANTS from 869 Natchez Valley Trace,
Grayson, Georgia 30017.

Plaintiff did not request rental but, requested immediate removal from the above address for
immediate possession of said Real Property located at 869 Natchez Valley Trace, Grayson
Georgia 30017.

ALL DEFENDANTS objects to the Plaintiff's request based on the following facts:

1. The Chapter 7 Trustee, S. Gregory Hays abandoned Real Property located at 669
   Natchez Valley Trace, Grayson Georgia 30017 NOT 869 Natchez Valley Trace
   Grayson Georgia 30017 per completed Trustee's Report completed 7/2019 and
   12/2019. (Documents uploaded in PACER).

2. Defendant, Cassandra Johnson-Landry filed Bankruptcy under Chapter 13 on
   4/3/2018 due to the discovery of EXCESSIVE Mortgage Fraud on all owned
   properties.

6

included  869 Natchez Valley Trace, Grayson Georgia 30017.

4.  The property was purchased approximately around April/May of 2006. The Defendants were under the impression the Loan Originator was Homebanc Mortgage for both the primary and secondary loan. It was revealed the Defendants never received a Mortgage for Homebanc. In fact, there were multiple loans taken out on or around the same day and month of 2006 by unknown individuals.(Documents submitted uploaded in PACER)

5.  Mccalla, Raymer, Liebert and Pierce LLP currently represents JP Morgan Chase, US Bank National Association for Citigroup Mortgage Loan Trust and also serves as the representation of Mccalla, Raymer, Liebert and Pierce LLP. which served as grounds for disqualification. (Motion for Disqualification uploaded in PACER)

6.  Defendants filed the Original Adversary Proceeding in December of 2019. The Amended Operative Complaint was filed 1/9/2020 outlining all RICO actions which included listed Defendants to include Mccalla, Raymer, Liebert and Pierce, LLP. (Adversary Proceeding uploaded in PACER)

7.  Given, there is excessive Mortgage Fraud (CURRENTLY) Mccalla, Raymer, Liebert, Pierce and HANN, LLP, Lis Pendes and an Adversary Proceeding, the incorrect Real Property was cleared for foreclosure and listed for auction within 5 minutes PRIOR to the start of the auction. Defendant uploaded all documents into the Odyssey E-File System 24 hours prior to the foreclosure auction, however it was very apparent and

7

8. Auction.com was unaware of 869 Natchez Valley Trace. Grayson Trace had current fraud nor all legal proceedings. Defendant submitted all documentation to Auction.com legal department. (Documents uploaded in both PACER and Odyssey E-FILE)

9. Defendants received a letter from JoJo John stating he purchased 869 Natchez Valley Trace, Grayson Georgia. There was also a second letter from the same Individual addressed to Belinda Forness aka Belinda Forness Nash at 869 Natchez Valley Trace, Grayson, Georgia. Requesting the code for street entry. (Documents uploaded in PACER and Odyssey EFILE)

10. Kerry Doolittle, Esq. of Watkinsville Georgia, representing attorney for JoJo John requesting immediate possession of 869 Natchez valley Trace via USPS Mail. (Document uploaded in PACER and Odyssey EFILE)

11. Further investigation revealed JoJo John has an EXTENSIVE previous history of Felonies such as RICO, Mail Tampering, Forgery and more. As it relates to the purchase of 869 Natchez Valley Trace there were illegal sales of 869 Natchez Valley Trace. It appeared a fraudulent mortgage loan was taken out by someone who had an EXTENSIVE AMOUNT OF EXPEIENCE IN the Real Estate Industry such as a Broker etc, the letter from JoJo John was addressed to Belinda Forness at the Defendants Address 869 Natchez Valley Trace, Grayson, Georgia 30017. (Documents uploaded in PACER and Odyssey EFILE).

8

title legally.

13. Kerry Doolittle, Esq, ironically appears to be indirectly and or directly related to Belinda Forness which is a conflict. Also, JoJo John has a Watkinsville address which is not a crime, however Defendants questions the entire relationship.

14. The Chapter 7 Trustee's Legal Counsel, Herbert Broadfoot Esq, appears to also be a part of this illegal foreclosure. The title search company, Beals Title Service, which conducted the title search for 869 Natchez Valley Trace, connection to Herbert Broad foot's past Legal Partner was now deceased K. Beals,. This is another reason why Mccalla, Raymer, Liebert and Pierce LLP. was determined to conduct both an illegal sale and illegal foreclosure. It appears Herbert Broadfoot Esq. was assigned to the Defendant's Bankruptcy case for the purpose of assisting with Fraud cover up due to his past business partnership with now deceased K. Beals who was connected to Beals Title Services.

15. In regard, to all non-judicial or judicial foreclosure the Adversary Proceeding was filed in addition to Emergency Injunctive Relief and Protective Order. The foreclosure should not have taken place. As stated the correct address is 869 Natchez Valley Trace, not 669 Natchez Valley Trace. Illegal activities by others on all levels was committed by all involved which CAN NOT WARRANT EVICTION. The Defendants are the primary holders of interest in 869 Natchez Valley Trace, Grayson, Georgia and currently holds the original Warranty Deed for the Real Property.

9

17. As stated, additional Retaliation will not be tolerated by the DEFENDANTS as the result of statements in #16.

25TH DATE OF FEBRUARY 2020

CASSANDRA JOHNSON-LANDRY, DEBTOR
P.O. BOX 1275
GRAYSON, GEORGIA 30017
678.860.3621

10

**EXHIBIT A**

F I L E



**KERRY S. DOOLITTLE**
ATTORNEY AT LAW
P.O. Box 949
47 GREENSBORO HIGHWAY
WATKINSVILLE, GEORGIA 30677-0949

kerry@kerrydoolittle.com

Telephone (706) 769-0591
Facsimile (706) 769-0593

9414 7118 9668 1208 3372 11
CERTIFIED MAIL
TRACKING NUMBER

February 10, 2020

CERTIFIED MAIL / RETURN RECEIPT REQUESTED

All Tenants or Occupants, Known or Unknown, at
869 Natchez Valley Trace
Grayson, GA 30017-4963

Re:     Notice of Foreclosure Sale - Demand for Immediate Possession.

Dear Tenants or Occupants, Known or Unknown:

Please be advised that the property located at 869 Natchez Valley Trace, Grayson, GA 30017-4963, was sold under foreclosure on the Courthouse steps of Gwinnett County, Georgia on the first Tuesday of February, 2020, during the legal hours of sale. You are hereby notified that possession is demanded by my Client who was the highest bidder at the sale, and now owns the property. If possession is not relinquished immediately, dispossessory proceedings will be initiated to evict you.

This Courtesy Notice does not create any rights, implied or otherwise, that do not exist under state law. Nor does this Courtesy Notice give rise to a tenancy of any kind. You may wish to consult an attorney to help you determine what, if any, options or rights you may possess.

IMPORTANT NOTICE TO SERVICEMEMBERS AND THEIR DEPENDANTS

If you are a service member on 'active duty' or active service,' or a dependant of such service member, you may be entitled to certain legal rights and protections, including protection from eviction, pursuant to the Servicemembers Civil Relief Act (50 U.S.C. §§ 501-596), as amended, (hereinafter "SCRA") and possibly certain related state statutes. Eligible service may include:

1.     Active duty (as defined in §101(d)(1) of title 10, United States Code) with the Army, Navy, Air Force, marine Corps, or Coast Guard; or
2.     Active service with the National Guard; or
3.     Active service as a commissioned officer of the national Oceanic and Atmospheric Administration; or
4.     Active service as a commissioned officer of the Public Health Service; or
5.     Active service with the forces of a nation with which the United States is allied in the prosecution of a war or military action.

Eligible service also includes any period during which a service member is absent from duty on account of sickness, wounds, leave, or other lawful cause, and can extend for a certain period beyond the end of any active duty period under certain circumstances.

Ex. 3
page 1 of 3

---

9414 7118 9668 1208 3372 11
CERTIFIED MAIL
TRACKING NUMBER

If you qualify, you or your attorney should contact my office and provide proof of military service immediately so that we can determine if you fall under the protection of the Act.

NOTICE TO OCCUPANTS

While you occupy this property, you are expected to maintain the property, and you are prohibited from removing any items in which the owner has obtained an interest, including but not limited to: built-in appliances, light fixtures, heating or air conditioning equipment, plumbing systems, wall or ceiling treatments and flooring. Under no circumstances should you destroy or harm the property in any way. Damage or waste occurring to the property while in your possession could result in legal liability.

If you have any questions regarding the rights and obligations referred to in this notice, please contact your own attorney.

Sincerely,

Kerry S. Doolittle

Kerry S. Doolittle
Attorney at Law

cc     All Tenants or Occupants, Known or Unknown  by first class mail

ARTICLE ADDRESSED TO:
All Tenants or Occupants, Known or Unknown
869 Natchez Valley Trace
Grayson GA 30017-4963

Ex. 3
page 2 of 3

**EXHIBIT B**

| | | | |
|---|---|---|---|
| | | KB | Request for Trustee Report (Doc. #231), including without limitation, personal injury claims and any claims for damages arising from pre-petition conduct by Defendants named in Adversary Proceeding No. 19-05218 Filed by S. Gregory Hays on behalf of S. Gregory Hays. (Hays, S.) ⓘ |
| 12/05/2019 | ◑236 (7 pgs) | ☐ 0.516008 MB | Response to Motion *for Request for Trustee Report* filed by S. Gregory Hays on behalf of S. Gregory Hays. (related document(s)231)(Hays, S.) ⓘ |
| 11/28/2019 | ◑235 (4 pgs) | ☐ 108.89 KB | Certificate of Mailing by BNC of Order and Notice Notice Date 11/28/2019. (Admin.) (Entered: 11/29/2019) |
| 11/26/2019 | ◑234 (2 pgs) | ☐ 92.988 KB | Order GRANTING Debtor's Request. Further Ordered that the hearing on the Trustee's Objection to Exemptions is rescheduled. Further Ordered that, if Debtor seeks a further continuance of that hearing, Debtor shall notify the Court and the chapter 7 Trustee on or before 1/3/2020, and shall provide updated documentation including, but not limited to, an affidavit from a healthcare provider regarding her need for a further continuance. Service by BNC. Hearing to be held on 1/9/2020 at 10:15 AM in Courtroom 1204, Atlanta, Entered on 11/26/2019. (related document(s)230, 232) (law) |
| 11/25/2019 | ◑233 (5 pgs) | ☐ 251.63 KB | Motion for Fraud Investigation Status Prior to Transferring Bankruptcy from Chapter 13 to Chapter 7 filed by Cassandra Johnson Landry . (aam) |
| 11/25/2019 | ◑232 (4 pgs) | ☐ 136.526 KB | Motion for Rescheduled Court Date filed by Cassandra Johnson Landry . (related document(s)153) (aam) |
| 11/25/2019 | ◑231 (2 pgs) | ☐ 57.752 KB | Motion for Request for Trustee Report filed by Cassandra Johnson Landry . (aam) |
| 11/18/2019 | ◑230 (5 pgs) | ☐ 87.423 KB | Motion for Delay Regarding Legal Proceedings filed by Cassandra Johnson Landry . (hd) |
| 11/13/2019 | ◑229 (2 pgs) | ☐ 150.07 KB | Notice of Hearing *On Trustee's Objection To Exemptions* Filed by Herbert C. Broadfoot II on behalf of S. Gregory Hays. Hearing to be held on 12/5/2019 at 10:15 AM in Courtroom 1204, Atlanta, (related document(s)153)(Broadfoot, Herbert) ⓘ |
| 09/29/2019 | ◑228 (4 pgs) | ☐ 96.215 KB | Certificate of Mailing by BNC of Order on Application to Employ Notice Date 09/29/2019. (Admin.) (Entered: 09/30/2019) |
| 09/27/2019 | ◑227 (2 pgs) | ☐ 32.006 KB | Order GRANTING Application to Employ Herbert C. Broadfoot, II for S. Gregory Hays(Related Doc # 129). Service by BNC. Entered on 9/27/2019. (cdl) |
| 09/10/2019 | ◑ | | Adversary 1:18-ap-5340 Closed (jlc) |
| 08/21/2019 | ◑226 (4 pgs) | ☐ 103.618 KB | Certificate of Mailing by BNC of Order on Motion for Continuance Notice Date 08/21/2019. (Admin.) (Entered: 08/22/2019) |
| 08/19/2019 | ◑225 (2 pgs) | ☐ 63.718 KB | Order GRANTING Motion for Continuance (Related Doc # 223) Service by BNC. Entered on 8/19/2019. Hearing to be held on 9/26/2019 at 10:15 AM in Courtroom 1204, Atlanta, (law) |

**EXHIBIT C**

M Gmail

**Jojo**

# Background Report



REPORT STATUS:

MALE
DOB:
AGE: 50

## JOJO JOHN

360 BR████ TR███
GRAY████ GA 30███

MONIT████████

## Contact Info

Top

### Address History

Addresses were found in our records

2000ft

## Contact Info
25

**Address History**
**Phone Numbers**
**Email Addresses**

## People Connections
69

**Possible Relatives**
**Possible Associates**
**Neighbors**

## Criminal Records
18

**Warrants**
**Arrests**
**Charges**

## Financial Info
3

**Bankruptcies**
**Judgments**
**Liens**
**Foreclosures**
**Evictions**



| Address | Est Dates |
|---|---|
| 360 BRACKIN TRCE GRAYSON, GA 30017-4900 | 2002 - Current |
| 1461 GREENSBORO HWY WATKINSVILLE, GA 30677-2795 | 2007 - 2020 |
| 1461 GREENSBORO HWY STE A WATKINSVILLE, GA 30677-2709 | 2009 - 2009 |

UCC Filings

633 MIDWAY RD
LOGANVILLE, GA 30052-
2402

2018 - 2019

## Career Details

10

|  | 3395 WELLBROOK DR
LOGANVILLE, GA 30052-
7801 | 1999 - 2016 |

Possible Employers
Possible Affiliations
Professional Licenses
Corporate Affiliations

461 JIM DAWS RD
MONROE, GA 30656-4859

2007 - 2012

## Lifestyle Data

3

Voter Registration
Hunting Permits
Drivers License
Pilot License
Vehicle Registration
Concealed Weapons Permits

130 PLAINFIELD RD
METUCHEN, NJ 08840-1056

2010 - 2011

35 PULLMAN LOOP
DAYTON, NJ 08810-1554

1999 - 2007

## Social Data

?

506 CYPRESS LN
EAST BRUNSWICK, NJ
08816-5256

1995 - 2005

34 YORK DR
EDISON, NJ 08817-4960

2003 - 2003

20 BRYAN ST
SOUTH RIVER, NJ 08882-
2344                                    1990 - 2003


914 FOX TRL
PASADENA, TX 77504-2955                 2001 - 2001


SHOW LESS


## Phone Numbers

**Phone numbers were found in our
records**


706-███████

WATKINSVILLE, GA

706-███████

WATKINSVILLE, GA

706-███████

WATKINSVILLE, GA

706-███████

WATKINSVILLE, GA

770-████████1

ATLANTA NORTHEAST, GA

SHOW MORE

## Email Addresses

**Email Addresses were found in our records**



## People Connections

Top

## Possible Relatives



1st

Report

1st

Report

1st

Report

1st

Report

1st

Report

SHOW MORE

## Possible Associates

**Possible Associates were found in our records**

**JOHN BINDHUM OL**

Report

Report

Report

Report

Report

 D

Report

## Neighbors

### Neighbors were found in our records

Report

Report

Report

Report

Report

SHOW MORE

## Criminal Records                    Top

## Warrants

**No Warrants were found in our records**

## Arrests

**No Arrests were found in our records**

## Charges

**Charges were found in our records**

**RACKETEERING**                        **2012**

[ Details ]

**TAMPERING W/METER**              **2012**
**MACHINE/STAM...**

[ Details ]

**INTEFERENCE WITH**              **2012**
**GOVT PROPERTY...**

[ Details ]

                                      **2009**

[ Details ]

**UNSPECIFIED**                        **2011**

Details

SHOW MORE

## Financial Info

Top

### Bankruptcies

**No Bankruptcies were found in our records**

### Judgments

**No Judgments were found in our records**

### Liens

**Liens were found in our records**

**DELINQUENT TAX**          **$1,970.49**

Details

### Foreclosures

**Foreclosures were found in our records**

**869 NATCHEZ VALLEY TRCE, GRAYSON,...**

---

[ Close ]

| | |
|---|---|
| Full Address | 869 NATCHEZ VALLEY TRCE, GRAYSON, GA 30017-4963 |
| Attorney Name | MCCALLA RAYMER LEIBERT PIERCE |
| Parcel Number Id | R5121-141 |
| Current Land Value | 36000 |
| Current Improvement Value | 158920 |
| Deed Category | Foreclosure |
| Living Area Square Feet | 4731 |
| Lot | 8 |
| Lot Size | 18295 |
| Number Of Bathrooms | 400 |
| Number Of Bedrooms | 4 |
| Use Code | Single Family Residence |
| Sales Price | 401000 |
| Tract Subdivision Name | NATCHEZ TRACE SUB |
| Transfer Value | 577000 |
| Year Built | 2005 |
| Zoning Code | AA068 |
| Auction Call Address | , , |

| | |
|---|---|
| Block | A |
| Deed Sec Cat Codes | Resale, Cash Purchase, Investor Purchase, Residential (Modeled) |
| Defendants | JOJO JOHN |
| Document Book | 057284 |
| Document Page | 000847 |
| Document Type | Foreclosure Deed |
| Document Year | 2020 |
| Last Full Sale Transfer Date | 05/03/2006 |
| Lender | |
| Lender Address | , , |
| Mail Address Indicator | Data Obtained From County Or Local Source |
| Mailing Address | 360 BRACKIN TRCE, GRAYSON, GA 30017-4900 |
| Original Loan Recording Date | 04/27/2006 |
| Plaintiffs | US BK NA SERIES 2006-AR6, LANDRY CASSANDRA & IVY T |
| Property Indicator | Single Family Residence |
| Recording Date | 02/28/2020 |
| Title Company Code | 00400 |
| Title Company Name | ATTORNEY ONLY |
| Trustee Address | , , |
| Trustee Sale Number | 572118 |
| Full Address | 461 JIM DAWS RD, MONROE, GA 30656-4859 |

461 JIM DAWS RD,
MONROE, GA 30656...

Close

| | |
|---|---|
| Attorney Name | RUBIN LUBLIN SUAREZ SERRANO LLC |
| Attorney Phone | 8778130992 |
| Parcel Number Id | C164000000119000 |
| Current Land Value | 33141 |
| Current Improvement Value | 18108 |
| Deed Category | Notice Of Default |
| Living Area Square Feet | 1872 |
| Lot Size | 443440 |
| Use Code | Single Family Residence |
| Year Built | 1962 |
| Zoning Code | B |
| Auction Call Address | 303 SOUTH HAMMOND DR, MONROE, |
| Auction Date | 03/06/2012 |
| Court Case Number | PRV-12-00142-0001 |
| Deed Sec Cat Codes | Residential (Modeled) |
| Defendants | JOJO JOHN |
| Document Type | Notice Of Sheriffs Sale |
| Document Year | 2012 |
| Lender | |
| Lender Address | 1235 N DUTTON AVE #E, SANTA ROSA, CA 95401-4666 |
| Lender Company Name | PROVIDENT FNDG ASSOCS LP |

| | |
|---|---|
| Lender Phone | 8006968199 |
| Mail Address Indicator | Data Obtained From County Or Local Source |
| Mailing Address | 360 BRACKIN TRCE, GRAYSON, GA 30017-4900 |
| Original Loan Amount | 159000 |
| Original Loan Recording Date | 03/19/2007 |
| Original Recording Book | 002681 |
| Original Recording Page | 000303 |
| Property Indicator | Single Family Residence |
| Recording Date | 02/08/2012 |
| Trustee Address | 3740 DAVINCI CT #400, NORCROSS, GA 30092-7613 |

## Evictions

**No Evictions were found in our records**

## UCC Filings

**NoUCC filings were found in our records**

## Career Details

Top

Possible
Employers

**Possible Employers were found in our records**

**JACKSON HOMES INC**          2016-2019

Close

| Business Name | JACKSON HOMES INC |
|---|---|
| Address | 360 BRACKIN TRCE |
| City | GRAYSON |
| State | GA |
| Postal Code | 30017 |
| Phone | 7704266172 |
| Date First Seen | 10/06/2016 |
| Date Last Seen | 09/10/2019 |

**STJ FOODMART**          2002-2017

Close

| Business Name | STJ FOODMART |
|---|---|
| Address | 1461 GREENSBORO HWY |
| City | WATKINSVILLE |
| State | GA |
| Postal Code | 30677 |
| Phone | 7067691375 |
| Date First Seen | /2002 |
| Date Last Seen | 02/09/2017 |

14/34

**J&B FOOD
MART INC.**                    2015-2016

<div style="text-align:center">[ Close ]</div>

| | |
|---|---|
| Business Name | J&B FOOD MART INC. |
| Address | 1461 GREENSBORO HWY |
| City | WATKINSVILLE |
| State | GA |
| Postal Code | 30677 |
| Date First Seen | 10/12/2015 |
| Date Last Seen | 11/15/2016 |

**ALL STAR
GROUP INC**              2015-2015

Details

## Possible Affiliations

**Possible Affiliations were found in our
records**

**ESTES HEATING
& AIR
CONDITIONING-
ATLANTA, INC.,
JACKSON
HOMES INC,
JACKSON
HOMES, INC.,
JLJ
INVESTMENT
GROUP, INC.**

JONESBORO,
GA

| | |
|---|---|
| Business Name | ESTES HEATING & AIR CONDITIONING-ATLANTA, INC., JACKSON HOMES INC, JACKSON HOMES, INC., JLJ INVESTMENT GROUP, INC. |
| City | JONESBORO |
| State | GA |
| Postal Code | 30236- |

Close



**J&B FOOD
MART INC.**

**WATKINSVILLE,
GA**

Close

| Business Name | J&B FOOD MART INC. |
|---|---|
| Address | 1461 GREENSBORO HWY |
| City | WATKINSVILLE |
| State | GA |
| Postal Code | 30677-2795 |

**S T J FOOD
MART INC**

**WATKINSVILLE,
GA**

Close

| Business Name | S T J FOOD MART INC |
|---|---|
| Address | 1461 GREENSBORO HWY STE A |
| City | WATKINSVILLE |
| State | GA |
| Postal Code | 30677-2709 |

## Professional Licenses

**No Professional Licenses were found
in our records**

## Corporate Affiliations

**Possible Corporate Affiliations were
found in our records**

**J&B FOOD MART
INC.**

**2016**

Close

| Business Name | J&B FOOD MART INC. |
|---|---|
| Corporation Type | Profit |
| Date First Seen | 09/19/2008 |
| Date Last Seen | 11/15/2016 |

| | |
|---|---|
| File Date | 11/16/2016 |
| Filing Date | 09/15/2008 |
| Filing Number | 08071454 |
| Incorporation Date | 09/15/2008 |
| Incorporation State | GA |
| State | GA |
| Sec Status | Admin. Dissolved |
| Verification Date | 09/11/2016 |

**J&B FOOD MART INC.**

**2016**

[ Close ]

| | |
|---|---|
| Business Name | J&B FOOD MART INC. |
| Corporation Type | Profit |
| Date First Seen | 05/10/2014 |
| Date Last Seen | 09/09/2016 |
| File Date | 09/10/2016 |
| Filing Date | 09/15/2008 |
| Filing Number | 2716564 |
| Incorporation Date | 09/15/2008 |
| Incorporation State | GA |
| State | GA |
| Sec Status | Active/Noncompliance |
| Verification Date | 07/17/2015 |

**JLJ INVESTMENT GROUP, INC.**

**2016**

[ Close ]

| | |
|---|---|
| Business Name | JLJ INVESTMENT GROUP, INC. |
| Corporation Type | Profit |
| Date First Seen | 05/04/2014 |
| Date Last Seen | 09/07/2016 |
| File Date | 09/07/2016 |
| Filing Date | 03/21/2003 |

| | |
|---|---|
| Filing Number | 192573 |
| Incorporation Date | 03/21/2003 |
| Incorporation State | GA |
| State | GA |
| Sec Status | Admin. Dissolved |
| Verification Date | 07/17/2015 |

## Lifestyle Data

Top

## Voter Registration

**Voter Registrations were found in our records**

**Not Specified**          **GA**

Details

**Republican**          **GA**

[ Close ]

| | |
|---|---|
| First Name | JOJO |
| Last Name | JOHN |
| Address | 360 BRACKIN TRCE |
| City | GRAYSON |
| State | GA |
| Postal Code | 30017 |
| Party | Republican |

18/34

Date Of 04/06/2002
Registration

## Hunting Permits

**Hunting Permits were found in our records**

**GRAYSON, GA**

**2009**

[ Close ]

| | |
|---|---|
| First Name | JOJO |
| Last Name | JOHN |
| Address | 360 BRACKIN TRCE |
| City | GRAYSON |
| State | GA |
| Postal Code | 30017-4900 |
| Home State | GA |
| Issue Date | 09/19/2009 |
| Permit Number | 100925473 |

## Drivers License

**No Drivers Licenses were found in our records**

## Pilot License

**No Pilot Licenses were found in our records**

Vehicle Registration

**No Vehicle Registrations were found
in our records**

Concealed Weapon Permit

**No Concealed Weapon Permits were
found in our records**

## Social Data

Top

Possible Social Profile Matches

**Click on an email address below to find
potential social profile data for Jojo
John!**



Top

EXHIBIT D

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

Cassandra Johnson Landry

           Debtor,

vs.                                  Case No.          18-55697-LRC

Jojo John,

           a Non-Party.

---

Jojo John's Motion to Quash Subpoenas to Produce Documents
in a Bankruptcy Case

Now Comes Jojo John, who is not a creditor or party in the above-styled civil action, by and through his attorney Kerry S. Doolittle, and hereby moves this Court pursuant to Rule 45 of the Federal Rules of Civil Procedure to quash the Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) directed to and served upon him by the Debtor Cassandra Johnson Landry on April 6, 2020, because said subpoenas are unreasonable, improper, oppressive, and retaliatory. In support of this motion, Jojo John shows the Court as follows:

Statement of Factual Background

1.      On or about April 13, 2018, Cassandra Johnson Landry (hereinafter the "Debtor"), filed a Chapter 13 Petition (Doc #1) in bankruptcy case number 18-55697-LRC pro se in the Northern District of Georgia, Atlanta Division, which was converted to a Chapter 7 case on or about September 14, 2018.

2.      On or about July 24, 2018, U.S. Bank National Association, a creditor, filed in the above-styled case a motion for relief from stay (Doc # 44) to permit it to exercise the power to sell pursuant to a Deed to Secure Debt regarding the subject property identified as 869 Natchez Valley Trace,

Page -1-

Grayson, Georgia 30017-4963 at foreclosure.

3.      On or about August 30, 2018, this Court entered an Order (Doc # 63) conditionally denying the motion to lift provided the Debtor made certain payments.

4.      On or about June 4, 2019, this Court entered an Order (Doc # 179) granting aforesaid motion to lift stay of U.S. Bank National Association.

5.      On the first Tuesday of February, 2020, being February 4, 2020, U.S. Bank National Association sold the property located at 869 Natchez Valley Trace, Grayson, Georgia 30017-4963 at foreclosure under power of sale.

6.      Jojo John was the highest and best bidder for cash, purchasing the property at 869 Natchez Valley Trace, Grayson, Georgia 30017-4963 for a purchase price of $401,000.00.

7.      A Deed Under Power (Exhibit #1) conveying the subject property to Jojo John was recorded in Deed Book 57284, at pages 847 to 849 in the Office of the Clerk of Superior Court of Gwinnett County, Georgia.

8.      On or about February 10, 2020, letters giving notice of the foreclosure sale and making demand for immediate possession were mailed to debtor Cassandra Johnson Landry and co-debtor Ivy T. Landry (Exhibit #2), and to All Tenants or Occupants, Known or Unknown (Exhibit #3), by both certified mail – return receipt requested and by regular first class mail.

9.      The undated return receipts with an illegible signature confirmed delivery.

10.     On or about February 14, 2020, Jojo John filed a Dispossessory Affidavit (Exhibit #4) in the Magistrate Court of Gwinnett County, Georgia against the subject property, naming as defendants Ivy T. Landry, Cassandra Johnson Landry and All Other Occupants.

11.     The Dispossessory Defendants were personally or notoriously served on February 21, 2020. (Exhibit #5)

12.     The Dispossessory Defendants' last day to timely answer was February 28, 2020.

Page -2-

13.    In lieu of filing an answer to this dispossessory action, the Dispossessory Defendants on February 25, 2020, a 28 U.S. Code § 1446 Notice of Removal to Federal Court Jurisdiction (Exhibit #6), resulting in a stay of proceedings in the Magistrate Court (Exhibit #7) three days prior to the deadline to answer.

14.    Dispossessory Defendants erred procedurally by filing the Notice of Removal into a pending Federal case, being case number 1:19-CV-3401-ELR-WEJ in the United States District Court for the Northern District of Georgia, instead of filing the notice as a new action.

15.    On March 9, 2020, the Hon. Eleanor L. Ross entered an order (Exhibit #8) in case number 1:19-CV-3401-ELR-WEJ adopting the Final Reports and Recommendations of Magistrate Judge Walter E. Johnson as the opinions of the Federal District Court, and for that reason:

(A)    Denied Landry's Emergency Motion for Injunctive Relief and Prohibitory Order;

(B)    Granted the multi-Defendants' Motion to dismiss;

(C)    Dismissed Landry's Amended Complaint with prejudice; and

(D)    Denied the rest of Landry's motions as moot.

16.    On March 9, 2020, a Judgment of dismissal (Exhibit #9) was entered by the Clerk of Court in case number 1:19-CV-3401-ELR-WEJ in the United States District Court for the Northern District of Georgia.

17.    Once the Federal District Court case was dismissed with prejudice, the Magistrate Court of Gwinnett County re-opened the case on March 10, 2020, recommencing the clock to answer with three days remaining, making March 13, 2020 the last day to file a timely answer.

18.    The Georgia Declaration of Judicial Emergency was issued March 14, 2020, and thus does not afford relief to Defendants in this case. However, the closure of state courts during this Coronavirus pandemic has resulted in another stay of the dispossessory proceedings until the state courts re-open.

Page -3-

19.    Other than purchasing the subject property at a foreclosure sale and proceeding to seek possession of the property through lawful means, Jojo John has no connection to or relationship with the Debtor or any of the Creditors involved in this bankruptcy case.

20.    On March 5, 2020, Debtor Cassandra Johnson-Landry filed an "Emergency Motion for Voluntary Dismissal of the Above-Styled Cause" (Doc #261) in this bankruptcy case.

21.    On or about March 15, 2020, Debtor or someone on Debtor's behalf parked in front of Jojo John's residence, stepped out of his/her vehicle, approached and took pictures of both Jojo John's vehicle and home, which was caught on surveillance video. (Exhibit #11).

22.    On or about March 19, 2020, Jojo John filed a Motion for Default Writ or in the alternative Motion to Compel Payment of Ren into Court (Exhibit #12) in the dispossessory action. No ruling has been entered as yet in response to this motion.

23.    On or about April 6, 2020, Jojo John received a subpoena (Exhibit #13) which was tendered without any witness fee or mileage, stating the "place" as 869 Natchez Valley Trace, Grayson, Georgia 30017 (the subject property), and stated the time and date of "12 pm on 5/8/20." The subpoena requested:

Any and all specific communication, records, emails, phone logs, files, and data of correspondence with creditors public service officials and representing agents involved in this action regarding Debtor Petition and homestead real property for 869 Natchez Valley Trace, Grayson, GA 30017.

24.    On or about April 6, 2020, Jojo John received a subpoena (Exhibit No. 14) which was tendered without any witness fee or mileage, stating the "place" as 669 Natchez Valley Trace, Grayson, Georgia 30017 (with which Movant has no connection), and stated the time and date of "12 pm on 5/8/20." The subpoena requested:

Any and all specific communication, records, emails, phone logs, files, and data of correspondence with creditors public service officials and representing agents involved in this action regarding Debtor Petition and homestead real property for 669 Natchez Valley Trace, Grayson, GA 30017.

Page -4-

25.   On April 7, 2020, this Court entered an Order and Notice of Objection Deadline (Doc #268) stating that any objections to dismissal must be filed within 21 days from the date of that notice, establishing a deadline of April 28, 2020.

### Legal Authority

26.   Pursuant to Rule 45 of the Federal Rule of Civil Procedure, made applicable to this case by Rule 9016 of the Federal Rules of Bankruptcy Procedure, a district court "must quash or modify a subpoena that, (iv) subjects a person to undue burden." Fed. R. Civ. P. 45(c)(3)(A).

27.   Courts explained the standard for determining whether a subpoena duces tecum subjects a person to undue burden, as follows:

> The moving party has the burden of proof to demonstrate that compliance with the subpoena would be unreasonable and oppressive. To determine whether a subpoena imposes an undue burden, a court must consider (1) relevance of the information requested; (2) the need of the party for the documents; (3) the breadth of the document request; (4) the time period covered by the requests; (5) the particularity with which the party describes the requested documents; and (6) the burden imposed.

United States ex rel. Willis v. SouthernCare, Inc., No. CV410-124, 2015 U.S. Dist. LEXIS 127746, at *28 (S.D. Ga. Sep. 23, 2015) citing Wiwa v. Royal Dutch Petroleum Co., 392 F.3d 812, 818 (5th Cir. 2004) (internal quotation marks and footnotes omitted).

28.   "Courts uniformly agree that proper service requires not only personal delivery of the subpoena, but also simultaneous tendering of the witness fee and a reasonable mileage allowance." In re Compel Testimony of Orlando, No. 14-MC-60624-SCOLA/VALLE, 2014 U.S. Dist. LEXIS 196643, at *5 (S.D. Fla. Apr. 23, 2014) citing In re Dennis, 330 F.3d 696, 704 (5th Cir. 2003).

### Argument

Movant Jojo John's only involvement with the Debtor is his good faith bona fide purchase for value of the subject property (869 Natchez Valley Trace) at a public foreclosure sale and his ongoing efforts since then to obtain possession of the property.   Debtor unnecessarily expanded the dispossessory proceeding by seeking to remove it to Federal District Court into a pending case, which

has since been dismissed with prejudice.

Debtor now retaliates against Jojo John by filing spurious subpoenas seeking production of documents which are wholly irrelevant to the indisputable facts stated above, and which imposes an undue burden on Jojo John, who is not a creditor or a party to the above-styled bankruptcy action, which appears to be on the verge of dismissal at the Debtor's own request.

Jojo John views the Debtor's approaching and taking pictures of his home and vehicle as a form of harassment or intimidation, equivalent to, "I know where you live."

Debtor sought to delay the dispossessory and to impose unnecessary burdens of time and expense in every way imaginable.

Debtor's subpoenas were served without a tender of witness fee or reasonable mileage. Debtor's subpoenas require Movant to be in two different places at one time.

Debtor requests production of documents relating to things which mostly do not exist, particularly with reference to 669 Natchez Valley Trace with which Movant has had no involvement.

Any communications between Jojo John and any creditor relating to 869 Natchez Valley Trace are limited to the purchase of the property at the foreclosure sale and the deed under power of sale, which are wholly irrelevant to any claims or causes Debtor may have asserted prior to or within the bankruptcy action.   The burden or expense of the proposed discovery outweighs its likely benefit.

Movant is also unable to decipher the meaning of communications "regarding Debtor Petition and homestead."  It is not clear what relevance documents relating to the purchase of the subject property at foreclosure might have to the multitude of allegations previously made by Debtor within this bankruptcy case.   Finally, the subpoenas do not describe the documents to be produced with sufficient particularity to apprise Movant of the documents Debtor seeks.  It is in effect a broad net cast with perhaps a hope, but not a reasonable expectation, of catching something useful.

<u>Prayer</u>

Wherefore, Jojo John respectfully requests entry of an order quashing the subpoenas and such

other and further relief as the Court deems just and proper.

<u>Certificate of Service</u>

I, Kerry S. Doolittle, hereby certify that I served a true and accurate copy of the above and
foregoing document or pleading, including all exhibits attached hereto, upon the opposing parties in the
above-styled bankruptcy action by electronic service upon all participants, and mailing such copy to their
the pro se Debtor by first class mail, postage pre-paid to insure delivery, to the following address:

Cassandra Johnson Landry, P.O. Box 1275, Grayson, GA 30017.

This 22nd day of April, 2020.

/s/ *Kerry S. Doolittle*

Kerry S. Doolittle, Ga. Bar No. 225830
Attorney at Law for Movant Jojo John
47 Greensboro Highway
Post Office Box 949                      Telephone  (706) 769-0591
Watkinsville, Georgia 30677-0021         Facsimile  (706) 769-0593
                                         Email  kerry@kerrydoolittle.com

<u>Attached Exhibits</u>

1.  Deed Under Power, dated February 4, 2020, recorded in Deed Book 57284, at Pages 847 to 849, in the Office of the Clerk of Superior Court of Gwinnett County, Georgia. (3 pages)

2.  CM/RRR Letter from Kerry S. Doolittle to Cassandra Johnson Landry and Ivy T. Landry, dated February 10, 2020, giving Notice of Foreclosure Sale - Demand for Possession. (3 pages)

3.  CM/RRR Letter from Kerry S. Doolittle to All Tenants or Occupants, Known or Unknown, dated February 10, 2020, giving Notice of Foreclosure Sale - Demand for Possession. (3 pages)

4.  Dispossessory Affidavit dated February 14, 2020, filed in the Magistrate Court of Gwinnett County, Georgia, being case number 20-M-07447. (1 page)

5.  Case Information Print Out showing service of Dispossessory Affidavit on February 21, 2020. (2 pages)

6.  28 U.S. Code § 1446 Notice of Removal to Federal Court Jurisdiction, dated February 25, 2020, filed by Debtor in the dispossessory action no. 20-M-07447 in the Magistrate Court of Gwinnett County, Georgia. (3 pages)

Page -7-

7.  Order on Removal to U.S. District Court, dated February 26, 2020, staying the dispossessory action no. 20-M-07447 in the Magistrate Court of Gwinnett County, Georgia. (1 page)

8.  Order, entered 03/09/20, in the case of <u>Cassandra Johnson-Landry v. J.P. Morgan et. al.</u>, Case No. 1:19-CV-03401-ELR in the United States District Court for the Northern District of Georgia, granting Defendants' motion to dismiss with prejudice. (4 pages)

9.  Judgment of Dismissal, entered 03/09/20, in the case of <u>Cassandra Johnson-Landry v. J.P. Morgan et. al.</u>, Case No. 1:19-CV-03401-ELR in the United States District Court for the Northern District of Georgia, granting Defendants' motion to dismiss with prejudice. (1 page)

10. Oder Declaring Statewide Judicial Emergency, dated March 14, 2020. (4 pages)

11. Surveillance photos, taken March 15, 2020, showing Debtor or Debtor's agent in front of Movant's home. (3 pages)

12. Plaintiff's Motion for Default Writ of Possession, or in the alternative, Plaintiff's Motion to Compel Payment of Rent into Court, dated March 19, 2020, filed in dispossessory action no. 20-M-07447 in the Magistrate Court of Gwinnett County, Georgia. (10 pages)

13. Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding), dated April 6, 2020, served upon Jojo John on behalf of Debtor, relating to 869 Natchez Valley Trace, Grayson, Georgia 30017. (1 page)

14. Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding), dated April 6, 2020, served upon Jojo John on behalf of Debtor, relating to 669 Natchez Valley Trace, Grayson, Georgia 30017. (1 page)

Page -8-

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

Cassandra Johnson Landry

                Debtor,

vs.

        Case No.      18-55697-LRC

Jojo John,

        a Non-Party.

**Exhibits in Support of
Jojo John's Motion to Quash Subpoenas to Produce Documents
in a Bankruptcy Case**

Movant Jojo John files the following attached exhibits in support of his Motion to Quash Subpoenas to Produce Documents in a Bankruptcy Case:

1. Deed Under Power, dated February 4, 2020, recorded in Deed Book 57247, at Pages 847 to 849, in the Office of the Clerk of Superior Court of Gwinnett County, Georgia. (3 pages)

2. CM/RRR Letter from Kerry S. Doolittle to Cassandra Johnson Landry and Ivy T. Landry, dated February 10, 2020, giving Notice of Foreclosure Sale - Demand for Possession. (3 pages)

3. CM/RRR Letter from Kerry S. Doolittle to All Tenants or Occupants, Known or Unknown, dated February 10, 2020, giving Notice of Foreclosure Sale - Demand for Possession. (3 pages)

4. Dispossessory Affidavit dated February 14, 2020, filed in the Magistrate Court of Gwinnett County, Georgia, being case number 20-M-07447. (1 page)

5. Case Information Print Out showing service of Dispossessory Affidavit on February 21, 2020. (2 pages)

6. 28 U.S. Code § 1446 Notice of Removal to Federal Court Jurisdiction, dated February 25, 2020, filed by Debtor in the dispossessory action no. 20-M-07447 in the Magistrate Court of Gwinnett County, Georgia. (3 pages)

7. Order on Removal to U.S. District Court, dated February 26, 2020, staying the dispossessory action no. 20-M-07447 in the Magistrate Court of Gwinnett County, Georgia. (1 page)

8. Order, entered 03/09/20, in the case of Cassandra Johnson-Landry v. J.P. Morgan et. al., Case No. 1:19-CV-03401-ELR in the United States District Court for the Northern District of Georgia, granting Defendants' motion to dismiss with prejudice. (4 pages)

Page -1-

9. Judgment of Dismissal, entered 03/09/20, in the case of Cassandra Johnson-Landry v. J.P. Morgan et. al., Case No. 1:19-CV-03401-ELR in the United States District Court for the Northern District of Georgia, granting Defendants' motion to dismiss with prejudice. (1 page)

10. Oder Declaring Statewide Judicial Emergency, dated March 14, 2020. (4 pages)

11. Surveillance photos, taken March 15, 2020, showing Debtor or Debtor's agent in front of Movant's home. (3 pages)

12. Plaintiff's Motion for Default Writ of Possession, or in the alternative, Plaintiff's Motion to Compel Payment of Rent into Court, dated March 19, 2020, filed in dispossessory action no. 20-M-07447 in the Magistrate Court of Gwinnett County, Georgia. (10 pages)

13. Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding), dated April 6, 2020, served upon Jojo John on behalf of Debtor, relating to 869 Natchez Valley Trace, Grayson, Georgia 30017. (1 page)

14. Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding), dated April 6, 2020, served upon Jojo John on behalf of Debtor, relating to 669 Natchez Valley Trace, Grayson, Georgia 30017. (1 page)

---

**CERTIFICATE OF SERVICE**

I, Kerry S. Doolittle, hereby certify that I served a true and accurate copy of the above and foregoing document or pleading, including all exhibits attached hereto, upon the opposing parties in the above-styled bankruptcy action by electronic service upon all participates, and mailing such copy to their the pro se Debtor by first class mail, postage pre-paid to insure delivery, to the following address:

Cassandra Johnson Landry, P.O. Box 1275, Grayson, GA 30017.

---

This 22nd day of April, 2020.

/s/ *Kerry T Doolittle*

Kerry S. Doolittle, Ga. Bar No. 225830
Attorney at Law for Movant Jojo John
47 Greensboro Highway
Post Office Box 949
Watkinsville, Georgia 30677-0021

Telephone  (706) 769-0591
Facsimile  (706) 769-0593
Email  kerry@kerrydoolittle.com

Page -2-

DEED B: 57284 P: 00847
02/28/2020 02:16 PM Pgs: 3 Fees: $25.00
TTax: $0.00
Richard T. Alexander, Jr., Clerk of Superior Court
Gwinnett County, GA
PT-61 #: 0872020002910

DEED B: 57284 P: 00848  02/28/2020 02:16 PM
20D019584 Page 2 of 3

his advertisements, namely the Gwinnett Daily Post; and

WHEREAS, notice was given in compliance with Georgia Laws 1981, Volume I, Page 834, codified as O.C.G.A. Section 44-14-162.2 and Section 44-14-162.4. The notice so required was rendered by mailing a copy of the Notice of Sale submitted to the publisher to the "Debtor" (as that term is defined in O.C.G.A. Section 44-14-162.1) at least thirty days prior to the foreclosure sale date on February 4, 2020; and

WHEREAS, Lender did expose said property for sale to the highest bidder for cash on the first Tuesday in February, 2020 within the legal hours of sale at the usual place for conducting Sheriff's sales in Gwinnett County before the Courthouse door, or at such place as may be lawfully designated as an alternative, and offered said property for sale at public outcry to the highest bidder for cash when and where the aforesaid Party of the Second Part bid FOUR HUNDRED ONE THOUSAND AND 0/100 DOLLARS ($401,000.00); AND

WHEREAS, the said property was knocked off to the Party of the Second Part for the aforementioned sum of money in cash.

NOW THEREFORE, in consideration of the premises and said sum of money and by virtue of and in the exercise of the power of sale contained in the Security Deed, the Party of the First Part has bargained, sold, granted and conveyed, and by these presents does hereby bargain, sell, grant and convey to the Party of the Second Part, said party's representatives, heirs, successors and assigns, the following described property:

All that tract or parcel of land lying and being in Land Lot 121 of the 5th District of Gwinnett County, Georgia, being known and designated as Lot 8, Block A, Natchez Trace Subdivision, as more particularly described on a plat of survey recorded in Plat Book 100, Pages 239 and 240, Gwinnett County Records, Reference to said plat of survey and the record thereof being hereby made for a more complete legal description.

TOGETHER WITH all and singular the rights, members and appurtenances thereto appertaining; also all the estate, right, title, interest, claim or demand of the Party of the First Part, or said Party's representatives, heirs, successors and assigns, legal, equitable or otherwise, whatsoever, in and to the same.

THIS CONVEYANCE IS SUBJECT TO any outstanding ad valorem taxes (including taxes which are a lien, but not yet due and payable), any matters which might be disclosed by an accurate survey and inspection of the property, any assessments, liens, encumbrances, zoning ordinances, restrictions, covenants, and matters of record superior to the Security Deed.

Return To:
JOJO JOHN
360 BRACKIN TRACE
GRAYSON, GA 30017

CROSS INDEX TO DEED
BOOK 46449, PAGE 0775,
GWINNETT COUNTY,
GEORGIA RECORDS

STATE OF LOUISIANA
PARISH OF OUACHITA

DEED UNDER POWER

THIS INDENTURE, effective as of the 4th day of February, 2020, by Cassandra Landry and Ivy T. Landry (hereinafter collectively referred to as "Borrower"), acting through this duly appointed attorney in fact, U.S. Bank National Association, as Trustee, for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-AR6 (hereinafter referred to as "Lender"), as Party of the First Part, and JOJO JOHN, as Party of the Second Part:

WITNESSETH:

WHEREAS, Borrower executed and delivered that certain Security Deed given by Cassandra Landry and Ivy T. Landry to HomeBanc Mortgage Corporation, dated April 27, 2006, recorded in Deed Book 46449, Page 0775, Gwinnett County, Georgia Records, as last transferred to U.S. Bank National Association, as Trustee, for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-AR6 by assignment, recorded in Deed Book 55801, Page 514, Gwinnett County, Georgia Records, conveying the after-described property to secure a Note in the original principal amount of FOUR HUNDRED SIXTY-ONE THOUSAND SIX HUNDRED AND 0/100 DOLLARS ($461,600.00);

WHEREAS, default in the payment of the required installments under said Note occurred, and by reason of said default, Lender elected, pursuant to the terms of the Security Deed and Note, and declared the entire principal and interest immediately due and payable; and

WHEREAS, said entire indebtedness still being in default, Lender on behalf of Borrower, and according to the terms of said Security Deed, did advertise said property for sale once a week for 4 Weeks immediately preceding said sale in a newspaper in Gwinnett County, Georgia, wherein the Sheriff carried

Page 1    McCalla Raymer Leibert Pierce, LLC
572118-FT3/hq1
02/04/20

Page 2    McCalla Raymer Leibert Pierce, LLC
572118-FT3/hq1
02/04/20

Ex 1.
page 1 of 3

Ex. 1
page 2 of 3

DEED B: 57284 P: 00849  02/28/2020 02:16 PM
20D019584 Page 3 of 3

TO HAVE AND TO HOLD the said property and every part thereof unto the said Party of the Second Part, and said party's representatives, heirs, successors and assigns, to said Party's own proper use, benefit and behoof in FEE SIMPLE, in as full and ample a manner as the said Party of the First Part or said Party's representatives, heirs, successors and assigns, did hold and enjoy the same.

IN WITNESS WHEREOF, Lender as Agent and Attorney in Fact for Borrower has hereunto affixed Lender's hand and seal on this, the 10 day of February, 2020.

JPMorgan Chase Bank N.A. as Attorney in Fact for
U.S. Bank National Association, as Trustee, for
Citigroup Mortgage Loan Trust Inc., Mortgage
Pass-Through Certificates, Series 2006-AR6
as Attorney in Fact for

Cassandra Landry and Ivy T. Landry

By: _Ladarius Chisley_ 2-10-2020

Print Name: _Ladarius Chisley_

Title: _Vice President_

By: _Debbie A. Swayze_ 2-10-2020

Print Name: _Debbie A. Swayze_

Title: _Assistant Secretary_

Signed, sealed and delivered in the presence of:

Witness _Kelly Hamilton_

_Eva Reese_ 02-10-2020

Notary Public   _Eva Reese_

My Commission Expires:
_Lifetime_

(Notary Seal)

Eva Reese
Ouachita Parish, Louisiana
Lifetime Commission
Notary Public ID # 17070

Page 3    McCalla Raymer Leibert Pierce, LLC
572118-FT3/hq1
02/04/20

Ex. 1
Page 3 of 3

---



8414 7118 9668 1300 0796 01

CERTIFIED MAIL
TRACKING NUMBER

KERRY S. DOOLITTLE
ATTORNEY AT LAW
P.O. Box 949
47 GREENSBORO HIGHWAY          Telephone (706) 769-0591
kerry@kerrydoolittle.com     WATKINSVILLE, GEORGIA 30677-0949     Facsimile (706) 769-0593

February 10, 2020

CERTIFIED MAIL / RETURN RECEIPT REQUESTED

Cassandra Johnson Landry
Ivy T. Landry
869 Natchez Valley Trace
Grayson, GA 30017-4963

Re:   Notice of Foreclosure Sale - Demand for Immediate Possession.

Dear Cassandra Landry and Ivy Landry:

Please be advised that the property located at 869 Natchez Valley Trace, Grayson, GA 30017-4963, was sold under foreclosure on the Courthouse steps of Gwinnett County, Georgia on the first Tuesday of February, 2020, during the legal hours of sale. You are hereby notified that possession is demanded by my Client who was the highest bidder at the sale, and now owns the property. If possession is not relinquished immediately, dispossessory proceedings will be initiated to evict you.

This Courtesy Notice does not create any rights, implied or otherwise, that do not exist under state law. Nor does this Courtesy Notice give rise to a tenancy of any kind. You may wish to consult an attorney to help you determine what, if any, options or rights you may possess.

IMPORTANT NOTICE TO SERVICEMEMBERS AND THEIR DEPENDANTS

If you are a service member on 'active duty' or active service,' or a dependant of such service member, you may be entitled to certain legal rights and protections, including protection from eviction, pursuant to the Servicemembers Civil Relief Act (50 U.S.C. §§ 501-596), as amended, (hereinafter "SCRA") and possibly certain related state statutes. Eligible service may include:

1.   Active duty (as defined in §101(d)(1) of title 10, United States Code) with the Army, Navy, Air Force, marine Corps, or Coast Guard; or
2.   Active service with the National Guard; or
3.   Active service as a commissioned officer of the national Oceanic and Atmospheric Administration; or
4.   Active service as a commissioned officer of the Public Health Service; or
5.   Active service with the forces of a nation with which the United States is allied in the prosecution of a war or military action.

Eligible service also includes any period during which a service member is absent from duty on account of sickness, wounds, leave, or other lawful cause, and can extend for a certain period beyond

Ex. 2
Page 1 of 3

the end of any active duty period under certain circumstances.

If you qualify, you or your attorney should contact my office and provide proof of military service immediately so that we can determine if you fall under the protection of the Act.

NOTICE TO OCCUPANTS

While you occupy this property, you are expected to maintain the property, and you are prohibited from removing any items in which the owner has obtained an interest, including but not limited to: built-in appliances, light fixtures, heating or air conditioning equipment, plumbing systems, wall or ceiling treatments and flooring. Under no circumstances should you destroy or harm the property in any way. Damage or waste occuring to the property while in your possession could result in legal liability.

If you have any questions regarding the rights and obligations referred to in this notice, please contact your own attorney.

Sincerely,

Kerry S. Doolittle
Attorney at Law

cc    Cassandra Johnson Landry and Ivy T. Landry by first class mail



Ex. 2
page 2 of 3

Ex. 2
page 3 of 3

**EXHIBIT E**

| | |
|---|---|
| <u>**JOJO JOHN**</u><br>Plaintiff(s)<br><br>v.<br><br><u>**IVY T LANDRY**</u><br><u>**CASSANDRA JOHNSON LANDRY**</u><br><br>Defendant(s) | **GWINNETT MAGISTRATE COURT**<br>**STATE OF GEORGIA**<br><br>**ORDER UPON MOTION**<br>——————————<br>CIVIL ACTION FILE NO:<br>**20M07447**<br>——————————<br>INFO & FORMS ON THE INTERNET<br>www.gwinnettcourts.com |

## ORDER UPON MOTION

The [ ✓ ] Plaintiff [  ] Defendant having filed a Motion <u>**TO LIFT STAY AND REQUEST FOR DEFAULT WRIT OF POSSESION**</u> in the above case and the

matter having come before this Court for a hearing.  Upon consideration of the

record and the evidence, the [ ✓ ] Plaintiff's [  ] Defendant's Motion is hereby:

[ ✓ ] **GRANTED.** *In Part. Denied in part. The Order staying This case, entered on February 26, 2020, is Lifted. The Motion for Writ of Possession is premature.*

_____

_____

_____

[  ] **DENIED.** _____

This *10* day of *March*, 20*20*.

**Magistrate**

*Judge Argo*

Q:\Magforms\forms\MAG 11-13 MOTION ORDER

**EXHIBIT   H**

# IN THE MAGISTRATE COURT OF ATHENS-CLARKE COUNTY
## STATE OF GEORGIA

Jojo John

                              Plaintiff

vs.

Ivy T. Landry                           Civil Action Number:
Cassandra Johnson Landry

                                                        20M07447

                              Defendants

---

### MOTION TO LIFT STAY
#### and
### REQUEST FOR DEFAULT WRIT OF POSSESSION

---

Now Comes Plaintiff Jojo John and moves this honorable Court to lift the stay imposed by the Order on Removal to U.S. District Court, and enter an order for issuance of a default writ of possession instanter.

<u>Facts in Support of Motion to Lift</u>

The Defendants were personally or notoriously served on February 24, 2020. Defendants failed to file a timely answer with this Court by 5:00 p.m. of March 2, 2020. Defendants further failed to file any answer in the Federal Court.

In lieu of filing an answer to this dispossessory action, Defendants filed a 28 U.S. Code § 1446 Notice of Removal to Federal Court Jurisdiction. Defendants erred procedurally by filing the Notice of Removal into a pending Federal case, being case number 1:19-CV-3401-ELR-WEJ in the United States District Court for the Northern District of Georgia, instead of filing the notice as a new action.

On March 9, 2020, the Hon. Eleanor L. Ross entered an order (copy attached) adopting the Final Reports and Recommendations of Magistrate Judge Walter E. Johnson as the opinions of the Federal District Court, and for that reason:

(A)    Denied Landry's Emergency Motion for Injunctive Relief and Prohibitory Order;

(B)    Granted the multi-Defendants' Motion to dismiss;

(C)      Dismissed Landry's Amended Complaint with prejudice; and

(D)      Denied the rest of Landry's motions as moot.

On March 9, 2020, a Judgment of dismissal (copy attached) was entered by the Clerk of Court in case number 1:19-CV-3401-ELR-WEJ in the United States District Court for the Northern District of Georgia.

### Citations of Authority

Even if the Defendants had filed their notice of removal as a new action, the matter would have been remanded in short order for lack of subject matter jurisdiction. See <u>Simon and Simon v Amaechi</u>, 1:17-CV-0538-WSD in the United States District Court for the Northern District of Georgia (copy attached) for a 2017 case nearly identical to the case at bar. In that case the Magistrate found, and the Court agreed, that the Federal Court did not have jurisdiction.

First, the complaint filed in Magistrate Court asserts a state court dispossessory action and does not allege federal law claims. A federal law defense or counterclaim does not confer federal jurisdiction.

Second, no facts alleged diversity of citizenship. In the case at bar, both Plaintiff and Defendants are citizens of the State of Georgia.

Third, the jurisdictional minimum of $75,000.00 is not met because Defendants are tenants at sufferance and a dispossessory action is not an ownership dispute but rather a dispute over the right to possession, "the removing Defendant may not rely on the value of the property as a whole to satisfy the amount in controversy requirement."

The Court adopted the Magistrate's Report and Recommendation, and "Because the Court adopts the R&R and dismisses this action for lack of subject matter jurisdiction, Plaintiff's Motion to Remand is denied as moot." The Federal Court ordered remand having already determined, "Once a federal court determines that it is without subject matter jurisdiction, the court is powerless to continue."

<u>Prayer for Relief</u>

Whereas the Federal case into which Defendants filed the notice of removal of this dispossessory action has now been **dismissed with prejudice** and closed, the notice of removal is rendered moot, and the stay imposed in the case by this court should be lifted. No removal action is currently pending in any Federal Court.

Whereas the Defendants failed to file a timely answer, Plaintiff requests the court to issue a default writ of possession instanter.

---

I, Kerry S. Doolittle, hereby certify that I mailed a copy of this request for writ to the Defendants at 869 Natchez Valley Trace, Grayson, GA 30017.

Date:  March 10, 2020.

*Kerry S. Doolittle*

Kerry S. Doolittle, Ga. Bar No. 225830
Attorney at Law for Plaintiff
Post Office Box 949
Watkinsville, Georgia 30677-0021
Telephone 706-769-0591

<u>Attached Exhibits</u>

Order, entered 03/09/20, in the case of <u>Cassandra Johnson-Landry v. J.P. Morgan et. al.</u>, Case No. 1:19-CV-03401-ELR in the United States District Court for the Northern District of Georgia, granting Defendants' motion to dismiss with prejudice.

Judgment of Dismissal, entered 03/09/20, in the case of <u>Cassandra Johnson-Landry v. J.P. Morgan et. al.</u>, Case No. 1:19-CV-03401-ELR in the United States District Court for the Northern District of Georgia, granting Defendants' motion to dismiss with prejudice.

Opinion and Order, dated March 27, 2017, in the case of <u>Simon and Simon v Amaechi</u>, 1:17-CV-0538-WSD in the United States District Court for the Northern District of Georgia .

**EXHIBIT I**

 Gmail 

Background Report

First Name

Last Name

FEMALE
DOB:

AGE: 60

BELIN███ ███ FORNESS
30██ GRE███ LEF███ DR, STATH██ GA 306██3652

MONITORINGOFF
Contact Info 12
Address History
Phone Numbers
Email Addresses
People Connections 38
Possible Relatives
Possible Associates
Neighbors
Criminal Records0
Warrants
Arrests
Charges
Financial Info0
Bankruptcies
Judgments
Liens
Foreclosures
Evictions
UCC Filings
Career Details6
Possible Employers
Possible Affiliations
Professional Licenses
Corporate Affiliations
Lifestyle Data3
Voter Registration
Hunting Permits
Drivers License
Pilot License
Vehicle Registration
Concealed Weapons Permits
Social Data?
Top
Contact Info
Address History

Addresses were found in our records

500ft
Address Est Dates
3005 GREENLEFFE DR
STATHAM, GA 30666-3652
2017 - Current

839 NATCHEZ VALLEY TRCE
GRAYSON, GA 30017-4963
2005 - 2017

3540 THUNDERWOOD LN
SNELLVILLE, GA 30039-5688
1987 - 2005

2784 BICENTENNIAL DR
STONE MOUNTAIN, GA 30087-3808
1993 - 2003

674 INLAND WAY NW
LILBURN, GA 30047-5854
1986 - 2003

Phone Numbers
Phone numbers were found in our records
████████████ STATHAM, GA
770 795 ████ ████ ████-STATHAM, GA
████████████ NORTHEAST, GA
████████████, GA
████████████ GAINESVILLE, GA
Email Addresses
Email Addresses were found in our records
████████████
████████@█████████
Top
People Connections
Possible Relatives
Possible Relatives were found in our records
WILL██ HEN██ NASH D1stPull Report
SY██ ARO██ NASH 1stPull Report
████████ ██RNESS 1stPull Report
████████ER ██RNESS 1stPull Report
SHOW MORE
Possible Associates
No Possible Associates were found in our records
Neighbors
Neighbors were found in our records



Top
Criminal Records
Warrants
No Warrants were found in our records
Arrests
No Arrests were found in our records
Charges
No Charges were found in our records
Top
Financial Info

Bankruptcies
No Bankruptcies were found in our records
Judgments
No Judgments were found in our records
Liens
No Liens were found in our records
Foreclosures
No Foreclosures were found in our records
Evictions
No Evictions were found in our records
UCC Filings
No UCC filings were found in our records
Top
Career Details
Possible Employers
Possible Employers were found in our records
NATCHEZ TRACE HMWNERS ASSN INC

2016-2019

Close Details
Business Name NATCHEZ TRACE HMWNERS ASSN INC
Address 839 NATCHEZ VALLEY TRCE
City GRAYSON
State GA
Postal Code 30017
Date First Seen 10/06/2016
Date Last Seen 02/05/2019
J N BECK ENTERPRISES INC

2015-2017

Close Details
Business Name J N BECK ENTERPRISES INC
Address 839 NATCHEZ VALLEY TRCE
City GRAYSON
State GA
Postal Code 30017
Phone
Date First Seen 10/12/2015
Date Last Seen 12/28/2017
Possible Affiliations
Possible Affiliations were found in our records
BROWN FAMILY REUNION GEORGIA CONNECTION, INC., NATCHEZ TRACE HMWNERS ASSN INC, NATCHEZ
TRACE HOMEOWNERS ASSOCIATION, INC.

GRAYSON, GA

Close Details
Business Name BROWN FAMILY REUNION GEORGIA CONNECTION, INC., NATCHEZ TRACE HMWNERS ASSN
INC, NATCHEZ TRACE HOMEOWNERS ASSOCIATION, INC.
Address 839 NATCHEZ VALLEY TRCE
City GRAYSON
State GA
Postal Code 30017-4963
J N BECK ENTERPRISES INC, J N BECK ENTERPRISES, INC.

GRAYSON, GA

Close Details
Business Name J N BECK ENTERPRISES INC, J N BECK ENTERPRISES, INC.
Address 839 NATCHEZ VALLEY TRCE
City GRAYSON
State GA
Postal Code 30017-4963

Professional Licenses
No Professional Licenses were found in our records
Corporate Affiliations
Possible Corporate Affiliations were found in our records
J N BECK ENTERPRISES, INC.

2016

View Details
J N BECK ENTERPRISES, INC.

2017

View Details
Top
Lifestyle Data
Voter Registration
Voter Registrations were found in our records

GA

View Details
Not Specified

GA

View Details
---

GA

View Details
Hunting Permits
No Hunting Permits were found in our records
Drivers License
No Drivers Licenses were found in our records
Pilot License
No Pilot Licenses were found in our records
Vehicle Registration
No Vehicle Registrations were found in our records
Concealed Weapon Permit
No Concealed Weapon Permits were found in our records
Top
Social Data
Possible Social Profile Matches
Click on an email address below to find potential social profile data for Be████ For████

Top
Quick Links

FAQs
ID Protect Login
Legalese
Terms of Use
Privacy Policy
Fair Credit Reporting Act
Customer Support



 Gmail 

**(no subject)**
1 message





Background Report

First Name

Last Name
REPORT STATUS: UPDATED ██████

MALE
DOB:
JAN ████

AGE: 43

J████ R███████ AR██
22██ FAIR██ AVE, STA██, GA 30██ ████

MONITORINGOFF
Contact Info 24
Address History
Phone Numbers
Email Addresses
People Connections 70
Possible Relatives
Possible Associates
Neighbors
Criminal Records7
Warrants
Arrests
Charges
Financial Info12
Bankruptcies
Judgments
Liens
Foreclosures
Evictions
UCC Filings
Career Details5
Possible Employers
Possible Affiliations
Professional Licenses
Corporate Affiliations
Lifestyle Data10
Voter Registration
Hunting Permits
Drivers License
Pilot License
Vehicle Registration
Concealed Weapons Permits
Social Data?
Top
Contact Info
Address History

Addresses were found in our records

500ft
Address Est Dates
22█ FAIR███ AVE
STAT███ GA 300██
2015 - Current

15█ CAR███ ██ GA 300██ ██
LOGA█████ GA 300██ ██
2007 - 2019

10█ OLD WAV████ WAY
WATKINSVILLE, GA 30██ 7795
2006 - 2018

33█ MCDAN███ RD APT 12█
DUL███ GA 300██ 8660
2000 - 2016

32█ ARB███ RD █
MON███, GA 300██-8█
2002 - 2008

SHOW MORE
Phone Numbers
Phone numbers were found in our records
██ ███ ████ ATHENS, GA
███ ███ ████ ATLANTA NORTHEAST, GA
███ ███ ████ ATHENS, GA
███ ███ ████ ATLANTA, GA
███ ███ ████ GART-STATHAM, GA
SHOW MORE
Email Addresses
Email Addresses were found in our records
███57@██████ m
████@█████████ net
████@█████████
████

█████ Connections
██████ ██████
██████████████████ ███████ records
██ █████ CLAYTON ARGO ██ ███████ ██
JOSEPH JOHN ARGO 1stPull Report
██████ ███ ██ █████ █████
JAMES LEE ARGO 1stPull Report
█████ ████
██████ Associates
███████ Associates ██████ ██████ records
██████████ HOLL█ SHEAL█ D LE█
██████ ██████ ██ HIGGINS Pull Report
███████ EDWIN R █████
██████ ALEWINE Pull Report
█████ ███ ████████ Report
█████████████
█████████ Pull ████
████████████████ GUEVARA Pull Report
████ LEE HART SELL Pull Report
████████████████████████████
█████████████████████████
█████████████████████
██████████████████████



SHOW MORE
Top
Criminal Records
Warrants
No Warrants were found in our records
Arrests
No Arrests were found in our records
Charges
Charges were found in our records
TRAFFIC / SPEEDING, MORE THAN ...

2001

Close Details
Case Number Z734280
Case Type TRAFFIC
Crime Type TRAFFIC
Crime County SPARTANBURG
Offense Description TRAFFIC / SPEEDING, MORE THAN 15 BUT LESS THAN 25 MPH OVER THE SPEED LIMIT
Charges Filed Date 09/25/2001
Disposition GUILTY BENCH TRIAL
Disposition Date 10/12/2001
Status DISPOSED
NOT SPECIFIED

2001

Close Details
Case Number 5902001CR 040654
Case Type CRIMINAL
Crime County MECKLENBURG
Offense Code CITATIONNO:C1933636
Offense Description NOT SPECIFIED
Charges Filed Date 09/15/2001
Court MECKLENBURG
ARRAIGNED:ASSAULT AND BATTERY

2001

Close Details
Case Number 01590MECKLENBURG 2001CR 040654
Case Type MISDEMEANOR
Crime Type MISDEMEANOR
Crime County MECKLENBURG
Offense Code 14-33(A)
Offense Date 09/15/2001
Offense Description ARRAIGNED:ASSAULT AND BATTERY
Charges Filed Date 09/15/2001
Court MECKLENBURG
Disposition DISMISSAL WITHOUT LEAVE BY DA
Disposition Date 02/12/2002
UNSPECIFIED

2017

Close Details
Case Number 01480IREDELL2017CR708360
Case Type CR
Crime County IREDELL
Offense Description UNSPECIFIED
Charges Filed Date 07/07/2017
County IREDELL
NOT SPECIFIED

2017

Close Details
Case Number 4802017CR 708360
Case Type CRIMINAL
Offense Description NOT SPECIFIED
Charges Filed Date 07/07/2017
SHOW MORE
Top
Financial Info
Bankruptcies
Bankruptcies were found in our records
GA - ATHENS - MIDDLE

2017

Close Details
Debtors JAMES LEE ARGO, JAMES LEE ARGO
Assets Available N
Attorney Name R DOUGLAS LENHARDT
Attorney Address 230 COLLEGE AVE, ATHENS, GA 30601-2714
Attorney Phone 7063695433
Law Firm R DOUGLAS LENHARDT
Judge Name JAMES P. SMITH
Case Number 1730053
Chapter 7
Court Address 115 EAST HANCOCK AVE, 2ND FLOOR, ATHENS, GA 30601
Court District GA - ATHENS - MIDDLE
Court Division 3
Court Phone 7062271094
Notice Type DISCHARGE
Trustee Address BOX1586 PO, ATHENS, GA 30603-1586
Trustee Name ERNEST V HARRIS
Trustee Phone 7066131953
Discharge Date 05/31/2017
File Date 01/19/2017
Report Date 11/03/2017
GA - ATHENS - MIDDLE

2014

Close Details
Debtors JAMES LEE ARGO, JAMES LEE ARGO, JAMES LEE ARGO
Assets Available Y
Attorney Name ROBERT J KISER
Attorney Address 3915 HARRISON RD, STE 500, LOGANVILLE, GA 30052-5897
Attorney Email Address RJKISER@KISERLAW.ORG
Attorney Phone 7705542480
Law Firm KISER LAW PC
Judge Name JAMES P. SMITH
Case Number 1430193
Chapter 13
Claim Date 07/03/2014
Closed Date 06/04/2014

Court Address 115 EAST HANCOCK AVE, 2ND FLOOR, ATHENS, GA 30601
Court District GA - ATHENS - MIDDLE
Court Division 3
Court Phone 7062271094
Notice Type DISMISSAL
Trustee Address BOX954 PO, MACON, GA 31202-0954
Trustee Email Address DOCOMT@CHAPTER13MACON.COM
Trustee Name CAMILLE HOPE
Trustee Phone 4787428706
Dismissal Date 03/20/2014
File Date 02/28/2014
Objection Date 05/29/2014
Report Date 06/12/2014
Judgments
Judgments were found in our records
Placement

$5,570.00

Close Details
Court Case Number 13-1792CS
Abstract Issued Date 10/04/2013
Damar Document Type Judgment
Deed Category Type Placement
Filing Location Walton, GA
Plaintiff Name JONES & DUFF LLC
Recording Book Number 189
Recording Date 10/08/2013
Recording Page Number 230
Total Judgment Amount $5,570.00
SMALL CLAIMS JUDGMENT

$6,201.00

Close Details
Court WALTON COUNTY MAGISTRATE COURT
Court Case Number 101347CS
Filing Date 06/02/2010
Filing Type SMALL CLAIMS JUDGMENT
Plaintiff Name ROGER D STAGGS
Total Judgment Amount $6,201.00
Liens
Liens were found in our records
1040

$29,338.50

Close Details
Total Lien Amount $29,338.50
Damar Document Type Federal Tax Lien
Deed Category Type Placement
Filing Location Walton, GA
Kind Of Tax 1040
Federal Tax Lien Area Small Business
Federal Tax Lien Prepared And Signed City NASHVILLE
Federal Tax Lien Prepared And Signed State TN
Last Refile Or Lien Extension Date 01/31/2028
Recording Book Number 250
Recording Date 07/30/2018
Recording Page Number 691
Tax Lien Date 07/24/2018
Tax Lien Serial Lien Certificate Number 316953818
Tax Period Maximum 12/31/2016
Tax Period Minimum 12/31/2014
1040

$19,560.28

Close Details
Total Lien Amount $29,338.50
Damar Document Type Federal Tax Lien
Deed Category Type Placement
Filing Location Walton, GA
Kind Of Tax 1040
Federal Tax Lien Area Small Business
Federal Tax Lien Prepared And Signed City NASHVILLE
Federal Tax Lien Prepared And Signed State TN
Last Refile Or Lien Extension Date 01/31/2028
Recording Book Number 250
Recording Date 07/30/2018
Recording Page Number 691
Tax Lien Date 07/24/2018
Tax Lien Serial Lien Certificate Number 316953818
Tax Period Maximum 12/31/2016
Tax Period Minimum 12/31/2014
1040

$75,502.75

Close Details
Total Lien Amount $29,338.50
Damar Document Type Federal Tax Lien
Deed Category Type Placement
Filing Location Walton, GA
Kind Of Tax 1040
Federal Tax Lien Area Small Business
Federal Tax Lien Prepared And Signed City NASHVILLE
Federal Tax Lien Prepared And Signed State TN
Last Refile Or Lien Extension Date 01/31/2028
Recording Book Number 250
Recording Date 07/30/2018
Recording Page Number 691
Tax Lien Date 07/24/2018
Tax Lien Serial Lien Certificate Number 316953818
Tax Period Maximum 12/31/2016
Tax Period Minimum 12/31/2014
FEDERAL TAX LIEN

$46,699.00

Close Details
Total Lien Amount $29,338.50
Damar Document Type Federal Tax Lien
Deed Category Type Placement
Filing Location Walton, GA
Kind Of Tax 1040
Federal Tax Lien Area Small Business
Federal Tax Lien Prepared And Signed City NASHVILLE
Federal Tax Lien Prepared And Signed State TN
Last Refile Or Lien Extension Date 01/31/2028
Recording Book Number 250
Recording Date 07/30/2018
Recording Page Number 691
Tax Lien Date 07/24/2018
Tax Lien Serial Lien Certificate Number 316953818
Tax Period Maximum 12/31/2016
Tax Period Minimum 12/31/2014
FEDERAL TAX LIEN RELEASE

$23,407.00

Close Details
Total Lien Amount $29,338.50
Damar Document Type Federal Tax Lien
Deed Category Type Placement
Filing Location Walton, GA
Kind Of Tax 1040
Federal Tax Lien Area Small Business
Federal Tax Lien Prepared And Signed City NASHVILLE
Federal Tax Lien Prepared And Signed State TN
Last Refile Or Lien Extension Date 01/31/2028
Recording Book Number 250
Recording Date 07/30/2018
Recording Page Number 691
Tax Lien Date 07/24/2018
Tax Lien Serial Lien Certificate Number 316953818
Tax Period Maximum 12/31/2016
Tax Period Minimum 12/31/2014
FEDERAL TAX LIEN

$23,407.00

View Details
SHOW LESS
Foreclosures
Foreclosures were found in our records
1050 OVERLOOK LN, MONROE, GA 3065...

---

View Details
1050 OVERLOOK LN, MONROE, GA 3065...

---

View Details
Evictions
No Evictions were found in our records
UCC Filings
No UCC filings were found in our records
Top
Career Details
Possible Employers
Possible Employers were found in our records
ARGO & SONS INC

2016-2016

Close Details
Business Name ARGO & SONS INC
Address 1050 OVERLOOK LN
City MONROE
State GA
Postal Code 30656
Phone 7702666006
Date First Seen 10/06/2016
Date Last Seen 10/06/2016
C & M ACQUISITIONS INC

2015-2015

Close Details
Business Name C & M ACQUISITIONS INC
Address 924 DOWNING DR
City BETHLEHEM

State GA
Postal Code 30620
Date First Seen 10/12/2015
Date Last Seen 10/12/2015
Possible Affiliations
Possible Affiliations were found in our records
CLUBHOUSE AT PROVIDENCE LLC, THE CLUBHOUSE AT PROVIDENCE, LLC

LILBURN, GA

Close Details
Business Name CLUBHOUSE AT PROVIDENCE LLC, THE CLUBHOUSE AT PROVIDENCE, LLC
Address 1575 PETTICOAT LN SW
City LILBURN
State GA
Postal Code 30047-4420
Professional Licenses
No Professional Licenses were found in our records
Corporate Affiliations
Possible Corporate Affiliations were found in our records
ARGO & SONS, INC.

2016

Close Details
Business Name ARGO & SONS, INC.
Corporation Type Profit
Date First Seen 04/21/2006
Date Last Seen 11/15/2016
File Date 11/16/2016
Filing Date 04/06/2006
Filing Number 0628439
Incorporation Date 04/06/2006
Incorporation State GA
State GA
Sec Status Admin. Dissolved
Verification Date 09/11/2016
ARGO & SONS, INC.

2018

Close Details
Business Name ARGO & SONS, INC.
Corporation Type Corporation
Date First Seen 06/24/2004
Date Last Seen 08/10/2018
File Date 08/11/2018
Filing Date 06/22/2004
Filing Number 0437290
Incorporation Date /
Incorporation State DE
State CA
Sec Status Revoked
Verification Date 08/05/2018
Top
Lifestyle Data
Voter Registration
Voter Registrations were found in our records
Not Specified

GA

View Details

GA

View Details
Not Specified

GA

View Details
Independent

GA

View Details
Not Specified

GA

View Details
---

GA

View Details
SHOW MORE
Hunting Permits
Hunting Permits were found in our records
LOGANVILLE, GA

2011

View Details
LOGANVILLE, GA

2011

View Details
LOGANVILLE, GA

2011

View Details
LOGANVILLE, GA

2011

View Details
Drivers License
No Drivers Licenses were found in our records
Pilot License
No Pilot Licenses were found in our records
Vehicle Registration
No Vehicle Registrations were found in our records
Concealed Weapon Permit
No Concealed Weapon Permits were found in our records
Top
Social Data
Possible Social Profile Matches

Top
Quick Links
About Us

 Gmail

---

## (no subject)
1 message

Background Report

First Name

Last Name

MALE
DOB:

AGE: 72

JA██RO███AR██
7██ASP██LN, WIN███, GA 30█████

MONITORINGOFF
Contact Info 30
Address History
Phone Numbers
Email Addresses
People Connections 77
Possible Relatives
Possible Associates
Neighbors
Criminal Records1
Warrants
Arrests
Charges
Financial Info2
Bankruptcies
Judgments
Liens
Foreclosures
Evictions
UCC Filings
Career Details56
Possible Employers
Possible Affiliations
Professional Licenses
Corporate Affiliations
Lifestyle Data5
Voter Registration
Hunting Permits
Drivers License
Pilot License
Vehicle Registration
Concealed Weapons Permits
Social Data?
Top
Contact Info
Address History

Addresses were found in our records

500ft
Address Est Dates
7█ ASP█ LN
WIND█ GA 30█ 7451
2017 - Current

260 CONSTITUTION BLVD
LAWRENCEVILLE, GA 30046-5638
1979 - 2019

1227 KENILWORTH TRCE
SNELLVILLE, GA 30078-2078
1979 - 2019

PO BOX 1554
LAWRENCEVILLE, GA 30046-1554
2017 - 2018

1018 TRACE LN
LAWRENCEVILLE, GA 30046-4007
2017 - 2018

SHOW MORE
Phone Numbers
Phone numbers were found in our records

SHOW MORE
Email Addresses
Email Addresses were found in our records

Top
People Connections
Possible Relatives
Possible Relatives were found in our records

SHOW MORE
Possible Associates
Possible Associates were found in our records

Top
Criminal Records
Warrants
No Warrants were found in our records
Arrests
No Arrests were found in our records
Charges
Charges were found in our records
SPECIAL HAZARD - FAILED TO USE...

2005

Close Details
Case Number 602005TR000357TRAXMX
Case Type TRAFFIC INFRACTION 5
Classification TRAFFIC
Crime Type TRAFFIC
Crime County SUMTER
Offense Code 316.185
Offense Date 12/31/2004
Offense Description SPECIAL HAZARD - FAILED TO USE DUE CARE
Charges Filed Date 01/06/2005
Disposition PAID FINE OR CIVIL PENALTY
Disposition Date 01/26/2005
Status CASE CLOSED
Status Date 01/06/2005
Top
Financial Info
Bankruptcies
No Bankruptcies were found in our records
Judgments
No Judgments were found in our records
Liens
No Liens were found in our records
Foreclosures
No Foreclosures were found in our records
Evictions
No Evictions were found in our records
UCC Filings
UCC filings were found in our records
BROWNS BRIDGE MARINE INC, C & S NATIONAL BANK

1993

Close Details
Debtors JAMES R ARGO
Secured Parties BROWNS BRIDGE MARINE INC, C & S NATIONAL BANK
Filing Date 07/26/1993
Filing Office Address 556N MCDONOUGH ST, DECATUR, GA 30030
Filing Office Name DE KALB SUPERIOR COURT
Cross Reference Filing Date 07/27/1987
Cross Reference Filing Number 87 7698
NATIONSBANK OF GA FKA CITIZENS &

1993

Close Details
Debtors JAMES R ARGO
Secured Parties NATIONSBANK OF GA FKA CITIZENS &
Filing Date 07/26/1993
Filing Office Address 556N MCDONOUGH ST, DECATUR, GA 30030
Filing Office Name DE KALB SUPERIOR COURT
Cross Reference Filing Date 08/24/1992
Cross Reference Filing Number 92 06217
Top

Career Details
Possible Employers
Possible Employers were found in our records
GEORGIA INTERMODAL TRANSPORT I...

2015-2018

Close Details
Business Name GEORGIA INTERMODAL TRANSPORT INC
Address 920 JUSTIN DR # JR
City WINDER
State GA
Postal Code 30680
Date First Seen 06/17/2015
Date Last Seen 04/01/2018
ARGO LAW OFFICE, P.C.

2012-2017

Close Details
Business Name ARGO LAW OFFICE, P.C.
Address 260 CONSTITUTION BLVD
City LAWRENCEVILLE
State GA
Postal Code 30046
Phone 7702379001
Date First Seen 03/30/2012
Date Last Seen 03/24/2017
ARGO HAULING INC

2017-2017

Close Details
Business Name ARGO HAULING INC
Address 1227 KENILWORTH TRCE
City SNELLVILLE
State GA
Postal Code 30078
Date First Seen 01/03/2017
Date Last Seen 01/03/2017
ACI SMILE INC

2016-2016

Close Details
Business Name ACI SMILE INC
Address 2228 SCENIC DR # ACI INC
City SNELLVILLE
State GA
Postal Code 30078
Date First Seen 10/06/2016
Date Last Seen 10/06/2016
GEORGIA TOWER SERVICES INC

2016-2016

Close Details
Business Name GEORGIA TOWER SERVICES INC
Address 2240 SUGARLOAF PKWY
City LAWRENCEVILLE
State GA
Postal Code 30045
Phone 7702772516
Date First Seen 10/06/2016
Date Last Seen 10/06/2016

SHOW MORE
Possible Affiliations
Possible Affiliations were found in our records
ARGO LAW OFFICE PC, ARGO LAW OFFICE, P.C., GARVIS H. HULETT DRYWALL, INC.

SNELLVILLE, GA

Close Details
Business Name ARGO LAW OFFICE PC, ARGO LAW OFFICE, P.C., GARVIS H. HULETT DRYWALL, INC.
Address 1227 KENILWORTH TRCE # P C
City SNELLVILLE
State GA
Postal Code 30078-2078
ARGO LAW OFFICE, P.C., PALAS CONSTRUCTION INC, PALAS CONSTRUCTION INC.

SNELLVILLE, GA

Close Details
Business Name ARGO LAW OFFICE, P.C., PALAS CONSTRUCTION INC, PALAS CONSTRUCTION INC.
Address 1227 KENILWORTH TRCE # P C
City SNELLVILLE
State GA
Postal Code 30078-2078
BERGER POSNER, LLC, GEORGIA TOWER SERVICES, GEORGIA TOWER SERVICES, INC.

LAWRENCEVILLE, GA

Close Details
Business Name BERGER POSNER, LLC, GEORGIA TOWER SERVICES, GEORGIA TOWER SERVICES, INC.
Address 2240 SUGARLOAF PKWY
City LAWRENCEVILLE
State GA
Postal Code 30045-8324
ETHAN DECKER, INC., STRUCTRUALLY SOUND INSPECTION SERVICES INC, STRUCTURALLY SOUND
INSPECTION SERVICES, INC.

ACWORTH, GA

Close Details
Business Name ETHAN DECKER, INC., STRUCTRUALLY SOUND INSPECTION SERVICES INC, STRUCTURALLY
SOUND INSPECTION SERVICES, INC.
Address 2417 RED FOX RUN NW
City ACWORTH
State GA
Postal Code 30101-3994
GEORGIA LAND ACQUISITION, INC., NEW MILLINIUM PHYSICIAN INC, NEW MILLINIUM PHYSICIAN, INC.

OCILLA, GA

Close Details
Business Name GEORGIA LAND ACQUISITION, INC., NEW MILLINIUM PHYSICIAN INC, NEW MILLINIUM
PHYSICIAN, INC.
Address 111 S ALMOND ST
City OCILLA
State GA
Postal Code 31774-1760
SHOW MORE
Professional Licenses
Professional Licenses were found in our records
PILOT

04/01/2018

Close Details
First Name JAMES

Middle Name ROLAND
Last Name ARGO
License Number A0050144
License State GA
License Status ACTIVE
License Type PILOT
Job Functions PILOT
Issue Date 04/01/2018
Expiration Date 04/20/2020
PILOT

01/20/2016

Close Details
First Name JAMES
Middle Name ROLAND
Last Name ARGO
License Number A0050144
License State GA
License Status EXPIRED
License Type PILOT
Job Functions PILOT
Issue Date 01/20/2016
Expiration Date 01/20/2018
PILOT

01/20/2016

Close Details
First Name JAMES
Middle Name ROLAND
Last Name ARGO
License Number A0050144
License State GA
License Status EXPIRED
License Type PILOT
Job Functions PILOT
Issue Date 01/20/2016
Expiration Date 01/20/2018
LAWYER

11/01/1995

Close Details
First Name JAMES
Middle Name ROLAND
Last Name ARGO
License State GA
License Status ACTIVE
License Type LAWYER
Job Functions LAWYER
Issue Date 11/01/1995
ATTORNEY

/1995

Close Details
Specialties BANKRUPTCY, LITIGATION, PERSONAL INJURY
First Name JAMES
Middle Name R
Last Name ARGO
License State GA
License Type ATTORNEY
Issue Date /1995
Corporate Affiliations

Possible Corporate Affiliations were found in our records
ACI SMILE, INC.

2016

Close Details
Business Name ACI SMILE, INC.
Corporation Type Profit
Date First Seen 05/11/2014
Date Last Seen 09/09/2016
File Date 09/10/2016
Filing Date 08/02/2012
Filing Number 4568978
Incorporation Date 08/02/2012
Incorporation State GA
State GA
Sec Status Active/Compliance
Verification Date 07/17/2015
ALL DRIVE AUTOMOTIVE, INC

2016

Close Details
Business Name ALL DRIVE AUTOMOTIVE, INC
Corporation Type Profit
Date First Seen 05/11/2014
Date Last Seen 09/09/2016
File Date 09/10/2016
Filing Date 05/22/2012
Filing Number 4508950
Incorporation Date 05/22/2012
Incorporation State GA
State GA
Sec Status GA00
Verification Date 07/17/2015
ALL DRIVE AUTOMOTIVE, INC

2016

Close Details
Business Name ALL DRIVE AUTOMOTIVE, INC
Corporation Type Profit
Date First Seen 05/29/2012
Date Last Seen 11/15/2016
File Date 11/16/2016
Filing Date 05/22/2012
Filing Number 12043760
Incorporation Date 05/22/2012
Incorporation State GA
State GA
Sec Status Admin. Dissolved
Verification Date 09/11/2016
ARGO LAW OFFICE, P.C.

2017

Close Details
Business Name ARGO LAW OFFICE, P.C.
Corporation Type Professional
Date First Seen 12/23/2005
Date Last Seen 03/24/2017
File Date 03/25/2017
Filing Date 12/05/2005
Filing Number 0581700
Incorporation Date 12/05/2005

Incorporation State GA
State GA
Sec Status GA07
Verification Date 03/12/2017
BERGER POSNER, LLC

2016

Close Details
Business Name BERGER POSNER, LLC
Corporation Type Profit
Date First Seen 04/06/2001
Date Last Seen 11/13/2016
File Date 11/15/2016
Filing Date 03/28/2001
Filing Number 0115443
Incorporation Date 03/28/2001
Incorporation State GA
State GA
Sec Status Admin. Dissolved
Verification Date 09/11/2016
SHOW MORE
Top
Lifestyle Data
Voter Registration
Voter Registrations were found in our records
Independent

GA

View Details
---

GA

View Details
Not Specified

GA

View Details
~~Republican~~

GA

View Details
Hunting Permits
No Hunting Permits were found in our records
Drivers License
No Drivers Licenses were found in our records
Pilot License
Pilot Licenses were found in our records
Commercial

A0050144

View Details
Vehicle Registration
No Vehicle Registrations were found in our records
Concealed Weapon Permit
No Concealed Weapon Permits were found in our records
Top
Social Data
Possible Social Profile Matches

