**IT IS ORDERED as set forth below:**

**Date: May 4, 2020**



_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| CASSANDRA JOHNSON LANDRY, | ) | CASE NO. 18-55697 – LRC |
| | ) | |
| Debtor. | ) | |

**ORDER AND NOTICE OF TELEPHONIC HEARING**

NOTICE IS HEREBY GIVEN that the Court will hold a telephonic hearing on the *Motion to Dismiss* (Doc. 261) filed by Cassandra Johnson Landry ("Debtor") and the *Trustee's Response In Opposition* (Doc. 279), filed by S. Gregory Hays ("Trustee") on **May 20, 2020,** at **10:00 a.m.**

NOTICE IS GIVEN that any party may join the hearing by calling 888-363-4734 and entering access code 2563361 followed by # key;

IT IS ORDERED that, pursuant to BLR 5073-1, all parties are prohibited from recording or broadcasting the proceedings conducted by the United States Bankruptcy

Court.

**[END OF DOCUMENT]**

**Distribution List**

**All parties on the Court's Mailing Matrix**