UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| IN THE MATTER OF : | : | CASE NUMBER |
| --- | --- | --- |
| CASSANDRA JOHNSON-LANDRY | : | 18-55697-LRC |
| | : | |
| DEBTOR | : | IN PROCEEDINGS UNDER CHAPTER 7 |
| | : | |
| | : | OF THE BANKRUPTCY CODE |

**OBJECTION TO ORDER (DOC 290)**

The Motion for Denial regarding Debtor's Emergency Motion was dated the 26th Day of May 2020, **However Debtor did not received ruling until 2ND Day of June 2020 via USPS regular mail.**

Debtor filed Emergency Motion to Dismiss Chapter 7 Case (the "MOTION"). (Doc. 261). Motion was heard via conference call on the 20th Day of May 2020. Present on Call: Chapter 7 Trustee S. Gregory Hays, Chapter 7 Trustee Attorney Herbert Broadfoot, Attorney Dorian Murry/Past Legal Representation for Alliance for Change through Treatment, Valarie Burnough/Previous Contractor for Attachment and Bonding Center for Atlanta LLC, who was previously represented by Bridges, Caldwell and Fitzpatrick , which was previously made known to the Bankruptcy court as a conflict and no money was owned to Borough which was supported by submitted uploaded documents. Also, Ms. Stratham Esq. from the Attorney General's office regarding previous closed Adversarial action closed involving Alliance for Change through Treatment LLC.

1

Debtor is in opposition to the following:

## A: CLOSED ADVERSERIAL ACTION AGAINST DEBTOR BY THE AG ON BEHALF OF DCH

1. True explanation of why the Adversarial Action by the Attorney General Office was closed. Debtor under no circumstances participated in any acts of Fraud, False Presence, Misrepresentation of any type and any and all additional allegations named by the Attorney General's Office of Georgia. A Motion for a Default Judgement was denied by the assigned US BRC Judge, after submission by the Attorney General's Office, however Debtor's agency is still unable to provide business due to above allegations attached within the MMIS system.to the Debtor's agency, Alliance for Change through Treatment LLC, Medicaid Number. Debtor was evicted from 3547 Habersham at Northlake BLDG F and 3554 Habersham at Northlake at Bldg F, both located in Tucker Ga 30084. This above slander and defamation, numerous automobile injuries and more has hindered Debtor temporarily from her Professional Career,

2. After further investigation, debtor's name was forged by her previous business partner as if Debtor SOLELY purchased the building and was the ONLY GUARANTOR for the SBA for 3547 Habersham Bldg F which was the primary operational location for Alliance for Change through Treatment LLC. Additional, premeditative and malicious tactics were utilized to drive Debtor out of Business due to debtor business partner appeared to have engaged in a PONZI scheme unbeknownst to debtor in addition to appeared embezzlement of funds. As stated on the record May 20, 2020 this evidence was recently discovered, as it took numerous amounts of hours to complete the puzzle. Federal Offices were notified PRIOR to this

2

date for the purpose of Debtor attempting to obtain addition information regarding documents due to previous business partner abruptly exiting the agency and not being completely forthcoming regarding all details which he was engaged in.

3. 3554 Habersham at Northlake Bldg H was purchased with 310k cash, as a secondary site for Alliance for Change through Treatment LLC and sister agencies, however it appears debtor's previous partner purchased 3524 Habersham at Northlake Bldg A, Tucker Ga 30084, but all documents referred uncovered by Debtor verified the purchased of 3554 Habersham at Northlake Bldg H, Tucker Ga 30084.

4. Greg Taube Esq. of Nelson, Mullins, Scarbourough, Riley and Nash LLP, represented the SBA Servicer ReadyCap Lending, Debtor was NOT in DEFAULT of Loan for 3547 Habersham at Northlake Bldg F. David Klein of Rountree, Leitman and Klein LLP. represented Woodbridge Lending which was later found to be yet another PONZI Scheme. Debtor was under the impression a refinance for 3554 Habersham at Northlake , Bldg H Tucker Georgia was being refinanced, only to later uncover RIVERDALE FINANCE STAFF signed on behalf of Woodbridge and was NOT authorized to do so. Rountree, Leitman and Klein LLP obtained 3554 Habersham at Northlake Bldg. H, Tucker Georgia 30084 from Neil Gordon Esq, of Arnall,Golden,Gregory LLP.. These law firms took actions against debtor within the Federal Bankruptcy Court in order to obtain a Lift of Stay from the local court based of the Real Property location which was Dekalb County Georgia. The Lift of Stay were granted by the Federal District Court of Northern Georgia for 3547 Habersham

3

at Northlake, Bldg F, and Tucker Georgia. The Lift of stay for 3554 Habersham at Northlake Bldg h, Tucker Georgia was granted by the US BRC of Northern Georgia. Prior to both federal rulings both cases were removed from the lower court in order to obtain a Writ of Possession from Dekalb County Magistrate Court, KNOWING THEIR ACTIONS WERE ILLEGAL AND UNETHICAL. The goal was to get the Commercial Buildings back into the possession of those involved to possibly include Debtor's ex business partner, in addition to reselling both building to strangers to continue the ongoing PONZI SCHEMES.

5. On the 24th of April 2018, Debtor received a call from a local attorney stating all items were being thrown onto the parking lot at 3547 Habersham at Northlake Bldg F and all items were being taken away in a U Haul Truck/Basically Stolen from 3554 Habersham at Northlake, Bldg H, and Tucker Ga 30084. Ironically, evidence of all persons involved and persons not involved at both locations is available in addition to names etc. Fraudulent Sheriff Orders, appeared Fraudulent Judges Signatures on Writ Orders and proof of wire transfers for building payments by attorney(s).

6. A total of approximately $800,000.00 were paid for both building which explained why the closure of the Adversarial Action from the Attorney General's Office against Alliance for Change through Treatment. Approximately $750,000.00 remains. Proof of all payments are available. **WHO WAS PAID?**

4

**B: TRUSTEE'S ABANDONMENTS**

1. Is it not ONLY the TRUSTEE's role to liquidate, however it is the Trustee's role to also, investigate FRAUDULENT activity to determine which claim are false and which are not. Debtor requested NUMBEROUS TIMES for Fraud investigations regarding ALL REAL Property. Debtor uploaded all documents to include Fraudulent 1098's etc, however it was easier for the Trustee to Abandon particular assets in order to:

    A. NOT INVESTIGATE FRAUD DUE TO HIS RACIAL AND DISCRIMATORY BIAS

    B. NOT FILE ANY AND ALL ADVERSARY ACTIONS WHICH WERE VERY APPARENT BASED ON RACIAL AND DISCRIMATORY BIAS. BASED ON ALL OF THE UPLOADED INFORMATION AS IT PERTAINED TO DEBTOR'S BANKRUPTCY THIS CASE IS ATTACHED TO AN ASTRONOMICAL AMOUNT OF INJURY COMPENSATION. IF, DEBTOR OWNED MONEY WHY WERE THERE NO COLLECTION EFFORTS SUCH AS THE FILLING OF ADVERSERIAL ACTIONS AND COLLECTIONS OF ALL OUTSTANDING MONEY OWNED BY DFACS AND FOLLOWED UP REGARDING THE UNFILED LAWSUIT ON BEHALF OF ALLIANCE FOR CHANGE THROUGH THREATMENT LLC. FOR 30 MILLION DOLLARS APPARENTLY DORIAN MURRY, ESQ, ENGAGED IN FALSE PRETENSES? WHY WAS THERE NO INVESTIGATION REGARDING THE MODIFICATION OF

5

TRANSCRIPTS PERTAINING TO THE ADVERSERAIL ACTIONS WHICH WAS NOT FILED BY DORIAN MURRY ESQ.

C. Reasons for NOT investigation all of the obvious fraud was due to the relationships and conflicts pertaining to each property. This not only includes the Trustee, Trustee's Attorney, Previous Regional Trustee and Previous assigned Trustee. The Trustee's goal WAS NEVER TO PROTECT TO THE BEST INTEREST OF THE ESTATE. THE GOAL WAS TO PROTECT THE BEST INTEREST OF THE CREDITORS, SO ALL INVOLVED COULD GET THEIR "KICKBACKS" including JUDGES. Given, Dorian Murry Esq. NEVER filed a claim in the debtor's BRC, the Debtor's questions his interest regarding his participation on May 20, 2020. I understand BRC is Public knowledge, however it appears Mr. Murry planned an essential role as it related to the Dismissal of Adversarial Case Number **1:19-CV-3401-ELR-WEJ.**

2. Repeatedly stated, Debtor has experienced several hospitalization. Debtor was forced to seek legal representation for both auto accidents. Not at any point during this process did the Trustee attempt to pursue action against the Individuals. I knew I was seriously hurt, however, the Trustee allowed Lorenzo Williams Esq of the Willie Gary Firm to inform him, "Debtor did not sustain serious injuries resulting in no Personal Injury Clam filed. In addition, knowing the representing attorney for the driver, created a conflict based on a pre-existing relationship with the Defendant's attorney.

6

3. As it relates to the Debtor's second Accident the Law office of Grunnells who is a Bankruptcy Attorney and Personal Injury. Ironically, all proceeds from this case were abandoned due to the driver being deceased which I question. I was informed the driver did not have an estate, therefore an attorney was hired to set up the estate through Probate Court. As stated in court the driver did not own the vehicle nor was the automobile insured in his name. The content of the information provided was very inconsistent as I expected it to be. After the March 5th court date, approximately within a two to three day time period, I received communication from the Grunnells Lawfirm my case was being dropped, however there was WRITTEN CONFIRMATION of injuries, but mentioned I did not receive treatment after my first accident. Given, Debtor was as in and out of the hospital within the six month timeframe of being hit twice I could not begin Physical Therapy. In addition, I was referred to specialist and in one particular case Physical Therapy had to be appealed to take place at a particular location. As of today, I am holding all parties as the primary cause for my inability to obtained all needed therapies and decreased functioning. It was very obvious this was just a ploy to obtain my Medical Records for distribution which I STILL do not have in my possession, AFTER I requested in writing to the Grunnell firm to send them Certified.

4. As stated, Real Properties were abandoned and Adversarial actions were dismissed UNETHICALLY for the purpose of covering all fraud and protecting those involved. It is HIGHLY obvious this Debtor was never extended a loan regarding both personal and commercial properties, Money was STOLEN and no one WILL investigate to avoid taking accountability, during my first court appearance in the BRC the Trustee

7

under Chapter 13 even recognized the fraud. There was a statement to the effect," Judge we don't even have enough money in this court to even cover this amount." In order to cover the statement the discussion regarding the required Payment Plan Grid was not legible although typed, which I felt was a derailment from the actual truth regarding the fraud.

   A. In order to release the liability bank to a Lender who HOLDS NO INTEREST in a property would be a smart move, especially IF a REAL PROPERTY is sold Illegally by an unethical Law firm who creates New Deeds etc and presents documents to a buyer making it seem as it the property has a clear title, The act of Abandoning the property would eliminate ALL obvious illegal payments on the front end, but would allow all parties to receive payments on the bank end therefore not visible to the common eye.

With this Said two Real Properties were sold legally with an approximate total over 600,000.00. No, You will NOT receive KICKBACKS and this Debtor was not even given a MORTGAGE. EVERYONE IS TRYING TO GET EACH PROPERTY BACK INTO THEIR UNCLEAN HANDS IN ORDER TO STAY OUT OF JAIL. WELL, IT IS MY MISSION TO CONTINUE THIS PROCESS UNTIL I RECEIVE JUSTICE. In the words of Black Activists Rev. Al Sharpton, "There Will Be NO MORE KNEES ON OUR NECKS"! Payments were being made no Loan was given on any of the properties and one of the properties was overpaid based on the evidenced and all ORIGINAL Warranty DEEDS are safely stored for each Commercial and

8

Personal, BUT THERE IS AN ASTRONOMICAL AMOUNT OF DEBT OWED? AGAIN, WHERE IS THE MONEY??

It is the Trustee's JOB to justify his actions in court when and where required. As far as I am concerned , I have worked TWICE as hard as the Trustee and his Attorney. Furthermore I DID NOT agreed to contract out with either. My time valuable as well. As a result, I will forward my invoice for time spent which is astronomical as well. Both the assigned Trustee and Attorney will be compensated regardless through various federal entities which are attached to the BRC, many individuals are not aware of. Similar to the Trustee and Attorney being compensated, although the Debtor was never provided was a loan, it would be unimaginative to believe financial instituational who CLAIM they hold interest in the estate did not collect proceeds from insurances such a Mortgage Protection. How could this take place if there is excessive fraud and no loan extended for the purpose of a mortgage on any of the real properties? **AGAIN, Debtor's case is not your traditional Chapter 7 Case. The Trustee CAN NOT LIQUIDATE PRIOR NOT KNOWING WITHOUT VALIDATION OF CLAIMS AND INVESTIGATION OF FRAUD.DUE TO THE EXCESSIVENESS OF THIS CASE AND THE NUMBER OF INDIVIDUALS AND ENTITIE INVOLVED.**

B. Dismissal for a Cause the above statement says it all!

9

I know for a fact, this case would have created less chaos IF Debtor was treated fairly versus unfairly based on presenting facts and not debtors worth, skin color and as a favor to others within the system. This court AFTER a thorough investigation could have:

1. Cleared clouded titles on all properties.
2. Filed all Adversarial Proceedings for Real Properties and Other such Automobile Claims
3. Collect all outstanding Debts owed to Debtor such as DFACS ETC
4. Pay off debts if applicable
5. Cleared both Debtor and Co-Debtors Credit as required
6. Prosecute all persons involved in illegal activity according to the RICO statue.

Debtor is aware of Chapter 7 being a liquidation within the BTC, HOWEVER the BRC is also aware of amount of Mortgage Fraud and you cannot liquidate until you know the total amount of the fraud. Debtor is fully aware of this Traditional Chapter Approach being used as the JUSTIFICATION to FRAUD and to AVOID both REPORTING TO DOJ AND INVESTIGATING, again which is REQUIRED!

Within the Denial for Dismissal the assigned judge continues to refer to the Debtor's Motions etc. not being legible which Debtor feels is just another demeaning tactic to degrade Debtor in addition to blaming Debtor for the prolonged Bankruptcy, knowing Debtor was sick and submitted REQUIRED, JUSTIFIABLE and TIMELY physician documentation regarding Debtor's ability to attend court hearings in addition to SCHEDULED PHYSICIAN APPOINTMENTS WHICH WERE SCHEDULED PRIOR TO ALL COURT HEARINGS. Proof was submitted! It is in Debtor's opinion the assigned judge continues to display both

10

inadequate and unprofessional behaviors towards debtors in which Debtor chooses not to engage in.

Debtor was fully aware of the Judge's intent not to grant the dismissal or discharge, based on her comment towards the end of the hearing,"We can discuss the fraud at a later time." There appeared to have been a level of Ex Parte Communication PRIOR to the scheduled meeting on May 20th, 2020. The statement referencing Debtor has no intention of paying creditors if dismissal was granted is HIGHLY RACIALLY BIAS and speaks volumes in regard, to your view towards African Americans and the Bankruptcy Process. This is VERY OFFENSIVE!  A second statement regarding the Debtor choosing to represent herself pro- se is stated continuously and I continuously reply, Attorneys were previously notified regarding this case and NO one will represent Debtor. It appears there are some many unethical Attorneys, everyone has evidence on each other,

The negative, racially demeaning, emotional, mental and intellectual attack by the Trustees, Attorneys, Judges and others have shown the true inner and outer existence of your character morals, values, entitlement and your misuse of power. I am sad for you. Given a time when the world is grieving EMPATHY and SINCERITY should be shown, as people are hurting in every domain. If you can't help someone let them know. Hurting others will impact your life and well as your outcomes.

15TH Day of June 2020

*[signature]*

**CASSANDRA JOHNSON-LANDRY**
869 NATCHEZ VALLEY TRACE
GRAYSON, GEORGIA 30017
678.860.3621

11

**UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA**

**ATLANTA DIVISION**

**CERTIFICATE OF SERVICE**

I, **CASSANDRA JOHNSON-LANDRY**, currently submit **OBJECTION TO ORDER**.

Plaintiff is over the age of 18 years. All parities registered within the US BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA Court Electronic System will be notified electronically of this Service.

**15th Day of JUNE 2020**

*[signature]*

**Cassandra Johnson-Landry**
**869 Natchez Valley Trace**
**Grayson, GA 30017**
**678.860.3621**