Form 1

# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

| Case No.: | 18-55697-LRC | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | LANDRY, CASSANDRA JOHNSON | Date Filed (f) or Converted (c): | 09/14/2018 (c) |
| | | § 341(a) Meeting Date: | 11/27/2018 |
| For Period Ending: | 06/30/2020 | Claims Bar Date: | 05/20/2019 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2969 Sweetbriar Walk, Snellville, GA 30039, Gwinnett County<br>One-half interest. Entire property value: $179,500. Abandoned per Notice, Docket # 155. | 89,750.00 | 0.00 | OA | 0.00 | FA |
| 2 | 1440 Highland Lake Dr, Lawrenceville, GA 30045, Gwinnett County<br>One-half interest. Entire property value: $313,500. Abandoned per Notice, Docket # 155. | 156,750.00 | 0.00 | OA | 0.00 | FA |
| 3 | 869 Natchez Valley Trace, Grayson, GA 30017, Gwinnett County<br>One-half interest. Entire property value: $444,600. Abandoned per Notice, Docket # 155. | 222,300.00 | 0.00 | OA | 0.00 | FA |
| 4 | 2001 Merce 500CL<br>Abandoned per Notice, Docket # 155. | 20,000.00 | 627.83 | OA | 0.00 | FA |
| 5 | Major Appliances, furniture, linens, china, and kithenware | 8,500.00 | 7,500.00 | | 0.00 | FA |
| 6 | radios, computer, printers, cellphone, media player | 3,500.00 | 3,200.00 | | 0.00 | FA |
| 7 | Artwork | 5,000.00 | 4,850.00 | | 0.00 | FA |
| 8 | Pistol and ammunition<br>Abandoned per Notice, Docket # 155. | 450.00 | 450.00 | OA | 0.00 | FA |
| 9 | Everyday clothes, furs, leather coats, designer wear, shoes, and accessories | 10,000.00 | 9,500.00 | | 0.00 | FA |
| 10 | Everyday jewelry, costume jewelry, engagement ring, wedding ring, | 15,000.00 | 14,900.00 | | 0.00 | FA |
| 11 | Dog Shih-Tzu<br>Abandoned per Notice, Docket # 155. | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 12 | Cash | 150.00 | 0.00 | | 0.00 | FA |
| 13 | Checking account: Publix Credit Union | 200.00 | 0.00 | | 0.00 | FA |
| 14 | Savings account: Publix Credit Union | 200.00 | 0.00 | | 0.00 | FA |
| 15 | Alliance For Change Through Treatment, 95% ownership<br>Abandoned per Notice, Docket # 155. | 500,000.00 | 0.00 | OA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

| Case No.: | 18-55697-LRC | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | LANDRY, CASSANDRA JOHNSON | Date Filed (f) or Converted (c): | 09/14/2018 (c) |
| | | § 341(a) Meeting Date: | 11/27/2018 |
| For Period Ending: | 06/30/2020 | Claims Bar Date: | 05/20/2019 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | Attachment and Bonding Ctr of Atlanta, 95% ownership<br>Abandoned per Notice, Docket # 155. | 100,000.00 | 0.00 | OA | 0.00 | FA |
| 17 | Therapeutic Essentials, 0% ownership<br>Abandoned per Notice, Docket # 155. | 25,000.00 | 0.00 | OA | 0.00 | FA |
| 18 | Licensed Professional Counselor<br>Abandoned per Notice, Docket # 155. | 150.00 | 0.00 | OA | 0.00 | FA |
| 19 | 2016 State of Georgia already filed: State | 769.00 | 769.00 | | 0.00 | FA |
| 20* | Insurance Policy: Farmers New World: Beneficiary: Ivy T Landry (See Footnote) | 75,000.00 | 75,000.00 | | 0.00 | FA |
| 21* | Insurance Policy: Northwestern Mutual: Beneficiary Ivy T Landry (See Footnote) | 100,000.00 | 100,000.00 | | 33,867.62 | FA |
| 22* | Northwestern Mutual - Variable Annuity (See Footnote) | 100,000.00 | 100,000.00 | | 83,001.16 | FA |
| 23 | ADVERSARY PROCEEDING NO. 19-5218-LRC. Cassandra Johnson Landry V. H&R BLOCK MORTGAGE LLC, MORTGAGE ELECTRONIC SYSTEMS, OPTION ONE MORTGAGE, OCWEN LOAN, SERVICING, LLC, PHH MORTGAGE SERVICES, DEUTSCHE BANK NATIONALTRUST COMPANY (u)<br>Notice of abandonment filed on 12/5/19, Dkt # 237. | 85,000,000.00 | 0.00 | OA | 0.00 | FA |
| 24 | 3 auto accident claims (u)<br>Notice of abandonment filed on 12/5/19, Dkt # 237. | Unknown | 0.00 | OA | 0.00 | FA |
| 25 | Potential Claim against Family and Children Services (u)<br>Notice of abandonment filed on 12/5/19, Dkt # 237. | Unknown | 0.00 | OA | 0.00 | FA |
| 26 | Potential Claim for investigation of Modified Transcripts for DHR Administrative Services which caused Petitioner to loose case which led to the non-filing of $30 million dollar lawsuit by Dorian Murry Esq who represented agency. (u)<br>Notice of abandonment filed on 12/5/19, Dkt # 237. | Unknown | 0.00 | OA | 0.00 | FA |
| **26** | **Assets     Totals     (Excluding unknown values)** | **$86,433,719.00** | **$317,796.83** | | **$116,868.78** | **$0.00** |

RE PROP# 20   Trustee filed an objection to Debtor's claimed exemption of $75k. Per letter from Farmers New World, policy is no longer in force and has no net cash value.

RE PROP# 21   Trustee filed an objection to Debtor's claimed exemption of $100k.

RE PROP# 22   Trustee filed an objection to Debtor's claimed exemption of $100k.

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Page: 1-3

| | |
|---|---|
| **Case No.:** 18-55697-LRC | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** LANDRY, CASSANDRA JOHNSON | **Date Filed (f) or Converted (c):** 09/14/2018 (c) |
| | **§ 341(a) Meeting Date:** 11/27/2018 |
| **For Period Ending:** 06/30/2020 | **Claims Bar Date:** 05/20/2019 |

**Major Activities Affecting Case Closing:**

The case was originally filed as a Chapter 13 case on 4/3/18.  It was converted to Chapter 7 on 9/14/18.  The two previous Chapter 7 Trustees rejected their appointment. Trustee was appointed on 10/24/18.

The Trustee has received the proceeds from the liquidation of a variable annuity and life insurance policy at Northwestern Mutual. The Trustee intends to file objections to certain claims. Upon resolution of the claim issues the Trustee will submit his Trustee's Final Report.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 06/30/2021 | **Current Projected Date Of Final Report (TFR):** 06/30/2021 |

07/30/2020
Date

/s/S. Gregory Hays
S. Gregory Hays

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 18-55697-LRC | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | LANDRY, CASSANDRA JOHNSON | | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***8877 | | Account #: | ******0309 Checking |
| For Period Ending: | 06/30/2020 | | Blanket Bond (per case limit): | $30,203,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/11/20 | {22} | Northwestern Mutual | Annuity # xxxx8418 Surrender | 1129-000 | 83,001.16 | | 83,001.16 |
| 06/16/20 | {21} | Northwestern Mutual | Net surrender value of policy # xxxx6500 | 1129-000 | 33,867.62 | | 116,868.78 |
| 06/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 103.05 | 116,765.73 |
| | | | **COLUMN TOTALS** | | 116,868.78 | 103.05 | $116,765.73 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 116,868.78 | 103.05 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $116,868.78 | $103.05 | |

{ } Asset Reference(s)                                                                                                            ! - transaction has not been cleared

**Form 2**

Page: 2-2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 18-55697-LRC | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | LANDRY, CASSANDRA JOHNSON | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***8877 | **Account #:** | ******0309 Checking |
| **For Period Ending:** | 06/30/2020 | **Blanket Bond (per case limit):** | $30,203,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $116,868.78 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $116,868.78 |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---:|---:|---:|
| ******0309 Checking | $116,868.78 | $103.05 | $116,765.73 |
| | $116,868.78 | $103.05 | $116,765.73 |