UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-55697-LRC |
| | ) | |
| CASSANDRA JOHNSON LANDRY, | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| S. GREGORY HAYS, Trustee of the Estate of Cassandra Johnson Landry, | ) | CONTESTED MATTER |
| | ) | |
| Objector, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGIA DEPARTMENT OF COMMUNITY HEALTH, | ) | |
| | ) | |
| Claimant. | ) | |

**NOTICE OF REQUIREMENT OF RESPONSE TO OBJECTION TO PROOF OF CLAIM NO. 20-1 FILED BY GEORGIA DEPARTMENT OF COMMUNITY HEALTH, OF DEADLINE FOR FILING RESPONSE, AND OF HEARING**

**PLEASE TAKE NOTICE** that S. Gregory Hays, Trustee for the estate of Cassandra Johnson Landry, Debtor, has filed an Objection to the above-referenced claim seeking an order to disallow it in its entirety for purposes of distribution.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the relief requested, or if you want the court to consider your views, then on **or before September 25, 2020,** you or your attorney must:

(1)   File with the court a written response, explaining your positions and views as to why your claim should be allowed as filed. The written response must be filed at the following address:

15053388v1

Clerk, United States Bankruptcy Court
1340 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will **actually receive** it on or before the date stated above.

(2)  Mail or deliver a copy of your written response to the Objector's attorney at the address stated below. You must attach a Certificate of Service to your written response stating when, how, and on whom (including addresses) you served the response.

If you or your attorney file a timely response, then a hearing will be held in **Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia at 10:15 a.m. on October 1, 2020.** You or your attorney must attend the hearing and advocate your position. *However, given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.*

Dated: August 26, 2020                     HERBERT C. BROADFOOT II, P.C.

By:/s/ *Herbert C. Broadfoot II*
Herbert C. Broadfoot II, Ga. Bar No. 083750
2964 Peachtree Road, N.W.
Suite 555
Atlanta, Georgia 30305
(404) 926-0058
bert@hcbroadfootlaw.com

*Attorney for Trustee*

2

15053388v1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 18-55697-LRC |
| ) | |
| CASSANDRA JOHNSON LANDRY, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| ) | |
| S. GREGORY HAYS, Trustee of the Estate of ) | CONTESTED MATTER |
| Cassandra Johnson Landry, ) | |
| ) | |
| Objector, ) | |
| ) | |
| v. ) | |
| ) | |
| GEORGIA DEPARTMENT OF COMMUNITY ) | |
| HEALTH, ) | |
| ) | |
| Claimant. ) | |

**OBJECTION TO PROOF OF CLAIM NO. 20-1 FILED BY
GEORGIA DEPARTMENT OF COMMUNITY HEALTH**

COMES NOW S. Gregory Hays, the Chapter 7 Trustee herein ("**Trustee**") and objects to Proof of Claim No. 20-1 filed by Georgia Department of Community Health ("**DCH**" or "**Claimant**"), by showing the Court as follows:

1.

Cassandra Johnson Landry (the "**Debtor**") filed a voluntary petition for relief under Chapter 13 of Title 11 U.S.C. on April 3, 2018 (the "**Petition Date**"), thereby initiating Case No. 18-55697-

3

15053388v1

LRC (the "**Case**"). On September 13, 2018, Debtor voluntarily converted her Case from Chapter 13 to Chapter 7.

2.

Shortly thereafter, Trustee was appointed to the Case as the Chapter 7 trustee, pursuant to 11 U.S.C. § 701(a)(1).

3.

All creditors were notified that May 20, 2019, was the last day to file proofs of claim in this Case in order to participate in any distribution.

4.

On September 19, 2018, Claimant filed Claim No. 20-1 (the "**Claim**") in the amount of $42,634.37. The basis of the Claim is "Medicaid Claims Adjustments and Audit Finding; Manual 1-106 L&M".

5.

Claim 20-1 alleges a right to "Recoup against A/R of Alliance For Change Through Treatment, LLC."

6.

The Trustee has recovered no funds from Alliance For Change Through Treatment LLC ("**Alliance**") and has abandoned his interest in Alliance pursuant to Notice filed February 15, 2019. [Doc 155].

7.

The Claimant has attached no documentation other than a brief listing of "AR Amounts." The Claim fails to state a basis for allowance against the bankruptcy estate of Debtor..

4

WHEREFORE, Trustee respectfully requests that the Court:

a) Disallow Claim No. 20-1 in its entirety; and

b) Grant such other and further relief as the Court may deem just and proper.

Respectfully submitted, this 26th day of August, 2020.

**HERBERT C. BROADFOOT II, P.C.**

By:/s/ *Herbert C. Broadfoot II*
Herbert C. Broadfoot II, Ga. Bar No. 083750
2964 Peachtree Road, N.W.
Suite 555
Atlanta, Georgia 30305
(404) 926-0058
bert@hcbroadfootlaw.com

*Attorney for Trustee*

15053388v1

## CERTIFICATE OF SERVICE

This is to certify that I, Herbert C. Broadfoot II, am over the age of 18 and that I have this day served a true and correct copy of the foregoing *Notice Of Requirement Of Response To Objection To Proof Of Claim No. 20-1 Filed By Georgia Department of Community Health, Of Deadline For Filing Response, And Of Hearing* and *Objection To Proof Of Claim No. 20-1 Filed By Georgia Department of Community Health* by first class mail on those persons or entities set forth below at the address stated:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Georgia Department of Community Health
2 Peachtree Street, NW
40th Floor
Atlanta, GA 30303

Whitney Groff
Assistant Attorney General
Office of the Georgia Attorney General
40 Capitol Sq. SW
Atlanta, GA 30334

This 26th day of August, 2020.

/s/ Herbert C. Broadfoot II
Herbert C. Broadfoot II
Georgia Bar No. 083750

15053388v1