**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**

# REQUEST FOR CHANGE OF ADDRESS

CASE NAME: Cassandra Johnson Landry

CASE NO. 18-55697-lrc    JUDGE Lisa Ritchey Craig    CHAPTER 7

CHANGE FOR

DEBTOR _____    CREDITOR _____    ATTORNEY  XX    (for) Debtor _____
                                                        Creditor XX
                                         Natchez Trace Homeowners Association, Inc.

NOTE: (For Attorneys Only) IF MORE THAN ONE CASE, PLEASE ATTACH LIST.

EFFECTIVE DATE OF CHANGE: 6-30-2020

BAR I.D. NUMBER: 190111

NAME: G. Lanier Coulter, Jr.
(Please Print)

NEW ADDRESS:
Coulter & Sierra, LLC
1770 Indian Trail Road, Suite 440
Norcross, GA  30093
404-554-2071
(Telephone Number)

************************************************************

NAME: G. Lanier Coulter, Jr.

OLD ADDRESS:
Coulter & Sierra, LLC
2800 Century Parkway Suite 275
Atlanta, GA  30345

THIS CHANGE OF ADDRESS WAS FURNISHED BY: G. Lanier Coulter, Jr.

DATE: 8-29-2020

F65 (change.add) 1/95