## CHANGE OF MAILING ADDRESS

TO: UNITED STATES BRC

FROM: CASSANDRA JOHNSON-LANDRY

BRC CASE NUMBER: 18-55697 LRC

DATE: 9/30/20

*Filed in U.S. Bankruptcy Court*
*Atlanta, Georgia*
*SEP 30 2020*
*By: M. Regina Thomas, Clerk*

TEMPORARILY ALL MAIL IS REQUESTED TO BE MAILED ONLY TO CURRENT P.O. BOX ON FILE.

CASSANDRA JOHNSON-LANDRY

P.O BOX 1275

GRAYSON, GEORGIA 30017

678.860.3621

CJLANDRY1967@GMAIL.COM

PLEASE REMOVE 869 NATCHEZ VALLEY TRACE, GRAYSON, GEORGIA 30017 AND 669 NATCHEZ VALLEY TRACE, GRAYSON, GEORGIA 30017 AS DEBTOR'S PHYSICAL MAILING ADDRESS DUE TO LIQUIDATION OF DEBTOR'S HOME.

PLEASE NOTE DEBTOR IS TEMPORARILY TRANSIENT AND RESIDING AT A TEMPORARY ADDRESS.

S/Cassandra Johnson-Landry, PRO SE

CASSANDRA JOHNSON-LANDRY

678.860.3621