UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| CASSANDRA JOHNSON -LANDRY | ) |  |
| DEBTOR | ) | CASE NUMBER 18-55697LRC |
|  | ) |  |
|  | ) | CHAPTER 7 |

*Filed in U.S. Bankruptcy Court Atlanta, Georgia SEP 30 2020*

MOTION: CORRECTION OF ABANDONMENT SUBMITTED ON 2/15/2019

Debtor currently requests correction regarding Abandonment List submitted by Trustee, S. Gregory Hays on 2/15/20019. Trustee listed Attachment and Bonding Center of Atlanta without recognizing it being a Limited Liability Company. Please note Debtor identified Trustee's oversight as the result of being contacted in regards to outstanding money which is owed to the Attachment and Bonding Center of Atlanta recently. Debtor is sure this was in error on Trustee's behalf.

Respectfully Submitted.

9/30/2020

*s/Cassandra Johnson-Landry*

Cassandra Johnson-Landry, Pro Se

# EXHIBIT A

# STATE OF GEORGIA
## Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

**ANNUAL REGISTRATION**

*Electronically Filed*
Secretary of State
Filing Date: 4/2/2018 12:09:34 AM

### BUSINESS INFORMATION
| | |
|---|---|
| CONTROL NUMBER | 0241437 |
| BUSINESS NAME | ATTACHMENT & BONDING CENTER OF ATLANTA, LLC |
| BUSINESS TYPE | Domestic Limited Liability Company |
| EFFECTIVE DATE | 04/02/2018 |

### PRINCIPAL OFFICE ADDRESS
| | |
|---|---|
| ADDRESS | 3548 HABERSHAM AT NORTHLAKE, BUILDING F, TUCKER, GA, 30084-4009, USA |

### REGISTERED AGENT'S NAME AND ADDRESS
| NAME | ADDRESS |
|---|---|
| CASSANDRA JOHNSON-LANDRY | 869 Natchez Valley Trace, Gwinnett, Grayson, GA, 30017, USA |

### AUTHORIZER INFORMATION
| | |
|---|---|
| AUTHORIZER SIGNATURE | Cassandra Johnson Landry |
| AUTHORIZER TITLE | Organizer |

# EXHIBIT B

# STATE OF GEORGIA

## Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

**Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 04/15/2019 10:51:23

### BUSINESS INFORMATION

| | |
|---|---|
| **BUSINESS NAME** | : ATTACHMENT & BONDING CENTER OF ATLANTA, LLC |
| **CONTROL NUMBER** | : 0241437 |
| **BUSINESS TYPE** | : Domestic Limited Liability Company |

### BUSINESS INFORMATION CURRENTLY ON FILE

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 3548 HABERSHAM AT NORTHLAKE, BUILDING F, TUCKER, GA, 30084-4009, USA |
| **REGISTERED AGENT NAME** | : CASSANDRA JOHNSON-LANDRY |
| **REGISTERED OFFICE ADDRESS** | : 869 Natchez Valley Trace, Grayson, GA, 30017, USA |
| **REGISTERED OFFICE COUNTY** | : Gwinnett |

### UPDATES TO ABOVE BUSINESS INFORMATION

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 869 natchez valley trace, BUILDING F, Grayson, GA, 30017-4009, USA |
| **REGISTERED AGENT NAME** | : CASSANDRA JOHNSON-LANDRY |
| **REGISTERED OFFICE ADDRESS** | : 869 Natchez Valley Trace, Grayson, GA, 30017, USA |
| **REGISTERED OFFICE COUNTY** | : Gwinnett |

### AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | : cassandra johnson-landry |
| **AUTHORIZER TITLE** | : Organizer |

# UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA

## CERTIFICATE OF SERVICE

I **CASSANDRA JOHNSON-LANDRY**, currently submit **MOTION: CORRECTION OF ABANDONMENT SUBMITTED ON 2/15/2019,** Copies of submitted Motion and Certificate are requested to be submitted to BRC Matrix/Mailing List.

**Respectfully Submitted.**

9/30/2020

*s/Cassandra Johnson-Landry*

Cassandra Johnson-Landry, Pro Se