**IT IS ORDERED as set forth below:**

**Date: October 22, 2020**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **CASE NUMBER** |
| | : | |
| CASSANDRA JOHNSON LANDRY, | : | 18-55697-LRC |
| | : | |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

## ORDER

On February 5, 2019, S. Gregory Hays (the "Trustee"), the Chapter 7 Trustee, filed a notice of proposed abandonment of Attachment and Bonding Center of Atlanta ("ABCA") (Doc. 155) (the "Notice"). On September 30, 2020, Debtor filed a Motion for Correction (Doc. 316) (the "Motion"). In the Motion, Debtor notes that the Notice proposes to abandon ABCA without noting that it is a limited liability company.

The Court finds that the reference to ABCA was sufficient to put all parties on notice

of the Trustee's intent to abandon the bankruptcy estate's interest in ABCA and, therefore,

IT IS ORDERED that the Notice is deemed corrected to reflect that the Trustee has abandoned the bankruptcy estate's interest in ABCA.

**END OF DOCUMENT**

**Distribution List**

Cassandra Johnson Landry
P.O. Box 1275
Grayson, GA 30017

Herbert C. Broadfoot, II
Herbert C. Broadfoot II, PC
Buckhead Centre - Suite 555
2964 Peachtree Road, NW
Atlanta, GA 30305

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305