**IT IS ORDERED as set forth below:**



Date: October 22, 2020

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge
Signed as Revised by the Court**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>CASSANDRA JOHNSON LANDRY AKA CASSANDRA LANDRY,<br>         Debtor. | CASE NO. 18-55697-lrc<br><br>CHAPTER:  7<br><br>JUDGE:  HONORABLE LISA RITCHEY CRAIG |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2006-OPT2, MORTGAGE-PASS-THROUGH CERTIFICATES, SERIES 2006-OPT2,<br>         Movant,<br>v.<br><br>CASSANDRA JOHNSON LANDRY, Debtor,<br>S. GREGORY HAYS, Trustee,<br>         Respondent(s). | CONTESTED MATTER |

<u>ORDER GRANTING MOTION FOR RELIEF FROM STAY (#38)</u>

The above styled Motion was called for hearing on October 1, 2020 upon Notice of Hearing to each of the above-captioned parties in interest.  Movant asserts that the parties were properly

served. Present were Debtor, Cassandra Johnson Landry who opposed the Motion and Bryce Noel, attorney for Movant. Upon consideration of the record and the argument of the parties:

IT IS HEREBY ORDERED that the 11 USC §362(a) automatic stay is modified for Movant herein, its successors and assigns, regarding the real property commonly known as 1440 Highland Lake Dr Lawrenceville, GA 30045-8272.

FURTHER ORDERED that Movant, its successors and assigns, may assert its rights in accordance with applicable nonbankruptcy law, including, but not limited to, the institution and completion of foreclosure proceedings, the collection of reasonable fees, and may assert all of its respective rights and remedies under applicable law, as to its collateral.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds which may be in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State law, shall be paid to the Trustee for the benefit of the Estate.

FURTHER ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are waived.

[END OF DOCUMENT]

DRAFT PREPARED AND PRESENTED BY:

/s/ *Brian K. Jordan*
Brian K. Jordan, Bar No.: 113008
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: bjordan@aldridgepite.com

DISTRIBUTION LIST

Cassandra Johnson Landry
P.O. Box 1275
Grayson, GA 30017

Cassandra Johnson Landry
869 Natchez Valley Trace
Grayson, GA 30017


S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

ALDRIDGE PITE, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305