**IT IS ORDERED as set forth below:**

**Date: December 8, 2020**



_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **CASE NUMBER** |
| | : | |
| CASSANDRA JOHNSON LANDRY, | : | 18-55697-LRC |
| | : | |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

**ORDER**

On February 5, 2019, S. Gregory Hays (the "Trustee"), the Chapter 7 Trustee, filed a notice of proposed abandonment of Alliance for Change Through Treatment, LLC ("ACTT") (Doc. 155) (the "Notice"). On November 3, 2020, Debtor filed a Motion for Correction (Doc. 321) (the "Motion"). In the Motion, Debtor asserts that the Notice proposes to abandon ACTT without noting that it is a limited liability company.

The Court finds that the reference to ACTT in the Notice clearly stated that ACTT

is a limited liability company rather than a sole proprietorship and, therefore, was sufficient to put all parties on notice of the Trustee's intent to abandon the bankruptcy estate's interest in ACTT.   Therefore,

IT IS ORDERED that the Motion is **DENIED**.

## END OF DOCUMENT

**Distribution List**

Cassandra Johnson Landry
P.O. Box 1275
Grayson, GA 30017

Herbert C. Broadfoot, II
Herbert C. Broadfoot II, PC
Buckhead Centre - Suite 555
2964 Peachtree Road, NW
Atlanta, GA 30305

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305