UNITED STATED BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

*Filed in U.S. Bankruptcy Court*
*Atlanta, Georgia*
*JAN 26 2021*
*M. Regina Thomas, Clerk*
*By: [signature] Deputy Clerk*

IN THE MATTER OF:              *     CASE NUMBER 18-55697-LRC
                               *
CASSANDRA JOHNSON-LANDRY       *     CHAPTER 7
                               *

OBJECTION TO ORDER DATED DECEMBER 8, 2020
(REF:44406000697019)

    Debtor will refer to this Objection to Order per reference number at footer as the "ORDER" has no reference number in header (REF:44406000697019). Debtor also received this "ORDER on January 24, 2021. Debtor knows delayed mailing was intentional as it occurs often. (EXHIBIT A)

    On February 5, 2019, S. Gregory Hays (the "Trustee"). The Chapter 7 Trustee DID NOT file a proposed abandonment of Alliance for Change Through Treatment LLC. (EXHIBIT B). This was not a typing error. In fact, THE TRUSTEE abandoned one of Debtor's Real Properties and listed an incorrect address as a tactic to illegally assist in the removal of Debtor's home at 869 Natchez Valley Trace, Grayson Ga, which has excessive mortgage fraud and of course was abandoned by Trustee. Currently, Debtor is temporarily displaced and has contracted the Coronavirus from others in Debtor's temporary placement. Because of GREED Debtor's life is at risk.

    The Trustee 7 Abandonment was submitted on February 15, 2019 NOT February 5, 2019. AGAIN, this date was NOT an ERROR. Ironically, an Order was granted on February 4, 2019, which was a DAY Prior to the Incorrect Date of February 5, 2019 to cover the illegal possession of:

    A. 3554- 3556 Habersham at Northlake Bldg. H, Tucker, Georgia 30084

    The above Commercial Property was thought to have been purchased by Alliance for Change Through Treatment LLC.

1

Further derailment utilizing the status of Sole Proprietorship. Apparently, the Chapter 7 "Trustee" was unaware of an in-depth investigation and its findings. The above commercial properties were sold to his colleagues. It was discovered neither building was ever purchased, both were leased, 3554-3556 Habersham at Northlake, Bldg. H was paid utilizing agency funds which was transferred by Debtor's previous business partner for the purchase of another commercial property and payment of Condo Dues, unbeknownst to Debtor, which should have never been paid, based on the buildings never being purchased. Building H was illegally given/stolen to Allen, Gregory, and Gordon. Later sold to Roundtree, Lietman and Klein and sold to King Group Management and Sukhmani Investments. Both Law firms benefitted financially in addition to others. Neil Gordon was the assigned Debtor's Trustee. Neil Gordon Esq. voluntarily dismissed himself as Trustee due to KNOWING he was in illegal possession of 3554-3556 Habersham at Northlake Bldg. H, Tucker, Ga 30084.

In addition, there was a second Commercial Property stolen which was also abandoned by the Trustee, S. Gregory Hays. Unlike 3554-3556 Habersham at Northlake Bldg. H, 3547 Habersham at Northlake Bldg. F. appeared to have been purchased utilizing several SBA Loans. Taken out by Debtor's previous business partner, unbeknownst to Debtor. Debtor's previous business partner and others appeared to have obtained illegal loans utilizing Debtor's Credit and forgery of Debtor's signature. Money was paid for a lease of 3547 Habersham at Northlake bldg. F. Debtor was illegally evicted from 3547 Habersham at Northlake, Bldg. F. by Judge Nora Polk from the Dekalb County Magistrate Court, Dekalb County Georgia (EXHIBIT C) assigned Attorney was Gregory Taube Esq with Nelson Mullins.

3547 Habersham at Northlake was acknowledged by Phyllis Williams. Dekalb Magistrate Judge to have been foreclosed on 4 times within 90 days. Apparently, she was not a part of the circle who participated in this illegal act initially. Illegal Condo Dues for both buildings were being paid to the Habersham Association of Northlake in the amount of 1100.00 per bldg. monthly, which was a factor leading Debtor into Bankruptcy. (EXHIBIT D). Debtor also received returned mail for 3547 Habersham at Northlake stating the address never existed.

Unbeknownst to Debtor, recently obtained documentation verifying the Debtor's previous Business Partner's collaboration with a group of individuals such as Real Estate Brokers, Attorneys and others who were paid to assist him with obtaining SEVERAL SBA LOANS. Based on uncovered documents these loans were split and individually pocketed. Furthermore, Debtor's personal information such as SS Number, Credit Information and more were utilized to not only obtain SBA Loans, but Residential loans also. Debtor's previous business partner and others appeared to have walked away with undisclosed AMOUNTS OF MONEY. Debtor has reported this same information to governmental agencies numerous times, but there is continuous interference, Debtor feels by Court officials based on their relationships with Creditors such as Lending Institutions.

2

The Chapter 7 Trustee was FULLY aware of this activity but, appeared to have been compensated to gain all real properties both Commercial and Personal back into unclean hands, for them to avoid Legal Prosecution. It is easier to make excuses to NOT investigate Fraud and Abandon Assets incorrectly for the purpose of greed. It is less work especially when color defines entitlement.

Also, the listing of potential claims regarding the UNCOVERED modification of a Federal Medicaid (DCH) Administrative Hearing transcripts by Debtor. The Hearing, which was a setup by others, as a way of ensuring Debtor's Mental Health Agency fail, in order to cover ALL illegal activity uncovered by Debtor, involving previous Business Partner. Debtor is labeled as the Scape Goat, losing all State and Government Contracts as the results of the Trustee NOT wanting to complete his duties such as investigation and the filing of Lawsuits, etc, The modification of transcripts causing Debtor's agency to not prevail and move forward with a scheduled 30-million-dollar lawsuit, which was under Alliance for Change through Treatment LLC. Debtor is aware of the above amount being collected in addition to:

- The money from the sale of both commercial properties referenced above, which was a Ponzi Scheme, in which Debtor was the victim. REQUESTED INVESTIGATION WAS DENIED.

The Trustee's approved Abandonment List should ALWAYS reflect the same name and spelling of each Abandonment on both the approved Abandonment list and on FORM 1 (Individual Estate Property Record and Report Asset Case Report (EXHIBIT E). If a company is NOT abandoned correctly on both the Abandonment List and FORM 1 such as eliminating the LLC., this refers to a different entity not a LLC or corporation, therefore not applicable.

It benefits all involved in the illegal obtaining of Debtor's Assets via abandonment. Money is paid to all involved via the back end which does raise a flag to theft being committed by court officials. A statement made to me by the Trustee's Attorney (HERBERT B, Esq and SAMANTHA T. Esq from Roundtree Leitman and Klein) after the Motion to Lift Stay on February 4, 2019, "This is why you need an Attorney as they continued to laugh". Debtor is currently Pro Se and AGAIN, has been black balled regarding obtaining attorney. You question why Debtor was Black Balled and could not obtain an attorney. It would TOTALLY disrupt the behaviors of those with UNCLEAN HANDS from increasing their wealth.

January 26, 2021

Cassandra Johnson-Landry, Pro Se
678.860.3621

## UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA

### CERTIFICATE OF SERVICE

I CASSANDRA JOHNSON-LANDRY, ATTEST TO BEING OVER THE AGE OF 18 YEARS. The current document: OBJECTION TO ORDER **IS REQUESTED TO BE SUBMITTED TO ALL REGISTERED INDIVIDUALS ON Debtor's Bankruptcy Matrix.**

January 26, 2021

*[signature]*

Cassandra Johnson-Landry, Pro Se
678.860.3621

# EXHIBIT A

**IT IS ORDERED as set forth below:**

Date: December 8, 2020

Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBER |
|---|---|---|
| CASSANDRA JOHNSON LANDRY, | : | 18-55697-LRC |
|  | : |  |
|  | : | IN PROCEEDINGS UNDER |
|  | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

### ORDER

On February 5, 2019, S. Gregory Hays (the "Trustee"), the Chapter 7 Trustee, filed a notice of proposed abandonment of Alliance for Change Through Treatment, LLC ("ACTT") (Doc. 155) (the "Notice"). On November 3, 2020, Debtor filed a Motion for Correction (Doc. 321) (the "Motion"). In the Motion, Debtor asserts that the Notice proposes to abandon ACTT without noting that it is a limited liability company.

The Court finds that the reference to ACTT in the Notice clearly stated that ACTT

is a limited liability company rather than a sole proprietorship and, therefore, was sufficient to put all parties on notice of the Trustee's intent to abandon the bankruptcy estate's interest in ACTT. Therefore,

IT IS ORDERED that the Motion is **DENIED**.

**END OF DOCUMENT**

**Distribution List**

Cassandra Johnson Landry
P.O. Box 1275
Grayson, GA 30017

Herbert C. Broadfoot, II
Herbert C. Broadfoot II, PC
Buckhead Centre - Suite 555
2964 Peachtree Road, NW
Atlanta, GA 30305

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

2

000696    44406000697019

# EXHIBIT B

| | | Whitney) |
|---|---|---|
| 02/19/2019 | 157 (1 pg) | Notice Setting Deadline to File Proofs of Claim. Service by BNC Proof of Claims due by 5/20/2019. (jlc) |
| 02/18/2019 | 156 (1 pg) | Chapter 7 Trustee's Report of Assets and Request to Set Claim Deadline Filed by S. Gregory Hays on behalf of S. Gregory Hays. (Hays, S.) |
| 02/15/2019 | 155 (2 pgs) | Trustee's Notice of Abandonment of Property 869 Natchez Valley Trace, Grayson, GA 30017; 2969 Sweetbriar Walk, Snellville, GA 30039; 1440 Highland Lake Drive, Lawrenceville, GA 30045; 2001 Mercedes 500CL; Pistol and ammunition; Dog, Shih-Tzu; Alliance for Change Through Treatment, LLC; Attachment and Bonding Center of Atlanta; Therapeutic Essentials Inc.; Licensed Professional Counselor Filed by S. Gregory Hays on behalf of S. Gregory Hays. (Hays, S.) |
| 02/14/2019 | 154 (3 pgs) | Notice of Conversion from Chapter 7 to Chapter 13 filed by Cassandra Johnson Landry . (aam) |
| 02/12/2019 | 153 (4 pgs) | Objection *of Chapter 7 Trustee to Exemptions* filed by Herbert C. Broadfoot II on behalf of S. Gregory Hays. (related document(s)1) (Broadfoot, Herbert) |
| 02/12/2019 | 152 (3 pgs) | Notice Rescheduling Hearing Filed by Brian K. Jordan on behalf of Deutsche Bank National Trust Company. Hearing to be held on 2/28/2019 at 10:00 AM in Courtroom 1204, Atlanta, (related document(s)38)(Jordan, |

# EXHIBIT C

6

IN THE MAGISTRATE COURT OF DEKALB COUNTY

STATE OF GEORGIA

READYCAP LENDING,

Plaintiff,

V.

ALLIANCE FOR CHANGE
THROUGH TREATMENT, LLC,

Defendants.

C.A.F.N.

18D46674A

### ORDER

The above-referenced matter came before the Court on Defendant's Writ of Supersedeas dated August 3, 2018, Defendant's Writ of Prohibition dated October 22, 2018, Defendant's Notice of Appeal to State Court dated October 29, 2018, and Defendant's Notice of her Superior Court Wrongful Foreclosure Complaint dated October 29, 2018.

Defendant's Writ of Supersedeas is dismissed. The remedy for appeal of the Final Order in the case was to file Notice of Appeal within seven days of the date of the order. Said order was signed July 30, 2018.

Defendant's Writ of Prohibition is dismissed. The Defendant argued the issue of subject matter jurisdiction and transfer in the Writ of Prohibition. The case is closed in Magistrate Court. Thus, those arguments are rendered moot. Furthermore, the Defendant has filed an action in Superior Court to address her claims of the real property.

The Defendant removed the case to Federal Court. However, the case was remanded back to Magistrate Court on September 6, 2018. The Writ of Possession was later signed on October 22, 2018, after both parties had notice and opportunity to be heard before the court again on October 22, 2018, at 1 pm in Courtroom 1200 C.


EXHIBIT C

Even if the Court considers Defendant's Notice of Appeal timely filed, the Defendant has failed to comply with the Final Order requiring payment of the judgment into the Court Registry and monthly rent thereafter. The Defendant has failed to tender payments in any amount.

After review of the Defendant's pending Superior Court Complaint, the Court finds no Lis Pendins, restraining orders, or other reasons as to why the Writ of Possession should not be executed. Thus, the Marshal is directed to execute the Writ of Possession in the above-referenced case.

SO ORDERED this 16th day of November, 2018

Nora Polk, JUDGE
MAGISTRATE COURT OF DEKALB COUNTY

 

## IN THE MAGISTRATE COURT OF DEKALB COUNTY

## STATE OF GEORGIA

READYCAP LENDING,

Plaintiff,

V.

ALLIANCE FOR CHANGE

THROUGH TREATMENT, LLC,

Defendants.

C.A.F.N.

18D46674A

### ORDER

The above-styled matter came before the Court on Plaintiff's Request to Proceed with Writ of Possession dated December 12, 2018, and Defendant's Response dated December 14, 2018. After review of said Request, Response, and the case file, it is hereby:

[ X ]   DENIED. After the issuance of this Court's November 16, 2018 Order, the Plaintiff removed a companion case between the parties to Federal Court (*See **Cassandra Landry-Johnson v. Ready Cap Lending, LLC, C.A.F.N. 18CV10510***) on November 28, 2018. As such, any action by this Court involving the subject matter of that case is stayed until the case is remanded back from Federal Court.

SO ORDERED this 18th day of December, 2018

Nora Polk, JUDGE
MAGISTRATE COURT OF DEKALB COUNTY

2018 DEC 19 AM 10: 22

# EXHIBIT D

| Date | Doc # | Description |
|---|---|---|
| 02/07/2019 | | [illegible — obscured] |
| [illegible] | | Statement [illegible] filed by Cassandra Johnson Landry. (hd) |
| 02/07/2019 | (1 pg) | Certificate of Mailing by BNC of Order on Motion for Relief from Stay. Notice Date 02/06/2019. (Admin.) (Entered: 02/07/2019) |
| 02/04/2019 | 144 (4 pgs) | Order GRANTING Motion for Relief from Stay of King Group Mgmt, LLC and Sukhmani Investments, LLC . (Related Doc 115 117)Service by BNC., Entered on 2/4/2019. (law) |
| 01/22/2019 | | Section 341(a) meeting held and concluded (lp) (Entered: 01/28/2019) |
| 01/22/2019 | 143 (8 pgs) | (Amended) Submission: Notice of Fraud, Intent to Commit Fraud Filed by Cassandra Johnson Landry . (related document(s)137)(aam) |
| 01/22/2019 | 142 (58 pgs) | Objection to Claim (Motion to Disallow Claim) of Creditor Georgia Department of Community Health, Filed in the amount of 42,634.37, Claim No. 20, with Certificate of Service. Responses due in 30 days, plus an additional three days, if served by mail or otherwise allowed under FRBP 9006(f). filed by Cassandra Johnson Landry . (hd) |
| 01/22/2019 | 141 (80 pgs) | Objection to Claim (Motion to Disallow Claim) of Creditor Woodbridge Mortgage Investment Fund, Filed in the amount of $0.00, |

# EXHIBIT E

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| CASSANDRA JOHNSON LANDRY, | : | CASE NO. 18-55697-LRC |
| | : | |
| Debtor. | : | |

### NOTICE OF ABANDONMENT OF CERTAIN PROPERTY OF THE ESTATE

**PLEASE TAKE** NOTICE that pursuant to 11 U.S.C. § 554(a) and Federal Rule of Bankruptcy Procedure 6007, S. Gregory Hays, Chapter 7 Trustee ("**Trustee**") for the above-captioned estate, proposes to abandon the following described property as burdensome, fully exempt with no equity, fully encumbered and/or of inconsequential value and benefit to Debtor's estate:

**869 Natchez Valley Trace, Grayson, GA 30017**
**2969 Sweetbriar Walk, Snellville, GA 30039**
**1440 Highland Lake Drive, Lawrenceville, GA 30045**
**2001 Mercedes 500CL**
**Pistol and ammunition**
**Dog, Shih-Tzu**
**Alliance for Change Through Treatment, LLC**
**Attachment and Bonding Center of Atlanta**
**Therapeutic Essentials Inc.**
**Licensed Professional Counselor**

**PLEASE TAKE FURTHER** NOTICE that any objections to this proposed abandonment must be filed with the Clerk of the United States Bankruptcy Court, 1340 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303 and served upon the Trustee at the

022406                             1510802242801 6

address shown below within fourteen (14) days from the date of service of this Notice. If no objection is filed, the proposed abandonment shall be effective as provided in Federal Rule of Bankruptcy Procedure 6007 without further notice, hearing or order of the Court. If an objection is timely filed, a hearing thereon will be scheduled with notice provided to the objecting party or parties, the Trustee, the U.S. Trustee, and the Debtor.

This 15th day of February, 2019.

/s/
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, GA 30305
(404) 926-0060

022406    15108022428016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| CASSANDRA JOHNSON LANDRY | : | CASE NO. 18-55697-LRC |
| | : | |
| Debtor. | : | |

## NOTICE OF ABANDONMENT OF CERTAIN
## PROPERTY OF THE ESTATE

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 554(a) and Federal Rule of Bankruptcy Procedure 6007, S. Gregory Hays, Chapter 7 Trustee ("Trustee") for the above-captioned estate, proposes to abandon the following described property as burdensome, fully exempt with no equity, and/or of inconsequential value and benefit to Debtor's estate:

> **Any and all claims, scheduled or unscheduled, referred to by Debtor in the attached "Motion For Request For Trustee Report" including without limitation personal injury claims** – ○ –
>
> **Any claim for damages arising from prepetition conduct by Defendants named in Adversary Proceeding No. 19-05218** – ○ –

**PLEASE TAKE FURTHER NOTICE** that any objections to this proposed abandonment must be filed with the Clerk of the United States Bankruptcy Court, 1340 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303 and served upon the Trustee at the address shown below within fourteen (14) days from the date of service of this Notice. If no objection is filed, the proposed abandonment shall be effective as provided in Federal Rule of Bankruptcy Procedure 6007 without further notice, hearing or order of the Court. If an objection is timely filed, a hearing thereon will be scheduled with notice provided to the objecting party or parties, the Trustee, the U.S. Trustee, and counsel to the Debtor.

This 5th day of December, 2019.

                                                                       /s/ S. Gregory Hays
                                                                      S. Gregory Hays
                                                                       Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW
Suite 555
Atlanta, GA 30305
(404) 926-0060

Case 18-55697-lrc    Doc 236    Filed 12/05/19    Entered 12/05/19 16:50:07    Desc Main
Document    Page 5 of 7

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case No.: 18-55697-LRC
Case Name: LANDRY, CASSANDRA JOHNSON

For Period Ending: 12/04/2019

Trustee Name: (300320) S. Gregory Hays
Date Filed (f) or Converted (c): 09/14/2018 (c)
§ 341(a) Meeting Date: 11/27/2018
Claims Bar Date: 05/20/2019

| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2969 Sweetbriar Walk, Snellville, GA 30039, Gwinnett County. One-half interest. Entire property value: $179,500. Abandoned per Notice, Docket # 155. | 89,750.00 | 0.00 | OA | 0.00 | FA |
| 2 | 1440 Highland Lake Dr, Lawrenceville, GA 30045, Gwinnett County. One-half interest. Entire property value: $313,500. Abandoned per Notice, Docket # 155. | 156,750.00 | 0.00 | OA | 0.00 | FA |
| 3 | 669 Natchez Valley Trace, Grayson, GA 30017, Gwinnett County. One-half interest. Entire property value: $444,600. Abandoned per Notice, Docket # 155. | 222,300.00 | 0.00 | OA | 0.00 | FA |
| 4 | 2001 Merce 500CL. Abandoned per Notice, Docket # 155. | 20,000.00 | 627.83 | OA | 0.00 | FA |
| 5 | Major Appliances, furniture, linens, china, and kitchenware | 8,500.00 | 7,500.00 | | 0.00 | 8,500.00 |
| 6 | radios, computer, printers, cellphone, media player | 3,500.00 | 3,200.00 | | 0.00 | 3,500.00 |
| 7 | Artwork | 5,000.00 | 4,850.00 | | 0.00 | 5,000.00 |
| 8 | Pistol and ammunition. Abandoned per Notice, Docket # 155. | 450.00 | 450.00 | OA | 0.00 | FA |
| 9 | Everyday clothes, furs, leather coats, designer wear, shoes, and accessories | 10,000.00 | 9,500.00 | | 0.00 | 10,000.00 |
| 10 | Everyday jewelry, costume jewelry, engagement ring, wedding ring. | 15,000.00 | 14,900.00 | | 0.00 | 15,000.00 |
| 11 | Dog Shih-Tzu. Abandoned per Notice, Docket # 155. | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 12 | Cash | 150.00 | 0.00 | | 0.00 | FA |
| 13 | Checking account: Publix Credit Union | 200.00 | 0.00 | | 0.00 | FA |
| 14 | Savings account: Publix Credit Union | 200.00 | 0.00 | | 0.00 | FA |
| 15 | Alliance For Change Through Treatment, 95% ownership. Abandoned per Notice, Docket # 155. | 500,000.00 | 0.00 | OA | 0.00 | FA |
| 16 | Attachment and Bonding Ctr of Atlanta, 95% ownership. Abandoned per Notice, Docket # 155. | 100,000.00 | 0.00 | OA | 0.00 | FA |
| 17 | Therapeutic Essentials, 0% ownership. Abandoned per Notice, Docket # 155. | 25,000.00 | 0.00 | OA | 0.00 | FA |
| 18 | Licensed Professional Counselor. Abandoned per Notice, Docket # 155. | 150.00 | 0.00 | OA | 0.00 | FA |
| 19 | 2016 State of Georgia already filed: State | 769.00 | 769.00 | | 0.00 | FA |