**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: LANDRY, CASSANDRA | § | Case No. 18-55697-LRC |
| JOHNSON | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 04/03/2018. The case was converted to one under Chapter 7 on 09/14/2018. The undersigned trustee was appointed on 10/24/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of     $      116,868.78

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 1,243.07 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 115,625.71 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/20/2019 and the deadline for filing governmental claims was 05/20/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,093.44. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $9,093.44, for a total compensation of $9,093.44[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $422.72 for total expenses of $422.72[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/14/2021

By: /s/ S. Gregory Hays
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 1

**Case No.:**   18-55697-LRC

**Case Name:**   LANDRY, CASSANDRA JOHNSON

**For Period Ending:**   01/14/2021

**Trustee Name:**   (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):**   09/14/2018 (c)

**§ 341(a) Meeting Date:**   11/27/2018

**Claims Bar Date:**   05/20/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2969 Sweetbriar Walk, Snellville, GA 30039, Gwinnett County<br>One-half interest. Entire property value: $179,500. Abandoned per Notice, Docket # 155. | 89,750.00 | 0.00 | OA | 0.00 | FA |
| 2 | 1440 Highland Lake Dr, Lawrenceville, GA 30045, Gwinnett County<br>One-half interest. Entire property value: $313,500. Abandoned per Notice, Docket # 155. | 156,750.00 | 0.00 | OA | 0.00 | FA |
| 3 | 869 Natchez Valley Trace, Grayson, GA 30017, Gwinnett County<br>One-half interest. Entire property value: $444,600. Abandoned per Notice, Docket # 155. | 222,300.00 | 0.00 | OA | 0.00 | FA |
| 4 | 2001 Mercedes 500CL<br>Abandoned per Notice, Docket # 155. | 20,000.00 | 627.83 | OA | 0.00 | FA |
| 5 | Major Appliances, furniture, linens, china, and kithenware | 8,500.00 | 7,500.00 | | 0.00 | FA |
| 6 | radios, computer, printers, cellphone, media player | 3,500.00 | 3,200.00 | | 0.00 | FA |
| 7 | Artwork | 5,000.00 | 4,850.00 | | 0.00 | FA |
| 8 | Pistol and ammunition<br>Abandoned per Notice, Docket # 155. | 450.00 | 450.00 | OA | 0.00 | FA |
| 9 | Everyday clothes, furs, leather coats, designer wear, shoes, and accessories | 10,000.00 | 9,500.00 | | 0.00 | FA |
| 10 | Everyday jewelry, costume jewelry, engagement ring, wedding ring, | 15,000.00 | 14,900.00 | | 0.00 | FA |
| 11 | Dog Shih-Tzu<br>Abandoned per Notice, Docket # 155. | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 12 | Cash | 150.00 | 0.00 | | 0.00 | FA |
| 13 | Checking account: Publix Credit Union | 200.00 | 0.00 | | 0.00 | FA |
| 14 | Savings account: Publix Credit Union | 200.00 | 0.00 | | 0.00 | FA |
| 15 | Alliance For Change Through Treatment, 95% ownership<br>Abandoned per Notice, Docket # 155. | 500,000.00 | 0.00 | OA | 0.00 | FA |
| 16 | Attachment and Bonding Ctr of Atlanta, 95% ownership<br>Abandoned per Notice, Docket # 155. | 100,000.00 | 0.00 | OA | 0.00 | FA |
| 17 | Therapeutic Essentials, 0% ownership<br>Abandoned per Notice, Docket # 155. | 25,000.00 | 0.00 | OA | 0.00 | FA |
| 18 | Licensed Professional Counselor<br>Abandoned per Notice, Docket # 155. | 150.00 | 0.00 | OA | 0.00 | FA |
| 19 | 2016 State of Georgia already filed: State | 769.00 | 769.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 2

Case No.:   18-55697-LRC

Case Name:   LANDRY, CASSANDRA JOHNSON

For Period Ending:   01/14/2021

Trustee Name:   (300320) S. Gregory Hays

Date Filed (f) or Converted (c):   09/14/2018 (c)

§ 341(a) Meeting Date:   11/27/2018

Claims Bar Date:   05/20/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20* | Insurance Policy: Farmers New World: Beneficiary: Ivy T Landry (See Footnote) | 75,000.00 | 75,000.00 | | 0.00 | FA |
| 21* | Insurance Policy:  Northwestern Mutual: Beneficiary Ivy T Landry (See Footnote) | 100,000.00 | 100,000.00 | | 33,867.62 | FA |
| 22* | Northwestern Mutual - Variable Annunity (See Footnote) | 100,000.00 | 100,000.00 | | 83,001.16 | FA |
| 23 | ADVERSARY PROCEEDING NO. 19-5218-LRC. Cassandra Johnson Landry V. H&R BLOCK MORTGAGE LLC, MORTGAGE ELECTRONIC SYSTEMS, OPTION ONE MORTGAGE, OCWEN LOAN, SERVICING, LLC, PHH MORTGAGE SERVICES, DEUTSCHE BANK NATIONALTRUST COMPANY (u)<br>Notice of abandonment filed on 12/5/19, Dkt # 237. | 85,000,000.00 | 0.00 | OA | 0.00 | FA |
| 24 | 3 auto accident claims (u)<br>Notice of abandonment filed on 12/5/19, Dkt # 237. | Unknown | 0.00 | OA | 0.00 | FA |
| 25 | Potential Claim against Family and Children Services  (u)<br>Notice of abandonment filed on 12/5/19, Dkt # 237. | Unknown | 0.00 | OA | 0.00 | FA |
| 26 | Potential Claim for investigation of Modified Transcripts for DHR Administrative Services which caused Petitioner to lose case which led to the non-filing of $30 million dollar lawsuit by Dorian Murry Esq who represented agency. (u)<br>Notice of abandonment filed on 12/5/19, Dkt # 237. | Unknown | 0.00 | OA | 0.00 | FA |
| 26 | Assets Totals (Excluding unknown values) | $86,433,719.00 | $317,796.83 | | $116,868.78 | $0.00 |

RE PROP# 20     Trustee filed an objection to Debtor's claimed exemption of $75k. Per letter from Farmers New World, policy is no longer in
              force and has no net cash value.

RE PROP# 21     Trustee filed an objection to Debtor's claimed exemption of $100k.

RE PROP# 22     Trustee filed an objection to Debtor's claimed exemption of $100k.

**Major Activities Affecting Case Closing:**

The case was originally filed as a Chapter 13 case on 4/3/18.  It was converted to Chapter 7 on 9/14/18.  The
two previous Chapter 7 Trustees rejected their appointment. Trustee was appointed on 10/24/18.

**Initial Projected Date Of Final Report (TFR):**   06/30/2021        **Current Projected Date Of Final Report (TFR):**   01/14/2021 (Actual)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 3

**Case No.:**  18-55697-LRC

**Case Name:**  LANDRY, CASSANDRA JOHNSON

**For Period Ending:**  01/14/2021

**Trustee Name:**  (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):**  09/14/2018 (c)

**§ 341(a) Meeting Date:**  11/27/2018

**Claims Bar Date:**  05/20/2019

| 01/14/2021 |
|---|
| Date |

| /s/S. Gregory Hays |
|---|
| S. Gregory Hays |

## Form 2

Exhibit B

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case No.: | 18-55697-LRC |
| Case Name: | LANDRY, CASSANDRA JOHNSON |
| Taxpayer ID #: | **-***8877 |
| For Period Ending: | 01/14/2021 |

| | |
|---|---|
| Trustee Name: | S. Gregory Hays (300320) |
| Bank Name: | East West Bank |
| Account #: | ******0309 Checking |
| Blanket Bond (per case limit): | $31,525,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/11/20 | {22} | Northwestern Mutual | Annuity # xxxx8418 Surrender | 1129-000 | 83,001.16 | | 83,001.16 |
| 06/16/20 | {21} | Northwestern Mutual | Net surrender value of policy # xxxx6500 | 1129-000 | 33,867.62 | | 116,868.78 |
| 06/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 103.05 | 116,765.73 |
| 07/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 192.85 | 116,572.88 |
| 08/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 180.11 | 116,392.77 |
| 09/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 198.45 | 116,194.32 |
| 10/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 185.71 | 116,008.61 |
| 11/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 179.24 | 115,829.37 |
| 12/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 203.66 | 115,625.71 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 116,868.78 | 1,243.07 | $115,625.71 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 116,868.78 | 1,243.07 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $116,868.78 | $1,243.07 | |

## Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page:  2

| | |
|---|---|
| **Case No.:** | 18-55697-LRC |
| **Case Name:** | LANDRY, CASSANDRA JOHNSON |
| **Taxpayer ID #:** | **-***8877 |
| **For Period Ending:** | 01/14/2021 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | East West Bank |
| **Account #:** | ******0309 Checking |
| **Blanket Bond (per case limit):** | $31,525,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $116,868.78 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $116,868.78 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0309 Checking | $116,868.78 | $1,243.07 | $115,625.71 |
| | **$116,868.78** | **$1,243.07** | **$115,625.71** |

| | |
|---|---|
| 01/14/2021 | /s/S. Gregory Hays |
| Date | S. Gregory Hays |

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

**Case: 18-55697-LRC**          **CASSANDRA J. LANDRY**

Claims Bar Date: 05/20/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | The Downs Homeowners Association, Inc. c/o Lazega & Johanson, LLC P.O. Box 250800 Atlanta, GA 30325 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 04/18/18 | | $2,911.35 $2,911.35 | $0.00 | $2,911.35 |
| | The Trustee did not administer the asset to which the creditor's lien attached. Therefore the Trustee will not be making a distribution on this claim. | | | | | |
| 7 | Wilmington Savings Fund Society, FSB c/o CARRINGTON MORTGAGE SERVICES, LLC BANKRUPTCY DEPARTMENT 1600 SOUTH DOUGLASS ROAD ANAHEIM, CA 92806 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 05/23/18 | | $199,596.30 $199,596.30 | $0.00 | $199,596.30 |
| | The Trustee did not administer the asset to which the creditor's lien attached. Therefore the Trustee will not be making a distribution on this claim. | | | | | |
| 8 | Deutsche Bank National Trust Company Ocwen Loan Servicing, LLC Attn: Bankruptcy Department PO Box 24605 West Palm Beach, FL 33416-4605 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 05/24/18 | | $281,001.85 $281,001.85 | $0.00 | $281,001.85 |
| | The Trustee did not administer the asset to which the creditor's lien attached. Therefore the Trustee will not be making a distribution on this claim. | | | | | |
| 10 | JPMorgan Chase Bank, NA Mail Code LA4-5555 700 Kansas Lane Monroe, LA 71203 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 06/07/18 | | $492,297.43 $492,297.43 | $0.00 | $492,297.43 |
| | The Trustee did not administer the asset to which the creditor's lien attached. Therefore the Trustee will not be making a distribution on this claim. | | | | | |

**UST Form 101-7-TFR (5/1/2011)**

Page: 2

## Exhibit C

## Analysis of Claims Register

Case: 18-55697-LRC                    CASSANDRA J. LANDRY

Claims Bar Date: 05/20/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 | JPMorgan Chase Bank, NA<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>06/07/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Claim withdrawn per docket # 35. See POC # 10. | | | | | |
| 17 | Wilmington Trust, NA<br>Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>06/12/18 | | $139,245.29<br>$139,245.29 | $0.00 | $139,245.29 |
| | The Trustee did not administer the asset to which the creditor's lien attached.  Therefore the Trustee will not be making a distribution on this claim. | | | | | |
| 18 | Veripro Solutions<br>PO Box 3572<br>Coppell, TX 75019<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>06/12/18 | | $64,540.89<br>$64,540.89 | $0.00 | $64,540.89 |
| | The Trustee did not administer the asset to which the creditor's lien attached.  Therefore the Trustee will not be making a distribution on this claim. | | | | | |
| 19 | Natchez Trace Homeowners Association, Inc.<br>G. Lanier Coulter<br>2800 Century Parkway, Ste. 275<br>Atlanta, GA 30345<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>06/13/18 | | $2,049.87<br>$2,049.87 | $0.00 | $2,049.87 |
| | The Trustee did not administer the asset to which the creditor's lien attached.  Therefore the Trustee will not be making a distribution on this claim. | | | | | |
| 25 | The Downs Homeowners Association, Inc.<br>c/o Lazega & Johanson, LLC<br>P.O. Box 250800<br>Atlanta, GA 30325<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>05/17/19 | | $2,911.35<br>$2,911.35 | $0.00 | $2,911.35 |
| | The Trustee did not administer the asset to which the creditor's lien attached.  Therefore the Trustee will not be making a distribution on this claim. Duplicate of POC # 1. Addressing duplication does not provide benefit to creditors. | | | | | |

**UST Form 101-7-TFR (5/1/2011)**

Page: 3

# Exhibit C

## Analysis of Claims Register

**Case: 18-55697-LRC**                    **CASSANDRA J. LANDRY**

Claims Bar Date: 05/20/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM1 | S. Gregory Hays 2964 Peachtree Road, NW, Ste. 555 Atlanta, GA 30305 <2100-000 Trustee Compensation> , 200 | Administrative 12/07/20 | | $9,093.44 $9,093.44 | $0.00 | $9,093.44 |
| ADM2 | S. Gregory Hays 2964 Peachtree Road, NW, Ste. 555 Atlanta, GA 30305 <2200-000 Trustee Expenses> , 200 | Administrative 12/07/20 | | $422.72 $422.72 | $0.00 | $422.72 |
| ADM3 | Herbert C. Broadfoot II, PC Buckhead Centre - Suite 555 2964 Peachtree Road, NW Atlanta, GA 30305 <3210-000 Attorney for Trustee Fees (Other Firm)> , 200 | Administrative 12/07/20 | | $23,775.00 $23,775.00 | $0.00 | $23,775.00 |
| 5 | Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 Amended to $0.00. POC 5-2. | Priority 05/09/18 | | $0.00 $0.00 | $0.00 | $0.00 |
| 23 | Cassandra Johnson Landry For Alliance For Change 869 Natchez Valley Trace Grayson, GA 30017 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 Claim disallowed per Order, Dkt # 324. | Priority 03/11/19 | | $42,634.37 $0.00 | $0.00 | $0.00 |
| 2 | Bureaus Investment Group Portfolio No 15 LLC c/o PRA Receivables Management, LLC PO Box 41021 Norfolk, VA 23541 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 04/25/18 | | $13,719.40 $13,719.40 | $0.00 | $13,719.40 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 4

# Exhibit C

## Analysis of Claims Register

**Case:** 18-55697-LRC                                    **CASSANDRA J. LANDRY**

Claims Bar Date: 05/20/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | Valeri Burnough<br>Delong Caldwell Bridgers Fitzpatrick & Benjamin<br>101 Marietta St, NW, Suite 3100<br>Atlanta, GA 30303<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br><br>04/27/18 | | $30,060.95<br><br>$30,060.95 | $0.00 | $30,060.95 |
| 4 | American Express National Bank<br>Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br><br>05/03/18 | | $13,312.03<br><br>$13,312.03 | $0.00 | $13,312.03 |
| 6 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br><br>05/21/18 | | $9,000.99<br><br>$9,000.99 | $0.00 | $9,000.99 |
| 9 | Quantum3 Group LLC<br>as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br><br>06/04/18 | | $182.60<br><br>$182.60 | $0.00 | $182.60 |
| 12 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br><br>06/11/18 | | $22,656.01<br><br>$22,656.01 | $0.00 | $22,656.01 |
| 13 | Bureaus Investment Group Portfolio No 15 LLC<br>Portfolio No 15 LLC c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br><br>06/11/18 | | $11,439.52<br><br>$11,439.52 | $0.00 | $11,439.52 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

**Case: 18-55697-LRC**                    **CASSANDRA J. LANDRY**

Claims Bar Date: 05/20/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 14 | CACH, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/11/18 | | $33,646.86<br>$33,646.86 | $0.00 | $33,646.86 |
| 15 | Woodbridge Mortgage Investment Fund 3A, LLC<br>1999 Avenue of the Stars<br>39th Floor<br>Los Angeles, CA 90067<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>Amended to $0.00. POC 15-2. | Unsecured<br>06/11/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 16 | Emory Eastside Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/12/18 | | $150.00<br>$150.00 | $0.00 | $150.00 |
| 20 | Georgia Department of Community Health<br>2 Peachtree Street, NW 40th Floor<br>Atlanta, GA 30303<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/19/18 | | $42,634.37<br>$42,634.37 | $0.00 | $42,634.37 |
| 21 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/28/19 | | $10,389.98<br>$10,389.98 | $0.00 | $10,389.98 |
| 22 | Alliance For Change Through Treatment LLC<br>3547 Habersham At Northlake Bldg. F<br>Tucker, GA 30084<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/12/19 | | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 6

## Exhibit C

## Analysis of Claims Register

**Case: 18-55697-LRC**                    **CASSANDRA J. LANDRY**

Claims Bar Date: 05/20/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | See POC # 22-2 | | | | | |
| 22-2 | Alliance For Change Through Treatment LLC C/o Cassandra Johnson-Landry P.O. Box 1275 Grayson, GA 30017 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/12/19 | | $375,000.00 $0.00 | $0.00 | $0.00 |
| | Claim disallowed per Order, Dkt # 324. | | | | | |
| 24 | Attachment and Bonding Ctr. Of Atlanta 3547 Habersham at Northlake Bldg. F Tucker, GA 30084 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/11/19 | | $0.00 $0.00 | $0.00 | $0.00 |
| | See POC # 24-2 | | | | | |
| 24-2 | Attachment and Bonding Ctr. Of Atlanta 3547 Habersham at Northlake Bldg. F Tucker, GA 30084 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/11/19 | | $2,247,000.00 $0.00 | $0.00 | $0.00 |
| | Claim disallowed per Order, Dkt # 324. | | | | | |
| | | | **Case Total:** | | **$0.00** | **$1,405,038.20** |

**UST Form 101-7-TFR (5/1/2011)**

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-55697-LRC
Case Name: CASSANDRA J. LANDRY
Trustee Name: S. Gregory Hays

**Balance on hand:**    $                115,625.71

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | JPMorgan Chase Bank, NA | 492,297.43 | 492,297.43 | 0.00 | 0.00 |
| 11 | JPMorgan Chase Bank, NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 | Wilmington Trust, NA | 139,245.29 | 139,245.29 | 0.00 | 0.00 |
| 18 | Veripro Solutions | 64,540.89 | 64,540.89 | 0.00 | 0.00 |
| 19 | Natchez Trace Homeowners Association, Inc. | 2,049.87 | 2,049.87 | 0.00 | 0.00 |
| 1 | The Downs Homeowners Association, Inc. | 2,911.35 | 2,911.35 | 0.00 | 0.00 |
| 25 | The Downs Homeowners Association, Inc. | 2,911.35 | 2,911.35 | 0.00 | 0.00 |
| 7 | Wilmington Savings Fund Society, FSB | 199,596.30 | 199,596.30 | 0.00 | 0.00 |
| 8 | Deutsche Bank National Trust Company | 281,001.85 | 281,001.85 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $                0.00
Remaining balance:    $                115,625.71

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 9,093.44 | 0.00 | 9,093.44 |
| Trustee, Expenses - S. Gregory Hays | 422.72 | 0.00 | 422.72 |
| Attorney for Trustee Fees (Other Firm) - Herbert C. Broadfoot II, PC | 23,775.00 | 0.00 | 23,775.00 |

Total to be paid for chapter 7 administrative expenses:    $                33,291.16
Remaining balance:    $                82,334.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

**UST Form 101-7-TFR(5/1/2011)**

Total to be paid for prior chapter administrative expenses:     $              0.00
Remaining balance:     $         82,334.55

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 5 | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 23 | Cassandra Johnson Landry For Alliance For Change | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims:     $              0.00
Remaining balance:     $         82,334.55

**UST Form 101-7-TFR(5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $187,192.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 44.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Bureaus Investment Group Portfolio No 15 LLC | 13,719.40 | 0.00 | 6,034.33 |
| 3 | Valeri Burnough | 30,060.95 | 0.00 | 13,221.97 |
| 4 | American Express National Bank | 13,312.03 | 0.00 | 5,855.14 |
| 6 | Midland Funding LLC | 9,000.99 | 0.00 | 3,958.98 |
| 9 | Quantum3 Group LLC | 182.60 | 0.00 | 80.31 |
| 12 | Bank of America, N.A. | 22,656.01 | 0.00 | 9,964.98 |
| 13 | Bureaus Investment Group Portfolio No 15 LLC | 11,439.52 | 0.00 | 5,031.54 |
| 14 | CACH, LLC | 33,646.86 | 0.00 | 14,799.18 |
| 15 | Woodbridge Mortgage Investment Fund 3A, LLC | 0.00 | 0.00 | 0.00 |
| 16 | Emory Eastside Medical Center | 150.00 | 0.00 | 65.98 |
| 20 | Georgia Department of Community Health | 42,634.37 | 0.00 | 18,752.23 |
| 21 | Bureaus Investment Group Portfolio No 15 LLC | 10,389.98 | 0.00 | 4,569.91 |
| 22 | Alliance For Change Through Treatment LLC | 0.00 | 0.00 | 0.00 |
| 22-2 | Alliance For Change Through Treatment LLC | 0.00 | 0.00 | 0.00 |
| 24 | Attachment and Bonding Ctr. Of Atlanta | 0.00 | 0.00 | 0.00 |
| 24-2 | Attachment and Bonding Ctr. Of Atlanta | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $    82,334.55
Remaining balance: $    0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

**UST Form 101-7-TFR(5/1/2011)**

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------|--------------------------|------------------|
|  | None |  |  |  |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**