UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| CASSANDRA JOHNSON LANDRY, | : | CASE NO. 18-55697-LRC |
| | : | |
| Debtor. | : | |

**APPLICATION BY TRUSTEE FOR COMPENSATION**

TO:  THE HONORABLE LISA RITCHEY CRAIG
     UNITED STATES BANKRUPTCY JUDGE

This Application of S. Gregory Hays, brought pursuant to Section 330 of the United States Bankruptcy Code, respectfully shows that he is the duly-appointed and qualified Trustee in Bankruptcy of the above-captioned Estate, that the assets of said Debtors have been liquidated, and that there came into the hands of the undersigned Trustee for disbursement the total sum of $116,868.78 of which $0.00 has been disbursed to the Debtor and the Trustee anticipates an additional $0.00 will be distributed to the Debtor.

In the administration of said Estate, your Applicant has performed those services required by a Trustee. This Application is for services rendered from October 24, 2018 through January 14, 2021. The statutory allowance is the sum of $9,093.44, and Applicant has heretofore received on his account compensation as Trustee in the sum of $0.00.

Your Applicant has not in any form or guise agreed to share the compensation for such services with any person not contributing thereto, or to share in the compensation of any person rendering services in this proceeding to which services Applicant has not contributed. Your Applicant has not entered into any agreement, written or oral, express or implied, with any other party in interest or any attorney of any other party in interest in this proceeding for the purpose of

fixing the amount of the fees or other compensation to be paid to any party in interest, or any attorney of any party in interest herein for services rendered in connection therewith.

On April 3, 2018 (the "**Petition Date**"), Cassandra Johnson Landry ("**Debtor**") filed a voluntarily petition under Chapter 13 of Title 11 of the United States Code (11 U.S.C. § 101, *et seq.*, as amended, is hereinafter referred to as the "**Bankruptcy Code**"), initiating Case No. 18-55697-lrc (the "**Bankruptcy Case**"). On September 14, 2018, the Bankruptcy Case was converted to one under Chapter 7 of the Bankruptcy Code. Trustee was ultimately appointed, and he remains, the duly acting Chapter 7 trustee in this Bankruptcy Case.

At the commencement of the Bankruptcy Case, the bankruptcy estate was created under 11 U.S.C. § 541(a), and it includes all Debtors' legal or equitable interests in property as of the commencement of the Bankruptcy Case and any interest in property that the bankruptcy estate acquires after commencement of the Bankruptcy Case.  11 U.S.C. § 541 (2014).

Trustee and his professionals have undertaken extensive investigation, identification, and recovery of interest in a certain whole life insurance policy and annuity contract, extensive investigation of Debtor's interest in certain real property and various claims asserted by Debtor, have taken such steps as deemed appropriate for administration and protection of the estate, and created an estate that totals approximately $115,000.

Trustee and his professional created this estate despite the Debtor's repeated efforts to disqualify the Trustee and his attorney and an attempt to reconvert and/or dismiss the Bankruptcy Case. Though this may appear to be a simple case based on the recoveries, the docket shows there were 234 docket entries since Trustee's appointment.

As said Trustee, your Applicant has or will pay in the final administration of the Bankruptcy Case out of his own funds expenses totaling $422.72, none of which have been repaid and for which he prays for reimbursement. Attached hereto marked as Exhibit "A" and incorporated herein by reference is an itemization of Trustee's expenses.

All required bankruptcy estate tax returns have been filed and the Trustee is proposing paying unsecured creditors a distribution of 44% on his Trustee Final Report.

WHEREFORE, S. Gregory Hays prays for such allowance for his services herein in the amount of $9,093.44 plus reimbursement of expenses in the amount of $422.72 and as the Court finds reasonable and just.

Respectfully submitted 15th day of January, 2021.

                                                             */s/ S. Gregory Hays*
                                                             S. Gregory Hays
Hays Financial Consulting, LLC           Chapter 7 Trustee
2964 Peachtree Rd, N.W, Ste 555
Atlanta, Georgia 30305
(404) 926-0060

# Hays Financial Consulting, LLC

2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

---

**Cassandra Johnson Landry**
**Case # 18-55697-LRC**

**For the Period from    10/24/2018  to  1/14/2021**

January 14, 2021

| Date | Description | Amount |
|---|---|---:|
| 1/10/2019 | Parking expenses | 7.00 |
| | Expense Report for mileage to courthouse. | 9.20 |
| 1/31/2019 | Postage | 0.47 |
| 12/31/2019 | Postage | 2.30 |
| 1/12/2021 | 2021 Bond fee | 46.31 |
| | Postage | 7.40 |
| 1/13/2021 | Case Closing Expenses: | 350.04 |
| | Copies NFR - 245 notices @ 6 pages @ $0.15 per copy - $220.50 | |
| | Postage NFR - 245 notices @ $0.51 per notice - $124.95 | |
| | Postage distribution checks - 9 checks @ $0.51 per check - $4.59 | |
| | **Total costs** | **$422.72** |