UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| CASSANDRA JOHNSON LANDRY, | : | CASE NO. 18-55697-LRC |
| | : | |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

This 2nd day of February, 2021.

                                                                           */s/ S. Gregory Hays*
                                                                           S. Gregory Hays
                                                                           Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, N.W
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

Case 18-55697-lrc    Doc 333-1    Filed 02/02/21    Entered 02/02/21 08:21:05    Desc
Certificate of Service    Page 2 of 10

**Exhibit "A"**

Macy's American Express
PO Box 9001108
Louisville, KY 40290-1108

Cogency Global Inc
Joan Wagner
10 East 40th Street
New York, NY 10016-0201

Grossman & Karaszewski PLLC
Attn William Grossman
5965 Transit Road Ste 500
East Amherst, NY 14051-1874

Brian K. Jordan
Aldridge Pite, LLP
3575 Piedmont Rd, N.E., Ste 500
Fifteen Piedmont Center
Atlanta, GA 30305

Judy Fitzgerald
GA Commissioner of BHDD
Two Peachtree St NW 24th Floor
Atlanta, GA 30303-3142

Delong, Caldwell, Bridges,
Fitzpatrick & Benjamin LLC
101 Marietta NW Ste 3100
Atlanta, GA 30303-2731

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Georgia Department of
Community Health
Benefit's Recovery Section
2 Peachtree Street, NW 40th Fl
Atlanta, GA 30303-3141

Valeri Burnough
Delong Caldwell Bridgers
Fitzpatrick & Benjamin
101 Marietta St, NW, Suite 3100
Atlanta, GA 30303-2731

Cb/VicScrt
PO Box 182789
Columbus, OH 43218-2789

Regency Mortgage
5395 Roswell Rd NE
Atlanta, GA 30342-1976

TMX FINANCE LLC
FORMERLY TITLEMAX
15 BULL STREET
SUITE 200
SAVANNAH, GA 31401-2686

Chicago Title Company
601 Riverside Ave
Jacksonville, FL 32204-2946

Chase Mortgage
PO Box 24696
Columbus, OH 43224

David S. Klein
Rountree Leitman & Klein, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329

The Downs Homeowners Assoc
c/o Community Mgmt Inc
2120 Hwy 81
Loganville, GA 30052-4331

GE Mortgage Insurance
150 Grossman Dr Suite 301
Braintree, MA 02184-4951

Synchrony Bank (Sam's Club)
Midland Funding
1355 Roswell Rd Ste 240
Marietta, GA 30062-3690

Valeri Burnough
7842 Clearview Cir
Riverdale, GA 30296

Attachment and Bonding Ctr.
Of Atlanta
3547 Habersham at Northlake
Bldg. F
Tucker, GA 30084-4001

Maury Cobb
Attorney at Law LLC
T-Mobile
301 Beacon Parkway W, Ste 100
Birmingham, AL 35209-3103

Gregory M. Taube
Nelson Mullins Riley
& Scarborough, LLP
201 17th Street, NW, Ste 1700
Atlanta, GA 30363-1099

Altisource Profolio Solutions
C/O Corporation Service Co.
40 Technology Parkway South
Norcross, GA 30092-2924

Veripro Solutions
PO Box 3572
Coppell, TX 75019-5538

Annette M Cowart 191199
Deputy Attorney General
456 Athens ST
Jefferson, GA 30549-1408

Jojo John
360 Brackin Trace
Grayson, GA 30017-4900

Jeffrey E Atkinson
c/o William Calvin Bomar
100 Galleria Pkwy SE
Atlanta, GA 30339-3165

Homeside Properties Inc
2555 Westside Parkway
Ste 600
Alpharetta, GA 30004-4191

Payne Richards & Associates
801 Pegasus Dr. Suite 101
Bakersfield, CA 93308

Amerigroup Corporation
C/O C T Corporation System
289 S Culver St
Lawrenceville, GA 30046-4805

| | | |
|---|---|---|
| Altisource Profolio Solutions<br>Sophie A Hubscher<br>1000 Abernathy Rd Ste 200<br>Atlanta, GA 30328-5604 | Michelle Townes<br>456 Athens St<br>Jefferson, GA 30549-1408 | Select Portfolio Services<br>PO Box 65450<br>Salt Lake City, UT 84165-0450 |
| Chase Card Services<br>PO Box 15298<br>Wilmington, DE 19850 | Aldrige Pite LLP<br>15 Piedmont Center<br>3575 Piedmont Rd NE<br>Atlanta, GA 30305-1623 | Dorough & Dorough<br>160 Clairemont Ave<br>Ste 630<br>Decatur, GA 30030-2534 |
| Ellice P. Martin, Secretary<br>GA Dept of Behavioral Health<br>Two Peachtree St NW 24th Floor<br>Atlanta, GA 30303-3142 | P Brian Campbell<br>Assistant Attorney General<br>456 Athens ST<br>Jefferson, GA 30549-1408 | Emory Eastside Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 |
| Advantage Collection Prof. LLC<br>P.O. Box 353<br>Cambridge, MN 55008-0353 | Ocwen Loan Svc/Option One<br>PO Box 24605<br>W. Palm Beach, FL 33416-4605 | Riverdale Funding<br>C/O Woodbridge Funding<br>12050 Ventura Blvd<br>Studio City, CA 91604-2638 |
| DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE<br>MS 777<br>O FALLON, MO 63368-2222 | Ardent Mortgage Company<br>2677 N. Main Street<br>Suite 140<br>Santa Ana, CA 92705-6659 | CACH LLC<br>Harold E. Scherr<br>300 Primera Blvd., #356<br>Lake Mary, FL 32746-2142 |
| Michelle Townes 714924<br>Assistant Attorney General<br>456 Athens ST<br>Jefferson, GA 30549-1408 | PNC Bank National Association Inc<br>300 Fifth Avenue<br>Pittsburgh, PA 15222-2401 | Tamera Bell<br>5220 North Somerset LN<br>Alpharetta, GA 30004-7419 |
| Lazega & Johanson LLC<br>Bradley W Griffin 746187<br>3520 Piedmont Rd NE<br>Atlanta, GA 30305-1512 | Forrestall CPA<br>5328 Lanier Islands Pkwy<br>Ste 201<br>Buford, GA 30518-9056 | CACH LLC<br>Resurgent Capital Services<br>PO Box 5235<br>Greenville, SC 29606 |
| PNC Bank NA Inc.<br>C/O Christi Davis<br>Board Secretary<br>300 Fifth Avenue<br>Pittsburgh, PA 15222-2401 | Resurgent Capital Services LLP<br>Freshview Solutions<br>PO Box 10497<br>Greenville, SC 29603-0497 | TitleMax Corporate Office<br>15 Bull Street<br>Savannah, GA 31401-2685 |
| CMIT Solutions of Atlanta<br>North Perimeter<br>1200 Abernathy Rd<br>Atlanta, GA 30328-5671 | Valeri Burnough<br>c/o Cassandra Johnson Landry<br>PO Box 1275<br>Grayson, GA 30017 | H & R BLOCK MORTGAGE<br>P.O. BOX 949<br>Orange, CA 92856-6949 |
| Cogency Global Inc<br>Axis Research<br>900 Old Roswell Lakes Pkwy<br>Roswell, GA 30076-8667 | Cogency Global Inc<br>Francis S. Halliman<br>900 Old Roswell Lakes Pkwy<br>Roswell, GA 30076-8667 | HomeBanc Mortgage<br>101 E. Kennedy Blvd<br>Ste 4100<br>Tampa, FL 33602-5164 |

| | | |
|---|---|---|
| G. Lanier Coulter Jr.<br>Coulter & Sierra, LLC<br>1770 Indian Trail Road<br>Suite 440<br>Norcross, GA 30093-2644 | Resurgent Capital Services<br>Cach, LLC<br>55 Beattie Pl Ste 110<br>Greenville, SC 29601-5115 | The Downs Homeowners Assoc, Inc.<br>c/o Lazega & Johanson, LLC<br>P.O. Box 250800<br>Atlanta, GA 30325-1600 |
| Andrew Houston McCullen<br>Aldridge Pite LLP<br>Fifteen Piedmont Center<br>Suite 500<br>Atlanta, GA 30305-1636 | Alpha Recovery Corporation<br>5660 Greenwood Plaza Blvd<br>Ste 101<br>Greenwood Village, CO 80111 | Eastside Medical<br>PO Box 740766<br>Cincinnati, OH 45274-0766 |
| Chase<br>PO Box 15298<br>Wilmington, DE 19850 | H and R Block Mortgage<br>C/O Option One<br>PO Box 949<br>Orange, CA 92856-6949 | Credence Resource Management, LLC<br>6045 Atlantic Blvd<br>Norcross, GA 30071-1321 |
| Woodbridge Group of Comp., LLC<br>c/o Riverdale Funding<br>207 Mockingbird Ln Ste 402<br>Johnson City, TN 37604-3137 | Allstate Corp<br>Payne Richards and Associates<br>3801 Pegasus Dr, Ste 101<br>Bakersfield, CA 93308-6874 | Wilmington Savings Fund Soc., FSB<br>c/o Carrington Mort. Serv LLC<br>Bankruptcy Department<br>1600 S Douglass Road<br>ANAHEIM, CA 92806-5951 |
| Woodbridge Group of Comp., LLC<br>c/o GCG<br>P.O. Box 10545<br>Dublin, OH 43017-0208 | De Lage Landen<br>Financial Services Inc.<br>1111 Old Eagle School Rd<br>Wayne, PA 19087 | DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087-1453 |
| Nelson Mullins Riley<br>and Scarborough LLP<br>Attorney Greg Taube<br>201 17th 81 NW Ste 1700<br>Atlanta, GA 30363-1099 | De Lage Landen<br>Financial Services Inc.<br>1775 Tysons Blvd<br>Tyson, VA 22102-4284 | Robert Trauner<br>P. O. Box 421025<br>Atlanta, GA 30342-8025 |
| Altisource Profolio Solutions<br>Weissman Nowack Curry & Wilco PC<br>1000 Abernathy Rd Ste 200<br>Atlanta, GA 30328-5604 | Ocwen Loan Servicing<br>Nationstar<br>PO Box 660264<br>Dallas, TX 75266-0264 | Sound Telecom<br>PO Box 789050<br>Philadelphia, PA 19178-9050 |
| Mark S Zemelman<br>Kaiser Permanente<br>One Kaiser Plaza<br>Oakland, CA 94612-3610 | De Lage Landen Financial Serv Inc.<br>William Leroy Deckelman Jr.<br>1775 Tysons Blvd<br>Tyson, VA 22102-4284 | Comcast<br>Cassandra Johnson Landry<br>PO Box 1275<br>Grayson, GA 30017 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Southwest Chase<br>PO Box 1423<br>Charlotte, NC 282 | CACH LLC<br>PO Box 5980<br>Denver, CO 80217-5980 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Safeco Insurance<br>175 Berkeley Street<br>Boston, MA 02116-5066 | Capital One/American Express<br>The Bureaus<br>1717 Central St<br>Evanston, IL 60201-1507 |

| | | |
|---|---|---|
| Media Pages<br>28364 South Western Ave<br>#28<br>Rancho Palos Verdes, CA 90275 | Shawna Staton<br>Office of the US Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303 | Maria A. Tsagaris<br>McCalla Raymer Liebert Pierce<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| National Board of Certified Counselors<br>Andreea Tiganus<br>3 Terrace Way<br>Greensboro, NC 27403-3660 | ReadyCap Lending, LLC<br>c/o Eileen Bottino<br>420 Mountain Ave<br>New Providence, NJ 07974-2736 | Timothy R Hester<br>1551 Annapolis Way<br>Grayson, GA 30017-1097 |
| Deutsche Bank National Trust Co<br>Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | Georgia Department of Behaviorial Health & Developmental Disabil<br>Commissioner's Office<br>2 Peachtree Street, NW 24th Floor<br>Atlanta, GA 30303-3142 | Huron Law Group<br>34851 Harry S Truman Blvd<br>St. Charles, MO 63301 |
| Dorian Murry<br>Attorney at Law<br>5300 Memorial Dr<br>Stone Mountain, GA 30083-3155 | GreatAmerica Financial Svcs.<br>PO Box 660831<br>Dallas, TX 75266-0831 | OnceLogix LLC<br>111 North Chestnut St<br>Ste 302<br>Winston Salem, NC 27101-4056 |
| American Express<br>Delta Sky Miles<br>PO Box 297871<br>Fort Lauderdale, FL 33329-7871 | Safeco Insurance<br>P.O. Box 10002<br>Manchester, NH 03108-1002 | Weissman Nowack Curry & Wilco PC<br>Altisource Portfolio Solutions<br>One Alliance Center<br>3500 Lenox Rd 4th Floor<br>Atlanta, GA 30326-4228 |
| Ocwen Loan/Nationstar<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | Residential Title Inc<br>Kenneth E. Sullivan<br>245 West Crogan St<br>Lawrenceville, GA 30046-4863 | Saks World Elite/Capital One<br>Frontline Asset Strategy<br>2700 Snelling Ave N Ste 250<br>Roseville, MN 55113-1783 |
| Huron Group/Bank of America<br>Cooling Water<br>1355 Roswell Rd, Ste 240<br>Marietta, GA 30062-3690 | Georgia Power<br>c/o Kevin Pearson<br>241 Ralph McGill Blvd NE<br>Atlanta, GA 30308-3374 | CACH, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Carl W Wright PC<br>1239 Lakeview Cove<br>Loganville, GA 30052 | Publishers Clearing House<br>PO Box 6344<br>Harlan, IA 51593-1844 | Association for Habersham<br>160 Clairmont Ave<br>Decatur, GA 30030-2500 |
| McCalla Raymer Leibert Pierce<br>1544 Old Alabama Rd<br>Roswell, GA 30076-2102 | Amerigroup Corporation (Delaware)<br>4425 Corporation Lane<br>Virginia Beach, VA 23462-3103 | American Express Delta Sky Miles<br>PO Box 1270<br>Newark, NJ 07101-1270 |
| Lindsay P. S. Kolba<br>Office of the U.S. Trustee<br>Suite 362<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA 30303-3330 | First Franklin<br>4061 Powder Mill Rd #600<br>Calverton, MD 20705-4039 | Jackson & Hardwick<br>2325 Lakeview Pkwy #275<br>Alpharetta, GA 30009-7944 |

Credence Resource Management
17000 Dallas Parkway Suite 204
Dallas, TX 75248-1940

Altisource Profolio Solutions
John A Vella
6060 Center Dr, Ste 500
Los Angeles, CA 90045-8857

Great America Financial Service
625 First Street SE, Suite 600
Cedar Rapids, IA 52401-2031

Woodbridge Mortgage
Investment Fund 3A, LLC
Klee, Tuchin, Bogdanoff & Stern
1999 Ave. of the Stars, 39th Floor
Los Angeles, CA 90067-6049

Capital One/Marriott Visa
The Bureaus
1717 Central St
Evanston, IL 60201-1507

Honorable Justin S. Anand
1868 Richard B Russell
Federal Bldg and US Courthouse
Atlanta, GA 30303-3315

Cassandra Johnson Landry
For Alliance For Change
PO Box 1275
Grayson, GA 30017

ReadyCap Lending
420 Mountain Ave
New Providence, NJ 07974-2736

Weissman Nowack Curry & Wilco PC
One Alliance Center
3500 Lenox Rd 4th Floor
Atlanta, GA 30326-4228

Whitney W. Groff
Georgia Attorney General
40 Capitol Square, SW
Atlanta, GA 30334-9057

Cynthia Pope
Small Business Administration
409 3rd St SW MC 2150
Washington, DC 20416-0005

Kimberly Ryan, Chair
GA Dept of Behavioral Health &
Two Peachtree St NW 24th Floor
Atlanta, GA 30303-3142

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Melissa J. Davey
Office of Melissa J. Davey
Standing Chapter 13 Trustee
260 Peachtree Street, NW, Ste 200
Atlanta, GA 30303-1236

On Deck
901 North Stuart St
Ste 700
Arlington, VA 22203-4129

American Express
Delta Sky Miles
PO Box 1270
Newark, NJ 07101-1270

American Recovery Service Inc.
555 St. Charles Dr, Ste 100
Thousand Oaks, CA 91360-3983

Stoneleigh Recovery Associates
PO Box 1479
Lombard, IL 60148-8479

Tamera Bell
c/o Mzekewe Legal LLC
PO 849
Atlanta, GA 30301-0849

Christopher M Carr
Attorney General
456 Athens St
Jefferson, GA 30549-1408

Cassandra Johnson Landry
P.O. Box 1275
Grayson, GA 30017-0024

Altisource Portfolio Solutions
1000 Abernathy Rd Ste 200
Atlanta, GA 30328-5604

John G Aldridge Jr PC
Fifteen Piedmont Center
3575 Piedmont Rd NE Ste 500
Atlanta, GA 30305-1623

Chicago Title Company
Madeline G.M. Lovejoy
3210 El Camino Real
Irvine, CA 92602-1368

Shalen Nelson
Senior Assistant Attorney General
456 Athens St
Jefferson, GA 30549-1408

Jackson & Hardwick
253 Main St
Loganville, GA 30052-2676

Sound Telecom
PO Box 789050
Philadelphia, PA 19172-0001

Green & Associates PC
c/o Cassandra Johnson Landry
PO Box1275
Grayson, GA 30017

Dorough & Dough Attys at Law
180 Clairemont Ave
Decatur, GA 30030

Richard Payne Associates
3801 Pegasus Dr. Suite 101
Bakersfield, CA 93308-6874

| | | |
|---|---|---|
| First Franklin<br>Div of National Bank of IN<br>4061 Powder Mill Rd #600<br>Calverton, MD 20705-4039 | Dorough & Dorough<br>160 Clairemont Ave<br>Suite 650<br>Decatur, GA 30030-2534 | Liberty Mutual Insurance Company<br>175 Berkeley Street<br>Boston, MA 02116-3350 |
| Wells Fargo<br>2135 East Main St<br>Ste 180<br>Snellville, GA 30078-6434 | JPMorgan Chase Bank, NA<br>Attn: Correspondence Mail<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203 | Weissman PC<br>One Alliance Center<br>3500 Lenox Rd 4th Floor<br>Atlanta, GA 30326-4228 |
| Kimberly Ryan<br>Chair of BHDD<br>Two Peachtree St NW 24th Floor<br>Atlanta, GA 30303-3142 | Ames Funding<br>2 North Lake Ave<br>Pasadena, CA 91101-1858 | Phelan Hallinan Diamond<br>& Jones, PLLC (FL)<br>1617 JFK Boulevard Ste 1400<br>Philadelphia, PA 19103-1814 |
| U.S. Bank National Association<br>3476 STATEVIEW BLVD<br>MAC D3347-014<br>FORT MILL, SC 29715-7203 | Office of the US Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Ring Central<br>20 Davis Dr<br>Belmont, CA 94002-3002 |
| Wilmington Trust, NA<br>c/o Select Portfolio Serv, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | Convergent Outsourcing Inc<br>PO Box 9004<br>Renton, WA 98057-9004 | Dorough & Dough<br>Attys at Law<br>160 Clairemont Ave<br>Decatur, GA 30030-2500 |
| Comenity Bank<br>Payne Richards & Associates<br>PO Box 10389<br>Bakersfield, CA 93389-0389 | L. Stephen O'Hearn Jr.<br>Meyer & Sayers, LLP<br>P O Box 16089<br>Savannah, GA 31416-2789 | Bureaus Investment Group<br>Portfolio No 15 LLC<br>c/o PRA Receivables Mgt, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Alliance For Change<br>Through Treatment LLC<br>C/o Cassandra Johnson-Landry<br>P.O. Box 1275<br>Grayson, GA 30017-0024 | Travelers Insurance<br>175 Berkeley Street<br>Boston, MA 02116-5066 | Natchez Trace HOA, Inc.<br>G. Lanier Coulter<br>1770 Indian Trail Road<br>Ste 440<br>Norcross, GA 30093-2644 |
| Great America Financial Service<br>625 First St. SE, Suite 800<br>Cedar Rapids, IA 52401-2031 | Catherine C. Kruger PC<br>PO Box 767847<br>Roswell, GA 30076-7847 | Sarah Hawkins<br>Little Rock Commercial<br>2120 Riverfront Drive<br>Little Rock, AR 72202-1794 |
| Heather D. Bock<br>McCalla Raymer<br>Leibert Pierce LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | North Fulton Title Co<br>Stephen L Jenkins<br>4463 Towne Lake Pkwy<br>Woodstock, GA 30189-8230 | Parnell & Parnell<br>641 South Lawrence St<br>Montgomery, AL 36104-5848 |
| Parnell and Parnell<br>PO Box 2139<br>Montgomery, AL 36102 | Judy Fitzgerald, Commissioner<br>GA Dept of Behavioral Health &<br>Two Peachtree St NW 24th Floor<br>Atlanta, GA 30303-3142 | Resurgent Capital Services LLP<br>CACH LLC<br>P.O. Box 10497<br>Greenville, SC 29603-0497 |

| | | |
|---|---|---|
| Riverdale Funding<br>c/o Woodbridge Lending<br>Woodbridge Group of Companies, LLC<br>12050 Ventura Blvd<br>Studio City, CA 91604 | De Lage Landen<br>Financial Services Inc.<br>C T Corporation<br>289 S Culver St<br>Lawrenceville, GA 30046-4805 | Synchrony Bank<br>c/o PRA Receivables Mgt, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Association for Habersham<br>c/o Dorough & Dorough<br>160 Clairmont Ave<br>Ste 630<br>Decatur, GA 30030-2500 | Georgia Department of Behaviorial<br>Health & Developmental Disabil<br>Commissioner's Office, Frank Berry<br>2 Peachtree Street, NW 24th Floor<br>Atlanta, GA 30303-3142 | OnDeck<br>1400 Broadway<br>New York, NY 10018-5300 |
| A+ Security Systems Inc.<br>c/o Cassandra Johnson Landry<br>PO Box 1275<br>Grayson, GA 30017 | Carrington Mortgage<br>1600 South Douglass Rd<br>Suite 100 & 200A<br>Anaheim, CA 92806 | Kerry S. Doolittle<br>Kerry S. Doolittle<br>Attorney at Law<br>PO Box 949<br>Watkinsville, GA 30677-0021 |
| Jeanette B Burns<br>Weissman Nowack Curry & Wilco PC<br>5909 Peachtree Dunwoody Road<br>Atlanta, GA 30328-8102 | Natchez Trace HOA<br>839 Natchez Valley Trace<br>Grayson, GA 30017-4963 | Credit Central Services LLC<br>9550 Regency Square Blvd<br>Suite 500A<br>Jacksonville, FL 32225-8169 |
| Hedrick Kring PLLC<br>Delta<br>1700 Pacific Ave Ste 4650<br>Dallas, TX 75201-4684 | Carl W. Wright PC<br>367 Athens Hwy Ste 900<br>Loganville, GA 30052-4997 | Macquarie Equipment Finance<br>PO Box 2017<br>Bloomfield Hills, MI 48303-2017 |
| De Lage Landen<br>Financial Services Inc.<br>Hays Potter Martin LLP<br>3945 Holcomb Bridge Rd Ste 300<br>Peachtree Corners, GA 30092 | Regions Mortgage<br>605 South Perry Street<br>Montgomery, AL 36104-5821 | Jeanette B Burns<br>1225 Johnson Ferry Rd<br>Marietta, GA 30068-2727 |
| Honorable Leigh Martin May<br>2167 Richard B Russell<br>Federal Bldg<br>75 Ted Turner Drive SW<br>Atlanta, GA 30303-3315 | Ames Funding<br>2 N. Lake Ave.<br>Ste 260<br>Pasadena, CA 91101-4177 | Honorable Leigh Martin May<br>2167 Richard B Russell<br>Federal Bldg and US Courthouse<br>Atlanta, GA 30303-3315 |
| Georgia Department of Comm Health<br>2 Peachtree Street, NW 40th Fl.<br>Atlanta, GA 30303-3141 | Gwinnett County Fire and<br>Emergency Services<br>480 Bedford Rd<br>Chappaqua, NY 10514-1715 | US PREMIUM FINANCE<br>280 TECHNOLOGY PARKWAY<br>SUITE 200<br>NORCROSS, GA 30092-2990 |
| Richard Green, II<br>Administrative Judge<br>191 Peachtree St NE<br>Atlanta, GA 30303-1784 | Altisource Profolio Solutions<br>Timothy G.N. Harcourt<br>1000 Abernathy Rd Ste 200<br>Atlanta, GA 30328-5604 | PNC Bank NA Inc.<br>c/o Corporation Service Company<br>40 Technology Pkwy South<br>Norcross, GA 30092-2924 |
| Eileen G. Bottino<br>ReadyCap Lending LLC<br>420 Mountain Ave<br>New Providence, NJ 07974-2736 | Association for Habersham at<br>Nortlake Condominium<br>c/o Donough and Donough<br>160 Clairmont Ave, Ste 630<br>Decatur, GA 30030-2500 | Coast to Coast Financial Solutions<br>Shred It<br>101 Hodencamp Rd Ste 120<br>Thousand Oaks, CA 91360-5831 |

| | | |
|---|---|---|
| JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE, LA 71203-4774 | Land America Lawyers Title<br>Consumer Affairs Dept<br>PO Box 27467<br>Richmond, VA 23261-7567 | Karen W Hester<br>1551 Annapolis Way<br>Grayson, GA 30017-1097 |
| TitleMax of Georgia, Inc.<br>d/b/a TitleMax<br>15 Bull Street, Suite 200<br>Savannah, GA 31401 | Commercial Trade Inc<br>PO Box 10389<br>Bakersfield, CA 93389-0389 | Herbert C. Broadfoot II<br>Herbert C. Broadfoot II, PC<br>Buckhead Centre - Suite 555<br>2964 Peachtree Road, NW<br>Atlanta, GA 30305-2153 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Jonathan M. Weiss<br>Klee, Tuchin, Bogdanoff<br>& Stern LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067-6049 | Ellice P. Martin<br>Secretary of GA BHDD<br>Two Peachtree St NW 24th Floor<br>Atlanta, GA 30303-3142 |
| Commonwealth Land<br>Title Insurance Company<br>601 Riverside Ave<br>Jacksonville, FL 32204-2901 | Burgess Title & Escrow LLC<br>230 Patrick Henry Pkwy #350<br>McDonough, GA 30253 | Neiman Marcus<br>PO Box 5235<br>Carol Stream, IL 60197-5235 |
| All<br>104 Marietta St NW<br>Ste 100<br>Atlanta, GA 30303-2743 | John D. Schlotter<br>McCalla Raymer Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Neil C. Gordon<br>Arnall, Golden & Gregory, LLP<br>Suite 2100<br>171 17th Street, NW<br>Atlanta, GA 30363-1031 |
| Stoneleigh Recovery Associates<br>PO Box 1118<br>Charlotte, NC 28201-1118 | The Bureaus/Capital One<br>P.O. Box 1479<br>Lombard, IL 60148-8479 | Aculink Mortgage Solutions<br>8001 Woodland Center Blvd<br>Ste 200<br>Tampa, FL 33614-2434 |
| A. Michelle Hart Ippoliti<br>McCalla Raymer<br>Leibert Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | DeKalb County Tax Commissioner<br>Attn: Collections<br>4380 Memorial Drive Ste 100<br>Decatur, GA 30032-1239 | Georgia Superior Court<br>Clerk Cooperative<br>1875 Century Blvd Ste 100<br>Atlanta, GA 30345-3314 |
| Honorable Justin S. Anand<br>1864 Richard B Russell<br>Federal Bldg and US Courthouse<br>Atlanta, GA 30303-3315 | Amerigroup Corporation (Delaware)<br>Kathleen S. Keifer<br>120 Monument Cir<br>Indianapolis, IN 46204-4906 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| JPMorgan Chase Bank, NA<br>c/o McCalla Raymer et al<br>Bankruptcy Department<br>1544 Old Alabama Rd<br>Roswell, GA 30076 | | |