UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-55697-LRC |
| | ) | |
| CASSANDRA JOHNSON LANDRY, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

**RESPONSE OF TRUSTEE TO DEBTOR'S MOTION REQUESTING DISBURSEMENT INFORMATION**

COMES NOW S. Gregory Hays, the Chapter 7 Trustee herein ("**Trustee**") and responds to Debtor's Motion filed February 7, 2021 [Doc. No. 344] (the "**Motion**"), by showing the Court as follows:

1.

Cassandra Johnson Landry (the "**Debtor**") filed the Motion which appears to request a list of all disbursements made by the Trustee from the estate in this case.

2.

Attached to this Response are pages 6 and 7 of the Trustee's Final Report [Doc. No. 332] listing all disbursements made by the Trustee.

This 10th day of February, 2021.

**HERBERT C. BROADFOOT II, P.C.**

By:/s/ *Herbert C. Broadfoot II*
Herbert C. Broadfoot II, Ga. Bar No. 083750

3

15053388v1

2964 Peachtree Road, N.W.
Suite 555
Atlanta, Georgia 30305
(404) 926-0058
bert@hcbroadfootlaw.com

*Attorney for Trustee*

15053388v1

# Form 2

**Exhibit B**

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 18-55697-LRC | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | LANDRY, CASSANDRA JOHNSON | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***8877 | Account #: | ******0309 Checking |
| For Period Ending: | 01/14/2021 | Blanket Bond (per case limit): | $31,525,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/11/20 | {22} | Northwestern Mutual | Annuity # xxxx8418 Surrender | 1129-000 | 83,001.16 | | 83,001.16 |
| 06/16/20 | {21} | Northwestern Mutual | Net surrender value of policy # xxxx6500 | 1129-000 | 33,867.62 | | 116,868.78 |
| 06/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 103.05 | 116,765.73 |
| 07/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 192.85 | 116,572.88 |
| 08/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 180.11 | 116,392.77 |
| 09/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 198.45 | 116,194.32 |
| 10/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 185.71 | 116,008.61 |
| 11/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 179.24 | 115,829.37 |
| 12/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 203.66 | 115,625.71 |

|  |  |  |  |
|---|---|---|---|
| **COLUMN TOTALS** | | 116,868.78 | 1,243.07 | $115,625.71 |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| **Subtotal** | | 116,868.78 | 1,243.07 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $116,868.78 | $1,243.07 | |

{ } Asset Reference(s)       UST Form 101-7-TFR (5/1/2011)                                      ! - transaction has not been cleared

# Form 2

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| Case No.: | 18-55697-LRC | Trustee Name: | S. Gregory Hays (300320) |
| Case Name: | LANDRY, CASSANDRA JOHNSON | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***8877 | Account #: | ******0309 Checking |
| For Period Ending: | 01/14/2021 | Blanket Bond (per case limit): | $31,525,000.00 |
| | | Separate Bond (if applicable): | N/A |

| | |
|---|---:|
| Net Receipts: | $116,868.78 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $116,868.78 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0309 Checking | $116,868.78 | $1,243.07 | $115,625.71 |
| | $116,868.78 | $1,243.07 | $115,625.71 |

01/14/2021                          /s/S. Gregory Hays
Date                                S. Gregory Hays

UST Form 101-7-TFR (5/1/2011)

## CERTIFICATE OF SERVICE

This is to certify that I, Herbert C. Broadfoot II, am over the age of 18 and that I have this day served a true and correct copy of the foregoing *Response of Trustee to Debtor's Motion Requesting Disbursement Information* by first class mail on those persons or entities set forth below at the address stated:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Cassandra Johnson Landry
P.O. Box 1275
Grayson, GA 30017

This 10th day of February, 2021.

/s/ *Herbert C. Broadfoot II*
Herbert C. Broadfoot II
Georgia Bar No. 083750

15053388v1