## UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **CASSANDRA JOHNSON-LANDRY** | ) | **CASE NO 18-55697-LRC** |
| | ) | |
| **DEBTOR** | ) | |
| | ) | |

### CORRECTION TO CERTIFICATES OF SERVICE FOR THE FOLLOWING MOTIONS TO COMPEL: DISPURSEMENTS, ITEMIZED STATEMENT FOR TRUSTEE CHAPTER 7 S. GREGORY HAYS AND TRSUTEES ATTORNEY HERBERT BROADFOOY. AND

CASSANDRA JOHNSON-LANDRY, Debtor currently requests DISBURSEMENS of all DATE, TIME, WHY, WHAT, WHO and WHERE if applicable.

Both Motions to Compel were sent vis USPS on the listed date below

10th Day of February, 2021

*Cassandra Johnson-Landry*
**Cassandra Johnson-Landry, PRO SE**
678.860.3621

*Filed in U.S. Bankruptcy Court, Atlanta, Georgia — FEB 10 2021 — By: M. Regina Thomas, Deputy Clerk*