## IN THE UNITED STATES BANKRUPTCY COURT OF THE NORTHERN DISTRICT OF GEORGIA

CASSANDRA JOHNSON-LANDRY )
DEBTOR )
)
)

CHAPTER 7
BRC 15-55697LRC
18-55697LRC

---

### OBJECTION TO APPLICATION OF HERBERT BROADFOOT II ESQ, FOR ALLOWANCE OF COMPENSATION AS COUNSEL FOR THE CHAPTER 7 TRUSTEE

---

Debtor currently objects to the Application of Herbert Broadfoot II ESQ, for allowance of Compensation as Counsel for the Chapter 7 Trustee.

A.  According to the Handbook for Chapter 7 Trustees the following applies:

Attorneys and accountants shall not be compensated for performing the statutory duties of the trustee. 11 U.S.C. § 704, Fed. R. Bankr. P. 2015(a). The following list includes examples of services considered to fall within the duties of a trustee:

1) Preparing for and examining the debtor at the meeting of creditors in order to verify factual matters

2) Examining proofs of claim and filing routine objections to the allowance of any claim that is improper

3) Investigating the financial affairs of the debtor

4) Furnishing information to parties in interest on factual matters

5) Collecting and liquidating assets of the estate by employing auctioneers or other agents and soliciting offers

1

6) Preparing required reports

7) Performing banking functions; and Handbook for Chapter 7 Trustees Page 4-22

8) In appropriate cases, filing applications for employment of professionals and supervising those professionals.

9) Tasks completed by Trustee's Counsel should NOT be billed at a higher rate if the Chapter 7 Trustee is capable of performing the same task.

     B. The aforementioned trustee duties are not compensable as legal or accounting services unless sufficiently documented to show that special circumstances exist. Given the Debtor was denied requests for fraud investigations special circumstances do NOT exist. (**EXHIBIT A**) **1/7/2019, 1/2/2019, 1/8/2019, 1/24/2019, 2/8/2019,2/15/2019, 3/27/2019,6/10/2019,3/27/20, 1/5/2021, 11/4/2020, 8/21/2020, 08/26/20, 2/12/2020, 12/4/2019, 1/11/2020, 1/13/2020 (1), 1/13/2020(2). 1/13/2020(3) 11/26/2019, 11/22/2019, 1/20/2020, 1/24/2020, 1/28/2020, 1/29/ 2020, 2/3/2020, 2/4/2020, 2/12/2020, 2/10/2020, 2/6/20202, 12/4/2019, 1/10/2020, 11/21/2019, 3/10/2020,4/9/2020, 3/27/2020, 3/11/2020, 3/05/2020, 3/4/2020, 4/16/2020, 7/9/2020, 6/3/2020, 6/2/2020,5/27/2020,5/19/2020, 4/25/2020, 7/17/2020, 7/29/2020, 7/30/2020, 8/12/2020).** Furthermore, it appears words were used interchangeably/substituted for wording outlined within the Chapter 7 Trustee Handbook in order validate billing.

    C.  Chapter 7 Trustee did not provide an explanation of payment requested as it relates to defining each expense which provided the accumulative amount listed of 422.72 and also how the amount of 9093.44 was derived, This information was requested previously within the Motion to Compel submitted by Debtor (**EXHIBIT A**)

    D.  The status of the Chapter 7 Trustee's  list of Abandonments as reflected within Form 1 /Individual Estate Property Record and Report , BUT not addressed within the

Application for Compensation , but would have been considered as payments, if collected could have been applied towards Debtors alleged debts, which included:

1. Alliance for Change through Treatment LLC. which 3554-3556 Habersham at Northlake Bldg H is referenced and 3547 Habersham at Northlake Bldg F both residing in Tucker Ga 30084.

2. Adversarial Action for Debtor's Personal Injury Claim dates of 5/22/2017 (Driver currently deceased due to suicide on 11/1/2017 and auto injuries from accident date 11/29/2016.

3. Adversarial Action regarding the modification of Transcripts from the 2016 Administrative Hearing for Alliance for Change Through Treatment LLC. which led to an inactive stay status of the 30 million dollars Adversarial Action against the Department of Community Health.

4. The Abandonment of Attachment and Bonding Center of Atlanta LLC, which is owed a substantial amount of money from the Department of Children and Family Service totaling over 2million dollars.

5. Adversarial Action of Auto Accident involving Co-Debtor who is not a part of Debtor's Bankruptcy action.

E. Due to the excessive amount of ID theft, Submitted Grid (EXHIBIT B) identifies unsecured creditors and agreed upon amount for payments without Fraud Investigation based on submitted Police Report as much of the activity on unsecured accounts occurred immediately after Debtor's Id Theft (EXHIBIT C).

3

Debtor is requesting the court to review all alleged debts due to the submitted Proof of ID Theft which was recently uncovered. This includes a Bankruptcy filed in the Courts of Gwinnett County identifying another individual with both my first and maiden name, This information was brought to my attention in addition to additional documents reflecting appeared ID THEFT.

10th Day of March 2021

CASSANDRA JOHNSON+LANDRY, PRO SE

678.860.3621

Cjlandry1967@gmail.com

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

In re: LANDRY, CASSANDRA JOHNSON

§
§
§
§

Case No. 18-55697-LRC

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that S. Gregory Hays, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

1340 Richard B. Russell Bldg.

75 Ted Turner Drive, SW

Atlanta, GA 30303

Please take further notice that the Court will hold a hearing on the Trustee's Final Report and Applications for Compensation in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia, at 10:10 a.m. on March 11, 2021.

Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Date Mailed: 02/02/2021

By: /s/ S. Gregory Hays

Chapter 7 Trustee

S. Gregory Hays
2964 Peachtree Road, NW, Ste. 555

UST Form **101-7-NFR (10/1/2010)**

Atlanta, GA 30305
(404) 926-0060

UST Form 101-7-NFR (10/1/2010)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

In re: LANDRY, CASSANDRA JOHNSON          §          Case No. 18-55697-LRC
                                          §
                                          §
                                          §
                    Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of :                  $            116,868.78
and approved disbursements of:                        $              1,243.07
leaving a balance on hand of[1]:                      $            115,625.71

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | The Downs Homeowners Association, Inc. | 2,911.35 | 2,911.35 | 0.00 | 0.00 |
| 7 | Wilmington Savings Fund Society, FSB | 199,596.30 | 199,596.30 | 0.00 | 0.00 |
| 8 | Deutsche Bank National Trust Company | 281,001.85 | 281,001.85 | 0.00 | 0.00 |
| 10 | JPMorgan Chase Bank, NA | 492,297.43 | 492,297.43 | 0.00 | 0.00 |
| 11 | JPMorgan Chase Bank, NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 | Wilmington Trust, NA | 139,245.29 | 139,245.29 | 0.00 | 0.00 |
| 18 | Veripro Solutions | 64,540.89 | 64,540.89 | 0.00 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| 19 | Natchez Trace Homeowners Association, Inc. | 2,049.87 | 2,049.87 | 0.00 | 0.00 |
| 25 | The Downs Homeowners Association, Inc. | 2,911.35 | 2,911.35 | 0.00 | 0.00 |

Total to be paid to secured creditors:      $              0.00
Remaining balance:                          $         115,625.71

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - S. Gregory Hays | 9,093.44 | 0.00 | 9,093.44 |
| Trustee, Expenses - S. Gregory Hays | 422.72 | 0.00 | 422.72 |
| Attorney for Trustee Fees (Other Firm) - Herbert C. Broadfoot II, PC | 23,775.00 | 0.00 | 23,775.00 |

Total to be paid for chapter 7 administrative expenses:      $         33,291.16
Remaining balance:                                          $         82,334.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| None | | | |

Total to be paid for prior chapter administrative expenses:      $              0.00
Remaining balance:                                              $         82,334.55

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 23 | Cassandra Johnson Landry For Alliance For Change | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims:  $        0.00
Remaining balance:                      $   82,334.55

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $187,192.71 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 44.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Bureaus Investment Group Portfolio No 15 LLC | 13,719.40 | 0.00 | 6,034.33 |
| 3 | Valeri Burnough | 30,060.95 | 0.00 | 13,221.97 |
| 4 | American Express National Bank | 13,312.03 | 0.00 | 5,855.14 |
| 6 | Midland Funding LLC | 9,000.99 | 0.00 | 3,958.98 |
| 9 | Quantum3 Group LLC | 182.60 | 0.00 | 80.31 |
| 12 | Bank of America, N.A. | 22,656.01 | 0.00 | 9,964.98 |
| 13 | Bureaus Investment Group Portfolio No 15 LLC | 11,439.52 | 0.00 | 5,031.54 |
| 14 | CACH, LLC | 33,646.86 | 0.00 | 14,799.18 |
| 15 | Woodbridge Mortgage Investment Fund 3A, LLC | 0.00 | 0.00 | 0.00 |
| 16 | Emory Eastside Medical Center | 150.00 | 0.00 | 65.98 |
| 20 | Georgia Department of Community Health | 42,634.37 | 0.00 | 18,752.23 |
| 21 | Bureaus Investment Group Portfolio No 15 LLC | 10,389.98 | 0.00 | 4,569.91 |
| 22 | Alliance For Change Through Treatment LLC | 0.00 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Case 18-55697-lrc    Doc 333    Filed 02/02/21    Entered 02/02/21 08:21:05    Desc Main
Document    Page 6 of 7

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 22-2 | Alliance For Change Through Treatment LLC | 0.00 | 0.00 | 0.00 |
| 24 | Attachment and Bonding Ctr. Of Atlanta | 0.00 | 0.00 | 0.00 |
| 24-2 | Attachment and Bonding Ctr. Of Atlanta | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:    $    82,334.55
Remaining balance:    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims:    $    0.00
Remaining balance:    $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:    $    0.00
Remaining balance:    $    0.00

Prepared By: /s/ S. Gregory Hays

Chapter 7 Trustee

S. Gregory Hays
2964 Peachtree Road, NW, Ste. 555
Atlanta, GA 30305
(404) 926-0060

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Herbert C. Broadfoot II, P.C.
2964 Peachtree Road
Buckhead Centre - Suite 555
Atlanta, Georgia 30305

S. Gregory Hays, Chapter 7 Trustee                                                    January 14, 2021
Hays Financial Consulting, LLC                                                        43-1
2964 Peachtree Road, N.W.
Suite 555
Atlanta, GA 30305

Matter No. 43-1
Cassandra Johnson Landry, Debtor  18-55697-LRC

| Fees: | | | Hours | |
|---|---|---|---|---|
| 01/02/19 | HCB | Office conference with Trustee to discuss representation in Chapter 7 case of Cassandra Johnson Landry, Debtor (.4); Review file and docket to determine status of case, action needed (.5) | 0.90 | $337.50 |
| 01/07/19 | HCB | Prepare and file Application to Employ Herbert C. Broadfoot II, P.C. (HCBPC) as attorney for Trustee (.7) | 0.70 | $262.50 |
| 01/08/19 | HCB | Prepare and upload Order granting Application to Employ attorney for Trustee (.5) | 0.50 | $187.50 |
| 01/10/19 | HCB | Prepare for hearing on Debtor's Motion to remove Trustee (.8); Attend hearing on Motion to remove Trustee (3.0); Prepare and upload Order denying Motion to remove Trustee (.7); Receipt and review of Debtor's Objection to employment of HCBPC as attorney for Trustee (.2) | 4.70 | $1,762.50 |
| 01/11/19 | HCB | Receipt and review of Order denying Motion to remove Trustee and requiring Debtor to attend 341 Meeting and to cooperate with Trustee (.1) | 0.10 | $37.50 |
| 01/17/19 | HCB | Receipt and review of Debtor's Objection to Order denying Motion to Remove Trustee (.2); Receipt and review of Debtor's Notice of Fraud, Intent to Commit Fraud (.5) | 0.70 | $262.50 |

Matter No. 43-1                                                                    January 14, 2021
Cassandra Johnson Landry, Debtor  18-55697-LRC                                              Page 2

| Date | | Attorney | Description | Hours | Amount |
|---|---|---|---|---|---|
| 01/24/19 | | HCB | Conference with Trustee regarding insurance policy assets, abandonment of properties, objection to Debtor's claims of exemptions (.3) | 0.30 | $112.50 |
| 01/28/19 | | HCB | Review and sign off creditor's Order granting Motion for Relief from Stay (.2) | 0.20 | $75.00 |
| 02/08/19 | | HCB | Telephone call with Ms. Euell, Senior Legal Process Coordinator, Northwestern Mutual concerning Debtor's insurance policies, and followup email to Ms. Euell to confirm conversation, request for information (.4) | 0.40 | $150.00 |
| 02/12/19 | | HCB | Prepare and file Trustee's Objection to Exemptions (1.0) | 1.00 | $375.00 |
| 02/14/19 | | HCB | Receipt and review of Debtor's Notice of Conversion from Chapter 7 to Chapter 13 (.2) | 0.20 | $75.00 |
| 02/15/19 | | HCB | Email from Ms. Euell, Northwestern Mutual Senior Legal Process Coordinator, providing requested information about insurance policies and conference with Trustee concerning assets (.4) | 0.40 | $150.00 |
| 02/22/19 | | HCB | Receipt of Order and Notice of Hearing of Conversion from Chapter 7 to Chapter 13 (.1); Review Chapter 13 Trustee's Response to Debtor's Request to Reconvert (.2) | 0.30 | $112.50 |
| 02/28/19 | | HCB | Note Debtor's Change of Address filed (.1) | 0.00 | No charge |
| 03/27/19 | | HCB | Email to attorney Mandy Campbell representing Chapter 13 Trustee regarding Northwestern Mutual insurance policies (.2) | 0.20 | $75.00 |
| 05/22/19 | | HCB | Review of Complaints filed by and against Debtor: Adversary No. 19-05217; Adversary No. 19-05218 (.5) | 0.50 | $187.50 |
| 06/04/19 | | HCB | Review of Order denying Debtor's Motion to Reconvert case to Chapter 13 (.3) | 0.30 | $112.50 |
| 06/10/19 | | HCB | Telephone call with Ms. Angela Euell, | 0.40 | $150.00 |

Matter No. 43-1                                                                   January 14, 2021
Cassandra Johnson Landry, Debtor  18-55697-LRC                                            Page 3

|  |  |  | | |
|---|---|---|---|---|
|  |  | Northwestern Mutual Senior Legal Process Coordinator, regarding values of life insurance and variable annuity policies (.2); Email to Ms. Euell to confirm request (.2) |  |  |
| 06/11/19 | HCB | Review Response of Debtor to Order Denying Debtor's Motion to Reconvert Case (.3) | 0.30 | $112.50 |
| 07/12/19 | HCB | Review of multiple Orders entered 7/12/2019, including Order and Notice of Hearing on Objection to Employment of HCBPC as attorney for Trustee; calendar hearing (.8) | 0.80 | $300.00 |
| 07/16/19 | HCB | Email to Ms. Euell of Northwestern Mutual requesting current information on policies (.2) | 0.20 | $75.00 |
| 07/23/19 | HCB | Receipt and review of Northwestern Mutual statement of current values of policies (.3) | 0.30 | $112.50 |
| 07/25/19 | HCB | Conference with Trustee concerning insurance and annuity policies - values, tax aspects, exemptions (.5) | 0.50 | $187.50 |
| 08/19/19 | HCB | Review Order rescheduling Hearing on Debtor's Objection to Employment of HCBPC and calendar new date (.2) | 0.20 | $75.00 |
| 09/23/19 | HCB | Review docket in preparation for 9/26/2019 hearing on Debtor's Objection to Employment (.2) | 0.20 | $75.00 |
| 09/25/19 | HCB | Prepare for hearing on Debtor's Objection to Employment (1.0) | 1.00 | $375.00 |
| 09/26/19 | HCB | Attend hearing on Debtor's Objection to Employment of HCBPC as attorney for Trustee (1.5) | 1.50 | $562.50 |
| 09/27/19 | HCB | Prepare and upload proposed Order granting Application to Employ HCBPC as attorney for Trustee (.5) | 0.50 | $187.50 |
| 11/13/19 | HCB | Prepare, file and serve Notice of Hearing on Trustee's Objection to Exemptions (.9) | 0.90 | $337.50 |

Matter No. 43-1                                                       January 14, 2021
Cassandra Johnson Landry, Debtor  18-55697-LRC                             Page 4

| | | | |
|---|---|---|---|
| 11/21/19 HCB | Review of Orders dismissing adversary proceedings filed by Debtor against mortgage companies (.5) | 0.50 | $187.50 |
| 11/22/19 HCB | Telephone call from attorney Chris Gunnells regarding claim for personal injury on behalf of Debtor (.3); Email to attorney Gunnells to send sample application for employment of special counsel (.3) | 0.60 | $225.00 |
| 11/26/19 HCB | Review of Order rescheduling hearing on Trustee's Objection to Exemptions to 1/9/2020 (.1); Conference with Trustee regarding email from Jeneane Treace concerning status report and Debtor's allegations, Notice of Proposed Abandonment, reset hearing on exempt property (.5) | 0.60 | $225.00 |
| 12/04/19 HCB | Conference with Trustee and preparation of Notice of Abandonment and Response to Debtor's Motion Requesting Trustee's Report (1.5) | 1.50 | $562.50 |
| 12/04/19 HCB | Revise and finalize pleadings filed by Trustee (.5) | 0.50 | $187.50 |
| 12/20/19 HCB | Review of Debtor's Motion for Delay (.1) | 0.10 | $37.50 |
| 01/07/20 HCB | Review of Order Rescheduling Hearing and calendar hearing date (.2) | 0.20 | $75.00 |
| 01/09/20 HCB | Review of Notice of Removal of Attorney for Trustee (.2); Review of Amended Operative Complaint filed by Debtor in U.S. District Court adding Trustee as Defendant (.6) | 0.80 | $300.00 |
| 01/10/20 HCB | Review of Order Dismissing Notice of Removal of Trustee's Attorney (.2); Email from and to Jeneane Treace concerning Trustee added to U.S. District Court action (.3) | 0.50 | $187.50 |
| 01/11/20 HCB | Research regarding Barton doctrine (.5) | 0.50 | $187.50 |
| 01/13/20 HCB | Legal research regarding Barton doctrine, | 0.70 | $262.50 |

Matter No. 43-1                                                                January 14, 2021
Cassandra Johnson Landry, Debtor  18-55697-LRC                                        Page 5

|          |     |     |                                                                                              |        |          |
|----------|-----|-----|----------------------------------------------------------------------------------------------|--------|----------|
|          |     |     | dismissal of District Court civil action as to Trustee (.7)                                   |        |          |
| 01/13/20 |     | HCB | Further research regarding Barton doctrine (.8)                                               | 0.80   | $300.00  |
| 01/13/20 |     | HCB | Preparation of Motion to Dismiss Trustee as Defendant (1.0)                                   | 1.00   | $375.00  |
| 01/20/20 |     | HCB | Continued research and preparation of Motion to Dismiss Trustee (1.0)                         | 1.00   | $375.00  |
| 01/24/20 |     | HCB | Continued preparation of Motion to Dismiss and Brief (1.0)                                    | 1.00   | $375.00  |
| 01/28/20 |     | HCB | Continued preparation of Motion to Dismiss and Brief (1.0)                                    | 1.00   | $375.00  |
| 01/29/20 |     | HCB | Continued preparation of Motion to Dismiss and Brief (1.0)                                    | 1.00   | $375.00  |
| 02/03/20 |     | HCB | Finalize Motion to Dismiss and Brief (.3); Telephone call with Clerk's Office regarding ECF (.2) | 0.50   | $187.50  |
| 02/04/20 |     | HCB | File Motion to Dismiss and Brief in U.S. District Court, including conference with clerk (.7)  | 0.70   | $262.50  |
| 02/06/20 |     | HCB | Prepare, file and serve Motion for Continuance of Hearing on Trustee's Objection to Exemptions (1.0) | 1.00   | $375.00  |
| 02/10/20 |     | HCB | Receipt and review of multiple docket entries in U.S. District Court case (.6)                | 0.60   | $225.00  |
| 02/12/20 |     | HCB | Prepare and file Trustee's Report of Litigation (1.0)                                         | 1.00   | $375.00  |
| 02/19/20 |     | HCB | Review of multiple docket entries in U.S. District Court case (.3)                            | 0.30   | $112.50  |
| 02/20/20 |     | HCB | Receipt and review of Debtor's Motion to Remove Trustee's Attorney (.3)                       | 0.30   | $112.50  |
| 02/21/20 |     | HCB | Review of multiple entries on docket of U.S.                                                  | 0.30   | $112.50  |

Matter No. 43-1                                                                    January 14, 2021
Cassandra Johnson Landry, Debtor  18-55697-LRC                                            Page 6

District Court (.3)

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 02/28/20 | @⟨ HCB | Review of multiple entries on docket of U.S. District Court, including Final Report and Recommendation that Trustee's Motion to Dismiss be granted (4) | 0.40 | $150.00 |
| 03/04/20 | 𝒩ℛ HCB | Receipt and review of pleadings filed by Debtor regarding foreclosure and dispossessory (.3); Preparation for hearing on Trustee's Objection to Exemptions and Abandonment of Assets (1.0) | 1.30 | $487.50 |
| 03/05/20 | e⟨ HCB | Attend hearing on Trustee's Objection to Exemptions and Abandonment of Assets (2.0); Review Debtor's Emergency Motion for Voluntary Dismissal of Case (.3) | 2.30 | $862.50 |
| 03/09/20 | 𝒩ℛ HCB | Review of Orders and Judgment entered in U.S. District Court, civil case terminated (.3) | 0.30 | $112.50 |
| 03/10/20 | 𝒩ℛ HCB | Office conference with Advocate from Georgia Department of Human Services sent at Debtor's request (NC); Conference with Trustee to discuss status of case (.5) | 0.50 | $187.50 |
| 03/11/20 | e⟨ HCB | Prepare and upload Order Sustaining Trustee's Objection to Exemptions (1.0) | 1.00 | $375.00 |
| 03/27/20 | 𝓁⟨ HCB | Prepare and file Trustee's Second Status Report of Litigation (.5) | 0.50 | $187.50 |
| 04/07/20 | 𝒶𝓀 HCB | Review of Orders approving Notice of Abandonment, denying Motion of Debtor to Remove Trustee's Attorney, and establishing Objection Deadline (.4) | 0.40 | $150.00 |
| 04/09/20 | 𝓁⟨ HCB | Telephone call with Ms. Euell of Northwestern Mutual regarding surrender value of life insurance and annuity policies and email to confrim conversation (.4); Telephone conference with Trustee and Jeneane Treace concerning Debtor's request for dismissal of case (.3) | 0.70 | $262.50 |
| 04/16/20 | @⟨ HCB | Email from Ms. Euell of Northwestern Mutual | 0.10 | $37.50 |

Matter No. 43-1                                                              January 14, 2021
Cassandra Johnson Landry, Debtor  18-55697-LRC                                        Page 7

|  |  |  | | |
|---|---|---|---|---|
|  | | regarding policy values (.1) | | |
| 04/21/20 | HCB | Prepare Trustee's Objection to Debtor's Motion to Dismiss Case (1.0) | 1.00 | $375.00 |
| 04/25/20 | HCB | Finalize and file Trustee's Objection to Dismissal of Case (1.0) | 1.00 | $375.00 |
| 05/04/20 | HCB | Review and calendar Notice of Hearing (.1) | 0.10 | $37.50 |
| 05/19/20 | HCB | Conference call with Trustee and Shawna Staton regarding hearing on Debtor's Dismissal of Case, Trustee's Objection (.5); Email to Shawna Staton to send U.S. District Court pleadings (.2) | 0.70 | $262.50 |
| 05/20/20 | HCB | Prepare for hearing on Debtor's Motion to Dismiss Case (.5); Attend hearing (.5) | 1.00 | $375.00 |
| 05/26/20 | HCB | Review of Order Denying Debtor"s Emergency Motion to Dismiss Case (.2) | 0.20 | $75.00 |
| 05/27/20 | HCB | Email to Ms. Euell at Northwestern Mutual requesting funds from surrender of insurance and annuity policies (.4) | 0.40 | $150.00 |
| 06/02/20 | HCB | Telephone call from Ms. Euell regarding payment of funds, tax liability, and email to Ms. Euell to confirm conversation(.4) | 0.40 | $150.00 |
| 06/03/20 | HCB | Email from and to Ms. Euell regarding payment of funds to Trustee (.3) | 0.30 | $112.50 |
| 06/09/20 | HCB | Emails from and to Ms. Euell regarding checks payable to Trustee, W-9 form (.3) | 0.30 | $112.50 |
| 06/12/20 | HCB | Review of Order and Judgment from U.S. District Court dismissing Appeal 18-cv-5095 (.3) | 0.30 | $112.50 |
| 06/16/20 | HCB | Review Debtor's Objection to Order denying dismissal of case (.3) | 0.30 | $112.50 |
| 07/09/20 | HCB | Prepare and file Report of Trustee's Receipt of Funds (.5) | 0.50 | $187.50 |

Matter No. 43-1                                                       January 14, 2021
Cassandra Johnson Landry, Debtor  18-55697-LRC                              Page 8

| | | | | |
|---|---|---|---|---|
| 07/17/20 | *NB* HCB | Email to Debtor in response to her inquiry about disbursements by Trustee from estate account (.2) | 0.20 | $75.00 |
| 07/21/20 | *bK* HCB | Review of Order Denying Debtor's Objection to prior Order denying Motion to Dismiss case (.3) | 0.30 | $112.50 |
| 07/29/20 | *LK* HCB | Review Claims Register in preparation for Objections to Proofs of Claim (1.0) | 1.00 | $375.00 |
| 07/30/20 | *ek* HCB | Review of Debtor's Objection to Order (.2) | 0.20 | $75.00 |
| 08/12/20 | *NR* HCB | Prepare objection to claim (.5) | 0.50 | $187.50 |
| 08/17/20 | *NR* HCB | Continued preparation of objections to claims (1.0) | 1.00 | $375.00 |
| 08/18/20 | *NR* HCB | Continued preparation of objections to claims (.5) | 0.50 | $187.50 |
| 08/20/20 | *NR* HCB | Continued preparation of objections to claims (.5) | 0.50 | $187.50 |
| 08/21/20 | *NR* HCB | Continued preparation of objections to claims (1.0) | 1.00 | $375.00 |
| 08/26/20 | *OK* HCB | Finalize, file and serve Objections to Claims, Notice of Hearing (1.5) | 1.50 | $562.50 |
| 09/10/20 | HCB | Review of Order Denying Debtor's Objection to Order dated 7/21/2020 (.2) | 0.20 | $75.00 |
| 09/25/20 | HCB | Review Response of Georgia Dept. of Community Health to Trustee's Objection to Claim (.3) | 0.30 | $112.50 |
| 09/30/20 | HCB | Review change of address filed by Debtor (.1) | 0.10 | $37.50 |
| 09/30/20 | HCB | Prepare for hearing on Trustee's Objections to Claims (.8) | 0.80 | $300.00 |
| 10/01/20 | HCB | Attend telephonic hearing on Trustee's Objections to Claims (1.2) | 1.20 | $450.00 |

Matter No. 43-1
Cassandra Johnson Landry, Debtor  18-55697-LRC

January 14, 2021
Page 9

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/04/20 | HCB | Prepare and file Withdrawal of Trustee's Objection to Claim of Georgia Dept. of Community Health (.6) | 0.60 | $225.00 |
| 12/03/20 | HCB | Review of Order Granting Trustee's Motion to Disallow Claims (.3) | 0.30 | $112.50 |
| 01/05/21 | HCB | Prepare Application for Compensation for Attorney for Trustee (4.0) | 4.00 | $1,500.00 |

|  |  | Hours: | 63.40 |  |
|  |  | Total fees: |  | $23,775.00 |

## Billing Summary

| | |
|---|---|
| Previous balance | $0.00 |
| Payments & adjustments | 0.00 |
| Current fees & expenses | 23,775.00 |
| **Total now due** | **$23,775.00** |

Please make checks payable to Herbert C. Broadfoot II, P.C.
Tax ID No. 58-2462679

# EXHIBIT B

**CLAIMS TRANSFERRED FROK NOTH APPLICATION FOR COMPENSATION AND CLAIMS SUBMITTED**

| CLAIM NUMBER | CREDITOR | CLAIM ASSERTED | CLAIM TYPE | ALLOWED AMOUNT OF CLAIM | INTERIM PAYMENTS TO DATE | PROPOSED PAYMENT | OJECTION | ABANDONE BY CHAPTER TRUSTEE |
|---|---|---|---|---|---|---|---|---|
| 1 SUBMITTED 4/18/13 21484451 | THE DOWNS HOA C/O LAZEGA AND JOHANSON P.O.BOX 250800 ATLANTA , GA 30325 BY BRADLEY W. GRIFFIN (PROPERTY: 1440 HIGHLAND LAKE DRIVE, LAWRENCEVILLE GEORGIA | 2911.35 | S | 2911.35 | 0.00 | 0.00 | SUBMITTED 2/8/19 BY CJLANDRY (ACCORDING TO DOCKEY ACTIVITY LOG RESPONSED WERE DUE IN 30 DAYS PLUS AN ADDITIONAL THREEE DAYS. DOCUMENTATION SUPPORTING FALSE CLAIM UPLOADED INTO BRC CASE. COPIES OF MONEY ORDERS REFLECTING PAYMENTS) ITEM (150) MORTGAGE FRAUD. INVESTIGATION DENIED BY BRC, | N 2/15/2019 (RELATED REA PROPERTY BURDENSOM |
| 2 SUBMITTED 4/25/13 21500842 | BUREAUS INVESTMENTS GROUP NO 15 | 13719.40 | U | 13719.00 | 0.00 | 6034.33 | CAPITAL ONE ? | N |
| 3 SUBMITTED 4/27/13 21457005 | VALERI BURNOUGJH DELONG CALDWELL BRIDGERS FITZPATRICK AND BENJAMIN (SUBMITTED BY CHARLES BRIDGERS) | 30060.95 | u | 30060.95 | 0.00 | 13221.97 | SUBMITTED DOCUMENTATION SHOWING PROOF OF PAYMENT, DOCUMENTATION UPLOADED INTO BRC **CLIENT IS DECEASED AS OF 9/2020** | N |
| 4 SUBMITTED 5/2/13 21522094 | AMERICAN EXPRESS (SUBMITTED BY BECKET AND LEE, MUKHERJEE, SABARI | 13312.03 | U | 13312.03 | 0.00 | 5855.14 | INDENTITY THEFT POLIOCE REPORT DATED 3/9/08 | |

1

**CLAIMS TRANSFERRED FROK NOTH APPLICATION FOR COMPENSATION AND CLAIMS SUBMITTED**

| CLAIM NUMBER | CREDITOR | CLAIM ASSERTED | CLAIM TYPE | ALLOWED AMOUNT OF CLAIM | INTERIM PAYMENTS TO DATE | PROPOSED PAYMENT | OBJECTION | ABANDONED CHAPTER 7 TRUSTEE |
|---|---|---|---|---|---|---|---|---|
| 5 SUBMITTED 5/9/13 21454999 | DEPARTMENT OF TREASURY (FILED BY THE IRS) | 5000.00 | U | 5000.00 | 0.00 | 0.00 | IRS REVOKED CLAIM. ID THEFT | N |
| 6 SUBMITTED 5/23/18 21555879 | MIDLAND FUNDING LLC, SUBMITTED BY MIDLAND CREDIT MANAGEMENT. | 9000.99 | U | | 0.00 | 3958.98 | SUBMITTED ID THEFT REPORT SUBMITTED | N |
| 7 SUBMITTED 5/23/18 21564165 | WILMINGTON SAVINGS FUND C/OCARRINGTON (2969 SWEET BRIAR WALK SNELLVILLE GA 30039) | 199596.30 | S | 199596.30 | 0.00 | 0.00 | SUBMITTED MORTGAGE FRAUD FALSE CLAIM HOME STOLEN AND SOLD WHILE IN BANKRUPTCY UNBEKNOWST TO DEBTOR AND CO-DEBTOR. DEBTORS WERE NOT NOTIFIED UNTIL PRIVATE INVESTIGATION TOOK PLACE. HOUSE WAS NOT ABANDONED BY DEBTOR AND CO-DEBTOR. UTILITIES WERE ON AND FRAUDULENT 1098'S UPLOADED IN BRC CASE. FRAUD INVESTIGATION DENIED. | Y 2/15/19 (RELATED REA PROPERTY BURDENSOME LIFT OF STAY GRANTED |

**CLAIMS TRANSFERRED FROK NOTH APPLICATION FOR COMPENSATION AND CLAIMS SUBMITTED**

| CLAIM NUMBER | CREDITOR | CLAIM ASSERTED | CLAIM TYPE | ALLOWED AMOUNT OF CLAIM | INTERIM PAYMENTS TO DATE | PROPOSED PAYMENT | OBJECTION | ABANDONED BY CHAPTER TRUSTEE |
|---|---|---|---|---|---|---|---|---|
| 8 SUBMITTED 5/24/18 21536184 | DEUTSCHE BANK NATIONAL TRUST OCWEN LOAN SERVICING (FILED BY BRIAN JORDAN, ALDRIGE PITE) (PROPERTY 1440 HIGHLAND LAKE DRIVE, LAWRENCEVILLE GA 30045 | 281001.85 | S | 281001.85 | 00.00 | 0.00 | MORTGAGE FRAUD FALSE CLAIM UPLOADED FRADULENT 1098'S IN BRC FILE OVER 10+FRADULUENT LOANS, FRAUD INVESTIGATION DENIED | Y 2/15/19 REAL PROPER BURDENSOM LIFT OF STAY GRANTED (ADVERSIAL ACTION FILED BRC DISMISSE SUBJECT MAT JURDIS W/O PREJUDICE) |
| 9 SUBMITTED 6/4/18 21585882 | QUANTUM 3 LLC COMENITY BANK (FILED B Y QUANTUM 3 GROUP LLC, | 182.60 | U | 182.60 | 00.00 | 80.31 | ID THEFT | N |
| 10 SUBMITTED 6/7/18 21595423 | JP MORGAN CHASE (FILED BY MCALLA, RAYMENR HEATHER BOCK OR HEATHER BROCK) FICTIOUS | 492297.43 | S | 492297.43 | 0.00 | 0.00 | MORTGAGE FRAUD FALSE CLAIM UPLOADED FRADULENT 1098'S IN BRC FILE OVER 10+FRADULUENT LOANS, FRAUD INVESTIGATION DENIED | Y 2/15/19 REAL PROPER BURDENSOMI LIFT OF STAY GRANTED |
| 11 SUBMITTED 6/7/18 21595423 | JP MORGAN CHASE (FILED BY MCALLA, RAYMER HEATHER BOCK OR HEATHER BROCK) FITICOUS ORIGINAL CLAIM FILED BY MARIA TSAGARIS BUT W/D | 492297.43 | S | 492297.43 | 0.00 | 0.00 | MORTGAGE FRAUD FALSE CLAIM UPLOADED FRADULENT 1098'S IN BRC FILE OVER 10+FRADULUENT LOANS, FRAUD INVESTIGATION DENIED | Y 2/15/19 REAL PROPER BURDENSOMI LIFT OF STAY GRANTED (ADVERSARY ACTION: RICO FILED DISMISS BY FED C. CLE OF COURT W/PREJUDICE |

3

**CLAIMS TRANSFERRED FROK NOTH APPLICATION FOR COMPENSATION AND CLAIMS SUBMITTED**

| CLAIM NUMBER | CREDITOR | CLAIM ASSERTED | CLAIM TYPE | ALLOWED AMOUNT OF CLAIM | INTERIM PAYMENTS TO DATE | PROPOSED PAYMENT | OBJECTION | ABANDONED CHAPTER 7 TRUSTEE |
|---|---|---|---|---|---|---|---|---|
| 12 SUBMITTED 6/11/18 21600576 | BANK OF AMERICA (FILED BY BOA) | 22656.01 | U | 22656.01 | 0.00 | 9964.98 | Y ID THEFT | N |
| 13 SUBMITTED 6/11/18 21500842 | BUREAU INVESTMENT GROUP NO. 15(FILED BY PRA REECEIVABLES) | 11439.52 | U | 11439.52 | 0.00 | 5031.54 | Y ID THEFT | N |
| 14 SUBMITTED 6/11/18 21601605 | CACH LLC, (FILED BY RESURGENT CAPITAL SERVICES) | 33646.86 | U | 33646.86 | 0.00 | 14799.18 | Y SUBMITTED PROOF OF PAYMENTS | N |
| 15 SUBMITTED 6/11/18 21602414 EXHIBIT A | WOODBRIDGE MORTGAGE INVESTMENT FUND 3A LLC. (FILED BY ePOC) Electronic Proof of Claim | 6/11/18 CLAIM 15 223693.54 9/12/18 CLAIM 15 AMENDED CLAIM) | U | Sold 9/12/18 (STILL IN CHAPTER 13) | 0.00 | 0.00 | y | Y (BUT UNSECURED) 3554 - 3556HABERSH AT NORTHLAK BLDG H |
| 16 SUBMITTED 6/12/18 21602977 | 21602977 EMORY EASTSIDE MEDICAL CENTER (ENTERED BY RESURGENT CAPITAL SERVICES) | 150.00 | U | 150.00 | 0.00 | 65.98 | y PAID | N |
| 17 SUBMITTED 6/12/18 21580303 | WILMINGTON TRUST SELECT PORT. SERVICING INC (FILED BY JOSEPHINE SALMON FROM ALDRIDGE PITE LLC | 139245.29 | S | 139245.29 | 0.00 | 0.00 | y MORTGAGE FRAUD | Y |

**CLAIMS TRANSFERRED FROK NOTH APPLICATION FOR COMPENSATION AND CLAIMS SUBMITTED**

| CLAIM NUMBER | CREDITOR | CLAIM ASSERTED | CLAIM TYPE | ALLOWED AMOUNT OF CLAIM | INTERIM PAYMENTS TO DATE | PROPOSED PAYMENTS | OBJECTION | ABANDONED CHAPTER 7 TRUSTEE |
|---|---|---|---|---|---|---|---|---|
| 18 6/12/2018 21456509 | VERIPRO SOLUTION (FILED BY VERIPRO SOLUTIONS INC,) 2NDMORTGAGE ON 1440 HLD | 64540.89 | S | 65540.89 | 0.00 | 0.00 | Y (MORTAGE FRAUD) | Y |
| 19 SUMITTED 6/13/18 21615646 | NATCHEZ TRACE HOA (FILED BY G. LANIER COULTER) | 2049.87 | S | 2049.87 | 0.00 | 0.00 | Y ALL RECORDS OF PAYMENTS SENT | y |
| 20 SUBMITTED 9/19/18 21339075 | GA. DEPT OF COMMUNITY HEALTH DCH (FILED BY WHITNREY W. GROFF) | 42634.37 | U | 42634.37 | 0.00 | 18,5782.23 | Y ALL SUPPORTING DOCS WERE SENT TO INCLUDE MODIFIED TRANSCRIPTS FROM ADMINISTRTATIVE HEARING | y |
| 21 SUBMITTED 2/28/19 21500842 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 (FILED BY PRA RECEIVABLES) | 10389.98 | U | 10389.98 | 0.00 | 4569.91 | Y ID THEFT | N |
| 22 SUBMITTED 3/12/19 22202824 | ALLIANCE FOR CHANGE THROUGH TREATMENT LLC, C/O CASSANDRA JOHNSON LANDRY | 375000.00 (MONEY OWNED TO CREDITOR LOANED TO AGENCY) | U | 0.00 | 0.00 | 0.00 | JUDGE DENIED CLAIM AFTER ALL DOCUMENTATION WAS SUBMITTED | Y |
| 23 SUBMITTED 3/11/19 22203170 | CASSANDRA JOHNSON-LANDRY FOR ALLIANCE FOR CHANGE LLC, (FILED BY CASSANDRA JOHNSON-LANDRY | 42634.37 (MONEY OWED TO AGENCY BY DCH) | U | 0.00 | 0.00 | 0.00 | JUDGE DENIED CLAIM AFTER ALL DOCUMENTATION WAS SUBMITTED | Y |

## CLAIMS TRANSFERRED FROK NOTH APPLICATION FOR COMPENSATION AND CLAIMS SUBMITTED

| CLAIM NUMBER | CREDITOR | CLAIM ASSERTED | CLAIM TYPE | ALLOWED AMOUNT OF CLAIM | INTERIM PAYMENTS TO DATE | PROPOSED PAYMENTS | OBJECTIONS | ABANDONED CHAPTER 7 TRUSTEE |
|---|---|---|---|---|---|---|---|---|
| 24 SUBMITTED 3/11/19 22202973 | ABC OF ATLANTA LLC. CLAIMED SUBMITTED BY CASSANDRA JOHNSON-LANDRY (FISCAL MANAGER FOR DFACS DID NOT FILE CLAIM) | 2,24700.00 (MONEY IS OWED TO AGENCY) | U | 0.00 | 0.00 | 0.00 | JUDGE DENIED PAYMENT TO ABC LLC. | Y |
| 25 SUBMITTED 5/27/19 21484451 | (21484451) THE DOWNS HOA LAZEGA AND JOHANSON LLC SUBMITTED BY (BRADLEY GRIFFIN) | 2911.335 SAME AMOUNT AS PRE-PETITION (JUST WANTED TO COLLECT TO EXHAUST ESTATE) | S (WHY IS THIS ALLOWED TO BE FILED TWICE?) | 2911.35 | | | | N 2/15/19 |

6

# EXHIBIT C

AGENCY ID. (ORI)

CASE NUMBER

GA0670800

**INCIDENT REPORT**

08-03-0395

| INCIDENT TYPE | COUNTS | INCIDENT CODE | PREMISE TYPE | |
|---|---|---|---|---|
| Criminal Trespass | 1 | 16-7-21 | ☐ HIGHWAY | ☐ SVC. STATION |
| | | | ☐ CONV. STORE | ☐ BANK |
| | | | ☐ COMMERCIAL | ☐ RESIDENCE |
| | | | ☐ SCHOOL | ☑ ALL OTHER |

| INCIDENT LOCATION | LOC CODE | WEAPON TYPE |
|---|---|---|
| 2279 Pinehurst Rd, Snellville, Ga 30078 (LA Fitness) | Zone 1 | |

| INCIDENT DATE | TIME | DATE | TIME | STRANGER TO STRANGER | GUN | KNIFE / CUTTING TOOL |
|---|---|---|---|---|---|---|
| 3/9/2008 | 11:34 | TO | | YES ☑ NO ☐ UNK ☐ | HANDS / RST. ET | OTHER |

| COMPLAINANT | ADDRESS | PHONE NUMBER |
|---|---|---|
| Landry-Johnson,Cassandra | 2279 Pinehurst Rd, Snellville,Ga 30078 | (678) 860-3621 |

| VICTIMS NAME | RACE | SEX | AGE | RESIDENCE PHONE | BUSINESS PHONE |
|---|---|---|---|---|---|
| Landry-Johnson,Cassandra | B | F | 40 | (678) 860-3621 | (678) 406-9707 |

| ADDRESS | CENSUS TRACT | EMPLOYER OR OCCUPATION |
|---|---|---|
| 2279 Pinehurst Rd,Snellville,GA 30078 | | Self-Employed |

STUDENT   ☐ YES   ☑ NO   IF YES, NAME VICTIM'S SCHOOL

| WANTED | NAME | | RACE | SEX | DATE OF BIRTH | AGE |
|---|---|---|---|---|---|---|
| | ADDRESS | CENSUS TRACT | HEIGHT | WEIGHT | HAIR | EYES |

| WARRANT CHARGES | COUNTS | OFFENSE CODE | OFFENSE/ARREST | JURIS. |
|---|---|---|---|---|
| ARREST | | | | 1. CITY |
| | | | | 2. COUNTY |
| | | | | 3. STATE |
| | | | | 4. OUT OF STATE |
| | | | | 5. UNKNOWN |

| TOTAL NUMBER ARRESTED | ARRESTED AT OR NEAR SCENE | DATE OF OFFENSE |
|---|---|---|
| | YES ☐ NO ☑ | |

| | TAG NUMBER | STATE | YEAR | V.I.N. | PLATE ONLY | VIN ONLY |
|---|---|---|---|---|---|---|
| ☐ STOLEN | | | | | | ☐ |
| ☐ RECOVD | YEAR | MAKE | MODEL | STYLE | COLOR | |
| ☐ SUSPECTS | | | | | | |
| | MOTOR SIZE (CID) | AUTO | MAN. | SPD. | INSURED BY | |
| | | TRANS. ☐ | ☐ | ☐ | | |

| NAMES | ADDRESS | PHONE NUMBER |
|---|---|---|
| | | |

| | VEHICLES | CURRENCY,NOTES,ETC. | JEWELRY,PREC. METALS | FURS | PROPERTY RECOVERY INFO ONLY | |
|---|---|---|---|---|---|---|
| STOLEN | 0 | 0 | 0 | 0 | THEFT / RECOVERY | JURISDICTION CODES |
| RECOVERED | 0 | 0 | 0 | 0 | ☐ ☐ | 1. CITY |
| | CLOTHING | OFFICE EQUIP. | TV, RADIO, ETC. | HOUSHOLD GOODS | DATE OF THEFT | 2. COUNTY |
| STOLEN | 0 | 0 | 0 | 0 | | 3. STATE |
| RECOVERED | 0 | 0 | 0 | 0 | | 4. OUT OF STATE |
| | FIREARMS | CONSUMABLE GOODS | LIVESTOCK | OTHER | | 5. UNKNOWN |
| STOLEN | 0 | 0 | 0 | 0 | TOTAL | 0 |
| RECOVERED | 0 | 0 | 0 | 0 | | |

ADM.   ☐ GCIC ENTRY  ☐ WARRANT   ☐ MISSING PERSONS   ☐ VEHICLE   ☐ ARTICLE   ☐ BOAT   ☐ GUN   ☐ SECURITIES

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED?   ☐ YES   ☑ NO
IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER

☐ 1. AMPHETAMINE   ☐ 2. BARBITURATE   ☐ 3. COCAINE   ☐ 4. HALLUCINOGEN   ☐ 5. HEROIN   ☐ 10. ALCOHOL
☐ 6. MARIJUANA   ☐ 7. METHAMPHETAMINE   ☐ 8. OPIUM   ☐ 9. SYNTHETIC NARCOTIC   ☐ U. UNKNOWN

| REQUIRED DATA FIELDS | ☑ ACTIVE | ☐ CLEARED BY ARREST | ☐ EXCEPTIONALLY CLEARED | ☐ UNFOUNDED | REPORT DATE |
|---|---|---|---|---|---|
| FOR CLEARANCE REPORT | | | | | 3/9/2008 |
| DATE OF CLEARANCE | | ☐ ADULT | | ☐ JUVENILE | |

NARRATIVE   SEE ATTACHED NARRATIVE PAGE 2

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER |
|---|---|---|---|
| BOYD,A.B.III | 23 | LT BROWN | 07 |

| AGENCY ID. (ORI) | CASE NUMBER |
|---|---|
| GA   GA-0670800 | 08-03-0395 |

City of Gabumie Police Department

**SUPPLEMENTAL REPORT**

☑ ORIGINAL REPORT   ☑ SUPPLEMENTAL REPORT   PAGE 2 OF 2

Dispatched To meet with the complainant in reference to someone breaking her window (passenager side)out of her 2005 GMC YUKON while it was parked in the lot area of the listed location the complainant stated she placed her small black purse near/under the passenager seat area were no-one she thought could see it.When she returned from the gym area she notice her widow shattered and the purse was gone from where she placed it.contents of purse is as follows:

Wallet with Id's in it
SS card #408215102
1. One American express card(acct number unknown at present)
2. Mastercard (acct number unknown at present)
3. One Tiffany& Co.(acct number unknown at present)
4. Other Misc items such as house keys to other houses belonging to victim/husband
5. No money was inside purse.


Note: Complainant advised to contact this officer with Account numbers to each card as soon as possible.

| CASE STATUS: | ☑ ACTIVE | ☐ CLEARED BY ARREST | ☐ EXCEPTIONALLY CLEARED | ☐ UNFOUNDED | |
|---|---|---|---|---|---|
| REPORT DATE | 3/9/2008 | | | | |
| REPORTING OFFICER | | NUMBER | APPROVING OFFICER | | NUMBER |
| BOYD,A.B.III | | 23 | LT BROWN | | 07 |

01335
0091

**WRIT OF FIERI FACIAS**
**IN THE MAGISTRATE COURT OF GWINNETT COUNTY, GEORGIA**

BOOK **1335** PAGE **091**

| | |
|---|---|
| **CIVIL ACTION NO.:** 01-M-07919 | **AVERY & ELLIOTT INC DBA** |
| **JUDGMENT DATE:** 05/03/2002 | **KIDS R KIDS 11** |
| | **Plaintiff(s)** |

Plaintiff's Attorney - Name, Address & Telephone

NAME:        LOUIS F RICCIUTI
ADDRESS:    PO BOX 39
                   AVONDALE ESTATES GA 30002 0039

**VS.**

**CASSANDRA JOHNSON**
**Defendant(s)**

TELEPHONE & AREA CODE: 404-296-3741

Fi. Fa. in Hands of: **LOUIS F RICCIUTI**

To all and singular the sheriffs of the State and their lawful deputies:

In the above styled case, and on the judgment date set out, the plaintiff(s) named above recovered against the defendant(s) name above, judgment in the following sums:

| | | |
|---|---|---|
| Principal | $ | 229.00 |
| Interest | $ | |
| Interest-Other | $ | |
| Attorney's Fees | $ | |
| Court Costs | $ | 62.00 |
| Total | $ | 291.00 |



CANCELLATION
The within and foregoing Fi. Fa. having been paid in full the Clerk of Superior Court is hereby directed to cancel it of record this _____ day of _____, 20_____.

SIGNATURE:

_____

TITLE: _____

Note: _____

with future interest upon said principal amount from the date of judgment at the legal rate.

Therefore, YOU ARE COMMANDED, that of the goods and chattels, lands and tenements of said Defendant(s), and ESPECIALLY/ONLY of the following described property, to wit:

YOU cause to be made the several sums set out in the foregoing recital of the judgment in this case and have the said sums of money before the Magistrate Court of this County at the next term of court, with this Writ to render to said plaintiff(s) the principal, interest, attorney fee and costs aforesaid.
Witness the Honorable SHARON HOPKINS, Judge of Said Court, this the 10th day of MAY, 2002.

13917

TOM LAWLER, CLERK

BY: _____
JAMES R ROOSE JR, Deputy Clerk

Entered on General Execution Docket _____, at Page
_____, this _____ day of _____, 20_____.

01432
00042

## BOOK 1432 PAGE 042   WRIT OF FIERI FACIAS
### IN THE STATE COURT OF GWINNETT COUNTY

CIVIL ACTION NUMBER: 02-C-9953-2
JUDGMENT DATE: FEBRUARY 25, 2003

TRIAD FINANCIAL CORP

Plaintiff(s)

Plaintiff's Attorney ~ Name, Address & Telephone
Name:   CRAIG B. LEFKOFF
Address: 3423 PIEDMONT RD
STE 500
ATLANTA, GA 30305

VS.
CASSANDRA JOHNSON

Defendant(s)
To all and singular the sheriffs of the State and their lawful deputies:

Telephone & Area Code:404-869-6900

Fi. Fa. in Hands of:

In the above styled case, and on the judgment date set out, the plaintiff(s) named above recovered against the defendant(s) named above, judgment in the following sums:

| | | |
|---|---|---|
| Principal | $ | 5,618.90 |
| Interest | $ | 978.64 |
| Interest-Other | $ | 0.00 |
| Attorney's Fees | $ | 684.75 |
| Court Costs | $ | 90.00 |
| Total | $ | 7,372.29 |

FILED AND RECORDED
CLERK OF STATE COURT
GWINNETT COUNTY GA
03 MAR 17 PM 12: 01
TOM LAWLER, CLERK

### CANCELLATION

NOTE:

The within and foregoing Fi. Fa. having been paid in full the clerk of State Court is hereby directed to cancel it

with future interest upon said principal amount from the date of judgment at the legal rate.

of record this _____ day of _____, 20____

Signature: _____

Title: _____

Therefore, YOU ARE COMMANDED, that of the goods and chattels, lands and tenements of said defendant(s) and ESPECIALLY/ONLY of the following described property, to wit:

YOU cause to be made the several sums set out in the foregoing recital of the judgment in this case and have the said several sums of money before the State Court of this County at the next term of court, with this Writ to render to said plaintiff(s) the principal, interest, attorney fees and costs aforesaid.

Witness the Honorable   HOWARD E. COOK _____ Judge of Said Court,

this the __13__ day of   MARCH _____, 20_03_,

TOM LAWLER, CLERK
By: _____
Deputy Clerk

ST-5 Rev. 85          06174

Entered on General Execution Docket_____, at
Page_____this _____ day of_____, 20____.

## IN THE UNITED STATES BANKRUPTCY COURT OF THE
## NORTHERN DISTRICT OF GEORGIA
## CERTIFICATE OF SERVICE

I Cassandra Johnson-Landry currently submits <u>Objection to Application of Herbert</u>

<u>Broadfoot II Esq, for Allowance of Compensation as Counsel</u>. Submitted

document was submitted via USPS Mail on 3/10/2012. I verify I am over the age

of 18 years. Copies of Objection was the following:


S. Gregory Hays
296 Peachtree Road NW, STE 555
Atlanta Ga, 30305

Herbert Broadfoot II, Esq
296 Peachtree Road NW, STE 555
Atlanta Ga, 30305

Cassandra Johnson-Landry, Pro Se
678.860.3621
Cjlandry1967@gmail.com