# IN THE UNITED STATES BANKRUPTCY COURT OF THE NORTHERN DISTRICT OF GEORGIA

*Filed in U.S. Bankruptcy Court Atlanta, Georgia M. Regina Thomas, Clerk MAR 11 2021 By: Deputy Clerk*

| | |
|---|---|
| CASSANDRA JOHNSON-LANDRY ) <br> DEBTOR ) | CHAPTER 7 <br> BRC 18-55697LRC |

**SUBMISSION: PROOF DEBTOR WAS IN ATTENDANCE FOR HEARING ON MARCH 11, 2021 REGARDING OBJECTION TO APPLICATION OF HERBERT BROADFOOT II ESQ, FOR ALLOWANCE OF COMPENSATION AS COUNSEL FOR THE CHAPTER 7 TRUSTEE**

This submission serves as verification of attendance of Cassandra Johnson-Landry, Debtor at scheduled Bankruptcy Court Hearing via Phone (1-888-363-4734) Access Code 2563361 on March 11, 2021 at 10:10AM EST. Debtor phoned the above number with the required Access Code (2563361) at approximately 9:59AM EST. Present at Hearing via Phone, Presiding Judge, Lisa Richey Craig and Herbert Broadfoot II Esq, Legal Counsel for Chapter 7 Trustee S. Gregory Hays. Debtor, Cassandra Johnson-Landry acknowledged being in attendance during role call by Clerk. Herbert Broadfoot II Esq, Legal Counsel for Chapter 7 Trustee, S. Gregory Hays, who was not present, informed Judge of Debtor's Opposition to Counsel's Application for Compensation. Presiding Judge questioned why the Debtor, Cassandra Johnson-Landry was not present, Debtor interjected and stated she was on the phone and in attendance for Hearing. Herbert Broadfoot II Esq, reiterated he received opposition to his Application for Compensation by Debtor prior to the hearing and stated Debtor LACKED STANDING.

Debtor submitted Opposition on March 11, 2021 at 8:31AM EST. Debtor also sent copy of Opposition via electronic email with Certification of Service in the event both Chapter 7

1

Trustee and Legal Counsel did not receive it electronically from the BRC system. Copies of Opposition were mailed on March 10, 2021. Since the USTP serving as the oversight for Debtor's case, was not in attendance, Johnathan Adams UST s stated he was not in opposition of Legal Counsel's Application for Compensation, serving as a substitute UST. Debtor, Cassandra Johnson-Landry, requested to comment, but presiding judge ending the hearing after approving Chapter 7 Trustee and Legal Counsel Herbert Broadfoot II Esq. Application for Compensation for payment. Debtor was not allowed to comment or request to conference with Chapter 7 Trustee and employed Legal Counsel regarding completed tasks and charges for each. Due to Debtor's and Co-Debtors abrupt transition from their home, which caused Debtor to contract COVID -!9, due to being transient, Debtor was delayed with submitted objection.

11th Day of March 2021

_____
Cassandra Johnson-Landry, Pro Se
678-860-3621
Cjlandry1967@gmail.com

# IN THE UNITED STATES BANKRUPTCY COURT OF THE NORTHERN DISTRICT OF GEORGIA

## CERTIFICATE OF SERVICE

I, CASSANDRA JOHNSON-LANDRY, DEBTOR OVER THE AGE OF 18 YEARS CURRENTLY SUBMITS CERTIFICATE OF SERVICE: **SUBMISSION: PROOF DEBTOR WAS IN ATTENDANCE FOR HEARING ON MARCH 11, 2021 REGARDING OBJECTION TO APPLICATION OF HERBERT BROADFOOT II ESQ. FOR** ALLOWANCE OF COMPENSATION AS COUNSEL FOR THE CHAPTER 7 TRUSTEE VIA USPS ON MARCH 11, 2021.

S. GREGORY HAYS
2964 PEACHTREE ROAD
SUITE 555
ATLANTA, GA 30305

HERBERT BROADFOOT II ESQ.
2964 PEACHTREE ROAD
SUITE 555
ATLANTA, GA 30305

11th Day of March 2021

*[signature]*

Cassandra Johnson-Landry, Pro Se
678-860-3621
CJlandry1967@gmail.com