IN THE UNITED STATES BANKRUPTCY COURT OF THE
NORTHERN DISTRICT OF GEORGIA

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

MAR 1 3 2021

M. Regina Thomas, Clerk
By: _____
Deputy Clerk

CASSANDRA JOHNSON-LANDRY    )    CHAPTER 7
DEBTOR                      )    BRC 18-55697LRC

---

**CORRECTION: PROOF DEBTOR WAS IN ATTENDANCE AT HEARING MARCH 11, 2021 REGARDING THE OBJECTION TO APPLICATION OF HERBERT BROADFOOT II ESQ, FOR ALLOWANCE OF COMPENSATION AS COUNSEL FOR THE CHAPTER 7 TRUSTEE.**

---

Debtor, Cassandra Johnson-Landry submitted proof of attendance for scheduled hearing on March 11, 2021. Debtor stated, Johnathan Adams USTP served as substitute for the assigned USTP. Debtor submitted summarization of meeting on March 11, 2021, which, also served as verification of attendance via phone conference provided by A T and T conference calling. (EXHIBIT A). Given. Mr, Johnathan Adams did not identify himself as the one of the Trial Attorney for Region 21, but as Johnathan Adams on behalf or for the USTP. Debtor assumed the UST was a substitute UST, given assigned R. Jeneane Treace UST was not present. (EXHIBIT B).

Debtor formally submits this correction for the purpose of docketing and to correct statement within the referenced summarization above.

13th Day of March, 2021

_____
CASSANDRA JOHNSON-LANDRY, PRO SE
678.860.3621
CJLandry1967@gmail.com

1

## IN THE UNITED STATES BANKRUPTCY COURT OF THE
## NORTHERN DISTRICT OF GEORGIA
## CERTIFICATE OF SERVICE

I, CASSANDRA JOHNSON-LANDRY, DEBTOR, CURRENTLY SUBMIT VIA USPS

**CORRECTION: PROOF DEBTOR WAS IN ATTENDANCE AT HEARING MARCH 11, 2021 REGARDING THE OBJECTION TO APPLICATION OF HERBERT BROADFOOT II ESQ, FOR ALLOWANCE OF COMPENSATION AS COUNSEL FOR THE CHAPTER 7 TRUSTEE S. GREGORY HAYS.** DEBTOR IS OVER THE AGE OF 21 YEARS,

R, JENEANE TREACE UST
Office of The United States Trustee
75 Ted Turner Drive, S.W., Room 362
Atlanta, GA 30303

JOHNATHAN ADAMS, ESQ,
Office of The United States Trustee
75 Ted Turner Drive, S.W., Room 362
Atlanta, GA 30303

S. Gregory Hays
296 Peachtree Road NW, STE 555
Atlanta Ga, 30305

Herbert Broadfoot II, Esq
296 Peachtree Road NW, STE 555
Atlanta Ga, 30305

12th Day of March, 2021

CASSANDRA JOHNSON-LANDRY, PRO SE
678.860.3621
CJLandry1967@gmail.com

# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT OF THE
# NORTHERN DISTRICT OF GEORGIA

|  |  |
|---|---|
| CASSANDRA JOHNSON-LANDRY )<br>DEBTOR )<br> ) | CHAPTER 7<br>BRC ~~15-55697LRC~~<br>18-55697 LRC |

---

**OBJECTION TO APPLICATION OF HERBERT BROADFOOT II ESQ, FOR ALLOWANCE OF COMPENSATION AS COUNSEL FOR THE CHAPTER 7 TRUSTEE**

---

Debtor currently objects to the Application of Herbert Broadfoot II ESQ, for allowance of Compensation as Counsel for the Chapter 7 Trustee.

A. According to the Handbook for Chapter 7 Trustees the following applies:

Attorneys and accountants shall not be compensated for performing the statutory duties of the trustee. 11 U.S.C. § 704, Fed. R. Bankr. P. 2015(a). The following list includes examples of services considered to fall within the duties of a trustee:

1) Preparing for and examining the debtor at the meeting of creditors in order to verify factual matters

2) Examining proofs of claim and filing routine objections to the allowance of any claim that is improper

3) Investigating the financial affairs of the debtor

4) Furnishing information to parties in interest on factual matters

5) Collecting and liquidating assets of the estate by employing auctioneers or other agents and soliciting offers

1

# EXHIBIT B

# State Bar of Georgia

## Mr. Jonathan Stephen Adams

U.S. Department of Justice- Office of the United States Trustee

362 Richard Russell Building

75 Ted Turner Drive, S.W.

Atlanta, GA 30303

Phone                    (404) 331-4437

Fax

| | |
|---|---|
| Status | Active Member in Good Standing |
| Public Discipline | None on Record |
| Admit Date | 11/16/2009 |
| Law School | Mercer University-W. George L.S. |
| Member of the following sections: | Bankruptcy Law |