**IT IS ORDERED as set forth below:**

**Date: March 24, 2021**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBER |
|---|---|---|
|  | : |  |
| CASSANDRA JOHNSON LANDRY, | : | 18-55697 -LRC |
|  | : |  |
|  | : | IN PROCEEDINGS UNDER |
|  | : | CHAPTER 7 OF THE |
| Debtor. | : | BANKRUPTCY CODE |

### ORDER AND NOTICE OF RESCHEDULED HEARING

It appearing to the Court that Debtor experienced technical difficulties attending a telephonic hearing on the Final Report and Applications for Compensation (the "Report and Applications," Doc. 332) and that her presence at the hearing was unknown to the Court, it is hereby

ORDERED that a **rescheduled, telephonic hearing** will be held on the Report and Applications (the "Hearing") on **April 14, 2021**, at 10:30 a.m. in Courtroom 1204, United

States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

IT IS FURTHER ORDERED that the Chapter 7 Trustee shall have through and including March 31, 2021, within which to file a response to Debtor's objection to the Final Report and Applications (Doc. 350) or to amend the Final Report or Applications;

IT IS FURTHER ORDERED that, given the current public health crisis, the Hearing is telephonic only.

NOTICE IS GIVEN that any party may join the hearing by calling 888-363-4734 and entering access code 2563361 followed by # key;

IT IS ORDERED that, pursuant to BLR 5073-1, all parties are prohibited from recording or broadcasting the proceedings conducted by the United States Bankruptcy Court.

**END OF DOCUMENT**

**Distribution List**

**ALL PARTIES ON THE COURT'S MAILING MATRIX**