### IN THE UNITED STATES BANKRUPTCY COURT OF THE
### NORTHERN DISTRICT OF GEORGIA

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

APR 1 0 2021

M. Regina Thomas, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| CASSANDRA JOHNSON-LANDRY ) | CHAPTER 7 |
| DEBTOR ) | BRC 18-55697LRC |
| ) | |

---

## CORRECTION TO CERTIFICATE OF SERVICE REGARDING PREVIOUSLY SUBMITTED OBJECTION TO ORDER FOR RESCHEDULED MEETING APRIL 14, 2021 AND COUNTER RESPONSE TO LEGAL COUNSEL'S FOR CHAPTER 7 TRUSTEE APPLICATION FOR COMPENSATION.

---

Debtor, Cassandra Johnson-Landry, currently submit correction to referenced documents Certificate of Service. Debtor noted address for both Legal Counsel Herbert Broadfoot II Esq, and Chapter 7 Trustee Gregory Hays as:

**296 Peachtree Road NW, STE 555**
**Atlanta Ga, 30305**

The correct mailing address for both Chapter 7 Trustee and Legal Counsel for Chapter 7 Trustee is as follow:

**2964 Peachtree Road NW, STE 555**
**Atlanta Ga, 30305.**


10th st Day of April 2021

*[signature]*

**CASSANDRA JOHNSON-LANDRY, PRO SE**
678.860.3621
CJLandry1967@gmail.com

## IN THE UNITED STATES BANKRUPTCY COURT OF THE
## NORTHERN DISTRICT OF GEORGIA
## CERTIFICATE OF SERVICE

### CORRECTION CERTIFICATE OF SERVICE

I, CASSANDRA JOHNSON-LANDRY, DEBTOR, CURRENTLY SUBMIT VIA USPS **CORRECTION TO CERTIFICATE OF SERVICE REGARDING PREVIOUSLY SUBMITTED OBJECTION TO ORDER FOR RESCHEDULED MEETING APRIL 14, 2021 AND COUNTER RESPONSE TO LEGAL COUNSEL'S FOR CHAPTER 7 TRUSTEE APPLICATION FOR COMPENSATION** to all listed parties below. DEBTOR IS OVER THE AGE OF 18 YEARS, **Debtor requests mailings to listed parties on current Bankruptcy Matrix in addition.**

R, JENEANE TREACE UST
Office of The United States Trustee
75 Ted Turner Drive, S.W., Room 362
Atlanta, GA 30303


JOHNATHAN ADAMS, ESQ,
Office of The United States Trustee
75 Ted Turner Drive, S.W., Room 362
Atlanta, GA 30303

S. Gregory Hays
2964 Peachtree Road NW, STE 555
Atlanta Ga, 30305

Herbert Broadfoot II, Esq
2964 Peachtree Road NW, STE 555
Atlanta Ga, 30305

10th Day of April 2021

CASSANDRA JOHNSON-LANDRY, PRO SE
678.860.3621
CJLandry1967@gmail.com