UNITED STATES BANKRUPTCY COURT OF GEORGIA NORTHERN DISTRICT

CASSANDRA JOHNSON-LANDRY }
DEBTOR } BRC 18-55697LRC

OBJECTION TO CLAIM NUMBER **12 (21600576)** Bank of America

CASSANDRA JOHNSON-LANDRY, Debtor OBJECTS to claim from Bank of America 22,656.01 Debtor requested validation of debt as it is questionable. The account number is not listed in addition, to account being charge off. Why was this claim submitted?

(EXHIBIT A)

Filed in U.S. [Bankruptcy] Court
Atlanta, Georgia
M. Regina Thomas, Clerk

MAY 18 2021

Deputy Clerk

18th Day of May 2021

CASSANDRA JOHNSON-LANDRY, PRO-SE

UNITED STATES BANKRUPTCY COURT OF GEORGIA NORTHERN DISTRICT

CERTIFICATE OF SERVICE

---

I, CASSANDRA JOHNSON-LANDRY, Debtor currently submit Certificate of Service Regarding OBJECTION TO CLAIM NUMBER 12 (21600576) Bank of America the 18th day of May 2021. Debtor is over the age of 18 years. COS and Objection will be mailed by the USPS to:

BANKRUPTCY
PO BOX 982238
EL PASO, TEXAS 79998

S. GREGORY HAYS, CHAPTER 7 TRUSTEE
2964 PEACHTREE ROAD, SUITE 555
ATLANTA, GEORGIA 30305

HERBERT BROADFOOT, ESQ
2964 PEACHTREE ROAD, SUITE 555
ATLANTA, GEORGIA 30305

18TH DAY OF MAY 2021

*[signature]*

CASSANDRA JOHNSON-LANDRY, PRO SE

# EXHIBIT A

10/3/2017                                   https://www.freecreditreport.com/c/#/print/experian/20171003162150417

CASSANDRA LANDRY - Experian
Date of Report: Oct 3, 2017



**BK OF AMER**
XXXX                                                                                              Closed

### ACCOUNT DETAILS

| | |
|---|---|
| Account Name | BK OF AMER |
| Account # | XXXX |
| Original Creditor | |
| Company Sold | |
| Account Type | Credit Card - Revolving Terms |
| Date Opened | Feb 1, 2009 |
| Account Status | Closed |
| Payment Status | Charge-off |
| Status Updated | Jul 1, 2016 |
| Balance | $22,656 |
| Balance Updated | Sep 17, 2017 |
| Credit Limit | $22,600 |
| Monthly Payment | - |
| Past Due Amount | $22,656 |
| Highest Balance | - |
| Terms | Revolving |
| Responsibility | Individual |
| Your Statement | - |
| Comments | Credit line closed-grantor request-reported by subscriber |

### CREDIT USAGE

100% — High Credit Usage
Keeping your account balances as low as possible can have a positive impact on your credit.

### CONTACT INFORMATION

PO BOX 982238
EL PASO, TX 79998
(800) 421-2110

### PAYMENT HISTORY

**2017**: Jan FP, Feb FP, Mar FP, Apr FP, May FP, Jun FP, Jul FP, Aug FP, Sep FP, Oct -, Nov -, Dec -

**2016**: Jan 30, Feb 60, Mar 90, Apr 120, May 120, Jun 120, Jul FP, Aug FP, Sep FP, Oct FP, Nov FP, Dec FP

**2015**: All OK

**2014**: All OK

**2013**: All OK

**2012**: All OK

**2011**: Jan-Dec OK

**2010**: Jan-Apr blank, May-Aug OK, Sep blank, Oct OK, Nov OK, Dec OK



Summary    Accounts (Closed)    Collections    Inquiries    Public Records    Credit Score