UNITED STATES BANKRUPTCY COURT OF GEORGIA

NORTHERN DISTRICT

CASSANDRA JOHNSON-LANDRY

DEBTOR                                           BRC 18-55697LRC

ADDENDUM : RESPONSE TO ORDER DEFERRUNG RULING ON APPPROVAL OF CHAPTER 7 TRUSTEE'S FINAL REPORT AND TRUSTEE'S APPLICATION FOR COMPENSATION AND GRANTING TRUSTEE'S REQUEST FOR REIMBURSEMENT OF EXPENSES AND APPLICATION FOR COMPENSATION OF PROFESSIONAL.

CASSANDRA JOHNSON-LANDRY, DEBTOR currently submits addendum to the required order. Debtor overlook approximately 2 to 3 claims as required within Debtor's Response.

1.

CACH LLC. Claim number 14 is a commercial claim and should be filed into Debtor's personal Bankruptcy. Debtor submitted copies of all payments to Trustee in addition to uploaded payment into current Bankruptcy case. The amount submitted is false and as stated proof of payments were uploaded within Bankruptcy Case. Alliance for Change through Treatment is a LLC. and did not file Bankruptcy. This account was being paid weekly via electronic funds deduction.

2.

EMORY EASTSIDE. CLAIM NUMBER 16 is a Medical Claim and should be discharged. This claim was also paid in full. Debtor will locate proof of payment.

18th day of May 2021

Cassandra Johnson-Landry, Pro Se

# UNITED STATES BANKRUPTCY COURT OF GEORGIA
## NORTHERN DISTRICT

## CERTIFICATE OF SERVICE

I, CASSANDRA JOHNSON-LANDRY, Debtor, currently submit, ADDENDUM:<u>RESPONSE TO ORDER DEFERRUNG RULING ON APPPROVAL OF CHAPTER 7 TRUSTEE'S FINAL REPORT AND TRUSTEE'S APPLICATION FOR COMPENSATION AND GRANTING TRUSTEE'S REQUEST FOR REIMBURSEMENT OF EXPENSES AND APPLICATION FOR COMPENSATION OF PROFESSIONAL</u> on the 18th Day of May 2021. Debtor is over the age of 18 years. Debtor requests submitted document be distributed to parties located on Debtor's Bankruptcy Matrix.

18th Day of May 2021

*[signature]*

Cassandra Johnson-Landry, Pro Se