UNITED STATES BANKRUPTCY COURT OF GEORGIA NORTHERN DISTRICT

CASSANDRA JOHNSON-LANDRY }
DEBTOR } BRC 18-55697LRC
}
}
}
}

OBJECTION TO CLAIM NUMBER 21 BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC.

CASSANDRA JOHNSON-LANDRY, Debtor OBJECTS to submitted claim: Bureaus Investment Group Portfolio no 15, LLC.in the amount of 10,383.98 on behalf of Capital One. There has been no validation of claim. Debtor contacted Company, however there no representative was available. In addition, the are additional claims filed by the Bureau which are not which are not validated. Possible duplicate claim. (EXHIBIT A).

18th Day of May 2021

CASSANDRA JOHNSON-LANDRY, PRO-SE

Filed in U.S. Bankruptcy Court
Atlanta, Georgia
M. Regina Thomas, Clerk
MAY 18 2021
By: Deputy Clerk

UNITED STATES BANKRUPTCY COURT OF GEORGIA NORTHERN DISTRICT

CERTIFICATE OF SERVICE

---

I, CASSANDRA JOHNSON-LANDRY, Debtor currently submit Certificate of Service Regarding OBJECTION TO CLAIM NUMBER 21 **THE BUREAUS INC.** the 18th day of May 2021. Debtor is over the age of 18 years. COS and Objection will be mailed by the USPS to:

THE BUREAU INC.
1717 CENTRAL STREET
EVANSTON, IL 60201

S. GREGORY HAYS, CHAPTER 7 TRUSTEE
2964 PEACHTREE ROAD, SUITE 555
ATLANTA, GEORGIA 30305

HERBERT BROADFOOT, ESQ
2964 PEACHTREE ROAD, SUITE 555
ATLANTA, GEORGIA 30305

18TH DAY OF MAY 2021

*[signature]*
CASSANDRA JOHNSON-LANDRY, PRO SE

# EXHIBIT A

10/3/2017	https://www.freecreditreport.com/c/#/print/experian/201710031621501417

CASSANDRA LANDRY - Experian
Date of Report: Oct 3, 2017



**A**	THE BUREAUS INC	Closed
	415505XXX

### ACCOUNT DETAILS

| | |
|---|---|
| Account Name | THE BUREAUS INC |
| Account # | 415505XXX |
| Original Creditor | CAPITAL ONE N.A. |
| Company Sold | - |
| Account Type | Collection Department / Agency / Attorney |
| Date Opened | Sep 1, 2016 |
| Account Status | Closed |
| Payment Status | Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department |
| Status Updated | Oct 1, 2016 |
| Balance | $14,019 |
| Balance Updated | Sep 19, 2017 |
| Original Balance | 14119 |
| Monthly Payment | - |
| Past Due Amount | $14,019 |
| Highest Balance | - |
| Terms | 1 Month |
| Responsibility | Individual |
| Your Statement | - |
| Comments | - |

*(handwritten: "Fraud")*

### CONTACT INFORMATION

1717 CENTRAL ST
EVANSTON, IL 60201
(800) 708-7071

### PAYMENT HISTORY

**2017**
Jan Feb Mar Apr: [FP] [FP] [ ] [FP]
May Jun Jul Aug: [FP] [FP] [FP] [FP]
Sep Oct Nov Dec: [FP] [ ] [ ] [ ]

**2016**
Jan Feb Mar Apr: [ ] [ ] [ ] [ ]
May Jun Jul Aug: [ ] [ ] [ ] [ ]
Sep Oct Nov Dec: [ ] [FP] [FP] [ ]

---

Summary › Accounts › Collections › Inquiries › Public Records › Credit Score

10/3/2017    https://www.freecreditreport.com/c/#/print/experian/201710031621501417

CASSANDRA LANDRY - Experian
Date of Report: Oct 3, 2017



⚠    **SYNCB/SAMS CLUB DC**    Closed
521333XXXXXXXXXX

### ACCOUNT DETAILS

| | |
|---|---|
| Account Name | SYNCB/SAMS CLUB DC |
| Account # | 521333XXXXXXXXXX |
| Original Creditor | - |
| Company Sold | - |
| Account Type | Credit Card - Revolving Terms |
| Date Opened | Sep 1, 2013 |
| Account Status | Closed |
| Payment Status | Charge-off |
| Status Updated | Sep 1, 2016 |
| Balance | $0 |
| Balance Updated | Sep 5, 2016 |
| Credit Limit | $7,850 |
| Monthly Payment | - |
| Past Due Amount | - |
| Highest Balance | - |
| Terms | Revolving |
| Responsibility | Individual |
| Your Statement | - |
| Comments | Transferred to another lender or claim purchased |

### CREDIT USAGE

**0%**

No Credit Usage
You have no account balance. Keeping your account balances as low as possible can have a positive impact on your credit.

### CONTACT INFORMATION

PO BOX 965005
ORLANDO, FL 32896
(866) 220-0254

### PAYMENT HISTORY

**2016**
| Jan | Feb | Mar | Apr |
|---|---|---|---|
| OK | OK | 30 | 60 |
| May | Jun | Jul | Aug |
| 90 | 120 | 120 | FP |
| Sep | Oct | Nov | Dec |
| OK | | | |

**2015**
| Jan | Feb | Mar | Apr |
|---|---|---|---|
| OK | OK | OK | OK |
| May | Jun | Jul | Aug |
| OK | OK | OK | OK |
| Sep | Oct | Nov | Dec |
| OK | OK | 30 | OK |

**2014**
| Jan | Feb | Mar | Apr |
|---|---|---|---|
| OK | OK | OK | OK |
| May | Jun | Jul | Aug |
| OK | OK | OK | OK |
| Sep | Oct | Nov | Dec |
| OK | OK | OK | OK |

**2013**
| Jan | Feb | Mar | Apr |
|---|---|---|---|
| | | | |
| May | Jun | Jul | Aug |
| | | | |
| Sep | Oct | Nov | Dec |
| | OK | OK | OK |

Summary    Accounts (Closed)    Collections    Inquiries    Public Records    Credit Score

10/3/2017                     https://www.freecreditreport.com/c/#/print/experian/201710031621501417

CASSANDRA LANDRY - Experian
Date of Report: Oct 3, 2017



| A | | THE BUREAUS INC | | Closed |
| --- | --- | --- | --- | --- |
| | | 415505XXX | | |

### ACCOUNT DETAILS

| | | | CONTACT INFORMATION |
| --- | --- | --- | --- |
| Account Name | *Fraud* | THE BUREAUS INC | 1717 CENTRAL ST |
| Account # | | 415505XXX | EVANSTON, IL 60201 |
| | | | (800) 708-7071 |
| Original Creditor | | CAPITAL ONE N.A. | |
| Company Sold | | | PAYMENT HISTORY |
| Account Type | | Collection Department / Agency / Attorney | |
| Date Opened | | Sep 1, 2016 | |
| Account Status | | Closed | |
| Payment Status | | Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department | |
| Status Updated | | Oct 1, 2016 | |
| Balance | | $10,689 | |
| Balance Updated | | Sep 19, 2017 | |
| Original Balance | | 10790 | |
| Monthly Payment | | | |
| Past Due Amount | | $10,689 | |
| Highest Balance | | | |
| Terms | | 1 Month | |
| Responsibility | | Individual | |
| Your Statement | | | |
| Comments | | | |

**Payment History:**

2017: Jan FP, Feb FP, Mar —, Apr FP, May FP, Jun FP, Jul FP, Aug FP, Sep FP, Oct —, Nov —, Dec —

2016: Jan —, Feb —, Mar —, Apr —, May —, Jun —, Jul —, Aug —, Sep —, Oct FP, Nov FP, Dec —

Summary  >  Accounts  >  Collections  >  Inquiries  >  Public Records  >  Credit Score