UNITED STATES BANKRUPTCY COURT OF GEORGIA NORTHERN DISTRICT

CASSANDRA JOHNSON-LANDRY }
DEBTOR }
} BRC 18-55697LRC
}
}
}
}

*Filed in U.S. Bankruptcy Court Atlanta, Georgia MAY 18 2021 By: M. Regina Thomas, Clerk / Deputy Clerk*

**OBJECTION TO CLAIM NUMBER 14 CACH LLC**

CASSANDRA JOHNSON-LANDRY, Debtor OBJECTS to submitted claim. This is a commercial claim and should not be submitted under Debtor's personal Bankruptcy. ALLIANCE FOR CHANGE THROUGH TREATMENT LLC. did not file Bankruptcy. Please refer to Item document number 186 on BRC Docket. This claim is of a false amount also.

18th Day of May 2021

CASSANDRA JOHNSON-LANDRY, PRO-SE

# UNITED STATES BANKRUPTCY COURT OF GEORGIA NORTHERN DISTRICT

## CERTIFICATE OF SERVICE

---

I, CASSANDRA JOHNSON-LANDRY, Debtor currently submit Certificate of Service Regarding OBJECTION TO CLAIM NUMBER14 CACH LLC. the 18th day of May 2021. Debtor is over the age of 18 years. COS and Objection will be mailed by the USPS to:

CACH LLC.
55 Beattie Pl.
Greenville, SC 2960

S. GREGORY HAYS, CHAPTER 7 TRUSTEE
2964 PEACHTREE ROAD, SUITE 555
ATLANTA, GEORGIA 30305

HERBERT BROADFOOT, ESQ
2964 PEACHTREE ROAD, SUITE 555
ATLANTA, GEORGIA 30305


18TH DAY OF MAY 2021

*(signature)*
CASSANDRA JOHNSON-LANDRY, PRO SE