UNITED STATES BANKRUPTCY COURT OF GEORGIA NORTHERN DISTRICT

CASSANDRA JOHNSON-LANDRY }
DEBTOR                   }       BRC 18-55697LRC
                         }
                         }
                         }
                         }
                         }

**OBJECTION TO CLAIM NUMBER 16 EASTSIDE HOSPITAL**

CASSANDRA JOHNSON-LANDRY, Debtor OBJECTS to submitted claim EMORY EASTSIDE. CLAIM NUMBER 16 is a Medical Claim and should be discharged. This claim was also paid in full. Debtor will locate proof of payment.

18th Day of May 2021

CASSANDRA JOHNSON-LANDRY, PRO-SE

UNITED STATES BANKRUPTCY COURT OF GEORGIA NORTHERN DISTRICT

CERTIFICATE OF SERVICE

---

I, CASSANDRA JOHNSON-LANDRY, Debtor currently submit Certificate of Service Regarding OBJECTION TO CLAIM NUMBER 16 **EMORY EASTSIDE MEDICAL.** the 18th day of May 2021. Debtor is over the age of 18 years. COS and Objection will be mailed by the USPS to:

**Nashville Health Information Management Service Center (HSC)**
PO Box 290429
Nashville, TN 37229-0429


S. GREGORY HAYS, CHAPTER 7 TRUSTEE
2964 PEACHTREE ROAD, SUITE 555
ATLANTA, GEORGIA 30305

HERBERT BROADFOOT, ESQ
2964 PEACHTREE ROAD, SUITE 555
ATLANTA, GEORGIA 30305


18TH DAY OF MAY 2021

*[signature]*
CASSANDRA JOHNSON-LANDRY, PRO SE