UNITED STATES BANKRUPTCY COURT OF GEORGIA
NORTHERN DISTRICT

| | |
|---|---|
| CASSANDRA JOHNSON-LANDRY )<br>DEBTOR ) | BRC 18-55697 LRC |

**SUBMISSION: APPEARED CASE SABOTAGE PERTAINING TO MISREPRESENTATION OF TITLE**

CASSANDRA JOHNSON-LANDRY, Debtor currently submits communication and letter sent by CSC. It is very obvious there is a hidden agenda and Debtor, KNOWS this was not made in error. Debtor is not an Attorney was BAR NUMBER to practice the study of Law. Debtor represents herself as Pro Se. Ironically Debtor KNOWS exactly why this language if being used such as MISREPRESENTATION. Also, based on a previous phone conversation Debtor was very aware of the conversation being recorded and manipulated to fit what appears to be a passive aggressive scenario. When an individual acts on his own behalf during a legal action, rather than through an attorney, he is considered to be a pro se litigant. This Latin term literally means advocating on ones own behalf. In all jurisdictions in the United States, an individual is allowed to represent himself, whether as the plaintiff or defendant in a civil lawsuit, or as the defendant in a criminal case. To explore this concept, consider the following pro se definition. (EXHIBIT A)

20th day of May 2021

*Cassandra Johnson-Landry, PRO SE*

1

# UNITED STATES BANKRUPTCY COURT OF GEORGIA NORTHERN DISTRICT
## CERTIFICATE OF SERVICE

I, CASSANDRA JOHNSON-LANDRY, Debtor, currently submit, **SUBMISSION: APPEARED CASE SABOTAGE PERTAINING TO MISREPRESENTATION OF TITLE** on the 20th Day of May 2021. Debtor is over the age of 18 years. Debtor requests submitted document be distributed to parties located on Debtor's Bankruptcy Matrix.

20th Day of May 2021

*[signature]*

Cassandra Johnson-Landry, Pro Se
678.860.3621

# EXHIBIT A



Transmittal Number: 23193284
null

# Rejection of Service of Process

**Return to Sender Information:**

Cassandra Johnson Landry null
Attorney at Law
P.O. Box 1275
Grayson, GA 30017

| | |
|---|---|
| Date: | 05/13/2021 |
| Party Served: | Altisource Profolio Solutions |
| Jurisdiction Served: | GA |
| Method Served: | Regular Mail |
| Title of Action: | In Re: Cassandra Johnson Landry |
| Case/Reference No: | 18-55697-LRC |

The service of process received for the party served, as listed above, cannot be forwarded to the intended party for one of the reasons listed below:

- **Agent** - According to our records and the records at the Secretary of State, or other appropriate state agency, we are not the registered agent for the company you are trying to serve or the status of the entity is no longer active.
- **Name** - Because two or more companies can have very similar names, the name of the company to which service of process is directed MUST BE IDENTICAL to the company name on file with the Secretary of State or other appropriate state agency.
- **Resignation** - CSC has resigned as the registered agent for the company being served.

Or the entity served is inactive at the state for one of the reasons listed below:

- **Withdrawn**
- **Surrendered**
- **Merged Out of Existence**
- **Dissolved**
- **Revoked**

It is your responsibility to verify this information with the Secretary of State or other appropriate state agency.

Our customer records are confidential. We do not release any information related to our customers, agent representation or service of process received. Please contact the Secretary of State or other appropriate agency for more information.

For an electronic copy of the identified service of process, send your request by e-mail to sop@cscglobal.com. Please include the transmittal number located in the upper right-hand corner of this letter.

251 Little Falls Drive, Wilmington, Delaware 19808-1674
(888) 690-2882 | sop@cscglobal.com

5/20/2021 — Re: CORRECTION OF CSC TRANSMITTAL NUMBER 2319284 - cjlandry1967@gmail.com - Gmail



From: Cassandra Landry [cjlandry1967@gmail.com]
Sent: 5/20/2021 10:01 AM
To: sop@cscglobal.com
Subject: Re: CORRECTION OF CSC TRANSMITTAL NUMBER 2319284

Correction
Transmittal Number
23193284

Sent from my iPhone

> On May 20, 2021, at 9:57 AM, Cassandra Landry <cjlandry1967@gmail.com> wrote:
>
> DEBTOR, CASSANDRA JOHNSON-ILANDRY contacted CSC on 5.20.21 at approximately 9:50am CST
>
> FOR: Altisource Profolio Solutions
>
> I spoke with Joesph/ CSC Litigator to investigate the area. Informed he did not know where and why the misrepresentation of my career title and I am NOT an attorney at law. Letter was dated for 5.13.21 and Re\
>
> Cassandra Johnson-Landry
> 6788603621
>
> Sent from my iPhone


Cassandra

NOTICE: This e-mail and any attachments is intended only for use by the addressee(s) named herein and notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly original copy and any copy of any e-mail, and any printout.

ref:_00Do0L0wF._5002KvNKSJ:ref
<Rejection.pdf>