UNITED STATES BANKRUPTCY COURT OF GEORGIA
NORTHERN DISTRICT

Filed in U.S. Bankruptcy Court
Atlanta, Georgia
M. Regina Thomas, Clerk

MAY 20 2021

Deputy Clerk

| | |
|---|---|
| CASSANDRA JOHNSON-LANDRY ) <br> DEBTOR ) <br> ) <br> ) <br> ) | BRC 18-55697 LRC |

SUBMISSION: ADVERSIAL ACTION:
CASSANDRA JOHNSON-LANDRY VS. DE LAGE LANDON FINANCIAL SERVICES INC.

CASSANDRA JOHNSON-LANDRY, Debtor received the attached letter from CT. Please note Debtor is unaware of a[n] [ad]versarial action being filed within the bankruptcy court against this company. Debtor is currently in possession of [fra]udulent documents pertaining to the above financial services, which appeared to have been coordinated by the [rep]resenting attorney James. W. Martin esq. This is a commercial account which, is allegedly for ALLIANCE FOR [CH]ANGE THROUGH TREATMENT, LLC. Every aspect of this case was illegal. Was there an Adversarial action file[d] [if] so, Debtor was not notified. Again, Alliance for Change Through Treatment, LLC. did not file Bankruptcy. There is a [cur]rent report on FILE WITH CONSUMER FINANCIAL PROTECTION BUREAU and also a complaint was filed via [the] USPS due to Mail Fraud, In addition, if Debtor is not mistaken, submitted letterhead does not appear to be the [au]thentic letterhead of the CT corporation. It appears to Debtor this is just another hidden agenda, (EXHIBIT A)

20th day of May 2021

Cassandra Johnson-Landry, PRO SE

1

# UNITED STATES BANKRUPTCY COURT OF GEORGIA NORTHERN DISTRICT
## CERTIFICATE OF SERVICE

I, CASSANDRA JOHNSON-LANDRY, Debtor, currently submit, <u>SUBMISSION: ADVERSIAL ACTION: CASSANDRA JOHNSON-LANDRY VS. DE LAGE LANDON FINANCIAL SERVICES INC.</u> on the 20th Day of May 2021. Debtor is over the age of 18 years. Debtor requests submitted document be distributed to parties located on Debtor's Bankruptcy Matrix.

20th Day of May 2021

*[signature]*
Cassandra Johnson-Landry, Pro Se
678.860.3621

3

# EXHIBIT A

EXHIBIT A



May 12, 2021

Cassandra Johnson Landry
P.O. Box 1275,
Grayson, GA 30017

Re: CASSANDRA JOHNSON LANDRY vs. De Lage Landen Financial Services, Inc.

Case No. 1855697LRC

Dear Sir/Madam:

After checking our records and the records of the State of GA, it has been determined that Not Represented by CT is not the registered agent for an entity by the name of Delage Landen Financial Services, Inc.

CT was unable to forward.

Very truly yours,


Not Represented by CT

Log# 539537771

Sent By Regular Mail

cc: --


(Returned To)

Cassandra Johnson Landry
P.O. Box 1275,
Grayson, GA 30017