# UNITED STATED BANKRUPTCY COURT OF NORTHERN GEORGIA

---

**CASSANDRA JOHNSON-LANDRY**
**DEBTOR**                                                    **BRC 18-55697LRC**

---

## SUBMISSION: CREDIT ONE BANK IN RELATION TO BRC 18-55697LRC: APPEARED ILLEGAL SECURITY ACTIVITY

---

CASSANDRA JOHNSON-LANDRY, DEBTOR, submits communication which is related to Debtors Bankruptcy Case. Refer to Exhibits A-C.

> Filed in U.S. Bankruptcy Court
> Atlanta, Georgia
> M. Regina Thomas, Clerk
>
> MAY 2 1 2021
>
> By: _[signature]_
> Deputy Clerk

21st Day of May 2021

_[signature]_
Cassandra Johnson-Landry Pro Se

# UNITED STATED BANKRUPTCY COURT OF NORTHERN GEORGIA
## CERTIFICATE OF SERVICE

---

I CASSANDRA JOHNSON-LANDRY, DEBTOR CURRENTLY <u>SUBMIT SUBMISSION: CREDIT ONE BANK IN RELATION TO BRC 18-55697LRC: APPEARED ILLEGAL SECURITY ACTIVITY</u>. Debtor is over the age of 18 years. Parties will be served via BRC Matrix.

21st Day of May 2021

*[signature]*

Cassandra Johnson-Landry, Pro Se

IVY T. LANDRY AND CASSANDRA JOHNSON-LANDRY
1440 HIGHLAND LAKE DRIVE
LAWRENCEVILLE, GEORGIA 30045
P.O BOX 1275 GRAYSON, GA 30017
678.860.2254 IVY T. Landry

May 21, 2021

CREDIT ONE BANK
(ADDRESS LEFT OFF DELIBERATELY)

REF CASE NUMBER 20210505034

REPRESENATIVE,

This letter serves as an update regarding the DRAMA concerning additional payments not made by myself or wife, but there apparently were overage checks mailed to someone. I received the first replacement card on the 19th of May 2021 via Fed Ex. The scanned zip code at the bottom on the envelope was 30017 (EXHIBIT A). Today I received the same IDENTICAL replacement card however, it was mailed to 1440 Highland Lake Drive, 30045 and the scan zip code is 30045.

The second issue after pulling our statements we found the new card number on the April 14 2021-May 13, 2021 billing statement. We received this statement weeks before the 1st New card arrived ending in 7617. In addition, the new card not even activated, as it was **NOT** sent PRIOR to the April-May 2021 Statement. SO, we already know what's taking place. The 2 new cards ending in 7617 (EXHIBIT B)

Furthermore, the letter which contained communication with the UNOFFICIAL FRAUD FORM WHICH WAS SENT BACK TO YOU in an upload and yes you received it, If you need the confirmation I am just an email and phone call away. The forms were sent in an unofficial envelope with NO RETURN ADDRESS and it was OPENED. (EXHIBIT C). The letter was sent from the CREDIT ONE OFFICE OF THE PRESEIDENT?

In closing, trying to cover all of the checks sent for OVERPAYMENTS ON THIS ACCOUNT AGAIN, WE DID NOT MAKE has been revealed. **CREDIT ONE's BANK CHARGEBACK SPECIALIST/DISPUTES/FRAUD sounds very familiar.** Also, you stated we will not receive the outcomes of the investigation of some statement to this affect. Please don't attempt to turn this situation as if WE, meaning myself and wife are the scapegoats. Also, utilizing Fed Ex was a deterrent. Like the card sent today, the 1st card could have been sent to the P.O Box on file.

One last note, my Credit Bureau Score dropped today I wonder why? It was yesterday when your bank received the first set of evidence and written documentation from US! AGAIN, this is related to my wife's Cassandra Johnson-Landry's Bankruptcy Case 18-55697 LRC located in the NORTHERN DISTRICT OF GEORGIA. AGAIN, WHO RECEIVED THE OVERPAYMENTS NOT MADE BY US? THE AMOUNT OF MONEY WHICH APPEARS TO CURRENTLY BEING WASHED COLLECTED BY THE COURT IN REFERNCE OF MY WIFE, CASSANDRA JOHNSON-LANDRY'S BRC IS ASTRONOMICAL. WE ARE AWARE OF THE DOLLAR AMOUNT. IT'S NOT IN THE HUNDRED THOUSAND RANGE FOR A FACT!

Kind Regards,    5/21/21

Ivy Landry

EXHIBIT A

P.O. BOX 247001
OMAHA, NE 68124-7001

RETURN SERVICE REQUESTED

51   EJJQIP1   30017

P.O. BOX 247001
OMAHA, NE 68124-7001

RETURN SERVICE REQUESTED

51    EJJBIP1    30045

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK.



**PAY YOUR BILL ONLINE at CreditOneBank.com**

Account Number: ⬛⬛⬛⬛⬛⬛⬛⬛ 6693
New Balance: $323.11
Minimum Payment Due: $30.00
Payment Due Date: 12/09/20

For address, telephone and email changes, please complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

**AMOUNT ENCLOSED:** $ _____

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY, CA 91716-0500

IVY LANDRY                 111502
PO BOX 1275                 M111
GRAYSON GA 30017-0024

0040995 0032311 0003000 4447962485236693 3

EXHIBIT B

| NO. OF CARDS | ACCOUNT NUMBER ENDING IN | TOTAL CREDIT LINE | AMOUNT AVAILABLE FOR CASH ADVANCE |
|---|---|---|---|
| 1 | 7617 | $400 | $100 |



Activate now to use your new card



1-800-797-6534

IVY LANDRY
1440 HIGHLAND LAKE DR
LAWRENCEVILLE GA  30045-8272

0000154 0516 0000172



5727 9620 5900 CF QC5930 0

**1** Activate by calling:
1-800-797-6534

**2** Sign the back of your card

**3** Start shopping to earn rewards

## Here is your EMV Chip Card

Insert your card into any chip-enabled terminal when checking out for enhanced safety against counterfeiting

If your card is not present, call us immediately at 1-877-825-3242



## Your NASCAR Visa has arrived

## 1% Cash Back Rewards*

on your eligible gas and automotive purchases, plus **Double Cash Back** at the NASCAR.com Superstore.

## FREE Credit Score**

Take advantage of free online access to your Experian credit score and credit report summary.

*Terms apply. See your card agreement.
**For details, see Terms of Use/Credit Score Authorization when you register online.

QC59:



CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number XXXXXXXXXXXX 0187
March 14, 2021 to April 13, 2021

ACCESS YOUR ACCOUNT AT
www.CreditOneBank.com

## TRANSACTIONS (Continued)

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Interest Charged** | |
| | 04/13 | 04/13 | Interest Charge on Purchases | 4.37 |
| | 04/13 | 04/13 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **4.37** |

### 2021 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2021 | $103.65 |
| Total interest charged in 2021 | $17.28 |

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 23.99%(v) | $218.64 | $4.37 |
| Cash Advances | 23.99%(v) | $0.00 | $0.00 |

CreditOne BANK

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number [redacted] 7617
April 14, 2021 to May 13, 2021

ACCESS YOUR ACCOUNT AT
www.CreditOneBank.com

**SUMMARY OF ACCOUNT ACTIVITY**

| | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments | - | $309.95 |
| Other Credits | - | $15.10 |
| Purchases | + | $473.33 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$18.20** |
| **Interest Charged** | + | **$4.35** |
| New Balance | | $170.83 |
| Credit Limit | | $400.00 |
| Available Credit | | $229.00 |
| Statement Closing Date | | 05/13/21 |
| Days in Billing Cycle | | 30 |

**PAYMENT INFORMATION**

| | |
|---|---|
| New Balance | $170.83 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $30.00 |
| **Minimum Payment Due** | **$30.00** |
| **Payment Due Date** | **06/09/21** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and | You will pay off the balance shown on the statement in about | And you will end up paying an estimated total of... |
|---|---|---|

**QUESTIONS?**

... us of any potential errors in *writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in *writing* at:
Credit One Bank, N.A., P.O. Box 98873, Las Vegas, NV 89193-8873.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent. O1GR5385 - 4 - 09/17/18

**Update your contact information online at www.CreditOneBank.com or fill in your address, telephone, and/or email changes below:**

Mailing Address

______________________________

Address Line 2

______________________________

City ______________ State ______ Zip ______

Primary Phone Number† (___) ___ - ____ Secondary Phone Number† (___) ___ - ____

Email Address*† ______________ @ ______________

† I authorize Credit One Bank and its agents to contact me at any phone number I provide at any time (including cellular/wireless telephone services), via a live operator, auto-dialer, prerecorded message, text/SMS message, or email. I understand that this authorization may be revoked by providing Credit One Bank with written notice of revocation.

* We may use your email address to contact you about your Account.

**ELECTRONIC CHECK CONVERSION:** If you pay by check, you authorize us to use information on the check to make a one-time electronic fund transfer from your Account or to process the payment as a check. If a paper check is returned unpaid, we may re-present the returned check by electronic fund transfer. With an electronic fund transfer, funds may be withdrawn from your Account as soon as the day we receive the check. For more information call the Customer Service number on the front. C65-00069

EXHIBIT C



**Credit One**
BANK

P.O. BOX 98873
LAS VEGAS, NV 89193-8873

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
PAID
Credit One

**Statement Enclosed**

○ GO PAPERLESS
Get your statements and other documents online

# GO PAPERLESS TODAY
Sign in at CreditOneBank.com and click 'Settings'

E14040

