UNITED STATES BANKRUPTCY COURT OF GEORGIA NORTHERN DISTRICT

CASSANDRA JOHNSON-LANDRY    }
DEBTOR                      }         BRC 18-55697LRC
                           }
                           }
                           }
                           }

ADDENDUM TO: OBJECTION TO CLAIM NUMBER 3 (21457005) Valeri Burnough

CASSANDRA JOHNSON-LANDRY, Debtor, currently submits email by **Valeri Burnough, as Debtor per email (EXHIBT A),**.Document was submitted via email and does not contain the signature of the submitter. Due to submitter currently deceased both, signature authenticity and validity of submission by submitter is not verifiable. (EXHIBIT B). Please note **SUBMITTER DIED ON DEBTOR'S BIRTHDAY 11/2/2020. Who's blaming it on Covid?**

**ON 2.2.21 Chapter 7 Trustee mailed a copy of the Notice (EXHIBIT C) of Trustees Final Report and Application for Payment for Compensation to VALRI BURNOUGH C/O CASSANDRA JOHNSON-LANDRY, DEBTOR. There was not trust created prior to her untimely death. In addition, to being aware of her departure.**

**ALSO. THE INDIVIDUAL WHO HIT DEBTOR IN HER SECOND AUTO ACCIDENT COMITTED SUICIDE ON 11/1/2017 WHICH, WAS ONE DAY PRIOR TO DEBTOR'S BIRTHDAY 11/02.**

THIS APPEAR TO NOT BE COINCIDENTAL. Per investigation it appears both claims were paid and stolen for Debtors Estate, Debtor suspects to Bankruptcy Officials and their assistants such as Attorneys and others. DEBTOR IS REQUESTING DOJ INVESTIGATION OF BOTH individuals.

24th Day of May 2021

CASSANDRA JOHNSON-LANDRY, PRO-SE

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

MAY 2 4.2021
M. Regina Thomas, Clerk
By:
Deputy Clerk

UNITED STATES BANKRUPTCY COURT OF GEORGIA NORTHERN DISTRICT

CERTIFICATE OF SERVICE

I, CASSANDRA JOHNSON-LANDRY, Debtor currently submit Certificate of Service
ADDENDUM TO: OBJECTION TO CLAIM NUMBER 3 (21457005) Valeri Burnough
24th day of May 2021. Debtor is over the age of 18 years. COS and Addendum to Objection will
be mailed by the USPS to:

DELONG CALDWELL BRIDGERS
FITZPATRICK AND BENJAMIN LLC.
3100 CENTENNIAL TOWER
101 MARIETTA STREET
ATLANTA, GEORGIA 30303

S.GREGORY HAYS, CHAPTER 7 TRUSTEE
2964 PEACHTREE ROAD, SUITE 555
ATLANTA, GEORGIA 30305

HERBERT BROADFOOT, ESQ
2964 PEACHTREE ROAD, SUITE 555
ATLANTA, GEORGIA 30305

24TH DAY OF MAY 2021

CASSANDRA JOHNSON-LANDRY, PRO SE

EXHIBIT A

UNITED STATES BANKRUPTCY COURT OF GEORGIA NORTHERN DISTRICT

CASSANDRA JOHNSON-LANDRY }
DEBTOR                                        }            BRC 18-55697LRC
                                                  }
                                                  }
                                                  }
                                                  }

OBJECTION TO CLAIM NUMBER 3 (21457005) Valeri Burnough

CASSANDRA JOHNSON-LANDRY, Debtor, currently objects to the above claim.
The Creditor is currently deceased. Further investigation revealed no trust was
established prior to her death in 2020. In addition, Debtor was made aware of claim
being filed in order to dissolve agency for purposes of covering illegal activity
uncovered by, Debtor. Appeared illegal activity involved Debtor's previous business
partner. The Claimant was an employee of the ATTACHMENT AND BONDING
CENTER OF ATLANTA, LLC. This is a commercial claim and should not appear in
Debtor's personal bankruptcy case. Previous documentation objecting to claim was
submitted in 2018. Debtor did not owe any outstanding payments to Claimant. The
ATTACHMENT AND BONDING CENTER OF ATLANTA LLC, did not file
bankruptcy. Although the Debtor was the CEO of the agency, the claimant did not
work for CASSANDRA JOHNSON-LANDRY, DEBTOR. (EXHIBIT A)

18th Day of May 2021

CASSANDRA JOHNSON-LANDRY, PRO-SE

UNITED STATES BANKRUPTCY COURT OF GEORGIA NORTHERN DISTRICT

CERTIFICATE OF SERVICE

I, CASSANDRA JOHNSON-LANDRY, Debtor currently submit Certificate of Service regarding OBJECTION TO CLAIM NUMBER 3 (21457005) Valeri Burnough on the 18th day of May 2021. Debtor is over the age of 18 years. COS and Objection will be mailed by the USPS to:

DELONG CALDWELL BRIDGERS
FITZPATRICK AND BENJAMIN LLC.
3100 CENTENNIAL TOWER
101 MARIETTA STREET
ATLANTA, GEORGIA 30303

S.GREGORY HAYS, CHAPTER 7 TRUSTEE
2964 PEACHTREE ROAD, SUITE 555
ATLANTA, GEORGIA 30305

HERBERT BROADFOOT, ESQ
2964 PEACHTREE ROAD, SUITE 555
ATLANTA, GEORGIA 30305

18TH DAY OF MAY 2021

CASSANDRA JOHNSON-LANDRY, PRO SE

# EXHIBIT A

4

09/2016

Print | Close Window

Subject: Valerie Burnough
From: jnhoward@mentalhealthgeorgia.com
Date: Thu, Jun 09, 2016 10:32 am
To: cassandra@mentalhealthgeorgia.com

November 2015, I contacted Valerie via email as the new DFCS Service Manager to come into the office to staff/review her cases. She informed me at that time that she did not have any cases and told DFCS case managers on the cases she serviced that she was no longer employed with the agency because she had not been paid and they should look for another provider to transport. At that time I asked her why didn't she inform ABC to reassign the cases to another worker and she did not respond.

December 2015, I contacted Valerie came into the office stating that she was not paid for half of the month of July and none of August or September and was seeking payment. At that time, I pulled notes and only located July. There were no notes for August or September 2015. I provided Valerie with a total for some of July invoice still owed as the agency was awaiting DFCS payment as they had a obtain a WAIVER for payment from their State Office. I discussed this issue with Ms. Landry and she instructed me to contact Valerie and allow her to resubmit her notes for the missing months she was not paid, which were August and September 2015. Valerie was contacted via email and telephone to resubmit the notes as they would be processed for payment. Valerie came to the office and submitted only the month of August and stated she could not locate September 2015 on her computer, however to give her until the next day to locate. Ms, Landry agreed and allowed Valerie the next day by close of business (5pm) to submit the September 2015 notes. The next day Valerie was emailed by myself as to the agreement . Valerie telephoned the next day and stated that she could not locate them but to process August and await the approval of the DFCS waiver for payment to the agency.

March 2016, Valerie was contacted via telephone and a voice message was left that the payment was received for the waiver along with August notes and that her check is ready and to call to confirm her address. No response was ever received from her as of this date.

Ms. Valerie Burnough did not provide the agency with a letter of resignation as to the allegations as well as informing the agency to reassign the cases she serviced to another worker within Attachment and Bonding, but instead informed DFCS case managers to find another provider. Supervisor D'Londa Lanier reported to me that the Bridges case was assigned to Valerie and after her departure she was forced to obtain assistance for transportation from anther agency as Valerie stated to her that she was no longer employed with the agency and there wasn't anyone else with ABC available to take the case. The agency regained the case for services in May 2016 after Ms. Lanier learned that this information was not true and ABC indeed had staff to service the children and family. ABC lost revenue due to the statements made by Valerie indicating that the agency could not provide services from the months of September 2015 thru April 2016. The case was scheduled for services thru ABC in May 2016.



3548 Habersham at Northlake, Bldg F
Tucker, GA 30084
678-406-9707 Office

**CONFIDENTIAL NOTICE: This message (including attachments) is covered by the Electronic Communications Privacy Act (18 U.S.C. sections 2510-2521) and the HIPAA Regulation (45CRF Parts 160-164) or other confidentiality information. This e-mail and its attachments may contain MENTAL HEALTH GEORGIA proprietary information that is privileged, confidential or subject to copyright belonging to MENTAL HEALTH GEORGIA AND This e-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying or action taken in relation to the contents of and attachments to this e-mail is strictly prohibited and may be unlawful. If you have received this e-mail in error, please notify the sender immediately and permanently delete the original and any copy of this e-mail.**

Copyright © 2003-2016. All rights reserved.

☐ **CORRECTED** (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone number | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| ATTACHMENT AND BONDING CENTER OF ATLANTA LLC 3547 HABERSHAM AT NORTHLAKE BUILDING F TUCKER, GA 30084 (678) 406-9707 | $ | **2015** Form 1099-MISC | **Miscellaneous Income** |
| | 2 Royalties $ | | |
| | 3 Other Income $ | 4 Federal income tax withheld $ | Copy B For Recipient |
| PAYER'S Federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| Account number (see instructions) | FATCA filing requirement | 7 Nonemployee compensation $ 7245.70 | 8 Substitute payments in lieu of dividends or interest $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code VALERI BURNOUGH | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds $ | |
| 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form 1099-MISC    (Keep for your records.)    Department of the Treasury - Internal Revenue Service

Recipient's identification number. For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), or adoption taxpayer identification number (ATIN). However, the issuer has reported your complete identification number to the IRS, and, where applicable, to state and/or local governments.

Account number. May show an account or other unique number the payer assigned to distinguish your account.

FATCA filing requirement. If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

Amounts shown may be subject to self-employment (SE) tax. If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the appropriate line of their tax returns.

Form 1099-MISC incorrect? If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

Box 1. Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business.

Box 2. Report royalties from oil, gas, or mineral properties,

copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

Box 3. Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

Box 4. Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

Box 5. An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

Box 6. For individuals, report on Schedule C (Form 1040).

Box 7. Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report the amount from box 7 on Form 1040, line 7 (or Form 1040NR, line 8). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report it on Form 1040, line 21 (or Form 1040NR, line 21).

Box 8. Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of

your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

Box 9. If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

Box 10. Report this amount on Schedule F (Form 1040).

Box 13. Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

Box 14. Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

Box 15a. May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

Box 15b. Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15b that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See "Total Tax" in the Form 1040 (or Form 1040NR) instructions.

Boxes 16-18. Shows state or local income tax withheld from the payments.

Future developments. For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099misc.

☐ **CORRECTED**

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone number | 1 Rents | OMB No. 1545-0115 | Department of the Treasury Internal Revenue Service |
|---|---|---|---|
| ATTACHMENT AND BONDING CENTER OF ATLANTA LLC 3547 HABERSHAM AT NORTHLAKE BUILDING F TUCKER, GA 30084 (678) 406-9707 | $ | **2015** Form 1099-MISC | **Miscellaneous Income** |
| | 2 Royalties $ | | |
| | 3 Other income $ | 4 Federal income tax withheld $ | Copy 2 To be filed with recipient's state income tax return, when required. |
| PAYER'S Federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds $ | 6 Medical and healthcare payments $ | |
| Account number (see instructions) | FATCA filing requirement | 7 Nonemployee compensation $ 7245.70 | 8 Substitute payments in lieu of dividends or interest $ | |
| RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds $ | |
| 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form **W-9**
(Rev. January 2011)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

Give Form to the
requester. Do not
send to the IRS.

Name (as shown on your income tax return)

Valeri C. Burnough

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax
classification (required): ☑ Individual/sole proprietor   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ►

☐ Other (see instructions) ►

☐ Exempt payee

Address (number, street, and apt. or suite no.)

City, state, and ZIP code

Requester's name and address (optional)

List account number(s) here (optional)

**Part I    Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line
to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a
resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other
entities, it is your employer identification number (EIN). If you do not have a number, see How to get a
TIN on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose
number to enter.

Social security number

Employer identification number

**Part II    Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue
Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am
no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding
because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage
interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and
generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the
instructions on page 4.

Sign
Here

Signature of
U.S. person ►

Date ►  4/27/15

## General Instructions

Section references are to the Internal Revenue Code unless otherwise
noted.

## Purpose of Form

A person who is required to file an information return with the IRS must
obtain your correct taxpayer identification number (TIN) to report, for
example, income paid to you, real estate transactions, mortgage interest
you paid, acquisition or abandonment of secured property, cancellation
of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident
alien), to provide your correct TIN to the person requesting it (the
requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a
number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt
payee. If applicable, you are also certifying that as a U.S. person, your
allocable share of any partnership income from a U.S. trade or business
is not subject to the withholding tax on foreign partners' share of
effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request
your TIN, you must use the requester's form if it is substantially similar
to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are
considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or
organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or
business in the United States are generally required to pay a withholding
tax on any foreign partners' share of income from such business.
Further, in certain cases where a Form W-9 has not been received, a
partnership is required to presume that a partner is a foreign person,
and pay the withholding tax. Therefore, if you are a U.S. person that is a
partner in a partnership conducting a trade or business in the United
States, provide Form W-9 to the partnership to establish your U.S.
status and avoid withholding on your share of partnership income.

5/24/2021                                 Valeri Burnough Obituary (1984 - 2020) - Riverdale, GA - Atlanta Journal-Constitution

Menu                                                                                           Search

# Valeri Burnough

## 1984 - 2020

Send Flowers                                     **Share**

### BURNOUGH, Valeri C.

Of Riverdale, passed Nov. 2, 2020. Funeral arrangements entrusted to
Dortch-Williamson Funeral & Cremation Services, Riverdale, GA.

To Plant Memorial Trees in memory, please visit our Sympathy Store.

Published in Atlanta Journal-Constitution on Nov. 7, 2020.

## Burr

See n

## MEMORIAL EVENTS

**NOV 8** **Viewing**

04:00 - 06:00 PM

Dortch-Williamson Funeral & Cremation Services

🌷 **Send Flowers**

**NOV 9** **Funeral service**

11:00 AM

Dortch-Williamson Funeral & Cremation Services

🌷 **Send Flowers**

Funeral services provided by

5/24/2021
Valeri Burnough Obituary (1964 - 2021) - Riverdale, GA - Atlanta Journal-Constitution

Dortch-Williamson Funeral & Cremation Services

1410 Hwy 138 SW

Riverdale, GA 30296

770-907-8548

Send Flowers

📞 **Order by phone:** (866) 764-7853

Valeri Burnough Obituary (1964 - 2070) - Riverdale, GA - Atlanta Journal-Constitution

Contact Us | Privacy Policy | Terms of Use

# Legacy[*]

© 2021 Legacy.com All rights Reserved

5/24/2021                         Obituary for Valeri C. Burnough | Dortch-Williamson Funeral & Cremation Services

Dortch-Williamson Funeral & Cremation Services (/)                                        HOME PAGE (/)



# *Valeri C. Burnough*

April 29, 1984 ~ November 2, 2020 (age 36)

Recommend 28

f    🐦    ✉ (mailto:?subject=Obituary%20Listing&body=Obituary%

**Obituary & Services**                              Tribute Wall

## Obituary

Share a memory                                    Send Flowers

Valeri C. Burnough passed November 2, 2020. Services entrusted to Dortch-Williamson Funeral & Cremation Services.

(/obituary/Valeri-Burnough/sympathy)

To send flowers to Valeri's family, please visit our <u>floral store. **(/obituary/Valeri-Burnough/sympathy)**</u>

## Services

**VIEWING**
Sunday
November 8, 2020
4:00 PM to 6:00 PM
Dortch-Williamson Funeral & Cremation Services
1410 Highway 138 SW
Riverdale, GA 30296



Directions    (https://maps.google.com/?
q=1410+Highway+138+SW,+Riverdale,+GA+30296)

Text Details

Email Details

**OUTSIDE CELEBRATION OF LIFE SERVICE**
Monday
November 9, 2020
11:00 AM
Dortch-Williamson Funeral & Cremation Services
1410 Highway 138 SW
Riverdale, GA 30296

Directions    (https://maps.google.com/?
q=1410+Highway+138+SW,+Riverdale,+GA+30296)

Text Details

Email Details

**Video is available for this event**

◼ Click here to access the video    (https://vimeo.com/476992999)

**CREMATION**

Share a memory

Riverdale Crematory

Directions    (https://maps.google.com/?
q=1410+Highway+138+SW,+Riverdale,+Georgia+30296)
(/obituary/Valeri-Burnough/sympathy)

5/24/2021                              Obituary for Valeri C. Burnough | Dortch-Williamson Funeral & Cremation Services

1410 Highway 138 SW
Riverdale, Georgia 30296

🖵  Text Details

✉ Email Details

© 2021 Dortch-Williamson Funeral & Cremation Services. All Rights Reserved. Funeral Home website by CFS (https://www.consolidatedfuneralservices.com) & TA
(https://www.tributearchive.com) | Terms of Use (/terms-of-use) | Privacy Policy (/privacy-policy)

Share a memory                                                    Send Flowers

(/obituary/Valeri-Burnough/sympathy)

EXHIBIT B

**From:**          vcburnough@aol.com
**Sent:**          Thursday, April 16, 2020 4:12 PM
**To:**            emergencyfiling
**Subject:**       Case 18-55697-LRC

Hello,

I'm responding to the the case, I'm a debtor of this case and would still like to move forward with the amount that was ordered by the court.

Thank you,

Valeri Burnough

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

APR 16 2020

By_____
Deputy Clerk

1

| | | |
|---|---|---|
| | | by Cassandra Johnson Landry . (related document(s)274) (aam) (Entered: 04/27/2020) |
| 04/23/2020 | 278 (4 pgs) | Certificate of Mailing by BNC of Order and Notice Notice Date 04/23/2020. (Admin.) (Entered: 04/24/2020) |
| 04/22/2020 | 277 (50 pgs; 3 docs) | Motion to Quash *Subpoenas by a non-party* filed by Kerry S. Doolittle on behalf of Jojo John. (Attachments: # 1 Exhibit Exhibits Part 1 # 2 Exhibit Exhibits part 2) (Doolittle, Kerry) |
| 04/21/2020 | 276 (2 pgs) | Order and Notice of Deficient Filing. Service by BNC. Entered on 4/21/2020. (related document(s)275) (law) |
| 04/17/2020 | 274 (78 pgs) | Objection to Order Issued April 7, 2020 filed by Cassandra Johnson Landry . (related document(s)267) (aam) (Entered: 04/20/2020) 🔒 |
| 04/16/2020 | 275 (2 pgs) | Letter to Court dated April 16, 2020 filed by Valeri Burnough. (scm) [Pursuant to General Order 34-2020, this document was received for filing via email or fax.] (Entered: 04/20/2020) |
| 04/16/2020 | 273 (4 pgs) | Submission of Proof of Service filed by Cassandra Johnson Landry . (aam) (Entered: 04/17/2020) 🔒 |
| 04/16/2020 | 272 (6 pgs) | Submission: Filing of Response in the US Federal District Court of Georgia Filed by Cassandra Johnson Landry . (Ojj-intake) |

EXHIBIT C

Hays Financial Consulting, LLC
2964 Peachtree Rd, NW
Suite 555
Atlanta, GA 30305



0004755435   FEB 02  2021
MAILED FROM ZIP CODE 30305

Valeri Burnough
c/o Cassandra Johnson Landry
PO Box 1275
Grayson, GA 30017

30017300024  B024

Case 18-55697-lrc   Doc 333   Filed 02/02/21   Entered 02/02/21 08:21:05   Desc Main
Document    Page 1 of 7

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

In re: LANDRY, CASSANDRA JOHNSON          §          Case No. 18-55697-LRC
                                          §
                                          §
                                          §
                    Debtor(s)

---

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that S. Gregory Hays, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

1340 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

Please take further notice that the Court will hold a hearing on the Trustee's Final Report and Applications for Compensation in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia, at 10:10 a.m. on March 11, 2021.

Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Date Mailed: 02/02/2021                    By: /s/ S. Gregory Hays
                                                    _____
                                                              Chapter 7 Trustee

S. Gregory Hays
2964 Peachtree Road, NW, Ste. 555

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 23 | Cassandra Johnson Landry For Alliance For Change | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims:    $          0.00
Remaining balance:                       $     82,334.55

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $187,192.71 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 44.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Bureaus Investment Group Portfolio No 15 LLC | 13,719.40 | 0.00 | 6,034.33 |
| 3 | Valeri Burnough | 30,060.95 | 0.00 | 13,221.97 |
| 4 | American Express National Bank | 13,312.03 | 0.00 | 5,855.14 |
| 6 | Midland Funding LLC | 9,000.99 | 0.00 | 3,958.98 |
| 9 | Quantum3 Group LLC | 182.60 | 0.00 | 80.31 |
| 12 | Bank of America, N.A. | 22,656.01 | 0.00 | 9,964.98 |
| 13 | Bureaus Investment Group Portfolio No 15 LLC | 11,439.52 | 0.00 | 5,031.54 |
| 14 | CACH, LLC | 33,646.86 | 0.00 | 14,799.18 |
| 15 | Woodbridge Mortgage Investment Fund 3A, LLC | 0.00 | 0.00 | 0.00 |
| 16 | Emory Eastside Medical Center | 150.00 | 0.00 | 65.98 |
| 20 | Georgia Department of Community Health | 42,634.37 | 0.00 | 18,752.23 |
| 21 | Bureaus Investment Group Portfolio No 15 LLC | 10,389.98 | 0.00 | 4,569.91 |
| 22 | Alliance For Change Through Treatment LLC | 0.00 | 0.00 | 0.00 |