# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>Cassandra Johnson Landry,<br><br>Debtor | Civil Action No.<br>18-55697-lrc |

## NOTICE OF SUGGESTION OF DEATH

Undersigned Counsel notifies the Court that Judgment Creditor, Valeri Burnough, is deceased.

This 2nd day of June 2021.

                                            **DELONG CALDWELL BRIDGERS**
                                            **FITZPATRICK & BENJAMIN, LLC**

                                            *s/ Charles R. Bridgers*

101 Marietta Street                    Charles R. Bridgers
Suite 2650                             Georgia Bar No. 080791
Atlanta, Georgia 30303               Michael A. Caldwell
404-979-3150                         Georgia Bar No. 102775
charlesbridgers@dcbflegal.com
michaelcaldwell@dcbflegal.com     **COUNSEL FOR CREDITOR**
                                              **Valeri Burnough**