# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:

Cassandra Johnson Landry,

Debtor

Civil Action No.
18-55697-lrc

## CREDITOR VALERI BURNOUGH'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NUMBER 3

Judgment Creditor, Valeri Burnough, (hereinafter "Ms. Burnough") through the undersigned counsel states as follows:

1. Counsel for Judgment Creditor learned of Ms. Burnough's death on May 26, 2021. Counsel has filed a suggestion of death on behalf of Ms. Burnough.

2. On May 27, 2016, undersigned counsel filed a complaint on Ms. Burnough's behalf against Debtor Cassandra Johnson Landry, Alliance for Change Through Treatment, LLC ("ACT"), and Attachment & Bonding Center of Atlanta, LLC ("ABC") in the U.S. District Court for the Northern District of Georgia alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, 26 U.S.C. § 7434, and state-law claims for breach of contract, quantum meruit, and promissory estoppel.

3. The Parties to said lawsuit reached a settlement agreement before U.S. Magistrate Judge Justin S. Anand on November 29, 2017. A true and correct copy of the Court's Minute Sheet evidencing the settlement agreement is attached as Exhibit A (Minute Sheet). The Court directed the parties to prepare and submit a formal settlement agreement.

4. The Judgment Creditor's Counsel submitted a settlement agreement draft to Debtor's then-counsel who responded that Ms. Landry refused to sign and intended to renege on the settlement she had agreed to at the Mediation.

5. On February 19, 2018, Undersigned counsel filed a Motion to Enforce and Approve Settlement as agreed to during Mediation (see Exhibit B).

6. On March 22, 2018, U.S. District Court Judge Leigh Martin May issued an order granting Ms. Burnough's Motion to Enforce and Approve the Settlement as agreed to (see Exhibit C).

7. On March 26, 2018, the District Court entered a Judgment against Cassandra Johnson Landry, Alliance for Change Through Treatment, LLC and Attachment & Bonding Center of Atlanta, LLC, ruling that they were jointly and severally liable to Ms. Burnough in the amount of $30,000 (see Exhibit D).

8. Judgment Debtor Cassandra Johnson Landry ("Landry") filed this Bankruptcy action on April 11, 2018, approximately 2 weeks after entry of the aforementioned Judgment.

9. Having been found jointly and severally liable for the Judgment, Debtor Cassandra Johnson Landry is personally liable for this debt which remains due and owed. Landry has acknowledged the existence of this Judgement for the three years of her bankruptcy proceedings.

10. Contrary to Judgment Debtor's Objection, Ms. Burnough's death does not extinguish Landry's debt of $30,000 as determined by the U.S. District Court's Decision and Order entered on March 26, 2018.

11. Judgment Creditor further seeks interest on the original Judgment dated March 22, 2018 at federal statutory rate of 2.06%.

12. Upon Ms. Burnough's death her interest in the Judgment passed to her estate.

13. Undersigned counsel on behalf of Creditor Valeri Burnough therefore requests that this Court overrule Debtor's Objection to Claim Number 3. [Dkt. 366]

This 2nd day of June 2021.

                                                         **DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC**

                                                         *s/ Charles R. Bridgers*
                                                         Charles R. Bridgers
                                                         Georgia Bar No. 080791
                                                         Michael A. Caldwell
                                                         Georgia Bar No. 102775

101 Marietta Street                             **COUNSEL FOR CREDITOR**
Suite 2650                                               **Valeri Burnough**
Atlanta, Georgia 30303
404-979-3150
charlesbridgers@dcbflegal.com
michaelcaldwell@dcbflegal.com