Filed in U.S. Bankruptcy Court
Atlanta Georgia
M. Regina Thomas, Clerk
JUN 14 2021
By: _____
Deputy Clerk

**UNITED STATES BANKRUPTCY COURT OF GEORGIA NORTHERN DISTRICT**

|  |  |
|---|---|
| ) | |
| ) | |
| **CASSANDRA JOHNSON-LANDRY** ) | |
| **DEBTOR** ) | **BRC 18-55697 LRC** |

CERTIFICATE OF SERVICE CLARIFICATION

As ordered in Order dated May 4th, 2021 Debtor submitted communication to identified parties as outlined, Given Debtor located two addresses for the Bureaus Inc, Debtor mailed to both Evanston Illinois and Northbrook Ill. Each claim for each claim listed was mailed separately, Debtor did contact The Bureaus today due to receiving returned mail from the Bureaus previous address in Evanston Ill. As stated, Debtor mailed to the Northbrook address on the same day, Debtor sent returned mail to the Northbrook address, to maintain consistency and avoid any discussion of Services not properly conducted. In order words, the Bureau was serviced twice. (EXHIBIT A),

As reported previously, the bureau as it pertains to debtor contacting them personally did not have a working number. Debtor recorded the entire process. Debtor utilized a different route to reach a live representative who informed Debtor the Credit Bureau has not been updated with the correct address for a period od nine years, According to Credit reporting Laws this is not legal and a violation of Consumer Fair Reporting Act. Often submitted Bankruptcy Claims contain an

1

incorrect address of the entity submitting BR claim, which is a violation. Therefore, Debtor always research and call to obtain mist current contact information if available.

Incorrect information contained on any Credit Bureau aids in sabotage any Petitioners BR Case.

14th Day of June 2021

*[signature]*

CASSANDRA JOHNSON--LANDRY

# UNITED STATES BANKRUPTCY COURT OF GEORGIA NORTHERN DISTRICT

## CERTIFICATE OF SERVICE

I CASSANDRA JOHNSON-LANDRY, CURRENTLY SUBMIT CERTIFICATE OF SERVICE CLARIFICATION ON JUNE 14TH, 2021 DEBTOR IS OVER 18 YEARS OF AGE, BRC IS REQUESTED TO SERVICE ALL PARTIES ON MATRIX.

14th Day of June 2021

*[signature]*

CASSANDRA JOHNSON-LANDRY

EXHIBIT A

