**IT IS ORDERED as set forth below:**

Date: June 22, 2021



_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN THE MATTER OF: | ) | CASE NUMBER |
|---|---|---|
|  | ) |  |
| CASSANDRA JOHNSON LANDRY, | ) | 18-55697-LRC |
|  | ) |  |
| Debtor. | ) | IN PROCEEDINGS UNDER |
|  | ) | CHAPTER 7 OF THE |
|  | ) | BANKRUPTCY CODE |

## ORDER

This matter comes before the Court on Debtor's Objection to Claim No. 9 (Doc. 368, the "Objection"), filed by the Debtor against Quantum3 Group LLC. The Objection was not served properly.

Rule 3007(a)(2)(A) of the Federal Rules of Bankruptcy Procedure requires that an objection to claim be "served on a claimant by first-class mail to the person most recently designated on the claimant's original or amended proof claim as the person to receive notices, at the address so indicated. . ." Bankruptcy Local Rule 3007-1(b)(2) further

requires that an objection "must be served on a creditor as its name appears on the proof of claim or transfer of claim addressing it to the person signing the proof of claim at the address shown thereon." The Objection was not properly addressed to the person who signed the proof of claim or mailed to the address listed on the proof of claim. Quantum3 Group LLC's proof of claim was signed by an authorized agent and contains a post office box address while Debtor sent notice to "Quantum3 Group, LLC" at a street address. As such, the Objection does not conform with applicable service standards.

Additionally, Rule 9011 of the Federal Rules of Bankruptcy Procedure and Bankruptcy Local Rule 5005-4 require that all pleadings and other papers filed must be signed by either the party or an attorney for the party. Debtor has not signed the Objection or the accompanying Certificate of Service. Accordingly, neither complies with this provision. The Court cannot consider the Objection unless Debtor files amended, signed documents.

If Debtor amends the Objection, corrects the service deficiency, and files a signed certificate of service evidencing proper services on or before July 16, 2021, the Court will schedule the Objection for hearing.

**END OF DOCUMENT**

**Distribution List**

**Cassandra Johnson Landry
P.O. Box 1275
Grayson, GA 30017**

Herbert C. Broadfoot, II
Herbert C. Broadfoot II, PC
Buckhead Centre - Suite 555
2964 Peachtree Road, NW
Atlanta, GA 30305

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Quantum$^3$ Group, LLC
12006 98th Ave. NE, Suite 200
Kirkland, WA 98034-4218