

**IT IS ORDERED as set forth below:**

**Date: June 22, 2021**

_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NUMBER |
| | ) | |
| | ) | |
| CASSANDRA JOHNSON LANDRY, | ) | 18-55697-LRC |
| | ) | |
| Debtor. | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 7 OF THE |
| | ) | BANKRUPTCY CODE |

## ORDER

This matter comes before the Court on Debtor's Objection to Claim No. 16 (Doc. 374, the "Objection"), filed by Debtor against Emory Eastside Medical Center. The Objection was not served properly.

Rule 3007(a)(2)(A) of the Federal Rules of Bankruptcy Procedure requires that an objection to claim be "served on a claimant by first-class mail to the person most recently designated on the claimant's original or amended proof claim as the person to receive notices, at the address so indicated. . ." Bankruptcy Local Rule 3007-1(b)(2) further

requires that an objection "must be served on a creditor as its name appears on the proof of claim or transfer of claim addressing it to the person signing the proof of claim at the address shown thereon." Debtor's Objection was not properly addressed to the person who signed the proof of claim or to the address listed on the proof of claim. Emory Eastside Medical Center's proof of claim was signed by an authorized agent and contains a post office box address in South Carolina while Debtor sent notice to "Nashville Health Information Management Service Center (HSC)" at a post office box address in Tennessee. As such, the Objection does not conform with applicable service standards.

If Debtor corrects the service deficiency and files a certificate of service evidencing proper service on or before July 16, 2021, the Court will schedule the Objection for hearing.

**END OF DOCUMENT**

**Distribution List**

**Cassandra Johnson Landry**
**P.O. Box 1275**
**Grayson, GA 30017**

**Herbert C. Broadfoot, II**
**Herbert C. Broadfoot II, PC**
**Buckhead Centre - Suite 555**
**2964 Peachtree Road, NW**
**Atlanta, GA 30305**

**S. Gregory Hays**
**Hays Financial Consulting, LLC**
**Suite 555**
**2964 Peachtree Road**
**Atlanta, GA 30305**

**Nashville Health Information Management Service Center**
**P.O. Box 290429**
**Nashville, TN 37229-0429**