## UNITED STATES BANKRUPTCY COURT OF GEORGIA

### NORTHERN DISTRICT

| | | |
|---|---|---|
| | ) | Filed in U.S. Bankruptcy Court Atlanta, Georgia M. Regina Thomas, Clerk |
| CASSANDRA JOHNSON-LANDRY | ) | BRC 18-55697LRC |
| DEBTOR | ) | JUL 1 5 2021 |
| | ) | By: _Anice_ Deputy Clerk |
| | ) | |

## SUBMISSION: CONCERNS REGARDING DEATH OF VALERI BURNOUGH CLAIM NUMBER 3 AND MORE

The Bankruptcy Case of CASSANDRA JOHNSON-LANDRY, Debtor has revealed and reported via Legal Claims in the US Federal Court of Northern Georgia and US Bankruptcy Court of Northern Georgia appeared unethical practices, fraud, wrongdoings of others, theft, and additional RICO behaviors. Debtor has concerns regarding the death of the above, claimant, Valeri Burnough who died on November 2, 2020, which, is Debtor's Birthday.

Valeri Burnough submitted documentation of not being the Creditor but, the Debtor in April of 2020. Documentation was uploaded into Debtor's BRC file. In addition, Debtor's Attorneys doubled the amount which was NOT OWED BY DEBTOR to ensure they were paid for their legal expense of 30K. Suddenly, alleged Claimant (VB) is pronounced deceased on November 2, 2020? Was it COVID? The answer would be yes if you were to ask others. This was the height of COVID. Debtor HIGHLY questions the cause of death.

There have been numerous deaths related to this BRC and appeared attempted homicidal attempts made by others to harm Debtor and others to include Debtor, Debtor's Spouse, Debtor's Father and Debtor's Mother-in-Law being hit while driving, who resides in another state. Debtor and Family has suspicions of the connected parties involved and appears to be linked to Legal Counsels in the state of Georgia Bankruptcy and Federal Court System.

In addition, the most recent occurrence includes both Debtor and Debtor's Mother car, which was a rental, cutting off on a MAJOR HIGHWAY while traveling. Debtor and Debtor's Mother were surrounded by 18 wheelers traveling at a high rate of speed which almost caused the car to be hit. Both Debtor and Debtor's Mother were able to coast freeway safely.

Ironically, several of the deaths occurred on Debtor's Birthday and one day PRIOR to Debtor's Birthday. Please note Debtor is mentally and emotionally stable and any person reviewing the history and activity of Debtor's BRC file would also question events and actions which has taken place. It is very apparent Debtor has uncovered appeared illegal enterprise unbeknownst to herself and will currently not name them.

1

**Please note Debtor DOES NOT EXPECT to experience any level of retaliation towards self or family members. It is not UNLAWFUL for Debtor and ALL FAMILY members to DEFEND SELF. Given this submission of concern is being submitted, Debtor KNOWS it is the obligation of the BRC to report it to the OFFICE of the US TRUSTEE and DOJ. Debtor will ENSURE unnamed federal offices are notified as there needs to be an investigation.**

**This is NOT a form of a CONSPIRACY THEORY. These events are FACTUAL. Listed behaviors are NOT uncommon ESPECIALLY, when there is incriminating evidence against LEGAL COUNSELS, STATE OFFICIALS AND MORE, being held by several individuals for a reason. DEBTOR DOES FEAR FOR HER LIFE as stated numerous times within Debtor's BRC file.**

**In closing, this is NOT A DERAILMENT regarding Debtor's, BRC Case.**


**15th DAY of JULY 2021**

*CASSANDRA JOHNSON-LANDRY*
**CASSANDRA JOHNSON-LANDRY, PRO SE**
**6788603621**

UNITED STATES BANKRUPTCY COURT OF GEORGIA

NORTHERN DISTRICT

## CERTIFICATE OF SERVICE

I, CASSANDRA JOHNSON-LANDRY, DEBTOR, CURRENTLY SUBMITS

SUBMISSION: CONCERNS REGARDING DEATH OF VALERI BURNOUGH CLAIM

NUMBER 3 AND MORE. DEBTOR IS OVER THE AGE OF 18 YEARS.

DOCUMENTATION SUBMITTED BY THE USPS FIRST CLASS MAIL ON 15TH OF

JULY 2021.

HERBERT C. BROADFOOT II
2964 PEACHTREE ROAD, NW.
SUITE 555
ATLANTA, GA 30305

S. GREGORY HAYS
2964 PEACHTREE ROAD, NW.
SUITE 555
ATLANTA, GA 30305

15th DAY of JULY 2021

*CASSANDRA JOHNSON-LANDRY*
CASSANDRA JOHNSON-LANDRY, PRO SE

3

**6788603621**