Filed in U.S. Bankruptcy Court
Atlanta, Georgia
M. Regina Thomas, Clerk

JUL 1 6 2021

UNITED STATES BANKRUPTCY COURT OF GEORGIA

NORTHERN DISTRICT

-------------------------------------------------------------

)

**CASSANDRA JOHNSON-LANDRY** )
**DEBTOR**                    )     **BRC 18-55697 LRC**
                              )

---

**SUBMISSION: AMENDED OBJECTION TO CLAIM NUMBER 9 QUANTUM3 GROUP LLC (21585882).**

---

CASSANDRA JOHNSON-LANDRY, DEBTOR SUBMITS AMENDED OBJECTION TO CLAIM NUMBER 9, **QUANTUM3 GROUP LLC (21585882)**. ADDITIONAL DOCUMENTS WERE SUBMITTED AFTER INITIAL CLAIM WAS FILED. **(EXHIBIT A).**

CLAIM IS A FALSE CLAIM AS DEBTOR DOES NOT OWE ON THE ACCOUNT. ACCOUNT WAS PAID IN FULL AT TIME CLAIM WAS FILED. (EXHIBIT A). DEBTOR REQUEST CLAIM BE DISALLOWED DUE TO SUBMITTED CLAIM WAS PAID,

16TH OF JULY 2021

*CASSANDRA JOHNSON-LANDRY*

CASSANDRA JOHNSON-LANDRY, PRO SE

UNITED STATES BANKRUPTCY COURT OF GEORGIA

NORTHERN DISTRICT

CERTIFICATE OF SERVICE

I, CASSANDRA JOHNSON-LANDRY, DEBTOR CURRENTLY SUBMIT <u>AMENDED</u>

<u>OBJECTION  TO CLAIM NUMBER  9 QUANTUM3 GROUP LLC (21585882)</u>. DEBTOR IS

OVER THE AGE OF 18 YEARS. AMENDED OBJECTION TO CLAIM 9 SUBMITTED BY

FIRST CLASS USPS MAIL ON 16TH OF JULY 2021.

    KOLBY R NICHOL/AUTHORIZED AGENT
    QUANTUM3 GROUP LLC.
    P.O.BOX 788
    KIRKLAND WA 98083-0788


    HERBERT C. BROADFOOT II
    2964 PEACHTREE ROAD, NW.
    SUITE 555
    ATLANTA, GA 30305

    S. GREGORY HAYS
    2964 PEACHTREE ROAD, NW.
    SUITE 555
    ATLANTA, GA 30305


16TH OF JULY 2021

*Cassandra Johnson-Landry*
CASSANDRA JOHNSON-LANDRY, PRO SE

2

# EXHIBIT A

**Fill in this information to identify the case:**

Debtor 1: Cassandra Johnson Landry

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of GA (State)

Case number: 18-55697

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Quantum3 Group LLC as agent for Comenity Bank
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor: Victoria's Secret

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Quantum3 Group LLC as agent for Comenity Bank
Name
PO Box 788
Number    Street
Kirkland                       WA        98083-0788
City                           State     ZIP Code

Contact phone: (425) 242-7100
Contact email: claims@quantum3group.com

Where should payments to the creditor be sent? (if different)

Name: _____
Number    Street
City       State       ZIP Code
Contact phone: _____
Contact email: _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
Q 1 6 8 1 7 4 6 9 5 0

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on ___ / ___ / ___   MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                          Proof of Claim                          page 1

**Part 2:   Give Information About the Claim as of the Date the Case Was Filed**

| | | |
|---|---|---|
| 6. | Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __3__ __4__ __7__ __0__ |
| 7. | How much is the claim? | $ __182.60__   Does this amount include interest or other charges?<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Money Loaned |
| 9. | Is all or part of the claim secured? | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ _____<br>**Amount of the claim that is secured:** $ _____<br>**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>**Annual Interest Rate** (when case was filed) _____ %<br>☐ Fixed<br>☐ Variable |
| 10. | Is this claim based on a lease? | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____ |
| 11. | Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No<br>☐ Yes. Check one: | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   6/4/2018
                   MM / DD / YYYY

/s/ Kolby R. Nichol
Signature

Print the name of the person who is completing and signing this claim:

| Name | Kolby | R. | Nichol |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Authorized Agent for Creditor | | |
| Company | Quantum3 Group LLC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | PO Box 788 | | |
| | Number   Street | | |
| | Kirkland | WA | 98083-0788 |
| | City | State | ZIP Code |
| Contact phone | (425) 242-7100 | Email | claims@quantum3group.com |

### Bankruptcy Rule 3001(c)(3)(A) Statement of Account Information

| Account Number(s) (redacted) | Original Creditor | Merchant Name |
|---|---|---|
| 3470 | Comenity Bank | Victoria's Secret |

| Account Name(s) | | |
|---|---|---|
| CASSANDRA LANDRY | | |
| | | |

| Current Creditor/Assignee | Previous Creditor/Assignor | |
|---|---|---|
| Comenity Bank | Not Applicable | |

| Open Date | Last Payment Date | Charge Off Date |
|---|---|---|
| 01/03/2013 | 04/06/2018 | Not Applicable |

| Last Transaction Date | Name of Entity to Whom Debt was Owed at Last Transaction |
|---|---|
| 04/06/2018 | Comenity Bank |

### Bankruptcy Rule 3001(c)(2) Balance Itemization

| Total Claim Amount | Principal | Interest | Fee | Cost |
|---|---|---|---|---|
| $182.60 | $177.68 | $4.92 | $0.00 | $0.00 |

### Please send all notices and inquiries for additional account information/media to claims department

| Quantum3 Group LLC as agent for | Phone | Uniform Claim Identifier |
|---|---|---|
| Comenity Bank | (425) 242-7100 | Q1681746950 |
| PO Box 788 | Email | |
| Kirkland, WA 98083-0788 | claims@quantum3group.com | |

### Bankruptcy Rule 3001(c)(3)(A) Explanation of Terms

Current Creditor/Assignee - If the Current Creditor is the same as the Original Creditor Name, then Name of Assignor is not applicable because no assignment occurred. Otherwise, Current Creditor purchased the account from Assignor prior to the filing of the claim.
Last Payment Date - The last payment date may not be available or applicable because no payment was made on the account.
Charge Off Date – The charge off date is an accounting term, in which the account is reported as a loss due to nonpayment of a debt. This accounting event may occur before or after a bankruptcy filing.
Date of Last Transaction - The last transaction date is the date of the last activity on the account up until the account charged off by the original issuer or original creditor.
Name of Entity to Whom Debt was Owed at the Time of Last Transaction - The original issuer or original creditor is the entity whom the debt was owed at the time of the last transaction, as the original issuer or original creditor is the entity that recorded the transactions up until the account closed and charged off.

### Supplemental Information Regarding Medical Accounts

Due to federal and state medical privacy laws, documentation regarding the services underlying the medical account will not be attached. Please send all inquiries for additional account information or media to the claims department, as provided above. Protected health information will only be disclosed, either directly to the patient/debtor or to a third party upon receipt of written authorization from the patient/debtor, pursuant to the Health Insurance Portability and Accountability Act. For medical accounts, no interest is assessed.

UNITED STATES BANKRUPTCY COURT OF GEORGIA NORTHERN DISTRICT

| | |
|---|---|
| CASSANDRA JOHNSON-LANDRY<br>DEBTOR | BRC 18-55697LRC |

**OBJECTION TO CLAIM NUMBER 9 (21585882) QUANTUM/VICTORIA SECRETS**

CASSANDRA JOHNSON-LANDRY, Debtor, currently objects to the above claim, Debtor did not owe any outstanding payment to Creditor. Account was paid prior to Bankruptcy Filing which was 4/3/2018. Verified by Quatum3 Rep.
(EXHIBIT A)


18th Day of May 2021

*[signature]*
CASSANDRA JOHNSON-LANDRY, PRO-SE

UNITED STATES BANKRUPTCY COURT OF GEORGIA NORTHERN DISTRICT

CERTIFICATE OF SERVICE

------

I, CASSANDRA JOHNSON-LANDRY, Debtor currently submit Certificate of Service Regarding OBJECTION TO CLAIM NUMBER 9 (21585882) QUANTUM/VICTORIA SECRETS the 18th day of May 2021. Debtor is over the age of 18 years. COS and Objection will be mailed by the USPS to:

**Quantum³ Group, LLC**
12006 98th Ave NE, Suite 200
Kirkland, Washington 98034-4218


S. GREGORY HAYS, CHAPTER 7 TRUSTEE
2964 PEACHTREE ROAD, SUITE 555
ATLANTA, GEORGIA 30305

HERBERT BROADFOOT, ESQ
2964 PEACHTREE ROAD, SUITE 555
ATLANTA, GEORGIA 30305


18TH DAY OF MAY 2021

*[signature]*
CASSANDRA JOHNSON-LANDRY, PRO SE

# EXHIBIT A

10/3/2017
https://www.freecreditreport.com/c/#/print/experian/201710031621501417

CASSANDRA LANDRY - Experian
Date of Report: Oct 3, 2017



**COMENITYBK/VICTORIASEC**
2XXXX

Closed

### ACCOUNT DETAILS

| | |
|---|---|
| Account Name | COMENITYBK/VICTORIASEC |
| Account # | 2XXXX |
| Original Creditor | - |
| Company Sold | - |
| Account Type | Revolving Charge Account |
| Date Opened | Jan 1, 1996 |
| Account Status | Closed |
| Payment Status | Current |
| Status Updated | Mar 1, 2009 |
| Balance | $0 |
| Balance Updated | Mar 4, 2009 |
| Credit Limit | $590 |
| Monthly Payment | - |
| Past Due Amount | - |
| Highest Balance | $496 |
| Terms | Revolving |
| Responsibility | Individual |
| Your Statement | - |
| Comments | Credit line closed-grantor request-reported by subscriber |

### CREDIT USAGE

0%

**No Credit Usage**
You have no account balance. Keeping your account balances as low as possible can have a positive impact on your credit.

### CONTACT INFORMATION

220 W SCHROCK RD
WESTERVILLE, OH 43081
BY MAIL ONLY

### PAYMENT HISTORY

**2009**
Jan Feb Mar Apr — OK OK OK
May Jun Jul Aug — (blank)
Sep Oct Nov Dec — (blank)

**2008**
Jan Feb Mar Apr — OK OK OK OK
May Jun Jul Aug — OK OK OK OK
Sep Oct Nov Dec — OK OK OK OK

**2007**
Jan Feb Mar Apr — OK OK OK OK
May Jun Jul Aug — OK OK OK OK
Sep Oct Nov Dec — OK OK OK OK

**2006**
Jan Feb Mar Apr — OK OK OK
May Jun Jul Aug — OK OK OK OK
Sep Oct Nov Dec — OK OK OK OK

**2005**
Jan Feb Mar Apr — OK OK OK OK
May Jun Jul Aug — OK OK OK OK
Sep Oct Nov Dec — OK OK OK OK

**2004**
Jan Feb Mar Apr — OK OK OK OK
May Jun Jul Aug — OK OK OK OK
Sep Oct Nov Dec — OK OK OK OK

**2003**
Jan Feb Mar Apr — OK OK OK OK
May Jun Jul Aug — OK OK OK OK
Sep Oct Nov Dec — OK OK OK OK

**2002**
Jan Feb Mar Apr — OK
May Jun Jul Aug — OK OK OK OK
Sep Oct Nov Dec — OK OK OK OK

Summary  Accounts (Closed)  Collections  Inquiries  Public Records  Credit Score

https://www.freecreditreport.com/c/#/print/experian/201710031621501417  37/73