Filed in U.S. Bankruptcy Court
Atlanta, Georgia
M. Regina Thomas, Clerk

JUL 1 6 2021

UNITED STATES BANKRUPTCY COURT OF GEORGIA

NORTHERN DISTRICT

---

|  |  |  |
|---|---|---|
| CASSANDRA JOHNSON-LANDRY | ) | |
| DEBTOR | ) | BRC 18-55697 LRC |

---

**SUBMISSION: AMENDED OBJECTION TO CLAIM NUMBER 2 BUREAUS INVESTMENT GROUP PORTFOLIO NO LLC 15 (21500842).**

---

CASSANDRA JOHNSON-LANDRY, DEBTOR SUBMITS AMENDED OBJECTION **TO CLAIM NUMBER 2 BUREAUS INVESTMENT GROUP PORTFOLIO NO LLC 15 (21500842).**

ADDITIONAL DOCUMENTS WERE SUBMITTED AFTER INITIAL CLAIM WAS FILED IN ADDITION TO UPDATED PROOF OF CLAIM FORM. PROOF OF CLAIM WAS SUBMITTED ON 4/25/2018 WITH THE SAME CLAIM NUMBER OF **21500842.**

THIS CLAIM APPEARS TO BE THE CLAIM FAILED ON 2/28/2019. DEBTOR REQUEST DISALLOWANCE OF CLAIM DUE TO DUPLICATE CLAIM BEING FILED. NEITHER APPEAR TO BE VALIDATED. APPEARED FALSE FILING. (EXHIBIT A).

16TH OF JULY 2021

*CASSANDRA JOHNSON-LANDRY*

CASSANDRA JOHNSON-LANDRY, PRO SE

1

UNITED STATES BANKRUPTCY COURT OF GEORGIA
NORTHERN DISTRICT
CERTIFICATE OF SERVICE

I, CASSANDRA JOHNSON-LANDRY, DEBTOR CURRENTLY SUBMITS: <u>AMENDED OBJECTION TO CLAIM NUMBER 2 BUREAUS INVESTMENT GROUP PORTFOLIO NO LLC 15 (21500842).).</u> DEBTOR IS OVER THE AGE OF 18 YEARS. AMENDED OBJECTION TO CLAIM 21 SUBMITTED BY USPS VIA FIRST CLASS MAIL ON 16TH OF JULY 2021.

CHI PHAN
BANKRUPTCY CLERK
PRA RECEIVABLES MANAGEMENT LLC.
P.O. BOX 41021
NORFOLK VA 23541


HERBERT C. BROADFOOT II
2964 PEACHTREE ROAD, NW.
SUITE 555
ATLANTA, GA 30305

S. GREGORY HAYS
2964 PEACHTREE ROAD, NW.
SUITE 555
ATLANTA, GA 30305


16TH OF JULY 2021

*CASSANDRA JOHNSON-LANDRY*
CASSANDRA JOHNSON-LANDRY, PRO SE

2

# EXHIBIT A

# Northern District of Georgia
# Claims Register

### 18-55697-lrc Cassandra Johnson Landry, Converted 09/14/2018

**Judge:** Lisa Ritchey Craig  **Chapter:** 7
**Office:** Atlanta  **Last Date to file claims:**
**Trustee:** S. Gregory Hays  **Last Date to file (Govt):** 09/30/2018

| Creditor: (21484451)<br>The Downs Homeowners Association, Inc.<br>c/o Lazega & Johanson, LLC<br>P.O. Box 250800<br>Atlanta, Georgia 30325 | Claim No: 1<br>Original Filed Date: 04/18/2018<br>Original Entered Date: 04/18/2018 | Status:<br>Filed by: CR<br>Entered by: Bradley W. Griffin<br>Modified: |
|---|---|---|

| Amount | claimed: | $2911.35 |
| Secured | claimed: | $2911.35 |

History:

| Details | | 1-1 | 04/18/2018 | Claim #1 filed by The Downs Homeowners Association, Inc., Amount claimed: $2911.35 (Griffin, Bradley) |

Description: (1-1) Proof of Claim and Backup
Remarks:

| Creditor: (21500842)<br>Bureaus Investment Group Portfolio No 15 LLC<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Claim No: 2<br>Original Filed Date: 04/25/2018<br>Original Entered Date: 04/25/2018 | Status:<br>Filed by: CR<br>Entered by: PRA Receivables Management, LLC<br>Modified: |
|---|---|---|

| Amount | claimed: | $13719.40 |

History:

| Details | | 2-1 | 04/25/2018 | Claim #2 filed by Bureaus Investment Group Portfolio No 15 LLC, Amount claimed: $13719.40 (PRA Receivables Management, LLC) |

Description:
Remarks: (2-1) CAPITAL ONE, N.A.

| Creditor: (21457005)  History<br>Valeri Burnough<br>Delong Caldwell Bridgers<br>Fitzpatrick & Benjamin<br>101 Marietta St, NW, Suite 3100 | Claim No: 3<br>Original Filed Date: 04/27/2018<br>Original Entered Date: 04/27/2018 | Status:<br>Filed by: CR<br>Entered by: Charles R. Bridgers<br>Modified: |
|---|---|---|

| Amount claimed: | $2049.87 |
|---|---|
| Secured claimed: | $2049.87 |

| History: | | | | |
|---|---|---|---|---|
| Details | | 19-1 | 06/13/2018 | Claim #19 filed by Natchez Trace Homeowners Association, Inc., Amount claimed: $2049.87 (Coulter, G.) |
| | | 336 | 02/03/2021 | Order DENYING Motion to Disallow Claim (Objection to Claim) No. 19 of Natchez Trace Homeowners Association, Inc. (Related Doc # 173) Service by BNC.. Entered on 2/3/2021. (law) |

Description:

Remarks:

| Creditor: (21829075)<br>Georgia Department of Community Health<br>2 Peachtree Street, NW 40th Floor<br>Atlanta, GA 30303 | Claim No: 20<br>Original Filed Date: 09/19/2018<br>Original Entered Date: 09/19/2018 | Status:<br>Filed by: CR<br>Entered by: Whitney W. Groff<br>Modified: |
|---|---|---|

| Amount claimed: | $42634.37 |
|---|---|

| History: | | | | |
|---|---|---|---|---|
| Details | | 20-1 | 09/19/2018 | Claim #20 filed by Georgia Department of Community Health, Amount claimed: $42634.37 (Groff, Whitney) |

Description: (20-1) Medicaid Claims Adjustments and Audit Finding; Manual 1-106 L&M

Remarks:

| Creditor: (21500842)<br>Bureaus Investment Group Portfolio No 15 LLC<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Claim No: 21<br>Original Filed Date: 02/28/2019<br>Original Entered Date: 02/28/2019 | Status:<br>Filed by: CR<br>Entered by: PRA Receivables Management, LLC<br>Modified: |
|---|---|---|

| Amount claimed: | $10389.98 |
|---|---|

| History: | | | | |
|---|---|---|---|---|
| Details | | 21-1 | 02/28/2019 | Claim #21 filed by Bureaus Investment Group Portfolio No 15 LLC, Amount claimed: $10389.98 (PRA Receivables Management, LLC) |
| | | 392 | 06/22/2021 | Order If Debtor files amended objections that state claims, corrects the servicedeficiencies, and files certificates of service evidencing proper service on or before July 16, 2021, the Court will schedule such objections for hearing. (Objection to Claim) No. 13, 21 of Bureaus Investment Group Portfolio no 15, LLC (Related Doc # 371, 372) Service by BNC.. Entered on 6/22/2021. (law) |

Description:

Remarks: (21-1) CAPITAL ONE, N.A.

**Fill in this information to identify the case:**

Debtor 1: CASSANDRA JOHNSON LANDRY

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern  District of Georgia (State)

Case number: 18-55697-LRC

---

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Bureaus Investment Group Portfolio No 15 LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor  CAPITAL ONE, N.A.

**2. Has this claim been acquired from someone else?**
☐ No
☒ Yes. From whom? Capital One

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Bureaus Investment Group Portfolio No 15 LLC
c/o PRA Receivables Management, LLC
Name

PO Box 41021
Number    Street

Norfolk    VA    23541
City    State    ZIP Code

Contact phone (877)829-8298

Contact email claims@recoverycorp.com

Where should payments to the creditor be sent? (if different)

Bureaus Investment Group Portfolio No 15 LLC
c/o PRA Receivables Management, LLC
Name

PO Box 41031
Number    Street

Norfolk    VA    23541
City    State    ZIP Code

Contact phone (877)829-8298

Contact email claims@recoverycorp.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___/___/____
    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

3800046172 - 15847524

Official Form 410    Proof of Claim    page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☐ No
☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 2508

**7. How much is the claim?** $ 13,719.40 . Does this amount include interest or other charges?
☒ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.
Credit Card

**9. Is all or part of the claim secured?**
☒ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____
Amount of the claim that is secured: $_____
Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**
☒ No
☐ Yes. Identify the property: _____

Official Form 410                              Proof of Claim                              page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No<br>☐ Yes. Check all that apply: | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

### Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  4/25/2018
                  MM / DD / YYYY

/s/ Chi Phan
_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | Chi | | Phan |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Bankruptcy Clerk | | |
| Company | PRA Receivables Management, LLC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | PO Box 41021 | | |
| | Number    Street | | |
| | Norfolk | VA | 23541 |
| | City | State | ZIP Code |
| Contact phone | (877)829-8298 | Email | claims@recoverycorp.com |

## Bankruptcy Rule 3001(c)(2)(A) Statement*

**Itemize the interest, fees, expenses, and charges incurred before the petition date.***

| Description | Amount |
|---|---|
| 1. Principal | (1) $13,719.40 |
| 2. Interest | (2) $0.00 |
| 3. Fees | (3) $0.00 |
| 4. Expenses | (4) $0.00 |
| 5. Charges | (5) $0.00 |
| 6. Total prepetition principal, interest, fees, expenses, and charges. Add all of the amounts listed above. | (6) $13,719.40 |

## Bankruptcy Rule 3001(c)(3)(A) Statement*

| Description | Response |
|---|---|
| 1. Name of the entity from whom the creditor purchased the account | (1) Capital One |
| 2. Name of the entity to whom the debt was owed at the time of the account holder's last transaction on the account | (2) Unable to determine.(Original creditor is CAPITAL ONE, N.A.) |
| 3. Date of the account holder's last transaction | (3) 6/16/2015 |
| 4. Date of the Last Payment on the Account | (4) 3/31/2018 |
| 5. Date on which the account was charged to profit and loss | (5) 8/31/2016 |

Obligor(s):

CASSANDRA JOHNSON LANDRY

---

In the September 2010 Committee on Rules of Practice and Procedure Report to the Judicial Conference of the United States, the Committee acknowledged that "under federal record retention policies for financial institutions, credit card records generally need to be retained for only two (2) years. Furthermore, account information is usually stored in an electronic format, and it may not be practicable to reproduce a duplicate of an account statement."

\* The claimant expressly reserves its right to amend or supplement this statement and/or the proof of claim to which it attaches in any respect.

\*\* All information concerning this account is based on records and documentation provided by Bureaus Investment Group Portfolio No 15 LLC to PRA Receivables Management, LLC. To request additional information or documentation with respect to the statement and/or proof of claim to which it attaches, please contact a claim specialist at (877) 829-8298 or at claims@recoverycorp.com. Some documents may no longer be available, or may have been lost or destroyed.

10/3/2017　　　　　　　　　　　　　　　https://www.freecreditreport.com/c/#/print/experian/201710031621501417

CASSANDRA LANDRY - Experian
Date of Report: Oct 3, 2017



| | THE BUREAUS INC | | Closed |
| --- | --- | --- | --- |
| | 415505XXX | | |

## ACCOUNT DETAILS

| | | CONTACT INFORMATION |
| --- | --- | --- |
| Account Name | THE BUREAUS INC | 1717 CENTRAL ST |
| Account # | 415505XXX | EVANSTON, IL 60201 |
| | | (800) 708-7071 |
| Original Creditor | CAPITAL ONE N.A. | PAYMENT HISTORY |
| Company Sold | - | |
| Account Type | Collection Department / Agency / Attorney | |
| Date Opened | Sep 1, 2016 | |
| Account Status | Closed | |
| Payment Status | Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department | |
| Status Updated | Oct 1, 2016 | |
| Balance | $14,019 | |
| Balance Updated | Sep 19, 2017 | |
| Original Balance | 14119 | |
| Monthly Payment | - | |
| Past Due Amount | $14,019 | |
| Highest Balance | - | |
| Terms | 1 Month | |
| Responsibility | Individual | |
| Your Statement | - | |
| Comments | - | |

**Payment History**

2017: Jan [FP]  Feb [FP]  Mar [ ]  Apr [FP]
May [FP]  Jun [FP]  Jul [FP]  Aug [FP]
Sep [FP]  Oct [ ]  Nov [ ]  Dec [ ]

2016: Jan [ ]  Feb [ ]  Mar [ ]  Apr [ ]
May [ ]  Jun [ ]  Jul [ ]  Aug [ ]
Sep [ ]  Oct [FP]  Nov [FP]  Dec [ ]

Summary  >  Accounts  >  Collections  >  Inquiries  >  Public Records  >  Credit Score

10/3/2017  https://www.freecreditreport.com/c/#/print/experian/201710031621501417

CASSANDRA LANDRY - Experian
Date of Report: Oct 3, 2017



| | THE BUREAUS INC | Closed |
| --- | --- | --- |
| | 415505XXX | |

**ACCOUNT DETAILS**

*Fraud*

| | | |
| --- | --- | --- |
| Account Name | | THE BUREAUS INC |
| Account # | | 415505XXX |
| Original Creditor | | CAPITAL ONE N.A. |
| Company Sold | | - |
| Account Type | | Collection Department / Agency / Attorney |
| Date Opened | | Sep 1, 2016 |
| Account Status | | Closed |
| Payment Status | | Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department |
| Status Updated | | Oct 1, 2016 |
| Balance | | $10,689 |
| Balance Updated | | Sep 19, 2017 |
| Original Balance | | 10790 |
| Monthly Payment | | - |
| Past Due Amount | | $10,689 |
| Highest Balance | | - |
| Terms | | 1 Month |
| Responsibility | | Individual |
| Your Statement | | - |
| Comments | | - |

**CONTACT INFORMATION**

1717 CENTRAL ST
EVANSTON, IL 60201
(800) 708-7071

**PAYMENT HISTORY**

| 2017 | 2016 |
| --- | --- |
| Jan Feb Mar Apr | Jan Feb Mar Apr |
| [FP][FP][ ][FP] | [ ][ ][ ][ ] |
| May Jun Jul Aug | May Jun Jul Aug |
| [FP][FP][FP][FP] | [ ][ ][ ][ ] |
| Sep Oct Nov Dec | Sep Oct Nov Dec |
| [FP][ ][ ][ ] | [ ][FP][FP][ ] |

Summary › Accounts › Collections › Inquiries › Public Records › Credit Score

https://www.freecreditreport.com/c/#/print/experian/201710031621501417