UNITED STATES BANKRUPTCY COURT OF GEORGIA

NORTHERN DISTRICT

-----------------------------------------------------------

                                                      )
**CASSANDRA JOHNSON-LANDRY**   )
**DEBTOR**                                    )          BRC 18-55697 LRC

Filed in U.S. Bankruptcy Court
Atlanta, Georgia
M. Regina Thomas, Clerk

JUL 16 2021

By: *Anice M*_____
Deputy Clerk

---

**SUBMISSION: AMENDED OBJECTION TO CLAIM NUMBER 6 MIDLAND FUNDING LLC. (21555879)**

---

CASSANDRA JOHNSON-LANDRY, DEBTOR SUBMITS AMENDED OBJECTION TO CLAIM NUMBER 6, MIDLAND FUNDING (21555879). ADDITIONAL DOCUMENTS WERE SUBMITTED AFTER INITIAL CLAIM WAS FILED. IT APPEARS THE PROOF OF CLAIM FORM USED IS NOT UNIFORM WITH THE REQUIRED FORM FROM THE DOJ TRUSTEE/BANKRUPTCY DIVISION. **(EXHIBIT A).**

THE CORRECT NAME FOR MIDLAND FUNDING LOCATED AT THE MICHIGAN ADDRESS IS MIDLAND CREDIT MANAGAMENT INC, WHICH IS THE AGENT FOR MIDLAND FUNDING LLC, WHICH IS LISTED AS THE CREDITOR **(EXHIBIT B).**

DEBTOR REQUEST CLAIM BE DISALLOWED DUE TO FRAUD ACCOUNT AND REPORTING INFORMATION PERTAINING TO LAST TRANSACTION DATE AND PAYMENT DATE WHICH IS NOT CORRECT AS WELL. REFER TO **(EXHIBIT C)** FOR THE PURPOSE OF VIEWING MULTIPLE SAMS ACCOUNTS WHICH ARE NOT DEBTOR'S ACCOUNTS. ALSO, INFORMATION REGARDING AGENT FOR CREDITOR MUST BE LISTED ON CLAIMS REGISTER CORRECTLY.

16TH OF JULY 2021

*CASSANDRA JOHNSON-LANDRY*

CASSANDRA JOHNSON-LANDRY, PRO

1

UNITED STATES BANKRUPTCY COURT OF GEORGIA

NORTHERN DISTRICT

CERTIFICATE OF SERVICE

I, CASSANDRA JOHNSON-LANDRY, DEBTOR CURRENTLY SUBMIT <u>AMENDED OBJECTION TO CLAIM NUMBER 6 MIDLAND FUNDING LLC,</u> (21555879). DEBTOR IS OVER THE AGE OF 18 YEARS. AMENDED OBJECTION TO CLAIM #6 SUBMITTED BY FIRST CLASS USPS MAIL ON 16TH OF JULY 2021.

>AMY MARZOUG
>MIDLAND CREDIT MANANGEMENT, INC
>P.O.BOX 2011
>WARREN, MI 48090

>HERBERT C. BROADFOOT II
>2964 PEACHTREE ROAD, NW.
>SUITE 555
>ATLANTA, GA 30305

>S. GREGORY HAYS
>2964 PEACHTREE ROAD, NW.
>SUITE 555
>ATLANTA, GA 30305

16TH OF JULY 2021

*CASSANDRA JOHNSON-LANDRY*
CASSANDRA JOHNSON-LANDRY, PRO SE

# EXHIBIT A

**Fill in this information to identify the case**

Debtor 1 CASSANDRA JOHNSON LANDRY

Debtor 2 _____
(Spouse if filing)

United States Bankruptcy Court for the: NORTHERN District of GEORGIA

Case number 18-55697

## Official Form 410
# Proof of Claim

04-16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

| | | |
|---|---|---|
| 1. Who is the current creditor? | MIDLAND FUNDING LLC<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Other names the creditor used with the debtor SYNCHRONY BANK / SAM S CLUB | |
| 2. Has this claim been acquired from someone else? | ☐ No<br>☒ Yes, From whom? SYNCHRONY BANK / SAM S CLUB | |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br><br>MIDLAND CREDIT MANAGEMENT, INC. as agent for MIDLAND FUNDING LLC<br>Name<br><br>PO Box 2011<br>Number    Street<br><br>Warren        MI        48090<br>City        State        Zip Code<br><br>Contact phone (877) 495-2902<br>Contact email: mbx_ilms_bankruptcy@mcmcg.com<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br>__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __ | Where should payments to the creditor be sent (if Different)<br><br>_____<br>Name<br><br>_____<br>Number    Street<br><br>_____    _____    _____<br>City        State        Zip Code<br><br>Contact phone _____<br>Contact email _____ |
| 4. Does this claim amend one already filed? | ☒ No<br>☐ Yes, Claim number on court claims registry (if known) _____ | Filed On _____<br>MM/DD/YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes, Who made the earlier filing? _____ | |

Official Form 410                Proof of Claim                241
                                                                Page 1

BK_0025 Account No.: 18-136971

**Part 2:   Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No<br>☒ Yes, Last 4 digits of the debtor's account or any number you use to identify the debtor: XXXXXXXXXXXX-0804 |
| 7. How much is the claim? | $9,000.99   Does this amount include interest or other charges?<br>☒ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br>REVOLVING CREDIT/SERVICES RENDERED |
| 9. Is all or part of the claim secured? | ☒ No<br>☐ Yes. The claim is secured by a lien on property.<br>Nature of property:<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>Basis for perfection: _____<br>Attach redacted copies of document, if any, that show evidence of perfection of a security interest (for example a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property   $ _____<br>Amount of the claim that is secured:   $ _____<br>Amount of the claim that is unsecured   $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition:   $ _____<br>Annual Interest Rate (when case was filed) _____ %<br>☐ Fixed<br>☐ Variable |
| 10. Is the claim based on a lease? | ☒ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition   $ _____ |
| 11. Is this claim subject to a right of setoff? | ☒ No<br>☐ Yes. Identify the property: _____ |

Official Form 410   Proof of Claim   241
Page 2

BK_0025 Account No.: 18-136971

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority | ☒ No<br>☐ Yes. Check all that apply: | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment | |

### Part 3:  Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.<br>18 U.S.C. § 152, 157, and 3571. | Check the appropriate box:<br><br>☐ I am the creditor.<br>☒ I am the creditor's attorney or authorized agent.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>executed on date  **5/21/2018**<br>                             MM/DD/YYYY<br><br>_____ /s/  **Amy Marzouq**_____<br>Signature<br><br>Print the name of the person who is completing and signing this claim:<br><br>Name         **Amy Marzouq**<br>                   First name         Middle name         Last name<br><br>Title         **Bankruptcy Specialist**<br><br>Company  **MIDLAND CREDIT MANAGEMENT, INC.**<br>Identify the corporate servicer as the company if the authorized agent is a servicer.<br><br>Address    **P O Box 2011**<br>                  Street Address<br><br>                  **WARREN**_____    **MI**_____    **48090**<br>                  City                       State              Zip Code<br><br>Contact phone  **(877) 495-2902**_____    Email  **mbx_ilms_bankruptcy@mcmcg.com** |

Official Form 410                                    Proof of Claim                                    241
                                                                                                                                         Page 3

BK_0025 Account No.: 18-136971

## ACCOUNT(S) SUMMARY

### ACCOUNT INFORMATION:

| ACCOUNT HOLDER(S) | CURRENT CREDITOR |
|---|---|
| CASSANDRA LANDRY | MIDLAND FUNDING LLC |

| ORIGINAL CREDITOR NAME | ORIGINAL CREDITOR ACCOUNT NO | ASSIGNOR (if other than original creditor) |
|---|---|---|
| SYNCHRONY BANK / SAM S CLUB | XXXXXXXXXXXX-0804 | |

| TOTAL CLAIM AMOUNT | UNSECURED PRINCIPAL | INTEREST DUE | FEES | COSTS |
|---|---|---|---|---|
| $9,000.99 | $9,000.99 | $0.00 | $0.00 | $0.00 |

| DATE OF LAST TRANSACTION | CREDITOR AT DATE OF LAST TRANSACTION | CHARGE-OFF DATE | DATE OF LAST PAYMENT |
|---|---|---|---|
| 12/09/2015 | SYNCHRONY BANK / SAM S CLUB | 07/17/2016 | 12/09/2015 |

### NOTICE AND PAYMENT INFORMATION:

| ADDRESS | PHONE/FAX | EMAIL | REFERENCE NUMBER |
|---|---|---|---|
| P.O. BOX 2011<br>WARREN MI 48090 | (877) 495-2902<br>(866) 818-1718 | MBX_ILMS_Bankruptcy@MCMCG.com | 18-136971 |

BK_0025 Account No.: 18-136971

**Claim History**

Detailed Description of Claim Activity 6-1

| Date of Change | Change Made by | Description of Change |
|---|---|---|
| 05/21/2018 | Midland Credit Management, Inc. | Created Amount Claimed: 19000.99 |
| | | Created Filed By: Creditor |
| | | Created Date Filed: 05/21/2018 |
| | | Created Description: 6071 |

EXHIBIT B


### Better Business Bureau™

Home > Michigan > Warren > Financial Services > Midland Credit Management, Inc

🏳 Is this Your Business?    < Share    🖨 Print

## Business Profile

**Not BBB Accredited**

# Midland Credit Management, Inc

📍 PO Box 2121
Warren, MI 48090-2121

🌐 https://www.midlandcredit.com/

📞 (866) 300-8750

---

### Contact Information

📍 PO Box 2121
Warren, MI 48090-2121

➡ Get Directions

🌐 https://www.midlandcredit.com/

📞 (866) 300-8750

### Customer Reviews

★★★☆☆ **2.73/5**

All customer reviews are handled by the BBB where the company is headquartered or a central customer review processing location.

**Average of 200 Customer Reviews**

| Read HQ Reviews | Start a Review |

### Customer Complaints

**217** complaints closed in last 3 years

**72** complaints closed in last 12 months

All complaints are handled by the BBB where the company is headquartered or a central customer complaint processing

### BBB Rating & Accreditation



THIS BUSINESS IS NOT BBB ACCREDITED

**Years in Business: 68**

This rating reflects BBB's opinion about the entire organization's interactions with its customers, including interactions with local locations.

View HQ Business Profile



## Business Details

**Location of This Business**
PO Box 2121, Warren, MI 48090-2121

**Headquarters**
350 Camino de la Reina Ste 100, San Diego, CA 92108-3007

**BBB File Opened:** 1/13/2017
**Years in Business:** 68
**Business Started:** 2/1/1953
**Business Incorporated:** 5/22/2000
**Licensing Information:** This business is in an industry that may require professional licensing, bonding or registration. BBB encourages you to check with the appropriate agency to be certain any requirements are currently being met.

**Type of Entity:** Corporation

**Business Management**

Mr. Ryan Bell, Executive Vice President and Chief Operating Officer

**Contact Information**

Customer Contact
Mr. Ryan Bell, Executive Vice President and Chief Operating Officer

## Industry Tip

BBB Tip: How to shop for financial services

**Read More**

## Business Categories

Financial Services  Collections Agencies  Consumer Finance Companies

7/15/2021                                                     Midland Credit Management, Inc | Better Business Bureau Profile

## Local BBB

BBB of Detroit & Eastern Michigan

More Info on Local BBB

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

## BBB Reports On

BBB reports on known marketplace practices.

See What BBB Reports On

**EXHIBIT C**

UNITED STATES BANKRUPTCY COURT OF GEORGIA NORTHERN DISTRICT

CASSANDRA JOHNSON-LANDRY }
DEBTOR }  BRC 18-55697LRC
}
}
}
}
}

**OBJECTION TO CLAIM NUMBER Claim Number 6 (21555879) MIDLAND FUNDING**

CASSANDRA JOHNSON-LANDRY, Debtor, currently objects to the above claim, totaling 9000.99 by Midland Funding (FACTORING COMPANY) on behalf of Synchrony Bank /Sam's. Account was factored out, therefore paying the Creditor. Why was a claim filed within the Debtor's Bankruptcy? In addition, account numbers do not match previous Sam Account. There are two different accounts. There was no refinance by Debtor. Debtor has Identity Theft/Fraud in addition to no validation of Debt.

(EXHIBIT A)

18th Day of May 2021

CASSANDRA JOHNSON-LANDRY, PRO-SE

UNITED STATES BANKRUPTCY COURT OF GEORGIA NORTHERN DISTRICT

CERTIFICATE OF SERVICE

---

I, CASSANDRA JOHNSON-LANDRY, Debtor currently submit Certificate of Service Regarding OBJECTION TO CLAIM NUMBER **Claim Number 6 (21555879) MIDLAND FUNDING** the 18th day of May 2021. Debtor is over the age of 18 years. COS and Objection will be mailed by the USPS to:

MIDLAND FUNDING
2365 NORTHSIDE DR STE 30
SAN DIEGO, CA 92108


S. GREGORY HAYS, CHAPTER 7 TRUSTEE
2964 PEACHTREE ROAD, SUITE 555
ATLANTA, GEORGIA 30305

HERBERT BROADFOOT, ESQ
2964 PEACHTREE ROAD, SUITE 555
ATLANTA, GEORGIA 30305


18TH DAY OF MAY 2021

*[signature]*
CASSANDRA JOHNSON-LANDRY, PRO SE

# EXHIBIT A

CASSANDRA LANDRY - Experian
Date of Report: Oct 3, 2017



| | MIDLAND FUNDING | | Closed |
| | 857172XXXX | | |

⚠ ?Fraud

**ACCOUNT DETAILS**

| | | **CONTACT INFORMATION** |
|---|---|---|
| Account Name | MIDLAND FUNDING | 2365 NORTHSIDE DR STE 30 |
| Account # | 857172XXXX | SAN DIEGO, CA 92108 |
| Original Creditor | SYNCHRONY BANK | (844) 236-1959 |
| Company Sold | - | **PAYMENT HISTORY** |
| Account Type | Factoring Company | |
| Date Opened | Aug 1, 2016 | |
| Account Status | Closed | |

**PAYMENT HISTORY**

|  | 2017 | 2016 |
|---|---|---|
| Jan Feb Mar Apr | [FP][FP][FP][FP] | [ ][ ][ ][ ] |
| May Jun Jul Aug | [FP][FP][FP][FP] | [ ][ ][ ][ ] |
| Sep Oct Nov Dec | [FP][ ][ ][ ] | [ ][ ][ ][ ] |

| Payment Status | Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department |
|---|---|
| Status Updated | Jan 1, 2017 |
| Balance | $9,001 |
| Balance Updated | Sep 18, 2017 |
| Original Balance | 9001 |
| Monthly Payment | - |
| Past Due Amount | $9,001 |
| Highest Balance | - |
| Terms | 1 Month |
| Responsibility | Individual |
| Your Statement | - |
| Comments | - |

*Summary* > *Accounts* > *Collections* > *Inquiries* > *Public Records* > *Credit Score*

CASSANDRA LANDRY - Experian
Date of Report: Oct 3, 2017



| | SYNCB/SAMS CLUB DC | | Closed |
| --- | --- | --- | --- |
| | 521333XXXXXXXXXX | | |

### ACCOUNT DETAILS

| | |
| --- | --- |
| Account Name | SYNCB/SAMS CLUB DC |
| Account # | 521333XXXXXXXXXX |
| Original Creditor | - |
| Company Sold | - |
| Account Type | Credit Card - Revolving Terms |
| Date Opened | Sep 1, 2013 |
| Account Status | Closed |
| Payment Status | Charge-off |
| Status Updated | Sep 1, 2016 |
| Balance | $0 |
| Balance Updated | Sep 5, 2016 |
| Credit Limit | $7,850 |
| Monthly Payment | - |
| Past Due Amount | - |
| Highest Balance | - |
| Terms | Revolving |
| Responsibility | Individual |
| Your Statement | - |
| Comments | Transferred to another lender or claim purchased |

### CREDIT USAGE

**0%** No Credit Usage

You have no account balance. Keeping your account balances as low as possible can have a positive impact on your credit.

### CONTACT INFORMATION

PO BOX 965005
ORLANDO, FL 32896
(866) 220-0254

### PAYMENT HISTORY

**2016**
| Jan | Feb | Mar | Apr |
| OK | OK | 30 | 60 |
| May | Jun | Jul | Aug |
| 90 | 120 | 120 | FP |
| Sep | Oct | Nov | Dec |
| OK | | | |

**2015**
| Jan | Feb | Mar | Apr |
| OK | OK | OK | OK |
| May | Jun | Jul | Aug |
| OK | OK | OK | OK |
| Sep | Oct | Nov | Dec |
| OK | OK | 30 | OK |

**2014**
| Jan | Feb | Mar | Apr |
| OK | OK | OK | OK |
| May | Jun | Jul | Aug |
| OK | OK | OK | OK |
| Sep | Oct | Nov | Dec |
| OK | OK | OK | OK |

**2013**
| Jan | Feb | Mar | Apr |
| | | | |
| May | Jun | Jul | Aug |
| | | | |
| Sep | Oct | Nov | Dec |
| | OK | OK | OK |

Summary    Accounts (Closed)    Collections    Inquiries    Public Records    Credit Score

CASSANDRA LANDRY - Experian
Date of Report: Oct 3, 2017



| | SYNCB/SAMS CLUB | |
| --- | --- | --- |
| ? | 771412XXXXXX | Closed |

## ACCOUNT DETAILS

| | | CREDIT USAGE | |
| --- | --- | --- | --- |
| Account Name | SYNCB/SAMS CLUB | N/A | **Unknown Credit Usage** Credit usage could not be calculated for this account because either the balance and/or credit limit were not reported. |
| Account # | 771412XXXXXX | | |
| Original Creditor | - | | |
| Company Sold | - | | |
| Account Type | Revolving Charge Account | **CONTACT INFORMATION** | |
| Date Opened | Nov 1, 2005 | PO BOX 965005 ORLANDO, FL 32896 (800) 964-1917 | |
| Account Status | Closed | | |
| Payment Status | Account transferred to another office | **PAYMENT HISTORY** | |
| Status Updated | Oct 1, 2013 | | |
| Balance | - | | |
| Balance Updated | Oct 22, 2013 | | |
| Credit Limit | $7,200 | | |
| Monthly Payment | - | | |
| Past Due Amount | - | | |
| Highest Balance | $2,821 | | |
| Terms | Revolving | | |
| Responsibility | Individual | | |
| Your Statement | - | | |
| Comments | Account closed due to transfer or refinance | | |

**PAYMENT HISTORY**

**2013**
| Jan | Feb | Mar | Apr |
| OK | OK | OK | OK |
| May | Jun | Jul | Aug |
| OK | OK | OK | OK |
| Sep | Oct | Nov | Dec |
| OK | OK | | |

**2012**
| Jan | Feb | Mar | Apr |
| OK | OK | OK | OK |
| May | Jun | Jul | Aug |
| OK | OK | OK | OK |
| Sep | Oct | Nov | Dec |
| OK | OK | OK | OK |

**2011**
| Jan | Feb | Mar | Apr |
| OK | OK | OK | OK |
| May | Jun | Jul | Aug |
| OK | OK | OK | OK |
| Sep | Oct | Nov | Dec |
| OK | OK | OK | OK |

**2010**
| Jan | Feb | Mar | Apr |
| OK | OK | OK | OK |
| May | Jun | Jul | Aug |
| OK | OK | OK | OK |
| Sep | Oct | Nov | Dec |
| OK | OK | OK | OK |

**2009**
| Jan | Feb | Mar | Apr |
| OK | OK | OK | OK |
| May | Jun | Jul | Aug |
| OK | OK | OK | OK |
| Sep | Oct | Nov | Dec |
| OK | OK | OK | OK |

**2008**
| Jan | Feb | Mar | Apr |
| OK | OK | OK | OK |
| May | Jun | Jul | Aug |
| OK | OK | OK | OK |
| Sep | Oct | Nov | Dec |
| OK | OK | OK | OK |

**2007**
| Jan | Feb | Mar | Apr |
| OK | OK | OK | OK |
| May | Jun | Jul | Aug |
| OK | OK | OK | OK |
| Sep | Oct | Nov | Dec |
| OK | OK | OK | OK |

**2006**
| Jan | Feb | Mar | Apr |
| | | | |
| May | Jun | Jul | Aug |
| | | | |
| Sep | Oct | Nov | Dec |
| | | | |

Summary  >  Accounts (Closed)  >  Collections  >  Inquiries  >  Public Records  >  Credit Score