UNITED STATES BANKRUPTCY COURT OF GEORGIA

NORTHERN DISTRICT

Filed in U.S. Bankruptcy Court
Atlanta, Georgia
M. Regina Thomas, Clerk

JUL 16 2021

By: _____
Deputy Clerk

-----------------------------------------------------------------

                                                )
CASSANDRA JOHNSON-LANDRY    )
DEBTOR                                     )          BRC 18-55697 LRC
                                                )

---

**SUBMISSION: AMENDED OBJECTION #2 TO CLAIM NUMBER 3 VALERI BURNOUGH SUITE NUMBERS FOR LEGAL COUNSEL**

---

CASSANDRA JOHNSON-LANDRY, DEBTOR SUBMITS EVIDENCE OF DIFFERENT SUITE NUMBERS FOR DECEASED CLAIMANT LEGAL COUNSEL. IT APPEARS THE SUITE NUMBER WAS DELIBERATE SABOTAGE IN ORDER TO JUSITY DEBTOR NOT SUBMITTING CERTIFICATE OF SERVICES TO CORRECT ADDRESS THEREFORE NOT PERFECTING SERVICE ACCORDINGLY.

DEBTOR SUBMITTED CERTIFICATE OF SERVICE TO DECEASED LEGAL COUNSEL CHARLES BRIDGERS AND MICHAEL CALDWELL AT 101 MARIETTA STREET NW. SUITE 2650, ATLANTA, GA 30303 ON July 14th, 2021.DEBTOR CROSS REFERENCED ADDRESS WITH ADDRESS SUBMITTED ON DOC 402 DATE 6/30/2021WHICH LISTS ADDRESS AS 101 MARIETTA STREET SUITE 2650, ATLANTA GA 30303. **IT APPEARS LEGAL COUNSEL MODIFIED 3100 CENTENNIAL TOWER, 101 MARIETTA STREET, ATLANTA GA 30303 TO 101 MARIETTA STREET, SUITE 3100, ATLANTA, GA 30303(EXHIBIT A).**

IN ADDITION, IT APPEARS LEGAL COUNSEL SUBMITTED ADDITIONAL DOCUMENTS WHICH WERE NOT FILED AS PART OF THE ORIGINAL PROOF OF CLAIM SUBMITTED ON 4/27/2018 AND APPEARED UPDATED PROOF OF CLAIM FORM LISTING THE ADDRESS AS 101 MARIETTA STREET, NW SUITE 3100, ATLANTA GA 30303 (EXHIBIT B)

DEBTOR WILL ALSO SUBMIT THIS DOCUMENT TO THE ABOVE COUNSEL AT 101 MARIETTA STREET NW, SUITE 3100, ATLANTA, GA 30303 ON JULY 16TH ,2021.

DEBTOR REQUEST CLAIM BE DISALLOWED. THIS MODIFICATION OF SUITE NUMBERS APPEARED TO HAVE BEEN INTENTIONAL. SUBMITTED PROOF OF CLAIMS MUST HAVE CORRECT ADDRESS OF SUBMITTING CREDITOR.

16TH OF JULY 2021

*Cassandra Johnson-Landry*

CASSANDRA JOHNSON-LANDRY, PRO SE

1

UNITED STATES BANKRUPTCY COURT OF GEORGIA

NORTHERN DISTRICT

CERTIFICATE OF SERVICE

I, CASSANDRA JOHNSON-LANDRY, DEBTOR CURRENTLY SUBMIT AMENDED OBJECTION #2 TO CLAIM NUMBER 3 VALERI BURNOUGH SUITE NUMBERS FOR LEGAL COUNSEL. DEBTOR IS OVER THE AGE OF 18 YEARS. AMENDED OBJECTION #2 SUBMITTED BY USPS MAIL ON 16TH OF JULY 2021.

CHARLES R. BRIDGES
101 MARIETTA STREET
SUITE 3100
ATLANTA, GA 30303

MICHAEL A. CALDWELL
101 MARIETTA STREET
SUITE 3100
ATLANTA, GA 30303

HERBERT C. BROADFOOT II
2964 PEACHTREE ROAD, NW.
SUITE 555
ATLANTA, GA 30305

S. GREGORY HAYS
2964 PEACHTREE ROAD, NW.
SUITE 555
ATLANTA, GA 30305

16TH OF JULY 2021

*CASSANDRA JOHNSON-LANDRY*
CASSANDRA JOHNSON-LANDRY, PRO SE

# EXHIBIT A

# Northern District of Georgia
# Claims Register

### 18-55697-lrc Cassandra Johnson Landry Converted 09/14/2018

**Judge:** Lisa Ritchey Craig  **Chapter:** 7
**Office:** Atlanta  **Last Date to file claims:**
**Trustee:** S. Gregory Hays  **Last Date to file (Govt):** 09/30/2018

| Creditor: (21484451)<br>The Downs Homeowners Association, Inc.<br>c/o Lazega & Johanson, LLC<br>P.O. Box 250800<br>Atlanta, Georgia 30325 | Claim No: 1<br>Original Filed Date: 04/18/2018<br>Original Entered Date: 04/18/2018 | Status: Allowed 195<br>Filed by: CR<br>Entered by: Bradley W. Griffin<br>Modified: |
|---|---|---|

Amount claimed: $2911.35
Secured claimed: $2911.35

**History:**

| Details | | 1-1 | 04/18/2018 | Claim #1 filed by The Downs Homeowners Association, Inc., Amount claimed: $2911.35 (Griffin, Bradley) |
|---|---|---|---|---|
| | | 195 | 07/12/2019 | Order DENYING Motion to Disallow Claim (Objection to Claim) No. 1 of The Downs Homeowners Association (Related Doc # 150) Service by BNC.. Entered on 7/12/2019. (law) Status: Allowed |

Description: (1-1) Proof of Claim and Backup
Remarks:

| Creditor: (21500842)<br>Bureaus Investment Group Portfolio No 15 LLC<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Claim No: 2<br>Original Filed Date: 04/25/2018<br>Original Entered Date: 04/25/2018 | Status:<br>Filed by: CR<br>Entered by: PRA Receivables Management, LLC<br>Modified: |
|---|---|---|

Amount claimed: $13719.40

**History:**

| Details | | 2-1 | 04/25/2018 | Claim #2 filed by Bureaus Investment Group Portfolio No 15 LLC, Amount claimed: $13719.40 (PRA Receivables Management, LLC) |
|---|---|---|---|---|

Description:
Remarks: (2-1) CAPITAL ONE, N.A.

| Creditor: (21457005) History<br>Valeri Burnough<br>Delong Caldwell Bridgers<br>Fitzpatrick & Benjamin<br>101 Marietta St, NW, Suite 3100<br>Atlanta, GA 30303 | Claim No: 3<br>Original Filed Date: 04/27/2018<br>Original Entered Date: 04/27/2018 | Status:<br>Filed by: CR<br>Entered by: Charles R. Bridgers<br>Modified: |
|---|---|---|

Amount claimed: $30060.95

**History:**

| Details | | 3-1 | 04/27/2018 | Claim #3 filed by Valeri Burnough, Amount claimed: $30060.95 (Bridgers, Charles) |
|---|---|---|---|---|

Description: (3-1) FLSA claim for unpaid overtime wages and attorneys fees
Remarks:

| Creditor: (21522094) History<br>American Express National Bank<br>Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Claim No: 4<br>Original Filed Date: 05/03/2018<br>Original Entered Date: 05/03/2018 | Status:<br>Filed by: CR<br>Entered by: Mukherjee, Sabari - Becket & Lee LLP<br>Modified: |
|---|---|---|

Amount claimed: $13312.03

**History:**

| Details | | 4-1 | 05/03/2018 | Claim #4 filed by American Express National Bank, Amount claimed: $13312.03 (Mukherjee, Sabari - Becket & Lee LLP) |
|---|---|---|---|---|

Description:
Remarks:

# Northern District of Georgia
# Claims Register

## 18-55697-lrc Cassandra Johnson Landry Converted 09/14/2018

**Judge:** Lisa Ritchey Craig     **Chapter:** 7
**Office:** Atlanta     **Last Date to file claims:**
**Trustee:** S. Gregory Hays     **Last Date to file (Govt):** 09/30/2018

| Creditor: (21484451)<br>The Downs Homeowners Association, Inc.<br>c/o Lazega & Johanson, LLC<br>P.O. Box 250800<br>Atlanta, Georgia 30325 | Claim No: 1<br>Original Filed Date: 04/18/2018<br>Original Entered Date: 04/18/2018 | Status: Allowed 195<br>Filed by: CR<br>Entered by: Bradley W. Griffin<br>Modified: |
|---|---|---|

| Amount claimed: | $2911.35 |
|---|---|
| Secured claimed: | $2911.35 |

History:

| Details | | 1-1 | 04/18/2018 | Claim #1 filed by The Downs Homeowners Association, Inc., Amount claimed: $2911.35 (Griffin, Bradley) |
|---|---|---|---|---|
| | | 195 | 07/12/2019 | Order DENYING Motion to Disallow Claim (Objection to Claim) No. 1 of The Downs Homeowners Association (Related Doc # 150) Service by BNC.. Entered on 7/12/2019. (law) Status: Allowed |

Description: (1-1) Proof of Claim and Backup
Remarks:

| Creditor: (21500842)<br>Bureaus Investment Group Portfolio No 15 LLC<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Claim No: 2<br>Original Filed Date: 04/25/2018<br>Original Entered Date: 04/25/2018 | Status:<br>Filed by: CR<br>Entered by: PRA Receivables Management, LLC<br>Modified: |
|---|---|---|

| Amount claimed: | $13719.40 |
|---|---|

History:

| Details | | 2-1 | 04/25/2018 | Claim #2 filed by Bureaus Investment Group Portfolio No 15 LLC, Amount claimed: $13719.40 (PRA Receivables Management, LLC) |
|---|---|---|---|---|

Description:
Remarks: (2-1) CAPITAL ONE, N.A.

| Creditor: (21457005)    History<br>Valeri Burnough | Claim No: 3<br>Original Filed | Status:<br>Filed by: CR |
|---|---|---|

| Delong Caldwell Bridgers Fitzpatrick & Benjamin 101 Marietta St, NW, Suite 3100 Atlanta, GA 30303 | Date: 04/27/2018 Original Entered Date: 04/27/2018 | Entered by: Charles R. Bridgers Modified: |
|---|---|---|

Amount claimed: $30060.95

**History:**

| Details | 3-1 | 04/27/2018 | Claim #3 filed by Valeri Burnough, Amount claimed: $30060.95 (Bridgers, Charles) |
|---|---|---|---|
|  | 394 | 06/22/2021 | Order If Debtor files an amended objection that states a claim on or before July 16, 2021, the Court will schedule such objection for hearing. (Objection to Claim) No. 3 of Valeri Burnough (Related Doc # 366) Service by BNC.. Entered on 6/22/2021. (law) |

*Description:* (3-1) FLSA claim for unpaid overtime wages and attorneys fees

*Remarks:*

---

| Creditor:     (21522094)   History American Express National Bank Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 | **Claim No: 4** Original Filed Date: 05/03/2018 Original Entered Date: 05/03/2018 | Status: Filed by: CR Entered by: Mukherjee, Sabari - Becket & Lee LLP Modified: |
|---|---|---|

Amount claimed: $13312.03

**History:**

| Details | 4-1 | 05/03/2018 | Claim #4 filed by American Express National Bank, Amount claimed: $13312.03 (Mukherjee, Sabari - Becket & Lee LLP) |
|---|---|---|---|

*Description:*

*Remarks:*

---

| Creditor:     (21456999)   History Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | **Claim No: 5** Original Filed Date: 05/09/2018 Original Entered Date: 05/09/2018 Last Amendment Filed: 02/21/2019 Last Amendment | Status: Filed by: CR Entered by: Internal Revenue Service Modified: |
|---|---|---|

**History:**

| Details | 5-1 | 05/09/2018 | Claim #5 filed by Department of the Treasury, Amount claimed: $5000.00 (Internal Revenue Service) |
|---|---|---|---|
| Details | 5-2 | 02/21/2019 | Amended Claim #5 filed by Department of the Treasury, Amount claimed: $0.00 (Internal Revenue Service) |

*Description:*

*Remarks:*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>Cassandra Johnson Landry,<br><br>Debtor | Civil Action No.<br>18-55697-lrc |

## CREDITOR VALERI BURNOUGH'S RESPONSE TO DEBTOR'S ADDENDUM TO OBJECTION TO CLAIM NUMBER 3

Judgment Creditor, Valeri Burnough, (hereinafter "Ms. Burnough") through the undersigned counsel states as follows:

1. Counsel for Judgment Creditor learned of Ms. Burnough's death on May 26, 2021. Counsel has filed a suggestion of death on behalf of Ms. Burnough. [Dkt. 383]

2. On May 27, 2016, undersigned counsel filed a complaint on Ms. Burnough's behalf against Debtor Cassandra Johnson Landry, Alliance for Change Through Treatment, LLC ("ACT"), and Attachment & Bonding Center of Atlanta, LLC ("ABC") in the U.S. District Court for the Northern District of Georgia alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, 26 U.S.C. § 7434, and state-law claims for breach of contract, quantum meruit, and promissory estoppel.

3. The Parties to said lawsuit reached a settlement agreement before U.S. Magistrate Judge Justin S. Anand on November 29, 2017. A true and correct copy of the Court's Minute Sheet evidencing the settlement agreement. [Dkt. 384-1] The Court directed the parties to prepare and submit a formal settlement agreement.

4. The Judgment Creditor's Counsel submitted a settlement agreement draft to Debtor's then-counsel who responded that Ms. Landry refused to sign and intended to renege on the settlement she had agreed to at the Mediation.

5. On February 19, 2018, Undersigned counsel filed a Motion to Enforce and Approve Settlement as agreed to during Mediation. [Dkt. 384-2]

6. On March 22, 2018, U.S. District Court Judge Leigh Martin May issued an order granting Ms. Burnough's Motion to Enforce and Approve the Settlement as agreed to during Mediation. [Dkt. 384-3]

7. On March 26, 2018, the District Court entered a Judgment against Cassandra Johnson Landry, Alliance for Change Through Treatment, LLC and Attachment & Bonding Center of Atlanta, LLC, ruling that they were jointly and severally liable to Ms. Burnough in the amount of $30,000. [Dkt. 384-4]

8. Judgment Debtor Cassandra Johnson Landry ("Landry") filed this Bankruptcy action on April 11, 2018, approximately 2 weeks after entry of the aforementioned Judgment.

9. Having been found jointly and severally liable for the Judgment, Debtor Cassandra Johnson Landry is personally liable for this debt which remains due and owed. Landry has acknowledged the existence of this Judgement for the three years of her bankruptcy proceedings.

10. Contrary to Judgment Debtor's Objection, Ms. Burnough's death does not extinguish Landry's debt of $30,000 as determined by the U.S. District Court's Decision and Order entered on March 26, 2018.

11. Judgment Creditor further seeks interest on the original Judgment dated March 22, 2018 at federal statutory rate of 2.06%.

12. Upon Ms. Burnough's death her interest in the Judgment passed to her estate.

13. On June 2, 2021, undersigned counsel on behalf of Creditor Valeri Burnough filed a Response [Dkt. 384] to Debtor's Objection to Claim Number 3 [Dkt. 366].

14. Out of an abundance of caution, undersigned counsel files this response on behalf of the Estate of Creditor Valeri Burnough requesting that this Court overrule Debtor's Addendum to Objection to Claim Number 3. [Dkt. 381]

This 30th day of June 2021.

**DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC**

*s/ Charles R. Bridgers*
Charles R. Bridgers
Georgia Bar No. 080791
Michael A. Caldwell
Georgia Bar No. 102775

X 101 Marietta Street
Suite 2650
Atlanta, Georgia 30303
404-979-3150
charlesbridgers@dcbflegal.com
michaelcaldwell@dcbflegal.com

**COUNSEL FOR CREDITOR**
**Valeri Burnough**

-4-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

Cassandra Johnson Landry,

Debtor

Civil Action No.
18-55697-lrc

CERTIFICATE OF SERVICE

Undersigned Counsel certifies that on June 30, 2021, he filed CREDITOR VALERI BURNOUGH'S RESPONSE TO DEBTOR'S ADDENDUM TO OBJECTION TO CLAIM NUMBER 3 [Dkt. 402] via the Clerk's electronic filing system, which will automatically effect service upon all counsel of record. Undersigned counsel further certifies that he served Debtor with a copy of this filing as follows:

CASSANDRA JOHNSON-LANDRY
P.O. Box 1275
Grayson, GA 30017

This 1st day of July 2021.

DELONG CALDWELL
BRIDGERS FITZPATRICK &
BENJAMIN, LLC
*s/ Charles R. Bridgers*
Charles R. Bridgers
Georgia Bar No. 080791

COUNSEL FOR CREDITOR

-1-

# State Bar of Georgia

# Mr. Michael A. Caldwell

X

Delong Caldwell Bridgers Fitzpatrick & Benjamin LLC

2650 Centennial Tower

101 Marietta Street NW

Atlanta, GA 30303-2731

| | |
|---|---|
| Email | michaelcaldwell@dcbflegal.com |
| Phone | (404) 979-3154 |
| Fax | (404) 979-3154 |

| | |
|---|---|
| Status | Active Member in Good Standing |
| Public Discipline | None on Record |

| | |
|---|---|
| Admit Date | 11/08/1979 |
| Law School | Catholic University-Washington |


# State Bar of Georgia

# Mr. Charles Ronald Bridgers

Delong Caldwell Bridgers Fitzpatrick & Benjamin LLC

101 Marietta Street NW Suite 2650

Atlanta, GA 30303-2731

| | |
|---|---|
| Email | charlesbridgers@dcbflegal.com |
| Phone | (404) 979-3150 |
| Fax | (404) 979-3170 |

| | |
|---|---|
| Status | Active Member in Good Standing |
| Public Discipline | None on Record |
| Admit Date | 07/09/1993 |

| | |
|---|---|
| Law School | Georgia State University |
| Member of the following sections: | Appellate Practice |
| | Labor & Employment Law |
| | Nonprofit Law |

EXHIBIT B

**Fill in this information to identify the case:**

Debtor 1: Cassandra Johnson Landry

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Georgia

Case number: 18-55697-lrc

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Valeri Burnough
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

DeLong Caldwell Bridgers Fitzpatrick & Benjamin
Name

101 Marietta Street, NW, Suite 3100
Number    Street

Atlanta, GA 30303
City        State        ZIP Code

Contact phone (404)979-3150

Contact email (404) 979-3170

Where should payments to the creditor be sent? (if different)

Name: _____

Number   Street _____

City        State        ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one): _____

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___/___/_____
                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                    Proof of Claim                    page 1

### Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $ 30,060.95 . Does this amount include interest or other charges?
☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

FLSA unpaid minimum and overtime wages and attorneys fees

**9. Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____
Amount of the claim that is secured: $_____
Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. Check one: | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  04/27/2018
                  MM / DD / YYYY

*/s/ Ch. R. Bry*
Signature

Print the name of the person who is completing and signing this claim:

| Name | Charles R. Bridgers |
| | First name    Middle name    Last name |
| Title | Attorney |
| Company | DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 101 Marietta Street, NW, Suite 3100 |
| | Number    Street |
| | Atlanta, GA 30303 |
| | City    State    ZIP Code |
| Contact phone | (404)979-3150    Email Charlesbridgers@dcbflegal.com |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:

Cassandra Johnson Landry,

Debtor

Civil Action No.
18-55697-lrc

## NOTICE PURSUANT TO BANKRUPTCY RULE 3001(c)(2)(A)

On behalf of Creditor Valeri Burnough, undersigned counsel states as follows:

Original Judgment: **$30,000**

Interest on Original Judgment dated March 22, 2018 at federal statutory rate of 2.06% through April 27, 2018: **$60.95**

DELONG CALDWELL
BRIDGERS FITZPATRICK &
BENJAMIN, LLC

*s/ Charles R. Bridgers*
Charles R. Bridgers
Georgia Bar No. 080791
Michael A. Caldwell
Georgia Bar No. 102775

3100 Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303
404-979-3150
charlesbridgers@dcbflegal.com
michaelcaldwell@dcbflegal.com

**COUNSEL FOR CREDITOR**
Valeri Burnough

-1-