# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>Cassandra Johnson Landry,<br><br>Debtor | Civil Action No.<br>18-55697-lrc |

## NOTICE OF SUBSTITUTION OF CREDITOR

Undersigned Counsel previously notified this Court that Judgment Creditor, Valeri Burnough, is deceased. [Dkt. 383]

Undersigned counsel hereby requests that decedent's father Clarence O. Burnough, as administrator of the Estate of Valeri Burnough be substituted for deceased Creditor, Valeri Burnough (see Exhibit 1).

This 19th day of August 2021.

                                                **DELONG CALDWELL BRIDGERS**
                                                **FITZPATRICK & BENJAMIN, LLC**
                                                *s/ Charles R. Bridgers*

101 Marietta Street          Charles R. Bridgers
Suite 2650                     Georgia Bar No. 080791
Atlanta, Georgia 30303    Michael A. Caldwell
404-979-3150                Georgia Bar No. 102775
charlesbridgers@dcbflegal.com
michaelcaldwell@dcbflegal.com    **COUNSEL FOR CREDITOR**
                                                **Valeri Burnough**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>Cassandra Johnson Landry,<br><br>Debtor | Civil Action No.<br>18-55697-lrc |

## CERTIFICATE OF SERVICE

Undersigned Counsel certifies that on August 19, 2021, he filed the foregoing **NOTICE OF SUBSTITUTION OF CREDITOR** via the Clerk's electronic filing system, which will automatically effect service upon all counsel of record. Undersigned counsel further certifies that he served Debtor with a copy of this filing as follows:

CASSANDRA JOHNSON-LANDRY
P.O. Box 1275
Grayson, GA 30017

This 19th day of August 2021.

**DELONG CALDWELL
BRIDGERS FITZPATRICK &
BENJAMIN, LLC**
*s/ Charles R. Bridgers*
Charles R. Bridgers
Georgia Bar No. 080791

COUNSEL FOR CREDITOR
Valeri Burnough