## UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| CASSANDRA JOHNSON-LANDRY | ) | CASE No: 18-55697LRC |
| DEBTOR | ) | CHAPTER 7 |
| | ) | |

### SUBMISSION; UPDATED ADDRESSES

Debtor, Cassandra Johnson-Landry currently submits UPDATED address for Creditors listed. Please note Debtor submitted UPDATED address for list parties previously. (Exhibit A).

2nd Day of September 2021

*[signature]*
Cassandra Johnson-Landry, Pro-Se
678.860.3621

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

SEP 0 2 2021

By: M. Regina Thomas, Clerk
Deputy Clerk

# UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA

## CERTIFICATE OF SERVICE

I CASSANDRA JOHNSON-LANDRY, ATTEST TO BEING OVER THE AGE OF 18 YEARS. The current document **SUBMISSION: UPDATED ADDRESSES.** Copies mailed to Registered Agents at address listed on US BRC FORM. via first class mail.

**S. GREGORY HAYS**
**HAYS CONSULTING LLC**
**SUITE 555**
**2964 PEACHTREE ROAD**
**ATLANTA, GA 30305**

Submitted on

2nd Day of September 2021

*[signature]*

Cassandra Johnson-Landry, Pro Se
678.860.3621

<u>Notice of Undeliverable Mail to Debtor</u>

August 26, 2021

From: United States Bankruptcy Court, Northern District of Georgia

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Cassandra Johnson Landry, Case Number 18-55697, lrc

TO THE DEBTOR:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.**

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

U.S. Bankruptcy Court
Atlanta Division
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

---

Undeliverable Address:
Cogency Global Inc
Joan Wagner
10 East 40th Street
10th Floor
New York, NY 10016

Role type/cr id: 21456698
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

Cogency Global (Registered Agent National Corporate Research)
10th E. 40th Street, 10th Floor, New York, New York 10016

1

33708010069030

Undeliverable Address:
Eileen G. Bottino
ReadyCap Lending LLC
420 Mountain Ave
New Providence, NJ 07974

Role type/cr id: 21456894
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

*Eileen G. Bottino*
*Ready cap Lending LLC (R/A Corporation Services Company*
*06 W 6xh avenue, Helena MT 59624-1691*
*420 Mountain Ave, 3rd Floor, NEW Providence*
*NEW Jersey 07979*

Undeliverable Address:
Lazega & Johanson LLC
Bradley W Griffin 746187
3520 Piedmont Rd NE
Ste 4015
Atlanta, GA 30305

Role type/cr id: 21456883
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

*Lazega + Johanson LLC (R/A Jay S Lazega 1510 Ellsworth*
*Industrial Blvd Bldg 2, Suite 20 Atlanta, GA 30318*
*Company address 1510 Ellsworth Industrial Blvd Bldg 2*
*Suite 20, Atlanta GA 30318*

Undeliverable Address:
OnceLogix LLC
111 North Chestnut St
Ste 302
Winston Salem, NC 27101

Role type/cr id: 21474006
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

*Ace LogX LLC (R/A Tischner Sean 4917 High Meadow Rd*
*Dunham, NC 27712*
*Company address 4917 High Meadow Rd Dunham NC 27712*

Undeliverable Address:
ReadyCap Lending
420 Mountain Ave
New Providence, NJ 07974

Role type/cr id: 21456481
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

33708010069030

THE UPDATED ADDRESS IS:

ReadyCap Lending LLC (R/A Corporation Services Company)
D6 W Sixth Avenue, Helena, MT 59624-1691
420 Mountain Avenue 3rd Floor, New Providence
New Jersey 07979

Undeliverable Address:
ReadyCap Lending, LLC
c/o Eileen Bottino
420 Mountain Ave
New Providence, NJ 07974

Role type/cr id: 21474030
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS: Eileen Bottino

ReadyCap Lending LLC (R/A Corporation Services Company)
D6 W Sixth Ave, Helena MT 59624-1691
420 Mountain Avenue 3rd Floor, New Providence N.J.
07979

Undeliverable Address:
Woodbridge Group of Companies, LLC
c/o Riverdale Funding
207 Mockingbird Ln Ste 402
Johnson City, TN 37604

Role type/cr id: 21474021
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

Riverdale Funding LLC
1521 Concord Pike #303 Wilmington DE, 19803

_____     9/2/2021
Signature of Debtor or Debtor's Attorney      Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

**EXHIBIT A**

9/2/2021                                       Oncelogix L.L.C. in Durham, NC | Company Info & Reviews



Home > U.S. > North Carolina > Durham

# ONCELOGIX L.L.C.

North Carolina Secretary Of State Business Registration · Updated 7/2/2021

Sponsored Links

[ Write Review ]   [ Upgrade ]   [ Claim ]

Oncelogix L.L.C. is a North Carolina Domestic Limited-Liability Company filed On August 4, 2005. The company's filing status is listed as Current-Active and its File Number is 0796148.

The Registered Agent on file for this company is Tischner, Sean , and is located at 4917 High Meadow Rd, Durham, NC 27712. The company's principal address is 4917 High Meadow Rd, Durham, NC 27712 and its mailing address is 4917 High Meadow Rd, Durham, NC 27712.

The company has 4 principals on record. The principals are Darryl Grant from Durham NC, Roderick Brown from Durham NC, Trinity Manning from Durham NC, and Tyrone Mclaughlin from Durham NC.

View Related Trademarks

Like 33K

## Company Information

| | |
|---|---|
| Company Name: | ONCELOGIX L.L.C. |
| Entity Type: | DOMESTIC LIMITED LIABILITY COMPANY |
| File Number: | 0796148 |
| Filing State: | North Carolina (NC) |
| Filing Status: | Current-Active |
| Filing Date: | August 4, 2005 |
| Company Age: | 16 Years, 1 Month |
| Registered Agent: | Tischner, Sean . 4917 High Meadow Rd Durham, NC 27712 |
| Principal Address: | 4917 High Meadow Rd Durham, NC 27712 |
| Mailing Address: | 4917 High Meadow Rd Durham, NC 27712 |
| Report Due Date: | April 15, 2018 |
| Products/Services: | Computer Service |
| Source: | North Carolina Secretary of State |

Sponsored Links



**Dying Liver**

**4 Warning Signs Of Dying Liver (#2 Is Scary)**

## Contact Information

Phone Number: (213) 394-6845

## Company Contacts

Affiliate Links
Search anybody by name, e-mail address, phone number, online username or even friends in your address book and instantly return lots of info.

**DARRYL GRANT**
Member
4917 High Meadow Rd
Durham, NC 27712

9/2/2021                          Oncelogix L.L.C. in Durham, NC | Company Info & Reviews

Linon Home Decor Products Casimer 6-Drawer Rolling Home Office          Keep Business
Storage Cart, Natural                                                    Going

                                                                Shop     Office Depot

Durham, NC 27712

View Phone Book Listings For Trinity Manning In North Carolina

**TYRONE MCLAUGHLIN**
Member
4917 High Meadow Rd
Durham, NC 27712

View Nationwide Phone Book Listings For Tyrone Mclaughlin

Sponsored Links

Angi
Air Conditioning & Cooling                                    VISIT SITE

Reviews

Write Review

There are no reviews yet for this company.

Questions

Post Question

There are no questions yet for this company.

**ADDITIONAL LINKS**

Post Question For This Company
Contact Us Regarding Your Company Profile
View Related Trademarks
Search All North Carolina Companies
Learn About Our Pro Search Subscription Service

9/2/2021  Oncelogix L.L.C. in Durham, NC | Company Info & Reviews



Home > U.S. > North Carolina > Durham

# ONCELOGIX L.L.C.

North Carolina Secretary Of State Business Registration · Updated 7/2/2021

Sponsored Links

[Write Review]  [Upgrade]  [Claim]

Oncelogix L.L.C. is a North Carolina Domestic Limited-Liability Company filed On August 4, 2005. The company's filing status is listed as Current-Active and its File Number is 0796148.

The Registered Agent on file for this company is Tischner, Sean., and is located at 4917 High Meadow Rd, Durham, NC 27712. The company's principal address is 4917 High Meadow Rd, Durham, NC 27712 and its mailing address is 4917 High Meadow Rd, Durham, NC 27712.

The company has 4 principals on record. The principals are Darryl Grant from Durham NC, Roderick Brown from Durham NC, Trinity Manning from Durham NC, and Tyrone Mclaughlin from Durham NC.

View Related Trademarks

Like 33K

## Company Information

| | |
|---|---|
| Company Name: | ONCELOGIX L.L.C. |
| Entity Type: | DOMESTIC LIMITED LIABILITY COMPANY |
| File Number: | 0796148 |
| Filing State: | North Carolina (NC) |
| Filing Status: | Current-Active |
| Filing Date: | August 4, 2005 |
| Company Age: | 16 Years, 1 Month |
| Registered Agent: | Tischner, Sean. 4917 High Meadow Rd Durham, NC 27712 |
| Principal Address: | 4917 High Meadow Rd Durham, NC 27712 |
| Mailing Address: | 4917 High Meadow Rd Durham, NC 27712 |
| Report Due Date: | April 15, 2018 |
| Products/Services: | Computer Service |
| Source: | North Carolina Secretary of State |



Sponsored Links

**Dying Liver**
4 Warning Signs Of Dying Liver (#2 Is Scary)

## Contact Information

Phone Number: (213) 394-6845

## Company Contacts

Affiliate Links
Search anybody by name, e-mail address, phone number, online username or even friends in your address book and instantly return lots of info.

**DARRYL GRANT**
Member
4917 High Meadow Rd
Durham, NC 27712

9/2/2021    Oncelogix L.L.C. in Durham, NC | Company Info & Reviews

Linon Home Decor Products Casimer 6-Drawer Rolling Home Office Storage Cart, Natural

Keep Business Going

Shop    Office Depot

◤▼◣ Durham, NC 27712

View Phone Book Listings For Trinity Manning In North Carolina

**TYRONE MCLAUGHLIN**
Member
📍 4917 High Meadow Rd
   Durham, NC 27712

View Nationwide Phone Book Listings For Tyrone Mclaughlin

Sponsored Links

Angi
▷ Air Conditioning & Cooling    VISIT SITE
✕

Reviews

Write Review

There are no reviews yet for this company.

Questions

Post Question

There are no questions yet for this company.

**ADDITIONAL LINKS**

Post Question For This Company
Contact Us Regarding Your Company Profile
View Related Trademarks
Search All North Carolina Companies
Learn About Our Pro Search Subscription Service

© 2021 Bizapedia.com. All rights reserved.    Pro Data • Pro Search • Pro API • Contact Us • Terms of Use • Privacy Policy • Sitemap

Desktop

9/2/2021 — Riverdale Funding, LLC in Wilmington, DE | Company Info & Reviews



Home > U.S. > Delaware > Wilmington

# RIVERDALE FUNDING, LLC

Delaware Secretary Of State Business Registration · Updated 4/17/2014

Sponsored Links

## Want Regular Trading Income?

Learn how to generate consistent income by making one simple trade 3-5x each week.

Riverdale Funding, LLC is a Delaware Limited-Liability Company (Llc) filed On June 13, 2012. The company's File Number is listed as 5169148.

The Registered Agent on file for this company is A Registered Agent, Inc. and is located at 1521 Concord Pike #303, Wilmington, DE 19803.

### Company Information

| | |
|---|---|
| Company Name: | RIVERDALE FUNDING, LLC |
| Entity Type: | LIMITED LIABILITY COMPANY (LLC) |
| File Number: | 5169148 |
| Filing State: | Delaware (DE) |
| Filing Status: | Unknown |
| Filing Date: | June 13, 2012 |
| Company Age: | 9 Years, 3 Months |
| Registered Agent: | A Registered Agent, Inc. 1521 Concord Pike #303 Wilmington, DE 19803 |
| Source: | Delaware Secretary of State |

Sponsored Links



4 Warning Signs Of Dying Liver (#2 Is Scary)



### Company Contacts

Affiliate Links
Search anybody by name, e-mail address, phone number, online username or even friends in your address book and instantly return lots of info.

This company has not listed any contacts yet.

Sponsored Links

**Court Records: 4 Sources**
- I WILL NOT use

**Updated Daily!**  ReviewPublicRe
Access Court Records >>>

### Reviews

Write Review

Linon Home Decor Products Casimer 6-Drawer Rolling Home Office Storage Cart, Natural

Shop

Keep Business Going

Office Depot

9/2/2021          Riverdale Funding, LLC in Wilmington, DE | Company Info & Reviews

There are no questions yet for this company.

ADDITIONAL LINKS

Post Question For This Company
Contact Us Regarding Your Company Profile
All Companies Named Riverdale Funding, LLC
Search All Delaware Companies
Learn About Our Pro Search Subscription Service

Pro Data • Pro Search • Pro API • Contact Us • Terms of Use • Privacy Policy • Sitemap

Desktop



Home > U.S. > Iowa > New York

# COGENCY GLOBAL, INC.

Iowa Office Of The Secretary Of State Business Registration · Updated 11/6/2016

Sponsored Links

VAAS Professionals

VAAS Pro Business Package.

Assisting small businesses for over 17 years.

[ Write Review ]   [ Upgrade ]   [ Claim ]

Cogency Global, Inc. is an Iowa Foreign Profit filed On November 1, 2016. The company's filing status is listed as Active and its File Number is 533588.

The Registered Agent on file for this company is National Corporate Research, Ltd and is located at 10th E 40th St, 10th Fl, New York, NY 10016.

Like 33K

### Directions    Website

#### Company Information

| | |
|---|---|
| Company Name: | COGENCY GLOBAL, INC. |
| Entity Type: | FOREIGN PROFIT |
| File Number: | 533588 |
| Filing State: | Iowa (IA) |
| Domestic State: | New York (NY) |
| Filing Status: | Active |
| Filing Date: | November 1, 2016 |
| Company Age: | 4 Years, 10 Months |
| Registered Agent: | National Corporate Research, Ltd<br>10th E 40th St, 10th Fl<br>New York, NY 10016 |
| Source: | Iowa Office of the Secretary of State |



Sponsored Links

**4 Warning Signs Of Dying Liver (#2 Is Scary)** (WATCH)

#### Company Contacts

Affiliate Links:
Search anybody by name, e-mail address, phone number, online username or even friends in your address book and instantly return lots of info.

This company has not listed any contacts yet.

Sponsored Links

## Court Records: 4 Sources
- I WILL NOT use this information to stalk anyone
- I WILL NOT harass people whose criminal records appear on this site
- If I

**Updated Daily!**   ReviewPublicR

Access Court Records >>>

Reviews

Write Review

Ads by Google
Send feedback   Why this ad?

There are no questions yet for this company.

ADDITIONAL LINKS

Post Question For This Company

Contact Us Regarding Your Company Profile

All Companies Named Cogency Global, Inc.

Search All Iowa Companies

Learn About Our Pro Search Subscription Service

Pro Data • Pro Search • Pro API • Contact Us • Terms of Use • Privacy Policy • Sitemap

Desktop

9/2/2021     Lazega & Johanson LLC in Atlanta, GA | Company Info & Reviews

    f   w

Home > U.S. > Georgia > Atlanta

# LAZEGA & JOHANSON LLC

Georgia Secretary Of State Business Registration · Updated 4/4/2021

Sponsored Links

[ Write Review ]  [ Upgrade ]  [ Claim ]

Lazega & Johanson LLC is a Georgia Domestic Limited-Liability Company filed On July 9, 2007. The company's filing status is listed as Active/Compliance and its File Number is 07056397.

The Registered Agent on file for this company is Jay S. Lazega and is located at 1510 Ellsworth Industrial Blvd. Bldg. 2, Suite 20, Atlanta, GA 30318. The company's principal address is 1510 Ellsworth Industrial Blvd. Bldg. 2, Suite 20, Atlanta, GA 30318.

The company has 1 principal on record. The principal is Jay S. Lazega from Atlanta GA.

### Stay At State House Inn

Like 33K

State House Inn    Open

Company Information

| | |
|---|---|
| Company Name: | LAZEGA & JOHANSON LLC |
| Entity Type: | DOMESTIC LIMITED LIABILITY COMPANY |
| File Number: | 07056397 |
| Filing State: | Georgia (GA) |
| Filing Status: | Active/Compliance |
| Filing Date: | July 9, 2007 |
| Company Age: | 14 Years, 2 Months |
| Registered Agent: | Jay S. Lazega<br>1510 Ellsworth Industrial Blvd.<br>Bldg. 2, Suite 20<br>Atlanta, GA 30318 |
| Principal Address: | 1510 Ellsworth Industrial Blvd.<br>Bldg. 2, Suite 20<br>Atlanta, GA 30318 |
| Source: | Georgia Secretary of State |

Sponsored Links

### Court Records: 4 Sources Found

ReviewPublicRecords    Open

Company Contacts

Affiliate Links

Search anybody by name, e-mail address, phone number, online username or even friends in your address book and instantly return lots of info.

### JAY S. LAZEGA

Agent

 1510 Ellsworth Industrial Blvd.
Bldg. 2, Suite 20
Atlanta, GA 30318

Sponsored Links

### Court Records: 4 Sources

- I WILL NOT use this information to s

**Updated Daily!**   ReviewPublicR

[ Access Court Records >>> ]

### Court Records: 4 Sources Found

New court records uploaded daily!
ReviewPublicRecords

Open

Questions

First Question

There are no questions yet for this company.

ADDITIONAL LINKS:

Post Question For This Company

Contact Us Regarding Your Company Profile

Search All Georgia Companies

Learn About Our Pro Search Subscription Service

© Corporationwiki. All rights reserved.    Pro Data • Pro Search • Pro API • Contact Us • Terms of Use • Privacy Policy • Sitemap

Desktop

9/2/2021   Readycap Lending, LLC in Helena, MT | Company Info & Reviews



Home > U.S. > Montana > Helena

# READYCAP LENDING, LLC

Montana Foreign Limited-Liability Company · Updated 9/15/2018

Sponsored Links



Write Review | Upgrade | Claim

Readycap Lending, LLC is a Montana Foreign Limited-Liability Company filed On September 13, 2018. The company's filing status is listed as Active Good Standing and its File Number is E1094086.

The Registered Agent on file for this company is Corporation Service Company and is located at 26 W Sixth Ave, Helena, MT 59624-1691. The company's mailing address is 420 Mountain Avenue 3rd Floor, New Providnce, NJ 07974.

Like 33K

## Company Information

| | |
|---|---|
| Company Name: | READYCAP LENDING, LLC |
| Entity Type: | FOREIGN LIMITED LIABILITY COMPANY |
| File Number: | E1094086 |
| Filing State: | Montana (MT) |
| Domestic State: | Delaware (DE) |
| Filing Status: | Active Good Standing |
| Filing Date: | September 13, 2018 |
| Company Age: | 3 Years |
| Registered Agent: |  Corporation Service Company<br>26 W Sixth Ave<br>Helena, MT 59624-1691 |
| Mailing Address: | 420 Mountain Avenue<br>3rd Floor<br>New Providnce, NJ 07974 |

Sponsored Links

NEW

Nordstrom Rack
Nordstrom Rack

## Company Contacts

Affiliate Links

Search anybody by name, e-mail address, phone number, online username or even friends in your address book and instantly return lots of info.

This company has not listed any contacts yet.

Sponsored Links

HumanN™
SuperBeets®
Try The Highest Quality Beet Powder

OPEN

Reviews

Write Review

NEW

9/2/2021

Readycap Lending, LLC in Helena, MT | Company Info & Reviews

There are no questions yet for this company.

ADDITIONAL LINKS

Post Question For This Company
Contact Us Regarding Your Company Profile
All Companies Named Readycap Lending, LLC
Search All Montana Companies
Learn About Our Pro Search Subscription Service

Pro Data • Pro Search • Pro API • Contact Us • Terms of Use • Privacy Policy • Sitemap

Desktop

9/2/2021                                    Cogency Global, Inc. in New York, IA | Company Info & Reviews

 **Bizapedia**

Home > U.S. > Iowa > New York

# COGENCY GLOBAL, INC.

Iowa Office Of The Secretary Of State Business Registration · Updated 11/6/2016

Sponsored Links

VAAS Professionals

VAAS Pro Business Package

Assisting small businesses for over 17 years.

[Write Review] [Upgrade] [Claim]

Cogency Global, Inc. is an Iowa Foreign Profit filed On November 1, 2016. The company's filing status is listed as Active and its File Number is 533588.

The Registered Agent on file for this company is National Corporate Research, Ltd and is located at 10th E 40th St, 10th Fl, New York, NY 10016.

Like 33K

◆ Directions    Website

Company Information

| | |
|---|---|
| Company Name: | COGENCY GLOBAL, INC. |
| Entity Type: | FOREIGN PROFIT |
| File Number: | 533588 |
| Filing State: | Iowa (IA) |
| Domestic State: | New York (NY) |
| Filing Status: | Active |
| Filing Date: | November 1, 2016 |
| Company Age: | 4 Years, 10 Months |
| Registered Agent: | National Corporate Research, Ltd<br>10th E 40th St, 10th Fl<br>New York, NY 10016 |
| Source: | Iowa Office of the Secretary of State |



Sponsored Links

4 Warning Signs Of Dying Liver (#2 Is Scary) (WATCH)

Company Contacts

Affiliate Links
Search anybody by name, e-mail address, phone number, online username or even friends in your address book and instantly return lots of info.

This company has not listed any contacts yet.

Sponsored Links

**Court Records: 4 Sources**
- I WILL NOT use this information to stalk anyone
- I WILL NOT harass people whose criminal records appear on this site
- If I

**Updated Daily!**    ReviewPublicR

Access Court Records >>>

Reviews

Write Review

Ads by Google

Send feedback    Why this ad?

9/2/2021                                   Cogency Global, Inc. in New York, IA | Company Info & Reviews

There are no questions yet for this company.

ADDITIONAL LINKS

Post Question For This Company
Contact Us Regarding Your Company Profile
All Companies Named Cogency Global, Inc.
Search All Iowa Companies
Learn About Our Pro Search Subscription Service

©2021 Bizapedia.com All rights reserved.    Pro Data • Pro Search • Pro API • Contact Us • Terms of Use • Privacy Policy • Sitemap

Desktop