## UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| CASSANDRA JOHNSON-LANDRY | CASE No: 18-55697LRC |
| DEBTOR | CHAPTER 7 |

Filed in U.S. Bankruptcy Court
Atlanta, Georgia
SEP - 3 2021
M. Regina Thomas, Clerk
By: _____
Deputy Clerk

### SUBMISSION: ADDENDUM UPDATES ADDRESSES

Debtor, Cassandra Johnson-Landry previously submitted UPDATED address for Creditors listed. Please note Debtor submitted UPDATED address for parties previously, as stated. (Exhibit A). It appears the sole purpose of requested action is as follow:

1. Obtain opposition for DISCHARGIBILITY pertaining to COMPROMISED COMMERCIAL PROPERTY which Debtor's information was utilized to obtained SBA loans for property which was never purchased. Debtor, Cassandra Johnson-Landry previous business partner UNBEKNOWST to Debtor signed a lease not for one of the commercial properties but, also for the second property which was paid in cash 310k. Debtor, uncovered the transaction after previous business partner left the agency. It appears the money was transferred to a hidden account debtor has no knowledge of. As of today, the SBA has not contacted DEBTOR, Cassandra Johnson-Landry regarding any level of investigation pertaining to this matter. Both commercial buildings were stolen and SUPPOSELY SOLD by the Chapter 7 Trustee prior to any level of investigation as requested by the Debtor. Not to mention the paying of Condo Association dues, property taxes and more for a leased building?

2. Dissolving Alliance for Change Through Treatment LLC, would also eliminate all issues surrounding the 30 Million Dollar Lawsuit, which was never filed, but was paid by the agency to the representing attorney. This Lawsuit refers to the Hearing against the Department of Community Health. Portions of the hearing transcripts were modified/deleted to rule against Alliance for Change through Treatment. Removing the corporation status would eliminate ALL ILLEGAL actions which, took place by others and unbeknownst to Debtor, Cassandra Johnson-Landry until Debtor began investigation and filing required reports to all appropriate federal agencies and to the BRC which never investigated. This would eliminate all key players connected to the illegal money intake.

3. Given opposition to dischargibility is normally related to monetary issue, there appears to be a hidden agenda to force Debtor's agency ALLIANCE FOR CHANGE THROUGH TREATMENT LLC into Bankruptcy.

4. Updating the address for Lazega and Johanson which is the HOA attorney for 1440 Highland Lake Drive, Lawrenceville Georgia 30045 which provide an opportunity for opposition to Dischargibility as well. Given there is excessive Fraud on 1440 Highland Lake Drive, Lawrenceville Ga 30045, Debtor paid all related HOA dues previous and current for compliance purposes.

The phrase "LACK OF STANDING" continues to be utilized as an outlet to justify wrong doings of others. Debtor DOEShave a Lack of Standing within the US BRC of Northern Georgia. Given Debtor, information was utilized by others to obtain SBA loans and more which makes the Debtor the Guarantor for "Alliance for Change through Treatment LLC" as it pertains to the bldgs. F and H located at Habersham Office Park Tucker Ga, 30048. Alliance for Change through Treatment LLC is a commercial and separate entity, LIMITED LIABILITY COMPANY NOT CORPORATION which, explains the above points.

In conclusion, as it relates to the monetary status/definition of "LACK OF STANDING", the US BRC continues to control the ability to create and define its meaning. Secured assets, which are a part of a Debtor's estate are ILLEGALLY taken, the financial worth of the Debtor decreases. Of course, according to the BRC financial definition there is NO LACK OF STANDING, this should have no bearing, especially when the debts are not those of the Debtor's. However, for each document illegally created and or signed causing a Debtor to LACK STANDING, there are also original legal documents which, not only defines the Debtors "STANDING" or causation for restoring "STANDING" but, serves has evidence of illegal and unethical behavior by others as it relates to this meaning.

3rd Day of September 2021

*[signature]*

Cassandra Johnson-Landry, Pro Se
678.860.3621

# UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA

## CERTIFICATE OF SERVICE

I CASSANDRA JOHNSON-LANDRY, ATTEST TO BEING OVER THE AGE OF 18 YEARS. The CURRENT DOCUMENT **SUBMISSION: AMENDED UPDATED ADDRESSES.** COPY OF SUBMISSION SUBMITTED VIA USPS FIRST CLASS MAIL.

S. GREGORY HAYS
HAYS CONSULTING LLC
SUITE 555
2964 PEACHTREE ROAD
ATLANTA, GA 30305

Submitted on

3rd Day of September 2021

Cassandra Johnson-Landry, Pro Se
678.860.3621

**EXHIBIT A**

Notice of Undeliverable Mail to Debtor

August 26, 2021

From: United States Bankruptcy Court, Northern District of Georgia

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Cassandra Johnson Landry, Case Number 18-55697, lrc

TO THE DEBTOR:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Atlanta Division
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303**

---

Undeliverable Address:
Cogency Global Inc
Joan Wagner
10 East 40th Street
10th Floor
New York, NY 10016

Role type/cr id: 21456698
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:
Cogency Global (Registered Agent National Corporate Research)
10th E, 40th Street, 10th Floor, New York, New York 10016

1

010059                    33708010069030

Undeliverable Address:
Eileen G. Bottino
ReadyCap Lending LLC
420 Mountain Ave
New Providence, NJ 07974

Role type/cr id: 21456894
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

*Eileen G. Bottino*
*Ready cap Lending LLC (R/A Corporation Services Company*
*96 W 5xH Avenue, Helena, MT 59624-1691*
*420 Mountain Ave 3rd Floor, NEW Providence*
*NEW Jersey 07979*

Undeliverable Address:
Lazega & Johanson LLC
Bradley W Griffin 746187
3520 Piedmont Rd NE
Ste 4015
Atlanta, GA 30305

Role type/cr id: 21456883
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

*Lazega + Johanson LLC (R/A Jay S Lazega 1510 Ellsworth Industrial Blvd Bldg 2, Suite 20 Atlanta, GA 30318*
*Company Address 1510 Ellsworth Industrial Blvd Bldg 2 Suite 20, Atlanta GA 30318*

Undeliverable Address:
OnceLogix LLC
111 North Chestnut St
Ste 302
Winston Salem, NC 27101

Role type/cr id: 21474006
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

*Once LogX LLC (R/A Tischner Sean 4917 High Meadow Rd Durham NC 27712*
*Company Address 4917 High Meadow Rd Durham NC 27712*

Undeliverable Address:
ReadyCap Lending
420 Mountain Ave
New Providence, NJ 07974

Role type/cr id: 21456481
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

2

33708010069030

THE UPDATED ADDRESS IS:
*ReadyCap Lending LLC (f/k/a Corporation Service Company*
*D6 W Sixth Avenue, Helena, MT 59624-1691*
*420 Mountain Avenue 3rd Floor, New Providence*
Undeliverable Address:
ReadyCap Lending, LLC
c/o Eileen Bottino
420 Mountain Ave
New Providence, NJ 07974

*New Jersey*
*07979*

Role type/cr id: 21474030
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS: *Eileen Bottino*
*ReadyCap Lending LLC (R/A Corporation Service Company)*
*D6 W Sixth Ave, Helena MT 59624 - 1691*
*420 Mountain Avenue 3rd Floor, New Providence N.J*
Undeliverable Address:
Woodbridge Group of Companies, LLC
c/o Riverdale Funding
207 Mockingbird Ln Ste 402
Johnson City, TN 37604

*07979*

Role type/cr id: 21474021
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:
*Riverdale Funding LLC.*
*1521 Concord Pike #303 Wilmington DE, 19803*

_____     9/2/2021
Signature of Debtor or Debtor's Attorney        Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

3

010059                    33708010069049