**IT IS ORDERED as set forth below:**

Date: September 10, 2021



_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF**: | ) | CASE NUMBER |
| | ) | |
| CASSANDRA JOHNSON LANDRY, | ) | 18-55697-LRC |
| | ) | |
| Debtor. | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 7 OF THE |
| | ) | BANKRUPTCY CODE |

### ORDER

This matter comes before the Court on *Debtor's Objection to Order Bank of America Perfection of Service* (Doc. 431, the "Objection to Order"). The *Order Denying Debtor's Objection to Claim No. 12* (Doc. 416, the "Order") denied *Debtor's Amended Objection to Claim No. 12* (Doc. 408, the "Objection to Claim"), filed against Bank of America ("Creditor"), for Debtor's failure to state a claim upon which relief could be granted.

The Objection to Order does not appear to seek any relief from the Court. Debtor states in the Objection to Order that she perfected service on Creditor. The Court did not

deny the Objection to Claim due to lack of proper service. In fact, the Order acknowledged that the Objection to Claim was "timely filed and properly served." Rather, the Court denied the Objection to Claim because it failed to state a claim upon which relief can be granted.

For this reason, the Court finds that, to the extent Debtor seeks relief,

IT IS ORDERED that the Objection to Order is **DENIED**.

**END OF DOCUMENT**

**Distribution List**

**Cassandra Johnson Landry**
**P.O. Box 1275**
**Grayson, GA 30017**

**Herbert C. Broadfoot, II**
**Herbert C. Broadfoot II, PC**
**Buckhead Centre - Suite 555**
**2964 Peachtree Road, NW**
**Atlanta, GA 30305**

**S. Gregory Hays**
**Hays Financial Consulting, LLC**
**Suite 555**
**2964 Peachtree Road**
**Atlanta, GA 30305**

**Rebecca L. Simon**
**Assistant Vice President**
**Bank of America, N.A.**
**P.O. Box 982284**
**El Paso, TX 79998**