**IT IS ORDERED as set forth below:**

Date: September 10, 2021



_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF**: | ) | **CASE NUMBER** |
| | ) | |
| CASSANDRA JOHNSON LANDRY, | ) | 18-55697-LRC |
| | ) | |
| Debtor. | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 7 OF THE |
| | ) | BANKRUPTCY CODE |

### ORDER

This matter comes before the Court on *Debtor's Submission: Addendum Updates Addresses* (Doc. 432, the "Submission").

The Submission does not appear to seek any relief from the Court. The Court understands, from the Submission's caption, exhibit of updated addresses, and service on the trustee alone, that the Submission's purpose is to update certain creditor addresses. The Court understands that the Clerk handles such matters has updated the creditor addresses. While the Submission appears to reference the Court's decision that Debtor lacked standing

to object to certain creditor claims, it was not served on the affected creditors and does not present any legal or factual basis that would put the Court or potential respondents on notice that Debtor seeks relief from the Court.

For this reason, the Court finds that, to the extent Debtor seeks relief from the Court, IT IS ORDERED that the Submission is **DENIED**.

## END OF DOCUMENT

**Distribution List**

**Cassandra Johnson Landry**
**P.O. Box 1275**
**Grayson, GA 30017**

**Herbert C. Broadfoot, II**
**Herbert C. Broadfoot II, PC**
**Buckhead Centre - Suite 555**
**2964 Peachtree Road, NW**
**Atlanta, GA 30305**

**S. Gregory Hays**
**Hays Financial Consulting, LLC**
**Suite 555**
**2964 Peachtree Road**
**Atlanta, GA 30305**