UNITED STATED BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA

Filed in U.S. Bankruptcy Court
Atlanta, Georgia
M. Regina Thomas, Clerk

CASSANDRA JOHNSON-LANDRY          OCT 2 9 2021          BRC 18-55697-LRC
DEBTOR

By: _____
Deputy Clerk

## SUBMISSION: ORDER OF DISMISSAL AND ORDER APPROVING ACCOUNT, DISCHARGING CHAPTER 13 TRUSTEE AND CLOSING ESTATE

FORMER PETITIONER SUBMITS COPIES OF THE ABOVE DOCUMENTS, PETITIONER DOWNLOADED BOTH DOCUMENTS FROM A FEDERAL WEBSITE WHICH, PROVIDED RESPONSES FROM ENTITIES WHICH, ARE IN QUESTION PERTAINING TO UNETHICAL PRACTICES/WRONGFUL SUBMISSION RELATED TO FRAUDULENT MORTGAGE LOANS AND ID THEFT AND FRAUD FOR BOTH PREVIOUS DEBTOR AND SPOUSE WHO'S CASE IS STILL OPEN WITHIN THE US BRC OF NORTHERN DISTRICT OF GEORGIA. PLEASE NOTE ORDER OF DISMISSAL IS DATED FOR 11.6.2019 **(EXHIBIT A)**. ORDER APPROVING ACCOUNTDISCHARGING CHAPTER 13 TRUSTEE AND CLOSING ESTATE DATED FOR 2.5.2020 **(EXHIBIT B)**.

IN ADDITION, **(EXHIBIT B)** IS NOT VALIDATED VIA DATE OF SUBMISSION AND DOCKETING INTO DEBTOR'S BANKRUPTCY FILE. FURTHERMORE, IT APPEARS THERE IS AN ATTEMPT TO COVER THE VIOLATION OF STAY FOR DEBTOR'S PROPERTY WHICH WAS WRONGFULLY.ILLEGALLY STOLEN AND SOLD PRIOR TO THE **2.5.2020** DATE.

FURTHERMORE, **(EXHIBIT B)** STATES DEBTOR HANDED MONEY FOR PAYMENT TO CHAPTER 13 TRUSTEE FOR DEBTS OWED. **EXHIBIT B** WAS SENT IN MICROSOFT WORD FORMAT. BOTH EXHIBITS A AND B WERE SENT TO THE CREBIT BUREAU AS WELL.

DEBTOR'S PETITION WAS DISMISSED DUE TO ALLEGELLY SUBMITTING COMPLETED BRC FINANCIAL CERTIFICATE AFTER SUBMISSION DATE, THERE IS DOCUMENTATION ON FILE REGARDING THIS ISSUE.

SPOUSE'S HAS NOT BEEN NOTIFIED OF ANY ACTION SUCH AS DISCHARGE PERTAINING TO BRC 18-55697LRC.

29TH DAY OF OCTOBER 2021                    10/29/21

CASSANDRA JOHNSON-LANDRY, PRO SE
P, O BOX 1275
GRAYSON GA 30017
6788602254

1

## UNITED STATED BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA
## CERTIFICATE OF SERVICE

I, **CASSANDRA JOHNSON-LANDRY**, PREVIOUS DEBTOR CURRENTLY SUBMIT ORDER OF DISMISSAL AND ORDER APPROVING ACCOUNT, DISCHARGING CHAPTER 13 TRUSTEE AND CLOSING ESTATE. PREVIOUS DEBTOR IS OVER THE AGE OF 18 YEARS AND IS A UNITED STATED CITIZEN. CERTIFICATE OF SERVICE IS REQUESTED TO BE SUBMITTED TO PREVIOUS CHAPTER 13 TRUSTEE. SENT VIA FIRST CLASS MAIL USPS.

**MANDY CAMPBELL, CHAPTER 13 TRUSTEE**
**260 Peachtree St NW #200**
**Atlanta, GA 30303**

**29TH DAY OF OCTOBER 2021**

10/29/21

**CASSANDRA JOHNSON-LANDRY, PRO SE**
**P, O BOX 1275**
**GRAYSON GA 30017**
**6788602254**

2

EXHIBIT A

3

## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re:  Debtor(s)
**Ivy Ty Landry**
P.O. Box 1275
Grayson, GA 30017

xxx–xx–7124

Case No.: **19–62147–lrc**
Chapter: **13**
Judge: **Lisa Ritchey Craig**

## ORDER APPROVING ACCOUNT, DISCHARGING CHAPTER 13 TRUSTEE AND CLOSING ESTATE

It appearing that the case of the above–named Debtor(s) was dismissed by Order of this Court, and

It further appearing that the Chapter 13 Trustee herein has made distribution of all funds paid into the hands of the Trustee by the Debtor(s) and has rendered a full and complete account thereof, and that said Trustee has performed all other duties as required in the administration of said estate; and that said estate has been fully administered,

**IT IS HEREBY ORDERED** that:
1. The account of the Chapter 13 Trustee is allowed and approved;
2. The Chapter 13 Trustee is discharged and relieved of the trust;
3. The estate is closed; and
4. The Clerk shall mail a copy of this order to the Debtor, the attorney for the Debtor(s), and the Trustee.

Lisa Ritchey Craig
United States Bankruptcy Judge

Dated: February 5, 2020

Form 176

021665

13708021686017

EXHIBIT B

## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In     Debtor(s)
Re:    **Ivy Ty Landry**
       P.O. Box 1275
       Grayson, GA 30017

Case No.: **19−62147−lrc**
Chapter: **13**
Judge: **Lisa Ritchey Craig**

**xxx−xx−7124**

### ORDER OF DISMISSAL

The Chapter 13 Trustee's objection(s) to confirmation came before the Court and

After hearing and for good cause shown, confirmation is denied, and

### IT IS ORDERED THAT THIS CASE IS DISMISSED.

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

_____

Lisa Ritchey Craig
United States Bankruptcy Judge

Dated: November 6, 2019

Form 155

EXHIBIT C

**U.S. Bankruptcy Court**
**Northern District of Georgia (Atlanta)**
**Bankruptcy Petition #: 18-55697-lrc**

Assigned to: Judge Lisa Ritchey Craig
Chapter 7
Previous chapter 13
Original chapter 13
Voluntary
Asset

Date filed: 04/03/2018
Date converted: 09/14/2018
341 meeting: 01/22/2019
Deadline for filing claims (govt.): 09/30/2018
Deadline for Objecting to Discharge: 12/17/2018
Deadline for financial mgmt. course: 11/30/2018

**Debtor**
**Cassandra Johnson Landry**
P.O. Box 1275
Grayson, GA 30017
GWINNETT-GA
SSN / ITIN: xxx-xx-5102
aka Cassandra Landry

represented by **Cassandra Johnson Landry**
PRO SE

**Trustee**
**Melissa J. Davey**
Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303
(678) 510-1444
TERMINATED: 09/14/2018

represented by **Melissa J. Davey**
Office of Melissa J. Davey
Standing Chapter 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303
(678) 510-1444
Email: mel@13trusteeatlanta.com

**Trustee**
**Neil C. Gordon**
Arnall, Golden & Gregory, LLP
Suite 2100
171 17th Street, NW
Atlanta, GA 30363
(404) 873-8596
TERMINATED: 09/27/2018

represented by **Neil C. Gordon**
Arnall, Golden & Gregory, LLP
Suite 2100
171 17th Street, NW
Atlanta, GA 30363
(404) 873-8596
Fax : (404) 873-8701
Email: angela.ford@agg.com

**Trustee**
**Robert Trauner**
P. O. Box 421025
Atlanta, GA 30342
(404) 520-1496
TERMINATED: 10/24/2018

represented by **Robert Trauner**
P. O. Box 421025
Atlanta, GA 30342
(404) 520-1496
Email: rtrauner9@gmail.com

**Trustee**
**S. Gregory Hays**
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305
(404) 926-0060

represented by **Herbert C. Broadfoot, II**
Herbert C. Broadfoot II, PC
Buckhead Centre - Suite 555
2964 Peachtree Road, NW
Atlanta, GA 30305
(404) 926-0058
Fax : (404) 926-0055
Email: bert@hcbroadfootlaw.com

**U.S. Trustee**
**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404-331-4437

represented by **Lindsay P. S. Kolba**
Office of the U.S. Trustee
Suite 362
75 Ted Turner Drive, S.W.
Atlanta, GA 30303
(404) 331-4437
Email: lindsay.p.kolba@usdoj.gov

**Shawna Staton**
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404.331.4437
Email: shawna.p.staton@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 04/03/2018 | 1 (86 pgs) | Case Opened and Voluntary Petition Filed. Government Proof of Claim due by 9/30/2018. (hd) Additional attachment(s) added on 4/3/2018 (lp). |
| 04/03/2018 | 2 | Statement of Social Security Number (Official Form B121) (Document is restricted and can only be viewed by Court staff.) filed by Cassandra Johnson Landry . (lp) |
| 04/03/2018 | 3 (1 pg) | Credit Counseling Service Certificate filed by Cassandra Johnson Landry . (lp) |
| 04/03/2018 | | Receipt of Chp 13 Full filing fee. Receipt Number 1247252. Fee Amount $310.00. Paid by Cassandra Johnson Landry. |
| 04/04/2018 | 4 (1 pg) | Notice of deadlines to correct filing deficiencies. Service by BNC. Signed Social Security Form due 4/10/2018. Atty Disclosure Statement due 4/17/2018. Chapter 13 Plan due by 4/17/2018. Debtor Payment Advices due: 4/17/2018. Pro Se Affidavit due 4/17/2018. (gnh) |
| 04/04/2018 | 5 (1 pg) | Order Regarding the List of Creditors with deficiencies noted. Failure to comply will result in dismissal of case without further notice. Service by BNC. Entered on 4/4/2018. List of all creditors due 4/11/2018. (gnh) |
| 04/04/2018 | 6 (1 pg) | Request of PRA Receivables Management, LLC for Service of Notices Pursuant to Fed. R. Bankr. P. 2002(g) Filed by Synchrony Bank. (PRA Receivables Management, LLC) Modified on 4/5/2018 (ngs). |
| 04/05/2018 | 7 (6 pgs; 3 docs) | Notice of Meeting of Creditors (Chapter 13) and Confirmation Hearing. 341 Meeting to be held on 05/22/2018 at 09:00 AM at Hearing Room 368, Atlanta. Objections for Discharge due by 07/23/2018. Non-Government Proof of Claims due by 06/12/2018.Confirmation Hearing to be held on 07/10/2018 at 09:30 AM at Courtroom 1204, Atlanta. (Admin.) |
| 04/06/2018 | 8 (2 pgs) | Certificate of Mailing by BNC of Order Regarding List of Creditors Notice Date 04/06/2018. (Admin.) (Entered: 04/07/2018) |
| 04/06/2018 | 9 (2 pgs) | Certificate of Mailing by BNC of Notice of Deficiency Notice Date 04/06/2018. (Admin.) (Entered: 04/07/2018) |
| 04/07/2018 | 10 | Certificate of Mailing by BNC of Notice of Meeting of Creditors Notice Date 04/07/2018. (Admin.) (Entered: 04/08/2018) |

1 of 8

| Date | Doc # | Description |
|---|---|---|
| 01/13/2019 | 136 (4 pgs) | Certificate of Mailing by BNC of Order on Motion to Compel Notice Date 01/13/2019. (Admin.) (Entered: 01/14/2019) |
| 01/15/2019 | 137 (8 pgs) | Notice of Submission of Fraud Statment Filed by Cassandra Johnson Landry. (aam) (Entered: 01/16/2019) |
| 01/17/2019 | 138 (12 pgs) | Objection to Order DENYING Motion to Remove Chapter 7 Bankruptcy Trustee and Submission of Documents filed by Cassandra Johnson Landry. (related document(s) 134) (hd) Modified on 1/18/2019 (skw). |
| 01/17/2019 | 139 (8 pgs) | Submission: Notice of Fraud, Intent to Commit Fraud Filed by Cassandra Johnson Landry. (aam) Modified on 1/18/2019 (skw). |
| 01/17/2019 | 140 (2 pgs) | (Amended) Objection to Order DENYING Motion to Submission of Documents filed by Cassandra Johnson Landry. (related document(s) 111, 134, 138) (hd) Modified on 1/22/2019 (skw). Modified on 1/22/2019 (skw). |
| 01/22/2019 | 141 (80 pgs) | Objection to Claim (Motion to Disallow Claim) of Creditor Woodbridge Mortgage Investment Fund, Filed in the amount of $0.00, Claim No. 15-2 (Amended Claim), with Certificate of Service. Responses due in 30 days, plus an additional three days, if served by mail or otherwise allowed under FRBP 9006(f). filed by Cassandra Johnson Landry. (aam) |
| 01/22/2019 | 142 (58 pgs) | Objection to Claim (Motion to Disallow Claim) of Creditor Georgia Department of Community Health, Filed in the amount of 42,634.37, Claim No. 20, with Certificate of Service. Responses due in 30 days, plus an additional three days, if served by mail or otherwise allowed under FRBP 9006(f), filed by Cassandra Johnson Landry. (hd) |
| 01/22/2019 | 143 (8 pgs) | (Amended) Submission: Notice of Fraud, Intent to Commit Fraud Filed by Cassandra Johnson Landry. (related document(s)137)(aam) |
| 01/22/2019 | | Section 341(a) meeting held and concluded (lp) (Entered: 01/28/2019) |
| 02/04/2019 | 144 (4 pgs) | Order GRANTING Motion for Relief from Stay of King Group Mgmt, LLC and Sukhmani Investments, LLC. (Related Doc 115 117)Service by BNC., Entered on 2/4/2019. (law). |
| 02/06/2019 | 145 (5 pgs) | Certificate of Mailing by BNC of Order on Motion for Relief from Stay Notice Date 02/06/2019. (Admin.) (Entered: 02/07/2019) |
| 02/08/2019 | 146 (4 pgs) | Statement of Intent filed by Cassandra Johnson Landry. (hd) |
| 02/08/2019 | 147 (7 pgs) | Motion to Investigate Fraud via Submission of Fraud, Notice of Intent to Commit Fraud filed by Cassandra Johnson Landry. (hd) |
| 02/08/2019 | 148 (10 pgs) | Amended Objection to Claim Filed/Fraud Claim of Creditor Woodbridge Mortgage, Claim No. 15, with Certificate of Service. Responses due in 30 days, plus an additional three days, if served by mail or otherwise allowed under FRBP 9006(f). filed by Cassandra Johnson Landry. (related document(s)141) (hd) |
| 02/08/2019 | 149 (4 pgs) | Amended Objection to Claim Filed/Fraudulent Claim of Creditor Select Portfolio, Claim No. 17, with Certificate of Service. Responses due in 30 days, plus an additional three days, if served by mail or otherwise allowed under FRBP 9006(f). filed by Cassandra Johnson Landry. (related document(s)126) (hd) |
| 02/08/2019 | 150 (3 pgs) | Objection to Claim (Motion to Disallow Claim) of Creditor The Downs Homeowners Association, Claim No. 1, with Certificate of Service. Responses due in 30 days, plus an additional three days, if served by mail or otherwise allowed under FRBP 9006(f). filed by Cassandra Johnson Landry. (hd) |
| 02/08/2019 | 151 (2 pgs) | Objection to Claim (Motion to Disallow Claim) of Creditor Wilmington Savings, Claim No. 7, with Certificate of Service. Responses due in 30 days, plus an additional three days, if served by mail or otherwise allowed under FRBP 9006(f). filed by Cassandra Johnson Landry. (hd) |
| 02/12/2019 | 152 (3 pgs) | Notice Rescheduling Hearing Filed by Brian K. Jordan on behalf of Deutsche Bank National Trust Company. Hearing to be held on 2/28/2019 at 10:00 AM in Courtroom 1204, Atlanta, (related document(s)38)(Jordan, Brian) |
| 02/12/2019 | 153 (4 pgs) | Objection of Chapter 7 Trustee to Exemptions filed by Herbert C. Broadfoot II on behalf of S. Gregory Hays. (related document(s)1) (Broadfoot, Herbert) |
| 02/14/2019 | 154 (3 pgs) | Notice of Conversion from Chapter 7 to Chapter 13 filed by Cassandra Johnson Landry. (aam) |
| 02/15/2019 | 155 (2 pgs) | Trustee's Notice of Abandonment of Property 869 Natchez Valley Trace, Grayson, GA 30017; 2969 Sweetbriar Walk, Snellville, GA 30039; 1440 Highland Lake Drive, Lawrenceville, GA 30045; 2001 Mercedes 500CL; Pistol and ammunition; Dog, Shih-Tzu; Alliance for Change Through Treatment, LLC; Attachment and Bonding Center of Atlanta; Therapeutic Essentials Inc.; Licensed Professional Counselor Filed by S. Gregory Hays on behalf of S. Gregory Hays. (Hays, S.) |
| 02/18/2019 | 156 (1 pg) | Chapter 7 Trustee's Report of Assets and Request to Set Claim Deadline Filed by S. Gregory Hays on behalf of S. Gregory Hays. (Hays, S.) |
| 02/19/2019 | 157 (1 pg) | Notice Setting Deadline to File Proofs of Claim. Service by BNC Proof of Claims due by 5/20/2019. (jlc) |
| 02/21/2019 | 158 (31 pgs; 2 docs) | Response to Motion (Response to Debtor's Objection to Claim Number 20 of the Georgia Department of Community Health [#142]) filed by Whitney W. Groff on behalf of Georgia Department of Community Health. (Attachments: # 1 Exhibit A & B) (related document(s)142)(Groff, Whitney) |
| 02/21/2019 | 159 (7 pgs) | Certificate of Mailing by BNC of Notice Fixing Claim Deadline Notice Date 02/21/2019. (Admin.) (Entered: 02/22/2019) |
| 02/21/2019 | 160 (8 pgs) | Certificate of Mailing by BNC of Notice of Abandonment Notice Date 02/21/2019. (Admin.) (Entered: 02/22/2019) |
| 02/22/2019 | 161 (10 pgs) | Order and Notice of Hearing of Conversion from Chapter 7 to Chapter 13. Service by BNC. Entered on 2/22/2019. Hearing to be held on 3/28/2019 at 11:00 AM in Courtroom 1204, Atlanta, (related document(s)154) (law) |
| 02/22/2019 | 162 (6 pgs) | Response to Debtor's Request to Reconvert to Chapter 13 filed by Mandy Kathleen Campbell on behalf of Melissa J. Davey. (related document(s)154) (Campbell, Mandy) |
| 02/22/2019 | 163 | Because no party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. 521(i)(2) and because the parties in interest should not be subjected to any uncertainty as to whether this case is subject to automatic dismissal under 521(i)(1), Debtor is not required to file any further document pursuant to 521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under 521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor supply further information described in 521(a)(1)(B), and this does not prevent the United States Trustee or Chapter 7 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information. (ADIclerk) |
| 02/24/2019 | 164 (16 pgs) | Certificate of Mailing by BNC of Order and Notice Notice Date 02/24/2019. (Admin.) (Entered: 02/25/2019) |
| 02/28/2019 | 165 (1 pg) | Change of Address of Cassandra Johnson Landry for Notices and Payments filed by Cassandra Johnson Landry. (aam) |
| 02/28/2019 | 166 (27 pgs) | Addendum to Submission of Lien and UCC 1 Forms, Objection to Relief of Stay being Lifted filed by Cassandra Johnson Landry. (related document(s)127, 144) (aam) |
| 03/11/2019 | 167 (9 pgs) | Submission of Common Law Liens #132 filed by Cassandra Johnson Landry. (hd) |



**BORROWER COPY**

NOTICE OF SALE UNDER POWER

NOTICE OF SALE UNDER POWER

GEORGIA, GWINNETT COUNTY

     Under and by virtue of the Power of Sale contained in a Security Deed given by Cassandra Landry and Ivy T. Landry to HomeBanc Mortgage Corporation, dated April 27, 2006, recorded in Deed Book 46449, Page 0775, Gwinnett County, Georgia Records, as last transferred to U.S. Bank National Association, as Trustee, for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-AR6 by assignment recorded in Deed Book 55801, Page 514, Gwinnett County, Georgia Records, conveying the after-described property to secure a Note in the original principal amount of FOUR HUNDRED SIXTY-ONE THOUSAND SIX HUNDRED AND 0/100 DOLLARS ($461,600.00), with interest thereon as set forth therein, there will be sold at public outcry to the highest bidder for cash  before the courthouse door of Gwinnett County, Georgia, or at such place as may be lawfully designated as an alternative, within the legal hours of sale on the first Tuesday in February, 2020, the following described property:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

     The debt secured by said Security Deed has been and is hereby declared due because of, among other possible events of default, failure to pay the indebtedness as and when due and in the manner provided in the Note and Security Deed.  The debt remaining in default, this sale will be made for the purpose of paying the same and all expenses of this sale, as provided in the Security Deed and by law, including attorney's fees (notice pursuant to O.C.G.A. § 13-1-11 having been given).

     Said property will be sold subject to any outstanding ad valorem taxes (including taxes which are a lien, but not yet due and payable), the right of redemption of any taxing authority, any matters which might be disclosed by an accurate survey and inspection of the property, any assessments, liens, encumbrances, zoning ordinances, restrictions, covenants, and any matters of record including, but not limited to, those superior to the Security Deed first set out above.  Said property will be sold on an "as-is" basis without any representation, warranty or recourse against the above-named or the undersigned.

     U.S. Bank National Association, as Trustee, for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-AR6 is the holder of the Security Deed to the property in accordance with OCGA § 44-14-162.2.

     The entity that has full authority to negotiate, amend, and modify all terms of the mortgage with the debtor is: JPMorgan Chase Bank, National Association, 3415 Vision Drive, Columbus, OH  43219, 800-446-8939.

     Note, however, that such entity is not required by law to negotiate, amend or modify the terms of the loan.

     To the best knowledge and belief of the undersigned, the party in possession of the property is Cassandra Landry and Ivy T. Landry or a tenant or tenants and said property is more commonly known as **869 Natchez Valley Trace, Grayson, Georgia  30017**.  Should a conflict arise between the property address and the legal description the legal description will control.

     The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the security deed.

DEED B: 57284 P: 00847
02/28/2020 02:16 PM Pgs: 3 Fees: $25
TTax: $0.00
Richard T. Alexander, Jr., Clerk of Superior
Gwinnett County, GA
PT-61 #: 0672020002910

Return To:
JOJO JOHN
360 BRACKIN TRACE
GRAYSON, GA 30017

CROSS INDEX TO DEED
BOOK 46449, PAGE 0775,
GWINNETT COUNTY,
GEORGIA RECORDS

STATE OF LOUISIANA
PARISH OF OUACHITA

### DEED UNDER POWER

THIS INDENTURE, effective as of the 4th day of February, 2020, by Cassandra Landry and Ivy T. Landry (hereinafter collectively referred to as "Borrower"), acting through this duly appointed attorney in fact, U.S. Bank National Association, as Trustee, for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-AR6 (hereinafter referred to as "Lender"), as Party of the First Part, and JOJO JOHN, as Party of the Second Part:

### W I T N E S S E T H :

WHEREAS, Borrower executed and delivered that certain Security Deed given by Cassandra Landry and Ivy T. Landry to HomeBanc Mortgage Corporation, dated April 27, 2006, recorded in Deed Book 46449, Page 0775, Gwinnett County, Georgia Records, as last transferred to U.S. Bank National Association, as Trustee, for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-AR6 by assignment, recorded in Deed Book 55801, Page 514, Gwinnett County, Georgia Records, conveying the after-described property to secure a Note in the original principal amount of FOUR HUNDRED SIXTY-ONE THOUSAND SIX HUNDRED AND 0/100 DOLLARS ($461,600.00);

WHEREAS, default in the payment of the required installments under said Note occurred, and by reason of said default, Lender elected, pursuant to the terms of the Security Deed and Note, and declared the entire principal and interest immediately due and payable; and

WHEREAS, said entire indebtedness still being in default, Lender on behalf of Borrower, and according to the terms of said Security Deed, did advertise said property for sale once a week for 4 Weeks immediately preceding said sale in a newspaper in Gwinnett County, Georgia, wherein the Sheriff carried

Page 1       McCalla Raymer Leibert Pierce, LLC
572118-FT3/hq1
02/04/20

Noname 1/27/2021. (1168 × 912)

his advertisements, namely the Gwinnett Daily Post; and

WHEREAS, notice was given in compliance with Georgia Laws 1981, Volume I, Page 834, codified as O.C.G.A. Section 44-14-162.2 and Section 44-14-162.4.  The notice so required was rendered by mailing a copy of the Notice of Sale submitted to the publisher to the "Debtor" (as that term is defined in O.C.G.A. Section 44-14-162.1) at least thirty days prior to the foreclosure sale date on February 4, 2020; and

WHEREAS, Lender did expose said property for sale to the highest bidder for cash on the first Tuesday in February, 2020 within the legal hours of sale at the usual place for conducting Sheriff's sales in Gwinnett County before the Courthouse door, or at such place as may be lawfully designated as an alternative, and offered said property for sale at public outcry to the highest bidder for cash when and where the aforesaid Party of the Second Part bid FOUR HUNDRED ONE THOUSAND AND 0/100 DOLLARS ($401,000.00); AND

WHEREAS, the said property was knocked off to the Party of the Second Part for the aforementioned sum of money in cash.

NOW THEREFORE, in consideration of the premises and said sum of money and by virtue of and in the exercise of the power of sale contained in the Security Deed, the Party of the First Part has bargained, sold, granted and conveyed, and by these presents does hereby bargain, sell, grant and convey to the Party of the Second Part, said party's representatives, heirs, successors and assigns, the following described property:

> All that tract or parcel of land lying and being in Land Lot 121 of the 5th District of Gwinnett County, Georgia, being known and designated as Lot 8, Block A, Natchez Trace Subdivision, as more particularly described on a plat of survey recorded in Plat Book 100, Pages 239 and 240, Gwinnett County Records, Reference to said plat of survey and the record thereof being hereby made for a more complete legal description.

TOGETHER WITH all and singular the rights, members and appurtenances thereto appertaining; also all the estate, right, title, interest, claim or demand of the Party of the First Part, or said Party's representatives, heirs, successors and assigns, legal, equitable or otherwise, whatsoever, in and to the same.

THIS CONVEYANCE IS SUBJECT TO any outstanding ad valorem taxes (including taxes which are a lien, but not yet due and payable), any matters which might be disclosed by an accurate survey and inspection of the property, any assessments, liens, encumbrances, zoning ordinances, restrictions, covenants, and matters of record superior to the Security Deed.

Page 2        McCalla Raymer Leibert Pierce, LLC
572118-FT3/hq1
02/04/20

TO HAVE AND TO HOLD the said property and every part thereof unto the said Party of the Second Part, and said party's representatives, heirs, successors and assigns, to said Party's own proper use, benefit and behoof in FEE SIMPLE, in as full and ample a manner as the said Party of the First Part or said Party's representatives, heirs, successors and assigns, did hold and enjoy the same.

IN WITNESS WHEREOF, Lender as Agent and Attorney in Fact for Borrower has hereunto affixed Lender's hand and seal on this, the _10_ day of _February_ , _2020_.

JPMorgan Chase Bank N.A. as Attorney in Fact for U.S. Bank National Association, as Trustee, for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-AR6 as Attorney in Fact for

Cassandra Landry and Ivy T. Landry



By: _Ladorius Chisley 2-10-2020_

Print Name:____**Ladarius Chisley**____

Title: __Vice President__

By: _____ _2-10-2020_

Print Name:____Debbie A. Swayzer____

Title:__ Assistant Secretary __

Signed, sealed and delivered in the presence of:

Witness _Kelly McWilliams_

_____ 02-10-2020

Notary Public _Eva Reese_

My Commission Expires:
_Lifetime_
_____

(Notary Seal)

Eva Reese
Ouachita Parish, Louisiana
Lifetime Commission
Notary Public ID # 17070

McCalla Raymer Leibert Pierce, LLC
572118-FT3/hq1
02/04/20

 

Secure Login  V05

# Gwinnett

Tax Assessor's Office

I Want To...    Tax Assessor

## Property Detail

**Go Back**    **Neighborhood Sales**    **Property Report**



### General Info

| | | |
|---|---|---|
| | Property ID | R5121 141 |
| JOHN JOJO | Alternate ID | 3749669 |
| 360 BRACKIN TRCE | Address | 869 NATCHEZ VALLEY TRCE |
| GRAYSON GA 30017-4900 | Property Class | Residential SFR |
| | Neighborhood | 5343 |
| | Deed Acres | 0.4200 |

### Value History

| Year | 2020 | 2019 | 2018 | 2017 | 2016 |
|---|---|---|---|---|---|
| Reason | Notice of Current Assessment | Adjusted for Market Conditions | Notice of Current Assessment | Adjusted for Market Conditions | Notice of Current Assessment |
| Land Val | $90,000 | $90,000 | $70,000 | $70,000 | $70,000 |
| Imp Val | $397,300 | $397,300 | $374,600 | $374,600 | $363,500 |
| Total Appr | $487,300 | $487,300 | $444,600 | $444,600 | $433,500 |
| Land Assd | $36,000 | $36,000 | $28,000 | $28,000 | $28,000 |
| Land Use | $0 | $0 | $0 | $0 | $0 |
| Imp Assd | $158,920 | $158,920 | $149,840 | $149,840 | $145,400 |
| Total Assd | $194,920 | $194,920 | $177,840 | $177,840 | $173,400 |

### Transfer History

| Book | Page | Date | Grantor | Grantee | Deed | Type | Vacant Land | Sale Price |
|---|---|---|---|---|---|---|---|---|
| 57284 | 847 | 2/4/2020 | LANDRY CASSANDRA & IVY T | JOHN JOJO | DP | NA | No | $401,000 |
| 46449 | 774 | 4/27/2006 | HAND CRAFT BUILDERS, INC. | LANDRY CASSANDRA & IVY T | WD | QY | No | $577,000 |
| 42598 | 141 | 5/4/2005 | QUALITY HOUSING GROUP INC | HAND CRAFT BUILDERS, INC. | WD | N0 | No | $95,000 |
| | | 2/13/2004 | | NATCHEZ TRACE DEVELOPMENT INC | WD | 00 | Yes | $0 |
| 37057 | 66 | 2/13/2004 | | QUALITY HOUSING GROUP INC | WD | N0 | Yes | $0 |
| 37057 | 00066 | 2/13/2004 | NATCHEZ TRACE DEVELOPMENT INC | QUALITY HOUSING GROUP INC | WD | NN | Yes | $0 |

### R01

| | Attributes | Floor Areas | Exterior Features |
|---|---|---|---|

| Story | Attribute | Detail |
|---|---|---|
| | Type | 1+ Story Conventional |
| | Occupancy | Single family |
| | Roof Structure | Gable-Hip |
| | Roof Cover | Comp sh 240-260# |
| | Heating | Forced hot air |

# 869 Natchez Valley Trce, Grayson, GA 30017 Property Records

Public Records Search (/public-records/) > Property Records Search Results (/property-records-search/)

View 869 Natchez Valley Trce, Grayson, GA 30017 property records including property ownership, deeds, mortgages, titles & sales history, current & historic tax assessments, legal, parcel & structure description, land use, zoning & more.

**Table of Contents**

Parcel Description

Location Map

Property Ownership

Property Structure

Deeds, Mortgages, Titles & Sales History

Property Tax History

Property Tax Assessment History

Assessed Value

Market Valuation

## Parcel Description

| ▷ AdChoices | deed history 🔍 | title deed search 🔍 | real estate deeds 🔍 |
| --- | --- | --- | --- |

| | |
| --- | --- |
| **Address** | 869 Natchez Valley Trce<br>Grayson, GA 30017 |
| **Carrier Code** | R008 |
| **Census Tract** | 131350507.243023 |
| **Area** | 18,295 sq ft (0.42 acres) |
| **Description** | Level Grade |
| **Land Use Code** | 1 (Single Family) |
| **Land Use Category** | Residential (Single Family Residential) |
| **County** | Gwinnett |
| **Subdivision** | Natchez Trace S D |
| **Municipality** | County |
| **Zoning Designation** | R100M-SINGLE FAM RES |
| **Legal Description** | L8 BA NATCHEZ TRACE S/D |
| **Lot Number** | 8 |



⇅ Table of Contents

## Property Ownership

**Name**
John, Jojo

**Address**
360 Brackin Trce
Grayson, GA 30017

**Owner Occupied**
Yes

## Court Records:  4 Sources

- I WILL NOT use this information to stalk anyone
- I WILL NOT harass people whose criminal records appear on this site
- If I see someone I know, I WILL NOT spread gossip

## Property Structure

| | |
|---|---|
| Year | 2005 |
| Total Area | 4,731 sq ft |
| Stories | 1.5+B |
| Rooms | 10 |
| Bedrooms | 4 |
| Bathrooms | 1 |
| Partial Bathrooms | 1 |
| Parking Spaces | 3 |
| Parking Type | Garage |
| Structure Condition | Average |

**Other Features And Improvements**

- Uncovered Porch (170 sq ft)
- Garage (752 sq ft)
- Finished Area (4731 sq ft)
- Basement (2384 sq ft)
- Basement Finished (1192 sq ft)
- Wood Deck (288 sq ft)

| | |
|---|---|
| **Architecture** | Conventional |
| **Construction** | Wood |
| **Exterior Walls** | Brick |
| **Basement** | Improved Basement |
| **Roof Material** | Composition Shingle |
| **Roof Style** | Gable Or Hip |
| **Heating** | Forced Air Unit |
| **Fireplaces** | YES |
| **Air Conditioning** | Yes |
| **Water** | Yes |
| **Sewer** | Yes |

⇑ Table of Contents

## Deeds, Mortgages, Titles & Sales History

**Details**

    **Type**: Foreclosure
    **Document ID**: 2020-002910
    **Book**: 57284 Page: 847
    **Recording Date**: 04 Feb 2020
    **Original Contract Date**: 04 Feb 2020
    **Sale Price**: $401,000 (Full Amount Stated On Document)
**Seller**
    Cassandra Landry
**Buyer**
    Jojo John
    360 Brackin Trce
    Grayson, GA 30017

**Details**

    **Type**: Deed
    **Book**: 46449 Page: 774
    **Recording Date**: 03 May 2006
    **Original Contract Date**: 27 Apr 2006
    **Sale Price**: $577,000 (Full Amount Computed From Transfer Tax Or Excise Tax)
**Seller**
    Handcraft Builders Inc
**Buyer**
    Cassandra Landry, Ivy T Landry
**Loan**
    Homebanc Mtg
    **Amount**: $461,600
    **Type**: New Conventional
    **Due Date**: 27 Apr 2036

**Finance Type**: ADJUSTABLE RATE
**Interest Rate**: 7.5

**Details**
    **Type**: Deed
    **Book**: 42598 Page: 141
    **Recording Date**: 04 May 2005
    **Original Contract Date**: 04 May 2005
    **Sale Price**: $95,000
**Seller**
    Quality Housing Group Inc
**Buyer**
    Hand Craft Builders Inc
**Loan**
    Gwinnett Banking Co
    **Amount**: $393,500
    **Due Date**: 04 May 2006

⇧ Table of Contents

## Property Taxes

▷ AdChoices | real estate deeds 🔍 | loan and finance 🔍 | deceased records 🔍

### Property Tax History

| Year | Amount | Exemptions | Rate Code Area |
|------|--------|------------|----------------|
| 2020 | $7,025 | Homestead | |

### Property Tax Assessment History

| Year | Land Value | Improvement Value | Total Value |
|------|------------|-------------------|-------------|
| 2020 | $36,000 | $158,920 | $194,920 |
| 2019 | $36,000 | $158,920 | $194,920 |
| 2018 | $28,000 | $149,840 | $177,840 |

⇧ Table of Contents

## Assessments & Valuations

### Assessed Value

| Year | Land Value | Improvement Value | Total Value |
|------|------------|-------------------|-------------|
| 2020 | $90,000 | $397,300 | $487,300 |

### Market Valuation

| Date | Value | High | Low | Forecast |
|------|-------|------|-----|----------|
| 08 Oct 2020 | $551,000 | $622,630 | $479,370 | 13% |

⇧ Table of Contents

## Disclaimer

CountyOffice.org makes no warranties, expressed or implied, concerning the accuracy, completeness, reliability, or suitability for the use of any information listed on this page. Furthermore, CountyOffice.org assumes no liability associated with the use or misuse of such information. The information provided on this page is for non-commercial, information use only, and does not construe legal or financial advice.

## Search for Property Records

| Enter Address | Search |

By submitting this form you agree to our Privacy Policy (/privacy-policy/) & Terms (/terms-and-conditions/). Limit of 5 free uses per day.

## Previous Searches

Previous searches you've made in the past day:

- 1440 Highland Lake Drive, Lawrenceville, Georgia, USA (/property-records-search/?q=1440-highland-lake-drive-lawrenceville-georgia-usa)

|  |  | NEW | NEW | NEW |

## Public Records

⚙️ Business License Search (/business-license-search/)

✿ Contractor License Search (/contractor-license-search/)

🗐 Employee Directory Search (/employee-directory/)

📖 GIS Maps Search (/gis-maps/)

⚑ Land Records Search (/land-records/)

✾ Professional License Search (/professional-license-search/)

🏠 Property Records Search (/property-records/)

📷 Tax Records Search (/tax-records/)

About Us (/about-us/)

Contact Us (/contact-us/)

Suggest Listing (/edit/)

Privacy Policy (/privacy-policy/)

Terms and Conditions (/terms-and-conditions/)

County Office is not affiliated with any government agency. Third party advertisements support hosting, listing verification, updates, and site maintenance. Information found on CountyOffice.org is strictly for informational purposes and does not construe legal, financial or medical advice.

CountyOffice.org does not provide consumer reports and is not a consumer reporting agency as defined by the Fair Credit Reporting Act (FCRA). You may not use this site for the purposes of furnishing consumer reports about search subjects or for any use prohibited by the FCRA.
© 2020 County Office. All Rights Reserved.

 CountyOffice.org (/)

**BORROWER COPY**

NOTICE OF SALE UNDER POWER

NOTICE OF SALE UNDER POWER

GEORGIA, GWINNETT COUNTY

Under and by virtue of the Power of Sale contained in a Security Deed given by Cassandra Landry and Ivy T. Landry to HomeBanc Mortgage Corporation, dated April 27, 2006, recorded in Deed Book 46449, Page 0775, Gwinnett County, Georgia Records, as last transferred to U.S. Bank National Association, as Trustee, for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-AR6 by assignment recorded in Deed Book 55801, Page 514, Gwinnett County, Georgia Records, conveying the after-described property to secure a Note in the original principal amount of FOUR HUNDRED SIXTY-ONE THOUSAND SIX HUNDRED AND 0/100 DOLLARS ($461,600.00), with interest thereon as set forth therein, there will be sold at public outcry to the highest bidder for cash before the courthouse door of Gwinnett County, Georgia, or at such place as may be lawfully designated as an alternative, within the legal hours of sale on the first Tuesday in August, 2019, the following described property:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

The debt secured by said Security Deed has been and is hereby declared due because of, among other possible events of default, failure to pay the indebtedness as and when due and in the manner provided in the Note and Security Deed. The debt remaining in default, this sale will be made for the purpose of paying the same and all expenses of this sale, as provided in the Security Deed and by law, including attorney's fees (notice pursuant to O.C.G.A. § 13-1-11 having been given).

Said property will be sold subject to any outstanding ad valorem taxes (including taxes which are a lien, but not yet due and payable), the right of redemption of any taxing authority, any matters which might be disclosed by an accurate survey and inspection of the property, any assessments, liens, encumbrances, zoning ordinances, restrictions, covenants, and any matters of record including, but not limited to, those superior to the Security Deed first set out above. Said property will be sold on an "as-is" basis without any representation, warranty or recourse against the above-named or the undersigned.

U.S. Bank National Association, as Trustee, for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-AR6 is the holder of the Security Deed to the property in accordance with OCGA § 44-14-162.2.

The entity that has full authority to negotiate, amend, and modify all terms of the mortgage with the debtor is: JPMorgan Chase Bank, National Association, 3415 Vision Drive, Columbus, OH 43219, 800-446-8939.

Note, however, that such entity is not required by law to negotiate, amend or modify the terms of the loan.

To the best knowledge and belief of the undersigned, the party in possession of the property is Cassandra Landry and Ivy T. Landry or a tenant or tenants and said property is more commonly known as **869 Natchez Valley Trace, Grayson, Georgia 30017**. Should a conflict arise between the property address and the legal description the legal description will control.

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the security deed.

EXHIBIT D

6



**gwinnettcounty** government

**Tax Assessor's Office**

## Property Detail

| | |
|---|---|
| **ECHOLS SASHA BONITA** | **Property ID** R5002 179 |
| **ECHOLS ISAIAH HASHAUN** | **Alternate ID** 2350075 |
| **Mailing Address** | **Address** 2969 SWEETBRIAR WALK |
| **2969 SWEETBRIAR WALK** | **Property Class** Residential SFR |
| **SNELLVILLE, GA 30039-5262** | **Neighborhood** 5218 12 |
| **Property Location** | **Deeded Acres** 0.3600 |
| **2969 SWEETBRIAR WALK** | |

## Value History

| Year | Reason | Appraised | | | Assessed | | | |
|------|--------|-----------|--------------|-------|----------|-------------|--------------|-------|
| | | Land | Improvements | Total | Land | Land Use | Improvements | Total |
| 2021 | Market Adjusted/Reduce to Sale | $40,000 | $219,000 | **$259,000** | $16,000 | $0 | $87,600 | **$103,600** |
| 2020 | Notice of Current Assessment | $35,000 | $183,100 | **$218,100** | $14,000 | $0 | $73,240 | **$87,240** |
| 2019 | Adjusted for Market Conditions | $35,000 | $183,100 | **$218,100** | $14,000 | $0 | $73,240 | **$87,240** |
| 2018 | Adjusted for Market Conditions | $30,000 | $162,400 | **$192,400** | $12,000 | $0 | $64,960 | **$76,960** |
| 2017 | Adjusted for Market Conditions | $25,000 | $154,500 | **$179,500** | $10,000 | $0 | $61,800 | **$71,800** |
| 2016 | Notice of Current Assessment | $25,000 | $139,200 | **$164,200** | $10,000 | $0 | $55,680 | **$65,680** |
| 2015 | Notice of Current Assessment | $25,000 | $139,200 | **$164,200** | $10,000 | $0 | $55,680 | **$65,680** |
| 2014 | Adjusted for Market Conditions | $25,000 | $139,200 | **$164,200** | $10,000 | $0 | $55,680 | **$65,680** |
| 2013 | Notice of Current Assessment | $22,000 | $91,900 | **$113,900** | $8,800 | $0 | $36,760 | **$45,560** |
| 2012 | Adjusted for Market Conditions | $22,000 | $91,900 | **$113,900** | $8,800 | $0 | $36,760 | **$45,560** |
| 2011 | Adjusted for Market Conditions | $24,000 | $122,500 | **$146,500** | $9,600 | $0 | $49,000 | **$58,600** |
| 2009 | Land & Bld Value Adj For Mkt | $32,000 | $130,800 | **$162,800** | $12,800 | $0 | $52,320 | **$65,120** |
| 2007 | Land & Bld Value Adj For Mkt | $35,000 | $135,100 | **$170,100** | $14,000 | $0 | $54,040 | **$68,040** |
| 2004 | Conversion | $38,100 | $126,300 | **$164,400** | $15,240 | $0 | $50,520 | **$65,760** |
| 2003 | Conversion | $29,800 | $111,000 | **$140,800** | $11,920 | $0 | $44,400 | **$56,320** |
| 2002 | Conversion | $29,800 | $111,000 | **$140,800** | $11,920 | $0 | $44,400 | **$56,320** |
| 2001 | Conversion | $29,800 | $111,000 | **$140,800** | $11,920 | $0 | $44,400 | **$56,320** |
| 2000 | Conversion | $26,800 | $90,200 | **$117,000** | $10,720 | $0 | $36,080 | **$46,800** |
| 1999 | Conversion | $26,800 | $90,200 | **$117,000** | $10,720 | $0 | $36,080 | **$46,800** |

## Sales History

| Book | Page | Date | Owner | Grantee | Type | Deed | Validity | Vacant Land | Sale Price |
|------|------|------|-------|---------|------|------|----------|-------------|------------|
| 57733 | 417 | 7/10/2020 | PLATINUM REALTY LLC | ECHOLS SASHA BONITA | S | Fu | Y | No | $259,000 |
| 57341 | 623 | 3/3/2020 | LANDRY IVY T & CASSANDRA J | PLATINUM REALTY LLC | S | DP | 3 | No | $185,100 |
| 14741 | 00212 | 8/29/1997 | HOMES BY KEN BUTERA INC | LANDRY IVY T & CASSANDRA J | | JS | Y | No | $136,900 |
| 14741 | 212 | 8/29/1997 | HOMES BY KEN BUTERA INC | LANDRY IVY T & CASSANDRA J | | JS | Y | No | $136,900 |
| | | 10/1/1996 | | PATE ROAD PARTNERS INC | | WD | 0 | Yes | $0 |
| 13289 | 00023 | 10/1/1996 | PATE ROAD PARTNERS INC | HOMES BY KEN BUTERA INC | | WD | N | Yes | $0 |
| 13289 | 23 | 10/1/1996 | PATE ROAD PARTNERS INC | HOMES BY KEN BUTERA INC | | WD | 0 | Yes | $0 |

## Land Details

| Primary Use | Land Type | Acres | Eff Frontage | Eff Depth |
|-------------|-----------|-------|--------------|-----------|

| | | 0.3643 | 0.00 | 0.00 |
|---|---|---|---|---|

| Legal Description | |
|---|---|
| **Line** | **Description** |
| 1 | L7 BA SWEETBRIAR CROSSING #1 |

## R01 - Extension Details



**Address** 2969 SWEETBRIAR WALK
**Type** 2 Story Conventional
**Grade** C
**Year Built** 1997

## Attributes

| Story | Attribute | Detail |
|---|---|---|
| | Type | 2 Story Conventional |
| | Occupancy | Single family |
| | Roof Structure | Gable-Hip |
| | Roof Cover | Comp sh 240-260# |
| | Heating | Forced hot air-gas |
| | A/C | Central air |
| | Stories | 2.0 |
| | Bedrooms | 4 |
| | Bathrooms | 2 |
| | Bathrooms (Half) | 1 |
| | Feature | Fireplace - gas |
| 1 | Interior Flooring | Carpet |
| 1 | Exterior Wall | Wood siding |
| 2 | Exterior Wall | Wood siding |
| 2 | Interior Flooring | Base Allowance |
| A | Exterior Wall | Wood siding |
| B | Exterior Wall | Masonry |

## Floor Areas

| Code | Description | Gross | Finished | Construction |
|---|---|---|---|---|
| 1.0 | Floor Level | 926 | 926 | Wood frame |
| 2.0 | Floor Level | 904 | 904 | Wood frame |
| A | Attic | 440 | 176 | Wood frame |
| B | Basement | 904 | 904 | Concrete block |
| **Above Grade Living Area** | | **2,270** | **2,006** | |

## Exterior Features

| Code | Description | Size | Construction |
|---|---|---|---|
| ATTGAR | Attached Garage | 440 | Wood frame |
| WDDK | Wood deck | 118 | |

 **gwinnettcounty** government

## Tax Assessor's Office

### Property Detail

| | |
|---|---|
| ECHOLS SASHA BONITA | **Property ID** R5002 179 |
| ECHOLS ISAIAH HASHAUN | **Alternate ID** 2350075 |
| Mailing Address | **Address** 2969 SWEETBRIAR WALK |
| 2969 SWEETBRIAR WALK | **Property Class** Residential SFR |
| SNELLVILLE, GA 30039-5262 | **Neighborhood** 5218 12 |
| Property Location | **Deeded Acres** 0.3600 |
| 2969 SWEETBRIAR WALK | |

### Value History

| Year | Reason | Appraised | | | Assessed | | | |
|---|---|---|---|---|---|---|---|---|
| | | Land | Improvements | Total | Land | Land Use | Improvements | Total |
| 2021 | Market Adjusted/Reduce to Sale | $40,000 | $219,000 | **$259,000** | $16,000 | $0 | $87,600 | **$103,600** |
| 2020 | Notice of Current Assessment | $35,000 | $183,100 | **$218,100** | $14,000 | $0 | $73,240 | **$87,240** |
| 2019 | Adjusted for Market Conditions | $35,000 | $183,100 | **$218,100** | $14,000 | $0 | $73,240 | **$87,240** |
| 2018 | Adjusted for Market Conditions | $30,000 | $162,400 | **$192,400** | $12,000 | $0 | $64,960 | **$76,960** |
| 2017 | Adjusted for Market Conditions | $25,000 | $154,500 | **$179,500** | $10,000 | $0 | $61,800 | **$71,800** |
| 2016 | Notice of Current Assessment | $25,000 | $139,200 | **$164,200** | $10,000 | $0 | $55,680 | **$65,680** |
| 2015 | Notice of Current Assessment | $25,000 | $139,200 | **$164,200** | $10,000 | $0 | $55,680 | **$65,680** |
| 2014 | Adjusted for Market Conditions | $25,000 | $139,200 | **$164,200** | $10,000 | $0 | $55,680 | **$65,680** |
| 2013 | Notice of Current Assessment | $22,000 | $91,900 | **$113,900** | $8,800 | $0 | $36,760 | **$45,560** |
| 2012 | Adjusted for Market Conditions | $22,000 | $91,900 | **$113,900** | $8,800 | $0 | $36,760 | **$45,560** |
| 2011 | Adjusted for Market Conditions | $24,000 | $122,500 | **$146,500** | $9,600 | $0 | $49,000 | **$58,600** |
| 2009 | Land & Bld Value Adj For Mkt | $32,000 | $130,800 | **$162,800** | $12,800 | $0 | $52,320 | **$65,120** |
| 2008 | Land & Bld Value Adj For Mkt | $35,000 | $135,100 | **$170,100** | $14,000 | $0 | $54,040 | **$68,040** |
| 2004 | Conversion | $38,100 | $126,300 | **$164,400** | $15,240 | $0 | $50,520 | **$65,760** |
| 2003 | Conversion | $29,800 | $111,000 | **$140,800** | $11,920 | $0 | $44,400 | **$56,320** |
| 2003 | Conversion | $29,800 | $111,000 | **$140,800** | $11,920 | $0 | $44,400 | **$56,320** |
| 2002 | Conversion | $29,800 | $111,000 | **$140,800** | $11,920 | $0 | $44,400 | **$56,320** |
| 2000 | Conversion | $26,800 | $90,200 | **$117,000** | $10,720 | $0 | $36,080 | **$46,800** |
| 1999 | Conversion | $26,800 | $90,200 | **$117,000** | $10,720 | $0 | $36,080 | **$46,800** |

### Sales History

| Book | Page | Date | Owner | Grantee | Type | Deed | Validity | Vacant Land | Sale Price |
|---|---|---|---|---|---|---|---|---|---|
| 5223 | 417 | 7/10/2020 | PLATINUM REALTY LLC | ECHOLS SASHA BONITA | S | Fu | Y | No | $259,000 |
| 0754 | 623 | 3/3/2020 | LANDRY IVY T & CASSANDRA J | PLATINUM REALTY LLC | S | DP | 3 | No | $185,100 |
| 4341 | 00212 | 8/29/1997 | HOMES BY KEN BUTERA INC | LANDRY IVY T & CASSANDRA J | | JS | Y | No | $136,900 |
| 4341 | 212 | 8/29/1997 | HOMES BY KEN BUTERA INC | LANDRY IVY T & CASSANDRA J | | JS | Y | No | $136,900 |
| | | 10/1/1996 | | PATE ROAD PARTNERS INC | | WD | 0 | Yes | $0 |
| 3528 | 00023 | 10/1/1996 | PATE ROAD PARTNERS INC | HOMES BY KEN BUTERA INC | | WD | N | Yes | $0 |
| 3528 | 23 | 10/1/1996 | PATE ROAD PARTNERS INC | HOMES BY KEN BUTERA INC | | WD | 0 | Yes | $0 |

### Land Details

| Primary Use | Land Type | Acres | Eff Frontage | Eff Depth |
|---|---|---|---|---|

| | | 0.3643 | 0.00 | 0.00 |
|---|---|---|---|---|

| Legal Description | | |
|---|---|---|

| Line | Description |
|---|---|
| 1 | L7 BA SWEETBRIAR CROSSING #1 |

## R01 - Extension Details



Scale -5 ft

**Address** 2969 SWEETBRIAR WALK
**Type** 2 Story Conventional
**Grade** C
**Year Built** 1997

Wd Dk

1 s Fr OH

2 s Fr
B Fin

A Fin
Fr G

## Attributes

| Story | Attribute | Detail |
|---|---|---|
| | Type | 2 Story Conventional |
| | Occupancy | Single family |
| | Roof Structure | Gable-Hip |
| | Roof Cover | Comp sh 240-260# |
| | Heating | Forced hot air-gas |
| | A/C | Central air |
| | Stories | 2.0 |
| | Bedrooms | 4 |
| | Bathrooms | 2 |
| | Bathrooms (Half) | 1 |
| | Feature | Fireplace - gas |
| 1 | Interior Flooring | Carpet |
| 1 | Exterior Wall | Wood siding |
| 2 | Exterior Wall | Wood siding |
| 2 | Interior Flooring | Base Allowance |
| A | Exterior Wall | Wood siding |
| B | Exterior Wall | Masonry |

## Floor Areas

| Code | Description | Gross | Finished | Construction |
|---|---|---|---|---|
| 1.0 | Floor Level | 926 | 926 | Wood frame |
| 2.0 | Floor Level | 904 | 904 | Wood frame |
| A | Attic | 440 | 176 | Wood frame |
| B | Basement | 904 | 904 | Concrete block |
| | Above Grade Living Area | 2,270 | 2,006 | |

## Exterior Features

| Code | Description | Size | Construction |
|---|---|---|---|
| ATTGAR | Attached Garage | 440 | Wood frame |
| WDDK | Wood deck | 118 | |

 Gwinnett

Tax Assessor's Office

Secure Login



Back

| Code | Description |
|------|-------------|
| 2Y | NOT QUALIFIED: Multiple Parcel Sale |
| 3Y | QUALIFIED: Private/Fair Market |
| 3I | QUALIFIED: Fair Market 3 Acres or Less, Land Only |
| 3G | QUALIFIED: Fair Market Greater than 3 Acres, Land Only |
| N1 | NOT QUALIFIED: Multiple Parcel Sale |
| N2 | NOT QUALIFIED: Not Open Market |
| N3 | NOT QUALIFIED: Changed after Sale or Resold in Same Year |
| N4 | NOT QUALIFIED: Related Individuals or Corporations |
| N5 | NOT QUALIFIED: Liquidation Sale |
| N6 | NOT QUALIFIED: Unusual Financing or Land Contract |
| N7 | NOT QUALIFIED: Construction In Progress at Sale |
| N8 | NOT QUALIFIED: Includes Personal Property |
| N9 | NOT QUALIFIED: Sale Price Out of Range for the Typical Market |
| NA | QUALIFIED: Auction Sale |
| NB | NOT QUALIFIED: Adjoining Property Owner |
| ND | NOT QUALIFIED: Deed of Gift, Estate, Portfolio, Quit Claim or Multi-County |
| NF | QUALIFIED: Federal Sale |
| NG | NOT QUALIFIED: Foreclosure Back to Lender |
| NH | NOT QUALIFIED: Sale to or from a Tax Exempt Entity |
| NI | QUALIFIED: Post Foreclosure Sale |
| NJ | QUALIFIED: 3 Acres or Less, Land Only, from Lending Institution |
| NM | NOT QUALIFIED: Administrators/Bankruptcy/Executors |
| NN | NOT QUALIFIED: Sale Between Banks or Institutions |
| NE | QUALIFIED: Greater than 3 Acres, Land Only, from Lending Institution |
| NT | NOT QUALIFIED: Tax Sale |
| NZ | NOT QUALIFIED: Undisclosed Sale Price |



**ANNUAL NOTICE OF ASSESSMENT** RES (PT306 revised Jan 2017)

**Gwinnett County**
**Board of Assessors Office**
75 Langley Drive
Lawrenceville, GA 30046-6935
822.7200

## Official Tax Matter – 2018 Tax Year

This correspondence constitutes an official notice of ad valorem assessment for the tax year shown above.

**Annual Assessment Notice Date:**

**April 6, 2018**

**Last date to file a written appeal:**

**May 21, 2018**

**\*\*\* This is not a tax bill -**
**Do not send payment \*\*\***

County property records are available online at:
**www.gwinnett-assessor.com**

**Real Property Assessment**



"KG02"

```
*********AUTO**5-DIGIT 30083   497   100   158021  1 AV 0.378
LANDRY IVY T & CASSANDRA J
869 NATCHEZ VALLEY TRCE
GRAYSON, GA 30017-4963
```

---

**A**

The amount of your ad valorem tax bill for the year shown above will be based on the **Appraised** (100%) and **Assessed** (40%) values specified in **BOX 'B'** of this notice. **You have the right to submit an appeal regarding this assessment to the County Board of Tax Assessors.** You must appeal no later than 45 days after the date of this notice, or your right to file an appeal will be lost. Forms and additional information on the appeal process may be obtained at www.gwinnett-assessor.com.

**To file an appeal online, visit www.gwinnett-assessor.com**

At the time of filing your appeal you must select one of the following appeal methods:

(1) County Board of Equalization (value, uniformity, denial of exemption, or taxability)
(2) Arbitration (value)
(3) County Hearing Officer (value or uniformity, on non-homestead real property or wireless personal property valued in excess of $750,000)

All documents, records and methods used to determine the current value are available upon request. For further information regarding this assessment and filing an appeal, you may contact the county Board of Tax Assessors which is located at 75 Langley Drive, Lawrenceville, GA 30046 or by telephone at 770.822.7200. Your staff contact is Kimberly James.

**Additional Information on the Appeal process may be obtained at www.gwinnett-assessor.com**

---

**B**

| Neighborhood/Market Area | Property ID Number | Acreage | Tax Dist | | Covenant Year | Homestead |
|---|---|---|---|---|---|---|
| 5218 M012 | R5002 179 | 0.36 | COUNTY Unincorporated | | | |

**Property Description** — L7 BA SWEETBRIAR CROSSING #1

**Property Address** — 2969 SWEETBRIAR WALK, SNELLVILLE 30039

| | Taxpayer Returned Value | Previous Year Value | Current Year Value | Current Year Other Value |
|---|---|---|---|---|
| **100% Appraised Value** | 0 | 179,500 | 192,400 | 0 |
| **40% Assessed Value** | 0 | 71,800 | 76,960 | 0 |

**Reasons for Assessment Notice**

Adjusted for Market Conditions

---

**C**

The estimate of your ad valorem tax bill for the current year is based on the previous or most applicable year's net millage rate and the current value contained in this notice. This is not a tax bill. The actual tax bill you receive may be more or less than this estimate. This estimate may not include all eligible exemptions. The estimated tax below does not include fees (i.e. solid waste, storm water, street lights, speed bumps, etc.)

| Taxing Authority | Other Exempt | Homestead Exempt | Net Taxable | Millage | Estimated Tax |
|---|---|---|---|---|---|
| County General Fund | 0 | 0 | 76,960 | 7.4000 | 569.50 |
| Detention Center Bond | 0 | 0 | 76,960 | 0.0000 | 0.00 |
| Development/Code Enforcement | 0 | 0 | 76,960 | 0.3600 | 27.71 |
| Fire & EMS | 0 | 0 | 76,960 | 3.2000 | 246.27 |
| Police | 0 | 0 | 76,960 | 1.6000 | 123.14 |
| Recreation | 0 | 0 | 76,960 | 0.9500 | 73.11 |
| School | 0 | 0 | 76,960 | 19.8000 | 1,523.81 |
| School Bond | 0 | 0 | 76,960 | 2.0500 | 157.77 |
| State | 0 | 0 | 0 | 0.0000 | 0.00 |

\* \* \* Please See Reverse Side \* \* \*

9214 8901 4425 8236 9284 50

**ALDRIDGE PITE, LLP**
**15 Piedmont Center**
**3575 Piedmont Road, N.E., Suite 500**
**Atlanta, GA 30305**
**Telephone: (404) 994-7637**

**January 22, 2020**

**VIA CERTIFIED MAIL**

Ivy T Landry
869 Natchez Valley Trce
Grayson, GA 30017

RE:   NOTICE OF PENDING FORECLOSURE SALE

|   |   |
|---|---|
| Servicer's Loan Number: | **7000119743** |
| Our File Number: | **2191-1724A** |
| Original Borrower(s): | **Ivy T Landry and Cassandra J Landry** |
| Current Owner(s): | **Ivy T Landry and Cassandra J Landry** |
| Property Address: | **2969 Sweetbriar WalkSnellville, GA 30039, Snellville, GA 30039** |

Dear Sir or Madam:

By letter sent **December 18, 2019** (the "Initial Communication Letter"), the original borrower(s) referenced above (the "Borrower") was advised our firm has been retained by **Carrington Mortgage Services, LLC**, the servicer, in connection with the above referenced loan. Nothing contained in this letter will prevent the Borrower from exercising any rights (Borrower's " Legal Rights") of which the Borrower was notified in the Initial Communication Letter. Please be advised, however, that the exercise of any of the Legal Rights as set forth in the Initial Communication Letter will neither slow nor delay any foreclosure proceedings referenced herein.

You are hereby notified the debt evidenced by the loan, including principal, interest and other authorized charges, has been declared, and is now, immediately due and payable in full. The Note executed in connection with the loan allows for the addition of attorneys' fees to the debt in the event of collection by or through an attorney-at-law. Pursuant to O.C.G.A. § 13-1-11, you are hereby afforded  ten (10) days from your receipt of this letter to pay in full the debt owed without having to pay reasonable attorney fees. After this ten (10) day period, all attorneys' fees allowed under applicable Georgia law may be added to the debt.

Enclosed herewith you will find a copy of the Notice of Sale Under Power that was submitted for publication in the legal newspaper in the county where the property is located. The foreclosure sale is scheduled for **March 3, 2020** (being the first Tuesday of said month unless said date falls on a Federal Holiday, in which case being the first Wednesday of said month), during the legal hours of sale at the **Gwinnett** County Courthouse.



PLEASE BE ADVISED THAT THIS LETTER MAY CONSTITUTE AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Platinum Realty, LLC in Snellville, GA Company Info & Reviews

**pedia**

Home > U.S. > Georgia > Snellville

# PLATINUM REALTY, LLC

Georgia Secretary Of State Business Registration · Updated 4/6/2021

Sponsored Links

Platinum Realty, LLC is a Georgia Domestic Limited-Liability Company filed On May 24, 2016. The company's filing status is listed as Active/Compliance and its File Number is 16052519.

The Registered Agent on file for this company is Ahmed Husnani and is located at 3197 Brookwood Oak Ln, Lilburn, GA 30047. The company's principal address is 1240 Runnelwood Trail, Snellville, GA 30078.

The company has 1 principal on record. The principal is Ahmed Husburn from Lilburn GA.

👍 Like 33K

CLICK

| Company Name | PLATINUM REALTY, LLC |
|---|---|
| Entity Type | DOMESTIC LIMITED LIABILITY COMPANY |
| File Number | 16052519 |
| Filing State | Georgia (GA) |
| Filing Status | Active/Compliance |
| Filing Date | May 24, 2016 |
| Company Age | 5 Years, 4 Months |
| Registered Agent |  Ahmed Husnani 3197 Brookwood Oak Ln Lilburn, GA 30047 |
| Principal Address | 1240 Runnelwood Trail Snellville, GA 30078 |
| Products/Services | Real Estate and Rental and Leasing | Other Activities Related to Real Estate |
| Source | Georgia Secretary of State |

Sponsored Links

CLICK

Affiliate Links

Search anybody by name, e-mail address, phone number, online username or even friends in your address book and instantly return lots of info.

AHMED HUSNANI
Organizer
 3197 Brookwood Oak Lane
Lilburn, GA 30047

View Phone Book Listings For Ahmed Husnani In Georgia

Sponsored Links

$328          $206          $158          $179





chome  >  U.S.  >  Georgia  >  Snellville

# PLATINUM REALTY, LLC

Georgia Secretary Of State Business Registration · Updated 4/6/2021

Sponsored Links

Platinum Realty, LLC is a Georgia Domestic Limited-Liability Company filed On May 24, 2016. The company's filing status is listed as Active/Compliance and its File Number is 16052519.

The Registered Agent on file for this company is Ahmed Husnani and is located at 3197 Brookwood Oak Ln, Lilburn, GA 30047. The company's principal address is 1240 Runnelwood Trail, Snellville, GA 30078.

The company has 1 principal on record. The principal is Ahmed Husnani from Lilburn GA.

PLATINUM REALTY

3197 BROOKWOOD OAK LN

LILBURN GA 30047

(Plaintiff(s) Name & Address)
Day Phone Number: 404-579-1793

vs.

CASSANDRA LANDRY

2969 SWEETBRIAR WALK

SNELLVILLE GA 30039

(Defendant(s) Name & Address)
Telephone numbers:

**MAGISTRATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA** 79C

## DISPOSSESSORY PROCEEDING

CASE NO. 20M09535

## INFO & FORMS ON THE INTERNET
http://www.gwinnettcourts.com

Personally appeared the undersigned affiant who on oath says that affiant is (owner), (attorney at law), (agent for Plaintiff(s) herein, and that Defendant(s) is/are in possession as tenant of premises at the address as stated above, in Gwinnett County, the property. Plaintiff(s). Plaintiff(s) attest(s) that there are no other person(s)/ entity(ies) or known occupant(s) with whom Plaintiff(s) has/have landlord tenant relationship.  FURTHER THAT: (check applicable claim(s))

[ ] tenant fails to pay the rent which is now past due;
[ ] tenant holds the premises over and beyond the term for which they were rented or leased to tenant;
[ ] tenant is a tenant at sufferance;
[✓] Other: FORECLOSURE

; and

THAT Plaintiff(s) is/are entitled to recover any and all rent that may come due until this action is finally concluded. Plaintiff(s) desires and has demanded possession of the premises and Defendant(s) has/have failed and refused to deliver said possession.  WHEREFORE, Plaintiff(s) demand(s)  (a) possession of the premises; (b) past due rent of $_____; (c) rent accruing up to the date of judgment or vacancy at the rate of

$ _____ per day. (Calculate daily rental rate, if seeking rent to date of judgment or vacancy.)

(d)_____

Sworn to and subscribed before me,
this _____ day of _____March_____, 20 20

_____
Magistrate or Deputy Clerk

Affiant [ ] Owner  [ ] Attorney at Law  [✓] Agent

**SUMMONS** -- To the Sheriff of Gwinnett County or lawful deputies of the Sheriff -- GREETINGS:
The Defendant(s) is/are commanded and required to file an answer to said affidavit in writing or orally in person at the Magistrate Court of Gwinnett County, Lawrenceville, Georgia on or before the seventh (7th) day after the date of service of this affidavit and summons. If such answer is not made, a Writ of Possession and/or Judgment

9200 1901 4425 8236 5368 44

**Aldridge Pite, LLP**
**Fifteen Piedmont Center**
**3575 Piedmont Rd. NE**
**Suite 500**
**Atlanta, GA 30305**
**Telephone: (877) 319-8840**

12/18/2019

Ivy T Landry
869 Natchez Valley Trce
Grayson, GA 30017

RE:    Property Address:      2969 Sweetbriar Walk, Snellville, GA 30039
       Loan Number:          7000119743
       Our File Number:      2191-1724A

**THIS COMMUNICATION MAY BE FROM A DEBT COLLECTOR AND MAY BE AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**However, if you are in bankruptcy or have been discharged in bankruptcy, this letter is for informational purposes only and is not intended as an attempt to collect a debt or as an act to collect, assess, or recover all or any portion of the debt from you personally.**
**If you have received a discharge in bankruptcy, we do not seek a money judgment against you, but we seek only recovery from the collateral which is security for the debt.**

Dear Borrower (s):

Please be advised that Aldridge Pite, LLP has been retained by Carrington Mortgage Services, LLC in connection with the above-referenced loan. **Pursuant to the Fair Debt Collection Practices Act, you are hereby notified that:**
As of 12/17/2019 the total amount owed on the debt is $237,386.18.  This amount consists of the principal balance due on the loan and may include the interest, late charges and other fees/costs incurred as of 12/17/2019.

The above amount shown may not include attorney's fees and is subject to change due to interest or charges that may accrue after 12/17/2019.

Please note, because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. For further information, write the undersigned or call (404) 994-7637.



## Case Information

20-M-09535 | PLATINUM REALTY LLC vs LANDRY

Case Number
20-M-09535
File Date
03/09/2020

Court
**Magistrate Court**
Case Type
**Dispossessory\***

Case Status
**Disposed**

## Party

Plaintiff
PLATINUM REALTY LLC

Active Attorneys ▾
Pro Se

Address
3197 BROOKWOOD OAK LN
Lilburn GA 30047

Defendant
LANDRY, CASSANDRA

Address
2969 SWEETBRIAR WALK
Snellville GA 30039

## Disposition Events

02/01/2021 Judgment ▾

Judgment Type
Administratively Closed

## Events and Hearings

02/04/2020 Dispossessories Calendar ▾

Hearing Time
9:00 AM

03/09/2020 Dispossessory Proceeding

03/13/2020 Service ▾

Served
03/13/20202:24 PM

03/17/2020 Sheriffs Entry of Service

04/01/2020 Dispossessories Calendar ▾

Hearing Time
9:00 AM

04/13/2020 Returned Mail

Civil Action No. __20m09535__

Date Filed __3-9-20__

Magistrate Court ☐
Superior Court ☐
State Court ☐
Georgia, Gwinnett County

Attorney's Address  PLATINUM REALTY LLC
3197 BROOKWOOD OAK LN
LILBURN GA 30047

PLATINUM REALTY LLC
                                    Plaintiff
VS.
CASSANDRA LANDRY
                                    Defendant

Name and Address of party to be served.
CASSANDRA, LANDRY
2969 SWEETBRIAR WALK
SNELLVILLE GA 30039

DISPO

                                    Garnishee

## Sheriff's Entry Of Service

**Personal** ☐   I have this day served the defendant _____ personally with a copy
of the within action and summons.

**Notorious** ☐   I have this day served the defendant _____ by leaving
a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows

age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at
the residence of defendant.

**Corporation** ☐   Served the defendant _____ a corporation

by leaving a copy of the within action and summons with _____
in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☒   I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the
premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States
Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate
postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐   Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.

This __13__ day of __Mar__, 20 __20__.

2:23

Rogers S0593
                                    Deputy

Sheriff Docket_____ Page_____

Gwinnett County, Georgia

WHITE: Clerk      CANARY: Plaintiff / Attorney      PINK: Defendant

SC-2 Rev.3.13



Printed: 3/10/2020 4:16:16PM
By: scade

Servee Count 1 of 1

# Gwinnett County Sheriff's Office
## Cover Sheet



**Sheriff #:**    20010434

**Person Served:**    CASSANDRA LANDRY
2969 SWEETBRIAR WALK
Snellville GA 30039
PHONE:

**Process Information:**

Date Received:    03/10/2020

Assigned Zone:    30039

Expiration Date:

Paper Types:    Dispossessory

Notes/Alerts:

Court Case #:    20-M-09535

Hearing Date:

**Notes:**

**gwinnett**county

Magistrate Court of Gwinnett County

Judge Kristina Hammer Blum • Chief Magistrate
Richard Alexander • Clerk

75 Langley Drive
Lawrenceville, GA 30046-6935

2020 APR 13 AM 11: 12

neopost
04/09/2020
US POSTAGE $000.50⁰
ZIP 30046
041L11204562

PLATINUM REALTY

3197 BROOKWOOD OAK LN

LILBURN GA 30047

(Plaintiff(s) Name & Address)   404-579-1793
Day Phone Number: _____

CASSANDRA vs. LANDRY

2969 SWEETBRIAR WALK

SNELLVILLE GA 30039

(Defendant(s) Name & Address)
Telephone numbers: _____

**MAGISTRATE COURT OF GWINNETT COUNTY**
**STATE OF GEORGIA**   79c

## DISPOSSESSORY PROCEEDING

CASE NO.   20M09535

**INFO & FORMS ON THE INTERNET**
http://www.gwinnettcourts.com

Personally appeared the undersigned affiant who on oath says that affiant is (owner), (attorney at law), (agent for Plaintiff(s) herein, and that Defendant(s) is/are in possession as tenant of premises at the address as stated above, in Gwinnett County, the property of Plaintiff(s). Plaintiff(s) attest(s) that there are no other person(s)/ entity(ies) or known occupant(s) with whom Plaintiff(s) has/have a landlord tenant relationship. FURTHER THAT: (check applicable claim(s))

[ ] tenant fails to pay the rent which is now past due;
[ ] tenant holds the premises over and beyond the term for which they were rented or leased to tenant;
[ ] tenant is a tenant at sufferance;
[✓] Other: __FORECLOSURE__
; and

THAT Plaintiff(s) is/are entitled to recover any and all rent that may come due until this action is finally concluded. Plaintiff(s) desires and has demanded possession of the premises and Defendant(s) has/have failed and refused to deliver said possession. WHEREFORE, Plaintiff(s) demand(s) (a) possession of the premises; (b) past due rent of
$_____ ; (c) rent accruing up to the date of judgment or vacancy at the rate of

$ _____ per day. (Calculate daily rental rate, if seeking rent to date of judgment or vacancy.)

(d)_____

Sworn to and subscribed before me,
this 9th day of March , 20 20

_____
Magistrate or Deputy Clerk

Affiant [ ]  Owner [ ]  Attorney at Law [✓] Agent

**SUMMONS -- To the Sheriff of Gwinnett County or lawful deputies of the Sheriff -- GREETINGS:**
The Defendant(s) is/are commanded and required to file an answer to said affidavit in writing or orally in person at the Magistrate Court of Gwinnett County, Lawrenceville, Georgia on or before the seventh (7th) day after the date of service of this affidavit and summons. If such answer is not made, a Writ of Possession and/or Judgment shall issue as provided by law.   Witness the Honorable Kristina Hammer Blum, Chief Magistrate of said Court.

This 9th day of March 20 20

_____
Magistrate or Deputy Clerk

**WRIT OF POSSESSION:**
To the Sheriff of Gwinnett County or lawful deputies of the Sheriff:   You are hereby commanded to remove said Defendant(s), and any other person(s)/entities whose presence upon the premises is through the tenancy of Defendant(s) together with Defendant(s)/their property thereon from said premises and to deliver full and quiet possession of the same to the Plaintiff(s) herein effective: 1. (Instanter); or 2. (On _____, 20_____; or, 3. Pursuant to the terms of a consent judgment filed herewith dated _____, 20_____.

This _____ day of _____, 20 _____.

_____
Magistrate

PINK Original; YELLOW & WHITE: Copies          Q:\Magforms\forms\MAG 30-02 Dispossessory proceeding

Home  >  U.S.  >  Georgia  >  Snellville

# PLATINUM REALTY, LLC

Georgia Secretary Of State Business Registration · Updated 4/6/2021

Sponsored Links

▷ ×

CLICK

| Write Review | Upgrade | Claim |

Platinum Realty, LLC is a Georgia Domestic Limited-Liability Company filed On May 24, 2016. The company's filing status is listed as Active/Compliance and its File Number is 16052519.

The Registered Agent on file for this company is Ahmed Husnani and is located at 3197 Brookwood Oak Ln, Lilburn, GA 30047. The company's principal address is 1240 Runnelwood Trail, Snellville, GA 30078.

The company has 1 principal on record. The principal is Ahmed Husnani from Lilburn GA.

👍 Like 33K

## Company Information

| | |
|---|---|
| Company Name: | PLATINUM REALTY, LLC |
| Entity Type: | DOMESTIC LIMITED LIABILITY COMPANY |
| File Number: | 16052519 |
| Filing State: | Georgia (GA) |
| Filing Status: | Active/Compliance |
| Filing Date: | May 24, 2016 |
| Company Age: | 5 Years, 4 Months |
| Registered Agent: | Ahmed Husnani 3197 Brookwood Oak Ln Lilburn, GA 30047 |
| Principal Address: | 1240 Runnelwood Trail Snellville, GA 30078 |
| Products/Services: | Real Estate and Rental and Leasing | Other Activities Related to Real Estate |
| Source: | Georgia Secretary of State |

Sponsored Links

▷ ×

CLICK

## Company Contacts

Affiliate Links

Search anybody by name, e-mail address, phone number, online username or even friends in your address book and instantly return lots of info.

AHMED HUSNANI
Organizer

 3197 Brookwood Oak Lane
Lilburn, GA 30047

View Phone Book Listings For Ahmed Husnani In Georgia

Sponsored Links

▷ ×

$328        $206        $158        $179

▷ ×

Sponsored Links

ADDITIONAL LINKS

Search All Addresses

*(Displaying 3 matches)*

© 2021   peoplela.com   All rights reserved

Pro Data • Pro Search • Pro API • Contact Us • Terms of Use • Privacy Policy • Sitemap

Desktop

Platinum Realty LLC in Shellville, GA | Company Info & Reviews

Questions

Post Question

There are no questions yet for this company.

ADDITIONAL LINKS

Post Question For This Company

Contact Us Regarding Your Company Profile

All Companies Named Platinum Realty, LLC

Search All Georgia Companies

Learn About Our Pro Search Subscription Service

This product All rights reserved Pro Data • Pro Search • Pro API • Contact Us • Terms of Use • Privacy Policy • Sitemap

Desktop



# GEORGIA
# CORPORATIONS
# DIVISION

GEORGIA SECRETARY OF STATE

## BRAD RAFFENSPERGER

HOME (/)

**BUSINESS SEARCH**

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **Platinum Realty, LLC** | Control Number: | **16052519** |
| Business Type: | **Domestic Limited Liability Company** | Business Status: | **Active/Compliance** |
| NAICS Code: | **Real Estate and Rental and Leasing** | NAICS Sub Code: | **Other Activities Related to Real Estate** |
| Principal Office Address: | **1240 Runnelwood Trail, Snellville, GA, 30078, USA** | Date of Formation / Registration Date: | **5/24/2016** |
| State of Formation: | **Georgia** | Last Annual Registration Year: | **2021** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **AHMED HUSNANI** |
| Physical Address: | **3197 BROOKWOOD OAK LN, LILBURN, GA, 30047, USA** |
| County: | **Gwinnett** |

Back

Filing History    Name History

Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530,
Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.17    Report a Problem?

 Gwinnett

Tax Assessor's Office

Secure Login



## Property Detail

Go Back | Neighborhood Sales | Property Report


GIS Map

| | Property ID | R5002 179 |
|---|---|---|
| ECHOLS SASHA BONITA | Alternate ID | 2350075 |
| ECHOLS ISAIAH HASHAUN | Address | 2969 SWEETBRIAR WALK |
| 2969 SWEETBRIAR WALK | Property Class | Residential SFR |
| SNELLVILLE GA 30039-5262 | Neighborhood | 5218 |
| | Deed Acres | 0.3600 |



| Year | 2021 | 2020 | 2019 | 2018 | 2017 |
|---|---|---|---|---|---|
| Reason | Market Adjusted/Reduce to Sale | Notice of Current Assessment | Adjusted for Market Conditions | Adjusted for Market Conditions | Adjusted for Market Conditions |
| Land Val | $40,000 | $35,000 | $35,000 | $30,000 | $25,000 |
| Imp Val | $219,000 | $183,100 | $183,100 | $162,400 | $154,500 |
| Total Appr | $259,000 | $218,100 | $218,100 | $192,400 | $179,500 |
| Land Assd | $16,000 | $14,000 | $14,000 | $12,000 | $10,000 |
| Land Use | $0 | $0 | $0 | $0 | $0 |
| Imp Assd | $87,600 | $73,240 | $73,240 | $64,960 | $61,800 |
| Total Assd | $103,600 | $87,240 | $87,240 | $76,960 | $71,800 |

| Book | Page | Date | Grantor | Grantee | Deed | Type | Vacant Land | Sale Price |
|---|---|---|---|---|---|---|---|---|
| 57133 | 417 | 7/10/2020 | PLATINUM REALTY LLC | ECHOLS SASHA BONITA | Fu | QY | No | $259,000 |
| 57141 | 623 | 3/3/2020 | LANDRY IVY T & CASSANDRA J | PLATINUM REALTY LLC | DP | N3 | No | $185,100 |
| 14741 | 00212 | 8/29/1997 | HOMES BY KEN BUTERA INC | LANDRY IVY T & CASSANDRA J | IS | QY | No | $136,900 |
| 14741 | 212 | 8/29/1997 | HOMES BY KEN BUTERA INC | LANDRY IVY T & CASSANDRA J | IS | QY | No | $136,900 |
| | | 10/1/1996 | | PATE ROAD PARTNERS INC | WD | 00 | Yes | $0 |
| 13389 | 00023 | 10/1/1996 | PATE ROAD PARTNERS INC | HOMES BY KEN BUTERA INC | WD | NN | Yes | $0 |
| 13389 | 23 | 10/1/1996 | PATE ROAD PARTNERS INC | HOMES BY KEN BUTERA INC | WD | N0 | Yes | $0 |

Attributes | Floor Areas | Exterior Features

| Story | Attribute | Detail |
|---|---|---|
| | Type | 2 Story Conventional |
| | Occupancy | Single family |
| | Roof Structure | Gable-Hip |
| | Roof Cover | Comp sh 240-260# |
| | Heating | Forced hot air-gas |
| | A/C | Central air |



| | Stories | 2.0 |
|---|---|---|
| | Bedrooms | 4 |
| | Bathrooms | 2 |
| | Bathrooms (Half) | 1 |
| | Feature | Fireplace - gas |
| 1 | Exterior Wall | Wood siding |
| 1 | Interior Flooring | Carpet |
| 2 | Exterior Wall | Wood siding |
| 2 | Interior Flooring | Base Allowance |
| A | Exterior Wall | Wood siding |
| B | Exterior Wall | Masonry |

| Address | 2969 SWEETBRIAR WALK |
|---|---|
| Type | 2 Story Conventional |
| Grade | C |
| Year Built | 1997 |

## Improvements

Improvements do not exist for this account.

## Land Info

| Primary Use | Land Type | Acres | Eff. Frontage | Eff. Depth |
|---|---|---|---|---|
| | R01 - Primary Site | 0.36 | 0 | 0 |

## Legal Description

| Line | Description |
|---|---|
| 1 | L7 BA SWEETBRIAR CROSSING #1 |

Terms Of Use Privacy Statement Copyright 2019 by Aumentum Technologies



**Tax Assessor's Office**

## Property Detail

ECHOLS SASHA BONITA
ECHOLS ISAIAH HASHAUN
Mailing Address
2969 SWEETBRIAR WALK
SNELLVILLE, GA 30039-5262
Property Location
2969 SWEETBRIAR WALK

| | |
|---|---|
| Property ID | R5002 179 |
| Alternate ID | 2350075 |
| Address | 2969 SWEETBRIAR WALK |
| Property Class | Residential SFR |
| Neighborhood | 5218 12 |
| Deeded Acres | 0.3600 |

## Value History

| Year | Reason | Appraised | | | Assessed | | | |
|---|---|---|---|---|---|---|---|---|
| | | Land | Improvements | Total | Land | Land Use | Improvements | Total |
| 2021 | Market Adjusted/Reduce to Sale | $40,000 | $219,000 | **$259,000** | $16,000 | $0 | $87,600 | **$103,600** |
| 2020 | Notice of Current Assessment | $35,000 | $183,100 | **$218,100** | $14,000 | $0 | $73,240 | **$87,240** |
| 2019 | Adjusted for Market Conditions | $35,000 | $183,100 | **$218,100** | $14,000 | $0 | $73,240 | **$87,240** |
| 2018 | Adjusted for Market Conditions | $30,000 | $162,400 | **$192,400** | $12,000 | $0 | $64,960 | **$76,960** |
| 2017 | Adjusted for Market Conditions | $25,000 | $154,500 | **$179,500** | $10,000 | $0 | $61,800 | **$71,800** |
| 2016 | Notice of Current Assessment | $25,000 | $139,200 | **$164,200** | $10,000 | $0 | $55,680 | **$65,680** |
| 2015 | Notice of Current Assessment | $25,000 | $139,200 | **$164,200** | $10,000 | $0 | $55,680 | **$65,680** |
| 2014 | Adjusted for Market Conditions | $25,000 | $139,200 | **$164,200** | $10,000 | $0 | $55,680 | **$65,680** |
| 2013 | Notice of Current Assessment | $22,000 | $91,900 | **$113,900** | $8,800 | $0 | $36,760 | **$45,560** |
| 2012 | Adjusted for Market Conditions | $22,000 | $91,900 | **$113,900** | $8,800 | $0 | $36,760 | **$45,560** |
| 2011 | Adjusted for Market Conditions | $24,000 | $122,500 | **$146,500** | $9,600 | $0 | $49,000 | **$58,600** |
| 2009 | Land & Bld Value Adj For Mkt | $32,000 | $130,800 | **$162,800** | $12,800 | $0 | $52,320 | **$65,120** |
| 2007 | Land & Bld Value Adj For Mkt | $35,000 | $135,100 | **$170,100** | $14,000 | $0 | $54,040 | **$68,040** |
| 2004 | Conversion | $38,100 | $126,300 | **$164,400** | $15,240 | $0 | $50,520 | **$65,760** |
| 2003 | Conversion | $29,800 | $111,000 | **$140,800** | $11,920 | $0 | $44,400 | **$56,320** |
| 2002 | Conversion | $29,800 | $111,000 | **$140,800** | $11,920 | $0 | $44,400 | **$56,320** |
| 2001 | Conversion | $29,800 | $111,000 | **$140,800** | $11,920 | $0 | $44,400 | **$56,320** |
| 2000 | Conversion | $26,800 | $90,200 | **$117,000** | $10,720 | $0 | $36,080 | **$46,800** |
| 1999 | Conversion | $26,800 | $90,200 | **$117,000** | $10,720 | $0 | $36,080 | **$46,800** |

## Sales History

| Book | Page | Date | Owner | Grantee | Type | Deed | Validity | Vacant Land | Sale Price |
|---|---|---|---|---|---|---|---|---|---|
| 57733 | 417 | 7/10/2020 | PLATINUM REALTY LLC | ECHOLS SASHA BONITA | S | Fu | Y | No | $259,000 |
| 57361 | 623 | 3/3/2020 | LANDRY IVY T & CASSANDRA J | PLATINUM REALTY LLC | S | DP | 3 | No | $185,100 |
| 14741 | 00212 | 8/29/1997 | HOMES BY KEN BUTERA INC | LANDRY IVY T & CASSANDRA J | | JS | Y | No | $136,900 |
| 14741 | 212 | 8/29/1997 | HOMES BY KEN BUTERA INC | LANDRY IVY T & CASSANDRA J | | JS | Y | No | $136,900 |
| | | 10/1/1996 | | PATE ROAD PARTNERS INC | | WD | 0 | Yes | $0 |
| 13283 | 00023 | 10/1/1996 | PATE ROAD PARTNERS INC | HOMES BY KEN BUTERA INC | | WD | N | Yes | $0 |
| 13283 | 23 | 10/1/1996 | PATE ROAD PARTNERS INC | HOMES BY KEN BUTERA INC | | WD | 0 | Yes | $0 |

## Land Details

| Primary Use | Land Type | Acres | Eff Frontage | Eff Depth |
|---|---|---|---|---|

| | | 0.3643 | 0.00 | 0.00 |
|---|---|---|---|---|

| Legal Description | |
|---|---|
| Line | Description |
| 1 | L7 BA SWEETBRIAR CROSSING #1 |

## R01 - Extension Details



**Address** 2969 SWEETBRIAR WALK
**Type** 2 Story Conventional
**Grade** C
**Year Built** 1997

## Attributes

| Story | Attribute | Detail |
|---|---|---|
| | Type | 2 Story Conventional |
| | Occupancy | Single family |
| | Roof Structure | Gable-Hip |
| | Roof Cover | Comp sh 240-260# |
| | Heating | Forced hot air-gas |
| | A/C | Central air |
| | Stories | 2.0 |
| | Bedrooms | 4 |
| | Bathrooms | 2 |
| | Bathrooms (Half) | 1 |
| | Feature | Fireplace - gas |
| 1 | Interior Flooring | Carpet |
| 1 | Exterior Wall | Wood siding |
| 2 | Exterior Wall | Wood siding |
| 2 | Interior Flooring | Base Allowance |
| A | Exterior Wall | Wood siding |
| B | Exterior Wall | Masonry |

## Floor Areas

| Code | Description | Gross | Finished | Construction |
|---|---|---|---|---|
| 1.0 | Floor Level | 926 | 926 | Wood frame |
| 2.0 | Floor Level | 904 | 904 | Wood frame |
| A | Attic | 440 | 176 | Wood frame |
| B | Basement | 904 | 904 | Concrete block |
| **Above Grade Living Area** | | **2,270** | **2,006** | |

## Exterior Features

| Code | Description | Size | Construction |
|---|---|---|---|
| ATTGAR | Attached Garage | 440 | Wood frame |
| WDDK | Wood deck | 118 | |



Validity Code Descriptions

Secure Login

# Gwinnett



## Tax Assessor's Office



Back

| ode | Description |
|-----|-------------|
| Q1 | NOT QUALIFIED: Multiple Parcel Sale |
| QY | QUALIFIED: Private/Fair Market |
| CL | QUALIFIED: Fair Market 3 Acres or Less, Land Only |
| CR | QUALIFIED: Fair Market Greater than 3 Acres, Land Only |
| N1 | NOT QUALIFIED: Multiple Parcel Sale |
| N2 | NOT QUALIFIED: Not Open Market |
| N3 | NOT QUALIFIED: Changed after Sale or Resold in Same Year |
| N4 | NOT QUALIFIED: Related Individuals or Corporations |
| N5 | NOT QUALIFIED: Liquidation Sale |
| N6 | NOT QUALIFIED: Unusual Financing or Land Contract |
| N7 | NOT QUALIFIED: Construction In Progress at Sale |
| N8 | NOT QUALIFIED: Includes Personal Property |
| N9 | NOT QUALIFIED: Sale Price Out of Range for the Typical Market |
| NA | QUALIFIED: Auction Sale |
| NB | NOT QUALIFIED: Adjoining Property Owner |
| ND | NOT QUALIFIED: Deed of Gift, Estate, Portfolio, Quit Claim or Multi-County |
| NF | QUALIFIED: Federal Sale |
| NG | NOT QUALIFIED: Foreclosure Back to Lender |
| NH | NOT QUALIFIED: Sale to or from a Tax Exempt Entity |
| NI | QUALIFIED: Post Foreclosure Sale |
| NL | QUALIFIED: 3 Acres or Less, Land Only, from Lending Institution |
| NM | NOT QUALIFIED: Administrators/Bankruptcy/Executors |
| NN | NOT QUALIFIED: Sale Between Banks or Institutions |
| NR | QUALIFIED Greater than 3 Acres, Land Only, from Lending Institution |
| NT | NOT QUALIFIED: Tax Sale |
| NZ | NOT QUALIFIED: Undisclosed Sale Price |

Terms Of Use Privacy Statement Copyright 2019 by Aumentum Technologies