UNITED STATES BANKRUTPCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CASSANDRA LANDRY, | ) | CHAPTER 13 BANKRUPTCY |
| | ) | |
| Debtor. | ) | CASE NO. 18-55697 |
| | ) | |
| THE DOWNS HOMEOWNERS | ) | |
| ASSOCIATION, INC., | ) | JUDGE LISA RITCHY CRAIG |
| | ) | |
| Creditor. | ) | |
| | ) | |

### <u>WITHDRAWAL OF PROOF OF CLAIM (# 25)</u>

COMES NOW, The Downs Homeowners Association, Inc., Plaintiff in the above-styled

action, and hereby withdraws its Proof of Claim (#25) as the claim was incorrectly filed.

This __4__ day of _November_____, 2021.


Respectfully Submitted,

LAZEGA & JOHANSON LLC


Bradley W. Griffin
Georgia Bar No. 748187

Attorney for Creditor

LAZEGA & JOHANSON LLC
P.O. Box 250800
Atlanta, GA 30325
(404) 350-1192

2329C104

UNITED STATES BANKRUTPCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CASSANDRA LANDRY AND | ) | |
| IVY LANDRY, | ) | CHAPTER 13 BANKRUPTCY |
| | ) | |
| Debtor. | ) | CASE NO. 18-55697 |
| | ) | |
| THE DOWNS HOMEOWNERS | ) | |
| ASSOCIATION, INC., | ) | JUDGE LISA RITCHY CRAIG |
| | ) | |
| Creditor. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing

**WITHDRAWAL OF PROOF OF CLAIM (#25)** upon all parties in this matter, by depositing a

copy of same in the United States mail, with adequate postage thereon, and addressed as follows:

> Cassandra Johnson Landry
> aka Cassandra Landry
> P. O. Box 1275
> Grayson, GA 30017

This _4_ day of _November_____, 2021.

_____
Bradley W. Griffin
Georgia Bar No. 748187
Attorney for Creditor

LAZEGA & JOHANSON LLC
P.O. Box 250800
Atlanta, GA 30325
(404) 350-1192

1465c188