**IT IS ORDERED as set forth below:**

**Date: March 3, 2022**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBER |
|---|---|---|
|  | : |  |
| CASSANDRA JOHNSON LANDRY, | : | 18-55697-LRC |
|  | : |  |
|  | : | IN PROCEEDINGS UNDER |
|  | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

## ORDER REGARDING DISCHARGE

The above-styled Chapter 7 case is before the Court *sua sponte*. Section 727(a)(11) of the Bankruptcy Code provides that the Court shall not enter a discharge in an individual Chapter 7 case if the debtor failed to complete an instructional course concerning personal financial management described in § 111 and is not exempt from the requirement under § 109(h)(4). 11 U.S.C. § 727(a)(11). Further, Rule 4004(c) provides that the Court shall, on expiration of the times fixed for objecting to discharge and for filing a motion to dismiss the case under Rule 1017(e), grant the discharge unless the debtor has

failed to file with the Court a statement of completion of a course concerning personal financial management.

The times fixed for objecting to discharge and for filing a motion to dismiss the case have expired, but Debtor has not filed a statement of completion of the personal financial management course (Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management). Therefore, the Court cannot discharge the case.

Accordingly, it is

ORDERED that unless, on or before **April 15, 2022**, Debtor files Debtor's Form 23 indicating completion of the post-petition financial management course, the Clerk is DIRECTED to close this case without the entry of a discharge.

The Clerk is directed to serve this Order on Debtor and the Chapter 7 Trustee.

**END OF DOCUMENT**