IT IS ORDERED as set forth below:

Date: March 3, 2022

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBER |
|---|---|---|
| | : | |
| CASSANDRA JOHNSON LANDRY, | : | 18-55697-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

## ORDER REGARDING DISCHARGE

The above-styled Chapter 7 case is before the Court *sua sponte*. Section 727(a)(11) of the Bankruptcy Code provides that the Court shall not enter a discharge in an individual Chapter 7 case if the debtor failed to complete an instructional course concerning personal financial management described in § 111 and is not exempt from the requirement under § 109(h)(4). 11 U.S.C. § 727(a)(11). Further, Rule 4004(c) provides that the Court shall, on expiration of the times fixed for objecting to discharge and for filing a motion to dismiss the case under Rule 1017(e), grant the discharge unless the debtor has

failed to file with the Court a statement of completion of a course concerning personal financial management.

The times fixed for objecting to discharge and for filing a motion to dismiss the case have expired, but Debtor has not filed a statement of completion of the personal financial management course (Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management). Therefore, the Court cannot discharge the case.

Accordingly, it is

ORDERED that unless, on or before **April 15, 2022**, Debtor files Debtor's Form 23 indicating completion of the post-petition financial management course, the Clerk is DIRECTED to close this case without the entry of a discharge.

The Clerk is directed to serve this Order on Debtor and the Chapter 7 Trustee.

**END OF DOCUMENT**

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 18-55697-lrc |
| Cassandra Johnson Landry | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 3 |
| Date Rcvd: Mar 03, 2022 | Form ID: pdf492 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Cassandra Johnson Landry, P.O. Box 1275, Grayson, GA 30017-0024 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Mar 05, 2022 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A. Michelle Hart Ippoliti | on behalf of Creditor JPMorgan Chase Bank  National Association Michelle.ippoliti@mccalla.com, bankruptcyecfmail@mccalla.com;mccallaecf@ecf.courtdrive.com |
| Andrew Houston McCullen | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A ecfganb@aldridgepite.com, amccullen@ecf.inforuptcy.com |
| Bradley W. Griffin | on behalf of Creditor Downs Homeowners Association  Inc. bradleyg@ljlaw.com |
| Brian K. Jordan | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY ecfganb@aldridgepite.com bjordan@ecf.inforuptcy.com |
| Brian K. Jordan | on behalf of Creditor Ocwen Loan Servicing  LLC ecfganb@aldridgepite.com, bjordan@ecf.inforuptcy.com |

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 2 of 3 |
| Date Rcvd: Mar 03, 2022 | Form ID: pdf492 | Total Noticed: 1 |

Brian K. Jordan
    on behalf of Creditor Select Portfolio Servicing Inc. bjordan@ecf.inforuptcy.com;ecfganb@aldridgepite.com

Brian K. Jordan
    on behalf of Creditor Deutsche Bank National Trust Company ecfganb@aldridgepite.com bjordan@ecf.inforuptcy.com

Brian K. Jordan
    on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust A ecfganb@aldridgepite.com, bjordan@ecf.inforuptcy.com

Charles R. Bridgers
    on behalf of Creditor Valeri Burnough charlesbridgers@dcbflegal.com calendar@dcbflegal.com;jessicasorrenti@dcbflegal.com

David S. Klein
    on behalf of Creditor Sukhmani Investments LLC dklein@rlklawfirm.com, swenger@rlklawfirm.com;yalamin@rlklawfirm.com;R71213@notify.bestcase.com;csmith@rlklawfirm.com;1030641420@filings.docketbird.com;bwenger@rlklawfirm.com

David S. Klein
    on behalf of Creditor King Group Mgmt LLC dklein@rlklawfirm.com, swenger@rlklawfirm.com;yalamin@rlklawfirm.com;R71213@notify.bestcase.com;csmith@rlklawfirm.com;1030641420@filings.docketbird.com;bwenger@rlklawfirm.com

Elizabeth Campbell
    on behalf of Defendant PHH Mortgage Services ecampbell@lockelord.com LDaugherty@lockelord.com;David.Rankin@lockelord.com

Elizabeth Campbell
    on behalf of Defendant Mortgage Electronic Systems ecampbell@lockelord.com LDaugherty@lockelord.com;David.Rankin@lockelord.com

Elizabeth Campbell
    on behalf of Defendant Deutsche Bank National Trust Company ecampbell@lockelord.com LDaugherty@lockelord.com;David.Rankin@lockelord.com

Elizabeth Campbell
    on behalf of Defendant Ocwen Loan Servicing LLC. ecampbell@lockelord.com, LDaugherty@lockelord.com;David.Rankin@lockelord.com

G. Lanier Coulter, Jr.
    on behalf of Creditor Natchez Trace Homeowners Association Inc. glc@coultersierra.com, jwa@coultersierra.com

Gary J. Toman
    on behalf of Defendant H&R Block Mortgage LLC. gtoman@wwhgd.com NPanayo@wwhgd.com

Gary J. Toman
    on behalf of Defendant Option One Mortgage gtoman@wwhgd.com NPanayo@wwhgd.com

Gregory M. Taube
    on behalf of Creditor ReadyCap Lending LLC greg.taube@nelsonmullins.com, linnea.hann@nelsonmullins.com;michelle.german@nelsonmullins.com;pat.stanley@nelsonmullins.com

Heather D. Bock
    on behalf of Creditor U.S. Bank National Association bankruptcyecfmail@mccalla.com;BankruptcyECFMail@mrpllc.com;mccallaecf@ecf.courtdrive.com

Herbert C. Broadfoot, II
    on behalf of Trustee S. Gregory Hays bert@hcbroadfootlaw.com

Howell A. Hall, I
    on behalf of Creditor American Express National Bank hohall@logs.com logsecf@logs.com

John D. Schlotter
    on behalf of Creditor JPMorgan Chase Bank National Association John.schlotter@mccalla.com, bankruptcyecfmail@mccalla.com;mccallaecf@ecf.courtdrive.com

Kerry S. Doolittle
    on behalf of Unknown Jojo John kerry.doolittle@gmail.com

L. Stephen O'Hearn, Jr.
    on behalf of Creditor TitleMax of Georgia Inc. d/b/a TitleMax ohearnnotices@gmail.com

Lindsay P. S. Kolba
    on behalf of U.S. Trustee Office of the United States Trustee lindsay.p.kolba@usdoj.gov

Maria A. Tsagaris
    on behalf of Creditor JPMorgan Chase Bank National Association maria.tsagaris@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mt3@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Melissa J. Davey
    on behalf of Trustee Melissa J. Davey cdbackup@13trusteeatlanta.com;cdsummary@13trusteeatlanta.com

Neil C. Gordon

| District/off: 113E-9 | User: bncadmin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2022 | Form ID: pdf492 | Total Noticed: 1 |

    on behalf of Trustee Neil C. Gordon angela.ford@agg.com  carol.stewart@agg.com;ecf.alert+Gordon@titlexi.com

Office of the United States Trustee
    ustpregion21.at.ecf@usdoj.gov

Robert Trauner
    on behalf of Trustee Robert Trauner GA03@ecfcbis.com

Ronald A. Levine
    on behalf of Creditor RESURGENT CAPITAL SERVICES rlevine@levineblock.com  rlevine682@gmail.com

S. Gregory Hays
    ghays@haysconsulting.net  saskue@haysconsulting.net;GA32@ecfcbis.com

Whitney W. Groff
    on behalf of Plaintiff Georgia Department of Community Health wgroff@law.ga.gov

Whitney W. Groff
    on behalf of Creditor Georgia Department of Community Health wgroff@law.ga.gov

TOTAL: 35